AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILLIAM MANIACI

**SUMMONS IN A CIVIL CASE**

V.

GEORGETOWN UNIVERSITY, et . al.

CASE NUMBER   1:06CV01625

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 09/20/2006

TO: (Name and address of Defendant)

Officer George W. Taylor
Department of Public Safety
Georgetown University
37th & O Streets, NW
Washington, DC 20057

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Laureen Higgins_

(By) DEPUTY CLERK

SEP 2 0 2006

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9/28/06 |
| NAME OF SERVER *(PRINT)* John Eicher | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Robert Walters  *Legal Services Coordinator*

G  Returned unexecuted: _____

_____

G  Other (specify): _____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/28/06___     _____John R. Eicher_____
            Date                 Signature of Server

16082 Sheringham Way
_____
Address of Server
            Gainesville VA 20155

Robert Walters told me he
was allowed to accept
Service on behalf of defendant

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.