AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**WILLIAM MANIACI**

**SUMMONS IN A CIVIL CASE**

V.

**GEORGETOWN UNIVERSITY, et. al .**

CASE NUMBER   1:06CV01625

C

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 09/20/2006

TO: (Name and address of Defendant)

Eric Smulson
Assistant Vice President for Communications
Georgetown University
37th & O Streets, NW
Washington, DC 20057

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

SEP 2 0 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| Service of the Summons and complaint was made by me[1] | | DATE 9/22/06 |
| --- | --- | --- |
| NAME OF SERVER *(PRINT)* John Eicher | | TITLE ⊕ Investigator |

*Check one box below to indicate appropriate method of service*

☐ G Served personally upon the defendant. Place where served: _____

_____

☐ G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  ✓ General Counsel Jane Genster

☐ G Returned unexecuted: _____

_____

_____

☐ G Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____9/22/06_____          *John R. Eicher*
                    Date                              *Signature of Server*

_____16082 Sheringham Way Gainesville VA_____
                    *Address of Server*                        20155

Jane Genster informed me that
she was allowed to accept
service on behalf of defendant

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.