UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM MANIACI ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **APPEARANCE** |
| vs. ) | |
| ) | **Docket No. 06 CV 01625** |
| GEORGETOWN UNIVERSITY, et al., ) | |
| ) | **Judge Kollar-Kotelly** |
| **Defendants.** ) | |
| ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Malachi B. Jones as counsel in this case for:

Defendants Georgetown University, David Morrell, Darryl Harrison, Erik Smulson, Todd Olson, and George Taylor.

                                                 Respectfully submitted,

                                                 ___/s/ Malachi B. Jones_____
                                                 WILLIAMS & CONNOLLY LLP
                                                 Malachi B. Jones, D.C. Bar No. 455555
                                                 725 Twelfth Street, N.W.
                                                 Washington, D.C. 20005
                                                 (202) 434-5000
                                                 (202) 434-5029 (fax)

October 13, 2006                    Attorneys for Defendants Georgetown University,
                                                 Morrell, Harrison, Smulson, Olson, and Taylor.

2

**CERTIFICATE OF SERVICE**

     I certify that the foregoing document was filed with the Court on the 13th day of October, 2006, and that service was made via ECF and by First Class Mail to:

        Thomas Fortune Fay, Esq.
        601 Pennsylvania Avenue, NW
        #900 – South Building
        Washington, D.C. 20004

          ___/s/ Malachi B. Jones_____
                Malachi B. Jones