IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| vs. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO RESCHEDULE
## NOVEMBER 17, 2006 SCHEDULING CONFERENCE

Plaintiff William Maniaci and Defendants Georgetown University, Morrell, Harrison, Smulson, Olson, and Taylor by and through undersigned counsel, hereby jointly request that the Court continue the initial scheduling conference that is currently scheduled for 11:45 a.m. on Friday, November 17, 2006. Counsel for both parties have previously scheduled plans to be out of town that day. Counsel for both parties have conferred and respectfully request that the Court reschedule the initial scheduling conference for Tuesday, November 21, 2006, when counsel for both parties are available.

                                                Respectfully submitted,

                                                WILLIAMS & CONNOLLY LLP

October 27, 2006                        ___/s/ John J. Buckley, Jr._____
                                                  WILLIAMS & CONNOLLY LLP
                                                  John J. Buckley, Jr., D.C. Bar No. 925081
                                                  Malachi Jones, D.C. Bar No. 455555
                                                  Colleen F. Shanahan, D.C. Bar No. 496605
                                                  725 Twelfth Street, N.W.
                                                  Washington, D.C. 20005
                                                  (202) 434-5000
                                                  (202) 434-5029 (fax)

2

Attorneys for Defendants Georgetown University,
Morrell, Harrison, Smulson, Olson, and Taylor.


_____
Thomas Fortune Fay, Esq., D.C. Bar No. 23929
601 Pennsylvania Ave., NW
#900 South Building
Washington, D.C. 20004
(202) 638-4534
Attorney for Plaintiff William Maniaci

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| vs. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court upon the Joint Motion of Plaintiff William Maniaci and Defendants Georgetown University, et al. to continue the initial scheduling conference that is currently scheduled for 11:30 a.m. on Friday, November 17, 2006.

It is hereby **ORDERED** that the Joint Motion is **GRANTED**; and that the initial scheduling conference shall take place on Tuesday, November 21, 2006 at _____.

**ORDERED** on this _____ day of _____, 2006.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

3