IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGETOWN UNIVERSITY, et al. )<br>)<br>Defendants. )<br>) | Docket No. 06 CV 01625<br><br>Judge Kollar-Kotelly<br><br>Next Event:<br>Status Conference<br>September 28, 2007, 9:00 a.m. |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

    Pursuant to the Court's Scheduling and Procedure Order entered on November 21, 2006, the attorneys for Plaintiff William Maniaci and Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Erik Smulson, Todd Olson, and George W. Taylor (collectively "Defendants") conferred and hereby submit the following succinct statement of all agreements reached regarding a discovery plan. The parties agree as follows:

  (1)  The parties shall exchange their initial disclosures required by Fed. R. Civ. P. 26(a)(1) by December 5, 2006.

  (2)  The parties shall submit a Stipulated Protective Order, or, if no agreement, proposed Protective Orders, by December 15, 2006.

  (3)  Non-expert depositions shall commence no earlier than January 2, 2007 and shall be completed by July 16, 2007.

  (4)  First Requests for the Production of Documents and first Interrogatories are to be served by all counsel no later than February 28, 2007, and responses to shall be served within thirty (30) days thereafter.

  (5)  The deadline for filing Proponent's Rule 26(a)(2) expert disclosures is June 1, 2007.

(6) The deadline for filing Opponent's Rule 26(a)(2) rebuttal expert disclosures is July 16, 2007.

(7) Any further Requests for the Production of Documents and Interrogatories shall be served no later than July 16, 2007.

(8) Requests to Admit, if any, to be served no later than July 16, 2007.

(9) Expert depositions shall commence no earlier than July 16, 2007 and shall be completed by August 15, 2007.

(10) All discovery shall be completed by August 15, 2007.

(11) Each party reserves the right to take de bene esse depositions after a trial date is assigned if any witness, including treating physicians, will be unavailable for trial.

December 5, 2006                             Respectfully submitted,


/s/ Malachi B. Jones_____
WILLIAMS & CONNOLLY LLP
John J. Buckley, Jr., D.C. Bar No. 925081
Malachi Jones, D.C. Bar No. 455555
Colleen F. Shanahan, D.C. Bar No. 496605
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (Fax)
Attorneys for Defendants Georgetown University, Morrell, Harrison, Smulson, Olson, and Taylor.


/s/Thomas Fortune Fay_____
Thomas Fortune Fay, Esq., D.C. Bar No. 23929
601 Pennsylvania Ave., NW
#900 South Building
Washington, D.C. 20004
(202) 589-1300
(202) 589-1721(Fax)
Attorney for Plaintiff William Maniaci