IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI ) | |
| ) | |
| Plaintiff, ) | Docket No. 06 CV 01625 |
| ) | |
| vs. ) | Judge Kollar-Kotelly |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | Next Scheduled Event: |
| ) | September 28, 2007, 9:00 a.m. |
| Defendants. ) | Status Hearing |

## ORDER

Having considered Defendants' Motion for Partial Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c), the response thereto, and Defendants' reply, it is hereby ORDERED that Defendants' motion be and hereby is GRANTED; and that

Judgment be and hereby is entered in favor of Defendants Georgetown University, David Morrell, Darryl Harrison, Erik Smulson, Todd Olson, and Officer George Taylor and against Plaintiff on Count III of the Complaint and said Count is hereby DISMISSED; and that

Judgment be and hereby is entered in favor of Defendants David Morrell, Darryl Harrison, Erik Smulson and Todd Olson and against Plaintiff on Counts I, II, and IV of the Complaint and that said Counts is hereby DISMISSED; and that

The Complaint against Defendants David Morrell, Darryl Harrison, Erik Smulson and Todd Olson is hereby DISMISSED in its entirety as to these Defendants.

SO ORDERED this _____ day of _____, 2007.

_____

The Honorable Colleen Kollar-Kotelly

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed with the Court on the 15th day of January, 2007, and that service was made via ECF and by First Class Mail to:

>Thomas Fortune Fay, Esq.
>601 Pennsylvania Avenue, NW
>#900 – South Building
>Washington, D.C. 20004

>    /s/ John J. Buckley, Jr.
>John J. Buckley, Jr.
>Counsel for Defendants