# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

    Plaintiff

  v.                                               Case No. 1:06CV01625
                                                     Judge Kollar-Kotelly

GEORGETOWN UNIVERSITY, et al.,

    Defendants

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    Plaintiff, William Maniaci, by Counsel, herewith moves the Court pursuant to Federal Civil Rule 15 that the Court grant leave to file an Amended Complaint adding two additional Defendants, Roy Eddy and Larry Salley, and deleting two Defendants, Eric Smulson and George W. Taylor.

    Plaintiff states in support of his motion as follows:

    (1) Discovery has demonstrated that the two Georgetown University Public Safety Officers carrying out the actions against Plaintiff, William Maniaci were Roy Eddy and Larry Salley and that the identification of George W. Taylor as one of the Officers was in error.

    (2) Based upon the deposition testimony, Plaintiff has concluded that the Defendant Eric Smulson's connection to the occurrence was solely in a public relations function and that he exercised no supervisory power over the Public Safety Officers.

    (3) Plaintiff, through Counsel, pursuant to Local Civil Rule 7(m) has conferred with Defendants, through Counsel, who do not consent the relief requested in the proposed Order submitted with this Motion.

WHEREFORE, Plaintiff prays that the Court enter an Order as follows: (a) That leave be and it is granted to the Plaintiff to file the Amended Complaint filed with the Motion For Leave To File Amended Complaint; (b) That the Amended Complaint is deemed filed as of the date of the Order Granting leave; (c) That George W. Taylor and Eric Smulson be and each is dismissed without prejudice as a Defendant; (d) That the Clerk issue process directed to Roy Eddy and Larry Salley, as additional Defendants; (e) That the Defendants Motion For Partial Judgment On The Pleadings may be supplemented or amended with 20 days after entry of the Order granting leave to file the Amended Complaint and the Plaintiff's Memorandum In Opposition shall be due 20 days after filing of any such supplement or amendment or 40 days from the date of this Order if no supplement or amendment be filed.

**Date: 1/25/2007**

                                 **Respectfully submitted,**

                                 **THOMAS FORTUNE FAY, P.A.**

                                 *Thomas Fortune Fay*_____
                                 **THOMAS FORTUNE FAY (U.B.#23929)**
                                 **601 Pennsylvania Avenue,NW**
                                 **#900 - South Building**
                                 **Washington, D.C.  20004**
                                 **(202) 589-1300**
                                 **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2007, a copy of the above Motion For Leave To File Amended Complaint and Memorandum In Support Of Motion For Leave To File Amended Complaint was served through the Court's ECF system electronically upon:

>John J. Buckley, Jr.
>Malachi B. Jones
>Colleen F. Shanahan
>Williams & Connelly, LLP
>725 Twelfth Street, NW
>Washington, DC 20005

>*Thomas Fortune Fay*_____
>**Thomas Fortune Fay**

4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

       Plaintiff

    v.                                           Case No. 1:06CV01625
                                                         Judge Kollar-Kotelly

GEORGETOWN UNIVERSITY, et al.,

       Defendants

### MEOMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff states in support of his Motion as follows:

(1) That the Motion For Leave To File Amended Complaint is submitted with the time provided in this Court's Order of November 21, 2006, to wit, prior to March 1, 2007.

(2) That in the absence of filing of an Amended Complaint a separate action will be filed on behalf of the Plaintiff which would be joined with this action in accordance with Local Civil Rule 40.5.

(3) Filing of an Amended Complaint is in the interest of judicial economy.

Plaintiff submits that the Motion should be granted.

**Date: 1/25/2007**                                 Respectfully submitted,

                                                                **THOMAS FORTUNE FAY, P.A.**

                                                                *Thomas Fortune Fay*
                                                                **THOMAS FORTUNE FAY (U.B.#23929)**
                                                                **601 Pennsylvania Avenue, NW**
                                                                **#900 - South Building**
                                                                **Washington, D.C. 20004**
                                                                **(202) 589-1300**
                                                                **Attorney for Plaintiff**