# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

      Plaintiff

v.

GEORGETOWN UNIVERSITY, et al.,

      Defendants

Case No. 1:06CV01625
Judge Kollar-Kotelly

## ORDER

The Court having considered the Motion For Leave To File Amended Complaint, and the Memorandum Of Defendants In Opposition, it is, by the Court this _____ day of January, 2007

**ORDERED,** (a) That leave be and it is hereby granted to the Plaintiff to file the Amended Complaint filed with the Motion For Leave To File Amended Complaint; (b) That the Amended Complaint is deemed filed as of the date of this Order Granting leave to file; (c) That George W. Taylor and Eric Smulson be and each is dismissed, without prejudice, as a Defendant in this action; (d) That the Clerk issue process directed to Roy Eddy and Larry Salley, as additional Defendants; (e) That the Defendants Motion For Partial Judgment On The Pleadings may be supplemented or amended with 20 days after entry of the Order granting leave to file the Amended Complaint and the Plaintiff's Memorandum In Opposition shall be due 20 days after filing of any such supplement or amendment or 40 days from the date of this Order if no supplement or amendment be filed.

_____
**COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

        **John J. Buckley, Jr., Esq.**
        **Malachi B. Jones, Esq.**
        **Colleen F. Shanahan, Esq.**
        **Williams & Connelly, LLP**
        **725 Twelfth Street, NW**
        **Washington, DC 20005**

        **Thomas Fortune Fay, Esq.**
        **601 Pennsylvania Avenue, NW**
        **#900 - South Building**
        **Washington, D.C.  20004**