IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI ) | |
| ) | |
| Plaintiff, ) | Docket No. 06 CV 01625 |
| ) | |
| vs. ) | Judge Kollar-Kotelly |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | **Next Scheduled Event:** |
| ) | September 28, 2007, 9:00 a.m. |
| Defendants. ) | Status Hearing |

## ORDER

Having considered Plaintiff's Motion for Leave to File Amended Complaint and Defendants' response thereto, it is hereby ORDERED that:

1. Plaintiff's Motion For Leave to File Amended Complaint is GRANTED IN PART AND DENIED IN PART;

2. The Amended Complaint is deemed filed as of the date of this Order;

3. The Clerk shall issue process directed to Roy Eddy and Larry Salley as additional Defendants;

4. The Complaint against Defendants George W. Taylor and Erik Smulson be and is hereby DISMISSED WITH PREJUDICE and, there being no just reason for delay, Judgment shall be entered in their favor dismissing all claims against them; and

5.  The dates set by this Court's November 21, 2006 Order for briefing for Defendants' Motion for Partial Judgment on the Pleadings shall remain in effect. Plaintiff's response is due February 12, 2007 and Defendants' reply is due February 26, 2007.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Colleen Kollar-Kotelly

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed with the Court on the 29th day of January, 2007, and that service was made via ECF and by First Class Mail to:

        Thomas Fortune Fay, Esq.
        601 Pennsylvania Avenue, NW
        #900 – South Building
        Washington, D.C. 20004

                /s/ John J. Buckley, Jr.
                John J. Buckley, Jr.
                Counsel for Defendants