IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| vs. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | **Next Scheduled Event:** |
| | ) | September 28, 2007, 9:00 a.m. |
| Defendants. | ) | Status Hearing |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Colleen F. Shanahan as counsel in this case for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Erik Smulson, Todd Olson, and George W. Taylor.

Respectfully submitted,

   /s/ Colleen F. Shanahan

February 6, 2007

WILLIAMS & CONNOLLY LLP
Colleen F. Shanahan, D.C. Bar No. 496605
725 Twelfth Street, N.W.
Washington, D.C. 20005
cshanahan@wc.com
(202) 434-5000
(202) 434-5058 (fax)

Attorneys for Defendants Georgetown University,
David F. Morrell, Darryl K. Harrison,
Erik Smulson, Todd Olson, and George W. Taylor.

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed with the Court on the 6th day of February, 2007, and that service was made via ECF and by First Class Mail to:

        Thomas Fortune Fay, Esq.
        601 Pennsylvania Avenue, NW
        #900 – South Building
        Washington, D.C. 20004

          /s/ Colleen F. Shanahan
        Colleen F. Shanahan