UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

    Plaintiff

v.

GEORGETOWN UNIVERSITY, et al.,

    Defendants

Case No. 1:06CV01625
Judge Kollar-Kotelly

**ORDER**

The Court having considered the Defendants' Motion For Partial Judgment On The Pleadings, and the Memorandum Of Plaintiff In Opposition, it is, by the Court this _____ day of _____, 2007

**ORDERED,** that the Defendants' Motion For Partial Judgment On The Pleadings leave be and it is hereby denied.

_____
**COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

    **John J. Buckley, Jr., Esq.**
    **Malachi B. Jones, Esq.**
    **Colleen F. Shanahan, Esq.**
    **Williams & Connelly, LLP**
    **725 Twelfth Street, NW**
    **Washington, DC 20005**

    **Thomas Fortune Fay, Esq.**
    **601 Pennsylvania Avenue,NW**
    **#900 - South Building**
    **Washington, D.C.  20004**