UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI,

    Plaintiffs,

    v.

GEORGETOWN UNIVERSITY, et al.,

    Defendants.

Civil Action No.: 1:06cv01625
(CKK/JMF)
Next Event: Discovery Complete
August 15, 2007

## MOTION TO EXTEND DISCOVERY AND FOR OTHER RELIEF

Plaintiff, William Maniaci, by and through undersigned counsel, Thomas Fortune Fay, hereby moves this Court to grant an extension of discovery and to schedule a status hearing for ruling on pending motions. As reasons therefore the defendant represent as follows:

1. Discovery in the action closes on August 15, 2007.

2. A trial date has not been set.

3. Defendants' Motion for Partial Judgment on the Pleadings filed January 15, 2007 has not been ruled on by the Court.

4. Plaintiffs' Motion for Leave to File Amended Complaint filed January 25, 2007 has not been ruled on by the Court. If that Motion is granted the additional defendants may wish to obtain discovery.

5. The Motions and Amended Complaint filed in this case have not been ruled on as of July 17, 2007.

6. Due to the press of other matters and scheduling conflicts, and the fact that many witnesses to the event in question are foreign or difficult to investigate and locate, the plaintiff will be unable to complete discovery by the expiration date. Therefore, this plaintiff respectfully

requests a sixty (60) day extension of the discovery schedule from August 15, 2007, to October 15, 2007.

7. The additional time is necessary due to the fact that many of the witnesses are not from this area and/or are students that are from foreign countries and the courts acceptance of the Amended Complaint will change the defendants in this case.

8. This Motion is the first request for an extension of time to complete discovery.

9. The Defendant is not prejudiced by the granting of this Motion.

10. Federal Rule of Civil Procedure 6(b) provides that the Court for cause shown may at any time in its discretion order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order.

11. The United States District Court for the District of Columbia Local Civil Rule 16.1(a) provides that "[a]ll hearings, conferences and trials shall be scheduled by the judge whom the case is assigned".

12. This motion is filed prior to the expiration of the prescribed period and is for good cause shown.

13. The Plaintiff asks that the following schedule govern discovery in this litigation:

| PROPOSED DISCOVERY SCHEDULE | PROPOSED DATE |
| --- | --- |
| **DISCOVERY CLOSED** | **October 15, 2007** |
| **DEADLINE FOR FILING MOTIONS** | **To Be Set at Status Hearing** |
| **STATUS HEARING** | **October 29, 2007** |
| **DISPOSITIVE MOTIONS DECIDED** | **To be set by the Court** |
| **MEDIATION** | **To be set by the Court** |
| **FINAL STATUS CONF.** | **To be set by the Court** |

WHEREFORE, for the reasons stated herein, plaintiff requests an extension of time to complete discovery.

Dated: July 17, 2007

Respectfully submitted,

*Thomas Fortune Fay*
Thomas Fortune Fay
Attorney for Plaintiff
700 Fifth Street, NW #200
Washington, DC 20001
202-589-1300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Discovery and for Other Relief, the supporting memorandum, and proposed order, was sent by first class mail, postage prepaid, this 17th day of July, 2007, to:

John J. Buckley, Jr.
Malachi B. Jones
Colleen F. Shanahan
Williams & Connelly, LLP
725 Twelfth Street, NW
Washington, DC 20005

*Thomas Fortune Fay*
Thomas Fortune Fay
Attorney for Plaintiff
700 Fifth Street, NW #200
Washington, DC 20001

Case 1:06-cv-01625-LFO    Document 23    Filed 07/17/2007    Page 4 of 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI,

    Plaintiffs,

    v.

GEORGETOWN UNIVERSITY, et al.,

    Defendants.

Civil Action No.: 1:06cv01625
(CKK/JMF)
Next Event: Discovery Complete
August 15, 2007

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
CONSENT MOTION TO EXTEND DISCOVERY AND FOR OTHER RELIEF**

    In support of its Consent Motion to Extend Discovery, this defendant cites and relies upon the following authorities:

1. Federal Rules of Civil Procedure 6(b).

2. The United States District Court for the District of Columbia Local Civil Rule 16.1(a).

2. The inherent powers of this Court.

3. The reasons stated in the Plaintiff's Motion to Extend Discovery and for Other Relief.

4. The record herein.

                            Respectfully submitted,

                            *Thomas Fortune Fay*
                            Thomas Fortune Fay
                            Attorney for Plaintiff
                            700 Fifth Street, NW #200
                            Washington, DC 20001
                            202-589-1300
                            Fax 202-589-1721

**Local Civil Rule 7(m)**
**CERTIFICATION**

Counsel for Plaintiff herewith certifies pursuant to Local Civil Rule 7(m) that inquiry was made of the Counsel for Defendant and that said Counsel did not consent to this Motion.

                                    *Thomas Fortune Fay*_____
                                    Thomas Fortune Fay

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM MANIACI,**

    Plaintiffs,

    v.

**GEORGETOWN UNIVERSITY, et al.,**

    Defendants.

Civil Action No.: 1:06cv01625
(CKK/JMF)
Next Event:  Discovery Complete
August 15, 2007

### ORDER

Upon consideration of the Plaintiff's, William Maniaci, Motion to Extend Discovery and Other Relief, it is hereby,

**ORDERED**:  that the Motion to Extend Discovery is **GRANTED**; and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

| PROPOSED DISCOVERY SCHEDULE | PROPOSED DATE |
|---|---|
| **DISCOVERY CLOSED** | October 15, 2007 |
| **DEADLINE FOR FILING MOTIONS** | To Be Set at Status Hearing |
| **STATUS HEARING** | October 29, 2007 |
| **DISPOSITIVE MOTIONS DECIDED** | To be set by the Court |
| **MEDIATION** | To be set by the Court |
| **FINAL STATUS CONF.** | To be set by the Court |

**ORDERED:** that an immediate status hearing be scheduled for

_____, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
**The Honorable Judge Kollar-Kotelly**
**United States District Court for the**
**District of Columbia**

**Copies to:**

John J. Buckley, Jr.
Malachi B. Jones
Colleen F. Shanahan
Williams & Connelly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Thomas Fortune Fay
Attorney for Plaintiff
700 Fifth Street, NW #200
Washington, DC 20001