UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI,

    Plaintiff,

    v.

GEORGETOWN UNIVERSITY, *et al.*,

    Defendants.

Civil Action No. 06–1625 (CKK)

**ORDER**
(September 10, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 10th day of September, 2007, hereby

ORDERED that Plaintiff's [18] Motion for Leave to File Amended Complaint is GRANTED; it is also

ORDERED that Defendant George W. Taylor and Defendant Eric Smulson are DISMISSED WITH PREJUDICE from the instant action; it is also

ORDERED that [17] Defendants' Motion for Partial Judgment on the Pleadings is GRANTED IN PART and DENIED IN PART; it is also

ORDERED that the Court shall GRANT Defendants' Motion for Partial Judgment on the Pleadings with respect to Count II as it pertains to Defendants Olson, Morrell, and Harrison; it is also

ORDERED that the Court shall permit Plaintiff to amend Count III (and only Count III)

of the Amended Complaint to clarify the basis for Plaintiff's claims with respect to both

Georgetown University and Defendants Olson, Morrell, and Harrison by September 21, 2007,

with an opportunity for Defendants to file an appropriate response with respect thereto by

October 5, 2007.  If Plaintiff does not amend Count III of his Amended Complaint to more

clearly set forth the basis for both Defendant Georgetown University's and the Administrator

Defendants' liability, the Court shall dismiss Count III with respect to both Georgetown

University and the Administrator Defendants; it is also

ORDERED that at present, the Court shall DENY Defendants' Motion in all other

respects.

_____/s/_____

COLLEEN KOLLAR-KOTELLY
United States District Judge