UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGETOWN UNIVERSITY, *et al.*,<br><br>    Defendants. | Civil Action No. 06–1625 (CKK) |

**ORDER**
(September 10, 2007)

Pursuant to the joint discovery plan filed by the Parties on December 5, 2006, depositions of fact witnesses were to be completed by July 16, 2007, and all discovery was to be completed by August 15, 2007.  On July 17, 2007, Plaintiff filed a [23] Motion to Extend Discovery and for Other Relief, requesting a 60-day extension of the discovery schedule such that discovery would close on October 15, 2007, and requesting that a status hearing be held on October 29, 2007.  *See* Pl.'s Mot. ¶¶ 6, 7, 13.  Plaintiff states that "[t]he additional time is necessary due to the fact that many of the witnesses are not from this area and/or are students that are from foreign countries . . . ." *Id.* at 2.  Furthermore, Plaintiff states that if Plaintiff's Motion to Amend Complaint is granted, "the additional defendants may wish to obtain discovery." *Id.* ¶ 4.  Finally, Plaintiff cites to "the press of other matters and scheduling conflicts." *Id.* ¶ 6.  On July 19, 2007, Defendants filed an Opposition.

The Court does not at present have sufficient information from Plaintiff to rule on Plaintiff's Motion.  The Court shall require Plaintiff to file a discovery plan by September 17,

2007, specifying what outstanding discovery remains, who specifically Plaintiff wishes to depose (and on what dates), and why said depositions were not taken at an earlier time.  Defendants' response is due by September 24, 2007.  The Court finds that the Court's granting Plaintiff's Motion to Amend on its own does not warrant a discovery extension, as it was clear from Defendants' response to Plaintiff's Motion to Amend that Defendants did not oppose the addition of the two added Defendants, and furthermore it is unclear what if any impact the substitution of these two Safety Officer Defendants would have on the realm of fact witnesses in this case.

      Accordingly, it is, this 10th day of September, 2007, hereby

      ORDERED that Plaintiff shall file a discovery plan by September 17, 2007, specifying what outstanding discovery remains, who specifically Plaintiff wishes to depose (and on what dates), and why said depositions were not taken at an earlier time; it is also

      ORDERED that Defendants' response is due by September 24, 2007.

      SO ORDERED.

                                            */s/*
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge