# UNITED STATES DISTRICT COURT
## District of Columbia

**WILLIAM MANIACI**

**SUMMONS IN A CIVIL CASE**

V.

**GEORGETOWN UNIVERSITY, et al.**

CASE NUMBER:   1:06-cv-01625 (CKK)

TO: (Name and address of Defendant)

**Larry Salley**
**7515 Firethorn Drive**
**Clinton, MD 20735**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Fortune Fay
Law Office of Thomas Fortune Fay, P.A.
700 Fifth Street, NW #200
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                              OCT - 1 2007

CLERK                                                                              DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 10/4/07 |
| NAME OF SERVER *(PRINT)* Jevon N. Holmes | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Doris Best - mother
   BF 5'8 185 lbs 70

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07        [signature]
              Date           Signature of Server

              1522 K St NW Ste 210 W DC 20005
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.