IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI, ) | |
| ) | |
| Plaintiff, ) | Docket No. 06 CV 01625 |
| ) | |
| vs. ) | Judge Kollar-Kotelly |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | Next Event: |
| ) | Status Conference |
| Defendants. ) | November 20, 2007, 9:00 a.m. |

## STIPULATION AND PROPOSED ORDER

WHEREFOR Counsel for Defendants Georgetown University ("Georgetown"), David F. Morrell, Darryl K. Harrison, Todd Olson, and Roy Eddy seeks additional time to communicate with Defendant Larry Salley about his representation in this matter.

IT IS HEREBY STITUPLATED AND AGREED by and between the undersigned attorneys that the time for Defendant Larry Salley, to answer, move, or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including November 20, 2007.

October 24, 2007                                Respectfully submitted,


   /s/ Thomas Fortune Fay                          /s/ Malachi B. Jones
Thomas Fortune Fay, Esq. Bar No. 23929     WILLIAMS & CONNOLLY LLP
601 Pennsylvania Avenue, NW                John J. Buckley, Jr., D.C. Bar No. 925081
#900 – South Building                      Malachi B. Jones, D.C. Bar No. 455555

2

| | |
|---|---|
| Washington, D.C. 20004 | Colleen F. Shanahan, D.C. Bar No. 496605 |
| | 725 Twelfth Street, N.W. |
| | Washington, D.C. 20005 |
| | (202) 434-5000 |
| | (202) 434-5029 (Fax) |
| Attorney for Plaintiff | Attorneys for Defendants Georgetown University, Morrell, Harrison, Olson, and Eddy. |

SO ORDERED:

_____
Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia