IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| vs. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | **Next Scheduled Event:** |
| | ) | November 20, 2007, 9:00 a.m. |
| Defendants. | ) | Status Conference |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please withdraw the appearance of Colleen F. Shanahan as counsel in this case for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Todd Olson, and Roy Eddy. Counsel is leaving the firm of Williams & Connolly LLP and thus will no longer represent the above-named parties.

      Respectfully submitted,

      /s/ Colleen F. Shanahan

October 25, 2007

WILLIAMS & CONNOLLY LLP
Colleen F. Shanahan, D.C. Bar No. 496605
725 Twelfth Street, N.W.
Washington, D.C. 20005
cshanahan@wc.com
(202) 434-5000
(202) 434-5058 (fax)

## CERTIFICATE OF SERVICE

  I certify that the foregoing document was filed with the Court on the 25th day of October, 2007, and that service was made via ECF to:

    Thomas Fortune Fay, Esq.
    601 Pennsylvania Avenue, NW
    #900 – South Building
    Washington, D.C. 20004


      ___/s/ Colleen F. Shanahan_____
      Colleen F. Shanahan