UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI., <br><br> Plaintiff, <br><br> v. <br><br> GEORGETOWN UNIVERSITY, *et al.* <br><br> Defendant.. | Civil Action No. 06-1625 (CKK) |

**SCHEDULING AND PROCEDURES ORDER**
(November 20, 2007)

**(JUDGE KOLLAR-KOTELLY)**

In order to administer the above-captioned civil case in a manner fair to the litigants and consistent with the parties' interest in completing this litigation in the shortest possible time and at the least possible cost,

it is this 20th day of November, 2007,

**ORDERED** that counsel for Plaintiff and Defendant are directed to comply with each of the following directives:[1]

**SUMMARY JUDGMENT:**

The parties shall comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1.  The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules.  *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied.  The responding party should include any information relevant to

---

[1] The Court will hold counsel responsible for following the directives set forth in this order. Failure to conform to this order's directives may result, when appropriate, in the imposition of sanctions.

its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7, formerly Rule 108(h) (which is the same as rule 56.1). The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

1. **Dispositive motions** are due on or before       January 14, 2008       ;
2. with **oppositions** due on or before       February 4, 2008       ;
3. and **replies**, if any, due on or before       February 19, 2008       .

Dates for the pretrial conference, motions *in limine*, *voir dire* and trial will be set at a status hearing, if necessary, held after resolution of dispositive motions. **The Above Scheduled Dates Are Firm.**

Date: November 20, 2007                                /s/
                                       **COLLEEN KOLLAR-KOTELLY**
                                       United States District Judge