IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| v. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | **Next Scheduled Event:** |
| | ) | **Deadline for Defendants' Motion for** |
| Defendants. | ) | **Summary Judgement** |
| | ) | **January 14, 2008** |

## DEFENDANTS' CONSENT MOTION AND MEMORANDUM IN SUPPORT OF CONSENT MOTION TO ENLARGE THE PAGE LIMIT

Defendants Georgetown University, Darryl Harrison, David Morrell, Todd Olson, Roy Eddy and Larry Salley respectfully move, pursuant to Local Rule 7(e), for an enlargement of the page limit for their forthcoming memorandum in support of their motion for summary judgment by fifteen (15) pages. Plaintiff's counsel has indicated that he consents to this relief.

Defendants submit that their consent motion for an enlargement of the page limit should be granted for the following reasons:

1. Defendants are scheduled to file their motions for summary judgment and supporting memoranda on January 14, 2008.

2. The moving Defendants consist of five individual defendants, David Morrell, Todd Olson, Darryl Harrison, Roy Eddy and Larry Salley and corporate defendant, Georgetown University. Each of the Defendants is entitled to submit a separate motion and supporting memorandum if they so choose.

3. Plaintiff's Second Amended Complaint contains four separate counts consisting of many serious allegations that must be addressed separately with respect to each of the six differently situated Defendants (a university, three university administrators with distinct responsibilities, and two university safety officers).

4. Rather than filing separate motions and supporting memoranda, Defendants would like to submit a single motion for summary judgment and a single supporting memorandum addressing the claims against all six defendants.

5. Consolidating the motions and supporting memoranda in this manner will enable Defendants to more efficiently and cohesively present the issues and will be less burdensome for both the parties and the Court.

6. Defendants anticipate that they will require fifteen (15) additional pages for their consolidated memorandum in support of their motion for summary judgment in order to adequately respond to Plaintiff's allegations.

7. Plaintiff's counsel consents to Defendants' request for an enlargement of the page limit by fifteen (15) pages.

January 2, 2008                                    Respectfully submitted,


        /s/ Malachi B. Jones
WILLIAMS & CONNOLLY LLP
John J. Buckley, Jr., D.C. Bar No. 925081
Malachi B. Jones, D.C. Bar No. 455555
725 Twelfth Street, N.W.
Washington, D.C. 20005
 (202) 434-5000
 (202) 434-5029 (Fax)

*Attorneys for Defendants Georgetown University, Morrell, Harrison, Olson, Eddy and Salley*

3

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed with the Court on the 2nd day of January, 2008, and that service was made via ECF and by First Class Mail to:

          Thomas Fortune Fay, Esq.
          601 Pennsylvania Avenue, NW
          #900 – South Building
          Washington, D.C. 20004


                              /s/ Malachi B. Jones
                              Malachi B. Jones