# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI ) | |
| ) | |
| Plaintiff, ) | Docket No. 06 CV 01625 |
| ) | |
| v. ) | Judge Kollar-Kotelly |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | Next Event: |
| ) | Deadline for Defendants' Motion for |
| Defendants. ) | Summary Judgement |
| ) | **January 14, 2008** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION TO ENLARGE THE PAGE LIMIT

Before the Court is Defendants' Consent Motion to Enlarge the Page Limit for Defendants' forthcoming memorandum in support of their motion for summary judgment.

The Court grants Defendants' motion. Accordingly, Defendants' memorandum in support of their motion for summary judgment shall not exceed sixty (60) pages.

SO ORDERED this ____ day of _____, 2008.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

COPIES TO:

Thomas Fortune Fay, Esq.            John J. Buckley, Jr., Esq.
601 Pennsylvania Avenue, NW         Malachi B. Jones, Esq.
#900 - South Building               Williams & Connelly, LLP
Washington, DC 20004                725 Twelfth Street, NW
                                    Washington, DC 20005