IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI, | ) ) ) | |
| Plaintiff, | ) ) | Docket No. 06 CV 01625 |
| v. | ) ) | Judge Kollar-Kotelly |
| GEORGETOWN UNIVERSITY, et al. | ) ) | Next Scheduled Event: January 14, 2008, |
| Defendants. | ) ) | Deadline for Opposition to Dispositive Motions |

## INDEX OF EXHIBITS

Deposition of William Maniaci (excerpts) ............................................................................... 1

Deposition of Jim Nutting (excerpts) ....................................................................................... 2

Picture from Macabbee Arms website (http://maccabeearms.com) ......................................... 3

Deposition of Robert Turk (excerpts) ....................................................................................... 4

Deposition of Todd Olson (excerpts) ........................................................................................ 5

Deposition of Darryl Harrison (excerpts) ................................................................................. 6

Deposition of David Morrell (excerpts) .................................................................................... 7

Deposition of Roy Eddy (excerpts) ........................................................................................... 8

Declaration of Larry Salley ....................................................................................................... 9

Palestine Solidarity Movement Conference Agenda .............................................................. 10

Jewish Defense League Handout ............................................................................................ 11

Deposition of Daniel Porterfield (excerpts) ............................................................................ 12

Georgetown Statement on the Palestine Solidarity Movement Conference ........................... 13

Palestine Solidarity Movement Information Packet ............................................................... 14

Palestine Solidarity Movement Frequently Asked Questions ................................................ 15

Statement of President John J. DeGioia .................................................................................. 16

Duke Memorandum ................................................................................................................ 17

Deposition of Erik Smulson (excerpts) ............................................................................... 18

E-mail from Todd Olson (Jan. 23, 2006) ............................................................................ 19

Security Operations Plan .................................................................................................... 20

Department of Public Safety Briefing Update ................................................................... 21

Alternative Programming Memorandum ........................................................................... 22

Speech and Expression at Georgetown ............................................................................... 23

Speech and Expression Policy ............................................................................................ 24

Declaration of Todd Olson ................................................................................................. 25

Declaration of Darryl Harrison ........................................................................................... 26

Deposition of Lee Kaplan (excerpts) .................................................................................. 27

Lee Kaplan, *The Divestment Conference at Georgetown*, Front Page Magazine (Mar. 17, 2006) .. ............................................................................................................................. 28

Deposition of Matthew Finberg (excerpts) ......................................................................... 29

Operation Gideon Pamphlet ................................................................................................ 30

Letter from Robert Turk to Pres. DeGioia (Jan. 18, 2006) ................................................. 31

Jewish Defense League Call to Action ............................................................................... 32

E-mail from William Maniaci to Georgetown Administrators (Feb. 9, 2006) ................... 33

Deposition of Carrie Devorah (excerpts) ............................................................................ 34

Lee Kaplan, *Georgetown Sued for $8 Million*, The Canadian Free Press (Sept. 15, 2006) ......... 35

Matthew Finberg, *What Really Happened at the Georgetown PSM Conference*, Israpundit (Feb. 20, 2006) ............................................................................................................. 36

Matthew Finberg, *PSM Conference a Flop, thanks to Jewish Defense League* (undated) ........... 37

Bill Levinson, *Palestine Solidarity Movement Routed at Georgetown*, Israpundit (undated) ...... 38

Letter from William Maniaci to FBI (Mar. 6, 2006) .......................................................... 39

United States Department of Justice Close Case File Notice (Nov. 8, 2006) .................... 40

Palestine Solidarity Movement Media Information Packet ............................................... 41

Gaston Hall Diagram .................................................................................................................. 42

Al Aribiya Video† taken on February 18, 2006 ........................................................................ 43

Quest Productions Video† taken on February 18, 2006 ........................................................... 44A

Quest Productions Video† (with transcript) ............................................................................. 44B

Quest Productions Video† (with demonstrative still frames) .................................................. 44C

Students for Justice in Palestine Video† taken by Katherine Pitsch on February 18, 2006 .......... 45

Press RSVP List ........................................................................................................................ 46

Video Transcript ....................................................................................................................... 47

Photograph of Matthew Finberg and Jim Nutting in the aisle in Gaston Hall taken by Carrie Devorah on February 18, 2006 ................................................................................................. 48

Declaration of Erik Smulson .................................................................................................... 49

Deposition of Keith Bailey (excerpts) ...................................................................................... 50

Photograph of Keith Bailey seated next to William Maniaci in Gaston Hall taken by Carrie Devorah on February 18, 2006 ................................................................................................. 51

Medical Records of William Maniaci (Dec. 15, 2006 and June 21, 2006) ................................. 52

Photographs of William Maniaci in the hallway outside Gaston Hall taken by Carrie Devorah on February 18, 2006 ................................................................................................................ 53

Deposition of Lt. Michael Smith (excerpts) .............................................................................. 54

Deposition of Sgt. Sam DeLisi (excerpts) ................................................................................. 55

Photographs of William Maniaci waiving an Israeli flag outside of Georgetown University's main gate taken by Charles Nailen on February 18, 2006 ........................................................ 56

Deposition of Dr. Suzanne Gillern (excerpts) ........................................................................... 57

Gillern Treatment Notes (Feb. 19, 2006) .................................................................................. 58

Affidavit of Charles J. Key, Sr. .................................................................................................. 59

† *These exhibits are not in a format that readily permits electronic filing. They have been filed in hard-copy with the Clerk pursuant to Local Rule 5.4.*