# EXHIBIT 2

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI,       )
                       )
        Plaintiff,     )
                       )
    vs.                ) NO. 1:06-CV-1625 (CKK)
                       )
GEORGETOWN UNIVERSITY, ET AL., )
                       )
        Defendants.    )

**ORIGINAL**

VIDEOTAPED DEPOSITION OF JIM NUTTING

SAN DIEGO, CALIFORNIA

APRIL 12, 2007

Reported By:  CHRISTINA LOTHER
              CSR NO. 8624



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

Page 5

1   JIM NUTTING,
2   having been put under oath, testified as follows:
3
4   EXAMINATION
5   BY MR. JONES:
6   Q. Good morning, sir.
7   A. Good morning.
8   Q. Could you just state your name for the record
9   and spell your last name.
10  A. Jim Nutting, N-u-t-t-i-n-g.
11  Q. And what is your date of birth?
12  A. 6-15-59.
13  Q. And what's your home address?
14  A. 511 14th Street, Apartment C8, Ramona,
15  California 92065.
16  Q. Have you ever been deposed before?
17  A. No.
18  Q. Have you ever testified in court before?
19  A. Many times.
20  Q. Okay. I just want to make sure you have an
21  understanding of what's going on here today. You
22  understand that you've just taken an oath to testify

Page 6

1   truthfully?
2   A. Yes, I do.
3   Q. And from testifying in court, you understand
4   what that means?
5   A. Yes, I do.
6   Q. Do you understand that there's a court
7   reporter here recording everything that's being said?
8   A. Yes, I do.
9   Q. Okay. It's important for you to verbalize
10  your answers, just as in court. Don't answer with just
11  a head nod or a head shake.
12      Do you understand that?
13  A. I understand.
14  Q. Also, it's hard for the court reporter to take
15  down what two people are saying at the same time. So
16  let's try not to talk over each other. If you could
17  just wait until I finish with the question before you
18  answer, that would help things a lot.
19      Do you understand that?
20  A. Yes.
21  Q. Okay. And, also, you obviously understand
22  that this deposition is being videotaped today?

Page 7

1   A. Yes, I do.
2   Q. Okay. Do you have any questions before we
3   begin?
4   A. No.
5   Q. Okay. Let me ask you, where did you get your
6   high school education? Where did you graduate?
7   A. I didn't graduate. I went to 12th grade. And
8   it was a combination of Paramus High School and
9   Hunter-Tannersville High School in New York. Paramus is
10  in New Jersey.
11  Q. Okay. Do you have any college education?
12  A. College courses for law enforcement training.
13  Q. Okay. And where did you take those courses?
14  A. It was Southwestern College was my first, what
15  they call PC 832. It's the basic law enforcement
16  training. And then I took the Reserve Police Officers
17  Academy. And that was also through Southwestern
18  College. And I took -- I don't know how many subsequent
19  PC 832 basic police academy courses throughout the
20  years.
21  Q. Where is Southwestern College?
22  A. Chula Vista, California.

Page 8

1   Q. Okay.
2   A. Excuse me. Also, Miramar College. That's
3   where I've taken also some of -- that was the -- that's
4   the Regional Police Academy. That's where I've taken
5   some of the PC 832 courses as well.
6   Q. Do you have any military experience?
7   A. No. I was let go from the military for
8   medical reasons. I had bad eyes. It was through boot
9   camp. Right in the middle of boot camp, they did the
10  second test, and they told me I wasn't going to be able
11  to stay in the Navy.
12  Q. Okay. How many -- are you currently in law
13  enforcement?
14  A. It's a law enforce -- it's a public officer
15  position. I work for the San Diego Trolley. And it's
16  Metropolitan Transit System in San Diego. And it's a
17  public officer position. It's -- it's a law enforcement
18  position. We issue citations and make arrests without
19  warrant and also transport people to jail and book them.
20  Q. Do you wear a uniform in that position?
21  A. Yes, I do. And I also wear plain clothes.
22  Q. Okay. Do you carry a weapon when you're on

Case 1:06-cv-01625-LFO   Document 39-4   Filed 01/14/2008   Page 4 of 12
VIDEOTAPED DEPOSITION OF JAMES NUTTING
CONDUCTED ON THURSDAY, APRIL 12, 2007

6 (Pages 21 to 24)

Page 21

public, we would actually wait probably to the terminal station, and we try not to take them off the train at the station, at a main station, because, number one, you're holding up the train. There's people on the way that could be kicked if this guy decides to kick.

So wait until the end when everybody is off the train and then escort them off the train. I've really -- as far as resistance of people just not wanting to get off the train, generally I'm able to talk them off.

Q. But what would you do if you couldn't talk the person off?

A. I would probably do the best I could to lift the person up and take them off.

Q. Would you do that yourself or would you get some assistance?

A. I would definitely get assistance. I don't want to get injured.

Q. Is that part of your use-of-force training, how to remove persons from -- from a train?

A. Actually, we have minimal training in that, because that's just something that they don't teach in

Page 22

any law enforcement school or academy because they don't handle trains. And that's something we learn basically on our own.

Q. Okay. Based on your experience --

A. It's experience.

Q. Okay. Common sense?

A. (Nods head.)

Q. Is that a "yes"?

A. Yes.

Q. Have you ever had any training in how to do crowd control?

A. Again, it's experience. Crowd control was limited training. I couldn't even remember what I learned in the -- in the reserve training academy. We don't do -- we're not provided with the equipment to do crowd control. We don't have the helmets. We don't have anything like that. We call for San Diego PD to handle that, or any local municipality that the trolley goes through.

Q. Okay. Have you ever had to handle like a protest situation, where there was a large number of individuals and you had to use force on --

Page 23

A. Never had to.

Q. -- one or more individuals?

A. Never had to use force. We've had the recent protest downtown San Diego with the immigration march, and we had tens of thousands of people going through the street. And we had no problem at all. We just kept people behind the lines. There's a yellow line so they don't step in front of a train or on the tracks. We don't really have problems with that.

Q. You mentioned that there was a recent immigration march in downtown San Diego?

A. Yeah.

Q. And you -- you were on duty during that?

A. Yeah.

Q. Now, say you had to arrest one of the people from that protest, is there a danger in a situation where there's a lot of other protestors around that they could interfere with you?

A. Yes. There's a danger where somebody can come up behind an officer and -- and you're surrounded. There's more of them than there are of you. We generally leave that up to San Diego PD to handle that

Page 24

or, like I said, local municipality, because in something like that, they're well-posted and they're everywhere.

So we just call for their help, and they'll come over and help us.

Q. Is that an issue of officer safety that there are other protestors around that may interfere with the arrest?

A. Not that I know of. Like I said, I really haven't been that trained in that, that I can remember. But common sense tells me that if there's, you know, a lot of people like-minded that see you make an arrest on somebody, maybe they might want to get involved or try to help or something. I would think to be looking around me.

I would probably have an officer behind me looking -- looking at me if I was ever going to take somebody into custody. Or the smartest thing would do -- for me would not even to make the arrest and just wait for San Diego PD to come down. They're trained in that.

Q. Yeah. Have you ever been accused of excessive

**Page 33**

1  secure. But that's basically what it is.
2  Q. So it's a Yahoo group?
3  A. Yahoo group mail.
4  Q. Okay. Probably all have varying degrees of
5  technical knowledge. I don't know. Mr. Fay and I may
6  be not the most technically savvy. I don't think I've
7  ever been on a Yahoo list.
8  A. You might be on one and don't even know it.
9  Q. Yeah, I may be on one and not even --
10    MR. FAY: My technical knowledge of computers
11  is almost zero.
12  BY MR. JONES:
13  Q. Yeah. So does this -- this Yahoo group have a
14  name?
15  A. It's called Secure List. It's Maccabee Secure
16  List.
17  Q. And did you also communicate this way before
18  B'nai Elim was formed when you were with JDL?
19  A. Yeah. Yes, that's how I first got on. They
20  gave me -- they invited me onto the secure list.
21  Actually, it was Bill that invited me onto the secure
22  list.

**Page 34**

1  Q. And it was also called the Maccabee Secure
2  List at that time?
3  A. Then I think it might have been the JDL Secure
4  List.
5  Q. You mentioned before that one of the things
6  that drew you to Mr. Maniaci was that he was a retired
7  police officer.
8  A. Yes.
9  Q. Okay. So there's a kinship between you and
10  him in that regard?
11  A. It's a respect I have, and I -- I -- like I
12  said, I had a -- I -- where I live in Ramona,
13  California, there's skinheads, and I don't like them.
14  They're -- they're just bad. They're bad people.
15  Q. I think we can agree on that.
16  A. Yeah. And they -- my -- my son got on drugs,
17  and that upset me a lot. And that was skinheads sold
18  him the drugs. I know it was them. And they hurt --
19  they hurt my son. And I -- that's my drive, that, and
20  after 9/11, that was another one. And it's what's going
21  on in the world and how Jews are persecuted to this day.
22  Q. Have you ever discussed with Maniaci his prior

**Page 35**

1  law enforcement service?
2  A. He doesn't talk much about it, except for he
3  had a great time. He -- he -- he liked it. He really
4  doesn't talk about it that much. And I always -- I
5  asked him questions, you know, about contacting people
6  and, you know, "What kind of stuff has ever happened to
7  you?" You know, it always interests me. And he never
8  really talks much about his police experience, only that
9  he took his patrol car home and he had a lot of good
10  guys that worked for him. And that was about it.
11  Q. Did he ever discuss his involvement in the
12  shooting death of a suspect --
13  A. No.
14  Q. -- in Reno?
15  A. No.
16  Q. Did he ever discuss the fact that he was sued
17  over the shooting death of a suspect?
18  A. No.
19  Q. Did he ever discuss any excessive force
20  complaints that were made against him?
21  A. No.
22  Q. Are you aware that Mr. Maniaci is a federally

**Page 36**

1  licensed firearms dealer?
2  A. Yes, I am.
3  Q. Okay.
4    MR. JONES: We've been marking exhibits
5  sequentially. So this would be Exhibit No. 47.
6    She's going to mark that.
7    (Defendants' Exhibit No. 47 was marked.)
8  BY MR. JONES:
9  Q. Mr. Nutting, you've just been handed what's
10  been marked as Exhibit 47, which is a printout from the
11  B'nai Elim website.
12    And let me ask you this first. You're a
13  member currently of B'nai Elim?
14  A. Yes, I am.
15  Q. And you are aware that B'nai Elim has a
16  website?
17  A. This is not the website. This is the blog
18  page.
19  Q. Okay. But is that also associated with the
20  B'nai Elim organization?
21  A. This is Bill's blog page. It's associated
22  because there's a link from the main website.

**37**

1  Q.  Okay. So -- and who runs the main website?
2  A.  I do.
3  Q.  Okay. And Mr. Maniaci runs the blog?
4  A.  Yes.
5  Q.  Okay. And you've been to this blog before?
6  A.  Sometimes I'll pull stories off of it to post
7  it on our website. He's -- but not too often. He's got
8  nice little images and stuff that I can copy off of
9  there.
10 Q.  If you can go to the second page, there's a
11 picture of a rifle and the caption, "You can take this
12 gun off the streets. Buy it for yourself."
13 A.  Yeah. I've never seen that one.
14 Q.  Okay. Let me ask you, Maccabee Arms Ltd., is
15 that the name that Mr. Maniaci does business under for
16 his arms dealing?
17 A.  That -- that -- I believe so. That's what
18 it's -- that's the advertisement he has on our website.
19 Q.  He has a web -- an advertisement on the B'nai
20 Elim website as well?
21 A.  Yeah.
22 Q.  Okay. Did you know that Mr. Maniaci is

**38**

1  licensed to carry a firearm?
2  A.  Yeah. He's a retired police officer. He can
3  carry it anywhere.
4  Q.  Okay. And he can carry it concealed on his
5  person?
6  A.  Yeah.
7  Q.  You're aware of that?
8  A.  Yeah.
9  Q.  Were you aware that he brought a gun to the
10 PSM Conference in Washington, DC in February of 2006?
11 A.  I didn't see it.
12 Q.  Were you aware that he had one with him?
13 A.  I'm sure he must've. He's licensed. I have
14 so many friends that are cops that carry concealed
15 weapons. I don't even talk about them. It doesn't even
16 matter to me.
17 Q.  Okay. Did you ever see it during the course
18 of that weekend in February of 2006, meaning did you
19 ever see his gun?
20 A.  No. The last time I seen his gun was in
21 Arlington, Virginia, at an antiterrorism conference.
22 Q.  Okay. And that was in April of 2006?

**39**

1  A.  Yeah, I think it was April.
2  Q.  The American --
3  A.  Yeah, it was April. It was the American --
4  whatever it is.
5  Q.  America's Truth Forum?
6  A.  Yeah.
7  Q.  And how did you have occasion to see his gun
8  there?
9  A.  He showed me.
10 Q.  Okay.
11 A.  Yeah, he showed me.
12 Q.  He showed you where he carries it?
13 A.  No. He showed me the gun. I went into his
14 hotel room.
15 Q.  Okay. Did you communicate with Mr. Maniaci
16 prior to this deposition about the fact that you're
17 being deposed?
18 A.  Not about the deposition. The only person I
19 communicated with and I talked to about it was Bob to
20 let him know I've got a -- I got served. And he said
21 yeah, he did, too. And that was about it.
22 Q.  And when you say "Bob," you mean Bob Turk?

**40**

1  A.  Bob Turk, yes.
2  Q.  Okay.
3  A.  He told me he was deposed, too.
4  Q.  Did you ever tell Mr. Maniaci that you had
5  been served?
6  A.  I haven't spoken much with Bill recently.
7  He -- I got a call that Bill was in the hospital now, or
8  was in the hospital the last couple of days, because of
9  breathing problems. And Bill, I think, called me a
10 couple of weeks ago. And he was talking about his
11 business. I think he was talking about guns, if I knew
12 anybody that wanted to buy any guns. We talked about
13 guns for a little while, and that was about it.
14 Q.  You didn't mention this deposition during that
15 conversation?
16 A.  You know, if I did, I don't remember. If I
17 said it really fast, and he just keeps talking about the
18 business because he is all pumped up about it, and I
19 just didn't want to get into it.
20 Q.  Did he mention the fact that he had been
21 deposed?
22 A.  I'm trying to remember the conversation I had

Page 77

1  A. I don't know. We -- we met him at -- you know
2  what, this was after. Now you just brought it back.
3  This was after the -- we met at Georgetown. We met at
4  the event. We had a table display. And that's where we
5  met Seth.
6  Q. Did you meet him Saturday or Sunday?
7  A. I can't recall if -- I could guess Saturday,
8  but I'm not going to be -- I mean, I can't say that's
9  when we met.
10  Q. So you're not sure if this -- this dinner was
11  Saturday or Sunday?
12  A. I can't recall.
13  Q. Okay.
14  A. It was Saturday, I would -- I would -- no, I
15  don't want to -- I don't know.
16  Q. Okay. If you could just look at 6-B.
17     MR. FAY: Keep going.
18  BY MR. JONES:
19  Q. Okay. That's a picture of you standing next
20  to Mr. Maniaci?
21  A. Yes.
22  Q. And then four other gentlemen?

Page 78

1  A. Yes.
2  Q. Including Mr. Turk wearing the dark
3  sunglasses?
4  A. Yes.
5  Q. What was the occasion of this picture?
6  A. It was a National Press Conference. Paul
7  Williams was doing a speech about terrorism. And to be
8  honest with you, I think I fell asleep during that. But
9  we were there during that to watch it.
10  Q. When did this take place?
11  A. This was the first day we were there. It was
12  the first thing we went to was the National Press
13  Conference. I don't remember what day because I wasn't
14  even there. Thursday, Friday, Saturday. Friday,
15  Saturday, Sunday.
16  Q. Okay.
17  A. But I know this was the first event. This was
18  before Georgetown.
19  Q. This is before --
20  A. I think this was before we even went to
21  Georgetown.
22  Q. Okay. You can just put that down there for

Page 79

1  me.
2  A. Okay.
3  Q. Are you aware that the Southern Poverty Law
4  Center lists the JDL as a hate group?
5  A. Yeah.
6  Q. And you were aware of that when you were a
7  member of the JDL?
8  A. After I joined.
9  Q. Were you aware that there has been an FBI
10  report that described the JDL as a violent, extremist
11  Jewish organization?
12  A. I don't know about that.
13  Q. Okay. Were you aware that the ADL, the
14  Anti-Defamation League, had described the JDL as
15  extremists?
16  A. Yes.
17  Q. And were you aware that the ADL had described
18  the preaching of Rabbi Kahane as a gross distortion of
19  the position of Jews in America?
20  A. No.
21  Q. Were you aware that the ADL had described
22  Rabbi Kahane's preaching as a radical form of Jewish

Page 80

1  nationalism which reflected racism, violence, and
2  political extremism?
3  A. No.
4  Q. Would you disagree with that statement by the
5  ADL?
6  A. Yes. As what I know of -- that's what I know
7  of -- when I joined, that's what I know. This is not a
8  racial -- a racist organization. This is not a gross
9  extortion of Judaism. And it's -- as what I know. I
10  wasn't in JDL before 2003. So as what I know, from that
11  point on, this is a -- this was a -- this was a good
12  organization. As far as the JDL now, I don't know what
13  they do. And I really don't care.
14  Q. When you joined the JDL, did you make some
15  mention that you -- you felt that Maniaci, Mr. Maniaci,
16  was trying to change the JDL?
17  A. I've always made that. I would tell people
18  that when they want to join, say, "Yeah, Bill Maniaci
19  wants to" -- "he's changing the whole view of the JDL.
20  We're creating a board of directors. We're becoming a
21  professional organization."
22  Q. And was that the only way that he wanted to

Page 145

1  were in there. I think I just got the badge and just
2  left. If I did, I don't remember.
3     Q.  Do you recall getting a copy of the free
4  speech and expression policy?
5     A.  No. I don't remember getting anything in my
6  hand. I -- I think I just signed in, and they gave me a
7  name tag.
8     Q.  Was Mr. Maniaci with you when you registered?
9     A.  No. I registered right behind Matt Finberg
10 and Rabbi Shifren. Or right before. They came at the
11 same time I did. And Rabbi couldn't carry anything
12 because that's halachic rule. You know, Orthodox Jews
13 aren't supposed to carry things on Shabbat. And that
14 was a Saturday, because it was Shabbat. And that's why
15 he couldn't carry anything. It was Saturday. That's
16 part I can remember.
17    Q.  So what happened? What did you do after you
18 registered?
19    A.  I don't know. I think maybe, if that was --
20 maybe we set the table up, then went back to the truck
21 and got the stuff out of the truck to set the table up.
22 I can't recall.

Page 146

1     Q.  And when you say "the table," you mean the
2  table that the JDL had in the ICC building?
3     A.  There was a table that George had set up --
4  George Haas had set up in the ICC building. And I think
5  I went out to start getting boxes and start carrying
6  boxes in. And I think I got Bailey to help me carry
7  the -- the boxes. Yeah, I -- I'm -- that's probably
8  what we did. That's what I can remember.
9     Q.  Do you recall that --
10    A.  I remember 17 degrees, because that's what
11 somebody said. I remember that, because I haven't felt
12 that kind of cold in years. And my fingers were blue,
13 and I remember carrying boxes in. And it didn't bother
14 George Bailey carrying the boxes in. It bothered me.
15    Q.  Do you recall that the -- the JDL table had
16 been registered under the name "Palestinians are People
17 Too"?
18    A.  Yeah.
19    Q.  And why was that done?
20    A.  Because we believe they would not have let us
21 in if we said we were the JDL. They would not let us
22 show our side of it if -- if they would have -- if we

Page 147

1  would have said that we were the JDL.
2     Q.  And when --
3     A.  I heard -- I found this out afterwards, by the
4  way. That's --
5     Q.  And when you say "they" would not have let you
6  in, who do you mean?
7     A.  The Palestinian Solidarity Movement
8  organizers.
9     Q.  Okay. And you don't mean Georgetown
10 University when you say that?
11    A.  No, I didn't mean --
12    Q.  But once the table was set up, it was pretty
13 clear that it was a JDL table, correct?
14    A.  Oh, yeah. The first thing I did was take out
15 the T-shirts that said "JDL" on them and put them on the
16 table and said to people "You're welcome to take some.
17 There are T-shirts here." And --
18    Q.  Did you attend the press conference?
19    A.  No. The only time I attended it was when I
20 got a radio call the day that it happened to Bill that,
21 "Jim, come on up here," and --
22    Q.  Where were you at that point in time?

Page 148

1     A.  I was actually -- I was walking on the
2  grounds. And I got this radio call, said, "Jim, you
3  know, can you come on up here."
4         I said, "Yeah, sure." So I went on up there.
5  And I looked for Bob, and I couldn't find him. But I
6  saw Mike standing way in the back, and there are the
7  guys in suits back there. I figured I would go back
8  there. I guess maybe they wanted me to see something.
9  So I went back in the back.
10        And then all the ruckus happened. Bill asked
11 some question, and they wouldn't answer him. And so
12 then the officers came in, and I went forward. I said,
13 "What are they doing? They're going to grab Bill."
14    Q.  Well, let me ask you. You said you were
15 walking on the campus when you got radioed. Why were
16 you just walking on the campus?
17    A.  I -- I -- I did a lot -- a lot of walking on
18 the campus because I didn't -- I didn't want -- there's
19 no way I wanted to sit in that room over all that time
20 with all those people. I don't like sitting in one
21 place for a long time. So I took numerous walks around
22 the campus. Plus I enjoyed it. I thought it was kind

Case 1:06-cv-01625-LFO Document 89-4 Filed 01/14/2008 Page 9 of 12
VIDEOTAPED DEPOSITION OF JAMES N. LOOS
CONDUCTED ON THURSDAY, APRIL 12, 2007

45 (Pages 177 to 180)

**Page 177**

1     A. Not really. He was just there. I -- he
2 followed -- he followed Bob and Bill out the door. He
3 followed Bob and Bill when they were carrying Bill out
4 the door.
5     Q. Do you recall that Mr. Finberg had an issue
6 with another person he was trying to ask a question, a
7 Neturei Karta member?
8     A. Did that happen before I -- probably it could
9 happen before I got there. Or -- I don't know. I know
10 the Neturei Karta was there, and we don't get along very
11 well with the Neturei Karta. If he had an argument with
12 them, I wouldn't doubt it, because, you know, they're
13 not -- we don't get along with Neturei Karta. We don't
14 believe in their views.
15     Q. I'm not saying they had an argument, but did
16 Mr. Finberg indicate that a member of the Neturei Karta
17 was causing trouble?
18     A. Yes. As a matter of fact, I do remember that.
19 The whole thing happened, I think, probably around the
20 same time. And he said, "This guy's bothering me" or --
21 or I heard something. I think it was -- I thought it
22 was Rabbi Weiss against Matt.

**Page 178**

1 I'm not sure which one was saying it, but they
2 were arguing. But this whole thing with Bill happened,
3 and I kind of gaffed that off like it was nothing.
4     Q. You know one of the Neturei Karta members is
5 Rabbi Weiss?
6     A. Yeah, I know Rabbi Weiss. I've seen him
7 before in the newspaper.
8     Q. And Mr. Finberg was in the aisle, and he said
9 that he was having a problem with Rabbi Weiss?
10     A. There was some kind of dialogue there about
11 Neturei Karta and Matt. I do remember that much.
12     Q. Was Rabbi Weiss --
13     A. That didn't -- that didn't bother me because I
14 know how docile Matt is, really. And, if anything,
15 Rabbi Weiss was -- was probably saying something to
16 Matt, and Matt didn't want to hear it.
17     Q. Did you hear Rabbi Weiss saying anything?
18     A. No. I'm just saying probably. I don't know
19 what happened. Like I said, I was -- my time there was
20 very limited.
21     Q. Did this happen at the same time that the DPS
22 officers were going to remove Mr. Maniaci?

**Page 179**

1     A. I think it happened before that. I think it
2 happened before that. And it was really fast or
3 something, and it ended. Yeah, it was kind of
4 laughable, actually.
5     Q. Did the DPS officers tell Mr. Maniaci that he
6 was under arrest?
7     A. I didn't hear that.
8     Q. How did the DPS officers physically get
9 Mr. Maniaci out of the seat? How can you best describe
10 it?
11     A. They yanked and yanked.
12     Q. Yanked on what?
13     A. They yanked on Bill to get him out of the
14 seat. And not only did they yank, but when -- when Bob
15 got in front of me, all I know is I seen arms going
16 back. And I don't know if they were hitting him. I
17 don't know -- I can make the assumption that they were
18 hitting him because I saw arms moving, and -- and -- and
19 then I saw them coming into him, really close, and I saw
20 legs moving.
21        And I told the prosecutor the same thing when
22 he asked me the question. And I -- I can't say if I

**Page 180**

1 seen him getting hit, but those arm and leg movements
2 would have been awful spastic reactions just for a guy
3 who is trying to drag somebody out of a seat. They --
4 they finally pulled him out of the seat, and they
5 carried him out by his arms and legs and they dragged
6 him to the door.
7     Q. How long did it take them for the officers to
8 yank Mr. Maniaci out of the seat?
9     A. I can't give an exact time. It was -- it was
10 probably -- things like that seem longer than they are
11 when they happen. I would probably say maybe a minute.
12 Maybe two minutes. I don't know. If even that much.
13     Q. And when they were yanking on him, where were
14 they yanking on Mr. Maniaci?
15     A. His arms -- the big guy, the big fellow, was
16 grabbing on his arms. And there was another officer
17 there, and he was grabbing him. I don't know where he
18 was grabbing him. And the other guy was yanking on his
19 arms. But he couldn't move because the cane -- that
20 cane was in his way, and it got stuck. And, like I
21 said, then Bob came in. And I really was kind of out of
22 touch by that point.

Case 1:06-cv-01625-LFO   Document 30-4   Filed 01/14/2008   Page 10 of 12
VIDEOTAPED DEPOSITION OF JAMES NEWING
CONDUCTED ON THURSDAY, APRIL 12, 2007

48 (Pages 189 to 192)

**189**

1  but I won't do that.
2  Q. What's your opinion?
3  A. My opinion is they -- they -- they manhandled
4  him and probably hit him -- he probably hit that door
5  somehow when the door opened up.
6  Q. No. I mean, can you give an opinion about
7  whether they intentionally rammed his head through the
8  door?
9  A. Yeah. They were angry.
10 Q. How could you tell they were angry?
11 A. The look on their faces when they were
12 grabbing him.
13 Q. How did they look?
14 A. Angry. A scowl. The whole thing. The same
15 way he looked -- that fellow looked at me when I was
16 trying to get those old people into the bathroom. Just
17 complete anger.
18 Q. Do you recall Mr. Turk yelling at the officers
19 in the aisle?
20 A. Yeah, Bill was yelling something. I don't
21 remember what it was, but he was yelling -- not Bill.
22 Bob. Bob was yelling.

**190**

1  Q. Mr. Turk?
2  A. He was -- he was upset.
3  Q. What was he yelling?
4  A. I don't know, but he was yelling. I don't
5  remember what he said.
6  Q. As Mr. Maniaci was being carried out, did his
7  limbs or head strike any objects, like the seats?
8  A. Well, they had to weasel him through the
9  seats. I don't know. He might have hit his head. I
10 don't know. I can't say anything because I didn't see
11 that.
12 Q. And were you -- where were you as they were
13 carrying him out?
14 A. I had stepped further behind because Matt came
15 up, and Matt was walking with them. I was all
16 dumbfounded because this all happened really fast to me.
17 Because I came in -- I didn't know why I was even in
18 there. And all of this happened at one time. So I just
19 stayed back. And when the door opened and they got him
20 outside, they dropped him on the -- they didn't put him
21 down. They dropped him on the floor outside of that
22 room. There is a hall area. And they dropped him down

**191**

1  there. And there was cameras, and they were taking
2  pictures.
3  Q. Who was taking pictures?
4  A. People that had cameras. I don't know who
5  they were. People had -- were taking pictures. There
6  were people behind me taking pictures. There were --
7  there were -- there were -- there were people -- a lot
8  of people taking pictures there.
9  Q. Have you ever seen pictures of the incident?
10 A. One was posted on the -- on the secure list.
11 And that was of the back of me and Bill getting taken
12 out the door. That's the one I seen.
13 Q. You said they took him outside and they --
14 they dropped him on the floor. And then what happened?
15 A. There was just a lot of people gathered
16 around, a lot of people gathering around. The police
17 started -- the police officers were there, and they were
18 trying to tell people, "Step back," you know. Somebody
19 close the door." And they wanted to close the door
20 behind us.
21     And -- and Matt was telling them, "Hey, look,
22 I'm a lawyer. I saw what happened. I know what

**192**

1  happened." And then there was arguments going back and
2  forth. I don't remember what it was about, and I got a
3  little upset. I walked out of there. I was really -- I
4  was upset. And I figured Matt was there. He's a
5  lawyer. Bob was there. I didn't really want to have
6  anything to do with this anymore. So I walked out of
7  there. I walked out of there.
8  Q. Did the officers do anything to Mr. Maniaci
9  once he was on the ground?
10 A. If they did, like I said, I came up from
11 behind, so I don't know what they did after they dropped
12 him down. But there were a lot of people coming out
13 there.
14 Q. Well, didn't you go outside, too?
15 A. I came outside. But I didn't see if they did
16 anything to him when he got put on the ground. I didn't
17 see anything.
18 Q. Did they search him?
19 A. I was really pissed off, to be honest with
20 you. I don't even remember if they searched him.
21 Q. Did they handcuff him?
22 A. Procedure would be to search him. And I don't

Case 1:06-cv-01625-LFO   Document 30-4   Filed 04/14/2008   Page 11 of 12
VIDEOTAPED DEPOSITION OF JAMES NUDING
CONDUCTED ON THURSDAY, APRIL 12, 2007

49 (Pages 193 to 196)

193

1  think he was handcuffed. I don't know if he was
2  handcuffed. I can't recall if he was handcuffed.
3    Q.  Was he told he was under arrest?
4    A.  I didn't hear that one time.
5    Q.  Was Mr. Finberg out there as well?
6    A.  Mr. Finberg was out there.
7    Q.  And Mr. Turk?
8    A.  Yeah. That's when I left.
9    Q.  Do you recall Mr. Kaplan being there, Lee
10 Kaplan?
11   A.  I didn't see Lee. If he was there, he -- he
12 most likely was. There were so many people there.
13 Carrie was there, and she was snapping pictures, as a
14 matter of fact.
15   Q.  Was anybody keeping her from snapping
16 pictures?
17   A.  Not that I seen. If they did, it was after I
18 left.
19   Q.  How soon did you leave?
20   A.  As soon as they got him on the floor and he
21 was trying -- and Bob was trying to help him up, I
22 walked away because I knew Matt was there, I knew Bob

194

1  was there. I didn't want to see this. I was really
2  bothered by it, and I was losing my temper, and I just
3  walked out of there -- I walked out of there. It upset
4  me a lot.
5    Q.  And where did you go?
6    A.  I don't even remember. I think I just went
7  out there and sat -- I think I just went out there
8  somewhere and sat down. I didn't want to -- I did not
9  want to know what was going on after that. Because,
10 like I said, Matt was there, Bob was there, and I didn't
11 even want to see what happened. I -- I didn't -- it was
12 sickening.
13   Q.  Weren't you concerned for Mr. Maniaci?
14   A.  I was damn concerned about him, but I -- there
15 were so many people there, and the police were already
16 there, and the -- the Georgetown Police were there. I
17 just -- I started to -- I got angry. I didn't want to
18 open my big mouth and get involved and say something
19 that I didn't want -- I shouldn't have said. So I felt
20 it better that I step outside because I was really
21 pissed off. To be honest with you, I was pissed off.
22   Q.  At that point in time did you know whether

195

1  Mr. Maniaci was hurt or not?
2    A.  Oh, I knew he was hurt. I knew he was hurt.
3    Q.  Well, why did you leave?
4    A.  Because I didn't want to open my mouth to get
5  myself in trouble or arrested. I didn't go very far
6  because I did come in a little bit later.
7    Q.  How long were you gone before you came back?
8    A.  Maybe ten minutes, 15 minutes. But I got out
9  there -- to be honest with you, I got -- I felt really
10 bad, and I -- I -- I really, really wanted to yell and
11 scream in that place. I wanted to say something. And
12 there was just arguing going on in there, and I knew I
13 wouldn't have got anywhere with it. I was hoping that
14 an ambulance was en route.
15     But, like I said, Matt was there and Bob was
16 there. My big mouth wouldn't have helped out the
17 situation any because I really would have -- I had a few
18 choice words I wanted to say and I didn't.
19   Q.  To say to who?
20   A.  To the cops that grabbed him.
21   Q.  You were angry at them?
22   A.  Yes, I was.

196

1    Q.  And when you came back, what was going on?
2    A.  Bob was -- Bob was coming down the stairs, and
3  he says, "I'll talk to you about it later." And that
4  was it.
5    Q.  Where was Mr. Maniaci?
6    A.  I don't know. I don't know. I wasn't -- I
7  had left the area. And I think he was being escorted
8  off the property. I think somebody -- I don't know if
9  the -- the regular police came. I don't remember seeing
10 an ambulance, because I went back to tell George what
11 happened. I told George, "Hey, this is" -- I was
12 sweating. I was upset. I told George, I said, "It was
13 a nightmare in there and" -- "and they dragged Bill." I
14 told George -- George basically what was going on.
15   Q.  When did you go to tell George that?
16   A.  After it happened, after I had gone back in
17 and Bob told me, "Oh, I'll talk to you about it later."
18     But I told George Haas -- I said -- I told
19 him -- I filled him in on what happened, because he
20 didn't know why I got called in there either. He never
21 went up. I did.
22   Q.  I'm going to hand you what's been previously

**Page 221**

1  Q.  After you left Gaston Hall, you said you went
2  to -- to tell George Haas what had happened, right?
3  A.  Yeah.
4  Q.  And then after you told him, did you stay --
5  and that was at the -- in the ICC building at the JDL
6  table?
7  A.  I don't know what the name of the building is,
8  but yeah, the JDL table. I went back to tell George.
9  Q.  Okay. And once you told him what had
10  happened, what did you do?
11  A.  I don't remember if it was business as usual,
12  or I don't -- I don't remember. I think I stayed at the
13  table. And I think George left for a little while. I
14  don't know whether he went to the restroom or out to do
15  something, because he was stuck at that table all day,
16  or I don't know. But I remember I manned the table.
17  Q.  Did Mr. Maniaci ever come to that building
18  while you were there?
19  A.  I -- I believe it was later on in the day that
20  day. It couldn't have been the next -- I don't think it
21  was the next day. I think it was that same day. He
22  went into the -- into the hall area. There was an

**Page 222**

1  entrance and then -- of glass -- of doors and another
2  set of doors, and there was a middle area, like a
3  vestibule area. And he was talking to the police, and
4  I --
5  Q.  Did you see that?
6  A.  I remember him talking to the police, and I
7  was going to go out and see what's going on. And they
8  told me to get in, you know, "Don't stand around here.
9  You have no reason to be here. It's none of your
10  business." So, whatever. And I went back to the table,
11  and I -- that's all I remember.
12  Q.  Did you pay any more attention to what was
13  happening with him --
14  A.  No.
15  Q.  -- after that point in time?
16  A.  No. He was there for a while talking, and I
17  don't know what they were talking about.
18  Q.  Were you concerned at that point that he might
19  be injured and need medical treatment?
20  A.  Absolutely. I'm always worried about Bill.
21  Q.  Did he look in distress while he was talking
22  to the officers?

**Page 223**

1  A.  Yes.
2  Q.  How so?
3  A.  Just his facial expression. He was just
4  staring, and he looked sad. I felt really bad for him.
5  I didn't know what was going on. And they were talking
6  to him. And it looks like there might have been an
7  argument, but I couldn't hear anything because they were
8  in that vestibule area. So I didn't really know what
9  was going on in there.
10  Q.  What else --
11  A.  Bob was there. Bob was standing there.
12  Q.  What else were the officers doing?
13  A.  I don't remember.
14  Q.  Were they grabbing Mr. Maniaci?
15  A.  I don't remember seeing that.
16  Q.  Were they pushing Mr. Maniaci?
17  A.  I didn't see that. I don't remember it.
18  Q.  Who else other than Mr. Turk was there?
19  A.  It was Turk, and I think there was -- that guy
20  with the suit. I remember him coming in. Maybe he
21  didn't stay there very long. Or I don't know how long
22  he was there. But it looked like two different agencies

**Page 224**

1  because there were two different uniforms. I'm not
2  familiar with the agencies.
3      And one had a light -- there was one with a
4  different shirt on, different colored uniform shirt, a
5  light blue. And the other guys were wearing dark blue,
6  or jackets or something. And it didn't look like the
7  same officers that were -- it wasn't the same officers
8  that were in that situation.
9  Q.  Do you know what Metropolitan Police
10  Department uniforms look like?
11  A.  Yeah, I -- see, ours are dark blue. Yeah, I
12  saw Mike's. Mike's is -- Mike's is light blue over dark
13  blue. I don't know if that's the winter or something
14  uniform. I don't know. I think it's light blue over
15  dark blue, New York's.
16      MR. JONES: Why don't we take a one-minute
17  break to change the videotape.
18      VIDEO TECHNICIAN: Okay. This ends Videotape
19  No. 2. Off the record at 2:58.
20      (Recess.)
21      VIDEO TECHNICIAN: This is the beginning of
22  Videotape No. 3. Back on the record at 3:02.