# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2
 3                                          ORIGINAL
 4
 5     - - - - - - - - - - - - - - - - x
       WILLIAM MANIACI,                 :
 6          Plaintiff,                   :
                                        : Case No.
 7                                  .   : 1:06CV01625
       vs.                              :
 8                                      :
                                        :
 9     GEORGETOWN UNIVERSITY,           :
       ET AL,                           :
10          Defendants.
       - - - - - - - - - - - - - - - - x
11
12
13
14     Videotaped Deposition of ROBERT TURK, taken pursuant to
15     the Connecticut Practice Book, before Corinne T.
16     Thomas, LSR, Licensed Shorthand Reporter #00439,
17     and Notary Public within and for the State of
18     Connecticut, held at the offices of
19     151 New Park Avenue, Hartford, Connecticut, on
20     April 16, 2007, at 10:04 a.m.
21
22
```


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

### Page 13

1  Q. Were you aware that he was sued for his
2  involvement with the shooting death of a suspect?
3  A. I wasn't aware of the shooting, so I wasn't
4  aware that he was sued.
5  Q. Okay. Were you aware that he had been
6  sued, in general, related to anything regarding his
7  police work?
8  A. No.
9  Q. Okay. Do you know if Mr. Maniaci has ever
10 had any excessive force complaints against him
11 while he was a police officer?
12 A. We never discussed his past career in
13 length, so the answer is no.
14 Q. Okay. Do you know that Mr. Maniaci is
15 licensed to sell firearms?
16 A. Yes, I do.
17 Q. Okay. And do you know that he's licensed
18 today carry a firearm?
19 A. Yes. Yes, I do.
20 Q. Are you licensed to carry a firearm?
21 A. Yes, I am.
22 Q. Okay. And who is your license from?

### Page 14

1  A. State of Connecticut and the state of
2  Nevada.
3  Q. Okay. Have you ever been a resident of
4  Nevada.
5  A. No. I got a nonresident permit.
6  Q. Okay. And when did you get that?
7  A. I would have to say about eight months ago.
8  But if you need to, I can get the exact date.
9  Q. No, that's fine for right now.
10    And how long have you had your license
11 through the state of Connecticut?
12 A. Oh, many, many years.
13 Q. Do you have any federal licenses to carry
14 firearms?
15 A. No.
16 Q. And is your Connecticut license, is that a
17 license to carry a concealed firearm?
18 A. Yes.
19 Q. Are you carrying a firearm right now?
20 A. Yes, I am.
21 Q. What kind of firearm are you carrying right
22 now?

### Page 15

1  A. A Taurus 22 auto -- semiautomatic.
2  Q. Is that a pistol?
3  A. Well, it's a semiautomatic gun.
4  Q. Okay. Do you always carry a weapon when
5  you're in the state of Connecticut?
6  A. Yeah.
7  Q. Now, your license doesn't permit you to
8  travel across state lines with a weapon, does it?
9  A. Yes, it does.
10 Q. It does?
11 A. Yes.
12 Q. So you can carry a weapon into
13 Massachusetts or New York?
14 A. Well, actually, I have to go by the law of
15 reciprocity, and it's which state recognizes
16 Connecticut licenses so I have to be very careful.
17 Q. Okay. Are you permitted to fly with a
18 weapon?
19 A. What do you mean? Clarify that.
20 Q. Say you were going to fly to Nevada, could
21 you take your gun with you?
22 A. Yeah, I can.

### Page 16

1  Q. Okay. Does the District of Columbia have
2  reciprocity with the Connecticut?
3  A. No, the District of Columbia doesn't have
4  reciprocity with anybody. In fact, if you pull it,
5  you'll go to jail.
6  Q. DC has some of the toughest gun laws in the
7  country?
8  A. The toughest guns law in the country.
9  Q. Okay. Now, you attended the Palestinian
10 Solidarity Movement Conference at Georgetown last
11 February, 2006, correct?
12 A. Yes.
13 Q. Okay. And I take it you didn't bring a
14 firearm with you to that conference?
15 A. No, of course not.
16 Q. Were you aware that Mr. Maniaci had a
17 firearm with him at that conference?
18 A. I was aware that he had brought his firearm
19 to Washington, DC, but I wasn't aware that he had
20 it at the conference or on school property.
21 Q. You never were aware whether he had it on
22 his person on campus?

Page 29

1   A. Over the phone?
2   Q. Over the phone or --
3   A. No.
4   Q. What about face to face, since then?
5   A. No.
6   Q. Now, are you currently a member of the
7   Jewish Defense League?
8   A. No.
9   Q. How long were you a member of the JDL?
10  A. When I was in college, I was a short member
11  back in 1983 -- 73, excuse me. Then back in 2002,
12  I rejoined.
13  Q. When you were a member in college, what
14  type of activities did you participate in with the
15  JDL?
16  A. Just sessions like this, sitting at the
17  student union and discussing events that were
18  happening.
19  Q. And why did you drop out or not continue
20  with the JDL?
21  A. No particular reason. My life went forward
22  and, you know, I don't think I had the time to sit

Page 30

1   around and talk to other individuals about what's
2   happening.
3   Q. Why did you rejoin in 2002?
4   A. What happened was is one of my speakeasy
5   cafes, somebody threw a fire bomb in the hallway
6   and carved a Swastika on the door. So, you know, I
7   complained, I said, where are you guys? You're
8   supposed to be protecting Jews.
9   Q. You complained to the JDL?
10  A. Yeah.
11  Q. Why did you think that they should be
12  protecting the speakeasy cafe?
13  A. No, I didn't think they should be
14  protecting the speakeasy cafe. I was aggravated
15  that I didn't think what they used to do back in
16  the 70s and early 80s, was what they were doing
17  now. It seemed to be on organization off the map.
18  Q. Okay. Meaning in the 70s and the 80s, they
19  had higher visibility?
20  A. Much higher.
21  Q. Do you think there's something that the JDL
22  could have been doing that would have prevented the

Page 31

1   incident at the speakeasy?
2   A. No. No. I -- I spoke to the police and
3   the FBI investigated. And we came to the
4   conclusion that it was probably just some guy that
5   I tossed out for being drunk and he was picking on
6   the only thing he could grab, that Bob Turk is a
7   Jew.
8   Q. Was anyone ever arrested?
9   A. No.
10  Q. So in 2002, you rejoined the JDL?
11  A. Yes.
12  Q. Did you have a title or position?
13  A. Member.
14  Q. Okay. At some point in time did you become
15  Eastern regional director?
16  A. Yes, I did.
17  Q. When was that?
18  A. I'm not sure of the specific date.
19  Q. Okay. Was it after about a year or two?
20  A. Yes, I would have to say that.
21  Q. And as Eastern regional director, what work
22  did that include?

Page 32

1   A. Taking care of membership, keeping people
2   active, reading press articles of anti-Semitic
3   acts, both by Neo-Nazis and Muslims.
4   Q. Would there be meetings of the Eastern
5   region of the JDL?
6   A. No.
7   Q. How would you communicate with your
8   membership?
9   A. Usually through phone. It wasn't much of a
10  membership when I took over. They let it go --
11  what's the word? It wasn't a viable organization
12  on the East Coast.
13  Q. Were there any other members when you took
14  over?
15  A. Yeah. There was Michael Slomich, there was
16  Jody -- I don't remember her last name. There was
17  some guy named Richard. I took over -- I'll have
18  to back pedal a little bit.
19  Q. Okay.
20  A. At first I was assistant East Coast
21  director, okay, and Michel Slomich was East Coast
22  director out of Boston. And so I just, you know,

Page 37

1  Q. In the state of Virginia?
2  A. Yes.
3  Q. Do you know who Mike Smith is, of the
4  Metropolitan Police Department?
5  A. Yes, I do.
6  Q. How long have you known him?
7  A. Two or three years.
8  Q. And how did you meet him?
9  A. I received copies of e-mails, him and Jim
10 were friends. And I guess he had some issues, and
11 I was CC'd on that, but I really didn't ever talk
12 to him before -- a day before the Palestinian
13 Solidarity conference.
14 Q. When you say he was friends with Jim, you
15 mean Jim Nutting?
16 A. Yes.
17 Q. And were these e-mails related to
18 anti-Semitism or prejudice at the police
19 department?
20 A. No.
21 Q. What do you recall they were related to?
22 A. I believe he called another Jewish fellow a

Page 38

1  member of the tribe, and his superiors got mad at
2  him. It was an off the cuff remark, I would
3  assume. But I wasn't involved in that. Jimbo was
4  talking to him, Jim Nutting.
5  Q. Was Mr. Smith a member of the JDL at that
6  time?
7  A. No.
8  Q. Did he ever officially join the JDL?
9  A. I believe not.
10 Q. Do you know who Carrie Divorah is?
11 A. Yes.
12 Q. And how long have you known her?
13 A. A day before the Palestinian Solidarity
14 conference.
15 Q. Was she an official JDL member?
16 A. No.
17 Q. And how did you meet her?
18 A. Actually, we were walking out of a
19 restaurant called Eli's in Washington, DC, and we
20 were wearing baseball caps with the letters JDL,
21 and she went up to one of our members and said she
22 was Jewish and, I guess, that her brother died in

Page 39

1  Israel on a bus bombing. And she said no one's
2  going to -- you're not going to get any publicity,
3  so if you want, I'll come with you to Georgetown
4  and do a photo op, and that was --
5  Q. Okay. And did she come to Georgetown and
6  take some pictures?
7  A. Yes.
8  Q. Did she take some pictures of the JDL
9  membership on the Georgetown campus?
10 A. Yes.
11 Q. Like a group photo?
12 A. It was in the hotel. Now, whether that's
13 part of the campus or not, I don't know.
14 Q. Marriott Hotel?
15 A. Yes.
16 Q. And when was it that she took those
17 pictures?
18 A. Well, it would be sometime after the lunch.
19 Q. So right after lunch she came over with
20 you?
21 A. Well, right after lunch we were exiting the
22 building and -- you see, I wasn't involved with,

Page 40

1  really, the first meeting, but from what I
2  understand, she recognized the JDL hats and then
3  offered to take our pictures.
4  Q. Do you know who Lee Kaplan is?
5  A. Yes.
6  Q. Was he a JDL member?
7  A. No.
8  Q. How long have you known Mr. Kaplan?
9  A. About three years.
10 Q. And how did you first meet him?
11 A. I think he informed the group about the
12 Palestinian Solidarity conference and the -- I
13 guess he's also involved with the International
14 Solidarity Movement, too. They're one and the
15 same, from what I understand.
16 Q. When you say he informed the group, you
17 mean he informed the JDL about the PSM?
18 A. Yes.
19 Q. And the ISM?
20 A. Yes, that a conference was coming up.
21 Q. Meaning the conference at Georgetown?
22 A. Yes.

Page 41

1  Q. Prior to him informing the JDL about that
2  conference, did he have any co-connection with the
3  JDL?
4  A. No.
5  Q. Did you know who he was?
6  A. No. Well, I -- you know, he may have had,
7  before I came into the picture or before I
8  rejoined. But I don't know -- as far as I know, he
9  was never a member, didn't want to be associated
10 because of his career as a journalist.
11 Q. When was your first face to face meeting
12 with Mr. Kaplan?
13 A. A day before the Palestinian conference.
14 Q. And what was the occasion that you met him?
15 A. He was staying with us.
16 Q. Staying --
17 A. He needed a hotel room and we were doing
18 three to a room, and he didn't have enough funds to
19 stay there so we invited him to stay in one of the
20 rooms.
21 Q. Okay. Was he your roommate or somebody
22 else's roommate?

Page 42

1  A. I'm sorry?
2  Q. Was he your roommate?
3  A. Yeah.
4  Q. When you were a member of the JDL, did you
5  pay dues?
6  A. Yes.
7  Q. How much were the dues?
8  A. It's $50. Or maybe it was different at the
9  time I joined, but now it's $50 for a regular
10 membership, $36 for a student or a senior.
11 Q. And who collected the dues?
12 A. At that time, I think it was some lady
13 named Shelley Rubin.
14 Q. Did the JDL have a bank account?
15 A. I don't know. I -- she was the
16 administrative -- I don't know.
17 Q. Do you know if the JDL had a treasurer?
18 A. At what time? If you have a timeline, I
19 can answer it better.
20 Q. Well, at any time, did the JDL have a
21 treasurer, that you're aware of?
22 A. Yes.

Page 43

1  Q. When was that?
2  A. At the Palestinian -- well, before the
3  Palestinian conference, it was Richard Miller.
4  Q. Okay. And he lives in Colorado?
5  A. Yes.
6  Q. And why did he take on the role as
7  treasurer?
8  A. I don't know. I was not privy to that, at
9  that time.
10 Q. Do you know if at any point in time there
11 was a JDL credit card or a JDL debit card?
12 A. No. There may have been a debit card, I
13 don't know.
14 Q. Who paid for your experiences to attend the
15 Georgetown conference?
16 A. We got a donation, a couple of donations.
17 Q. Who were the donations from?
18 A. The only one I know of -- I believe one
19 came from a physician, but I'm not sure. And one
20 came from the owners of the hotel that we hold the
21 conference in Reno, the Atlantis Casino hotel.
22 Q. And do --

Page 44

1  A. And there was others, but again, I wasn't a
2  treasurer and --
3  Q. Do you know one of the donations was as
4  large as $15,000
5  A. Yes.
6  Q. Were there any donations larger than that?
7  A. No.
8  Q. And who took care of actually paying for
9  the expenses from that money? Was that Richard
10 Miller?
11 A. Yes.
12 Q. Did Richard Miller attend the Georgetown
13 conference?
14 A. No.
15 Q. So the JDL paid for your flight to
16 Washington and your hotel?
17 A. Yes, all of expenses.
18 Q. Did they also pay for your meals?
19 A. Yes.
20 Q. Did the JDL also pay for buses for
21 protesters to attend --
22 A. Yes.

Case 1:06-cv-01625-LFO    Document 39-6    Filed 01/14/2008    Page 7 of 10
VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

18 (Pages 69 to 72)

Page 69

1  Q. Were you aware of any prior conferences
2  that they had had?
3  A. Yes.
4  Q. So they had a conference at Duke?
5  A. Yes.
6  Q. And you were aware of that?
7  A. Yes.
8  Q. At the time it happened?
9  A. Yes.
10 Q. Did any JDL members attend?
11 A. No, not that I know of.
12 Q. Okay. Did the JDL do anything with respect
13 to that conference?
14 A. Not that I know of.
15 Q. What about the PSM conference at Michigan,
16 were you aware of that?
17 A. Yes.
18 Q. Okay. At the time it happened?
19 A. No. I think afterwards.
20 Q. I believe you already testified about this,
21 but you found out about the PSM conference at
22 Georgetown through Lee Kaplan, you believe?

Page 70

1  A. Yes.
2  Q. Okay. And at some point in time the
3  members of the JDL decided that you were going to
4  attend this conference?
5  A. Yes.
6  Q. And so there were plans made to attend the
7  conference?
8  A. Yes.
9  Q. Now, is it fair to say that the JDL didn't
10 even want the PSM conference to take place?
11 A. I mean, everybody has the right for free
12 speech. Why it was sponsored by the college, was a
13 little bit annoying to me.
14 Q. But you would have preferred if the PSM
15 conference was cancelled?
16 A. Yes.
17 Q. But if it was going to take place, you
18 certainly didn't want it to be a successful
19 conference, did you?
20 A. I didn't have a thought about that.
21 Q. Well, you don't agree with what the PSM
22 stands for, do you?

Page 71

1  A. No.
2  Q. So if they had the conference and it was
3  successful with many attendees who agreed with what
4  they were saying, you wouldn't want that to happen,
5  would you?
6  A. That's not true. There's lots of
7  proPalistinian conferences that have many people
8  attending, and you know, everybody has a right to
9  think for themselves.
10 Q. Including the members of PSM?
11 A. Yes.
12 Q. So you have no problem with them hosting
13 conferences?
14 A. No.
15 Q. You think it's fine if they host a
16 conference at any university in the country?
17 A. Yes.
18 Q. Okay. Let me show you what's been
19 previously marked as Exhibit 49 and let me ask you,
20 do you recognize this e-mail?
21 A. No.
22 Q. You can take a minute to read through it.

Page 72

1  A. Yeah.
2  Q. Do you see, on the second page is your name
3  and contact information?
4  A. Yes.
5  Q. Was this e-mail sent out by you or Matthew
6  Finberg?
7  A. I think Matthew Finberg.
8  Q. And on the first page, do you recognize the
9  KimberlyQC@Riseup.net address?
10 A. Yes, well I see it there.
11 Q. Who's address is that?
12 A. I have no idea.
13 Q. And you see there's a Yahoogroups.com
14 address?
15 A. Yes, I do.
16 Q. Do you recognize that address?
17 A. No.
18 Q. Have you ever seen this e-mail before?
19 A. To the best of my knowledge, no.
20 Q. Did you know that someone was sending out
21 an e-mail that had your contact information,
22 including your cell number?

Case 1:06-cv-01625-LFO   Document 39-6   Filed 01/14/2008   Page 8 of 10
VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

19 (Pages 73 to 76)

**73**

1     A. No, I've never seen this one at all.
2     Q. Okay. Did Matthew Finberg ever tell you
3 that he was sending out e-mails regarding the JDL
4 organization for the PSM conference?
5     A. I don't recollect.
6     Q. If you go to the second page, do you see
7 about a third of the way down, there's a line that
8 says, "This year we intend to go in and actively
9 refute what they did by speaking up and being
10 heard."
11       About the third of the way down?
12     A. Yeah, I'm looking. Yeah, I see that.
13     Q. Was that what the JDL was planning to do at
14 the Georgetown conference?
15     A. Yes.
16     Q. And then if you go up to the top, the first
17 full paragraph begins with, "We are seeking
18 volunteers who we will bus to the conference at
19 Georgetown. The college says no one can be denied
20 admission. Our goal is to get 500 Jews inside."
21       Was that the goal of the JDL?
22     A. I didn't write this and I wasn't the

**74**

1 chairman at the time. My goal was to get as many
2 people I could to refute any lies that they may
3 speak about.
4     Q. Did you ever have a number or a goal set --
5     A. No.
6     Q. And the JDL, in fact, did make plans to bus
7 a number of protesters down to Washington, DC,
8 correct?
9     A. Yes.
10     Q. Who was in charge of organizing that?
11     A. Gennadiy Faybyshenko.
12     Q. He lives in New York?
13     A. Yes.
14     Q. He's a JDL member?
15     A. Yes.
16     Q. Do you know how many protesters were
17 ultimately bussed down to Georgetown?
18     A. I think one and a half bus loads; one full
19 size coach and a small bus.
20     Q. And were most of these protesters elderly?
21     A. Yes.
22     Q. And were some of them Russian or of Russian

**75**

1 nationality?
2     A. Some.
3     Q. Where did they come from?
4     A. I don't know. I would assume New York,
5 since the bus came from New York. Where in New
6 York, I don't know.
7     Q. You said that you were in charge of
8 planning for the PSM conference?
9     A. Yes.
10     Q. As far as the JDL attending, you were in
11 charge of that?
12     A. Yes.
13     Q. Did you ever discuss with Mr. Faybyshenko
14 where these protesters would be coming from and who
15 they were?
16     A. We discussed something about bringing
17 protesters in. There was no mention of where they
18 would come from or -- you know, I just said get as
19 many as you can.
20     Q. And you didn't care where they came from or
21 who they were?
22     A. I did. I didn't want any people with

**76**

1 violent tendencies and, you know, troublemakers, or
2 people like that.
3     Q. And what did Mr. Faybyshenko tell you about
4 the protesters he had found to come?
5     A. He told me he found a group in
6 Philadelphia, I believe it was, or Pittsburgh, I'm
7 not sure. And a group that was leaving from
8 Brighton Beach, New York.
9     Q. Did he say how he found them?
10     A. I guess by advertisements.
11     Q. Advertisements where?
12     A. In putting up advertisements on poles or
13 flooding fliers.
14     Q. Did you ever speak to any of the protesters
15 who road down on the buses?
16     A. One.
17     Q. Do you remember his name or her name?
18     A. I remember the first name, Anatoli.
19     Q. And where was he from?
20     A. The Philly or Pittsburgh area.
21     Q. Do you know about how old he was?
22     A. About 45, 40, best guess.

**Page 117**

1 guess we developed a good rapport.
2   Q. When's the first time you had contact with
3 David Morrell?
4   A. The first time I got on campus.
5   Q. So as you were walking across the lawn, you
6 met him?
7   A. As I -- I believe as we were entering
8 Gaston Hall.
9   Q. And at that point in time you had a
10 discussion with him?
11   A. Yes.
12   Q. Okay. Had you ever spoken with him before?
13   A. I'm not sure, but I don't think so.
14   Q. And was there anything else about your
15 discussion, other than what you just testified to?
16   A. No. Just alleviating what fears he had.
17   Q. Did the JDL have a table somewhere on
18 campus, to hand out fliers and T-shirts?
19   A. Yes.
20   Q. And did you ever go to that building?
21   A. Yes.
22   Q. Did you go to that building after Gaston

**Page 118**

1 Hall?
2   A. I was back and forth.
3   Q. You went back and forth between that
4 building and Gaston Hall?
5   A. Yes.
6   Q. Do you know what the ICC building is?
7   A. Another building on campus.
8   Q. Okay. Just so we're clear about things,
9 when I say the ICC, I mean the building where the
10 JDL had a table and was handing out materials?
11   A. Yes.
12   Q. So if I say ICC building, you understand
13 what I'm talking about?
14   A. Yes.
15   Q. Who was in charge of getting or reserving
16 the JDL table?
17   A. Dr. George Haas.
18   Q. And were you aware that he registered under
19 a name other than the JDL?
20   A. Yes.
21   Q. You knew that he registered as a group,
22 Palestinians Are People Too?

**Page 119**

1   A. Yes.
2   Q. Why did he do that?
3   A. It was just, we figured the JDL wouldn't be
4 allowed to participate and so we registered as
5 Palestinians Are People Too. They are. They're
6 members of the human race.
7   Q. But you said there is no such thing as
8 Palestinians?
9   A. No, I'm saying they're human beings.
10   Q. Did you attend a PS conference that was
11 held by the PSM organizers? That's a "no"?
12   A. No. I'm sorry.
13   Q. Were you at Gaston Hall when the panel
14 discussion began?
15   A. Yes.
16   Q. And did you stay there for the entire panel
17 discussion?
18   A. Yes.
19   Q. Where were you sitting in Gaston Hall?
20   A. I don't think I was sitting.
21   Q. Where were you standing?
22   A. Off to the left side of the auditorium,

**Page 120**

1 facing away from the -- but I was standing in
2 different locations.
3   Q. You moved around during the discussion?
4   A. Yeah.
5   Q. Let me show you what's been previously
6 marked as Exhibit 15. And let me ask you, if you
7 look at the drawing, if you look at the top, you
8 see a square box?
9   A. Yup.
10   Q. Do you see that?
11   A. Yup.
12   Q. And if that were the stage in Gaston Hall
13 and those other lines were the seats, do you think
14 you could correctly orient yourself as to where you
15 were standing?
16   A. I was standing all over the place, it
17 wasn't one specific -- and I may have even sat down
18 for a few moments.
19   Q. Was Mr. Maniaci sitting in Gaston Hall?
20   A. Yes.
21   Q. And where was he sitting?
22   A. It would be on the right side, let me

**Page 169**

1  Q. How could you tell he was injured?
2  A. Oh, gee, trying to get him off the floor,
3  it was like picking up dead weight, and I'm not a
4  little guy.
5  Q. Anything else?
6  A. He had told me he hurt himself. He had
7  trouble breathing or...
8  Q. Did he say where he was hurt?
9  A. I'm not sure.
10 Q. Did you see any injuries on him?
11 A. At that point, no.
12 Q. Did you see any injuries to his head?
13 A. No. I didn't examine him.
14 Q. Did Mr. Maniaci ask for any medical
15 assistance?
16 A. Yes.
17 Q. Who did he ask?
18 A. When we were in ICC, he asked the
19 Metropolitan police officer.
20 Q. Okay. Well, back -- just outside of Gaston
21 Hall, in that little foyer area outside of Gaston,
22 do you know what I'm talking about?

**Page 170**

1  A. Yeah.
2  Q. Did he ask anybody else there?
3  A. Not that I'm not aware of.
4  Q. You didn't hear him ask anybody?
5  A. I didn't hear. He may have.
6  Q. And you were standing right by him?
7  A. Yeah. But again, I might have walked away
8  for a moment. It was confusion. It was chaos.
9  Q. Did you tell him that he should get some
10 medical assistance?
11 A. Actually, when we were in the ICC building,
12 I says, you know, you need an ambulance.
13 Q. But not prior to that?
14 A. No. My thing was to get him out of there.
15 Q. Did university administrators speak to
16 Mr. Maniaci, just outside of Gaston Hall?
17 A. Not to my knowledge.
18 Q. Let me show you what's been previously
19 marked as deposition Exhibits 17-A through C. Do
20 you recognize Mr. Maniaci in these photographs?
21 A. Yup.
22 Q. And do these photographs appear as if they

**Page 171**

1  were taken just outside of Gaston Hall?
2  A. Yeah. It looks like that little hallway.
3  Q. Is this how Mr. Maniaci looked after you
4  stood him up?
5  A. You know, I don't know. I just picked up a
6  body.
7  Q. You don't remember what he looked like?
8  A. No.
9  Q. All right. Do you recall seeing
10 Mr. Nutting out in that hallway area?
11 A. No. I don't remember seeing anybody out in
12 that area.
13 Q. Do you recall if Mr. Maniaci's glasses had
14 been knocked off?
15 A. I'm not sure.
16 Q. Do you see in the picture, 17-A, that
17 Mr. Maniaci is standing on his own?
18 A. Yeah.
19 Q. And no one's holding him, correct?
20 A. Uh-huh.
21 Q. But I thought you said you or somebody else
22 had to hold him up after you stood him up outside

**Page 172**

1  of Gaston?
2  A. I said that, you know, I held him. But I
3  walked away, you know, a couple of times.
4  Q. So he was able the stand on his own?
5  A. You know, if it was just for a couple of
6  minutes, I guess pictures don't lie. But I know
7  what condition I found him in.
8  Q. Okay. But my question is, he was able to
9  stand on his own, correct?
10 A. Whatever the picture says, yes.
11 Q. Do you see the person in the blue jacket
12 behind Mr. Maniaci?
13 A. Yes.
14 Q. That's Lieutenant Mike Smith, correct?
15 A. Yes.
16 Q. Do you remember him being inside Gaston
17 Hall that day?
18 A. No.
19 Q. Do you remember him being outside of Gaston
20 Hall?
21 A. Yeah. I remember him being there, but I
22 don't know -- he must have been inside.