# EXHIBIT 10

**PSM** 5th National Conference — *Friday, February 17*

6.00p-Close   Registration/Check-In   *(Leavey Program Room, Leavey Center)*

6.00-10.00p   Conference Welcoming Address   *(Sellinger Lounge, Leavey Center)*
              Poetry Readings,
              "Photo Exhibit: Encounters with Palestine"
              Social Night- "Meet and Greet"

**PSM** 5th National Conference — *Saturday, February 18*

## Saturday

8.00-9.00a    Registration/Check-In
*(Healey Building)*

9.00-9.30a    Press Conference – for registered Media representatives
*(Healey Building, Room 106)*

9.30-11.00a   Speaker panel: The Status of the Divestment Movement   *(Gaston Hall)*
              A Survey of the diverse calls for Divestment emanating from local, national,
              international, and Church-based supporters of Palestinian rights

Will Youmans, (Moderator) columnist with *Arab American News*. Divestment activist and co-founder of the Students for Justice in Palestine.

Sue Blackwell, British academic, University of Birmingham.
Led the Association of University Teachers (AUT) boycott of Israeli academic institutions in the Spring of 2005.

Philip Farah, Senior Economist and former instructor at the Lutheran School of Ramallah and Birzeit University. Active in advocating divestment with various church groups.

Noura Erakat, a New Voices fellow and National Grassroots Organizer and Legal Advocate for The US Campaign to End the Israeli Occupation.

11.45a-6.00p   Workshops – *Bunn Intercultural Center (ICC)*
Registration will also be found on the first floor of ICC throughout the day

**SESSION I   11.45a-1.00p**

Why Divestment? Why Now? *(Open to Registered Media)*   *(ICC 115)*
Ali Abunimah, esteemed writer and co-founder of The Electronic Intifada news service, and Mohammed Abed, lecturer in the Department of Philosophy at the University of Wisconsin-Madison.

Becoming a Media Watchdog: Ensuring Media Accountability   *(ICC 105)*
Alison Weir, journalist and founder of If Americans Knew

Anatomy of Divestment Opposition: Exposing Strategies and Developing Tools
Rachel Roberts, International Solidarity Movement – New York City   *(ICC 107)*

M 000127

**PSM 5th National Conference**

Supporting Palestinian Non-Violent Resistance to Occupation: Volunteering with the International Solidarity Movement
*Huwaida Arraf*, co-founder, International Solidarity Movement, with *Joe Carr, Lisa Nessan*, and *Dave Reed*, International Solidarity Movement volunteers                *(ICC 103)*

Working Session: Strategy and Networking Room                *(ICC 112)*

LUNCH        1.00-2.00p        Leavey Center - Hoya Food Court

## SESSION II   2.15-3.30p

Organizing on Campus: Building Power to Win                *(ICC 103)*
*Jessica Rutter*, National Organizer, United Students Against Sweatshops

Media Management: Engaging Campus Media                *(ICC 105)*
*Fadi Kiblawi*, George Washington University Students for Justice in Palestine, and *Nadeem Muaddi*, Temple University Students for Justice in Palestine

Case Studies in Divestment: The Caterpillar Campaign and the University of Wisconsin
*Kymberlie Quong Charles*, The US Campaign to End the Occupation and *Fayyad Sbaihat*, the University of Wisconsin Divestment from Israel Campaign                *(ICC 107)*

Why Divestment? Why Now?                *(ICC 115)*
*Ali Abunimah*, esteemed writer and co-founder of The Electronic Intifada news service, and *Mohammed Abed*, lecturer in the Department of Philosophy at the University of Wisconsin-Madison.

Working Session: Strategy and Networking Room                *(ICC 112)*

## SESSION III   3.45-4.45p

Expanding Networks of Solidarity: Building and Sustaining Alliances *(ICC 103)*
*Carmel Salhi* and *Rocio Valerio*, University of Michigan Students Allied for Freedom and Equality

Media Messaging: How to use Local and Campus Media to frame the Divestment Debate
*Will Youmans*, co-founder of Students for Justice in Palestine and columnist with Arab-American News.
                *(ICC 105)*

M 000128



**PSM** 5th National Conference — Saturday, February 18

Muslim Outreach: Empowerment and Solidarity    (ICC 107)
TBD

Christian Outreach: A Moral Call to Action    (ICC 115)
*(Open to Registered Media)*
*Nadeem Muaddi*, Temple University Students for Justice in Palestine, and *Maher Bitar*, Georgetown University Students for Justice in Palestine

Working Session: Strategy and Networking Room    (ICC 112)

SESSION IV  5:00-6:00p

Arts and Activism: Developing a Culture of Activism    (ICC 115)
*(Open to Registered Media)*
*Iron Sheik* : Palestinian-American Hip-Hop artist and Divestment Activist

Putting Technology to Use for Palestine Activism    (ICC 105)
*Abraham Greenhouse*, The Palestine Freedom Project
(Wi-Fi equipped laptops are recommended to enhance the workshop experience, but not required.)

Proactive Activism: Strategizing an Approach to Divestment    (ICC 107)
*Fayyad Sbaihat*, University of Wisconsin Divestment from Israel Campaign,
Author, Fighting the New Apartheid: A Guide to Campus Divestment from Israel
(Prior Divestment Research experience or workshop attendance recommended)

Rejuvenating Your Campaign and Ensuring Sustainability    (ICC 103)
*Matt Horton*, Director of Public Relations for the Washington Report on Middle East Affairs

Working Session: Strategy and Networking Room    (ICC 112)

DINNER    6:00-8:00p    Leavey Center - Hoya Food Court open

8:00-9:00p    *Community Address*: Ali Abunimah, co-founder The Electronic Intifada
(Sellinger Lounge, Leavey Center)

9:00p -12:00a    Cultural Event – *Hoya Court, Leavey Center*

- Master of Ceremonies: Iron Sheik - Palestinian-American Hip-Hop Artist, www.ironsheik.biz
- DJ Moksha – Georgetown University's # 1 DJ spinning Hip-Hop, RnB, and Arabic
- Son of Nun (S.O.N.) - Hip Hop solo – www.sonofnun.net
- DC Dabkeh – Traditional Palestinian Dance Troupe
- Arabic Music Performance : *Dana Yousef* and *Feras Qumseya*

M 000129



**PSM 5th National Conference**

**Sunday**
9.00-10.00a   Registration
10.00-10.45a  Group Discussions and Caucuses: Networking and Solidarity

| | |
|---|---|
| Jewish Caucus | (ICC 115) |
| Muslim and Arab Caucus | (ICC 105) |
| East Caucus | (ICC 103) |
| Mid-West Caucus | (ICC 107) |
| West Coast Caucus | (ICC 119) |

11.00-12.00p  Speaker Panel: Carrying the Movement Forward   (Gaston Hall)
              A look into the present and future challenges and strategies of the Divestment Movement

Ruba Batniji, (Moderator) Graduate student in the Masters of Arab Studies program at Georgetown University Center for Contemporary Arab Studies and lead organizer with Students for Justice in Palestine, Georgetown University.

Omar Barghouti, writer and independent political analyst, has been an instrumental figure in the Palestinian Campaign for the Academic and Cultural Boycott of Israel, as well as the broader Palestinian Call for Boycott, Divestment and Sanctions (BDS).

Mohammad Abed, lecturer in the Department of Philosophy at the University of Wisconsin-Madison. Activist with the University of Wisconsin Divest from Israel Campaign.

LUNCH    12.00-1.00p    Leavey Center - Hoya Food Court open

1.00-2:30p   Breakout Sessions: Campus Groups

Developing a Divestment Game Plan: Basic Research   (ICC 115)
Moderator: *Fadi Kiblawi*

Proactive Activism: Strategizing an Approach to Divestment   (ICC 105)
Moderator: *Fayyad Sbaihat*

Reinvigorating and Maintaining a Campaign   (ICC 103)
Moderator: *Mohammad Abed*

Organizing Divestment Campaigns at the Community and Municipal Levels
Moderator: *Kymberlie Quong Charles* and *Matt Horton*   (ICC 107)

How to support Churches with Divestment Efforts   (ICC 119)
Moderators: *Maher Bitar* and *Philip Farah*

2.30-3:30p   Open forum            (ICC Auditorium)
3:30-4:00p   Action Preparation    (ICC Auditorium)
4:00p        Closing Action

M 000130