# EXHIBIT 11

JEWISH DEFENSE LEAGUE – GIDEON'S SWORD

## GEORGETOWN SCHEDULE FINAL

### ...day, February 17th

**...00p Close Registration**/Check-In (Leavey Program Room, Leavey Center)

**...00-10:00p Social Night** - "Meet and Greet" (Sellinger Lounge, Leavey Center)

---

### ...aturday

**8:00-9:00a Registration/Check-In (Healey Building)**

**9:00-9:30a Press Conference – registered Media representatives (Healey Building, Room 106)**

**9:30-11:00a Speaker panel: The Status of the Divestment Movement (Gaston Hall)**
Survey of the diverse calls for Divestment emanating from local, national, international, nd Church-based supporters of Palestinian rights
**...Youmans**, (Moderator) columnist with *Arab-American News*. Divestment activist and cofounder the Students for Justice in Palestine.
**...Blackwell**, British academic, University of Birmingham.
ed the Association of University Teachers (AUT) boycott of Israeli academic institutions in e Spring of 2005.
**...p Farah**, Senior Economist and former instructor at the Lutheran School of Ramallah Birzeit University. Active in advocating divestment with various church groups.
**...oura Erakat**, a New Voices fellow and National Grassroots Organizer and Legal dvocate for The US Campaign to End the Israeli Occupation.

**11:45a-6:00p Workshops – Bunn Intercultural Center (ICC)**
egistration will also be found on the first floor of ICC throughout the day.

ESSION I 11.45a-1.00p
/hy Divestment? Why Now? (Open to Registered Media) (ICC 115)
**...Abunimah**, esteemed writer and co-founder of *The Electronic Intifada* news service, and
**...ohammed Abed** lecturer in the Department of Philosophy at the University of Wisconsin-Madison.

**Becoming a Media Watchdog: Ensuring Media Accountability (ICC 105)**
**...son Weir** journalist and founder of If Americans Knew
natomy of Divestment Opposition: Exposing Strategies and Developing Tools
CC 107)
**...achel Roberts**, International Solidarity Movement – New York City
upporting Palestinian Non-Violent Resistance to Occupation: Volunteering with e International Solidarity Movement
CC 103)
**...uwaida Arraf**, co-founder, International Solidarity Movement, with **Joe Carr**, **Lisa Nessan**, nd **Dave Reed**, International Solidarity Movement volunteers

## JEWISH DEFENSE LEAGUE – GIDEON'S SWORD

Vorking Session: Strategy and Networking Room (ICC 112)

**LUNCH 1.00-2.00p – Leavey Center - Hoya Food Court**

**★ SESSION II 2.15-3.30p**

Organizing on Campus: Building Power to Win (ICC 103)
Jessica Rutter, National Organizer, United Students Against Sweatshops

Media Management: Engaging Campus Media (ICC 105)
Nadeem Muaddi, Temple University Students for Justice in Palestine

Case Studies in Divestment: The Caterpillar Campaign and the University of Wisconsin (ICC 107)
Cymberlie Quong Charles, The US Campaign to End the Occupation and
Ayyad Sbaihat, the
University of Wisconsin Divestment from Israel Campaign

Why Divestment? Why Now? (ICC 115)
Ali Abunimah, esteemed writer and co-founder of The Electronic Intifada news service, and
Mohammed Abed, lecturer in the Department of Philosophy at the University of Wisconsin-Madison.

Working Session: Strategy and Networking Room (ICC 112)

**★ SESSION III 3.45-4.45p**

Building Networks of Solidarity: Building and Sustaining Alliances (ICC 103)

Rami Elamine, founding member of the Stop US Tax-funded Aid to Israel Now (SUSTAIN) Campaign and Left Turn magazine, and Carmel Salhi and Rocio Valerio, University of Michigan Students Allied for Freedom and Equality

Media Messaging: How to use Local and Campus Media to frame the Divestment Debate (ICC 105)
Will Youmans, co-founder of Students for Justice in Palestine and columnist with Arab-American News.

Muslim Outreach: Empowerment and Solidarity (ICC 107)
TBD

Christian Outreach: A Moral Call to Action (ICC 115) (Open to Registered Media)
Nadeem Muaddi, Temple University Students for Justice in Palestine, and
Maher Bitar, Georgetown University Students for Justice in Palestine

Working Session: Strategy and Networking Room (ICC 112)

**★ SESSION IV 5:00-6.00p**

M 000106

Arts and Activism: Developing a Culture of Activism (ICC 115 Open to Registered Media)
**Iron Sheik** : Palestinian-American Hip-Hop artist and Divestment Activist

**Putting Technology to Use for Palestine Activism (ICC 105)**
**Abraham Greenhouse**, The Palestine Freedom Project
(Wi-Fi equipped laptops are recommended to enhance the workshop experience, but not required.)

Proactive Activism: Strategizing an Approach to Divestment (ICC 107)
**Fayyad Sbaihat**, University of Wisconsin **Divestment from Israel Campaign**, Author, Fighting the New Apartheid: A Guide to Campus Divestment from Israel
(Prior Divestment Research experience or workshop attendance recommended)

Rejuvenating Your Campaign and Ensuring Sustainability *(ICC 103)*
**Matt Horton**, Director of Public Relations for the **Washington Report on Middle East Affairs**

Working Session: Strategy and Networking Room (ICC 112)

- DINNER 6:00-8.00p Leavey Center - Hoya Food Court open

- 8.00-9.00p *Community Address*:
- Ali Abunimah, co-founder **The Electronic Intifada** (Sellinger Lounge, Leavey Center)

- 9.00p -12.00a Cultural Event – Hoya Court, Leavey Center

Master of Ceremonies:
- **Iron Sheik** - Palestinian-American Hip-Hop Artist, www.ironsheik.biz
- **DJ Moksha** – Georgetown University's #1 DJ spinning Hip-Hop, RnB, and Arabic
- **Son of Nun** (S.O.N.) - Hip Hop solo – www.sonofnun.net
- **DG Dabkeh** – Traditional Palestinian Dance Troupe
- **Arabic Music Performance** : *Dana Yousef* and *Feras Qumseya*

# Sunday, February 19

* 9.00-10.00a Registration

* 10.00-10.45a Group Discussions and Caucuses: Networking and Solidarity

Jewish Caucus (ICC 115)

Muslim and Arab Caucus (ICC 105)

East Caucus (ICC 103)

Midwest Caucus (ICC 107)

M 000107

JEWISH DEFENSE LEAGUE – GIDEON'S SWORD

West Coast Caucus (ICC 119)

* 11:00–12:00p Speaker Panel:

Carrying the Movement Forward (Gaston Hall)
A look into the present and future challenges and strategies of the Divestment Movement

* Activist and Speaker from Palestine, conference organizers made the decision not to release this activist's name for fear of any backlash or harassment that he/she may face from Israeli occupation forces that restrict the daily movement of Palestinians in the West Bank. The Israeli government places a great deal of obstacles in the way of outspoken Palestinians wishing to leave or return to their homeland.

Mohammad Abed, lecturer in the Department of Philosophy at the University of Wisconsin-Madison. Activist with the University of Wisconsin Divest from Israel Campaign.

* LUNCH 12:00–1:00p Leavey Center - Hoya Food Court open

* 1:00–2:30p Breakout Sessions: Campus Groups

Developing a Divestment Game Plan: Basic Research (ICC 115)

Beyond Research: Choosing Targets and Tactics *(ICC 105)*

Reinvigorating and Maintaining a Campaign (ICC 103)

Organizing Divestment Campaigns at the Community and Municipal Levels (ICC 107)

* How to support Churches with Divestment Efforts *(ICC 119)*

* 2:30–3:30p Open forum (ICC Auditorium)

* 3:30–4:00p Action Preparation (ICC Auditorium)

* 4:00p Closing Action

M 000108