# EXHIBIT 12

Case 1:06-cv-01625-LFO    Document 39-14    Filed 01/14/2008    Page 1 of 6

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x

WILLIAM MANIACI,                          :

      Plaintiff,                         :

   v.                                     : CASE NO. 1:06CV01625

GEORGETOWN UNIVERSITY,                    :

et al.,                                   :

      Defendants.                        :

- - - - - - - - - - - - - - x

                        Washington, D.C.

                        Thursday, July 12, 2007

VIDEOTAPED DEPOSITION OF:

              DANIEL PORTERFIELD

called for examination by counsel for the Plaintiff, pursuant to notice, taken at the law offices of Williams and Connolly, LLP, 725 12th Street, N.W., Washington, D.C., commencing at 10:23 a.m., before Maureen S. Bennie, a Notary Public in and for the District of Columbia, and Bradford Roe, the videographer, when were present on behalf of the respective parties:

Page 6

1  live on campus.
2   Q   Okay. Tell me a little bit about your
3  education.
4   A   A graduate of Georgetown University, 1983;
5  master's degree from Oxford University, 1986; Ph.D. from
6  the Graduate Center of the City University of New York,
7  1995.
8   Q   How long have you been with Georgetown?
9   A   I have been there about -- I think I started in
10 December of 1996, so 10-1/2 years or so.
11  Q   Okay. I take it in accordance with our
12 deposition subjects that were provided to you, the
13 question of student events and what happens at student
14 events and the way they function, you have some knowledge
15 of that?
16  A   Yes.
17  Q   Okay. There has been some testimony previously
18 about organizations, student organizations essentially
19 filing and then being accorded -- or I guess -- it didn't
20 say anything about any of them being rejected, but
21 accorded privileges by the University.
22  A   (Witness nodding.)

Page 7

1   Q   Okay. Once -- you have got to answer yes or no
2  or so forth.
3   A   So what's the question?
4       MR. JONES: Objection to form. What's the
5  question?
6       BY MR. FAY:
7   Q   The question was in -- that does occur at
8  Georgetown; that's the procedure for a student grouping
9  qualified?
10      MR. JONES: Object to the form. I don't think
11 you said what exactly the procedure is.
12      THE WITNESS: Georgetown's Office of Student
13 Affairs has a procedure for evaluating applications of
14 student groups to receive what we call access to benefits.
15 I don't supervise the Office of Student Affairs, but I'm
16 familiar with its function.
17      BY MR. FAY:
18  Q   Okay. Are you familiar with the conference held
19 at Georgetown by the Palestinian Solidarity Movement which
20 was under sponsorship of the Students for Palestine, the
21 full name, Students for --
22  A   No. The name is Students for Justice in

Page 8

1  Palestine.
2   Q   In Palestine. Okay. Thank you.
3   A   That's the Georgetown University student group
4  that sponsored and held the conference that you are
5  referring to, and I am familiar with it.
6   Q   Okay. To what -- I was surprised, in going over
7  this stuff, that there were a number of vice presidents at
8  the University, including Mr. Olsen as the moderator of
9  that. Is that the norm for student events at Georgetown?
10 I mean, is that done as a matter of common practice at
11 Georgetown?
12      MR. JONES: Object to the form. I don't think
13 there has been any evidence that Mr. Olsen was a
14 moderator.
15      But answer if you can.
16      THE WITNESS: Dr. Olsen was not the moderator of
17 the conference. The conference was held by the students.
18 What Dr. Olsen did do was provide an introductory
19 statement at the beginning of the conference, as I recall,
20 articulating the standards that we have at Georgetown
21 University for free speech and expression.
22      BY MR. FAY:

Page 9

1   Q   Okay. I think he testified he was the moderator
2  when he gave his deposition. I didn't bring a copy of it
3  along.
4   A   Well, the way I would understand the term
5  moderator is that he would be present at all the major
6  parts of the event as, kind of, an emcee, and that's not
7  the role that the Vice President of Student Affairs would
8  have in any student conference ever at Georgetown.
9   Q   Well, what would his role have been at this
10 student conference?
11  A   To articulate at the beginning of the conference
12 the standards that we have for the conduct of free speech
13 and expression and then, during the course of the
14 conference itself, if necessary, to advise participants in
15 the conference or visitors to the conference that their
16 behavior was out of line with our speech and expression
17 policy. That's very different from being a moderator.
18  Q   Okay. Well, I'm not going to spend any time
19 arguing back and forth on the word moderator, but is that
20 function -- do they have somebody in that function or
21 maybe him in that function at every student conference at
22 Georgetown?

Page 10

1  A   It's certainly not necessary at many student
2  functions. But at functions where there is --
3  controversial views are being expressed or where there is
4  going to be protests that we're aware of, then, yes, it is
5  very much appropriate to have either Dr. Olsen or his
6  designee at the conference.
7  Q   As far as I could see, going over the people
8  that -- that were there and as members of this panel,
9  participants, none of them were actually Georgetown
10 students. Now, of course, I don't have access to a list
11 of who was at -- who were the Georgetown students at that
12 time or who were members of the student body. Is that
13 your understanding as well?
14 A   There are Georgetown students involved in
15 putting on the conference, and they may have spoken at
16 different points of the conference. I'm not sure exactly
17 who was a Georgetown student and who's not and who spoke
18 and who didn't.
19 Q   Okay. Well, let me read you off the names of a
20 number of these folks. I think this panel and one person
21 who seemed to be the chairman consisted of Will Youmans --
22 that's Y-O-U-M-A-N-S -- Nadeem Muaddi -- Nadeem is

Page 11

1  N-A-D-E-E-M, Muaddi, M-U-A-D-D-I -- Sue Blackwell; Ali
2  Abunimah, A-B-U-N-I-M-A-H; Phillip Farrah, F-A-R-R-A-H.
3      To the best of your knowledge, were any of them
4  Georgetown students?
5      MR. JONES: Object to the form. I don't think
6  all of those individuals were on a single panel.
7      But answer if you can.
8      THE WITNESS: I don't know if they are
9  Georgetown students. I don't have any way of knowing. I
10 don't have a student directory in front of me. I don't
11 recognize them as Georgetown students, but, of course, I
12 don't know 90 percent of the students at Georgetown
13 University.
14     BY MR. FAY:
15 Q   Okay. In this case, to what extent did
16 Georgetown screen any of the people who were there? By
17 screening, I mean do any investigation to see who they
18 were if they were not students.
19 A   We asked our Vice President of University Safety
20 to use his judgment in reaching out to federal agencies to
21 ask them about the organization, the Palestine Solidarity
22 Movement, and the participants that we knew -- that had

Page 12

1  been listed as taking part in the program, and we asked
2  him to ask those agencies if there was any evidence that
3  any of them were terrorists or that were associated with
4  terrorism and he reported back that there was no evidence
5  provided by the U.S. Government of any terrorist
6  affiliation with those individuals or with the group, the
7  PSM, as a whole.
8  Q   You say no evidence was provided. What
9  information was provided by the U.S. Government --
10 A   I don't know.
11 Q   -- with regard to these people?
12 A   I don't know, because that was not something
13 that I did. It was -- our head of University Safety
14 provided that outreach.
15 Q   What part of the U.S. Government did they
16 contact?
17 A   I think -- but that would have to be confirmed
18 -- I think it was the FBI.
19 Q   Okay. Now, did the FBI -- when you say no
20 information was given that they were terrorists, did the
21 FBI come back and simply say we are not going to give any
22 information or did they come back and say we didn't have a

Page 13

1  file, or what -- what exactly did they say?
2  A   Our Vice President of University Safety assured
3  us that the Government had told him that there was no
4  evidence that anybody associated with the conference was
5  associated with terrorism.
6  Q   Okay. Now, who in the U.S. Government had said
7  that to him?
8  A   I don't know.
9  Q   Okay. I take it that would go for all of these
10 people. Let me read you the list I have of people who
11 were there for the Palestinian Solidarity conference:
12 Will Youmans; Nadeem Muaddi; Sue Blackwell; Ali Abunimah;
13 Phillip Farrah; Omar Barghouti; Kymberlie Quong Charles;
14 Fayyad Sbaihat -- that's S-B-A-I-H-A-T -- Nora Erekat,
15 E-R-E-K-A-T; Bayann Hamid -- that's B-A-Y-A-N-N, second
16 name H-A-M-I-D -- and Mohammad Abed, A-B-E-D.
17     I take it that all of those people -- something
18 came -- there was an indication from your Director of
19 Safety that the U.S. Government said that there is no
20 indication they were hooked up to any terrorist group.
21 A   I don't know about those specific individuals.
22 Q   Okay. This, I see, in some of the written

4 (Pages 10 to 13)

Page 14

1  materials distributed, is described as a student event,
2  yet there don't appear to be any students who were actual
3  speakers. By speakers, I mean on this panel addressing
4  people.
5      What constitutes a student event?
6    A   It's an event organized by students for the
7  general university community, and we have a great many
8  events that students organize in which students are not
9  part of the formal presenters. It happens all the time.
10   Q   And I notice, too, that there's no indication --
11  or there is an indication, rather, that this is to be a
12  free speech, quote/unquote, event, and there was a
13  document handed out describing Georgetown's free speech
14  setup; is that correct?
15   A   All events are Georgetown are free speech
16  events, every event.
17   Q   What does the term free speech mean in that
18  context at Georgetown?
19   A   We have a speech and expression policy that is
20  publicized in a variety of venues, including posted on our
21  Web, that articulates the specific features of
22  Georgetown's speech and expression policy.

Page 15

1    Q   Okay. I believe I have a statement here from --
2  from your President DeGioia that talks about a free
3  exchange of ideas. Is that essentially what's meant by
4  free speech in the Georgetown context?
5        MR. JONES: Object to the form. If you are
6  going to ask him about that, could you at least show it to
7  him?
8        MR. FAY: Wait a minute. I actually have a
9  couple of them here.
10       Let me hand that to you. You better mark it and
11 put a staple on it.
12       COURT REPORTER: This is Georgetown Deposition
13 Exhibit Number 1.
14          (Whereupon, Georgetown Deposition
15           Exhibit No. 1 was marked for
16           identification.)
17       MR. JONES: Do you have any more copies of that?
18       MR. FAY: No, I don't, unfortunately, but I am
19 going to hand that to you.
20       MR. JONES: Okay.
21       So what you have handed me is a speech that
22 President DeGioia gave on February 3rd 2003 --

Page 16

1        MR. FAY: Uh-huh.
2        MR. JONES: -- which, I think, is a -- an
3  eloquent statement about his use of free speech and
4  expression, and I think that it is certainly consistent,
5  the views expressed here, consistent with the University's
6  long-standing speech and expression policy.
7        MR. FAY: Uh-huh.
8        BY MR. FAY:
9    Q   To what extent were speakers other than the
10 Palestinian speakers on the panel permitted to get up and
11 speak at this free speech event?
12   A   Let me say that the characterization of it as a
13 free speech event is inaccurate. All events at Georgetown
14 are conducted under our speech and expression policy.
15   Q   Sounds, then, like it would be a free speech
16 event.
17   A   Yes, but I'm not accepting your characterization
18 of the term free speech event as if we have some events
19 that are not free speech events.
20   Q   Oh, I didn't say that -- that you did. But to
21 what extent was -- were there any speakers other than the
22 Palestinian speakers at this event?

Page 17

1    A   I'm not sure I understand the designation of
2  some speakers as Palestinian speakers.
3    Q   Well, the people who were -- who were speaking
4  have all been -- actually, in writings and so forth, have
5  been identified as hooked up to the Palestinian cause.
6  Let me go through.
7        MR. JONES: I am going to object to that
8  characterization because -- for example, on your notice,
9  Sue Blackwell, I don't think there has been any indication
10 that she is Palestinian or of Palestinian descent or
11 otherwise. So I don't -- I don't think you can say that
12 all of the speakers at the conference were Palestinian.
13       MR. FAY: She speaks all over the world on
14 behalf of the Palestinians.
15       MR. JONES: That doesn't mean she is Palestinian
16 herself, though.
17       MR. FAY: Well, hang on here. Let me find the
18 list of speakers.
19       BY MR. FAY:
20   Q   In the description that they handed out for Sue
21 Blackwell, it had British Academic University of
22 Birmingham led to the Association of University Teachers,

Page 38

1  meetings, let's say, in -- or conferences at the school,
2  on the basis that they were too controversial.
3     A   I never said that.
4     Q   Okay. Well, have they, or have they not?
5     A   On the basis that --
6     Q   The subject of the conference or meeting was too
7  controversial.
8     A   I don't know what you are referring to.
9     Q   I'm asking you in general. Has Georgetown in
10 the past rejected applications from students to have a
11 conference or meeting on the basis the subject matter is
12 too controversial?
13      MR. JONES: Object to the form of the question.
14      You can answer if you can, if you understand it.
15      THE WITNESS: Broadly speaking, doing so would
16 be inconsistent with our speech and expression policy.
17 Our speech and expression policy allows students to host
18 conferences on campus.
19      BY MR. FAY:
20    Q   Okay. That's the generalization, but I'm asking
21 you to your knowledge, has Georgetown rejected any student
22 application to have a conference or a meeting on campus on

Page 39

1  the basis that the subject matter was too controversial?
2       MR. JONES: I'm going to object to the form.
3  I'm also going to object because -- and maybe you can
4  point me to this, Tom. I don't see how this is in the
5  topics that you noticed. I mean, what topic is this
6  related to?
7       MR. FAY: Number 2, policies of Georgetown
8  University during 2005 through 2006 period regarding
9  campus meetings and seminars.
10      MR. JONES: Okay. Well, I mean, you asked him,
11 like -- you know, it seems like your question asked him
12 about that question forever and all time, so you are
13 limiting that question to 2005 and 2006?
14      MR. FAY: Yeah, that's fine, 2005-2006.
15      THE WITNESS: I'm not aware of any rejection of
16 a student conference or speaker or -- period. There may
17 well have been some because there are many student events,
18 and who knows who may have talked to who about an event.
19      The idea that an event would be not allowed
20 because the material, as you put it, was, quote, too
21 controversial by my understanding would not be consistent
22 with our speech and expression policy, and there are

Page 40

1  examples of extraordinarily controversial events that have
2  been held over the years that I can't imagine something
3  much more controversial than. So, no, I don't think there
4  is ever really a likelihood of an event at Georgetown not
5  happening or being rejected because of the controversy
6  that, you know, may ensue as a part of the conference
7  being held.
8       BY MR. FAY:
9     Q   You said that were very controversial. Such as
10 what? What types of conferences?
11    A   The publisher of Hustler Magazine, Larry Flynt,
12 spoke on campus in the 1990s. Obviously, we are a
13 Catholic and Jesuit institution, and we, you know, weren't
14 pleased that a student group, a lecture fund, invited
15 Larry Flynt to speak. There were people who said you
16 should cancel that conference, but -- it was a speech --
17 you should cancel that speech. We said that our speech
18 and expression policy allows students to invite speakers,
19 even those who are controversial.
20      More recently, a student group had invited a
21 group called the Minutemen, who spoke on campus last year,
22 and there were -- people indicated that the Minutemen --

Page 41

1  who you might characterize as a vigilante group --
2  protecting, under their mission, the border, because they
3  feel that the Immigration and Naturalization Service is
4  not able to do that. Their leader spoke on campus at the
5  invitation of students, and Georgetown University, while
6  not endorsing the views of that speaker, would not
7  prohibit the students from inviting the speaker.
8       That's the nature of the University, that
9  students and faculty have the opportunity to invite
10 speakers to hear their views, to learn from their
11 presentations, even controversial and offensive material,
12 even patently offensive material, even material that makes
13 some people question Georgetown in the public eye. We
14 allow that to occur, because the nature of the University
15 is that we protect the free exchange of ideas.
16    Q   Okay. I'll have this marked and handed to you
17 in just a minute. This is entitled Speech and Expression
18 at Georgetown. It has some various notations that
19 probably mean more to you than to me. But it says -- let
20 me read this off, and then I will pass it to you to take a
21 look at before you answer the question.
22      Georgetown University's Speech and Expression