# EXHIBIT 13

# Georgetown

| Home | Prospective Students | Current Students | Alumni and Alumnae | Family and Friends | Faculty and Staff |
| About Georgetown | Learning and Teaching | Research and Scholarship | Campus and Community | Services and Administration |

University News

## Georgetown Statement on SJP Conference

Georgetown University Students for Justice in Palestine (SJP) Sponsor National Conference

The Georgetown University Students for Justice in Palestine (SJP) will sponsor the fifth annual national conference of the Palestinian Solidarity Movement on the campus of Georgetown University from February 17 to 19, 2006. At Georgetown, any student organization with access to University benefits, such as SJP, may reserve available facilities for its events. In 2004 the conference was held at Duke University. In 2003 it was held at the University of Michigan, in 2002 at Ohio State University, and earlier in 2002 at the University of California at Berkeley.

Georgetown prizes its commitment to allowing for the free and open exchange of ideas, even ideas that may be difficult or objectionable to some. As a Catholic and Jesuit institution, Georgetown University has a long-standing Speech and Expression policy that governs the University's response to controversial speech. The University's Speech and Expression Committee allows students, faculty and staff to discuss difficult questions that may emerge from any particular campus event. The ability of members of the University community to invite speakers or host events does not imply University endorsement of the speakers or their views.

For additional information about the upcoming conference and related activities at Georgetown University, please visit: http://explore.georgetown.edu/documents/?DocumentID=12105.

Source: Office of Communications (January 9, 2006)

### Related web sites

- Additional information about the upcoming conference and related activities at Georgetown University
- Georgetown's Speech and Expression Policy

### Other University News

» Former NATO Ambassador David Abshire Honored at GU
Georgetown awards former U.S. Ambassador to NATO David Abshire (G '59) with a Doctor of Humane Letters, honoris causa.

» GU Professor Receives NEH Fellowship

» Honorary Degree Awarded to EC President Barroso
More news...

Print this story   Email this story   Subscribe to an RSS feed

M 000197