# EXHIBIT 14

# PALESTINE SOLIDARITY MOVEMENT

5th National Conference    Georgetown University    February 17-19, 2006

Greetings!

Welcome to Georgetown University and the Fifth Annual Conference of the Palestine Solidarity Movement! We are glad you are here and looking forward to an exciting weekend of organizing, education, and movement building. We hope that this conference will support and encourage the solidarity work in which we are all engaged.

We come together to celebrate the victories of our movement over the last year. There have been great achievements in the struggle to promote divestment from the Israeli apartheid regime. The Presbyterian Church has decided to examine its investments in Israel with an eye toward divestment, and the Anglican/Episcopal Church has a similar proposal pending. Student organizations all over the U.S. have started divestment campaigns and begun to pressure their administrations to divest from Israel and adopt socially responsible investment guidelines. Our movement is strong, and it is growing each day.



Photo courtesy of www.support-palestine.org/ olive_wood_products.htm

Support for divestment from Israel's systematic, brutal and continued oppression of the Palestinian people has been expressed by the U.N. Council of NGOs and the Non-Aligned Movement. Here on the Georgetown campus, awareness of the Palestine/Israel conflict has grown exponentially. Georgetown community members and organizations have become engaged in a dialogue around this conflict as they never have before.

As a student movement, we can harness the power that lies in the institutions to which we belong. Our influence on universities, companies, and governments can mobilize these institutions to take a principled stand against the human rights abuses of the Israeli government. Institutions are formidable structures, but a strong organized movement can motivate them to exercise their influence in service of the social good.

Thank you for joining us as we continue to support the struggle of Palestinians against the Israeli occupation. As US citizens, we have the responsibility to respond to the call for solidarity from the Palestinian people. We are citizens of the strongest monetary supporter of the Israeli occupation and hence have the power to create change.

We must continue to do this work with sustained urgency, dedication and passion. Together we can realize a future in which a broad-based, multi-dimensional, global solidarity movement flourishes: a movement that contributes to the end of Israel's racist and brutal policies. As divestment influenced the situation on the ground in South Africa, so will it pave the way to a free Palestine.

Sincerely,
The Organizing Committee of the Palestine Solidarity Movement

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000961

Page 1

**PSM**

| | |
|---|---|
| **I. IMPORTANT INFORMATION** | Page 3 |
| **II. CONFERENCE PROGRAM** | |
| - Friday, February 17 | Page 4 |
| - Saturday, February 18 | Page 4-6 |
| - Sunday, February 19 | Page 7 |
| **III. ARTICLES** | |
| - Palestinian Civil Society Call For Divestment | Page 8-9 |
| - The Global Reach of Divestment | Page 9-20 |
| **V. CAMPUS DIVESTMENT GUIDE** | Page 21 |
| - Divestment: A Moral Imperative | Page 22 |
| - Your Guide to Campus Divestment | Page 23-25 |
| - Appendices: | |
|    I. Sample Petition | Page 26 |
|    II. Sample Article: Why Divest | Page 26-27 |
|    III. Sample Article: Israel and Apartheid South Africa | Page 28-29 |
|    IV. Sample Divestment Resolution | Page 29 |
| **VI. ACTIVIST RESOURCES** | Page 30-31 |
| **VII. GEORGETOWN UNIVERSITY CAMPUS GUIDE** | |
| - Campus Map | Page 32 |
| - Places to Eat | Page 33 |
| **VIII. SURVEY** | Page 34-35 |

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

*Please note that you will be expected to wear your name badge at all times.



## AN ADVISORY TO CONFERENCE ATTENDEES:
### INTERACTING WITH THE PRESS - TIPS AND GUIDELINES

Dear PSM Conference Attendee:

The media committee for the 5th National Conference of the Palestine Solidarity Movement welcomes you to Georgetown University. As the nation's single largest Palestine activist gathering, part of our mission is to actively promote Palestinian human rights, freedoms, self-determination and to educate the general American public. To realize this mission, we must take the opportunity to voice our message clearly and articulately through any major medium: print, television, and radio. Biases about Palestinian freedom are obvious and longstanding; however, every exposure to a journalist is a valuable opportunity to present our case in our terms.

Below are a few guidelines that will help attendees of the conference communicate strong, clear messages. If you are approached by any members of the press, please remember the following:

- Only speak to a journalist if you are comfortable. Feel free to say, "I prefer not to give an interview," and refer them to conference spokespeople.
- You are part of a larger story with a special spin that the journalist is writing. Listen for biases and spins in the interview questions; they will reveal the angle and perspective the interviewer will be working from in using your interview as material.
- No matter how friendly or sympathetic a reporter may seem, he or she is not necessarily your friend. Maintain a polite, professional attitude throughout the interview.
- Interviews are not an opportunity to vent or rant; they are a chance to convey a factual, informative, viewer friendly message about Palestinian human rights.
- NEVER agree to speak about any topic "off the record". Once you say it, they can print it.
- NEVER lie to a journalist. Say, "I DON'T KNOW" if you are not informed enough to respond.
- NEVER claim to speak on behalf of the entire conference or all the organizations involved in the PSM. If a reporter asks for an official statement or position for the overall conference, please refer them to conference spokespeople, who are empowered with speaking on behalf of the conference.
- Avoid being hostile, defensive, or offensive to reporters. They will naturally ask questions about controversial, sensitive topics; do not be baited into giving hostile responses.
- Have a few talking points in mind when going into any interview. Possible talking points include:
  o Human rights are universal. The conference is in full support of Palestinian human rights and self-determination. Being pro-Palestinian does not imply anti-Semitism. Jews in Israel have the same rights as Palestinians under Israeli occupation.
  o Divestment is a non-violent practical, proactive campaign that holds universities and their students morally accountable for their financial choices, namely, investing in corporations that in turn feed the economy of a brutal, oppressive occupation.
  o ALWAYS emphasize Palestinian human suffering in your interview

Conference Spokespeople: (all numbers are cell phones available at conference)

-Bayann Hamid (202) 460-8865         -Nadeem Muaddi (484) 431-7432

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER                    GTN000963