# EXHIBIT 15



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Category: **Conference details**

What is the conference on Palestine solidarity that is scheduled at Georgetown? Jan-6-06

Who is sponsoring the conference? Jan-6-06

What is the stated purpose of the conference? Jan-6-06

Has the conference been held on other university campuses? Jan-6-06

Will the conference be open to all? Jan-6-06

**Categories**

- **Conference details** (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University



## explore.georgetown.edu

Home
  Blogs
    PSM Conference: Frequently Asked Questions
      What is the conference on Palestine solidarity that is scheduled at Georgetown?

**What is the conference on Palestine solidarity that is scheduled at Georgetown?** (Jan-6-06 11:55 am)

The Palestinian Solidarity Movement's (PSM) fifth annual conference will be hosted by the Georgetown student organization Students for Justice in Palestine (GU-SJP) on campus February 17-19, 2006.

Categories: Conference details

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12019

### Categories

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

### More

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Who is sponsoring the conference?

**Who is sponsoring the conference?** (Jan-6-06 11:50 am)

The conference is sponsored by a Georgetown student organization with access to university benefits, Students for Justice in Palestine (GU-SJP), in accordance with university rules and policies.

Categories: Conference details

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12020

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000062

http://explore.georgetown.edu/blogs/?id=12020

1/9/2006



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - What is the stated purpose of the conference?

**What is the stated purpose of the conference?** (Jan-6-06 11:45 am)

The conference Web site outlines issues it will consider, including Palestine solidarity and divestment of stock of companies doing business in Israel.

Categories: Conference details

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12021

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Has the conference been held on other university campuses?

**Has the conference been held on other university campuses?** (Jan-6-06 11:40 am)

According to the Palestine Solidarity Movement, the first student conference was held at the University of California at Berkeley in February 2002. Subsequent conferences were held at the University of Michigan in Ann Arbor (October 2002), Ohio State University in Columbus (November 2003) and Duke University (October 2004).

Categories: Conference details

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12031

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University




# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Will the conference be open to all?

**Will the conference be open to all?** (Jan-6-06 11:35 am)

According to Georgetown policies, programs that are open to the public must be open to all, regardless of viewpoint. The conference on Palestine solidarity has been structured to require the participants to register. Anyone who wishes to register may do so, up to the physical limit of the facilities in which the conference is being held. Georgetown staff members are working with the student organizers to ensure that there is a clear understanding, and proper implementation, of <u>university policies concerning access, speech and expression at such events</u>.

Categories: Conference details

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12022

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000065



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Category: **Georgetown and the conference**

What is Georgetown's general position about the conference? Jan-6-06

Does Georgetown endorse the views of the conference organizers? Jan-6-06

Will Georgetown University consider divestment from Israel? Jan-6-06

What are Georgetown's criteria regarding scheduling of events in university buildings? Jan-6-06

What are Georgetown's criteria for registering student organizations? Jan-6-06

What is Georgetown doing to ensure open dialogue and a diverse exchange of views on campus? Jan-6-06

Has the University screened the speakers invited to participate in this conference? Jan-6-06

**Categories**

- Conference details (5)
- **Georgetown and the conference** (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University



# explore.georgetown.edu



Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - What is Georgetown's general position about the conference?

**What is Georgetown's general position about the conference?** (Jan-6-06 11:30 am)

The University's response is unambiguous: Georgetown Universities has an obligation to ensure that controversial opinions can be expressed freely and openly. Georgetown University has a long-standing Speech and Expression policy that governs the University's response to controversial speech. Georgetown prizes its commitment to allowing for the free and open exchange of ideas, even ideas that may be difficult or objectionable to some. President John J. DeGioia's February 2003 speech details the University's decision to support and protect free and open speech. The University's Speech and Expression Committee allows students, faculty and staff to discuss difficult questions that may emerge. The ability of members of the University community to invite speakers or host events does not imply University endorsement of the speakers or their views.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12023

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000067

Georgetown University <span style="float:right">Page 1 of 1</span>



# explore.georgetown.edu

Home
   Blogs
      PSM Conference: Frequently Asked Questions
         Does Georgetown endorse the views of the conference organizers?

**Does Georgetown endorse the views of the conference organizers?** (Jan-6-06 11:25 am)

No. As with all such events, the agenda of the conference originates with the student organizers and their conference partners. Their use of the University forum does not apply acceptance or endorsement by the University of the views expressed.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12033

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)
View the archive
About blogs at Georgetown University

GTN000068

1/9/2006

http://explore.georgetown.edu/blogs/?id=12033



## explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Will Georgetown University consider divestment from Israel?

**Will Georgetown University consider divestment from Israel?** (Jan-6-06 11:20 am)

No. As a matter of practice Georgetown University does not use its endowment portfolio to pressure governments or create political or social action. It is clear there are a wide range of opinions on the conflict in the Middle East and that the appropriate way for Georgetown University to address the situation is through dialogue, research and intellectual discovery.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12108

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000069



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - What are Georgetown's criteria regarding scheduling of events in university buildings?

**What are Georgetown's criteria regarding scheduling of events in university buildings?** (Jan-6-06 11:15 am)

Any student organization with access to university benefits may reserve available university facilities for its events. The University reserves the right to locate an event in space other than that requested when circumstances warrant.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12024

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - What are Georgetown's criteria for registering student organizations?

**What are Georgetown's criteria for registering student organizations?** (Jan-6-06 11:10 am)

Any enrolled Georgetown students seeking access to benefits may organize and register their organization in accordance with university criteria on eligibility for benefits. GU-SJP is registered with the Student Activities Commission (SAC). A list of those funded by SAC in 2005-06 is available on its Web site.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12025

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000071



## explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - What is Georgetown doing to ensure open dialogue and a diverse exchange of views on campus?

**What is Georgetown doing to ensure open dialogue and a diverse exchange of views on campus?** (Jan-6-06 11:05 am)

It is essential to learning and the free exchange of ideas that individuals be able to explore sensitive topics within this diverse campus community while according one another the highest levels of tolerance and mutual respect. Historically, Georgetown student leaders have risen to the challenge by proposing a series of student-organized events promoting dialogue, education and understanding about political issues affecting the student body. We hope that there will be ample opportunity for interested parties to provide educational forums about the issues the conference is addressing.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12026

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000072

http://explore.georgetown.edu/blogs/?id=12026    1/9/2006



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Has the University screened the speakers invited to participate in this conference?

**Has the University screened the speakers invited to participate in this conference?**
(Jan-6-06 11:00 am)

No. Georgetown does not dictate to its students the content or structure of their events, or the speakers they must select. Appropriate University staff are in dialogue with student organizers as conference planning proceeds.

Categories: Georgetown and the conference

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12027

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)
View the archive
About blogs at Georgetown University

GTN000073

http://explore.georgetown.edu/blogs/?id=12027



# explore.georgetown.edu

Home
  └ Blogs
      └ PSM Conference: Frequently Asked Questions
          └ Category: **Security and logistics**

What will you do to ensure the safety of students and others in connection with the conference? Jan-6-06

Will the conference take place as scheduled, given the potentially controversial topics? Jan-6-06

Is the sponsor of the conference, the Palestinian Solidarity Movement, a known terrorist group? Jan-6-06

Will the conference be open to media? Jan-6-06

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- **Security and logistics** (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000074



## explore.georgetown.edu

Home
 Blogs
  PSM Conference: Frequently Asked Questions
   What will you do to ensure the safety of students and others in connection with the conference?

**What will you do to ensure the safety of students and others in connection with the conference?** (Jan-6-06 10:55 am)

 The Georgetown University Department of Public Safety is working with the conference sponsors to make sure there are appropriate security provisions for the conference. The University's speech and expression policy is explicit in noting that Georgetown University discourages conduct that disrupts or obstructs the functions of the University and will not allow such conduct on its premises. Peaceful and non-disruptive demonstrations are allowed.

 Categories: Security and logistics

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12030

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000075

http://explore.georgetown.edu/blogs/?id=12030



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Will the conference take place as scheduled, given the potentially controversial topics?

**Will the conference take place as scheduled, given the potentially controversial topics?** (Jan-6-06 10:50 am)

Yes. It is the policy of Georgetown University to protect the right of voluntary assembly for its students faculty and staff and their organizations, to make its facilities available for peaceful assembly and to protect the exercise of these rights from disruption or interference. The conference has been organized by a student group with access to benefits, in accordance with Georgetown's standard process. TIt is one of the fundamental goals of the University to create an environment where a wide range of ideas -- popular or controversial -- can be freely explored. This basic commitment to freedom of speech and expression has been articulated in Georgetown's policy on speech and expression.

Categories: Security and logistics

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12029

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University

GTN000076



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Is the sponsor of the conference, the Palestinian Solidarity Movement, a known terrorist group?

**Is the sponsor of the conference, the Palestinian Solidarity Movement, a known terrorist group?** (Jan-6-06 10:45 am)

Federal law enforcement officials have told Georgetown University that the Palestinian Solidarity Movement is not a terrorist organization.

Categories: Security and logistics

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12109

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University



# explore.georgetown.edu

Home
- Blogs
  - PSM Conference: Frequently Asked Questions
    - Will the conference be open to media?

**Will the conference be open to media?** (Jan-6-06 10:40 am)

The University is treating the PSM conference as it does all student conferences, which means that students are responsible for coordinating with the media.

Categories: Security and logistics

The trackback URL for this post is:
http://explore.georgetown.edu/blogs/?action=trackback&id=12028

**Categories**

- Conference details (5)
- Georgetown and the conference (7)
- Security and logistics (4)

**More**

Subscribe to the RSS feed for this blog (what's this?)

View the archive

About blogs at Georgetown University