# EXHIBIT 16

# Georgetown UNIVERSITY

Home | Prospective Students | Current Students | Alumni and Alumnae | Family and Friends | Faculty and Staff
About Georgetown | Learning and Teaching | Research and Scholarship | Campus and Community | Services and Administration

University News

# Pres. DeGioia's Statement on Divestment from Israel

"Some people have asked me if Georgetown will consider the [Palestine Solidarity Movement's] call for divestment from Israel. The answer to that question is no. I do not support divestment from Israel.

It is clear there are a wide range of opinions on the conflict in the Middle East and that the appropriate way for Georgetown University to address the situation is through dialogue, research, and intellectual discovery. Some people have asserted that this situation is analogous to South Africa, where many universities, including Georgetown, did disinvest in the 1980's. I was deeply involved in these issues at the time. Speaking personally, I do not feel that the practice of apartheid is comparable to the complex set of issues involving many parties in the Middle East."

– Excerpted from address given by Georgetown University President John J. DeGioia at the University's faculty town hall meeting, January 20, 2006.

Source: Office of Communications (January 20, 2006)

Print this story | Email this story | Subscribe to an RSS feed

### Related web sites

- Georgetown Statement on SJP Conference
- Additional information about the upcoming conference and related activities at Georgetown University

### Other University News

» Former NATO Ambassador David Abshire Honored at GU
Georgetown awards former U.S. Ambassador to NATO David Abshire (G '59) with a Doctor of Humane Letters, honoris causa.

» GU Professor Receives NEH Fellowship

» Honorary Degree Awarded to EC President Barroso

More news...

M 000198