# EXHIBIT 17

**Memorandum**

TO: Dan Porterfield, Todd Olson, Phillip Burroughs, Stewart McLaurin, Jane Genster

FROM: Erik Smulson, David Morrell, Jeanne Lord, Martha Swanson

RE: Trip to Duke University to discuss upcoming Palestinian Solidarity Movement national conference which will take place on the campus of Georgetown University February 18 to 20, 2006

---

Colleagues:

On November 22 we traveled to Duke University at the invitation of our counter-parts to discuss Duke's experience as host of the 2005 Palestinian Solidarity Movement national conference. This invitation was very generous and the insights they offered were very valuable. Outlined below is some background on the conference and the strategies Duke used to navigate through some of the more difficult facets of the event.

Background on the conference:

The Georgetown Students for Justice in Palestine will sponsor the Palestinian Solidarity Movement's annual national conference on the campus of Georgetown University over the President's Day holiday weekend, February 18 to 20, 2006. They have scheduled the use of Gaston Hall, Copley Formal Lounge and other classrooms as venues for speakers and breakout sessions during the three day event.

Last year the conference was held at Duke; in 2003 it was held at Michigan; in 2002 at Ohio State. This event has proved to be a challenge at each institution as it tries to balance the free-speech of both the sponsors of the event and those wishing to offer counter programming or protest in a safe and respectful manner. Earlier this semester the Senior Vice President of Public Affairs and Government Relations at Duke University, John Burness, invited us to travel to their campus to better understand the challenges they encountered and strategies they employed.

It is fair to expect Georgetown will encounter similar challenges and because of our location in Washington D.C., we should anticipate larger crowds and increased media attention. In addition, the Israeli elections are scheduled for March 28, 2006, providing another news hook and teaching opportunity.

What to Expect:

1. Attacks on the institution and its leadership for allowing this conference to be held on campus.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER          GTN000790

- Claims that the Palestinian Solidarity Movement has ties to terrorism. Duke University inquired with Federal officials who told them this was not true. While the group does not endorse terrorism, it does not condemn it.

2. Security Threats
    - bomb threats during the conference.
    - death threats to senior administration officials.
3. Misinformation campaign by those trying to disrupt the conference.
    - Duke's President received an e-mail petition with 98,000 "signatures" based on inaccurate information provided by the David Horowitz group.
    - Anti-Semitic e-mails from individuals falsely claiming to be students to the University community attempting to enflame tensions prior to the conference.
    - Individuals claiming to be journalists, who work for organizations opposed to the conference.
4. Last minute surprise speakers by conference organizers.
5. A call for Georgetown to divest from corporations doing business with Israel.
6. Demonstrations

Suggestions from Duke:

1. Turn this into a "teachable moment."
    - work with Jewish studies program to offer counter programming.
    - have University President be active in the Jewish community on and off campus explaining why Georgetown will allow this conference on campus.
    - Sponsor academic events to discuss the Israeli elections and other issues.
    - Possibly have University president send letter to parents and alumni to provide background on the conference.
2. Make it clear from the beginning that providing a safe and secure environment for conference participants and protesters is the top priority.
    - Duke used metal detectors at all events.
    - Duke used bombs sniffing dogs at all events.
    - Have university officials at all open events.
3. Create a website to provide one centralized location to send students, parents, alumni, donors and media who may have concerns and questions.
    - post "Frequently Asked Questions", media coverage and balanced representation of all events taking place on campus during conference.
    - post prior speakers and other related events that have occurred at Georgetown University to provide context and perspective.
4. Involvement by University officials
    - weekly meeting with representatives from Student Affairs, Security, Provost, and Public Affairs offices.
    - daily meetings as the conference approached.
5. It won't be over when the conference ends
    - expect a continuing dialogue in the student media and across campus
    - meet w/ student spsn [?]

We look forward to discussing our findings and suggestions with you in the coming days. Clearly, we should move proactively and begin to implement many of the suggestions that worked well for Duke.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER                    GTN000791

Attached is a copy of the binder provide to us by the Duke officials with valuable information on how they navigated different challenges that occurred as a result of hosting the conference.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000792