# EXHIBIT 18

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x

WILLIAM MANIACI,                    :

      Plaintiff,              :

vs.                                 : Case No.
                                       1:06CV01625
GEORGETOWN UNIVERSITY,              :
ET AL.,

      Defendants.             :

- - - - - - - - - - - - - - - - x   CONFIDENTIAL

January 11, 2007

Washington, D.C.

VIDEO DEPOSITION OF:

ERIK SMULSON

Was called for examination by counsel for the Plaintiff, pursuant to notice, in the offices of, Williams & Connolly, 725 12th Street, N.W., 12th Floor, Washington, D.C., commencing at 9:55 a.m., before Carolyn Friend, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

Misty Klapper & Associates
703-780-9559

a8a4a7b2-6f90-47a6-88eb-66a516ee8e13

Page 10

1  familiar with, maybe even wrote it.
2          (Whereupon, Deposition
3          Exhibit Number 7, previously
4          marked, was Identified.)
5      BY MR. FAY:
6      Q   Do you remember -- probably this predates
7  you going to Georgetown, I would guess.
8      A   Yes.
9      Q   Okay. Would this have been included, at
10 least, by reference on the website announcing the
11 Palestinian solidarity conference?
12     A   Yes.
13     Q   And was there any -- anything else
14 referred to that either defined terms or tended to
15 moderate or extend what's stated in this document
16 that's Number 7 in front of you?
17     A   Explain your question.
18     Q   Yeah. Was there anything further that
19 was posted on the website that would tend to define
20 any terms in -- in Exhibit Number 7 or either extend
21 some thoughts put in there or to some extent limit
22 what's in there? In other words, was this -- can

Page 11

1  this be taken as the rules under which the
2  conference is going to proceed with regard to free
3  speech now?
4          MR. JONES: I object to the form. You
5  can answer if you can.
6          THE WITNESS: Yes.
7      BY MR. FAY:
8      Q   Okay. Incidentally, when -- in handling
9  the communications with the conference, to the best
10 of your knowledge, did anyone at Georgetown -- I'm
11 not speaking now just of your department -- but did
12 anyone at Georgetown do any investigation into the
13 background of the people that were putting on the
14 Palestinian solidarity conference?
15     A   Yes. Yes.
16     Q   And who would have done that?
17     A   The department of public safety.
18     Q   Okay. Did you have access to that,
19 whatever report they did up?
20         MR. JONES: I object to the foundation.
21         BY MR. FAY:
22     Q   By access, I mean, did you read it or

Page 12

1  see --
2      A   It was verbal communication. It was -- I
3  never saw any written document -- any document --
4  written document report.
5      Q   Anything in that report that comes to
6  mind at this point.
7          MR. JONES: I object to the foundation.
8          THE WITNESS: What does your question
9  mean, does anything come --
10         BY MR. FAY:
11     Q   Well, I can -- I assume that the report
12 didn't say we've checked the four people running
13 this and they were -- they had been robbing banks in
14 Wyoming or something, that it essentially didn't
15 indicate any serious activity in terms of -- that
16 would be detriment on their character. But other
17 than that, was there anything that springs to mind
18 in -- in the conversation on the report?
19         MR. JONES: I object to the form.
20         THE WITNESS: No.
21         BY MR. FAY:
22     Q   Other than -- than those items during the

Page 13

1  pre-conference communications, things like that,
2  what else did you have to do with the Palestinian
3  solidarity conference?
4      A   Well, we worked to learn about what
5  happened at past conferences, as we prepared our
6  plan to help respond to the conference at
7  Georgetown.
8      Q   What did you find out?
9      A   We found out that the conference had been
10 held at other universities in years past, and we
11 tried to learn from some of the experiences that had
12 happened at those -- at those universities. And we
13 worked to coordinate our efforts to -- to deal with
14 the many internal and external issues that we
15 expected to arise as we moved forward.
16     Q   Such as? Could you tell us what issues
17 might -- you thought might arise?
18     A   To prepare for potential protests and how
19 they might be handled from a communications
20 perspective, which was my area of concern, the
21 different questions that were raised and how
22 different universities responded to those questions

Page 14

1  and how it might be appropriate for Georgetown to
2  respond to those and to anticipate those and to
3  prepare for them.
4      Q    Okay. What did that -- the term
5  Palestinian solidarity refer to, as far as you could
6  tell from the people that were putting on this
7  conference?
8      A    I don't know for certain.
9      Q    I say that because the only thing I've
10 ever been involved with that had to do with the
11 solidarity conference had to do with labor unions
12 and the -- the point was to -- if the unit was going
13 on strike and everyone was ready to walk out, no
14 matter what the union was doing to try to get
15 solidary of all the members.
16          Here, it doesn't seem that the conference
17 included just members of a union or anything like
18 that. It was generally open to students and,
19 indeed, the public. And I'm just wondering what
20 was -- where the solidarity was supposed to be, what
21 was supposed to be made solid, I guess, is a
22 better --

Page 15

1          MR. JONES: I object to the form.
2          THE WITNESS: I don't know. I mean, I
3  can tell you that my understanding was that they
4  were in support of Palestinian -- people who live in
5  Palestine, but I was not -- I'm not familiar with --
6          BY MR. FAY:
7      Q    Okay. Of course, if we defined Palestine
8  as -- as all of the west bank, plus all of present
9  day Israel, that covers a large segment and even
10 amongst the Arabs that goes the whole gamut from
11 doctors and lawyers who practice in Televiv to guys
12 carrying around automatic weapons.
13          Was there any particular part of the
14 Palestinian cause that this was going to have to do
15 with?
16         MR. JONES: Objection. Foundation.
17         BY MR. FAY:
18     Q    As far as you could tell in talking to
19 these folks?
20     A    I don't really know. I know they were
21 talking about political issues regarding the Middle
22 East and Palestine and Israel, different views were

Page 16

1  expressed.
2      Q    With regard to this divestiture from
3  the -- from Israel, did that relate to some type of
4  economic divestiture? Is that what they were
5  saying?
6          MR. JONES: Objection. Foundation.
7          BY MR. FAY:
8      Q    If you know.
9      A    Yes.
10     Q    Oh, okay. I didn't realize that there
11 was any divestment by George -- or anything -- there
12 were many people in this country in any Israeli
13 companies, since I take it that's what they were
14 talking about, economic divestiture.
15     A    Yes, economic divestiture.
16     Q    Did you actually attend the conference?
17     A    Yes, in my capacity as communications
18 director for Georgetown.
19     Q    Yeah. That was in Gaston Hall, I
20 believe; is that right?
21     A    Yeah.
22     Q    How many people does that hall hold?

Page 17

1  I've never been -- I've been to the campus, but most
2  of the time it's been up in the medical schools to
3  see doctors up there on cases. And I've never, I
4  don't think, been to Gaston Hall.
5      A    Approximately 700.
6      Q    Was it pretty well filled for this
7  conference?
8      A    No. I would say 200 people. Between 100
9  and 200.
10     Q    Does Gaston Hall have an acoustic system
11 built into it? In other words, speakers in the
12 corners are placed with the idea of -- of avoiding
13 the acoustical problems you -- you see in a lot of
14 places that get used for public gatherings that
15 really were intended --
16     A    There's an older system that's -- that's
17 in Gaston Hall. Usually, people bring in more
18 modern equipment to use. That's independent. But
19 there is an -- an old speaker very rarely used.
20     Q    Was -- did -- did these folks bring in
21 some equipment, either theirs or rented or
22 something, or did they use just what was there, if

**Page 38**

1  by pictures, I mean, videotape, video, disk,
2  whatever, video recordings of this thing at the ICC
3  Building, we'd like to get them.
4     MR. JONES: Okay. Well, I mean, you've
5  made a number of requests, so I mean, we will deal
6  with those requests outside of this.
7     MR. FAY: Yeah. I'll put them all
8  together after the deposition.
9     MR. JONES: Yeah.
10    BY MR. FAY:
11    Q   Did any of the security officers speak to
12  Mr. Maniaci at the ICC Building while you were
13  looking at them?
14    A   There was a discussion going on. I
15  believe it was Dave Morrell who was -- and Darryl
16  Harrison were doing most of the discussion with him.
17  There were DPS officers present. I don't know if
18  they were talking.
19       But I wasn't in -- I wasn't -- I watched
20  it from a number of yards away, so I couldn't hear
21  what was being said.
22    Q   One of the people who testified yesterday

**Page 39**

1  was a -- or the day before was a security officer by
2  the name of George Taylor. Do you know him by face
3  or name?
4     A   Not by name. Maybe by face, if I saw
5  him, but I don't -- not by name.
6     Q   Was Mr. Maniaci at any point held by the
7  security, as to say did you see them with their
8  hands on him, holding him at any point?
9     A   As --
10       MR. JONES: Objection to form. Are you
11  talking about at the ICC or in Gaston?
12       MR. FAY: Oh, at any point --
13       MR. JONES: Okay.
14       MR. FAY: -- that -- that day on the 18th
15  of February of 2006.
16       THE WITNESS: As he was being escorted
17  outside of Gaston Hall, I was in the hallway where
18  he was taken, so I saw them carry him outside of
19  Gaston Hall and he was placed on the floor.
20       BY MR. FAY:
21    Q   What do you mean by placed on the floor?
22    A   Well, he was dragging his legs. He was

**Page 40**

1  resisting, so they -- they each had an arm under
2  his -- under his shoulder, carrying him out. And
3  they, you know, gently placed him on the floor
4  outside of the room.
5     Q   What -- what do you mean by resisting?
6     A   Well, he was not -- he was -- I would
7  define it as he was not being helpful. He was --
8  they were carrying him -- his feet were dragging
9  behind him, and they were carrying him out.
10    Q   And you classify that as resisting?
11    A   In the tone and the manner of his
12  conversation with -- with them at the time and --
13  yes, I do.
14    Q   Well, what was he saying?
15    A   It was -- it was a passive resistance.
16    Q   What was he saying to them at the time?
17    A   I don't recall the words, but he was
18  expressing his displeasure.
19    Q   Okay. Did you see Mr. Maniaci actually
20  leave the campus that day?
21    A   No.
22    Q   Let me go back just a moment to -- you

**Page 41**

1  said you saw the officers sort of holding him,
2  dragging him. Where -- where was that in
3  relation -- again, I -- I may have walked by the
4  place, but I -- I don't have any image in my mind of
5  Gaston Hall or the ICC Building at all, so you'll
6  have to be a little --
7     A   There's a small lobby outside of Gaston
8  Hall where -- where I was. So I saw doors open, the
9  guards carrying him out, him being -- that's what I
10  saw.
11    Q   Does the term Gaston Hall refer just to
12  the actual hall, meaning like you have a gymnasium
13  in the school and it's, you know, the John Thompson
14  gymnasium or something that's part of another big
15  building, or does it refer to a separate, individual
16  hall?
17    A   It's a hall within a building, so Gaston
18  Hall is within the Healy Building, so it's a room, a
19  large room within the Healy Building.
20    Q   It could be called an auditorium instead
21  of hall, I take it, then?
22    A   Yes.