# EXHIBIT 19

## Erik M. Smulson

**From:** owner-campuswide@georgetown.edu on behalf of Student Affairs [studentaffairs@georgetown.edu]
**Sent:** Monday, January 23, 2006 5:38 PM
**To:** campuswide@georgetown.edu
**Subject:** Information on upcoming student sponsored conference

Members of the Georgetown University Community,

The Georgetown University Students for Justice in Palestine (SJP) will host the fifth annual national conference
of the Palestinian Solidarity Movement at Georgetown University over the President's Day holiday weekend,
February 17th to 19th, 2006. As Vice President for Student Affairs, I wanted to take this opportunity to respond
to a number of questions our office has received concerning this conference and the controversy associated with it.

In conjunction with the University's Office of Communications, we have created a website to respond to inquiries
and provide other relevant information about the upcoming conference and related activities. That website can be
found at: http://explore.georgetown.edu/documents/?DocumentID=12105.

It has also come to my attention that some members of the Georgetown community have received unsolicited
emails criticizing the conference, its organizers, and the University. While we have and will continue to investigate
these messages to the best of our ability, it may not always be possible to determine their origin. We anticipate
that such emails may continue. Conference organizers have informed the Office of Student Affairs that at least one
such email, representing itself as from the Palestine Solidarity Movement, is fraudulent.

If you receive emails that are offensive or hateful in nature, please forward them to the University Information Security
Office at abuse@georgetown.edu. If you have further questions, please visit the website above.

Thank you for your attention.

Sincerely,

Todd A. Olson, PhD
Vice President for Student Affairs

10/4/2006

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001165