# EXHIBIT 20

## GEORGETOWN UNIVERSITY
## DEPARTMENT OF PUBLIC SAFETY

# SECURITY OPERATIONS PLAN



**CONFIDENTIAL MATERIALS**
**SUBJECT TO PROTECTIVE ORDER**

**PALESTINE SOLIDARITY MOVEMENT (PSM) CONFERENCE**
**FRIDAY, FEBRUARY 17, 2006 TO SUNDAY, FEBRUARY 19, 2006**

GTN000575

## PALESTINE SOLIDARITY MOVEMENT (PSM) CONFERENCE
## FRIDAY, FEBRUARY 17, 2006 TO SUNDAY, FEBRUARY 19, 2006

### Introduction and General Overview

Beginning Friday, February 17 through Sunday, February 19, 2006, Georgetown University will serve as the venue location for the fifth annual Palestine Solidarity Movement Conference. The University is not sponsoring the conference. The Conference is being sponsored by a Georgetown student group, Students for Justice in Palestine (SJP).

In light of the tremendous amount of interest and media attention, this will be a high priority security event. Past conferences have drawn a number of protests and demonstrations. The likelihood for such protests with the Nations Capitol as a setting increases this probability. Primary security coordination for this event will rest with the Department of Public Safety (DPS). We will rely on the Metropolitan Police Department (MPD) for support and assistance as needed.

With the planning and preparation that has been undertaken, the likelihood of any major disturbance appears minimal. However, DPS will be on high security alert for this event. Supervisors shall ensure that all posts are maintained and that officers are fully briefed as well as alert. Healy Circle and the two (2) main event locations (Healy Building and ICC) shall be contained and sealed to the extent necessary during conference activities.

With the high profile of this event, and the involvement of many different University Departments, as well as outside agencies, the necessity fo coordination is key. Therefore, all information, requests and direction with respect to this detail must be channeled to the Director, through the Communication Center.

### General Information

Command Center - The University on-site command center for the conference shall be located in the ICC, room 234. The Command Center shall be staffed by senior University administrators. The Command Center shall serve as the point of coordination and decision for events surrounding the conference. Assistant Director Portia Swinson shall act as the DPS liaison to the Command Center.

Media - This is an open press event where those members of the media who have registered are allowed access to certain identified conference activities. Media vehicles, however, shall not be allowed on campus. Any questions concerning issues shall be directed to the Assistant President, Erik Smulson, Office of Communications for resolution.

Security Sweeps - Arrangements have been made with MPD to provide support with necessary EOD sweeps. Healy Building, Gaston Hall and ICC will be swept. Exact times, have not been finalized. Once swept, all locations will be posted. In any event, Gaston

Hall will be posted as of 2300 hours, Friday, February 17, 2006. Additionally, a short beat of the Healy Building will be established beginning 1700 hours, Friday, February 17, 2006. This beat will consist of exterior and interior patrols of all floors until the building is secured for the evening.

Healy Building - The Healy Circle main entrance will remain secured throughout the conference. The purpose is to seal off the Healy first floor Campus Ministry corridor. This will also prevent access to the President's suite (Interior iron gate, rear tunnel door, Peter, Paul, Mary doors will also be secured). All access for this building will be through the center doors.

ICC - Special perimeter patrols of ICC will begin at 1700 hours, Friday, February 17, 2006. All exterior entrances will be posted/secured during the conference. Access will be gained by GoCard. All conference attendees will be directed to the Red Square entrance. All workshops are located on the first floor. All conference attendees will be directed to utilize the southeast stairwell or elevators to the workshops. University personnel shall be requested to display their GoCards to access other floors of the building.

Magnetometers - Attendees will be required to pass through magnetometers for both Gaston Hall and workshop admissions. The magnetometer detail shall be under the direction of Assistant Director Morris Britt.

Housing Arrangements - Some conference attendees may be staying in our residential facilities as guests of Georgetown students. These attendees must abide by all guest residential policies and procedures. Associate Director, Doris Bey, shall be responsible for ensuring that all Student Guards and Private Security are briefed on the conference operational plan. Additionally, the Associate Director shall be responsible for ensuring that special coverage (Mortara, Alumni House, JSA) contract security has been posted and briefed on their responsibility as well.

Free Speech and Expression - DPS response will be guided by the University's Free Speech and Expression policy. To this end, there will be two (2) liaisons. One representing the student hosting organization, SJP; and the other representing the University (Faculty/Staff, moderator). In the event of any disruption or issues, these two will confer and direct DPS on the appropriate actions to be taken.

Demonstrations/Protests - Copley lawn has been designated as the demonstration area. All protesters will be directed to that area where they will be separated by organization. No demonstrations are allowed in any buildings. Additionally, no signs, banners, etc. will be brought into any buildings. No sticks or other objects that could cause injury or be used as weapons will be allowed in the outside demonstration area. Megaphones can be utilized outside as long as they do not disturb the neighborhood. Once again, DPS shall be directed by the SJP and Staff/Faculty moderators in any response.

GERMS - Medical emergencies shall be dispatched to GERMS who will be staged in Healy Circle. Healy lawn shall remain clear as a staging and response area.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

3

GTN000577

# Conference Schedule

## Friday, February 17, 2006

1800 - 2300
Registration: Meet and Greet
Sellinger Lounge

## Saturday, February 18, 2006

0700 - Set Up
0800 - 0900
Registration
Healy 1st Floor/Classroom side

0900 - 0930 *
Press Conference
Healy Room 106

0930 - 1100 *
Panel Discussion
Gaston Hall

1145 - 1300
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

1300 - 1400
Lunch
Leavey Center / Food Court

1415 - 1530
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

1545 - 1645
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

4

GTN000578

* Open to Media
**Saturday, February 18, 2006** - (Cont'd)

1700 - 1800
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

1800 - 2000
Dinner
Leavey Center/Food Court

2000 - 2100 *
Keynote Address
Sellinger Lounge

2100 - 2400
Cultural Event
Hoya Court

**Sunday, February 19, 2006**

0900 - Registration
1000 - 1045
Workshops
ICC - Rooms 103, 105, 107, 115, 119

1100 - 1200 *
Panel Discussion
Gaston Hall

1200 - 1300
Lunch
Leavey Center/Food Court

1300 - 1430
Workshops
ICC - Rooms 103, 105, 107, 115, 119

1430 - 1600
Open Forum
ICC Auditorium

1600 *
Closing Action
Red Square

* Open to Media

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000579

5

## Command Assignments

**Director of Public Safety**, Darryl K. Harrison, shall assume command of all security details related to this event. The Director shall consult with the appropriate University senior officials on matters related to the safety of the University community and property. He shall be the primary point of contact for liaison and coordination with external law enforcement agencies as necessary.

**Associate Director of Public Safety**, Doris Bey, shall assist the Director and have the responsibility of operations for all details related to events at ICC and Leavey Center during the conference. She shall have the responsibility to ensure that there is full coverage by student guards and contract security to include the special coverage obtained for the conference. All student guards and contract security shall be fully briefed on details related to the conference security procedures.

**Assistant Director of Public Safety**, Portia Swinson, shall have the responsibility for coordination with the University Command Center, DPS Communications Center, and liaison with onsite MPD. She shall ensure that the DPS Communications Center is adequately staffed and officers assigned fully briefed on all details related to the conference security arrangements. She shall also have the responsibility for ensuring that a complete and accurate department resume/record is documented. Finally, she shall ensure all relief and commissary details.

**Assistant Director of Public Safety**, Morris C. Britt, shall assist the Director with operational command of details related to the Healy Building/Gaston Hall and Healy Circle/Demonstration and Staging areas. The Assistant Director shall have responsibility for staffing the magnetometer details at both the Healy and ICC sites. He shall also ensure that the demonstration site is cordoned off with bike racks consistent with operational plans. Additionally, the Assistant Director shall be responsible for staffing the vehicle access posts (37th & Prospect and Entrance 1) as outlined within the operations plan.

Sergeant Maurice Douglas and Sergeant Robert West shall assist with the supervision of the details associated with Leavey Center, Sellinger Lounge, Hoya Court and other duties as assigned.

Sergeant Charles Adkins and Sergeant Earnest Parker shall assist with the supervision of the details associated with the ICC workshops and other duties as assigned.

Sergeant Lamont Allen, Sergeant David Thompson and Sergeant Winfred Walton shall assist with the supervision of the details associated with the Healy Building, Gaston Hall, Demonstration area and other duties as assigned.

Sergeant Craig Morrow shall assist Assistant Director Swinson with coordination of the Command Center, DPS Communication Center, Relief and Commissary details.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000580

## Special Arrangements

**Metropolitan Police** - MPD will have a special detail assigned to the conference. Reporting time for this detail shall be 1000 - 1800 hours. The detail shall be under the supervision of Sergeant Jackson and will be staged in the Gervase upper conference room for deployment as needed.

**Federal Bureau of Investigation** - The FBI will monitor the events of the conference and their Command Post will be operational. The number is 202.278.2000. The lead agent is Special Agent Kretia Lillian 202.278.3405

**Admission Tours** - Admissions will take place out of Reiss 103 at 0900, 1000 and 1115 hours. Reiss exterior doors shall be unlocked by 0800 Saturday. Additionally, a separate admission tour group of approximately 80 students will arrive at the front gate transported by two buses. The arrival time is between 0900 and 1000 hours. The group shall be given assistance in accessing Dahlgren Quad via the Healy lawn center doors.

**Drop Off Room** - No backpacks or large package items are allowed. Therefore, Healy 103 has been designated as a drip off location for these items. Attendees shall be directed to that location to leave items. SJP representatives will handle and monitor these items

**Healy Staff Admissions** - There will be University officials (President's Office, Campus Ministry, University Counsel, etc.) who will receive access to their offices during the time when Healy 1st floor is secured. Members shall assist these individuals in obtaining access. All will have GoCards and lists are included in the operational plan.

**ICC Vendors' Tables** - SJP has rented a number of vendor tables. These tables will be set up in the ICC Galleria where attendees may view and purchase various items related to the conference. The ICC post shall give special attention to these tables.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000581

# Detail Arrangements

## Gaston Hall Overnight Security

Post 1.      Inside (2400 - 0700)      _____

## Perimeter Vehicle Access

Post 1.      Canal Road      (0800)      _____

Post 2.      Entrance #1      (0800)      _____

Post 3.      37th & Prospect (0800)      _____

Post 4.      McSherry & New North (0800)      Vehicle Only

## Healy First Floor

Post 1.      Center Entrance Door (0730)      _____

Post 2.      South Entrance McGuire (0730)      _____

Post 3.      Press Room  #106      (0730)      _____

Post 4.      President's Door- 2nd Fl   (0730)      _____

Magnetometer Teams      (0700)      _____

_____

## Gaston Hall

Post 1.      Exterior Entrance      (0730)      _____

Post 2.      Interior Front Left      (0730)      _____

Post 3.      Interior Front Right      (0730)      _____

Post 4.      Balcony      (0730)      _____

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER      9      GTN000582

**Exterior Posts**

| | | | |
|---|---|---|---|
| Post 1. | At Center Steps | (0730) | _____ |
| Post 2. | Exterior Lauinger | (0730) | _____ |
| Post 3. | Copley Lawn | (0730) | _____ |
| Post 4. | Healy Circle | (0730) | _____ |
| Post 5. | Front Gate | (0730) | _____ |
| Post 6. | McGuire Exterior Parking Lot | (0730) | _____ |
| Post 7. | Special - Mortara | (0800) | _____ |
| | - Alumni House | (0800) | _____ |
| | - JSA House | (0800) | _____ |

**ICC Interior**

| | | | |
|---|---|---|---|
| Post 1. | Entrance | (0800) | _____ |
| Post 2. | Southeast Stairwell | (0800) | _____ |
| Post 3. | Galleria | (0800) | _____ |
| Post 4. | Auditorium Steps | (0800) | _____ |
| Post 5. | Bottom Staircase At Exit Door | (0800) | _____ |
| Post 6. | 1st Floor Stairwell | (0800) | _____ |
| Post 7. | 1st Floor Rear Hallway | (0800) | _____ |
| Post 8. | 1st Floor Room #115 | (0800) | _____ |

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

10

GTN000583

**Red Square**

Post 1.      Bridge           (0800)

Post 2.      South side       (0800)

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

11

GTN000584

## Exterior Posts

Post 1.        At Center Steps        (0730)

Post 2.        Exterior Lauinger      (0730)

Post 3.        Copley Lawn            (0730)

Post 4.        Healy Circle           (0730)

Post 5.        Front Gate             (0730)

Post 6.        McGuire Exterior
               Parking Lot            (0730)

Post 7.        Special - Mortara      (0800)

               - Alumni House (0800)

               - JSA House            (0800)

## ICC Interior

Post 1.        Entrance               (0800)

Post 2.        Southeast Stairwell (0800)

Post 3.        Galleria               (0800)

Post 4.        Auditorium Steps       (0800)

Post 5.        Bottom Staircase
               At Exit Door           (0800)

Post 6.        1st Floor Stairwell    (0800)

Post 7.        1st Floor Rear Hallway (0800)

Post 8.        1st Floor Room #115    (0800)

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

10

GTN000585

**_Red Square_**

| Post 1. | *Bridge* | *(0800)* |
| Post 2. | *Southside* | *(0800)* |

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

11

GTN000586

## PRELIMINARY POSTING
## PALESTINE SOLIDARITY MOVEMENT CONFERENCE



FRIDAY FEBRUARY 17, 2006

GASTON - HALL

SECURING GASTON HALL                    2300-0700

ONE (1) OFFICER INSIDE


SATURDAY FEBRUARY 18, 2006

POSTING / Sweep in ICC / GASTON / HEALY          0600 -Metropolitan Police K-9- Sgt.
                                                 Jackson Lead for this detail

FIRST FLOOR HEALY HANDICAP ENTRANCE                ONE (1) OFFICER

MAG TEAMS   SET UP TIME 0645          3 (TEAMS-TWO PERSONS PER TEAM) FIRST
                                      FLOOR HALLWAY NEAR ELEV. TO GASTON
                                      HALL AND IRON GATE

Registration Table will be set up on the south end in Healy near Room # 103 and 104. Room #
103 and 105 will be designated for all large bags.

                                              One Officer posted inside
The Press Room is Room # 106
                                              ONE (1) OFFICER
STEPS LEADING INTO HEALY
                                              ONE (1) OFFICER
SECOND (2ⁿᵈ) FLOOR      NEAR PRESIDENTS OFFICE
                                              FOUR (4) OFFICERS
GASTON HALL         BALCONY- OUT/ INSIDE
                                              TWO OFFICERS
HEALY GATE

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000587

PAGE 2 OF 2

LAUINGER LIBRARY        OUTSIDE

COPLEY LAWN

HEALY CIRCLE

ONE OFFICER

TWO OFFICERS PER
BULL PIN
FOUR(4) OFFICERS

We will leave one officer (1) Officer in Healy- Dr. DeGioia is having a meeting in Riggs from 09000-1600

There will be two (2) bus loads of kids called Mission Tours (80 Kids) dropped off for a tour at 0900.

There will be approximately 300 hundred Kids regular Admission dropped off at the gate at 0900, 1000, 1115.

McGuire Parking Lot

ONE OFFICER on the exterior we will place a scout car there)

ALONG THE SIDEWALK ROUTE FROM HEALY TO ICC     FOUR(4) OFFICERS

ALONG THE WALKWAY ONE OFFICER WILL PROCEED TO WHITE GRAVENOR
ESPLANADE AT PRESS PIN.                          ONE (1) OFFICER

AT THE 37TH AND P. STREET ENTRANCE              ONE (1) OFFICER

ICC POSTING

AT THE ENTRANCE DOOR OF ICC                     ONE OFFICER

AT THE OVERLOOK AT ICC NEXT THE STAIRS          ONE OFFICER

AT THE BRIDGE NEAR TRASH CANS ICC               ONE OFFICER

IN THE GALLERIA OF ICC                          TWO OFFICERS

AT THE BOTTOM OF STAIRCASE # 1 AT EXIT DOOR     ONE OFFICER

                                                TWO OFFICES ONE

MAG TEAM WITH HAND HELD
SERGEANT

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

Page 3 of 3

AT STAIRWELL # 6

IN (H) 1ST FLOOR ICC

INSIDE THE DOOR AT ICC AUDITORIUM

ONE OFFICER

TWO OFFICERS ONE
NEXT TO ROOM # 115

ONE OFFICER TO COVER
REAR DOOR AND THE
STEPS COMING DOWN
FROM THE THIRD FLOOR

MOBILE

SCOUT CAR AT

SCOUT CAR AT

SCOUT CAR AT

ENTRANCE # 1

CANAL ROAD

37TH & PROSPECT

MAG TEAMS        (Will move one early to be at ICC 1st floor with wands)

1. BOWMAN- SCHAUMAN

2. GORDAN- SHEPARD

3. EDDY- COACHMAN

RELIEF MAG TEAM          BRITT- MINOR

POSTING

SUNDAY FEBRUARY 19, 2006

MAG TEAM SET UP

POSTING TIME    0800

0700    ICC 1ST FLOOR NEAR
MAIL BOXES

MAG TEAM WILL MOVE TO GASTON HALL
(ONLY HAND HELD UNITS)

1100-1200N

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000589

MAG TEAM BACK TO ICC                    1300-1600

CLOSING ACTION AT 1600

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000590