# EXHIBIT 21

# Department of Public Safety
## Briefing Update
## January 10, 2006

Operational Preparations for
PSM (Palestine Solidarity Movement)
Conference February 17-19, 2006

I.    Internal

      Resources

      1.    Personnel

            •    All leave restricted and days off canceled

            •    Maximum personnel available

            •    In-Service Training will address free speech and expression
                 policy, Departmental procedures on demonstrations,
                 coordination with MPD should an event get out of hand.

            •    Assistant Director, one Sergeant and two Officers have
                 been scheduled to attend the Quad State Emergency
                 Preparedness program (1/20/06).

                 1.)    Incident Response to Terrorist Bombing

                 2.)    Prevention and Response to Suicide Bombing

      2.    Equipment

            •    A new state of the art event magnetometer has been
                 ordered and we hope to have it on hand in time for the
                 event.

            •    Three new up to date portable handheld magnetometers
                 have been ordered also.

            •    All standard equipment (megaphones, tape, etc.) has been
                 stocked and tested.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER



GTN000428

II.    External

Liaisons

1.    Federal Bureau of Investigations (FBI)

- Contacted Special Agent Steve Diaezyszyn, WFO, JTTF (202) 278-4450.

- Will serve as point of contact and assign an additional agent.

- Will perform and provide threat assessment.

- Group not designated as "Terrorist Organization".

2.    Metropolitan Police Department (MPD)

- Contacted Captain Brey, MPD SOD.

- Point of contact with Captain Harrod.

- SOD officers are available for reimbursable services.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000429

# Department of Public Safety
## Briefing Update
## January 10, 2006

Operational Preparations for
PSM (Palestine Solidarity Movement)
Conference February 17-19, 2006

I.    Internal

    Resources

    1.    Personnel

- All leave restricted and days off canceled

- Maximum personnel available

- In-Service Training will address free speech and expression policy, Departmental procedures on demonstrations, coordination with MPD should an event get out of hand.

- Assistant Director, one Sergeant and two Officers have been scheduled to attend the Quad State Emergency Preparedness program (1/20/06).

    1.)    Incident Response to Terrorist Bombing

    2.)    Prevention and Response to Suicide Bombing

    2.    Equipment

- A new state of the art event magnetometer has been ordered and we hope to have it on hand in time for the event.

- Three new up to date portable handheld magnetometers have been ordered also.

- All standard equipment (megaphones, tape, etc.) has been stocked and tested.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

## Department of Public Safety
### Operational Deployment
### Palestine Solidarity Movement Conference
### Friday, February 17th - Sunday, February 19th 2006

**Friday, February 17th**
Registration: Sellinger Lounge
Personnel:   (1) Sergeant (4) Officers
Post:        1830 - 2300

Location:    Gaston Hall
Personnel:   (1) Officer
Post:        2300 - 0700

**Saturday, February 18th**
Building:    Healy Building/Gaston Hall
Personnel:   (1) Sergeant (6) Officers
Post:        0700 - 1200

Location:    ICC
Personnel:   (1) Sergeant (6) Officers
Post:        1130 - 1800

Location:    Leavey Center
Event:       Lunch
Personnel:   (2) Officers
Post:        1230 - 1430

Location:    Leavey Center
Event:       Dinner & Social
Personnel:   (1) Sergeant (6) Officers
Post:        1800 - 2400

**Outside Post**
Personnel:   (2) Sergeants (10) Officers
Post:        0700 - Until
Location:    1.  Healy Circle
             2.  Healy Lawn
             3.  Copley Lawn
             4.  Red Square & ICC Entrance

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000431

## Introduction and General Overview

Beginning Friday, February 17 through Sunday, February 19, 2006, Georgetown University will serve as the venue location for the fifth annual Palestine Solidarity Movement Conference. The University is not sponsoring the conference. The Conference is being sponsored by a Georgetown student group, Students for Justice in Palestine (SJP).

In light of the tremendous amount of interest and media attention, this will be a high priority security event. Past conferences have drawn a number of protests and demonstrations. The likelihood for such protests with the Nations Capitol as a setting increases this probability. Primary security coordination for this event will rest with the Department of Public Safety (DPS). We will rely on the Metropolitan Police Department (MPD) for support and assistance as needed.

With the planning and preparation that has been undertaken, the likelihood of any major disturbance appears minimal. However, DPS will be on high security alert for this event. Supervisors shall ensure that all posts are maintained and that officers are fully briefed as well as alert. Healy Circle and the two (2) main event locations (Healy Building and ICC) shall be contained and sealed to the extent necessary during conference activities.

With the high profile of this event, and the involvement of many different University Departments, as well as outside agencies, the necessity fo coordination is key. Therefore, all information, requests and direction with respect to this detail must be channeled to the Director, through the Communication Center.

## General Information

Command Center - The University on-site command center for the conference shall be located in the ICC, room 234. The Command Center shall be staffed by senior University administrators. The Command Center shall serve as the point of coordination and decision for events surrounding the conference. Assistant Director Portia Swinson shall act as the DPS liaison to the Command Center.

Media - This is an open press event where those members of the media who have registered are allowed access to certain identified conference activities. Media vehicles, however, shall not be allowed on campus. Any questions concerning issues shall be directed to the Assistant President, Erik Smulson, Office of Communications for resolution.

Security Sweeps - Arrangements have been made with MPD to provide support with necessary EOD sweeps. Healy Building, Gaston Hall and ICC will be swept. Exact times, have not been finalized. Once swept, all locations will be posted. In any event, Gaston Hall will be posted as of 2300 hours, Friday, February 17, 2006. Additionally, a short beat of the Healy Building will be established beginning 1700 hours, Friday, February 17, 2006. This beat will consist of exterior and interior patrols of all floors until the building is secured for the evening.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

2

GTN000435

# Conference Schedule

## Friday, February 17, 2006

1800 - 2300
Registration: Meet and Greet
Sellinger Lounge

## Saturday, February 18, 2006

0700 - Set Up
0800 - 0900
Registration
Healy 1st Floor/Classroom side

0900 - 0930 *
Press Conference
Healy Room 106

0930 - 1100 *
Panel Discussion
Gaston Hall

1145 - 1300
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

1300 - 1400
Lunch
Leavey Center / Food Court

1415 - 1530
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

1545 - 1645
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

* Open to Media

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

4

GTN000436

**<u>Saturday, February 18, 2006</u> - (Cont'd)**

1700 - 1800
Workshops
ICC - Rooms 103, 105, 107, 112, 115 *

1800 - 2000
Dinner
Leavey Center/Food Court

2000 - 2100 *
Keynote Address
Sellinger Lounge

2100 - 2400
Cultural Event
Hoya Court


**<u>Sunday, February 19, 2006</u>**
9:00 - Registration
1000 - 1045
Workshops
ICC - Rooms 103, 105, 107, 115, 119

1100 - 1200 *
Panel Discussion
Gaston Hall

1200 - 1300
Lunch
Leavey Center/Food Court

1300 - 1430
Workshops
ICC - Rooms 103, 105, 107, 115, 119

1430 - 1600
Open Forum
ICC Auditorium

1600 *
Closing Action
Red Square

* Open to Media

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER    5                    GTN000437

## Special Arrangements

**Metropolitan Police** - MPD will have a special detail assigned to the conference. Reporting time for this detail shall be 1000 - 1800 hours. The detail shall be under the supervision of Sergeant Jackson and will be staged in the Gervase upper conference room for deployment as needed.

**Federal Bureau of Investigation** - The FBI will monitor the events of the conference and their Command Post will be operational. The number is 202.278.2000. The lead agent is Special Agent Kretia Lillian 202.278.3405

**Admission Tours** - Admissions will take place out of Reiss 103 at 0900, 1000 and 1115 hours. Reiss exterior doors shall be unlocked by 0800 Saturday. Additionally, a separate admission tour group of approximately 80 students will arrive at the front gate transported by two buses. The arrival time is between 0900 and 1000 hours. The group shall be given assistance in accessing Dahlgren Quad via the Healy lawn center doors.

**Drop Off Room** - No backpacks or large package items are allowed. Therefore, Healy 103 has been designated as a drip off location for these items. Attendees shall be directed to that location to leave items. SJP representatives will handle and monitor these items

**Healy Staff Admissions** - There will be University officials (President's Office, Campus Ministry, University Counsel, etc.) who will receive access to their offices during the time when Healy 1st floor is secured. Members shall assist these individuals in obtaining access. All will have GoCards and lists are included in the operational plan.

**ICC Vendors' Tables** - SJP has rented a number of vendor tables. These tables will be set up in the ICC Galleria where attendees may view and purchase various items related to the conference. The ICC post shall give special attention to these tables.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

7

GTN000438

# Detail Arrangements

## Gaston Hall Overnight Security

Post 1.     Inside (2400 - 0700)     _____

## Perimeter Vehicle Access

Post 1.     Canal Road     (0800)     _____

Post 2.     Entrance #1     (0800)     _____

Post 3.     37th & Prospect (0800)     _____

Post 4.     McSherry & New North (0800)     ___Vehicle Only_____

## Healy First Floor

Post 1.     Center Entrance Door (0730)     _____

Post 2.     South Entrance McGuire (0730)     _____

Post 3.     Press Room  #106     (0730)     _____

Post 4.     President's Door- 2nd Fl   (0730)     _____

     Magnetometer Teams     (0700)     _____

     _____

## Gaston Hall

Post 1.     Exterior Entrance     (0730)     _____

Post 2.     Interior Front Left     (0730)     _____

Post 3.     Interior Front Right   (0730)     _____

Post 4.     Balcony     (0730)     _____

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

9

GTN000439

## Exterior Posts

| | | | |
|---|---|---|---|
| Post 1. | At Center Steps | (0730) | _____ |
| Post 2. | Exterior Lauinger | (0730) | _____ |
| Post 3. | Copley Lawn | (0730) | _____ |
| Post 4. | Healy Circle | (0730) | _____ |
| Post 5. | Front Gate | (0730) | _____ |
| Post 6. | McGuire Exterior Parking Lot | (0730) | _____ |
| Post 7. | Special - Mortara | (0800) | _____ |
| | - Alumni House | (0800) | _____ |
| | - JSA House | (0800) | _____ |

## ICC Interior

| | | | |
|---|---|---|---|
| Post 1. | Entrance | (0800) | _____ |
| Post 2. | Southeast Stairwell | (0800) | _____ |
| Post 3. | Galleria | (0800) | _____ |
| Post 4. | Auditorium Steps | (0800) | _____ |
| Post 5. | Bottom Staircase At Exit Door | (0800) | _____ |
| Post 6. | 1st Floor Stairwell | (0800) | _____ |
| Post 7. | 1st Floor Rear Hallway | (0800) | _____ |
| Post 8. | 1st Floor Room #115 | (0800) | _____ |

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

10

GTN000440

**<u>Red Square</u>**

Post 1.        Bridge            (0800)        _____

Post 2.        Southside        (0800)        _____

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

11

GTN000441