# EXHIBIT 22

## Memorandum

TO: Dr. Jack DeGioia
FROM: Erik Smulson
DATE: February 14, 2006
RE: Schedule of alternative programming to PSM Conference

---

Dr. DeGioia –

Below is a list of the programming sponsored by the Georgetown Israel Alliance for this coming semester.

Also, for your information:

On Thursday, February 16, The Georgetown College Republicans have invited Tawfik Hamid to speak on campus. Hamid is a former member of an Al Qaeda affiliated organization who has since become a peace activist.

On Friday, February 17th the Director of National Intelligence **John D. Negroponte** will receive the 25th annual Jit Trainor Award for Distinction in the Conduct of Diplomacy, and he will give a lecture on intelligence reform in Gaston Hall at 11 am.

## Schedule of Spring Semester Pro-Israel Student Programming
## Georgetown University – 2005-2006

### February Programming: GU Loves Israel

**The Israel Project – Mothers' For Peace** –confirmed.
*February 8 at 5:45pm in McShain Lounge, McCarthy Building.*
Nonie Darwish grew up in Gaza, the daughter of a "martyr" who organized and carried out operations to destroy Israel. She was encouraged to avenge his death by killing Jews. Miri Eisen recently completed service as an Israeli Defense Forces colonel where she was at the forefront of defending her people. Both women are mothers of three children, and both share a common hope: a peaceful future where children can live free of violence and some day imagine a better tomorrow.
Followed by a light reception and Q&A with the mothers.
(Co-sponsored by UNICEF and Peace Action)

**Georgetown Loves Israel Week – February 13-16:**
**Former Chief of staff of IDF chief Lt. Gen. (ret.) Moshe Ya'alon**- confirmed.
*February 13th at 7 pm in McShain Lounge, McCarthy Building*

**CONFIDENTIAL MATERIALS**
**SUBJECT TO PROTECTIVE ORDER**

GTN000614

Through all of his positions, most notably Former Chief of Staff of the Israeli Defense Forces, Moshe Ya'alon has dedicated his life to defending Israel and fighting terrorism. He has worked to keep Israel's borders secure from terrorist groups such as Hamas. This talk will focus on "military ethics" and the security issues that Israel faces and the fight against terrorism along Israel's borders.
(Co-sponsored by CPASS and SFS)

**Israel Love Day** -confirmed.
*Tuesday, February 14th (Valentine's Day). All day in the Intercultural Center Galleria.*
Cultural Israel fair in one of the most traversed academic buildings on campus. Passersby will receive Israeli roses, Israeli chocolate, and Ahava lotion with information about Israel and the upcoming events attached. There will also be postcards and posters of Israeli love poetry translated into English.

**Lunch with Foundation for the Defense of Democracy**- confirmed.
*Wednesday, February 15th at noon in McShain Lounge, McCarthy Building*
This will be an intimate gathering with Ram Sidi, a veteran member of Israel's counter-terrorism establishment. While serving as a team commander with a still-classified, under-cover unit of the Israel Defense Forces he participated in scores of operations to prevent attacks against Israel by Lebanon-based Hezbollah terrorists. Granted unique access to convicted Palestinian terrorists from Hamas, Islamic Jihad, and Fatah under the control of the Israel Corrections Service, Mr. Sidi lectures on the motivations and goals of these Palestinian terrorist groups.

**The Protocols of Zion, free screening** - confirmed
*Wednesday, February 15th at 7:00pm in the Hart Auditorium at Georgetown Law Center (Sponsored by the GU Jewish Law Student Association)*
Marc Levin, director of the 1998 Sundance Grand Jury Prize winner, Slam, now brings us an explosive look at resurgent anti-Semitism in the wake of 9/11. The film draws its inspiration from *The Protocols of the Elders of Zion*, a notorious forgery created over 100 years ago, purporting to be the Jews' master plan to rule the world. Levin's personal odyssey into a world of religious intolerance and ethnic bigotry waged, ironically, in the name of God, makes for an extraordinary documentary. (This projected was funded by: The Grinspoon Quick Turn-Around Grant of Hillel: The Foundation for Jewish Campus.)

**The Palestinian Elections and the Implication for Israel**- confirmed
*Feb. 23rd at 6:00pm in McShain Lounge, McCarthy Building*
Dr. Walid Phares and Barry Rubin will speak about the impact of the Hamas elections on the Arab world and the possible peace negotiations with Israel. (With help from the Foundation for the Defense of Democracy)

### March Programming: Eyes on Politics

**Rep. Mark Kirk (R-IL)** - confirmed.

**CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER**

GTN000615

*March, 1st at 7pm*
Georgetown Alum, now in his third term, Congressman Kirk is a member of the powerful House Appropriations Committee and serves on three of its subcommittees: Foreign Operations, Military Quality of Life and Veterans Affairs, and Science, State, Justice and Commerce. Congressional Quarterly named Congressman Kirk as one of the "28 Emerging Leaders in Congress."

**Panel Discussion with the Ambassadors of Israel, Jordan, Egypt** – pending.
This panel discussion would be moderated by President DeGioia and/or the dean of the school of Foreign Service and would aim at deepening the level of real dialogue about the future of the Middle East.

**Ilka Schroeder** - pending.
Schroeder was the youngest serving member of the European parliament and was a member of the green party. She is very committed to human rights, and fighting anti-Semitism and all forms of bigotry. She was kicked out of parliament and the party for being "pro-Israel."

**Congressional Panel with Georgetown Alumni** - pending.
This panel discussion will focus on the importance of the strength of the America/Israel relationship as well as breaking issues in the region. Invited representatives include: Rep. Chris Van Hollen (D-MD), Rep. John Lewis (D-GA), Rep. Steny Hoyer (D-MD) and Rep. Stephanie Herseth (D-SD).

**Dennis Ross**- confirmed.
*March 27th in McShain Lounge, McCarthy Building*
For more than twelve years, Ambassador Ross played a leading role in shaping U.S. involvement in the Middle East peace process and dealing directly with the parties in negotiations. A highly skilled diplomat, Ambassador Ross was U.S. point man on the peace process in both the George H. W. Bush and Bill Clinton administrations. He was instrumental in assisting Israelis and Palestinians to reach the 1995 Interim Agreement; he also successfully brokered the 1997 Hebron Accord, facilitated the 1994 Israel-Jordan peace treaty, and intensively worked to bring Israel and Syria together.

## April Programming: Culture and Multi-Culture

**Program about Minorities in Israel**
A program about minorities within Israel (perhaps about Druze, Bedouin, Ethiopians, or the Israeli Arab who won Miss Israel-Rana Raslan or the homosexual who won the national song contest, or politically, the Arab representation in the Knesset).

**Israel Cultural Week**
*Week of April 3rd*

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000616

A week of Israeli films, music and culture on campus. Programming will involve students from medical school, law school and business school, as well as students from a variety of other disciplines.

**Comedic program with Ethiopian Jew, Yossi Vassa**
Actor and comedian Yossi Vassa will perform "It Sounds Better in Amharic," his personal account of a 440-mile journey on foot from Ethiopia to a refugee camp in Sudan and then, finally, to Israel. The show captures poignant moments -- from the journey, dreams, traditions, and lives of Ethiopian immigrants -- and through a portrayal of Vassa and his family opens a window to the immigrants' encounter with the realities of Israeli society.

http://israelstartswithi.org/Georgetown.htm

**CONFIDENTIAL MATERIALS**
**SUBJECT TO PROTECTIVE ORDER**

GTN000617