# EXHIBIT 23

DEPOSITION
EXHIBIT
9
Manaei

| Home | Prospective Students | Current Students | Alumni and Alumnae | Family and Friends | Faculty and Staff |
| About Georgetown | Learning and Teaching | Research and Scholarship | Campus and Community | Services and Administration |

About Georgetown

## Speech and Expression at Georgetown University

*"A University is many things, but central to its being is discourse, discussion, debate: the untrammeled expression of ideas and information. This discourse is carried on communally: we all speak, and we all listen. Ideally, discourse is open and candid, and also -- ideally -- is characterized by courtesy, mutual reverence, and even charity."*

(Speech and Expression Policy, Preface)

Georgetown University's Speech and Expression Policy states that university communities by their nature must be able to engage questions in thoughtful, critical dialogue. A sign of a healthy university community is the existence of an intellectual vitality in which all ideas are expressed and considered. The University's speech and expression policy reflects its Catholic and Jesuit identity in its inherently inclusive nature.

The University's policy affords all of its students the right to free thought and expression. Further, as a Catholic institution of higher learning, committed to the freedom of speech, Georgetown also proactively ensures that the opportunity for reflection and discussion on Catholic thought and teachings is made available through academic courses and programs, residence life, religious services, retreats, and campus ministry efforts. No secular university makes such a commitment to ensuring that Catholic thought and teaching are not only available, but prominent.

If open dialogue is essential to university life, it is necessary that university policies encourage faculty and students to engage in unrestricted dialogue, allowing for the expression of dissenting and differing views and underscoring the University's commitment to foster the exchange of ideas on a wide range of issues.

Suspending or limiting discourse, therefore, is contrary to the University's nature. Except in exceptional circumstances, as noted below, dialogue must be allowed to continue. A fundamental tenet of academic life is that through the free exchange of ideas, worthy ideas thrive. The University's commitment to free speech carries with it the obligation to engage difficult ideas.

Policy Overview

Georgetown University is committed to standards promoting speech and expression to foster the maximum exchange of ideas and opinions among its students and faculty. The University's Speech and Expression Policy, which was developed by a broad-based committee and adopted in 1989, characterizes dialogue and debate as the very essence of the university.

*The Right to Freedom of Speech and Expression*

All members of the Georgetown University community, which comprises students, faculty, and administrators, enjoy the right to freedom of speech and expression. This includes the right to express points of view on the widest range of public and private concerns and to engage in the robust expression of ideas. Under the speech policy, members of the academic community, including student groups, may invite individuals to campus or host events on campus. The University encourages a balanced approach to events and the inclusion of contrary points of view. Student groups may submit information on proposed events to the Office of Student Affairs.

*Limitations*

The right of free speech and expression does not include unlawful activity, actions that endanger or imminently threaten others, or activities that disrupt or obstruct the functions of the University. An event that poses a threat to public safety, promotes hatred, is grossly obscene, or is grossly offensive, as determined by the Office of Student Affairs, would not be allowed to take place on campus. Speech or expression in protest or opposition may take place as long as the speaker's right to speech and the audience's right to hear a speaker are not violated. Reasonable time, place and manner restrictions may be placed on speech and expression on campus.

*Free Speech Zone*

The area adjacent to the ICC ("Red Square") shall be available, without prior arrangement, for individuals and groups during daylight hours for the purpose of exchanging ideas. Because of the proximity of this area to classrooms, sound amplification in conjunction with any presentation in Red Square is prohibited, as is disruption of classes in any other way.

*Speakers*

In the past, members of the academic community have invited speakers to campus whose beliefs or actions were viewed by some to be offensive, ill-advised, or contrary to the ideals of the University and the Church. Such speakers have included members of the U.S. government, international political leaders, American public figures, scholars and intellectuals, members of religious communities and celebrities. The University stands by the right of students and faculty to invite speakers to campus within the limits of its Speech and Expression Policy. However, the appearance of a controversial speaker on campus does not in any way imply University approval or endorsement of his or her views. The University, as an academic community, believes that the best response to potentially controversial speech or speakers is more speech, not censorship.

*Policy Administration and Enforcement*

The Vice President of Student Affairs has the responsibility for administering these guidelines. Only in extreme cases of violation of these guidelines can the Vice President of Student Affairs prohibit speech and expression before it occurs. In administering these guidelines, the Vice President of Student Affairs is advised by a Committee on Speech and Expression, composed of students, faculty and administrators. Violations of the policy and/or guidelines by students will be handled through the disciplinary system administered through the Office of Student Conduct. If an administrative action is taken in cases involving the restriction of one's speech and expression, an appeal as of right may be taken to a Hearing Board. That action may be modified or reversed by the Hearing Board for the same reasons as are allowed in the disciplinary system, as well as on grounds that the administrator acted in an unreasonable and arbitrary manner or contrary to this policy governing speech

and expression, and thus unnecessarily restricted speech and expression on campus.

Catholic Values that Support the University's Speech and Expression Policy

As a Catholic institution, Georgetown works to ensure that the teachings of the Catholic Church are articulated in academic courses and programs, lectures, residence life, religious services, retreats, and campus ministry efforts. Through dialogue and discussion on Catholic teachings and issues, Georgetown increases the visibility of Catholic teaching and promotes understanding of Catholic teaching within the University community. The University's belief is that through this process of dialogue, the teachings of the Catholic Church will flourish and the commitment of the University and its members to these teachings will be strengthened.

January 3, 2006