# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGETOWN UNIVERISTY, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-01625 (CKK) |

## DECLARATION OF TODD OLSON

I, Todd Olson, hereby declare as follows:

1.   I am the Vice President for Student Affairs at Georgetown University ("Georgetown").  I have held this position since 2003.

2.   On February 17–19, 2006, the Palestine Solidarity Movement Conference (the "Conference") was held on Georgetown's campus.

3.   One of the Conference events was a seminar entitled "The Status of the Divestment Movement" ("Divestment Seminar").  The Divestment Seminar took place in Gaston Hall, which is an auditorium located on the third floor of Healy Hall, on February 18, 2006.

4.   I was present in Gaston Hall for the Divestment Seminar.  I stood in the front of the auditorium on the stage during the question and answer period.

5.   I have reviewed three video recordings taken during the Divestment Seminar labeled "Al Aribiya Video", "Quest Video" and "SJP Video."  These videotapes truly and accurately portray events that occurred during the Divestment Seminar on February 18, 2006.

6. My purpose in requesting that Mr. Maniaci be escorted from Gaston Hall on February 18, 2006 was to administer Georgetown's Speech and Expression Policy. My purpose was not to enforce any criminal laws.

7. I remained in Gaston Hall during Mr. Maniaci's removal through the end of the Divestment Seminar.

8. As Vice President for Student Affairs at Georgetown, I am responsible for administering Georgetown's Speech and Expression Policy. I am not empowered to unilaterally modify or supersede Georgetown's existing Speech and Expression Policy.

9. Mr. Morrell, who was Georgetown's Vice President for University Safety from 2003 until 2007, had no authority to make policy for Georgetown with respect to speech and expression.

10. As Vice President for Student Affairs at Georgetown, I have no authority to make policy for Georgetown relating to the use of reasonable force by the Department of Public Safety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on this 14 day of January, 2008.

_____
Todd Olson