# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI ) | |
| ) | Civil Action No. 06-01625 (CKK) |
| Plaintiff, ) | |
| v. ) | |
| GEORGETOWN UNIVERISTY, et al. ) | |
| Defendants. ) | |

## **DECLARATION OF DARRYL K. HARRISON**

I, Darryl K. Harrison, hereby declare as follows:

1. I am the Director of Public Safety at Georgetown University ("Georgetown"). I have held this position since 2003 and I have been employed by Georgetown since 1999.

2. On February 17-19, 2006, the Palestine Solidarity Movement Conference (the "Conference") was held on Georgetown's campus.

3. I did not issue any instruction to Department of Public Safety ("DPS") Officers Roy Eddy or Larry Salley with respect to Mr. Maniaci's removal from Gaston Hall on February 18, 2006.

4. As Director of Public Safety, I have no authority to make policy for Georgetown with respect to speech and expression.

5. Officers within DPS at Georgetown have no authority to make policy for Georgetown with respect to speech and expression.

6. As Director of Public Safety, I am aware that Georgetown has a written policy requiring the use of only reasonable force by DPS officers in the performance of their duties. I did not establish this policy.

7. Officers within the Department of Public Safety at Georgetown are not empowered to make final policy for Georgetown with respect to the use of only reasonable force.

8. No employee at Georgetown, including the Vice President of University Safety, is empowered to modify or supersede Georgetown's existing policy requiring only the use of reasonable force to allow the use of excessive force.

9. I did not authorize the use of excessive force with respect to Mr. Maniaci.

10. As of February 18, 2006, Officers within the Department of Public Safety at Georgetown were not permitted to carry weapons of any kind, including batons.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on this 14th day of January, 2008.

_/s/ Darryl K. Harrison_
Darryl K. Harrison

2