# EXHIBIT 28

# The Divestment Conference at Georgetown
By Lee Kaplan
FrontPageMagazine.com | March 17, 2006





It's been two weeks since the International Solidarity Movement (ISM) held its Fifth Annual Divestment Conference at Georgetown University. A few articles have briefly discussed some of the seminars at the conference and what outwardly occurred there. But the major thing missing in all these reports -- that this article will reveal -- was the importance of what occurred behind the scenes just before, after and during the Georgetown divestment conference that really shows the current state of the ISM as a movement on US campuses.

But before doing that, a little history is in order:

Three years ago, I went undercover to my first ISM conference at Ohio State on behalf of Front Page Magazine. I had to pass myself off as a leftist journalist working for Indymedia, the leftist "alternative news website" that the ISM frequently uses. It was my conviction then that the only way to determine what goes on inside these conferences is to attend their strategy sessions and other meetings as though I were one of the activists. At Ohio State, I had a chance to interview Adam Shapiro, a founder of the ISM, and to listen to, and observe the other major players of the ISM in action. It was Shapiro himself who told me the Palestine Solidarity Movement (PSM) is merely the name used by the International Solidarity Movement (ISM) in the United States. I was working entirely alone then in the United States with some help from David Bedein, my colleague in Jerusalem, who tracked the ISM from there.

The result of that first infiltration revealed enough information for me to go undercover yet again to one of their training sessions in Northern California. I had to do a complete makeover of my appearance because I was known by that point, disguising myself as a Pakistani by dyeing my hair, coloring my skin and changing my appearance. The outcome of that foray led to ten of the ISM "volunteers" being deported from Israel, one whose case went through the Israeli Supreme Court before she was finally kicked out.

Now armed with information, David Bedein and I subsequently got over 200 ISM "volunteers" deported or turned back from Israel. Even the Israeli government that for a while regarded the ISM as

some type of fringe "leftist" group of starry-eyed "peace activists" began to see what it really is: an arm of the PLO allied and supported by U.S. anarchists and communists bent on Israel's destruction and, in the long term, that of the United States also. Nevertheless, here in the United States, I was still working alone, aided, of course, by David Bedein over 10,000 miles away.

A year later the ISM conference was back at Duke University. This time I vowed to get more information and determine ways to fight this subversive group by trying to get more Jewish supporters of Israel not only to protest outside in the cold as in the past, but to go inside as I had done at the previous Ohio conference. I had already revealed that the ISM was already doing its own undercover activities in the US among Jewish organizations by drafting American anarchists of Jewish descent and even some expatriate Israelis to pose as "peace activists" and infiltrate Jewish organizations in America, the goal being to drive a wedge between the constant support given by American Jews for Israel. I revealed how the Birthright program, funded by Jewish philanthropists to send young Jews to Israel for an appreciation of the country, was being craftily used by the ISM to get American anarchists over to the Holy Land for free to work on behalf of the PLO.

My methods of going undercover and taking notes and photographs with hidden equipment were unorthodox. But I was inspired and personally driven by the murder of two small Israeli children, Danielle Shefi 5, and Gal Eisenman, also 5, murdered by the PLO terrorists, the kind of PLO terrorists the ISM works to shield and aid over in the West Bank.

Believe it or not, when I tried to get mainstream Jewish organizations to cooperate with me by doing the same actions, not only were some reluctant to cooperate, but they even sent out emails urging others not to cooperate with me. In addition, everything was regarded as an academic discussion on US campuses, even murdering Israeli children.

The usual response from most mainstream organizations (and still is in the case of some pro-Israel groups like Hillel) was to ignore the goings on at ISM divestment conferences in favor of "educational forums" that mostly only Jews attend. Part of this problem was the misperception by mainstream Jewish organizations that the ISM divestment conferences are merely exercises in "freedom of speech" like they claim to be, when they are actually "training and strategy sessions" to gather people whose purpose is to destroy Israel and, by extension, to attack the Jewish community in America and marginalize it to achieve the goals of the PLO. The anarchist wing of the movement also relies on supporting the Ba'ath Party, the PLO's number one ally, in trying to diminish support for the War in Iraq here at home.

The ISM grew in strength by the time of the Duke Conference. At Duke University, one of the top campus administrators was actually working with them, not as an impartial host to the group, but as an active and avid supporter of their efforts. Evidence of this administrator's bias was the manner he allowed the ISM to control the content on the University's website denying the ISM's past anti-Semitism and support for terrorism and terrorist groups at previous conferences. The administration even tried to claim there was no link between the ISM and PSM and that they were separate entities, because the ISM over in Israel had already been linked to at least one bombing and other instances of assisting terrorist groups. This was the image they presented to the public; it was just another "free speech" conference, while, all the time, the ISM sought to gather more recruits and train people for direct actions against Israeli soldiers fighting terrorism abroad.

Another link that began to emerge was how Saudi funding to US campuses also could smooth the way for the ISM by getting campus administrators to look the other way at a group that advocated anti-Semitism and subversion even against the United States despite all evidence. Duke was the recipient of huge amounts of Saudi donations in the past, Saudi donations that the Duke administrator who covered for the ISM incredibly said he knew absolutely nothing about.

**GTN002519**

The ISM grew cocky at Duke. ISM leader and activist at Duke, Rann Bar-On, claimed the group he headed calling itself the PSM was not the ISM.  Mazen Qumsiyeh, a speaker at the conference, felt confident enough to call Jews living in Israel "a disease" and advocating their deportation. Abe Greenhouse, an anarchist of Jewish descent, taught a seminar outlining every Jewish organization in America to infiltrate or boycott, while Ora Wise, another anarchist of Jewish descent, taught how to get into inner city classrooms with black and Latino children to teach them how to hate Israel's Jews.

None of this information would have been available if some Jewish activists had not decided to follow my lead and actually go inside the divestment conference. Nevertheless, the ISM was riding high, the Duke administration praised the event and the college even today is serving as a recruiting base from where ISM volunteers are recruited to assist terrorist groups.

But Duke is an anomaly, because the exposure of what really went on inside these conferences was having an effect elsewhere because ISM recruitments began to dwindle. It was determined at the Duke Conference in 2004 to hold the next 2005 yearly conference at the University of Wisconsin at Madison, the home base for Fayyad Sbaihat, the former chief spokesman for the PSM/ISM in the USA and some of his lieutenants like Mohammed Abed and Nabil Abufhara of the Alternative Palestinian Agenda. That conference never happened. The reason most likely was the Chancellor of U Wisconsin at Madison, John Duncan Wiley, who was appointed to a special FBI commission of college presidents to take a hard look at how U.S. campuses were being used by our enemies in the War on Terror. In all likelihood, Wiley did not feel comfortable hosting an event for an organization that behind closed doors advocates for terrorist groups and refuses to condemn terrorism in its popular slogans.

Despite the ISM's cozy relationship with the Duke administration at the 2004 conference, that campus had endured enough flack from the alumni and media not to want too much repeat exposure with the ISM and now other colleges like Wisconsin were leery.  Another college location was needed and fast, especially since 2005 had no yearly divestment conference at all.

Georgetown was perfect for the ISM's national training conference. Its prominent Middle East studies professor, John Esposito, was funded by a wealthy Palestinian benefactor and had sway on campus. But more than that, Georgetown just received a $20 million dollar grant from Alwaleed Bin Talal, the Saudi philanthropist to whom Rudy Giuliani handed back a $10 million check after 9/11. Bin Talal also funds Hamas.

The omnipresent Saudis were in the background at Georgetown just as they were at Duke University. Georgetown President John DeGioia emulated his administrative peers at Duke by disingenuously describing Bin Talal as "just a philanthropist" to a Georgetown student who asked him why the campus would accept money from a Hamas financier.

Georgetown's own policy regarding free speech and expression was thrown out the window by the Washington-based college's administration to facilitate a fifth annual conference for the ISM, a policy that would have precluded such an event based on its ethnic attacks on Jews in America and abroad, as well as advocacy for a boycott of Israel that is illegal by US law.

Just before the Georgetown conference, the Palestine solidarity website boasted that one training seminar would now include as guest speaker a Dean from a mid-west college who would teach how to get college administrators to become a part of the ISM. Clearly this had been done at Duke, and the Georgetown administration would also prove to be more than an impartial host when the conference began in 2006, as I will be shown. The seminar apparently never took place and the announcement was removed from the conference's website when I began writing about it before the actual conference itself.

**GTN002520**

But Georgetown ultimately embarrassed itself by its conduct at the Fifth Annual Divestment Conference last February, because the administration's collusion with the PSM/ISM would manifest itself in many ways—this time including violence. And the ISM showed, despite its putting up a good façade, that it is losing ground in America, although I must admit they are only down but not out. Hopefully the revelations in this article will help to take them off of US campuses for good.

The Georgetown conference had several new things going against it this year as it strived to bounce back after the Wisconsin cancellation. For starters, some Jewish organizations in America finally began to wake up and proactively meet this subversive movement head on. Hillel did very little as usual. One of its student leaders praised the PSM conference and welcomed the PSM conference to Georgetown as an example of "freedom of speech" parroting the campus administration. In fact, Hillel does not understand that these conferences are not academic exercises that discuss mere ideas, but are, in fact, training events to subvert a democratic ally of the US and destroy it as a prelude eventually to going after the US government itself.

Israel is the canary in the mine for the American Anarchist Movement as was so aptly explained by Abe Greenhouse, an ISM leader at the Duke University conference. Hillel operates as an adjunct part of campuses across America and operates like a business, so it does not want to tick off college administrators who can remove on-campus privileges. It is doubtful it will ever take a proactive approach to the ISM on US college campuses.

But other Jewish groups for the first time began to see what the Georgetown conference really was: an attack on Jews worldwide and the means by which to train others to assist in that attack. One such group was the Jewish Defense League. I thought the JDL no longer existed after the deaths of Meir Kahane, Irv Rubin and Earl Kruegel. Apparently the group resurrected itself again, this time as a pro-active Jewish support organization. The JDL stepped up to the plate at Georgetown apparently advising the administration that its membership intended to be present at an event designed to harm Jews.

The JDL was not alone, however. In New York, some Russian Jewish groups, ex-Soviet Jews who had known persecution in their former homeland as Jews also organized with the help of the JDL. At least three busloads of Jews came from as far away as New York to protest openly the event. Georgetown reacted to this by barring the entrance to the "open dialogue" event to many Jews who attempted to go in and register. Some America Jews were literally barred from attending an event that Georgetown touted as preserving American values of free speech and open dialogue.

Still more young Jews showed up from George Washington University to loudly protest an event that they understood the true purpose of: the boycotting and divestment of Jews elsewhere in the world to starve them out or kill them.

Members of my Stop the ISM group also attended undercover. And even one Jewish activist group from the west coast that at one time discouraged Jews to go in and spy on the proceedings was now present as well inside gathering information.

And Christians who support Israel also showed up which was one of the most important things, since the Georgetown conference would take a new tack for the ISM: recruiting churches in America to boycott Israel. The Walid Shoebat Foundation brought Tariq Hamid, a former Al Qaeda #2 man under Ayman al-Zawahiri to the GU campus to speak out against Muslim persecution of Jews and women and the misuse of the Koran. When Hamid spoke of the right for Jews to live in peace in the Middle East as something that should no longer be opposed by Muslims, the campus Students for Justice in Palestine, the divestment conference sponsors, walked out on him. But other Georgetown students who attended that evening and had been earlier subjected to relentless campaigns against America and Israel on

**GTN002521**

campus perked up their ears and listened attentively, giving Hamid a standing ovation.

The presence of these people, Jewish and Christian supporters of Israel, served to reveal the true nature behind an event that was trying to pass itself off as just another academic conference. And one thing that also happened was Georgetown was forced to show its hand as administrative staff became enforcers for the ISM far more abusive and physically violent than any of the ISM attendees or organizers themselves. The collusion between the campus administration and the ISM organizers was more than apparent.

I had appeared on the Fox cable news show the O'Reilly Factor just a week prior to the Georgetown divestment conference opposite Dr. Daniel Porterfield, the Vice President for Public Affairs at GU, to clarify for most Americans what the ISM really is. The interview was short and sweet, with about three minutes given to each side. Porterfield made it a point to claim that Georgetown had contacted homeland security, the FBI and other US security agencies that allegedly had told him that the Palestine Solidarity Movement was in no way connected to terrorist groups. The truth is, US intelligence agencies would never tell someone who is or who is not involved with terrorist groups; the best these agencies might do is say they cannot find them on a terrorist watchlist.

After the broadcast, Fadi Kiblawi, one of the key organizers of the Georgetown conference, put on his own website a claim that he had spoken to O'Reilly's producers and convinced them I was a liar, causing them to edit down my appearance on the show to the three minutes I received. Since I knew the interview was not edited as Kiblawi claimed, I asked the producer if he had even spoken to Kiblawi prior to airing and he explained he had not. The importance of this is it shows the level of lying and deception that marks the ISM leadership and its acolytes, a group that uses the motto "by any means necessary" to attack Israel and Jews. In three minutes on national television, I exposed a subversive organization that had been operating since 2001 posing as something it definitely was not: a peace organization seeking an end to the Israeli-Palestinian conflict.

When I arrived at Georgetown for the conference a week later, my first experience was going through a metal detector doorframe like at the airport, a security guard then wanding my body. I asked if they were looking for weapons, but the guard replied, "no, only cameras and recorders." This has been standard operating procedure for the PSM/ISM for the last five years; metal detectors are used to prevent anyone from recording or photographing anything inside except what the ISM wants the media to photograph or record. The Georgetown administration was perfectly comfortable with this process even as they claimed the event was open and above board with access to the public and open discussion being the order of the day.

Once inside, I attended the opening press conference given by Nadeem Muaddi, the new national spokesman for the PSM/ISM who was replacing Fayyad Sbaihat of U Wisconsin Madison in that role. Muaddi is a student at Temple University in Philadelphia. Prior to the conference, Stop the ISM had received emails from someone named Chaim Sugarman who claimed to be Jewish and an avid supporter of the Divestment Conference and urged not to say negative things about it. Stop the ISM's IT guy did some tracing on the IP address of Chaim Sugarman, which led us to Nadeem Muaddi's home address where he lives with his parents.

As the conference began, Muaddi praised the Georgetown venue in Washington DC as a "place where society could build on previous conferences having been successful that had advocated divestment since 2001." He continued, "The PSM Conference is a force to be reckoned with as a part of American social affairs" and tried to equate the differences between Israelis and Palestinians as the same as in apartheid South Africa. He declared that checkpoints and the Security Fence set up to protect Israeli citizens from suicide bombings and terrorist attacks were apartheid actions that "separated Palestinian from Palestinian" rather than Israeli citizens, including Palestinian Israeli-Arabs, from terrorists and terrorism.

**GTN002522**

He boasted that faculty bodies of the University of Wisconsin and Washington University had voted in favor of divestment while conveniently ignoring that such votes were non-binding and that neither university had, in fact, done any real divestment from Israel of any kind.

Muaddi then went on to announce enthusiastically that "Just 12 days ago, the Anglican Church in Great Britain voted to divest from Israel" and that this was "building a momentum to join the Palestinian people" until divestment against Israel would eventually become a US national movement. His co-chair, Diane Hamid from the Georgetown chapter of the Students for Justice in Palestine, then chimed in about how the "goal of the conference calls into the political and cultural life of the values we are committed to as Catholic leaders" by calling for divestment from Israel and then claimed that the "apartheid wall" was "suffocating Bethlehem" and was the reason the Christian population in that region was leaving.

That the leadership of the Christian population in the West Bank has repeatedly stated to the Pope that Muslim persecution is driving their population out was not mentioned. Even the new Hamas government's talking about reinstituting an Islamic poll tax on Christians played no part in her lament of Christian flight; it was all the fault of the Jews. She urged "Catholic recognition of human rights as fundamental, a moral imperative that Israel not continue such racist practices" and even accused Israel of wanting "the land but not the natives."

Was it possible she did not know that 70% of the Palestinian Authority's budget is paid for by Israel that also provides all the water and electrical grid to the Palestinian people, a population that has *increased* during the "peace process," or that Israeli-Arabs consistently prefer to remain citizens of Israel rather than a new state of Palestine?

It is important to note here that her statement of Catholic obligations to support divestment from Israel almost had an official ring of endorsement by Georgetown itself at the press conference. Whereas Georgetown, founded by Jesuits, had always tried to claim it was merely hosting an event on campus the same as for any other campus club, the press packets, brochures and even press and entry badges all contained Georgetown's official logo and name on them. Past conferences did not have the official campus names on documents. In other words, this was a Georgetown endorsed event according to all documents passed out. I was to learn just how seriously Georgetown took this official stance inside the conference as the day wore on despite an earlier claim by GU's President John DeGioia that Georgetown was not in favor of divestment from Israel "today."

When the floor opened to reporters, I asked a three part question: First, were the organizers aware that Fayyad Sbaihat's brothers Laith and Mohammed were known terrorists in the Popular Front for the Liberation for Palestine? Second, why had Nadeem Muaddi posed on the Web as a Jewish man named Chaim Sugarman to praise the conference among Jewish groups? Finally, were the organizers aware that the Palestine Authority has on its books a law making it a death sentence to sell land to a Jew and that the Hamas charter specifies that all Jews must be expelled from all of Israel?

Muaddi began to dissemble. Perhaps he did not realize who I was because he said, "The only one who has said Fayyad Sbaihat's brothers are terrorists in the PFLP is Lee Kaplan," to which I replied, "The information has been confirmed by Avi Dichter, the former head of Israel's security services." But before I could complete the sentence, I was loudly interrupted by the campus public relations spokesman, Eric Smulson, who shouted me down with a verbal warning that I would be physically ejected for following up on my questions.

Next Muaddi denied having posed as Chaim Sugarman on the Internet, but when I offered to show him his own IP address logins, Smulson interrupted me by shouting me down and threatening to have me removed again. When Muaddi addressed the issue of a death sentence to sell land to a Jew, he simply

**GTN002523**

diverted the question by saying we were there only to discuss mistreatment of Palestinians by Israelis and went into a pitch saying "Every year it [the divestment movement] has grown. The Green Party supported it, the National Lawyers Guild supported it, it has grown into an international movement and now much of the US is behind it. Over 100 universities around the US from MIT to Harvard have divestment programs on their campuses."

When nobody else raised a hand, I raised mine again to ask a question: "Are you aware that the divestment campaign has not succeeded? That out of all the campuses in the US over a five-year period only U Wisconsin and Wayne State managed to support divestment through non-binding resolutions and that only a miniscule number of stocks has ever been divested, if any at all, and that the whole divestment campaign has in fact been a bust?" I continued, "30% of the children and the elderly go to bed hungry at night in Israel due to divestment and the illegal Arab League boycott."

Muaddi replied, "Our divestment programs are not illegal." But when I replied that aiding the Arab boycott of Israel is illegal, Eric Smulson threatened me yet again by saying "I am giving you a warning, sir, for speaking up." Smulson was clearly a man on a mission not to allow any follow up questions that might disprove allegations from the Conference spokespeople, no matter how big the lie might be at this "open dialogue forum."

Muaddi continued by answering a question from a Jerusalem Post reporter about the PSM connections to left wing peace groups in Israel. Muaddi claimed the PSM was not part of any governmental organization and that its support for divestment was "sweeping the world" despite its own website stating clearly it is "Palestinian-led" and subject to the will of the PLO even on issues of terrorism against Israeli civilians. He repeated the canard that the ISM is a separate movement from the PSM.

I raised my hand and replied, "The International Solidarity Movement is not a separate movement. I have a recording of its founder, Adam Shapiro, at the Ohio State conference, stating the PSM and ISM are the same organization. All are funded through Middle East Children's Alliance in Berkeley. The Palsolidarity website says to make donations out to ISM USA and attending groups at this conference are named ISM-New York, ISM Washington and Norcal ISM." I concluded. "The ISM has been linked to terrorism and that is why you do want the affiliation recognized."

Smulson shouted at me a "last warning" to have me physically ejected and with that the conference was abruptly ended.

I next moved to the main meeting at Gaston Hall where four of the conference's leaders were on a stage being "monitored" by Todd Olson, Georgetown's executive responsible for student affairs. I had just settled into a seat in the first row when I was approached by Mrs. Adam Shapiro, a co-founder of the ISM herself, Huwaida Arraf.

Huwaida greeted me: "Mr. Kaplan, I understand you think I'm a terrorist." I replied, "No, Huwaida, I never said you were a terrorist in my articles, just a terrorist supporter and enabler."

Huwaida knew that I had a tape recording of her saying at the previous Duke Conference that the ISM works willingly in cooperation with terrorist groups like Islamic Jihad, Hamas and the PFLP. She confirmed this when she wrote a letter to the Washington Post just days earlier that was subsequently printed in which she admitted again working with such groups, but claiming that because she considers herself nonviolent that it is ok to do so.

She can say anything she wants about being nonviolent, but she and her followers in the ISM have confirmed they function as human shields for Palestinians who engage in terrorism. The Patriot Act is

**GTN002524**

clear about not lending logistical or any other type of aid to any terrorist group. That's enough to get her indicted if only Homeland Security would do its job. She repeated in front of me again that she works with these terrorist groups "nonviolently," then complained that as a "Palestinian" with Israeli citizenship through her father she could not "go back to the village she came from."

"But, Huwaida," I replied. "You were born in the United States. Besides, Arab-Israelis have equal civil rights by law in Israel and you know it." Stunned at my reply showing I knew her real history, she said, "As an Arab I am discriminated against whenever I go to Israel." I replied, "Huwaida you go in and out of Israel constantly urging the end of Israel, so your claims of discrimination are just not true." Suddenly, she had to dash away.

The first guest speaker to then take the floor was Noura Erekat. Noura it seems is a professional law student at UC Berkeley and the niece of Arafat's former second-in-command, Saeb Erekat. Saeb Erekat has not been in the news much lately because of his penchant for lying to the media about Israel. He was the one who claimed that the village of Jenin was completely wiped out by the Israeli army with over 500 Palestinian civilians killed when only a small area was destroyed. The death toll, even according to the PA, was only 56 killed of which 48 were armed combatants. Saeb never misses a chance to lie to the media about Israel, such as claiming just before the Disengagement that Gaza is the most densely populated area in the world when its density is no worse than the city of San Francisco.

Just days before the conference, Stop the ISM intercepted an email from Noura in which she put out a call for legal groups to mount an international legal campaign against Israel's "illegal occupation of Palestinian land." In that document, she made it a point to footnote the fact that by Palestinian land she meant *all of Israel*, even within the UN mandated 1948 borders, hardly an attempt to use the courts to adjudicate a settlement but rather to make war to annihilate the Jewish state.

Apparently, Noura learned the art of telling lies and speaking in ellipses well from her famous uncle. She railed for nearly an hour against Israel, at first lamenting that the divestment program against Israel had largely been a failure on US campuses, but that the movement to dismantle South Africa had also seemed almost lost but then was resurrected and ultimately successful. The fact that Israel is not an apartheid state being the real reason the divestment scheme is failing did not deter Noura. The professional law student at UC Berkeley began mentioning her plans of litigating Israel to death in the International Courts in the Hague in alliance with such Stalinist legal groups as the National Lawyers Guild.

Noura cited UN Resolution 3068 that dealt with South African apartheid, not Israel. Calling Israel's actions a "crime against humanity," she stated the resolution precluded "domination of one racial group over another" and cited a list of violations she accused Israel of making, including "dividing the population by racial lines."

She missed pointing out that the Palestinian Authority institutes Sharia Law that does divide the population by religious lines and metes out a death sentence if land is sold to a Jew. Israel has a secular democratic government open to all ethnicities.

She next regaled the Separation Fence as being "426 miles long and as high as 262 feet separating Palestinian from Palestinian." What she did not mention was that Israeli-Arabs who she calls Palestinians overwhelmingly prefer to remain Israeli citizens and that the Fence is not separating Palestinians from their brethren as much as separating all Israelis from terrorists the Palestinian Authority refuses to do anything to stop. Only 5% of the fence is high in an area used by Arab snipers, the rest being mainly barbed wire.

GTN002525

She then claimed that Israeli-Arabs do not receive veterans' benefits by deliberately lying that "99% of Israeli-Arabs do not serve in the IDF, a proxy for Jews only that sends out the message 'Arabs need not apply.'" All Bedouin, and Druze Israeli-Arab citizens are drafted into the IDF the same as Jews and serve in integrated units. Arab-Israelis who are Muslims or Christians can and do serve in the IDF on a volunteer basis and receive benefits the same as anyone on completion of service. Noura's diatribe went on for nearly an hour with similar omissions damning Israel being the norm. Israel's colleges even have affirmative action programs for Arab citizens much as the US has for its minorities, facts Noura avoided completely.

But she did confirm that divestment on college campuses is waning. She mentioned that out 4,600 colleges in the US, except for four campuses, one that was actually in Scotland, "the divestment campaign is virtually non-existent." She blamed this on "student turnover and a gap in institutional memory" that required remedial action for the "next generations" and lamented indignantly that Congress just voted 418 to 1 cut aid to all Palestinian NGO's. She did not acknowledge the Hamas election win as the reason, nor the PA's refusal of Israel's right to exist and renunciation of terror, or praise and rewards for terrorists and terrorism as the real reasons.

The floor opened to questions from the audience at a microphone post, but most of the first few questions asked were from activists in PSM including Fayyad Sbaihat who asked questions eliciting praise for the conference. In other words, these were shills to make the question and answer period appear as something it was not: open dialogue. One elderly gentleman did manage to get a question in asking what the conference's official position was about suicide bombings and then sat down. I was fourth in line for the microphone when the panelists declared they would take only three more questions, all in advance and no more. I went to the back of the room and protested in a hushed voice to one of the PSM organizers when suddenly a middle aged woman from the Georgetown administrative staff ran up to me and threatened to have me thrown off campus.

Annoyed, I found Eric Smulson and asked to speak with him outside where I asked him why the Conference was being conducted like a rally in the Soviet Union or Nazi Germany where questions that did not elicit only responses favorable to the PSM were not being allowed. Suddenly, the elderly gentleman who had asked the question about the Conference's position on suicide bombings came flying head first through the double wooden doors to the auditorium. He literally opened the heavy wooden doors with his head and landed almost at my feet as three Georgetown police officers came out the doors behind him and started beating him on the ground.

I was later to learn the gentleman was Bill Maniaci, 64, and a retired Nevada police officer. Maniaci, who is Jewish, had flown to Washington to protest what he felt was the constant misuse of US colleges by anti-American groups. According to witnesses inside, Maniaci had asked twice from the audience why the panel had still not answered his question about the Conference's official position on suicide bombings when Student Affairs Administrator Todd Olson called out "Remove him!" Maniaci, who already needed a cane to walk was dragged from his seat, thrown on the floor, then literally thrown head first through wooden doors to where I and Eric Smulson were outside.

**GTN002526**



**Left, Bill Maniaci (center) was grabbed by campus police under orders to "Remove him!" by student affairs administrator Todd Olson after Maniaci demanded his question about the PSM Conference's position on suicide bombings be answered. Right, Maniaci displays one injury sustained while he was beaten outside, saying he was kicked in the ribs by Georgetown police. A medical report showed other injuries his lawyer preferred not to release. (Photos courtesy photojournalist Carrie Divorah)**

A still photographer had appeared to photograph the beating by campus police, but Smulson, the Georgetown public relations flack, waved his hands in front of her camera preventing her from taking any pictures and telling her she was not in a designated area for the press. I've never seen anything like it. Smulson later gave an interview to the Jewish Telegraphic Agency where he blatantly lied and said the expulsion of Maniaci was "completely nonviolent," but a film crew from PBS photographed the attack and pictures and medical treatment records at Walter Reed Army hospital for Maniaci later confirmed he had been severely beaten. Maniaci has filed a mutli-million dollar lawsuit against Georgetown.

*To continue reading this article, click here.*

**GTN002527**

# The Divestment Conference at Georgetown (Continued)
### By Lee Kaplan
**FrontPageMagazine.com | March 17, 2006**

The main panel over, I moved to the planning and strategy sessions in an adjacent hall.

As soon as I entered I was confronted by another Georgetown administrator named Jim Welsh. He told me someone had said I was taking pictures of the proceedings in Gaston Hall and he wanted to take my camera away if I had done so. I denied having a camera. When I asked him what his position was at Georgetown he told me he was Director of Student Health Services. Finding it odd that an administrator in health services should be playing security guard I asked Welsh, "Do you hate Jews?" Welsh replied, "Aw, c'mon!" I rephrased my question: "Do you think Israel has a right to exist?" Welsh refused to answer.

I toured the vendor area and viewed the usual anti-Israel paraphernalia sold at these events: tomes about Israeli genocide against Palestinian Arabs and other assorted made up atrocities. But to my surprise there were two tables passing out pro-Israel literature. It turned out the JDL had paid for the tables in advance and the organizers had no legal way to remove them. I was told that Georgetown students not affiliated with the Conference had accepted all the materials on the pro-Israel table so there was nothing left at the end of the day.

Allison Weir, of *If Americans Knew* had changed her Nazi Holocaust denial materials accusing Jews of cooperating with the Nazis to create Israel to less anti-Semitic material. I exposed that she was a contributor to Nazi and KKK leader David Duke's website before the Conference.

One thing I noticed was that the major players in the ISM, the leadership, was now manning the tables themselves instead of having acolytes do so. Uda Walker of *Middle East Children's Alliance* shared a table with Noura Erekat. Charlotte Kates of New Jersey Solidarity also personally manned a table with pins and memorabilia of a bloody hand holding an AK-47 in keeping with the ISM's "nonviolent" themes. Charlotte once said Israeli children were "fair game" for terrorists. I even ran into Abe Greenhouse who manned a table and he explained to me that he still had no remorse for hitting Natan Sharansky in the face with a pie even though his criminal case had been adjudicated just weeks earlier. The fact the ISM leadership was working the tables suggested the ISM was going through its own corporate-style downsizing; numbers were clearly down for this event.

Nadeem Muaddi at the opening press conference claimed there were 700 attendees at this Georgetown conference. But the conference website after the event claimed there were only 376 registered. A head count at Gaston Hall, excluding the press, gave me close to 225. In any event, perhaps Noura Erekat was right: the ISM was losing ground at least in attendance. Even their past star player who called Jews "a disease," Mazen Qumsiyeh, wasn't on the playbill this time. Word had it he was deemed "too moderate" by Al-Awda (the Return), one of the PSM/ISM Conference's sponsors that advocates wiping Israel off the map.

I anxiously moved to my first seminar and, for me, the most important one: Supporting Palestinian Non-Violent Resistance to Occupation: Volunteering with the International Solidarity Movement, given by Huwaida Arraf and co-hosted by Joseph Carr and Lisa Nessan. Joseph Carr's real name is Joseph Smith and he has committed numerous passport felonies going in and out of Israel. Joseph ran to a campus police officer and complained I was "threatening him" when I informed him I was going to see him in jail for violating felony passport laws. The Georgetown cops shrugged it off.

This was patently a recruiting event to get people to volunteer to go as human shields for at least ten

GTN002528

days to the West Bank and interfere with the Israeli army. Huwaida drew a map on the chalkboard of locations in the West Bank where the ISM is most active, including the village of Bi'lin where every Friday the ISM joins militant imams who are paid by the Palestinian Authority in the mosques to whip the local population into a fever and stage a riot at the Security Fence.

Huwaida then screened a film of some Arabs and ISM activists interfering with an IDF patrol. Clearly, the soldiers, trying to not be violent, were overwhelmed by screaming protestors who were running all over the place. Stun grenades were then used to disperse the crowd when suddenly the soldiers are shown concealing themselves and shooting. The intent was to make it seem that innocent Arabs were being roughed up for no reason at all by Israeli soldiers who then fired on them.

The reality was that the ISM activists and their Arab friends were running interference for snipers in the hills above who shoot at the soldiers who become exposed trying to disperse the crowd of Arabs and ISM activists. When I tried to ask a question about the film I was immediately confronted by Lisa Nessam who advised me she could have me removed for asking a question inappropriately.

At the earlier Ohio State PSM Conference, Adam Shapiro told me the ISM has Palestinian handlers who guide their demonstrations in plainclothes. And now there was one at the back of the room during Huwaida's session, an Arab male, about 40 years-old. She would defer to him for advice during the recruiting session. When I waylaid him later to ask him some questions, he replied, "I don't want to talk to you. You are a Mossad agent." The man's name is probably not real, but he is Ali Omar. I persisted in asking him questions, including if he was a part of Hamas, Islamic Jihad or the PFLP that Huwaida has admitted working with. He replied, "Fatah."



**Ali Omar**

Fatah recently committed some terrorist attacks on Israelis including killing three children at a hitchhiking post in the West Bank. Fatah usually calls its terrorist wing the Al Aksa Martyrs Briagde -- which is made up of policemen from the Palestinian Security Forces. Sure enough, Omar is a self-confessed captain in the Palestinian Security Forces. What is even more disturbing is he is also a graduate student studying security studies at Tufts University at the Medford campus near Boston.

Lisa Nessan, who also spoke at the recruiting seminar, engaged me in a heated debate afterward. When I asked her if the ISM worked with terrorist groups Islamic Jihad, Hamas and PFLP, she admitted, like Huwaida, that they did, but only "nonviolently." I asked her: "If an ISM volunteer served as a human shield for a terrorist who might throw a rock, a Molotov cocktail or shoot at an Israeli soldier or border policeman causing injury or death, was that still `nonviolent'?" She replied she considered that

GTN002529

"nonviolent."

While I could not speak out during Arraf's film presentation, some constructive things did happen. A young Russian Jewish student who was also at the session, one of my volunteers from *Stop the ISM* who was not seated with me, noticed that the seminar spokespeople had compiled a sign up sheet with twelve "volunteers" on it who were interested in going to the West Bank. This kid went around the room advising everyone that I was there in the session and had their identities to pass on to the Israeli border police as I had done in the past. Everyone on the list crossed their names off.

My next session brought me back to Nadeem Muaddi hosting "Christian Outreach: A Moral Call to Action." The importance of this session cannot be discounted. It was to train ISM activists to get into US churches and convince them to divest from Israel. The significance of this being taught at Georgetown, a Jesuit college, was especially profound since Georgetown's official Muslim chaplain, Yahya Hendi, actually introduced the session and its participants, even laying out the ground rules for those in attendance with questions. Hendi identified himself only as Jesuit Georgetown's official chaplain, but *not as a Muslim*.

"You may only ask questions at the very end of the session and then only rhetorical questions" he advised sternly (A rhetorical question is a question to which no answer is expected).

Muaddi displayed a photograph of an old woman with a wooden cross staring toward the camera between what at a quick glance looked to be the backs of two Israeli soldiers facing the opposite direction. Muaddi explained, "This is a Christian Palestinian woman being prevented from going to mass by the Israeli army."

Muaddi then began a power point demonstration where he explained the step-by-step process to get into American churches and convince them that Israel's Jews are persecuting the Christians in the West Bank. The goal was to persuade the churches to divest from Israel. Muaddi correctly stated that the Christian population in the West Bank, formerly 20% of the population in 1948, had shrunk to less than 2% today, but he blamed it on Israel. The simple truth, however, is that Islamic persecution has led to Christian Arabs fleeing the West Bank and many have even sought refuge *inside* Israel. Hamas recently announced it intends to start charging the Koranic *jizya* tax against the remaining Christians in the West Bank. Muaddi, a Christian- Arab, epitomizes the bulk of the ISM leadership in the US that is composed of pan-Arab Christian nationalists that would rather see their own Christian brethren suffer under Islamic Arab domination than cede to Israel the right to exist as a Jewish state. Israel must be Palestine and Arab.

Muaddi, clad in a suit, told attendees how to dress and approach Christian churches. "Bring them a gift from the Holy Land, such as some holy water," he advised. He named all the Arab Christian sects then advised contacting their counterparts in America and developing a "moral imperative" in their minds to boycott Israel. According to Muaddi, Israel treats Christians as "non-peoples" just as it "demonizes Muslims who have shown concern for the Christians since the Middle Ages" (he never heard of the Crusades?).

Muaddi advised attendees to get local pastors to dedicate a mass to Palestinian Christians, to invite a "Palestinian pastor" to conduct the churches mass, to introduce the church community to Palestinian questions, to host a Palestinian cultural night, to organize candlelight vigils, to write in the parish newspaper and to proselytize among sister churches. He encouraged fundraisers to raise money to send to Palestine. His presentation was positively Orwellian in its scope as it sought to portray Israel as the enemy of Arab Christians in the Middle East. He described his program as a "morally responsible outreach" to the Christian community.

With the presentation over, I asked Muaddi how he could blame Israel for Christian migration given known Muslim persecution. Was he aware, I asked, that the new Hamas government had just announced the reimposition of the jizya or Christian poll tax on Christian Palestinians. Muaddi replied that "Hamas was democratically elected by the majority of the Palestinians (without mentioning that majority was Muslim)" and that this justified anything that was done.

A sharp-eyed *Stop the ISM* colleague of mine and I asked to have the opening photo flashed on the screen again. We showed that the "Israeli soldiers" in the photo were in fact Arabs dressed in Israeli army surplus gear. In fact, one of them was carrying a World War 2 British sten gun. Israeli soldiers, even reservists, carry US-made M-16's or Galil assault rifles, not obsolete surplus equipment. The other "soldier" was wearing army gear available in any military surplus shop. The photo was, in fact, a *fake*. True to form, the session had to come to an immediate end when things presented were shown to be untrue or questions too intrusive to show facts. People might get too exposed to the truth.

Still other sessions that day were led by the hardliners in the ISM, the professionally paid activists like Allison Weir and Will Horton. Horton, the former leader of SUSTAIN–LA is now employed by Saudi Arabia as a public relations flack for the Washington Report on Middle East Affairs, a Newsweek clone put out by the Saudis that is in reality a propaganda rag for militant Islamists and the PLO. These professionals advised student activists to work closely with the Muslim Students Unions on their campuses as close allies. MSU chapters are also funded through Saudi Arabia. Saudi funding and linkage has become more brazen as the ISM fights to continue its struggle and finds it difficult to get newcomers with as much passion as its dyed-in-the-wool professional activists who keep insisting the ISM is just a grassroots movement.

The other sessions pushed the tactics of former ISM conferences. Defrauding Birthright was pitched once again for free trips to the Middle East for ISM activists. Apparently the Birthright people just don't want to be bothered screening people. All other past tactics of previous conferences were covered: Will Horton taught how to stage lectures, write editorials, get into classrooms for presentations, street theater, films and the ubiquitous checkpoints and wall demonstrations seen on US campuses nearly every week.

One thing that was newly emphasized was how to recruit new people to the cause due to dwindling numbers. Attendees were told to always recruit "new young people" through activity fairs and what was nicknamed "Dorm Storming," pitching to every single person in a dorm and inviting them personally into the fold for participating in helping to dismantle Israel, only it was not to be explained to the public that way. Freshmen were considered viable targets to invite out socially to indoctrinate to the cause, especially since they might be unfamiliar with the facts and offered four future years at their college to devote to similar efforts. Organizers were told to work on sound bytes and to use the same message over and over, to appear as "human rights activists" because it sounds better and how to deal with the media.

Horton was clearly a man on a mission too. Now funded by a job in "public relations" with the Saudis, he's free to make a career out of being an activist with the ISM. Horton even emphasized that anti-Israel activists in the ISM study the programs of pro-Israel groups to counter their every move. Horton and Weir are both professionals who are making a living out of the destroy Israel campaign and are more than willing to teach their tactics to anyone who will join them.

I ran into Dr. Porterfield at one point. I had gone up against him on the Bill O'Reilly Show. I asked him who it was he had spoken to at the FBI and Homeland Security who told him the PSM was in no way involved with terrorism. He admitted he hadn't spoken to anybody and referred me to GU's Vice President for Student Safety Dave Morrell. Morrell refused to tell me who he spoke to about the nearly 50 or so groups that make up the Palestine Solidarity Movement that Porterfield had said on TV were

GTN002531

cleared by national security agencies. Morrell would not or could not tell me who made such a statement. The simple truth is the best he might have gotten from US intelligence agencies was public relations officers who might say someone is not on a terrorist watch list. But, when I pointed out Huwaida Arraf's letter in the Washington Post admitting she and the ISM work with terrorist groups, he had no comment.

Sunday morning brought morning caucuses together to plan strategy away from the eyes of the press. A Jewish caucus brought those in the ISM of Jewish descent together to plan ways to try and destroy a Jewish state in the Middle East while regional caucuses got together to decide how to work in every corner of the United States. By 11:00 am everyone was back at Gaston Hall to hear guest of honor Omar Barghouti, an Israeli-Arab professor at Tel Aviv University who is so persecuted as an Arab-Israeli that he freely is able to advocate the destruction of Israel halfway around the world at Georgetown. The Barghouti clan, including Marwan Barghouti in jail in Israel for murdering Israeli women and children, makes attacking Israel a family affair.

A final session that day featured Mohammed Abed, one of the key leaders of the ISM at U Wisconsin where Fayyad Sbaihat used to attend. Abed also bemoaned the fact that the divestment movement is faltering and that activists needed to revive it. He is a Philosophy Major at U Wisconsin and recently joined the teaching staff there where he will be able to work within the administration as part of the University and can have greater control of ISM activities. And Fayyad Sbaihat also lent his past expertise to another Georgetown seminar to create divestment movements on campuses across America to starve out the Jews.

There was nothing remarkable about what went on inside on Sunday, just the usual "bash- Israel-and-call-for-her-destruction–while-claiming-to-be-a-peace activist" nonsense. Organized tactics and theater for the cause on campus were reiterated *ad nauseum*. It was what went on *outside* at this conference that Sunday that was truly remarkable.

The day before was the Jewish Sabbath, so not many Jews attended. But on Sunday busloads of Russian Jews arrived along with members of the JDL, Jewish students from nearby George Washington University and George Mason University, Christians from as far away as Kansas City from the Israel Christian Unity Coalition, local residents and even the head rabbi from the prestigious National Synagogue in Washington, D.C. who all showed up to protest the Conference outside or to go inside. Georgetown's administration and police once again acted disgracefully as an enforcer for the PSM/ISM when Rabbi Shalom Hertzfeld of the National Synagogue was roughed up by Georgetown police who even demanded to see his rabbinical license. People with Jewish surnames who attempted to register and go inside were not permitted into the event and in many cases run off by campus police.

Jewish demonstrators who arrived early were relegated to a caged-in area outside and Georgetown police were clearly in a mean mood. Courtesy was not the rule of the day as one woman recounted to me how Georgetown police officers had terrified her into leaving the scene. Mike Smith, a Washington Metro Police Lieutenant who I interviewed, told me there was a group of elderly Holocaust survivors who had bussed in to protest. Arrangements had been made in advance with GU's administration to allow these people, most in their 80's, to use the bathroom campus facilities. But when Smith intervened with the campus police to allow this, they refused to let the dangerous old people on campus, telling Smith "You don't belong here."

But the Jewish crowd that managed to get on campus was inspirational. One organizer told me a young girl, a Georgetown student, came up to him crying and thanked him and the Russian crowd for being there that day. According to the organizer, "She said, you have no idea how bad it is for Jewish students on this campus these days. We live in fear of even speaking out in support of Israel and the United

**GTN002532**

States." Some American Jews for once were showing they have had enough of anti-Semitism on campus as being a legitimate practice subject to academic debate. As one student told me, " The divestment and boycott campaign is designed to starve out Jews in the Middle East, not make peace, and can't be considered acceptable only because it excludes Jews in America." A JDL spokesman told me, "We're putting the word out: From now on, any time the Palestine Solidarity Movement stages something on a US campus like this, the JDL will be there. American Jews have had enough and we're not taking it any more." I learned the JDL had hired the buses that brought Jews to campus to speak out.

Past PSM/ISM national divestment conferences always concluded on Sundays with "A Call to Action," a demonstration outside the conference to "make a final statement." Usually the attendees would march out ensemble and turn their backs on the few protest demonstrators that may have shown up during past events and hold a one minute silent vigil. After the minute was over they would turn around and shout "Tear down the Wall!" or "End the occupation!" referring to Israel's existence. The difference this time was as the Conference broke up and the attendees saw this crowd, something not seen lately on college campuses—really angry Jews and Christians—they ran away in fear. Jewish students from George Washington University and the Russians called after them to engage some of them in debate, but the ISM activists would have none of it. They just *ran*.

The poor attendance at this event revealed some interesting points about the International Solidarity Movement in the United States: the divestment program on college campuses is not working after five years, despite all the claims to the contrary stated at the Georgetown press conference, the only part of the Conference the media was allowed to tape and record for public consumption. To augment this lack of interest, the ISM is working to get college administrators to join them as activists in their program like what occurred at Duke University.

Saudi donations to administrations in our colleges can no doubt help encourage this along with Saudi influence over Muslim student groups on campus. In other words, the college divestment program is faltering, but by no means dead. Meanwhile, Christian churches in America will be the new focus, a means to drive a wedge between American support for Israel's existence and its right to live peacefully within its own secure borders. While divestment in US churches has been more successful than campus divestment, it also has a long way to go. But given the training offered to Arab and American Anarchists at Georgetown, we can still expect to see a lot more of this in the near future. The ISM is down, but not out with Saudi Arabia coming to the rescue when needed and pusillanimous administrators such as at Georgetown more than willing to institutionalize anti-Semitism against Jews in the Middle East for donations.

At issue also is that many of the student leaders like Fadi Kibalwi, Noura Erekat and Charlotte Kates are all in law school and when they graduate look out for all manner of frivolous lawsuits against Israel and Jewish communities. This was a war conference, not a peace conference, and it will not go away that easily.

The end result of all this is the Israeli-Palestinian dispute will roil on forever at the cost of lives on both sides and the waste of endless US tax dollars. If anyone wonders why, after 13 years of an Oslo Peace process that guaranteed a Palestinian state by 1998 that the war still roils on and Hamas was elected as the new Palestinian government, they need only look at the ISM movement in America.

Hope springs eternal among the pan-Arab nationalists, Muslims and anarchists in the "Palestinian-led" PSM/ISM who believe that by deceiving future generations of American college students and churchgoers their idea of "peace" will come. But "peace" in their means only when *all of Israel* (what is really meant by "the occupation") becomes Arab dominated Palestine. The United States will come next. This is truly a war movement. We are seeing how Saudi funding can keep such a movement alive

**GTN002533**

forever on US campuses and in our communities when it wanes. And our own government is partially to blame by not enforcing the Patriot Act when ISM leaders boast openly of working with known terrorist groups, even "nonviolently." Rest assured, as long as the PSM/ISM is allowed to function on American campuses and in American churches the war will go on.

The ISM is definitely down, but not out.

**Standwithuscampus.com contributed to this report**