# EXHIBIT 29

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Docket No. 06CV01625

WILLIAM MANIACI,

Plaintiff,

v.

GEORGETOWN UNIVERSITY, et al.,

Defendants.

---

VIDEOTAPE DEPOSITION OF:   MATTHEW S. FINBERG, ESQ.

May 9, 2007

---

PURSUANT TO NOTICE, the videotaped deposition of MATTHEW S. FINBERG, ESQ. was taken on behalf of the Defendants at 921 Walnut Street, Suite 200, Boulder, Colorado 80302, on May 9, 2007, at 10:12 a.m., before Tiffany D. Goulding, Registered Professional Reporter and Notary Public within Colorado.

**ORIGINAL**



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF MATTHEW S. FINBERG, ESQUIRE
CONDUCTED ON WEDNESDAY, MAY 9, 2007

1 (Pages 1 to 4)

---

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF COLUMBIA
 3  Docket No. 06CV01625
 4  WILLIAM MANIACI,
 5  Plaintiff,
 6  v.
 7  GEORGETOWN UNIVERSITY, et al.,
 8  Defendants.
 9
    VIDEOTAPE DEPOSITION OF: MATTHEW S. FINBERG, ESQ.
10                    May 9, 2007
11
12       PURSUANT TO NOTICE, the videotaped deposition
13  of MATTHEW S. FINBERG, ESQ. was taken on behalf of the
14  Defendants at 921 Walnut Street, Suite 200, Boulder,
15  Colorado 80302, on May 9, 2007, at 10:12 a.m., before
16  Tiffany D. Goulding, Registered Professional Reporter
17  and Notary Public within Colorado.
```

Page 2

```
 1                  APPEARANCES
 2
 3  For the Plaintiff:    THOMAS FORTUNE FAY, ESQ.
 4                        Thomas Fortune Fay, P.C.
 5                        601 Pennsylvania Avenue N.W.
 6                        Suite 900
 7                        Washington, D.C. 20004
 8
 9  For the Defendants:   MALACHI B. JONES, ESQ.
10                        Williams & Connolly, LLP
11                        725 Twelfth Street, N.W.
12                        Washington, D.C. 20005
13
14  Also Present:   Jerry DeBoer, Videographer
```

Page 3

```
 1                    I N D E X
 2  EXAMINATION OF MATTHEW S. FINBERG:           PAGE
 3  May 9, 2007
 4  By Mr. Jones                                    7
 5  By Mr. Fay                                    196
 6                      INITIAL
    DEPOSITION EXHIBITS:                       REFERENCE
 7
 8  64  E-mail to scott.emmons@dc.gov from Matthew  138
 9      S. Finberg, 4/5/06, Subject: Bill Maniaci
10      Georgetown University Case
11
    DEPOSITION EXHIBITS:  (Previously marked)
12
    5   Complaint for Unfair Competition; Trademark  62
13
        Dilution; Trademark Infringement; Invasion of
14
        Privacy; Declaratory Relief; and Related
15
        Causes of Action
16
    6A  Color Photograph                            157
17
    6B  Color Photograph                            157
18
    6C  Color Photograph                            157
19
    7   JDL Operation Gideon                         71
20
    10  E-mail to tao4@georgetown.edu, et al., from  85
21
        Maniaci, 2/9/06
```

Page 4

```
 1  11  E-mail to advertising@thehoya.com from       88
 2      Maniaci, 2/10/06
 3  13  E-mail to nadeem_muaddi@yahoo.com from       82
 4      nadeem_muaddi@yahoo.com, 2/16/06
 5  14  Fifth Annual Conference of the Palestine     83
 6      Solidarity Movement
 7  16A Color Photographs                           143
 8  16B Color Photograph                            143
 9  16C Color Photograph                            143
10  16D Color Photograph                            143
11  16E Color Photograph                            143
12  16F Color Photograph                            143
13  16G Color Photograph                            143
14  16H Color Photograph                            143
15  16I Color Photograph                            143
16  16J Color Photograph                            143
17  16K Color Photograph                            143
18  16L Color Photograph                            143
19  17A Color Photograph                            145
20  17B Color Photographs                           145
21  17C Color Photograph                            145
22  19A Color Photograph                            165
```

VIDEOTAPED DEPOSITION OF MATTHEW S. FINBERG, ESQUIRE
CONDUCTED ON WEDNESDAY, MAY 9, 2007

12 (Pages 45 to 48)

**Page 45**

1  A. That was the last time I listened to anything
2  he had to say.
3  Q. Okay. You also mentioned that there were some
4  differences that you had with others in the organization
5  about the sabbath?
6  A. That was just the whole corporate policy in
7  general. I'm not a rabbi, but I've learned a lot about
8  this. I've studied it. You're not supposed to violate
9  the sabbath unless it's to save a life. So I explained
10 to them that based on my studies with my rabbis, we
11 should not be organizing any activities on the sabbath
12 from sundown Friday to sundown Saturday unless we
13 know -- we have great information that people are going
14 to get killed. And they said, You're soft and you're
15 wrong. They said that these people we were going to
16 counter protest and to leaflet are planning to kill
17 people. I said, That may be, even assuming that that's
18 true, that's not good enough, and I've checked with my
19 rabbis, very learned, holy men. It's not good enough
20 that they're planning; but if they're coming to kill,
21 then you can violate the sabbath. You can desecrate it.
22 You can get up, pick up a big weapon, and go out -- and,

**Page 46**

1  in fact, you're obligated to go out and kill him first,
2  because the value of a life is that precious. But I
3  said, None of that is going on here. And they said,
4  Well, we disagree. I said, Well, what rabbi have you
5  asked? Well, we haven't asked any rabbi, we sort of
6  know. I said, Look, I can see what you want to do, just
7  go do it, do it without me, be happy, I am making Aliyah
8  in whatever it was, seven, eight, nine months, I don't
9  know how much I'd want to be involved anyway, go.
10 Q. Do you know who Rabbi Nachum Shifrin is?
11 A. Yes.
12 Q. Okay. Was his name ever invoked as some
13 support for the position of the others at B'nai Elim?
14 A. No. He wouldn't support that.
15 Q. Okay. So you think that he agreed with your
16 viewpoint?
17 A. I'm certain he does.
18 Q. Okay. Have you talked with him since that
19 meeting?
20 A. Off and on, but not about that stuff.
21 Q. Okay.
22 A. Personal.

**Page 47**

1  Q. So after that meeting, at some point in time,
2  you were replaced as the chairman?
3  A. Yes, I was, apparently.
4  Q. You didn't know about that?
5  A. Well, I've seen it in the -- on their Web site
6  that Robert Turk took over.
7  Q. Okay. Have you also seen some reference on
8  their Web site that the reason you split from the
9  organization is because you were returning to Israel?
10 A. They put up an explanation as to why I had
11 stepped down, which I found to be incendiary and
12 inaccurate, and I rewrote it for them and suggested they
13 put it up there, and they did. And so I'm hoping that
14 what's still up there is what I rewrote for them.
15 Q. What was inaccurate about their initial
16 characterization of your leaving?
17 A. I don't know that -- let me take that back.
18 It may not have been inaccurate, but it was unnecessary.
19 I don't think they had to say that I was being too
20 Jewish for them.
21 Q. That's what they initially said?
22 A. Yeah, in effect.

**Page 48**

1  Q. Okay.
2  A. And it wasn't well written either, which is
3  something that I brought -- you know, having had the
4  benefit of a lot of education, I can write well. Those
5  guys are from the school of hard knocks and they don't
6  write particularly well. So I rewrote it for them so it
7  sounded a little nicer and that we wished each other the
8  best and that I would be moving to Israel and pursuing a
9  life with my wife there. That's it. But I don't check
10 the Web site very much at all. I mean, I've been there
11 three times since then just to see what's going on. I
12 notice they took all my pictures out.
13 Q. Okay. I'd like to just back up to the JDL.
14 At some point in time, did you have a title with the
15 JDL?
16 A. Yes. I was chairman.
17 Q. And from what time period was that,
18 approximately?
19 A. Well, it was -- okay. This past year was
20 2006. Either 2002 or 2003, October 31 to roughly May of
21 that year.
22 Q. May of what year?

69

 1  which is supposed to be welcoming to all without
 2  somebody from their side being there to shout them down
 3  or to interact with them in a way that defends, in a
 4  spiritual, moral, visible way, the students. There were
 5  students in tears, students who thanked us. It's a
 6  very -- sorry.
 7      Q.  Let me ask you, did you agree with the JDL
 8  resources being used to attend the conference?
 9      A.  Yes.
10      Q.  Because as I understand it, you left B'nai
11  Elim because you thought the organization shouldn't go
12  in the direction of being focused on organizations like
13  the PSM?
14      A.  Well, this has become their exclusive focus, I
15  think, as well as the activities of the -- I can't
16  remember the name of it now. And I formed it and got
17  the tax exemption for it. Truth Forum, America's Truth
18  Forum. Okay. That type of stuff, that in particular I
19  felt was no place for our organization. It's a secular
20  organization devoted to homeland security, counter
21  terrorism, preparedness, things like that. That's not
22  our mission. We have nothing to do with that, noble as

70

 1  it may be. We don't need to be there. And they -- the
 2  other guys seemed to get excited about it. I didn't
 3  want us to be involved, but I am very interested in
 4  assisting college students know the truth. And too much
 5  on college campuses today is spoon fed by left-leaning
 6  professors who have, in many cases, like our own Ward
 7  Churchhill, some bizarre ideas about how the world
 8  turns. And students don't have enough support from good
 9  old-fashioned mainstream values, intellectually elite --
10  that's important, because students respect the
11  intellectually elite at the intellectually elite
12  universities -- advocates.
13      So that's what I wanted to do. I wanted to go
14  in there and intellectually and on a Torah basis show
15  them why they're right, Israel is right, Jews are right,
16  we have a right to exist. Not only that, we don't have
17  to ask for a right to be recognized. We are a
18  peace-loving people and we get beaten up and attacked
19  and exterminated every 500 to a thousand years. We're
20  not going to take it anymore and we're not going to let
21  this upstart group of militants who, to a great extent,
22  are Wonderbread kids who are playing terrorist, in my

71

 1  opinion, cause Jewish students on campuses to feel
 2  insecure and profoundly unhappy, to say the least.
 3      A movie has been made about what's going on or
 4  what was going on at Cal Irvine, where the Jewish
 5  students can't help but be harassed because of the free
 6  speech rights of the anti-Israel bigots who set up these
 7  large platforms and in booming voices similar to those
 8  you would expect from evangelical preachers scream at
 9  the students about the racist apartheid policies of
10  Israel. It's very hard to take when it's not the truth.
11      Q.  What is Operation Gideon?
12      A.  I have no idea. Something Bill Maniaci
13  mentioned to me once, but I don't know what it is.
14  Wait. He wanted to call something that we did Operation
15  Gideon. Was that the Georgetown thing?
16      Q.  Let me show you what's been marked as
17  Exhibit 7.
18      A.  Right.
19      Q.  And let me ask you, do you recognize this
20  document?
21      A.  In general, yes. May I read it?
22      Q.  Yeah. Take a chance if you want to.

72

 1      A.  I probably handed it to you when I came in.
 2  Okay.
 3      Q.  Had you ever seen this document before?
 4      A.  Yes.
 5      Q.  And this document indicates it's a mission
 6  statement for JDL Operation Gideon?
 7      A.  Yes. This came from Bill.
 8      Q.  Okay. Mr. Maniaci?
 9      A.  Yes.
10      Q.  Okay. And you saw this prior to the
11  Georgetown PSM conference?
12      A.  I can't say that I definitely read this before
13  the conference. I remember reading an advertisement
14  that we tried to place in the Georgetown University
15  newspaper, which the university rejected, refused to
16  print. It was written by Bill and I looked at it and I
17  said, You know, it's a little hostile, let me try to
18  rewrite it so that it's just the facts and see what will
19  happen. And so I rewrote it. It may have included some
20  of this stuff. This is -- to my mind, this is way too
21  long.
22      Q.  Is there anything in this particular document

Case 1:06-cv-01625-LFO    Document 39-31    Filed 01/14/2008    Page 6 of 16
VIDEOTAPED DEPOSITION OF MATTHEW S. FINBERG, ESQUIRE
CONDUCTED ON WEDNESDAY, MAY 9, 2007

20 (Pages 77 to 80)

Page 77

1 Georgetown University would suffer?
2   A. No, not specifically. Just that what my
3 understanding was, was that we were going to make this a
4 big stink if we weren't given equal time or an equal
5 opportunity to participate with other attendees who were
6 not limited to students. This was open to the entire
7 world.
8   Q. Did "big stink" -- did that include the
9 possibility of a lawsuit against Georgetown?
10   A. Never discussed it, no. Never discussed it
11 with me.
12   Q. You never discussed the possibility of a
13 lawsuit against Georgetown prior to the conference with
14 Mr. Maniaci?
15   A. No, no.
16   Q. Do you know if Mr. Maniaci discussed that
17 possibility with any other JDL members?
18   A. I don't know. No, I don't know. I didn't
19 communicate with him that much on this.
20   Q. You used the word or the phrase "big stink."
21 What did you mean by that?
22   A. I was hoping that we would get real media

Page 78

1 coverage of the fact that we were being denied the
2 opportunity to present opposing views at an event
3 sponsored by a publicly funded university, although
4 private, receiving federal funds, in connection with a
5 very sensitive subject in the world today and that the
6 university should suffer whatever public humiliation,
7 degradation, should issue apologies, or we also wanted
8 to make it so that no other university would ever host
9 something like this again in such a manner.
10       MR. JONES: Why don't we take a short break.
11       THE VIDEOGRAPHER: This marks the end of
12 tape 1 in the deposition of Matthew S. Finberg, Esquire.
13 Going off the record. The time is 11:42.
14       (Recess taken from 11:42 a.m. to 11:52 a.m.)
15       THE VIDEOGRAPHER: Here marks the beginning of
16 volume 1, tape No. 2 in the deposition of Matthew S.
17 Finberg, Esquire. The time is 11:52.
18   Q. (BY MR. JONES) Mr. Finberg, prior to the PSM
19 conference at Georgetown, were you aware that Georgetown
20 had a free speech and expression policy?
21   A. No.
22   Q. When you attended the conference, did you

Page 79

1 become aware of that policy?
2   A. Not on a tactical basis. I didn't do any
3 investigation. I didn't do any work in connection with
4 the preparation of this conference, other than trying to
5 get credentials so that I could write an article about
6 this conference for my friend and client, the publisher
7 of the Boulder Weekly. I assume that most, if not all,
8 universities and colleges in this country have a free
9 speech policy of some sort; but I'm not interested and
10 I've never spent any time looking at anybody's free
11 speech policy.
12   Q. Okay. Do you know if Mr. Maniaci --
13   A. I don't know anything about whether he did or
14 did not.
15   Q. If you could just let me finish the question.
16   A. I'm sorry.
17   Q. Do you know if Mr. Maniaci did any research
18 about the Georgetown free speech and expression policy?
19   A. I don't.
20   Q. So what was your understanding of what the
21 protocol would be at the conference? Would it just be a
22 free-for-all?

Page 80

1   A. No. I hoped that wouldn't be the case. What
2 I was expecting was that we would be able to demonstrate
3 support for Israel outside of the buildings where the
4 conference was taking place, that we would be able to
5 hand out literature to people who were attending or just
6 walking by in the mall. I think it's called Red Square?
7   Q. Well, yeah. There's a part of Georgetown --
8   A. That's where it was.
9   Q. -- that was Red Square.
10   A. Yeah, that just came back, Red Square. That
11 we would be able to point out vehemently during
12 discussions contentions or other statements which
13 portrayed Israel in a very negative light which were
14 untrue or which were the perpetuation of lies which
15 originate elsewhere and to actually engage in
16 face-to-face, heart-to-heart, intense discussions with
17 the lead speakers and organizers to let them know that
18 we've done our homework, we have the facts, for every
19 contention you make which is anti-Israel, we have a
20 response which is based in fact and reality, and to take
21 a little wind out of their sails because they have --
22 the people who were organizing this event had such

101

1  it off with the guys.
2  Q. Who?
3  A. Bob Turk. I tried to be nice. Little too
4  chatty for me, but I didn't maintain a friendship with
5  her.
6  Q. Okay. Do you recall seeing her at any point
7  in time the weekend of the PSM conference at Georgetown?
8  A. I don't recall seeing her. She would have
9  been there, I would expect; but it doesn't stick out in
10  my mind.
11  Q. Did you know that she was a photographer?
12  A. Yes.
13  Q. Now, after no one came to the JDL press
14  conference at the Georgetown Marriott, did the JDL
15  members do anything else that day?
16  A. I think possibly registering. Nachum Shifrin
17  and I and one other person -- I don't remember who it
18  was, a younger guy -- Friday night went to services and
19  to dinner at the Hillel at Georgetown and had a nice
20  evening talking to students, then went to bed. And then
21  the next morning, I don't know what they were up to; but
22  I went to synagogue with Nachum Shifrin down in

102

1  Georgetown, O Street or P Street. I don't remember the
2  name of it. And that was it until I came back to campus
3  around 11 or 12.
4  Q. On Thursday or Friday, did you ever go to the
5  hotel where Mr. Maniaci and others were staying?
6  A. Yes. I have a recollection of that and of
7  having lunch with them and with Lee Caplin at a kosher
8  sandwich shop. I don't remember the name of it.
9  Q. Eli's Deli?
10  A. Yeah.
11  Q. I've heard a lot about it in this case. I
12  guess I have to go there now.
13  A. I'm glad it's still open. It's good food.
14       MR. FAY: Best pastrami sandwich in town.
15  A. It was the only kosher restaurant in town.
16  Q. (BY MR. JONES) Everybody has very good things
17  to say about it. So you remember eating lunch at Eli's
18  either on Thursday or Friday?
19  A. It was Friday. I came in Thursday night.
20  Q. Was that the first time you had met Lee
21  Caplin?
22  A. Yes.

103

1  Q. And Mr. Maniaci was there?
2  A. Yes.
3  Q. Was there discussions of the PSM conference?
4  A. Yes.
5  Q. And what did you discuss about?
6  A. I really didn't have much to say. I was just
7  eating and listening.
8  Q. What did the others have to say?
9  A. Lee did most of the talking. He said that he
10  had attended a number of them, that he would put on
11  disguises to go in because he was a well-known
12  journalist who would not be welcome, and that these
13  conferences were used to recruit ISM volunteers to go
14  over to Israel, and that we should be aware of that and
15  that we shouldn't be naive or take anything at face
16  value. Then he was -- I remember he kind of went into
17  his own world and he was working on his own things at
18  the table. The rest of it was just light conversation.
19  Q. Were there any discussions about what panels
20  or seminars JDL members would be attending?
21  A. I don't recall. I don't recall.
22  Q. Did you have any particular plans for the

104

1  weekend? I mean, what were you going to do during the
2  conference?
3  A. Well, I wanted to -- I wanted to walk through,
4  as I did -- after attending morning services on Shabbat
5  on Saturday, I wanted to walk through the main
6  presentation and see what was going on. There was also
7  a problem we needed to address, which was a group of
8  Jews known as the Neturei Karta who have been
9  excommunicated by the chief rabbis of Israel and most
10  major rabbis in the United States because they recently
11  attended a Holocaust deniers conference in Iran. These
12  guys are no good, but they dress and they portray
13  themselves as Hasidic Jews and they go to these
14  anti-Israel events and they say, Not all Jews support
15  Israel and, in fact, a significant group of orthodox
16  Jews think it's a bad idea. And so I had heard that
17  they were going to be there on the sabbath. And those
18  are guys that I needed to give a piece of my mind to.
19  Nothing more dangerous than people like that within your
20  own people, and so I wanted to confront them, but not
21  too much. I don't like to really get involved in things
22  on the sabbath. It takes me out of that specialness of

109

There was nobody in there, though. Essentially empty except for the people sitting at their display tables.

Q. And where did you go after that?

A. Back to my room, had lunch, went to sleep.

Q. Okay.

A. No, no, no. I'm sorry. No, no, no. That was at the end of the excitement that's about to come. After that they said, Go down and go see Bill and -- Bill Maniaci and all these other people, they're in the main presentation, the opening talk, and the Neturei Karta are in there and you should really go. I said, Okay, I'll go see if I can get in. And so I walked down there and I saw that I had to write my name on my name tag. I said, I can't do that. That's when they pinned the name tag on me. And I said, All right, I'll go up for a while. And Jim Nutting escorted me to the room that the meeting was in, or presentation.

Q. The presentation had already started?

A. Yes.

Q. And there were panelists sitting up on the stage?

A. Yes, there were.

110

Q. Now, if I refer to that building as Gaston Hall, do we have an understanding of what I'm talking about?

A. Yes.

Q. Okay. Did you know that -- did you recall that that was Gaston Hall?

A. I recognize it. I couldn't have pulled it up myself.

Q. Okay. Had the question-and-answer period begun yet?

A. No.

Q. Do you recall at some point in time the panelists were done speaking and it was announced there would be a question-and-answer period?

A. Yes.

Q. There was an administrator on the stage who announced that?

A. Yes.

Q. And do you recall that he said that persons should make sure that they phrase their comments in the form of a question?

A. He said something like that.

111

Q. Do you remember him asking people to be brief because there were time constraints?

A. I don't recall him saying that. He probably did.

Q. Okay.

A. I wasn't really paying attention. I was in the back of the room just watching things.

Q. Okay. And was there an established protocol for the question-and-answer period?

A. Seemed that people would walk up to a microphone that was about two-thirds of the way from the back to the front and they would ask a question and then people would weigh in on it from the panel or it would be directed to a person. I don't remember specific questions other than Bill Maniaci's.

Q. Do you remember Rabbi Shifrin asking a question?

A. I don't remember him asking, no. He was yelling stuff. I don't remember what he was yelling.

Q. Was he yelling from near the microphone?

A. No. He was way in the back. He was sitting down all the way in the back and I was standing almost

112

against the back wall.

Q. When he was -- what point in time was he yelling things; do you recall?

A. Yes. Do I recall what he was yelling? No, I don't.

Q. Okay.

A. Embarrassing things, I would have said.

Q. Was he -- was this before Mr. Maniaci asked his question?

A. Yes.

Q. And the things that Mr. Shifrin was yelling, he was yelling them at the panelists?

A. I wouldn't say he was yelling at the panelists. He was just sort of exploding the way he does. He's a strange man. He's just reacting.

Q. Okay. And this was during the question-and-answer period?

A. I'm sorry. You know, it may not have been. It may have been when people were talking.

Q. When the panelists were talking?

A. When panelists were talking, yeah. It may not have been during questions and answer. The reason I

**113**

1  mentioned it was because you asked me if he asked a
2  question, and I'm fairly certain he did not ask a
3  question.
4     Q.  When he was, as you called it, exploding in
5  his seat by saying things, was he given a warning by the
6  administrator?
7     A.  No, not Nachum Shifrin.
8     Q.  No one warned him or said anything to him?
9     A.  No, because it was more of two or three words
10 like, oh, that's crazy, or something less polite, and
11 what are you going to do?  Somebody may have walked over
12 and said, You know, we're going to have to ask you to
13 leave if you don't stop.  I don't recall in particular.
14 It wasn't anything that you don't see at almost every
15 interesting political or social talk when somebody has a
16 difference of opinion and they just let out, oh, that's
17 crazy, things along those lines.
18    Q.  Do you remember --
19    A.  I don't remember the context of it, though, I
20 mean, the message of his explanations.
21    Q.  Do you remember Georgetown campus security
22 guards at one point coming to remove Mr. Shifrin, Rabbi

**114**

1  Shifrin?
2     A.  No.  I'm not -- I don't really recall that.
3  It may have happened, but I don't remember any attempt
4  to remove him, no.
5     Q.  Aside from Mr. Maniaci, do you recall
6  Georgetown campus security asking anyone to leave the
7  Gaston Hall?
8     A.  They may have removed him.  I think he may
9  have -- this is all speculation.
10       MR. FAY:  Better define who "him" is.
11    A.  Right.  It's pretty worthless because when the
12 questions and answers started and I saw the Neturei
13 Karta guy get up there, I wanted to make sure that I
14 made his life as miserable as possible for a brief
15 moment, and so I walked up to have a talk with him.  And
16 I'm six foot two and he's about five foot four.  So I
17 stood in front of him.
18    Q.  (BY MR. JONES)  That's --
19    A.  At that point Nachum Shifrin may have been
20 having issues, if you know of it, with security guards.
21 I was two-thirds of the way up.
22    Q.  Now, the Neturei Karta person, is that -- he's

**115**

1  known as Rabbi David Weiss or Dovid Weiss?
2     A.  I think so.
3     Q.  Had you ever met him before or were you
4  familiar with him?
5     A.  I've seen him.
6     Q.  And what did you do when he got up to ask a
7  question?
8     A.  I stood in front of him.  I knew he couldn't
9  use the microphone because it was the sabbath.
10    Q.  And why did you stand in front of him?
11    A.  Because I don't like him and I didn't think he
12 should be there and I think he's dangerous to my people.
13    Q.  And did you say anything to him?
14    A.  I said, I don't like you.  He said, Get out of
15 my way.  I said, No.  And nobody could see him.  It was
16 beautiful.  It was nonviolent.
17    Q.  And then eventually what happened?
18    A.  Eventually I got out of his way.  And that, in
19 my mind, all sort of blends together in what -- the
20 Maniaci event, incident happened very quickly right
21 there, but after.  That's why I was so close to
22 Mr. Maniaci when he was dragged out.  I was standing

**116**

1  next to the microphone in front of this little Capuchin.
2  And he said, Help, this man is blocking me.  What are
3  you talking about?  I'm just standing here.  He'd move,
4  I'd move, he'd move, I'd move.  I said, Go ahead, say
5  what you need to say and I started walking away, but I
6  stayed right there.
7     Q.  Now, do you remember whether Mr. Maniaci had
8  already asked his question at that point in time?
9     A.  I think he had already asked his question, was
10 sitting down, and was yelling for yes or no, give me a
11 yes or no, do you condemn suicide bombers.
12    Q.  Do you remember what his question was?
13    A.  Do you condemn suicide bombers.
14    Q.  And he asked that from the microphone?
15    A.  Yes.
16    Q.  And when he asked his question, do you recall
17 whether anybody from the audience interrupted him?
18    A.  No, I don't think they did.
19    Q.  And do you recall that at that point in time
20 the panel was taking questions three at a time?  Let me
21 ask that a different way.  Do you recall that
22 Mr. Maniaci asked his question, then sat down, and then

### Page 121

1  A. Yes, that's what he asked for.
2  Q. And what do you recall about the panel's
3  response to that question?
4  A. My recollection is that there was a lot of
5  talk about related issues and there was some discussion
6  of violence in the world, civilian casualties in
7  military situations or similar notions, but no direct,
8  clear, unconditional statement that the use of suicide
9  bombers against Israeli civilians is wrong.
10  Q. What would have been a clear and direct
11  response to that question?
12  A. What I just said.
13  Q. Okay. That if the panel had stated that they
14  disagreed with the use of suicide bombers against
15  Israeli civilians, that would have been a response to
16  the question?
17  A. Well, I didn't ask the question, so I don't
18  know why you're even asking me this. It would have
19  satisfied me if it had been my question, but it wasn't
20  my question.
21  Q. Okay. Well, that's fair enough. That's fair
22  enough.

### Page 122

1  And then at some point in time, Mr. Maniaci
2  was shouting from his seat at the panel?
3  A. Yes, he was.
4  Q. Okay. And what do you recall him saying?
5  A. I want a yes-or-no answer.
6  Q. Okay.
7  A. And related statements.
8  Q. Do you recall him saying, You didn't answer my
9  question?
10  A. Yes.
11  Q. And at this point in time, were other people
12  trying to ask questions of the panel?
13  A. Yeah, the next -- I don't know who it was. It
14  could have been the Neturei Karta guy, but the next
15  person was up. And that's when things started becoming
16  a little chaotic.
17  Q. Do you recall that an administrator on the
18  stage told Mr. Maniaci that his opportunity to ask his
19  question had ended?
20  A. Yes. It was the vice-president for student
21  affairs.
22  Q. Okay. Do you know what his name was?

### Page 123

1  A. I can't recall, but I sure can see his face.
2  Q. Okay.
3  A. And is it not the same name that I wrote on
4  that piece of paper, that envelope?
5  Q. Well, do you know who Todd Olson is?
6  A. No, but I would recognize him if I saw him.
7  But I remember it was the vice-president for student
8  affairs. He was behind the panel.
9  Q. And do you recall that Mr. Maniaci kept
10  insisting that his question be answered?
11  A. I do remember.
12  Q. And that as he did so, he became louder and
13  more agitated?
14  A. He was loud. I don't know that he became
15  louder and more agitated. He just was loud and was
16  sitting in his seat and yelling.
17  Q. Do you recall that the moderator for the panel
18  also warned Mr. Maniaci not to interrupt?
19  A. I don't recall that part. I don't even
20  remember who the moderator was. I just remember the
21  vice-president of student affairs starting to come
22  forward and trying to restore order.

### Page 124

1  Q. Do you recall that there were four people
2  sitting on the panel?
3  A. Yes.
4  Q. And that one of them acted as a moderator?
5  A. That makes sense. I just don't recall which
6  one.
7  Q. Do you recall anyone sitting on the stage
8  among the panel warn Mr. Maniaci not to interrupt?
9  A. No. I'm not saying it didn't happen. No, I
10  don't recall.
11  Q. Do you recall that the administrator who was
12  on the stage asked that the staff escort Mr. Maniaci
13  from the room?
14  A. Yes.
15  Q. And where were you at that point in time?
16  A. I was right at the mike, next to the
17  microphone, I think, interacting with the man from
18  Neturei Karta.
19  Q. Okay.
20  A. And so I was somewhat distracted. I had a lot
21  of things going on at once.
22  Q. Okay. And do you recall that Georgetown

125

1  campus security guards approached Mr. Maniaci in his
2  seat?
3      A. Yes.
4      Q. Do you recall that Mr. Nutting also came into
5  the aisle at that point in time?
6      A. I don't remember who it was; but I remember
7  somebody from JDL sort of leaned in, not in an
8  aggressive way but in a conciliatory way, trying to make
9  sure that nothing got too rough.
10     Q. And when you say --
11     A. Or got rough at all.
12     Q. And when you say "leaned in," meaning they
13 leaned in to the area where this campus security guard
14 and Mr. Maniaci were?
15     A. Right. Two security guards, Bill Maniaci in
16 his seat, and somebody. I don't know if it was Jim
17 Nutting. I don't know what he was doing. It's just an
18 image.
19     Q. Do you recall Mr. Turk being in the aisle as
20 well?
21     A. No.
22     Q. Were you close enough to hear what the campus

126

1  security guard was saying to Mr. Maniaci?
2      A. Apparently not. I didn't hear anything, but I
3  was right next to them.
4      Q. Did you hear Mr. Maniaci saying anything?
5      A. No.
6      Q. Did it appear that the campus security guard
7  was trying to talk to Mr. Maniaci?
8      A. No.
9      Q. What did it look like happened to you?
10     A. It looked like they grabbed him by the
11 shoulders, picked him up, not off the ground, but picked
12 him up to his feet; but his legs twisted and he went to
13 the ground. And I wouldn't say that they necessarily
14 slammed him to the ground, but they didn't hold him up
15 either. His head hit the floor. And I haven't been
16 around violence. It was kind of a nauseating sound.
17 And then his cane, I guess, was metal. It bent under
18 him. And then I saw them drag him out.
19     Q. You said that they went to lift him by his
20 shoulder. Prior to doing that, did they -- did you see
21 a campus security guard try to punch Mr. Maniaci?
22     A. No.

127

1      Q. Did you see a campus security guard try to
2  kick or knee Mr. Maniaci?
3      A. No.
4      Q. Did you hear the campus security guards ask
5  Mr. Maniaci to please leave with them?
6      A. No.
7      Q. And you said it didn't look like they threw
8  him to the ground intentionally?
9      A. No. What looked like happened was that each
10 guy grabbed a shoulder. He was wearing a jacket. So
11 each guy grabbed a shoulder and lifted him up and
12 outward -- he was in the second seat in from the
13 aisle -- and lifted him out and upward. And as they did
14 so, his legs looked like they were twisted or somehow
15 tangled up with his cane and he just went to the ground.
16     Q. Did it look like Mr. Maniaci was attempting to
17 stand up?
18     A. It all happened very fast. It didn't look
19 like he had much of a choice of what happened. No, it
20 looked like he fell from being lifted.
21     Q. Did the campus security guards give him enough
22 time to get up?

128

1      A. I don't think so. I don't think that they --
2  I don't think they treated him decently.
3      Q. My question was just specifically, did they
4  give him enough time?
5      A. No, I don't think so. I think that they
6  caused him to fall to the ground.
7      Q. But you said -- well, let me ask you, did you
8  think they intentionally threw him on the ground?
9      A. I have no idea what their intentions were.
10     Q. Okay. And how did they cause him to fall on
11 the ground?
12     A. Because they quickly pulled him up by the
13 shoulders and pulled him out from the second seat in.
14 So he had -- he was pulled over the person sitting next
15 to him, over those feet, plus his walking stick, and
16 everything just got tangled up and down he went.
17 Another option would have been for each of them to lift
18 him by the arms and then he wouldn't have fallen to the
19 ground, but that wasn't the route taken. They're
20 professionals. They decide how they're going to act, I
21 guess, and this way he fell to the ground.
22     Q. And you said you don't know what they were

133

1  it has to do, right or wrong, and, you know, I don't
2  want to get involved in a fracas with security guards.
3  And Bill could be hurt. I was very confused. All I
4  could do is follow them out and try to talk to him as
5  soon as he was out of the room.
6     Q. Did you say anything to the campus security
7  guards at that point in time?
8     A. Yeah. I said, Come on, take it easy, he's an
9  older man.
10    Q. Do you recall if anybody else said anything to
11 them?
12    A. There was a lot of noise. I don't remember
13 anything specific.
14    Q. Do you recall Mr. Turk and Mr. Nutting being
15 there?
16    A. Not particularly, no. I was very focused on
17 Bill Maniaci and the fact that he fell to the ground and
18 then was dragged out with his body sort of -- body
19 twisted. It just looked very unnatural.
20    Q. How were the officers holding Mr. Maniaci as
21 he was being dragged out?
22    A. I believe by his -- under his arms, one on

134

1  each side.
2     Q. And were they carrying him out face first
3  or --
4     A. Yes.
5     Q. Face first?
6     A. (Deponent nodded head up and down.)
7     Q. And --
8     A. Dragging him.
9     Q. His feet were dragging?
10    A. (Deponent nodded head up and down.)
11    Q. Is that a yes?
12    A. Yes, yes.
13    Q. Were they punching him or kicking him as they
14 took him out?
15    A. No. No, definitely not, nothing of the sort.
16    Q. Did his head hit any objects that you could
17 see, like seats?
18    A. On the way out?
19    Q. Yeah.
20    A. No.
21    Q. What happened when the security guards got to
22 the door of Gaston Hall?

135

1     A. The doors were opened. I don't know who
2  opened them. Mr. Maniaci was dragged through the doors
3  and then taken off to the side. He said he had to sit
4  down, he didn't feel good. Then I went over to talk to
5  him.
6     Q. Did you follow the campus security guards out
7  as they took Mr. Maniaci out?
8     A. Yes.
9     Q. Did Mr. Maniaci's head hit the door of Gaston
10 Hall?
11    A. No.
12    Q. And what did the officers do once they got
13 Mr. Maniaci outside of those doors?
14    A. They eventually put him in a seat. I think
15 they propped him up. He was limp, or it didn't seem as
16 though he was able to stand yet. And he asked for a
17 seat, and somebody brought him a chair and they sat him
18 down.
19    Q. Was he thrown to the ground?
20    A. I don't think he was thrown to the ground.
21    Q. Once he was outside of Gaston Hall, outside of
22 the auditorium, was Mr. Maniaci searched by the campus

136

1  security guards?
2     A. I wasn't with him for the entire time from the
3  moment he left the lecture hall and the moment he left
4  the building. I don't know if he was searched. He
5  wasn't searched in my presence.
6     Q. Okay. Was he ever handcuffed?
7     A. I don't think so.
8     Q. Did the campus security guards tell him that
9  he was under arrest?
10    A. No. They told him he was banned.
11    Q. Did Mr. Maniaci say anything once he was
12 outside the auditorium?
13    A. Yeah. He said he felt dizzy and he wanted
14 some water. And that's all I remember specifically. I
15 was just trying to see if he was okay and whether we
16 needed to get him to a doctor. And then I believe it
17 was either Mr. Olson or the other fellow who I mentioned
18 in connection with my press credentials came over and
19 wanted to have -- the head of security -- no. It was
20 the head of security who was taking kind of the
21 high-and-mighty road, you're a bad guy, you're out of
22 here, you violated the policy. And I said, I think

### Page 137

1 that -- I think that certain rights have been violated
2 here and I want to speak with the provost.
3   Q. Who did the head of security say that they had
4 violated the policy and they were out of there? Who was
5 the head of security talking to?
6   A. I don't recall. Who was the head of
7 security --
8   Q. Who was he talking to?
9   A. Me.
10  Q. Okay. He was throwing you out?
11  A. Oh, no, no, no. He was taking -- throwing
12 Bill out. He said, He's out of here. I said that I'm
13 with Bill, could I -- you know, could I be of
14 assistance, I'm an attorney, is there a problem that I
15 can help with.
16  Q. Did you see any injuries to Mr. Maniaci at
17 that point in time?
18  A. No.
19  Q. Was he complaining of any injuries?
20  A. Well, he said he was dizzy.
21  Q. Did he ask for an ambulance?
22  A. I can't remember whether it was at that time

### Page 138

1 or the next day when he was also dizzy and fell down.
2 So I'm not sure if he did at that time.
3       (Deposition Exhibit 64 was marked.)
4   Q. Could I have that marked as Exhibit 64.
5 Mr. Finberg, you've just been handed what's been marked
6 as Exhibit 64, which is an e-mail dated April 5, 2006.
7 Do you recognize this e-mail?
8   A. Yes.
9   Q. This was an e-mail you wrote to Detective
10 Emmons?
11  A. Yes.
12  Q. And he's an officer with the police department
13 in the District of Columbia?
14  A. Yes.
15  Q. And why were you writing him an e-mail?
16  A. I was asked to do so.
17  Q. By who?
18  A. I don't recall.
19  Q. And this was an e-mail regarding what you
20 witnessed ---
21  A. Right.
22  Q. -- with respect to Maniaci's removal?

### Page 139

1   A. I was told that Detective Emmons needed a
2 statement from me as to what I saw.
3   Q. And do you see that in this statement on the
4 fourth line you indicated that Mr. Maniaci became louder
5 and more agitated as the PSM panelists danced around the
6 question without answering?
7   A. Yes.
8   Q. And is that, in fact, what you recall
9 happening?
10  A. I did then. I would stand by this e-mail.
11  Q. Okay.
12  A. It's very close in time to when it happened.
13 I know this is an accurate statement.
14  Q. Then a few more sentences down you describe
15 the campus security guards and you say, "They both had
16 the physiques of bodybuilders and had been flexing their
17 muscles nervously in the back of the room when I was
18 standing back there with them."
19  A. Yes.
20  Q. And that's what you had just described
21 previously, correct?
22  A. Correct.

### Page 140

1   Q. Then you say, "I had moved up closer to Bill
2 because there was a man trying to speak at the
3 microphone with whom I had issues which I wanted to
4 address at that time."
5   A. Yes.
6   Q. And that was the rabbi of Neturei Karta?
7   A. He's not a rabbi.
8   Q. Okay.
9   A. Yes.
10  Q. Well, whatever you call him.
11  A. I don't call him anything. Yeah, the guy from
12 Neturei Karta.
13  Q. Okay. And at one point in time, do you recall
14 telling the campus security guards that that person was
15 a troublemaker?
16  A. What person?
17  Q. This person from the Neturei Karta.
18  A. Did I tell them he was a troublemaker?
19  Q. Campus security.
20  A. No.
21  Q. Okay. There you describe that the campus
22 security guards -- in this e-mail you describe that they

141

1 lifted Mr. Maniaci up and you say that "Bill lost his
2 footing and twisted to the ground"?
3   A. Yes.
4   Q. And is that the point where you testified that
5 he fell to the ground and hit his head?
6   A. Yes.
7   Q. And you say, "This force was clearly
8 excessive."
9   A. In my opinion, yes.
10  Q. And why was it excessive, in your opinion?
11  A. Either one of them could have picked him up,
12 put him over his shoulder, and walked out of the room
13 with him. They dragged him down the aisle and out the
14 door.
15  Q. Do you think those campus security guards were
16 strong enough to lift up Mr. Maniaci like that?
17  A. Easily.
18  Q. Do you know how much he weighs?
19  A. Mr. Maniaci?
20  Q. Yes.
21  A. I don't know for a fact. I would estimate
22 that Mr. Maniaci weighs about 180 pounds.

142

1   Q. Have you ever tried to lift him up?
2   A. No.
3   Q. There's a sentence a few more sentences down
4 that begins, "Even if Bill's removal was appropriate."
5 Do you see that?
6   A. Yes.
7   Q. Okay. Do you think that it was appropriate to
8 have Mr. Maniaci removed at that point in time?
9   A. Yes.
10  Q. Because he was being disruptive?
11  A. Yes.
12  Q. You just don't agree with the way the campus
13 security guards did it?
14  A. That's right.
15  Q. And how do you think they should have removed
16 Mr. Maniaci?
17  A. More gently and with more respect for him as a
18 human being, instead of a sack of potatoes.
19  Q. Do you think they should have asked him to
20 leave first?
21  A. I would assume so.
22     MR. FAY : Has this been marked as an

143

1 exhibit?
2     MR. JONES: Yeah. We just marked it. It's
3 64.
4     MR. FAY : 64. Thanks.
5   Q. (BY MR. JONES) And if Mr. Maniaci had refused
6 to leave, do you still think that what the campus
7 security guards did was excessive?
8   A. Yes.
9   Q. Let me show you what's previously been marked
10 as Exhibit 16A through L, yeah, through L, a series of
11 pictures. And I didn't bring any extra copies of these.
12 I'm sure you have these already. Let me ask you if you
13 could look at 16A and 16B, and do you recognize
14 Mr. Maniaci in these photographs?
15  A. Yes, I do.
16  Q. Is that how he looked that day asking the
17 question at the microphone?
18  A. Yes.
19  Q. And do you see the hat he has on?
20  A. I do.
21  Q. Do you recall him having that hat?
22  A. I don't know if it's that hat. It looks -- he

144

1 had a hat on.
2   Q. If you go to 16D.
3   A. 16D. Just a second. Okay.
4   Q. And do you recognize this as a picture of the
5 panel that was in Gaston Hall that day and the
6 Georgetown administrator on the stage?
7   A. Yes.
8   Q. And that's the Georgetown administrator who
9 asked that Mr. Maniaci be escorted out?
10  A. I believe so. It's kind of tiley, but -- and
11 it's from the side. I'm sorry.
12  Q. If you could look at Exhibit 16E, do you
13 recognize yourself in that picture?
14  A. Yes.
15  Q. Were you wearing a white yarmulke on that day?
16  A. Yes, yes.
17  Q. And do you recognize this as a picture of the
18 campus security guards attempting to remove Mr. Maniaci?
19  A. Yes.
20  Q. The gentleman with the bald head on the right,
21 is that Mr. Turk?
22  A. Yes, it is.

149

1  Q. Why did you go to the Marriott at that point
2  in time?
3  A. It was the sabbath. I wanted to go back and
4  have my meal. It's important to have -- we have three
5  special meals. And Nachum Shifrin was going to be back
6  there. I think he was already there. And then I wanted
7  to take a nap.
8  Q. At some point in time, did Mr. Maniaci
9  indicate that he wanted to go to the ICC building?
10  A. I really wasn't in touch with him after we
11  parted company at that point. I don't know. No, not in
12  my presence.
13  Q. Do you remember him --
14  A. I know he didn't want to leave campus.
15  Q. Do you remember him wanting to -- you remember
16  the ICC building is the building where the JDL --
17  A. Where tables were set up, yes.
18  Q. Do you remember him wanting to go into that
19  building to go to the bathroom?
20  A. Oh, yes, I do.
21  Q. Okay.
22  A. Yeah.

150

1  Q. So --
2  A. Right. He wanted to go to the bathroom, and
3  they let him. That's right. I went with him.
4  Q. Okay. Well, let me just ask the question. So
5  did you walk with Mr. Maniaci from the building where
6  Gaston Hall is to the ICC?
7  A. Yes. Yes, that's right, I did. And I waited
8  outside. He went to the bathroom and then he was
9  escorted away.
10  Q. Why did he want to go to the ICC?
11  A. They were outside and we were walking. I
12  don't know why he wanted to go to the ICC. I think the
13  issue came up after we had left the building, but I
14  couldn't be sure.
15  Q. Who was with you and Mr. Maniaci at that point
16  in time; do you recall?
17  A. Not with any real precision, no. Probably Jim
18  Nutting.
19  Q. When Mr. Maniaci got to the ICC building, was
20  he initially allowed to enter?
21  A. I think he was escorted by campus security
22  police. I don't think that was an issue. But if you're

151

1  asking me, maybe I'm totally wrong. I don't recall a
2  problem.
3  Q. Do you remember him -- campus security guards
4  pushing Mr. Maniaci?
5  A. No, no. He was treated very civilly after
6  that.
7  Q. Do you remember him being held up against a
8  wall?
9  A. Well, they may have propped him up there back
10  in Gaston Hall when they took him out. As I was
11  describing, it didn't look like he quite had his legs
12  under him.
13  Q. I'm sorry. I meant outside of the entrance to
14  the ICC building, was he pushed up against the wall?
15  A. I didn't see that, if it happened.
16  Q. You said you did recall that he was allowed to
17  enter the building and go to the bathroom?
18  A. Yes.
19  Q. Was he escorted?
20  A. I don't recall.
21  Q. At that point in time, do you recall
22  Mr. Maniaci requesting medical assistance?

152

1  A. I don't recall.
2  Q. You said at some point that you asked to see
3  the university provost?
4  A. Yes.
5  Q. When was that?
6  A. That was inside Gaston Hall when the director
7  of security -- no. The fellow from the stage had come
8  out -- I'm sorry. I can't be sure. One of them was
9  addressing Mr. Maniaci, and I wanted to speak with their
10  supervisor. I didn't think that things were going as
11  they should, despite the fact that I agree he should
12  have been removed from the room, and I said, I want to
13  speak with the provost and they said, No.
14  Q. Okay. Did you ever -- did you make any
15  further requests to speak with the provost?
16  A. No. I had done enough, I felt. I wanted to
17  go back -- there were people around Bill. You have to
18  understand how important the sabbath is to me. There
19  were people around Bill. He seemed safe. I had no
20  interest in causing problems. I just wanted to go back
21  and observe my sabbath.
22  Q. Did you ever identify yourself as his attorney

**Page 153**

1 to someone from Georgetown?
2  A. As the attorney for the JDL.
3  Q. Did you ever identify yourself as the attorney
4 for William Maniaci?
5  A. I don't know. I don't think so. He never
6 engaged me.
7  Q. Was Mr. Maniaci complaining of any injuries as
8 you walked from Gaston to the ICC?
9  A. I don't recall.
10  Q. What happened after he used the bathroom in
11 the ICC?
12  A. That must be when we parted ways.
13  Q. Did he ever ask -- did Mr. Maniaci ever ask to
14 go to your room at the Marriott?
15  A. No, I don't think -- no, no. He wouldn't have
16 had any interest in that.
17  Q. Did you ever offer that he could come to your
18 room?
19  A. No.
20  Q. And you said that you parted ways because you
21 wanted to go back to your room to observe the sabbath?
22  A. Yeah. And he and Jim and Bob and these other

**Page 154**

1 guys had his own hotel room to go to.
2  Q. So you weren't concerned for his health at
3 that point in time?
4  A. I was concerned, but I didn't have to save
5 him. Somebody else could.
6  Q. You weren't concerned enough about his health
7 that you feel that you didn't need to be there?
8  A. Well, he was leaving campus and then I assumed
9 he was going to a hotel. And I couldn't do that. I
10 can't drive on the sabbath. I'm not going to walk
11 across town.
12  Q. Did -- do you recall that a police officer
13 arrived at the ICC building?
14  A. That's why I said I can't remember whether it
15 was a police officer or campus security or a combination
16 of the two. It seemed like the city police were now
17 becoming involved at the tail end.
18  Q. And how were they involved, if you recall?
19  A. To escort him off.
20  Q. Okay. And they walked with him to the gate?
21  A. I think that's what happened, but I didn't go
22 to the gate.

**Page 155**

1  Q. And did you see Mr. Maniaci walking towards
2 the gate?
3  A. Yes.
4  Q. And that's when you parted ways?
5  A. Yes. I went up the steps toward the hotel.
6  Q. And when was the next time that you saw
7 Mr. Maniaci?
8  A. Saturday night.
9  Q. And where did you see him?
10  A. At his hotel room.
11  Q. How did you get to his hotel?
12  A. I drove.
13  Q. Okay. So after sundown?
14  A. (Deponent nodded head up and down.)
15  Q. That's a yes?
16  A. Yes.
17  Q. Okay. And when you saw Mr. Maniaci at his
18 hotel room, was he complaining of any injuries?
19  A. Yeah. Yes. He said his knee hurt, and that's
20 the one -- that's the only injury I remember. He said
21 his knee hurt. I thought, maybe you sprained it or
22 turned it, maybe you should go to the hospital. And

**Page 156**

1 we -- I don't know if he did or he didn't. He had a lot
2 of people around him, so I didn't have to -- remember,
3 we're not good friends, so I'm not that concerned. I
4 mean, I don't want him to die or anything, but I'm not
5 that concerned. He's got a lot of grownups around him.
6 He's okay. He can make his own decisions as to whether
7 he needs to get medical attention or not. I thought at
8 worst maybe he had a sprained knee.
9  Q. Mentally did he seem okay?
10  A. There was nothing noticeable at that time to
11 me.
12  Q. Okay. Did you have dinner with the other JDL
13 members that evening?
14  A. Yes. Yes, at Clyde's in Georgetown.
15  Q. Do you remember Clyde's in Georgetown?
16  A. Sure.
17  Q. It's a good restaurant?
18  A. Well, before I became kosher, I used to eat
19 there a lot.
20  Q. And Mr. Maniaci went along, too?
21  A. Yes, he did. I couldn't tell you what he ate,
22 though. And I ate nothing, as is usually the case.