# EXHIBIT 30

Jewish Defense League
Mission Statement regarding the Georgetown University - "Palestinian" Solidarity Conference
17, 18, and 19 February 2006 - University Policies and Regulations



# JDL, OPERATION GIDEON -



DEPOSITION EXHIBIT
1
Maniaci

### EVENT:

"PALESTINIAN" SOLIDARITY CONFERENCE
GEORGETOWN UNIVERSITY, WASHINGTON, D.C.

*(For the support of IslamoNazis, Muslim, and Arab Terrorism, in the United States, Israel, and the rest of the Free World.)*

(Note on the word "*Palestinian*": The so-called "Palestinians" are in reality" Jordanian, Syrian, Egyptian, and Lebanonese Arabs who falsely claim a nonexistent right to a never existing, fictitious State, for the purpose of destroying the State of Israel.

Using "Palestine" to destroy Israel has been, and continues to be an ongoing conspiracy involving, Iran, Syria, Egypt, Saudi Arabia, Iraq (under Saddam Hussein's regime), several countries in the European Union and Islamic States which were part of the former Soviet Union. There has *never been a country by the name of "Palestine".* The former leader and "founder" of "Palestine", Yasser Arafat, was himself an Egyptian )

### TIME, DATE & LOCATION:

9:00 A.M. - 5:00 P.M., FEBRUARY 17, 18, AND 19, 2006
THE GEORGETOWN UNVIERSITY CAMPUS, WASHINGTON, D.C.

* This event is part of a continuing *physiological warfare attack, on the United States*, perpetrated by IslamoNazis, so called "Palestinians" and their seemingly inexhaustible financing by their Middle-Eastern sponsors (primarily Iran and Saudi Arabia), in an effort to spread blatant lies and level false accusations against the United States and Israel, and the Jewish people.

  During this conference, the "Palestinians" and their supporters will regurgitate well rehearsed propaganda, focusing upon faked, staged, and imaginary atrocities purportedly committed by the United States, Israel, and our allies against poor and defenseless

## Jewish Defense League
### Mission Statement regarding the Georgetown University – "Palestinian" Solidarity Conference 17, 18, and 19 February 2006 – University Policies and Regulations

Islamic countries and peoples in general, and the subjugated and down-trodden "Palestinians" in particular.

(Remember 9/11 and the remember scores of "PALESTINIAN" PERPERTRATED, AND SAUDI and IRANIAN – FUNDED – Murderous and Hideous Butcher Bombings (which the liberal media call "Suicide Bombings") and in which "PALESTINIAN" MOTHERS encourage (and take pride in) their children committing cold blooded murder to assure their ticket to paradise. The invited speakers at the "Palestinian" Solidarity Conference take pride in the fact that they have direct connections to the cowardly murders of innocent Israeli Women, Children, Senior Citizens, and others simply trying to ride a bus in the Holy Land.

Remember also the dancing in the streets and the celebrations by the IslamoNazis on 9/11, and subsequent to other events in which U.S. Soldiers, Civilians, and victims in the U.K., the Netherlands, or Israelis have been murdered in the name of Mohammed, Allah, and the "peaceful and compassionate" religion of Islam.

## JEWISH DEFENSE LEAGUE CONTACTS IN WASHINGTON, D.C.:

* Mr. Robert Turk, Cellular: 860 480-9456
* Mr. Bill Maniaci, Cellular: 775 742-0407
  (From February 16 through February 20, the above may also be reached in Washington, D.C., by calling 202-429-1700

## The Jewish Defense League's Mission at Georgetown University:

* Our Mission is to cause Georgetown University to enforce their stated policies regarding free and open discourse and exchange of ideas and information.

  o *We suspect the following of Georgetown University:*

  We suspect that Georgetown University will allow the supporters of the so-called "Palestinians" to openly slander, and incite violence against Israel and the Jewish people without restraint.

M 000084

Jewish Defense League
Mission Statement regarding the Georgetown University – "Palestinian" Solidarity Conference
17, 18, and 19 February 2006 – University Policies and Regulations

We suspect that Georgetown University will attempt to prohibit members of this organization, or other supporters of Israel, from having an opportunity to be heard and to verbally interact with attendees of this conference, for the purpose of refuting the lies which will be spoon-fed to impressionable students and others attending the conference.

We suspect that Georgetown University will bar our organization from distributing literature which would counter the lies about Israel and the Jewish people that will be shouted by the MSA and the invited speakers. Our flyers will prove that purpose of the "Palestinian" Solidarity Conference is in reality, the fermentation of hatred towards Israel and the Jews everywhere.

We suspect that Georgetown University will attempt to cause our members and supporters who attempt to participate in this conference, to be arrested for trespassing or other false and trumped up charges.

We suspect that Georgetown University will direct the use of force against members of our organization and other Jews for attempting to be heard.

We suspect that the print and electronic media will not be "fair and balanced" when covering this event, and we predict that their coverage will attempt to portray the lies of the supporters of these terrorists, as factual information.

We suspect that Georgetown University authorities will tolerate, or even encourage violence directed against members of our organization, our supporters, and other Jews who have the right to speak out against the blatant display of anti-Semitism and anti-Israel propaganda sanctioned by Georgetown University.

We suspect that Georgetown University authorities will not live by their own published policy regarding the *First Amendment*, and the incumbent right to free speech by everyone on campus, which states, but is not limited to the following enumerated points which may be found in the *Georgetown University "Speech and Expression Policy*, (attached):

1. "free speech", in the constitutional sense, may be limited by, *and only by, reasonable and non discriminatory considerations* of "time, place and manner."

M 000085

Jewish Defense League

Mission Statement regarding the Georgetown University - "Palestinian" Solidarity Conference 17, 18, and 19 February 2006 - University Policies and Regulations

2. "time, place and manner" are the only norms allowable in governing the expression of ideas and sharing of information..."
3. "To forbid or limit discourse contradicts everything the university stands for."
4. "Some ideas, simply by being expressed, sink without a trace; others cry out for the intervention of reflection, contrary evidence, probing questions. None of that happens when one cuts off discourse."
5. The tradition of Georgetown University "to ensure the "untrammeled expression of ideas and information."
6. "we all speak and we all listen. Ideally, discourse is open and candid and also-ideally-is characterized by courtesy, mutual reverence and even charity."
7. "A university that sends contrary "signals" to any of its members (as, obviously, by tolerating.... violence, intellectual shoddiness, or any sort of special pleading in the interest of ideology or vested interest) betrays its mission."
8. "Free speech" is central to the life of the university...... The rights and obligations that flow from our participation in each of the two orders (*of free speech*)--academic and demands that we live up to these ideals."
9. "...the tradition in which Georgetown stands prohibits any limitation upon discourse.
10. "Making it impossible for others to speak or be heard or seen, or in any way obstructing the free exchange of ideas, is an attack on the core principles the University lives by and may not be tolerated."

*(There are more but you certainly get the point.)*

* Our Mission is to draw attention to the plight of Jewish Students on University campuses throughout the country, who are routinely harassed and physically assaulted by Islamo-fascists, neo-Nazis, and "Palestinian" sympathizers.

* Our Mission is to expose the anti-Semitic, pro-Islamic Professors and Instructors who use their position to humiliate Jewish Students and in many cases, cause them to drop classes or receive unfair grades. We will expose institutions of higher learning who tolerate open acts of hatred and violence against Jewish students.

* Our Mission is to make the public and the Jewish Communities in the United States aware of, and to respond to lies being spread by the Muslim Students Association (MSA), their affiliates, and the terrorists who will be addressing the public during the three days of the "'Palestinian" Solidarity Conference, at Georgetown University.

* Our Mission is to cause Georgetown University to allow supporters of Israel to speak and to be heard or suffer the ramifications and the consequences of their refusal or inability to fairly enforce their policies and support the First Amendment rights of all.