# EXHIBIT 31

PO Box 167
Colebrook, CT 06021



# The Jewish Defense League

January 18th, 2006

Office of the President
Box 571789
Healy Hall 204
37th & O Streets, NW
Washington, DC 20057-1789
Attn: President George DeGioia, PhD.
Fax: (202) 687-6660

RE: Palestine Solidarity Movement
    Fifth Annual Divestment Conference
    February 17-19, 2006

Dear Sir:

This communication is to inform you that the Jewish Defense League will join the demonstrators at this conference.

As always, the Jewish Defense League will defend and protect the rights of the protesters within the limits of the law.

Robert S. Turk
Eastern Regional Director
Jewish Defense League



CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001034