# EXHIBIT 32

From: kymberlieqc@riseup.net
To: organizingsesh@yahoogroups.com
Date: Mon, 30 Jan 2006 13:11:30 -0800 (PST)
Subject: [organizingsesh] JDL organizing for PSM
FYI...

*Annual ISM Hate Israel Conference at Georgetown University*

* *

*CALL TO ACTION!!!!*

The Jewish people are under attack at Georgetown University in
Washington,
D.C. The International Solidarity Movement is a propaganda arm of the
PLO
that is invading every college campus in America to spread anti-
Semitism and
hate for the state of Israel. They are composed of American communists
and
anarchists who ally with the PLO Muslims and Arabs to try and persuade
Americans to reject Jews and a Jewish state in our world society. They
use a
college campus to appear intellectual when their goal is that of the
Nazis.

This year they are holding their national conference at Georgetown
University. This is the fifth year in a row they have held one at a
college
campus. Such conferences are "strategy and training" sessions where
every
Jew hater, every radical communist, every Muslim anti-Semite can join
together and plot how to promote divestment and boycotts against the
state
of Israel, how to fund their activities on other campuses, and how to
promote the end of the Jewish state.

The organizers use evasive language to endorse terrorism like
"legitimate
resistance." They bemoan "Jewish control" of America. They train
activists
to go to the West Bank and Gaza and act as human shields for Arab
terrorists. They also accuse Russian Jews in Israel of stealing Arab
lands
and birthrights. They excuse terrorism. They work with terrorist groups
like
Hamas, Islamic Jihad and the PFLP. And they train people how to
infiltrate
Jewish organizations in America to try to persuade young Jews that
"Zionists" are not the same as legitimate Jews. They teach all this in
seminars during the 3 day conference.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER         GTN000797    

*They have one goal: the dismantling of Israel.*

* *

*We are seeking volunteers who we will bus to this conference at Georgetown.
The college says nobody can be denied admittance. Our goal is to get 500
Jews inside. One of the speakers will tell people Israel has "Jew-only"
hotels, or that Arab-Israelis cannot vote, or that Zionism is not true
Judaism. One Jew speaking out against such lies is at a disadvantage, but
500 of them will counter the lies and tell the truth for all the world to
hear through the media. In the past, Jews stood outside in the cold during
such conferences. This year we intend to go in and actively refute what they
do by speaking up and being heard.*

*Please join us by volunteering and helping Israel and countering these people who would gladly turn America into another Russia for Jews.*

*If you cannot join us at the protest, please make a donation to help us
defray the cost of busing the protesters to the event*

- *Contact: *
- *Robert Turk *
- *Email: bob@maalathageula.org *
- *Phone: (860) 379-2912 *
- *Cell: (860) 480-9456*

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO 80302
Phone: 303.442.1276
Fax: 303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential
information belonging to the sender, which is protected by the
attorney-client privilege and the Electronic Communication Privacy Act,
U.S.C. Section 2510-2521. The information is intended only for the use of
the individual or entity named above. If you are not the intended recipient,
you are hereby notified that any disclosure, copying, or distribution,

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER    GTN000798

or
the taking of any action in reliance on the contents of this information, is
strictly prohibited. While precautions are taken against computer viruses,
it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER