# EXHIBIT 33

ems62

| | |
|---|---|
| From: | Bill Maniaci [Maccabee@Charter.net] |
| Sent: | Thursday, February 09, 2006 7:10 PM |
| To: | lao4@georgetown.edu; lordj@georgetown.edu; mdd23@georgetown.edu; raa5@georgetown.edu; vm25@georgetown.edu |
| Cc: | Ray Samonte; JDL Corporate Counsel - Matt Finberg; Ian R. Sigel - Chairman, Jewish Defense League; Director, Eastern Region, Jewish Defense League - Robert Turk |
| Subject: | Re: Controversial Palestinian group coming to area |

**Todd A. Olson**
Vice President for Student Affairs and Dean of Students

**Jeanne Lord**
Associate Vice President for Student Affairs

**Mary D. Dluhy**
Special Assistant to the Vice President & Director of Group Initiatives

**Raymund A. Acevedo**
Executive Assistant to the Associate & Assistant Vice President

**Vladimir Martinovsky**
Communications Coordinator & Assistant to the Vice President

Re: The Palestine Solidarity Movement Conference

Ladies and Gentlemen:

I represent the Jewish Defense League and I am contacting you so that we may be on a firm footing of mutual understanding. Our group will protest the "Palestinian Solidarity Conference" which is being hosted by the Muslem Students Association and the Palestinian Solidarity Movement, at Georgetown University, February 17, 18, and 19 2006. Please refer to their web site promoting the event" <http://www.palestinesolidarilymovement.org/>.

I had initially contacted Sam Samonte, Georgetown Campus Security by telephone and follow up email requesting the answers to some information that we are requesting concerning the University's regulations governing protests of University sponsored events on the Georgetown campus. He advised me to contact the Office of Student Affairs. Our questions are listed below:

* Is there any prohibition by the University or University Security that would prohibit us from designating a particular area for our group to initially assemble ? Are

there designated staging areas where we should plan to assemble, or will any location be acceptable?

* Are there any University rules that designate the distance protesters must be from the group/event that they are protesting?

* Are there any University rules that prohibit the use of megaphones, or boom-boxes during a protest?

* Obviously, we are a Jewish, religious and Zionist organization. Our protesters will range in age from 80 (a Holocaust survivor in a wheelchair) to as young as Junior High school children (with their parents). Clearly, our viewpoint and ideology clash head on with agenda of the conference participants. We intend to have a peaceful demonstration. We do however, have concerns regarding the volatile temper of some of the Muslem attendees (as evidenced so well on a world wide basis in response to some offensive cartoons this past week). When they see Jews waiving Israeli Flags they may react violently and attempt to keep us from being heard or from presenting facts contradictory to theirs.. The question is, will you be providing security at the Palestinian Solidarity Conference for the protection of those who are protesting the event, and the event participants themselves? If not, what are the procedures for seeking police assistance if needed, do we simply call the Metropolitan Police Department?

We expect to be afforded the same rights under the First Amendment and the published Georgetown freedom of speech guidelines as the organizers of this event and their supporters. If we are incorrect in this assumption, please advise.

Sincerely,


Bill Maniaci


--
Outgoing email & attachments are scanned with "F-Secure" virus protection.


Bill Maniaci
Deputy Chairman
Chief, Intelligence and Security
Jewish Defense League
*********************************************************************
There will be no sanctuary for those who attack Jewish people, Jewish Institutions, or Jewish Interests anywhere in the world. Never Again!
*********************************************************************

2/13/2006

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001031

*Successful counterterrorism efforts must satisfy moral imperatives and strategi Moshe Yaalon, Lt. Gen., Israel Defense Force (ret.)

*"Chayah Squads" - Definition: Chayah Squads, (if they exist) are irregular, martial

"We sleep safe in our beds because rough men stand ready in the night to visit viole those who would do us harm." George Orwell

"All warfare is based on deception" Sun Tzu

In the end, we will remember not the words of our enemies, but the silence of our friends. Martin Luther King Jr. (1929 - 1968)

"Evil is powerless if the good are unafraid." -- Ronald Reagan

"When terrorism threatens our future, we cannot afford to live in the past."
************************************************************
If the Arabs (Moslems) put down their weapons today there would be no more violence. . . . . . . . .If the Israelis put down their weapons today there would be no more Israel.   Think about it...
************************************************************
NEVER FORGET THE MURDERS OF OUR JEWISH DEFENSE LEAGUE LEADERS, BROTHERS, AND SISTERS

* RABBI MEIR KAHANE, ZT"L, HY"D

* IRV RUBIN, ZT"L, HY"D

* RABBI BINYAMIN KAHANE, ZT"L, HY"D

* REBITZIN ALYA KAHANE, ZT"L, HY"D

* EARL KRUGAL, ZT"L, HY"D

KOL YISROEL AREIVIM ZEH LAZEH

Ki yad al kes Kah, MILCHAMA HASHEM b'AMALEK, m'dor dor Ha-Mossad le-Modiin ule-Tafkidim Meyuhadim Mossad

Vlamalshinim al thi Tikva

Erets Yisrael Le'Am Yisrael

LeShana HaBa'ah BeYerushalayim SHELANU

WARNING!!!
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review; use, disclosure or distribution is prohibited, and could result in criminal prosecution. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

************************************************************

* * *   In accordance with Title 17 U.S.C. Section 107 ***, any copyrighted work published here, is under fair use without profit or payment to those who have expressed a prior interest in reviewing the included information for personal use, non-profit research and educational purposes only.

Re: http://www.law.cornell.edu/uscode/17/107.shtml

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER**

2/13/2006

GTN001033