# EXHIBIT 34

Case 1:06-cv-01625-LFO   Document 39-36   Filed 01/14/2008   Page 2 of 3

May 11, 2007            Carrie Devorah            Maniaci v Georgetown
                        Washington, D.C.

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4   WILLIAM MANIACI,              )

 5            Plaintiff,           )

 6       vs.                       ) Case No.

 7   GEORGETOWN UNIVERSITY, et al.) 06-CV-1625 (CKK)

 8            Defendants.          )

 9                 -    -    -    -    -

10       VIDEOTAPED DEPOSITION OF CARRIE DEVORAH

11                   Washington, D.C.

12                   Friday, May 11, 2007

13   The deposition of CARRIE DEVORAH was convened on

14   Friday, May 11, 2007, commencing at 1:26 p.m.,

15   at the offices of Williams & Connolly LLP, 725

16   Twelfth Street, N.W, Washington, D.C., before

17   Karen K. Brynteson, Registered Merit Reporter,

18   Certified Realtime Reporter, and Notary Public.

19

20                 -    -    -    -    -

21

22
```

CONDENSED

Case 1:06-cv-01625-LFO   Document 39-36   Filed 01/14/2008   Page 3 of 3

May 11, 2007 | Carrie Devorah | Maniaci v Georgetown
Washington, D.C.

Page 30

1  BY MS. SHANAHAN:
2     Q.  Have you met an individual named Lee
3  Kaplan?
4     A.  I did.
5     Q.  When did you first meet Lee Kaplan?
6     A.  I didn't know who he was at the time,
7  but he almost knocked me over at the conference
8  itself. He was rushing from a room and yelling
9  at people, and I happened to be the one that he
10 bowled over, so afterwards I found out who he
11 was and --
12    Q.  Okay. Let me just turn your attention
13 to the PSM Conference at Georgetown University.
14 When I say PSM, do you understand that I mean
15 Palestinian -- the organization called the
16 Palestinian Solidarity Movement?
17    A.  I do.
18    Q.  And when I refer to the PSM Conference
19 at Georgetown University, do you understand that
20 I mean the conference that took place on
21 February 18th and 19th, 2006?
22    A.  I do.

Page 31

1     Q.  Okay. Prior to the PSM Conference at
2  Georgetown, have you attended any other PSM
3  conferences?
4     A.  No.
5     Q.  Okay. When did you first find out
6  about the PSM Conference at Georgetown
7  University?
8     A.  Sometime during the course of the day
9  before. It was -- went out as a news event to
10 cover, and that was the event that was
11 attractive to a lot of people on that day, so I
12 went over.
13    Q.  When you say it went out as a news
14 event to cover, is this some sort of list that
15 exists?
16    A.  They are called day books. And the
17 different news sources have the day books. And
18 PR people send their lists in and look at it and
19 find out what you can do time-wise, what's of
20 interest. It's a calendar of sorts.
21    Q.  Okay. Do you recall whether you had
22 heard about the PSM Conference at Georgetown

Page 32

1  before or after you met Mr. Maniaci?
2     A.  I obviously heard about it before.
3  After? I don't think a lot of people stopped
4  talking about any of them, and, you know, all of
5  the conferences. Still to this day, yes, we're
6  sitting here talking about it, so I am still
7  hearing about it and not happily.
8     Q.  And so at some point did you go to
9  Georgetown University?
10    A.  I did.
11    Q.  And was that on the Friday of the
12 conference?
13    A.  I did.
14    Q.  Do you remember about what time in the
15 day that was?
16    A.  It was in the afternoon. I don't
17 remember the exact hour.
18    Q.  And when you first went to Georgetown
19 on the Friday before the conference, do you
20 remember where you went on campus first?
21    A.  I believe it was the foyer. I am not
22 sure what building it was in, but it was on the

Page 33

1  campus.
2     Q.  And was there an event taking place
3  there?
4     A.  Yes, there was.
5     Q.  What event was that?
6     A.  A press conference.
7     Q.  Okay. And who was speaking at the
8  press conference?
9     A.  I don't remember who was supposed to
10 speak. I know that it was the gentleman that I
11 met on the corner, were going to be holding a
12 press conference. They told me at the corner
13 that they were going over, and I sort of laughed
14 and said if I don't go take pictures, nobody
15 else will be there to take pictures, so I went.
16 It's speculative. You take pictures and you
17 hopefully place them.
18    Q.  And so just so I am clear, you said
19 the gentlemen you met on the corner told you
20 about the press conference. And those gentlemen
21 are Mr. Maniaci and the others who were with
22 him?

9 (Pages 30 to 33)