# EXHIBIT 36

Navigation:

 # ISRAPUNDIT 

« The Jews are to blame says the Canon.........Front Page.........An amazing bit of twisting... »

# February 20, 2006

## What Really Happened at the Georgetown PSM Conference

Filed under: Front Page, Jew, Israel, Media, Palestinians, peace process, antisemitism, PA

by Matthew S. Finberg, Esq., Boulder, Colorado

I and my JDL brothers along with approximately 100 general supporters, Holocaust Survivors, and Russian Refuseniks attended [the Georgetown University Palestine Solidarity Movement] conference in order to protest, disrupt, and educate the attendees to distinguish between lies and truth about Jewish activity in the Land of Israel and the history of Jews in the Middle East since 1880. We were successful in interfering with several of their seminars, and got the cameras and microphones off the speakers and on us many times. PBS was there filming a documentary which will be shown in about 8-10 months.

The rhetoric was vile, and the University behaved horribly toward us. They used excessive force to remove one of us (a 65 year old man with a cane and a heart condition) who demanded a straight yes or no answer on whether the panel would condemn homicide bombers. I was banned from attending press events Sunday even though I had bona fide press credentials because I also had a paid-for participant pass. I was free-lancing for a local paper.

The vice-president for communications of the school Eric Smollson refused to explain his decision and brushed me off with a rude "have your publisher call me Monday." His eyes burned with hatred. I was also banned from sessions Sunday because I was seen distributing Israeli flags to the Survivors and Refuseniks who were so proud and pleased to see Jews standing up to the Wahabist agents. Some had tears in their eyes.

A young Jewish female student ran to us crying thanking us for our presence because the Nuturei Karta had been so hateful to her as she merely walked through campus and asked who they were. To tell you the truth, the University Administration, in its heavy handed and unexplained expulsion of Jewish protestors who merely yelled out remarks, were worse to deal with than the Muslim students. Most of the participants and organizers were outside provocateurs, communists, and anarchists.

Palestinian Solidarity of New Jersey had a Palestinian flag with a bloody fist adorning its table. The group was giving away lapel pins which included an AK47, AK47 in a raised hand, and red stars with a hammer and sickle. When I asked the young Caucasian nebbish whether he realized his heroes are happy to die for the cause and whether he was ready to do so as well, given his symbols of death and mayhem, he ignored me and looked at the floor. Nobody would even begin to discuss with me how Israel had been selected for boycotts and divestment efforts for alleged human rights violations over all of the other states who sponsor them such as most Muslim nations which condone honor killings of rape victims,

stonings of adulteresses but pats on the backs of adulterers, denying women the right to vote and drive cars, and so on.

They were utterly baffled as to why "Palestinians" living in Lebanon, Syria, Jordan, and Egypt as refugees were denied the right to vote in the PA elections. Neither could they explain to me why the Jew is so vile and offensive that he cannot visit much less live in 22 Moslem countries and should be removed from our very holy Judea and Samaria.

It was reassuring and not surprising to keep in mind that not a single college or university in the U.S. had been swayed by the divestment efforts over the past few years despite the heart rending but intellectually dishonest comparisons of Israel with apartheid South Africa. Noting that Caterpillar, the manufacturer of tractors used to destroy terrorist hide-outs and the subject of the sponsor's boycott had a record year in 2005 with its stock skyrocketing.

I asked the secondary boycott table to give me a list of the other companies they are boycotting so that I could better invest for my retirement. ISM founder and self-loathing Jew of the year for 2 years running denied his identity with a smirk to avoid conversing with JDL while his and ISM co-founder wife Heidi (Huwaida) Arraf spoke about supporting "Palestinian Resistance to Occupation: Volunteering with the International Solidarity Movement."

Abraham "Abe" Greenhouse, chairman of the central New Jersey branch of "Jews Against the Occupation," had the bad fortune of having his table next to that of the JDL. He was repeatedly informed that it was very bad form to have tossed a pie in the face of Anatoly Sharansky right before he was about to address a crowd of students at Rutgers University a year ago.

Very few people young enough to be undergraduate students were seen anywhere at the event. In fact, at Shabbat dinner, the Hillel students told us that they had a generally good relationship with Muslim students on campus and felt that outside troublemakers had come in to stir things up. They told us that there were no incidents of anti-Semitism or disrespect to Muslims. On the other hand, a strong turnout of George Washington University, American University, and University of Maryland Students were there to protest the Hoya event.

I was screamed at by one Caucasian woman of about 30 holding a baby (neither a student) who accused me of being a racist pig and the JDL of being a listed terror organization which had murdered people. As to the personal charges, I calmly complained that she didn't even know me and should talk with me if she'd like to know what I am. As to the JDL points, I explained that she was misinformed and seemed to be yelling out of an irrational fear or hatred of Jews who have big mouths.

I got the same treatment from featured speaker Alison Weir. I asked her if she would dialogue with me or had to lecture me. She insisted that she had to lecture me and then took extreme close-up pictures in my face until I called security. Ms. Weir is a contributing writer to David Duke's website with a history of spewing Jew and Israel hatred.

There was one pathetic youngster of Middle Eastern lineage who complained bitterly in one session that she had been banned from her paper at the University of Cincinnati based on her race. When asked what she had written for them, she proudly announced a very scholarly piece deny the Holocaust. Oy! There was also a session in which attendees were taught how to use the Birthright Israel program (intended to pay for the first trip to Israel of a Jewish youngster) to get free airfare to the Land of Israel and then to break away from the group to join up with the ISM and other Israel haters in terror strongholds in places like Ramallah and Shchem.

The school was in the grips of terror over losing Saudi money to tolerate free speech expressed by Jews. The vice president of communications, vice president for public safety, and vice president for student affairs were constantly shadowing us with a cadre of campus police. Although the event was justified based on values of free speech, Jews were physically prevented from participating. I violated not a single rule of conduct and hadn't even interrupted a speaker when I was banned for the aforementioned flag distribution.

Large, muscle-bound campus security blocked me from entering the building, one of whom had no name tag and would not give me his name. They were twitching to bust heads and had been very poorly prepared to deal with articulate and law abiding protesters. Let's add another event which should Never Happen Again. Never Again should any educational institution in the U.S. host such an anti-Semitic terror conference.

antisemitism, Georgetown, Israel, Jew, Media, PA, Palestinians, peace process, PSM
Posted by Jerry Gordon @ 8:11 pm |

## 11 Comments »

1. 

    You attended the conference to "protest, disrupt, and educate". While the first and the third reasons for attendance are fine, don't you think that the second is what made GU officials act harsh?

    I do remember seeing a JDL table at the event - so it wasn't as anti-Semitic as you purport.

    *Comment by sensible — February 20, 2006 @ 9:05 pm*

2. 

    > The vice-president for communications of the school Eric Smollson refused to explain his decision and brushed me off with a rude "have your publisher call me Monday." His eyes burned with hatred. I was also banned from sessions Sunday because I was seen distributing Israeli flags to the Survivors and Refuseniks who were so proud and pleased to see Jews standing up to the Wahabist agents. Some had tears in their eyes.

    It's spelled "**Eric Smulson,**" just so everyone knows who this individual is. I believe that he actually works for Dr. Porterfield, VP of communications. As for banning people from sessions for peacefully distributing flags and other literature, banning you from the indicated sessions makes Georgetown University's administration (collectively) a liar as shown here:

    http://explore.georgetown.edu/blogs/?id=12022

    > The student sponsors of the conference have determined that registration will be open to all members of the academic community and the public. **According to Georgetown policies, programs that are open to the public must be open to all,**

> **regardless of viewpoint.** The conference has been structured to require the participants to register. Anyone who wishes to register may do so, up to the capacity of the facilities in which the conference is being held. Georgetown staff members are working with the student organizers to ensure that there is a clear understanding, and proper implementation, of university policies concerning access, speech and expression at such events.

Georgetown's administration has been provided ample opportunity to tell me its side of the story (assuming that it has a side) as shown by a very long list of unanswered E-mails and telephone calls. Georgetown will now be assumed to have rested its case in the court of public opinion and I will be basing all further commentary on your reports and those of others who were on site.

Comment by *Bill Levinson* — February 20, 2006 @ *9:06 pm*

3.

Another psychotic account by an activist-wannabe journalist? Its quite clear from the entire column that the problem here was Mr. Finberg's intent to attack, berate and generally harass conference participants who were working nonviolently to end an immoral occupation. The standard behavior from such crackpots of being disruptive and "dialoguing" by getting into people's faces and yelling at them usually does result in a few run-ins with security. But if you care about the truth, don't let Finberg's less than honest "vile rhetoric" rile you.

Comment by *Baruch David* — February 20, 2006 @ *9:12 pm*

4.

Baruch, the conduct and demeanor of Georgetown's administration, along with the $20 million donation from Al-Waleed bin Talal, leads me to believe Mr. Finberg's account of what happened.

Comment by *Bill Levinson* — February 20, 2006 @ *10:27 pm*

5.

**According to the Jewish Telegraphic Agency:**

> [David] Sinkman [a law student at Georgetown Law Center] was one of a small number of pro-Israel Georgetown students to attend the conference. Jonathan Aires, chair of the school's spring pro-Israel festival, said that many pro-Israel students were not planning to attend. Instead, the university sponsored an open house for pro-Israel students on Saturday. Aires said 40 attended the informal event.
>
> Friedman lauded the Georgetown administration's efforts in making the atmosphere comfortable for Jews and the conference open to the public. "I think they did a very masterful, responsible job at every level in ensuring that Jews felt safe and secure in their membership in the Georgetown community throughout this time," he said.

**Source:** *At Georgetown divestment talks, advocates stress Jewish enlistment*, David J. Silverman (2/20/06)

So it seems Mr. Finberg, in typical JDL fashion, is lying.

*Comment by sensible — February 20, 2006 @ 10:59 pm*

6.

If you saw how the Georgetown gastapo stopped the elderly 'Russian Refuseniks' from entering the university Cultural center to get out of the cold and use the restroom facilities. They were escorted by the JDL. These gastapo campus security thugs threatened that if anyone attempted to get to the building they would be arrested. I know that if these were not 80+ year old folks, the JDL would have marched them through. Great restraint was exercised. Officers were asked to please have some compassion for the elderly people and that it would only be for about ten minutes so that they could get warm. The reply was "**THOSE people** *knew what they were getting into when they got to the campus". When the gastapo officers were asked for another loction for them to get warm for a moment, they refused to answer. The officers were not wearing name tags. There are photos of this. I guess the cultural center is intended for cultures other than Jewish. There are only two filthy dirty porto-potties at the enterance of the campus. How inhuman. The JDL had to convince the campus administration not to heard jewish holocaust era men and women into the make-shift ghetto style protest area. Even after they were allowed to assemble outside the gates, there were guards watching over them like they were some kind of threat. What a pathetic group of uniformed Jew haters. The Georgetown University administration should all be removed and replaced by real human beings.*

*Comment by Jim N — February 21, 2006 @ 12:22 am*

7.

"The officers were not wearing name tags. There are photos of this."

Is this a violation of Washington DC law? Usually, police officers are required to display badges or other identification. If laws were broken, charges should be filed against everyone involved.

*Comment by Bill Levinson — February 21, 2006 @ 1:52 am*

8.

There is a link to the photos of the security guards without name tags, one doesn't even wear a badge. http://jdl.org.il/

*Comment by jdnlegal — February 21, 2006 @ 6:42 am*

9.

GTN000490

f9

For your information. Not legal advice; I am not an attorney and I do not know if the following laws apply to any of the reported incidents. If, however, any peaceful demonstrator was ordered from a place where he or she had a right to be "under color of law" for exercising his/her Constitutional rights to protest peacefully or distribute literature (or flags), he/she might want to consult an attorney.

TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

> **If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States**, or because of his having so exercised the same; or
> If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
>
> They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

§ 242. Deprivation of rights under color of law

> Whoever, under color of any law, statute, ordinance, regulation, or custom, **willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States**, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

I am not sure how to read this; does the deprivation of rights have to occur because of the victim's color or race (e.g. blocking a Black person's access to a polling place or ordering him to leave a place where he has the right to be), or does this requirement apply only to the "different punishments, pains, or penalties" aspect? This is why a qualified attorney must review any allegations of deprivation of civil rights in the context of these laws or any other that might apply.

Plenty will be said about the Saudi money shortly.

GTN000491

f9

*Comment by <u>Bill Levinson</u> — February 21, 2006 @ <u>12:49 pm</u>*

10.

I stand by my statement in its entirety. I did not yell in anyone's face, I did not act in a disrespectful manner, and I did not challenge the law enforcement officers or University officials even though they repeatedly violated our Constitutionally protected rights of free speech and assembly. I was never warned that my behavior was close to crossing any lines. I was banned from the conference for giving Israeli flags to Russian Refuseniks and Holocaust survivors who had been hearded into a restricted area and insisted on protesting despite the cold and their age. I was denied my press pass becasue Eric Smulson saw me at the conference Saturday. There was no policy backing up his racists and illegal decision. The pins which have been displayed by others who photographed them on display included AK47s, bloody fists, red stars with hammers and sickels, and maps of Israel with the words Palestine from the river to the sea meaning the obliteration of Israel. I challenge anyone with any knowledge of American law to justify police brutality against an American citizen who yells "liar" in a conference. That just isn't the way we do things in this country. Those who have written about me personally have never met me and do not know me. I am a calm, soft spoken person. I do not scream, and I do not break laws (I can't afford to lose my law license). I tried to engage in intellectually honest conversations with anti-Zionists and was dismissed as a racist murderer. Be warned: The JDL is back in a new and improved package. We stand up for Jews and Israel with intellectual and physical strength and take steps to prevent the spread of Jew hatred to the limits of the law on a state by state basis. Our intelligence gathering is bigger and better than ever and our membership is stronger and better trained in self defense in all variety of armed and unarmed martial arts. Let me repeat, however; we are a law-abiding organization and work in cooperation with local, state, and federal law enforcement. You would be shocked at our collaboration just over the past 2 years. We don't take polls, we don't send letters to the editor, and we don't try to be politically correct. We have big mouths and the koach (strength) to back it up. Many in our leadership are active and retired law enforcement officers. The rules of the game have changed. I'm from the quieter, more cereberal side of the organization. Believe me haters of Jews and Zion, you do not want to tangle with the other side. We are watching you! Only thus, m

*Comment by Matt Finberg — February 21, 2006 @ <u>2:10 pm</u>*

11.

Matt wrote,

> I was banned from the conference for giving Israeli flags to Russian Refuseniks and Holocaust survivors who had been hearded into a restricted area and insisted on protesting despite the cold and their age. I was denied my press pass becasue Eric Smulson saw me at the conference Saturday. There was no policy backing up his racists and illegal decision.

Then Georgetown University's actions contradict the commitment shown below.

<u>http://explore.georgetown.edu/blogs/?id=12022</u>

GTN000492

f 9

The student sponsors of the conference have determined that registration will be open to all members of the academic community and the public. According to Georgetown policies, programs that are open to the public must be open to all, regardless of viewpoint. The conference has been structured to require the participants to register. Anyone who wishes to register may do so, up to the capacity of the facilities in which the conference is being held. Georgetown staff members are working with the student organizers to ensure that there is a clear understanding, and proper implementation, of university policies concerning access, speech and expression at such events.

Matt said,

Let me repeat, however; we are a law-abiding organization and work in cooperation with local, state, and federal law enforcement.

I agree entirely and I have often stated my own intention to destroy enemy organizations by legal and nonviolent methods. These include, for example, referring alleged misuse of 501( c)(3) tax-exempt money by PSM affiliate organizations to the Internal Revenue Service. I heard that the IRS is a lot less tolerant of *taqqiya* (Islamofascist doublespeak) than the media.

Also, here is a picture of the GU officers who were not wearing badges. Perhaps this also should be referred to law enforcement or regulatory agencies.
http://www.omdurman.org/pictures/gu_cop.jpg

Comment by Bill Levinson — February 21, 2006 @ 6:04 pm

---

RSS feed for comments on this post. TrackBack URI

## Leave a comment

You must be logged in to post a comment.

---

© 2005, 2006 by Domain Owner. Some Rights Reserved. All views expressed here are those of the author and do not necessarily represent the views of the site owner or the rest of its participants.

Israpundit is proudly powered by WordPress using a theme designed by David Allyn.

---

This blog is protected by Spam Karma 2. Don't even think about spamming it.



**Friends of Israel**

| List | | Rand |
| Prev | | Next |
| | Join Now | |

| | |
|---|---|
| JPost Sites: | JPost Store · JPost Travel · Dating · America's Voices · JPost Français · The Jerusalem Report |
| Sponsored Links: | Find a Lawyer · Car Hire · Car Donations · Donate Car · Donate Vehicle · Fundraisers & Fundraising Ideas · Diamond Earrings Bracelets · Israeli Poster Center · Upholstery fabric · Attorneys · Web Hosting Providers · Cheap whey protein reviews · Cheap protein supplements · Discount fabric · Order caviar online · Shopping · Prepaid Wireless and Phonecards · Fabric online · Intranet software · Jewish Books, Music & Software |
| | Wholesale Discounts · Student Jobs · Software Creation · Manage Your Team · Buy Gold Necklaces |
| Services: | Print Edition · JPost CD-Rom · Subscriptions · Print Classifieds · Online Classifieds · Careers · E-mail Edition · Archives · JPost Toolbar |
| JPost Guides: | Dating & Relationships · Coping with Tragedy |
| Information: | About Us · Feedback · Media Kit · Sales · Staff E-mails · Privacy Statement · Copyright |

© 1995 - 2006 The Jerusalem Post. All rights reserved.
About Us | Media Kit | Advertise with Us | Subscribe | Contact Us

GTN000494

f 3