# EXHIBIT 37

DEPOSITION EXHIBIT 21 Manicci

# PSM conference a Flop, thanks to the Jewish Defense League. Georgetown University exposed for anti-Semitism on campus

(Matthew Finberg, JDL) I and my JDL brother and sisters along with approximately 100 general supporters, Holcaust Survivors, and Russian Refuseniks attended this conference in order to protest, disrupt, and educate the attendees to distinguish between lies and truth about Jewish activity in the Land of Israel and the history of Jews in the Middle East since 1880.

 

JDL and other fellow Jews preparing to protest the PSM 'Terror Preparation Conference' from inside the make-shift ghetto style protest area

We were successful in interfering with several of their seminars, and got the cameras off the speakers and on us many times. PBS was there filming a documentary which will be shown in about 8-10 months. The rhetoric was vile, and the University behaved horribly toward us. They used excessive force to remove one of us (a 65 year old man with a cane and a heart condition) who demanded a yes or no answer on whether the panel would condemn homicide bombers.



[Jew]s refused to be placed in University make-shift ghetto protest [area. After] JDL leadership, University administrators finally allowed them [to protest] but still guarded by the security Gestapo. Below is an American Jew removed from campus property for refusing to enter the make-shift ghetto.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000496

I was banned from attending press events Sunday event though I had bona fide press credentials because I also had a paid-for participant pass. I was free-lancing for a local paper. The vice-president for communications of the school Eric Smollson refused to explain his decision and brushed me off with a rude "have your publisher call me." His eyes burned with hatred. I was also banned from sessions Sunday because I was seen distributing Israeli flags to the Survivors and Refusniks who were so proud and pleased to see Jews standing up to the Wahabist agents. Some had tears in their eyes. A young Jewish female student ran to us crying, thanking us for our presence because the Nuturei Karta had been so hateful to her as she merely walked through campus and asked who they were. To tell you the truth, the University Administration in hits heavy handed and unexplained expulsion of Jewish protestors who merely yelled out remarks were worse to deal with than the Muslim students.



Most of the participants and organizers were outside provocateurs and anarchists. Very few people young enough to be undergraduate were seen anywhere at the event. In fact, at Shabbat dinner, the Hillel students told us that they had a generally good relationship with Muslim students on campus and felt that outside troublemakers had come in to stir things up. They told us that there were no incidents of anti-Semitism or disrespect to Muslims. I was screamed at by one Caucasian woman of about 30 holding a baby who accused me of being a racist pig and the JDL of being a listed terror organization which

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000497

f3

had murdered people. As to the person charges, I calmly complained that she didn't even know me and should talk with
me if she'd like to know what I am. As to the JDL points, I explained that she was

misinformed and seemed to be yelling out of an irrational fear or hatred of Jews who have big mouths. I got the same treatment from featured speaker Alison Weir. I asked her if she would dialogue with me or had to lecture me. She insisted that she had to lecture me and then took extreme close-up pictures in my face until I called security. Ms. Weir is a contributing writer to David Duke's website and a vocal Jew and Israel hater.


**Elderly Jewish Russian Refusniks being denied access to the Georgetown University indoor Cultural Center to get a few minutes of warmth and to use the restroom facility by the campus Gestapo officers. Officers told us that there was no negotiation, either return to the protest area or get arrested. When asked to have some compassion, an officer replied "these people knew what they were getting into when they showed up".**

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN000498