# EXHIBIT 38



**Erik M. Smulson**

| | |
|---|---|
| From: | Robert Michael Murray [rmm8@georgetown.edu] |
| Sent: | Tuesday, February 21, 2006 7:42 AM |
| To: | Erik M Smulson |
| Subject: | Israpundit: Palestine Solidarity Movement Routed at Georgetown |

http://www.israpundit.com/2006/?p=183#more-183

'Palestine Solidarity Movement Routed at Georgetown'
Filed under: Front Page, Opinion, USA

by Bill Levinson

Civilization's defenders, including representatives of the Jewish Defense League, StopTheISM, and Hillel, won an overwhelming and decisive public relations victory over the Palestine Solidarity Movement at Georgetown University during the past weekend. The first-time use of aggressive and proactive tactics damaged the PSM's credibility and indeed the commitment of its members so badly that it is unlikely that this organization will ever hold another annual conference in North America again. It is not, however, time to stop and celebrate this crushing victory; we must now follow up with the public-relations equivalent of a pursuit to the death.

Before we begin, however, it is important to underscore the key lessons of this overwhelming victory:
(1) Conflicts, whether military or political, are won by offense and not defense. (We told you that before.)
(2) The overwhelming success of the methods that were used shows that any future PSM events can be turned into equally humiliating and catastrophic fiascos.

Now for what actually happened:

(1) The counterdemonstrations, humiliating and embarrassing questions to the PSM speakers, and targeted literature were so effective that, on the second day of the conference, most of the Palestine Solidarity Movement information tables were unmanned while the busiest information tables were owned by the Jewish Defense League. It seems that people find the TRUTH (as presented in the literature the JDL was handing out) far more interesting than taqqiya and preowned bull food.

(2) The International Solidarity Movement did not succeed in getting a single recruit from the following event:

    Supporting Palestinian Non-Violent Resistance to Occupation: Volunteering with
    the International Solidarity Movement (ICC 103)
    Huwaida Arraf, co-founder, International Solidarity Movement, with Joe Carr, Lisa Nessan,
    and Dave Reed, International Solidarity Movement volunteers

Furthermore, it is reported that Joe Smith aka Joe Carr, who was present when Rachel Corrie was killed and whose apparent priority was to take pictures instead of trying to save her life, made himself very scarce during the event. Perhaps he had a serious problem with our revelations about his inactions and subsequent comments.

    Joseph Smith, who was present when Corrie died and whose highest priority was apparently to take pictures, said "The spirit that she died for is worth a life. This idea of resistance, this spirit of resisting this brutal occupying force, is worth anything. And many, many, many Palestinians give their lives for it all the time. So the life of one international, I feel, is more than worth the spirit of resisting oppression." (http://www.freepalestinecampaign.org/Stranger article.htm, a source friendly to the Palestine Solidarity Movement) He did not, however, feel strongly enough about this to kneel in front of the "Caterkiller" bulldozer himself, though.

It is easy enough to see why Joe Carr aka Joe Smith hid in a hole somewhere with this sort of material posted online and flying around the conference as well- and believe us, he and

49

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

his cohorts are going to be getting a lot more of the same during the next several months- and why his cohorts might have quickly made themselves scarce as well. We can envision Georgetown students who were thinking of volunteering for the ISM only to learn that ISM's leaders consider it useful to get people like them killed to make propaganda turning very hostile to the International Solidarity Movement's cause.

We can imagine that Alison Weir also was humiliated soundly by reminders of her association with David DuKKKe, who gave one of her articles a glowing introduction on his Web site. We have awarded Ms. Weir an honorary sheet and hood in case Mr. Duke forgot to provide them. We also had some fun with the conference organizers with what is known as "mocking propaganda" while, lest we forget Huwaida Arraf's open endorsement of terroristic violence,

Huwaida Arraf
and we don't intend to let the public forget either.

(3) Hillel also had an information table at the conference. Despite militant Palestinians' history of physical assaults on peaceful counterdemonstrators in the past, the Jewish Defense League's presence apparently served as a deterrent to the Typical Palestinian Behavior
(TPB) that took place at Concordia University in 2002 and also at San Francisco State University in 2002. The JDL's presence allowed Hillel to pass out its information and make its position known without being subjected to the TPB that took place at San Francisco State University and Concordia University.

In summary, then, the rout of the Palestine Solidarity Movement was so complete and catastrophic that:
(1) It was totally unsuccessful in recruiting human shields for the International Solidarity Movement
(2) At least one of its prominent leaders, Joseph Smith aka Joseph Carr, was unwilling to show his face
(3) Its personnel abandoned their information tables on the second day
(4) As shown by a picture on Fadi Kiblawi's site Kabobfest, the auditoriums in which they held their events were mostly empty even on the first day.

PSM's huge turnout
Note that several of the attendees were JDL members, and this picture shows just how little interest there was in the Palestine Solidarity Movement's hatefest. Even Big Brother knew enough to limit the Two Minutes Hate to two minutes because even brainwashed and mindless drones get bored with hate after a while.

In summary, what happened to the Palestine Solidarity Movement last weekend was an unprecedented public relations catastrophe, and it was inflicted by proactive and aggressive public relations tactics as opposed to passive and defensive ones.

Now is not, however, the time to stop and celebrate. It is a very basic military concept that an army sustains most of its losses not in the battle but in the retreat- or rout- that follows, when the victor is free to pursue the fugitives and cut down anyone who won't surrender. It is said that the renowned Russian marshal Aleksandr V. Suvorov (1729-1800, 63 victories and no losses) came upon a subordinate commander who had failed to pursue a broken and fleeing enemy to the death. Upon demanding an explanation he was told, "Sir, pity stayed my hand." "Pity? Pity for a fleeing enemy?" demanded the marshal furiously. "No, Sir! It was a pity that I had no fresh cavalry!"

We also must exploit this situation to the utmost with the public relations equivalent of a pursuit to the death. There must be no respite, no relenting, and no letup until this terrorist-supporting hate cult is scattered to the four winds and its remains thrown upon the ash heap of history. The PSM must be attacked repeatedly and aggressively, and in every possible forum and on every possible issue. These include but are not limited to:

(1) Proven advocacy of terroristic violence
(2) Association with terrorists and safe house assistance to terrorists (Susan Barclay)
(3) Rachel Corrie
(4) Support for a regime that oppresses Christians, degrades and humiliates women, and persecutes and kills gay people
(5) Alleged misuse of 501(c)(3) tax-exempt money by ISM/PSM's support organizations such as the Middle East Children's Alliance and the Brecht Forum. (If we cut their funding, we

50

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001063

put an end to them.)
(6) Breaking the commitment of the rank-and-file: eminently successful at Georgetown as shown by the fiasco of the ISM recruiting event Technorati International Solidarity Movement, Jewish Defense League, Opinion, Palestine Solidarity Movement, StopTheISM, USA
Posted by Bill Levinson @ 1:39 am |

--

Robert Michael Murray
Director of Technology Strategy and Development
Georgetown University | Office of Communications
p: +1 202 687-4328   f: +1 202 687-8992
e: rmm8@georgetown.edu   url: http://www.georgetown.edu/

51

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001064