# EXHIBIT 39

March 06, 2006

Federal Bureau of Investigation (FBI)
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, DC 20535

William D. Maniaci
4545 Park Rose Circle
Reno, NV 89502-7752
(H) 775 857-2027
(C) 775 742-0407

Dear Sir/Madam,

I wish to file a criminal complaint, the details of which are attached. At this time, the only offense under investigation by the MPD (Detective Scott Emmons, 202 282-0042) is an assault to my person, CCN: 023-016. I was advised by Detective Emmons that he is only interested in this particular crime, and that any other crimes that I wish to file complaints about must be initiated by me, again. Please consider this letter as such a complaint.

I was the victim of a crime while participating in a "Palestinian Solidarity Movement" in Washington D.C. on February 18 and 19. The event which was open to the public but required registration and a fee of $10.00 was nothing less than a meeting of terrorists and their sympathizers to promote and encourage divestment from Israel and to vilify the United States, Israel, and members of the Jewish faith. If you will read the complaint that I am forwarding to the Police Department and others, you will note that I was beaten for asking a question during an open panel discussion. My question was: "Do you support the use of suicide bombers to murder innocent Israeli Civilians, - women and children?" For this, I was removed violently from the hall where the panel was speaking. Freedom of speech at Georgetown University does not apply to Jews.
I am asking you to review my statement and to initiate your own investigation into the incident at Georgetown University and to determine what relationship that institution has to Saudi money.

I and other Jews, around 75 in all and mostly senior citizens, along with some Holocaust survivors, were mistreated, degraded, humiliated, and placed in pens under guard at the hands of the Georgetown University Campus Police. These ill trained thugs were under the direct supervision and orders of members of the Faculty and Staff of the University, who would not even allow the old and frail to use the bathroom facilities there. Please take the time to also look into the ISM (International Solidarity Movement), which is a front for the support of Hamas. This is the group that was in charge of the conference itself, along with the Georgetown chapter of the PSM (Palestinian Solidarity Movement) a sub entity of the ISM.

Not only did they refer to Israel as a "pariah" state, which was practicing "apartheid"; the United States as the aggressor in the Middle East and murdering innocent Arabs, they were attempting to recruit our young and impressionable students to travel to Israel, cross over into the palestinian controlled to be used as human shields by Hamas, and for propaganda against the U.S., and Israel. I am urging you to investigate the activities of these groups who are suborning terrorism on college and university campuses across the United States while hiding their agenda behind the First Amendment.

Sincerely,
Bill Maniaci

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001663