# EXHIBIT 40

U.S. Department of Justice
United States Attorney

# Notice to Close Legal Case File

## INSTRUCTIONS

| | |
|---|---|
| Section I. | Self explanatory |
| Section II. | Each closed case must be reviewed to determine if either or both criteria in Item 1 apply. If not, check the appropriate block in Item 2. |
| Section III. | Check the method(s) closed. |
| Section IV. | An Assistant U.S. Attorney must certify the accuracy of the disposition review (Section II) and the method(s) closed (Section III) for each closed case. |

## Section I: GENERAL

Division: Criminal    Section: FMC    Case No. 2006R01793

Case Title:

## Section II: DISPOSITON

1. Recommend permanent retention by the National Archives 30 years after close of case because this issue:

   [ ] Had an impact on a statute, rule, regulation, or law enforcement policy, e.g., set a precedent.

   [ ] Received local, regional or national media attention, or the interest of a Congressional committee or the Executive Office of the President, or widespread public interest.

2. This closed case does not meet any of the above criteria for permanent retention. Disposition is as follows (select one).

   [✓] This case involves no sentence, or a sentence of 10 years or less, including special parole/supervised release. Destroy 10 years after close of case.

   [ ] This case involves a sentence of more than 10 years, including special parole/supervised release. Destroy ____ years after close of case (length of sentence/parole/supervised release plus one year).

   [ ] This case involves a life sentence. Destroy 65 years after close of case.

3. [ ] This is a debt collection record maintained separately from the litigation case. Destroy six years after close of debt collection case.

## Section III: METHOD(S) CLOSED

| CIVIL | CRIMINAL | COLLECTIONS |
|---|---|---|
| [ ] Judgment for U.S. | [ ] Conviction | [ ] Debt Paid in Full |
| [ ] Judgment for Opposing Party | [ ] Acquittal | [ ] Partial Payment of Debt |
| [ ] Settlement | [✓] Declination | [ ] Amount Collected |
| [ ] Necessary Action Taken | [ ] Judical Transfer to: _____ | [ ] Uncollectible |
| [ ] Other: _____ | [ ] Other: _____ | |

GTN003736

## Section IV: CERTIFICATION

I certify that the disposition review (Section II) and the method(s) closed (Section III) are accurate.

_____ (Signature of Assistant U.S. Attorney)    11/8/06  Date

Previous editions are obsolete

FORM USA 207
Revised June 2000