# EXHIBIT 41

DEPOSITION EXHIBIT
14
Marzaei

## Media Information Packet

# Fifth Annual Conference
## of the
# Palestine Solidarity Movement

*Georgetown University / February 17-19, 2006*

www.PalestineSolidarityMovement.org

### CONTENT

- Spokespeople ........................................................................... 2
- Media Policy ............................................................................. 2
- Media Schedule ........................................................................ 3
- PSM points of Unity ................................................................. 5
- Code of Conduct ....................................................................... 5
- Conference Press Releases ...................................................... 6
- Frequently Asked Questions ................................................... 8
- Reference Article .................................................................... 10

5th *PSM Conference*                                                                 *February 17-19, 2006*

# Spokespeople

**Nadeem Muaddi**
*PSM Spokesperson*
(484) 431-7432

    *Nadeem Muaddi holds an MA in Political Science (International Relations) from Temple University, and is co-founder of his university's chapter of Students for Justice in Palestine.*

**Bayann Hamid**
*Georgetown University Students for Justice in Palestine Spokesperson*
(202) 460 – 8865

    *Bayann Hamid is a third year student of International Affairs at Georgetown University, a student activist, and president of her university's PSM conference host group: Students for Justice in Palestine.*

# Media Policy

- The PSM conference is open to the general public. Georgetown University and PSM have agreed that no one will be turned away due to his/her political beliefs. We are required to allow even those who actively oppose our goals and principles into the conference. Media are expected to take note of this and NOT attribute the speech of conference attendees to the organizing committee of the PSM. Mr. Muaddi and Ms. Hamid are always available if any clarifications are necessary.

- Registered media may only attend events and workshops designated for media coverage. For a list, see the enclosed Media Schedule.

- All media must comply with Georgetown University's Free Speech and Expression Policy.

- Media may bring audio recording devices into the Intercultural Center (ICC) building, but no video cameras are permitted in the building. Video recording devices are permitted in Gaston Hall only.

- Four separate Palestine Solidarity Movement Conference Workshops (please refer to the Conference Schedule), which are being held on the 1st floor of the Bunn Intercultural Center (ICC), will be open to all registered media. In order to respect the nature and purpose of the workshops, we ask that NO video or audio recording devices, including photographic equipment or other electronic devices of any sort, be brought into these designated workshops. The two speakers' panels, which are being held in Gaston Hall, will be open to registered meia who will be allowed to use audio and video recoding devices, including photographic equipment.

*5th PSM Conference*                                                                 *February 17-19, 2006*

## Media Schedule

The below workshops, panel discussions, and events are open for media coverage.

### Saturday

8.00-9.00a    Registration/Check-In *(Healy Hall)*

9.00-9.30a    Press Conference – for registered Media representatives
              *(Healy Hall, Room 106)*

9.30-11.00a   Speaker panel: The Status of the Divestment Movement
              *(Gaston Hall)*

              A survey of the diverse calls for Divestment emanating from local,
              national, international, and Church-based supporters of Palestinian rights

              Will Youmans, (Moderator) columnist with *Arab-American News*.
              Divestment activist and Palestinian Hip-Hop artist.

              Sue Blackwell, British academic, University of Birmingham.
              Led the Association of University Teachers (AUT) boycott of Israeli
              academic institutions in the spring of 2005.

              Philip Farah, Senior economist and former instructor at the Lutheran
              School of Ramallah and Birzeit University. Active in the Presbyterian
              Church-USA campaign of divestment.

              Noura Erekat, a New Voices fellow and National Grassroots Organizer
              and Legal Advocate for The US Campaign to End the Israeli Occupation.

### Saturday Workshops

11:45a-1.00p  Why Divestment? Why Now? *(ICC 115)*
              *Ali Abunimah*, esteemed writer and co-founder of The Electronic Intifada
              news service, and *Mohammed Abed*, lecturer in the Department of
              Philosophy at the University of Wisconsin-Madison.

2.15-3.30p    Case Studies in Divestment: The Caterpillar Campaign and the
              University of Wisconsin *(ICC 107)*
              *Kymberlie Quong Charles*, The US Campaign to End the Occupation and
              *Fayyad Sbaihat*, the University of Wisconsin Divest from Israel Campaign

---

*Georgetown University, Washington DC*                                                      3/16

M 000112

*5th PSM Conference*             *February 17-19, 2006*

---

3.45-4.45p    **Christian Outreach: A Moral Call to Action** *(ICC 115)*
*Nadeem Muaddi*, Temple University Students for Justice in Palestine, and *Maher Bitar*, Georgetown University Students for Justice in Palestine

5.00-6.00p    **Arts and Activism: Developing a Culture of Activism** *(ICC 115)*
*Iron Sheik* (a.k.a Will Youmans), Palestinian hip-hop artist and divestment activist

8.00-9.00p    *Community Address:* **Ali Abunimah**, co-founder The Electronic Intifada *(Sellinger Lounge, Leavey Center)*

## Sunday

11.00-12.00p   Speaker Panel: **Carrying the Movement Forward** *(Gaston Hall)*
A look into the present and future challenges and strategies of the Divestment Movement

                **Omar Barghouti**, writer and independent political analyst, has been an instrumental figure in the Palestinian Campaign for the Academic and Cultural Boycott of Israel, as well as the broader Palestinian Call for Boycott, Divestment and Sanctions (BDS).

                **Mohammed Abed**, lecturer in the Department of Philosophy at the University of Wisconsin-Madison. Activist with the University of Wisconsin Divest from Israel Campaign.

4.00p         Closing Action

---

*Georgetown University, Washington DC*            4/16

M 000113

*5th PSM Conference*          *February 17-19, 2006*

## PSM Points of Unity

In order for an organization to join the PSM, and participate in its organizational decision-making, it must agree to all five of the following points:

1. End the Israeli occupation of Palestine
2. Equality under the law for Palestinians living in Israel
3. Right of Return for Palestinian refugees
4. Opposition to all forms of oppression (Racism, Sexism, Homophobia, etc.)
5. Divestment is our tactic of resistance

## Conference Code of Conduct

Since this conference is intended to be an arena for movement-building by PSM activists, conduct at the conference affects the movement as a whole. This code of conduct is not meant to work as censorship, but rather is intended to provide assurance that all in attendance are committed to contributing towards realizing the productive spirit of the PSM conference.

*By registering for the 5th Annual PSM Conference, I agree not to engage in disruptive behavior – visibly, physically or audibly – by obstructing the space of the sessions, standing in the way of conference registrants or speakers, shouting over others, or attempting to derail productive movement-building conversation with hate speech.*

Those in violation of the above statement will be asked to leave the conference.

## Conference Press Releases

FOR IMMEDIATE RELEASE

### Palestine Solidarity Movement to Hold its Fifth Annual Divestment Conference at Georgetown University, February 17-19, 2006

Washington, DC, December 23rd, 2005 – The Palestine Solidarity Movement (PSM) announced today that its fifth annual conference will be held February 17th through 19th at Georgetown University in Washington, DC. The annual conference comes to Georgetown's campus, which possesses a Catholic and Jesuit identity, on the heels of a series of bold initiatives taken by the decision-making bodies of various Christian denominations to consider the use of divestment as a tactic to non-violently influence a just resolution to the Israeli-Palestinian conflict. The event will be hosted by Georgetown University's Students for Justice in Palestine (GU-SJP) on behalf of PSM, a coalition of North American organizations dedicated to implementing divestment and boycott strategies as a component of human rights activism in order to realize both equality and justice for all people residing within Israel/Palestine.

"Bringing the annual conference to our nation's capitol is a natural step for our movement, and one that expresses the fact that divestment from Israel has become an issue of national prominence", said Nadeem Muaddi, a spokesperson for PSM. "Because Palestinians, like all people, are an equal component of international civil society, they deserve to live free of subjugation to a state sanctioned and institutionalized system of apartheid. Our aim is to realize this goal by calling attention to both Israel's discriminate policies and the non-violent channels through which they may be overcome."

"I can think of no more fitting place for this conference than the city in which the Reverend Martin Luther King, Jr. led his historic 1963 march in support of the idea that all human beings deserve to be treated as equals", said Bayann Hamid, speaking on behalf of GU-SJP. "Whether manifested in the form of a brutal military occupation or in the existence of more than twenty laws in Israel that discriminate against persons of non-Jewish descent, racism is and always has been at the heart of this conflict. Divestment, which helped bring about the end of the Apartheid regime in South Africa, represents our best hope for ending the cycle of violence and hatred and ushering in a new era of freedom and reconciliation between peoples."

The Washington, DC location is expected to facilitate the largest conference yet held by PSM, at which hundreds of activists, whether based in churches, universities, NGOs, or community groups, will come together to shape strategies and develop grassroots organizing skills. "This conference will serve as a forum for discussing the ways in which our movement can continue to build upon the tremendous momentum it has acquired as a result of the courageous steps recently taken by a number of prominent religious and civil organizations to consider divestment", said Muaddi. "We believe strongly that justice and peace are attainable, and this conference is intended to lead us one small step closer to realizing that goal.

M 000115

*5th PSM Conference*                                                                                  *February 17-19, 2006*

## FOR IMMEDIATE RELEASE

### Palestine Solidarity Movement Announces Program for Divestment Conference

Washington, DC, February 1st, 2006-- Quickly approaching the February 17-19 date of its Fifth Annual Student Conference at Georgetown University (GU), the Palestine Solidarity Movement (PSM) announced today that its 2006 convergence will focus primarily upon skills-training for emerging divestment activists and campaign development for existing Palestine solidarity organizations. The PSM is the largest North American coalition of students, professionals, as well as religious and community groups advocating the implementation of boycott and divestment strategies in order to peacefully oppose Israeli human rights violations of the Palestinian people.

According to PSM Spokesperson Nadeem Muaddi, "The goal of divestment is to pressure the state of Israel to comply with international law so that the Israeli-Palestinian conflict is resolved in such a way that justice is not compromised."

Confirmed speakers include: **Sue Blackwell**, British academic who led the Association of University Teachers (AUT) boycott of Israeli academic institutions earlier this year; **Ali Abunimah**, esteemed writer, commentator on Middle East affairs, and co-founder of The Electronic Intifada news service; as well as **Philip Farah**, Senior Economist and former instructor at the Lutheran School of Ramallah and Birzeit University; and **Mohammad Abed**, lecturer in the Department of Philosophy at the University of Wisconsin-Madison and activist with UW Divest from Israel Campaign.

Bayann Hamid, spokesperson for GU Students for Justice in Palestine, this year's PSM host group stated that in addition to the aforementioned presenters, "we're also expecting a prominent activist from Palestine to address the attendees." Conference organizers made the decision not to release this activist's name for fear of any backlash or harassment that he/she may face from Israeli occupation forces that restrict the daily movement of Palestinians in the West Bank. "The Israeli government places a great deal of obstacles in the way of outspoken Palestinians wishing to leave or return to their homeland", added Hamid.

The event is open to the public and all students and community activists are encouraged to attend. A minimum donation of $10.00 is required to register. For more information: www.palestinesolidaritymovement.org.

M 000116

## Frequently Asked Questions

Q: What is the Palestine Solidarity Movement? A: The Palestine Solidarity Movement (PSM) is an umbrella group of Palestine-related groups, primarily on campuses, across North America. The first conference of the movement took place at UC-Berkeley in February 2002.

Q: What campaigns and tactics does the PSM endorse? A: The PSM endorses divestment from Israel, ending U.S. aid to Israel, and the Right of Return of Palestinian refugees in accordance with U.N. resolutions and international law as its campaigns. Divestment itself and ending economic relations with Israel are the PSM's tools of choice. We also endorse education, public demonstrations and rallies, and non-violent direct action for the purpose of encouraging awareness of Palestine issues and of the above campaigns. PSM supports Israeli and Palestinian efforts for justice and peace.

Q: What is Divestment? A: Divestment is a peaceful political tool developed during the anti-apartheid student movement to exert pressure on the apartheid South African government. Students found out that their universities had investments in companies that had a business and military relationship with the apartheid regime and helped fund its oppression of the native population. The movement was successful as it significantly contributed to the fall of the apartheid regime.

Q: Why has the PSM decided to use divestment as a strategy? A: The PSM is committed to taking a proactive role in ending the suffering of the Palestinian people. We chose divestment because of its peaceful and non-violent nature. Recognizing the similarities between Israel and the apartheid South African government, and recognizing the success and effectiveness divestment had as a tool of the anti-apartheid movement, we decide to employ divestment as a tool once again.

Q: What are the goals of the PSM conference? A: The primary goal of the conference is for the members of the Palestine Solidarity Movement to come together to communicate, strategize, learn, and speak to each other. The conference is traditionally where new campaigns are adopted, and new tactics and methods are endorsed. It is an opportunity for students, activists, and their organizations from across North America to learn from each others' experience.

Q: Who makes decisions regarding the conference? A: There is a national organizing structure made up of representatives of the member student and activist organizations who make all required decisions regarding the conference. Decisions are made in a democratic, egalitarian manner, and membership is open to all groups that agree to abide by the voting guidelines of the Palestine Solidarity Movement.

Q: Who is the conference open to? A: Any person who completes the registration form. The conference is open to anyone who abides and conforms to the conference's regulations and code of conduct.

Q: Who should media inquiries be referred to? A: All media inquiries should be directed to the media committee. Only conference spokespersons listed on the conference website are empowered to make statements on behalf of the conference. Media personnel wishing to attend the conference should register on the website.

Q: Was "Kill the Jews" chanted at a PSM conference? A: No, this is a fabrication. This claim is also contradicted in a letter to the Michigan Daily Newspaper by Ed Willis, the Dean of Students at the University of Michigan-Ann Arbor. "I also heard an extraordinary depth of understanding about international issues. I heard people debating strongly held beliefs with civility and respect. What I did not hear – nor did any of my colleagues who were in attendance at all the activities of the weekend – were any outbursts of hate speech or threats of violence." Mr. Willis wrote.

Q: Is the PSM part of the ISM? A: The PSM is a completely separate organization from the International Solidarity Movement (ISM). The ISM consists of international volunteers who travel to the West Bank and Gaza to conduct non-violent, direct action to help the Palestinians go about their daily life. The website of the ISM is http://www.palsolidarity.org.

Q: Does the PSM support terrorism? A: The PSM does not support or endorse terrorism. We employ peaceful, non-violent tactics to bring to an end the violence and organized terror inflicted on the Palestinian people by the Israeli government, as it is being funded by US tax money.

Q. Did Rutgers University administration cancel the third conference of the PSM? A: Before Rutgers University decided to cancel the conference by over a month, the organizing committee took a logistical decision to change the venue of the conference to Ohio State University. The Rutgers administration canceled the conference on logistical grounds after the organizing committee of the PSM stopped planning at Rutgers and coordinating with its administration.

Q: Is the PSM anti-Semitic? A: No. Many organizers of the PSM are Jewish and/or Israeli, and proudly identify as such. Judaism is a religious and cultural identity that cannot and should not be conflated with Zionism, a modern political ideology that argues for a Jewish state in Palestine. Zionism does not represent the political outlook of all Jews in the world, nor does it represent the predominant viewpoint of all Jews throughout history. Criticism of the state of Israel and its policies or questioning the concept of a "Jewish state" is not in and of itself anti-Jewish or anti-Semitic. Because Israel's illegal occupation and oppression of the Palestinian people has proven to be damaging to both Palestinian and Israeli societies, our work is of a crucial import to both peoples. Those who allege that we are anti-Semitic do so in order to stifle debate around the very issues that Jews and Palestinians most need to be discussing. The PSM rejects any form of hatred, discrimination, or bigotry against any group or individual based upon race, ethnicity, religion, gender, or sexual orientation.

Q: Why do we believe that Zionism is a racist ideology? A: Zionism is a political ideology that is built on ethnic discrimination and is dependent on the dispossession of another group. Much in the same way the apartheid regime in South Africa diverted resources based on race and prevented access of the native population to their own country's resources and free movement, Zionism calls for the appropriation of the Palestinian lands to Jewish immigrants wishing to attain a new residence in Palestine. Palestinians are being denied access to their land and its resources, such as water, and their daily life is being systematically disrupted.

M 000118

*5th PSM Conference* *February 17-19, 2006*

# Reference Articles

CounterPunch, January 24, 2006

*Parallels with South Africa*

The Growing Israel Divestment Movement

By Will Youmans and Nadeem Muaddi

The Palestine Solidarity Movement (PSM) recently announced it is holding its fifth annual divestment conference at Georgetown University in Washington DC during the weekend of February 17-19, 2006. A broad based grassroots movement, the PSM advocates the divestiture of financial holdings from companies maintaining business and/or military relationships with the state of Israel.

Estimating that delegates representing over one hundred North American civil, student, professional, and religious organizations will be in attendance, PSM organizers expect this event to be the largest and most successful PSM conference to date.

While previous conferences held at the University of California, Michigan, Ohio State, and Duke focused primarily upon the reasons for which divestment is a moral imperative and a pragmatic path to peace, PSM organizers formatted this year's conference to center on skills-training and movement-building.

Initiated in 2001 by University of California's (Berkeley) *Students for Justice in Palestine* (SJP), divestment campaigns not only took campuses across the country by storm, but also sparked a global movement based upon the promotion of economic disengagement from Israel. Such economic sanctions, PSM activists assert, shall remain in place until Palestinian human rights are incorporated in a just solution.

A just solution requires the Israeli government to adhere to relevant international law demanding the decolonization of Palestinian lands, and implementing Palestinian refugees' Right of Return. In sum, the reasonable interpretation of these laws amounts to the dismantling of Israel's system of apartheid rule – the end goal of divestment activists. So long as national governments fail to implement the necessary steps, divestment activists will press local and regional institutions to lead the way to peace.

PSM's mission was furthered by several important victories. On April 17, 2003, Michigan's Wayne State University Student Council voted to divest from all companies operating in Israel. The University of Michigan, Dearborn's student government also passed a divestment resolution.

*5th PSM Conference*                  *February 17-19, 2006*

In 2004, the Presbyterian Church (PCUSA), in its entirety, voted to implement measures of economic engagement – applying the principles of morally responsible investing for the purpose of scrutinizing companies that abet and profit from Israel's illegal occupation. In 2005 the largest union of professors and teaching staff in Wisconsin passed a resolution calling on the University of Wisconsin to divest.

The movement's most recent positive developments, however, came only weeks ago when the regional council of the Sør-Trøndelag in Norway honored the appeal of 170 Palestinian groups. The board of officials heeded the NGO's call for worldwide intervention through a strategy of Boycott, Divestment and Sanctions (BDS) by passing motions calling for the boycott of Israeli goods. Interestingly, the same Norwegian board was one of the first to implement economic measures against South Africa's apartheid regime decades earlier.

Commenting on these recent triumphs, Bayann Hamid, PSM Spokesperson and executive board member of Georgetown's SJP, declared "It's great to see so many organizations taking a stand for justice. Apartheid was not tolerated in South Africa, and nor will it be accepted in Israel/Palestine."

As organizers of the PSM conference point out, the "apartheid formula" is "control plus territorial confiscation plus separation equals apartheid." Through the use of checkpoints, roadblocks, and city-wide curfews, Israel controls the daily movement and freedom of the Palestinian people. Furthermore, its separation wall puts half of the West Bank on the Israeli side. Meanwhile, illegal Jewish settlers in the West Bank face none of the restrictions that Palestinians do – this, by definition, is apartheid. The Israeli vision of peace is the same as the Afrikaner's: separation from and subjugation of the natives.

However, in divestment debates that made the pages of the *New York Times*, many of the movement's antagonists claim that there is no comparison between Israel and South Africa's apartheid regime. According to this camp, Israel is a morally superior democracy fighting against hatred and terrorism. Expounding upon this claim, Morton Klein, National President of the Zionist Organization of America, stated in an August 2004 "action alert" that "[t]he Arabs, not Israel, are promoters of apartheid."

Though American supporters of Israel and Israelis don't get it, many South Africans see the parallels.

Archbishop Desmond Tutu, Nobel Prize winner and famed anti-apartheid activist, connected the South African and Palestinian experiences: "If I were to change the names, a description of what is happening in the Gaza Strip and the West Bank could describe events in South Africa."

He is not alone. In 2001, 30,000 to 50,000 South Africans took to the streets of Durban to march in support of the Palestinian people. While many of the Palestine Solidarity Movement's detractors deny the significance of this relationship, it is, in fact, historically

impossible to do so. During the anti-Apartheid movement, the PLO was aligned with Nelson Mandela and the African National Congress. Israel, on the other hand, sided with the Apartheid regime.

Utilizing these facts, the PSM modeled its movement on similar efforts by South African solidarity campaigners in the 1970's and 80's. They sought to end financial linkages between their universities and the Apartheid state. If equality came to South Africa, then it can to Israel-Palestine.

The February conference will offer attendees practical skills training and drop-in divestment consultation in order to give activists a solid grasp of the divestment strategy.

"What makes this year's conference so unique is that activists will be given the opportunity to begin working on their divestment campaigns while in attendance," Hamid explained. This will, no doubt, strengthen their movement-building efforts.

The PSM's conference is open to the public and all students and community activists are encouraged to attend. A minimum donation of $10.00 is required to register.

For more information on the conference: www.palestinesolidaritymovement.org

Will Youmans is a divestment activist. Visit his blog at www.kabobfest.com

Nadeem Muaddi is a spokesperson for the PSM. Email: Nadeem_Muaddi@yahoo.com

*5th PSM Conference*             *February 17-19, 2006*

The Nation, July 15, 2002

## Against Israeli Apartheid

By Desmond Tutu & Ian Urbina

The end of apartheid stands as one of the crowning accomplishments of the past century, but we would not have succeeded without the help of international pressure--in particular the divestment movement of the 1980s. Over the past six months a similar movement has taken shape, this time aiming at an end to the Israeli occupation.

Divestment from apartheid South Africa was fought by ordinary people at the grassroots. Faith-based leaders informed their followers, union members pressured their companies' stockholders and consumers questioned their store owners. Students played an especially important role by compelling universities to change their portfolios. Eventually, institutions pulled the financial plug, and the South African government thought twice about its policies.

Similar moral and financial pressures on Israel are being mustered one person at a time. Students on more than forty US campuses are demanding a review of university investments in Israeli companies as well as in firms doing major business in Israel. From Berkeley to Ann Arbor, city councils have debated municipal divestment measures.

These tactics are not the only parallels to the struggle against apartheid. Yesterday's South African township dwellers can tell you about today's life in the occupied territories. To travel only blocks in his own homeland, a grandfather waits on the whim of a teenage soldier. More than an emergency is needed to get to a hospital; less than a crime earns a trip to jail. The lucky ones have a permit to leave their squalor to work in Israel's cities, but their luck runs out when security closes all checkpoints, paralyzing an entire people. The indignities, dependence and anger are all too familiar.

Many South Africans are beginning to recognize the parallels to what we went through. Ronnie Kasrils and Max Ozinsky, two Jewish heroes of the antiapartheid struggle, recently published a letter titled "Not in My Name." Signed by several hundred other prominent Jewish South Africans, the letter drew an explicit analogy between apartheid and current Israeli policies. Mark Mathabane and Nelson Mandela have also pointed out the relevance of the South African experience.

To criticize the occupation is not to overlook Israel's unique strengths, just as protesting the Vietnam War did not imply ignoring the distinct freedoms and humanitarian accomplishments of the United States. In a region where repressive governments and unjust policies are the norm, Israel is certainly more democratic than its neighbors. This does not make dismantling the settlements any less a priority. Divestment from apartheid South Africa was certainly no less justified because there was repression elsewhere on the African continent. Aggression is no more palatable in the hands of a democratic

---

*Georgetown University, Washington DC*          *13/16*

M 000122

power. Territorial ambition is equally illegal whether it occurs in slow motion, as with the Israeli settlers in the occupied territories, or in blitzkrieg fashion, as with the Iraqi tanks in Kuwait. The United States has a distinct responsibility to intervene in atrocities committed by its client states, and since Israel is the single largest recipient of US arms and foreign aid, an end to the occupation should be a top concern of all Americans.

Almost instinctively, the Jewish people have always been on the side of the voiceless. In their history, there is painful memory of massive roundups, house demolitions and collective punishment. In their scripture, there is acute empathy for the disfranchised. The occupation represents a dangerous and selective amnesia of the persecution from which these traditions were born.

Not everyone has forgotten, including some within the military. The growing Israeli refusenik movement evokes the small anticonscription drive that helped turn the tide in apartheid South Africa. Several hundred decorated Israeli officers have refused to perform military service in the occupied territories. Those not already in prison have taken their message on the road to US synagogues and campuses, rightly arguing that Israel needs security, but that it will never have it as an occupying power. More than thirty-five new settlements have been constructed in the past year. Each one is a step away from the safety deserved by the Israelis, and two steps away from the justice owed to the Palestinians.

If apartheid ended, so can the occupation, but the moral force and international pressure will have to be just as determined. The current divestment effort is the first, though certainly not the only, necessary move in that direction.

*5th PSM Conference*                                                                *February 17-19, 2006*

The Hoya, January 24, 2006

## Israeli-Palestinian Conflict Parallels African Apartheid

By Zara Khan

The Palestine Solidarity Movement's annual conference draws closer. While university officials are to be commended for their application of Georgetown's "Speech and Expression Policy," they were wrong to dismiss divestment from Israel without full consideration.

University spokesperson Erik Smulson recently stated, "Georgetown University does not use its endowment portfolio to pressure governments or create political or social action." Yet, the president's Web site suggests his administration puts a "special emphasis on sustaining and strengthening Georgetown's Catholic and Jesuit identity and its responsibility to serve as a voice and an instrument for justice." How can justice be served if Georgetown invests in injustice?

While those in power do not see it, the parallels between apartheid South Africa and Israel are fully apparent to the victims. In former Archbishop Desmond Tutu's own words, "Yesterday's South African township dwellers can tell you about today's life in the Occupied Territories."

Ronnie Kasrils and Max Ozinsky, both legendary anti-apartheid activists of Jewish origin, compare Israel's occupation of the Palestinians to South African apartheid. According to South Africa's Palestine Solidarity Committee, "South Africans who have lived through apartheid cannot be silent as another entire people are treated as non-human beings."

The South African system of territorial segregation consisted of an unequal division of land based on race. While 87 percent of the country was ruled by whites only, the majority blacks were forced on the remaining 13 percent. Black territory consisted of Bantustans built on barren land on the nation's outskirts.

The "Afrikaner state" ruled blacks in their own homeland. The "Jewish state" rules Palestinians in theirs. Prior to the construction of Israel's illegal separation wall, Israel unjustly commanded 78 percent of original Palestine. Thanks to the wall's construction, Palestinians now only reside, according to www.StopTheWall.org, in 12 percent of historic Palestine — which is still controlled by Israel.

This is the direct result of Israel's brutal military occupation, construction of an internationally condemned apartheid barrier, and continued expansion of Jewish settlements, which are linked by Israeli-only bypass roads. Palestinians in the West Bank, like their South African counterparts, often need special permits for travel, work, going to

pray, and even building homes. Their movement is policed by the most extensive array of checkpoints and roadblocks ever seen.

President DeGioia, despite his own personal involvement in activism against South Africa's apartheid regime in the 1980s, stated his opposition to divestment. This contravenes the experience of the many South Africans who needed global support to win equality.

Catholic social teaching also points towards divestment. As an expert on ethics and human rights, DeGioia should know that since the Church's earliest days, it called for a tearing down of walls between peoples (Gal. 3:28). Yet Israel defies international law by dividing the holy land with a grotesque apartheid wall. Notably, the same wall suffocates Bethlehem, Christ's birthplace, and is resulting in an alarming emigration of the Palestinian Christian population.

Catholic social teaching asserts that the "recognition, respect, safeguarding, and promotion of the rights of the human person" is "fundamental." (John XXIII, Pacem in Terris, 148). Rev. Drew Christiansen, S.J., former canon of the Holy Sepulchre (Jerusalem), argued that states bear the responsibility to assure and safeguard human rights.

What are these inherent rights we are taught? One is the right to establish and be unified with family. Under a 2003 Israeli law, Palestinians from the occupied Palestinian Territories married to Israeli citizens had no recognized residency rights.

Another is the right to livable housing. According to the Israeli Committee Against Home Demolitions, since 1967 Israel demolished almost 12,000 Palestinian homes, leaving some 70,000 Palestinians homeless.

The analogy with South African apartheid is apt in that its most objectionable traits are found in Israel's treatment of the Palestinians. Like the Afrikaner regime, Israel wants the land, but not the natives. Divestment is a strategy for peace because it pressures the oppressive government to grant equality to the oppressed. Georgetown should not profit from policies that subjugate the Palestinians. The only way to implement Catholic values is to divest.

Zara Khan is a junior in Georgetown University's School of Foreign Service.