# EXHIBIT 42

Georgetown Gaston Hall

