IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
WILLIAM MANIACI                           )
                                          )
            Plaintiff,                    )      Docket No. 06 CV 01625
                                          )
            v.                            )      Judge Kollar-Kotelly
                                          )
GEORGETOWN UNIVERSITY, et al.             )      <u>Next Scheduled Event</u>:
                                          )      February 4, 2008,
            Defendants.                   )      Deadline for Opposition
_____)         to Dispositive Motions

## <u>NOTICE OF FILING OF EXHIBITS IN SUPPORT OF<br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

        Exhibit 44A to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing.  This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

        I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

Respectfully submitted,

_____/s/ John J. Buckley, Jr._____.

January 14, 2008

John J. Buckley, Jr., D.C. Bar No. 925081
Malachi Jones, D.C. Bar No. 455555
Richa S. Dasgupta, D.C. Bar No. 500509

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jbuckley@wc.com
(202) 434-5051
(202) 434-5058 (fax)

*Of Counsel:*
Jane E. Genster D.C. Bar No. 939850
Vice President and General Counsel
Georgetown University
37th & O Streets, N.W.
Washington, D.C. 20057
(202) 687-6500
(202) 687-6527 (fax)

*Attorneys for Defendants Georgetown University,
David F. Morrell, Darryl K. Harrison, Todd Olsen,
Roy Eddy and Larry Salley*

**CERTIFICATE OF SERVICE**

     I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

          Thomas Fortune Fay, Esq.
          601 Pennsylvania Avenue, NW
          #900 – South Building
          Washington, D.C. 20004

                        _____

                        John J. Buckley, Jr.