IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| v. | ) | Judge Kollar-Kotelly |
| GEORGETOWN UNIVERSITY, et al. | ) | <u>Next Scheduled Event</u>: February 4, 2008, |
| Defendants. | ) | Deadline for Opposition to Dispositive Motions |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 45 to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing. This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

                                 Respectfully submitted,

January 14, 2008                     /s/ John J. Buckley, Jr.
                                 John J. Buckley, Jr., D.C. Bar No. 925081
                                 Malachi Jones, D.C. Bar No. 455555
                                 Richa S. Dasgupta, D.C. Bar No. 500509

                                 WILLIAMS & CONNOLLY LLP
                                 725 Twelfth Street, N.W.
                                 Washington, D.C. 20005
                                 jbuckley@wc.com
                                 (202) 434-5051
                                 (202) 434-5058 (fax)

                                 *Of Counsel:*
                                 Jane E. Genster D.C. Bar No. 939850
                                 Vice President and General Counsel
                                 Georgetown University
                                 37th & O Streets, N.W.
                                 Washington, D.C. 20057
                                 (202) 687-6500
                                 (202) 687-6527 (fax)

                                 *Attorneys for Defendants Georgetown University,*
                                 *David F. Morrell, Darryl K. Harrison, Todd Olsen,*
                                 *Roy Eddy and Larry Salley*

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

>Thomas Fortune Fay, Esq.
>601 Pennsylvania Avenue, NW
>#900 – South Building
>Washington, D.C. 20004

                                            _____
                                              John J. Buckley, Jr.