# EXHIBIT 46

## Press RSVP List: GU-SJP Conference - Friday Feb. 17-Sun Feb. 19 2006

| News Organization | Name | Phone | Email | Notes |
|---|---|---|---|---|
| American University Eagle | Kate Naseef, Nic Ravella | 828-388-1050 | katenaseef@gmail.com | 2 reporters |
| Black Book Magazine | Marty Beckerman | | turkish_nepe@gmail.com | 1 reporter |
| Boulder Weekly | Matthew Finberg | 303-494-5511, extension 101 | marty_beckerman@yahoo.com | 1 reporter |
| Bridges TV | Jehan Mansy, Tim Rafferty | | ssallo@boulderweekly.com | 1 reporter, 1 camera |
| CBN News | Melissa Charbonneau | 202-467-2522 | mansyja@email.unc.edu | 1 reporter, 1 camera |
| Counterpunch.org | Shervan Sardar | 202-234-9019 | melissa.charbonneau@cbn.org | 1 reporter |
| | | | ssardar_23@yahoo.com | |
| Current Events Worldwide | Del Walters, Stan Staniski, Patrick Anderson | 202-457-5831 | currentev2000@yahoo.com | 1 reporter, 1 camera, 1 sound |
| DPA - German Press Agency | Laszlo Trankovits | | trankovits@dpa.com | 1 reporter |
| Forward Newspaper | Ori Nir | 703-538-5326 | orinir@forward.com | 1 reporter |
| FrontPageMagazine.com | Lee Kaplan | 510-459-6944 | leekaplan@worldnet.att.net | 1 reporter |
| GU Hoya | | | | 1 reporter |
| GU Radio "the Georgetown Academy" | | | | 1 reporter |
| GU Voice | | | | 1 reporter |
| GW Hatchet | Iris Somberg | | iris@gwu.edu | 1 reporter |
| Human Events | Carrie Devorah | 562-688-2883 | carried@carrieon.com | 1 photog |
| Jerusalem Post | Nathan Gutman | 202-244-4175 w; 202-271-8192 c | nathan@jpost.com | 1 reporter |
| Jewish Telegraphic Agency | Ira Rifkin | | irifkin@verizon.net | 1 reporter |
| | David Silverman | | dcreporter@jta.org | 1 reporter |
| Quest Productions | Bill Jersey c/o Cianna Stewart | 510-458-0854 | cstewart@questprod.com | 1 producer, 1 camera; "Campus Battlegrounds" documentary for PBS |
| Reuters TV | Nadine Alfa | | nadinealfa@hotmail.com | 1 camera |
| RustBelt Radio | Lora Gordon | | loragordon@gmail.com | 1 radio |
| Washington Jewish Week | Eric Fingerhut | 301-230-6686 w; 240-988-1949 c | eric_fingerhut@washingtonjewishweek.com | 1 reporter |

Redacted Pursuant to 20 U.S.C. § 1232g; 34 CFR Part 99

CONFIDENTIAL MATERIALS SUBJECT TO PROTECTIVE ORDER

GTN003692