# EXHIBIT 47

**TRANSCRIPT OF PORTIONS OF PSM CONFERENCE PANEL**

**SJP VIDEO**

**From 0:00**

| | |
|---|---|
| Todd Olson | …during which you may ask questions and engage in dialogue. Please be sure to phrase your comments in the form of a question. In the interest of time we ask each person to be concise and ask only one question. Thank you. |
| Ziad Abu-Rish | Okay. At this time, we would like to ask that all pagers, cellphones and blackberries be turned off out of respect for the session's organizers and its participants. As per our conference and media guidelines, this workshop has been designated as open to registered media. However, recording devices are prohibited from being used by all. Exception is applicable. We would like to make you aware that the workshop leader has decided to audiotape for documentary and recordkeeping purposes. Thank you. |

**End 0:57**

**QUEST PRODUCTIONS VIDEO**

**Disk 1: 18:55.52**

| | |
|---|---|
| Youmans | We're going to open it up to questions and answers. First, we do have to remind you what the question and answer policy is. Mr. Olson of Georgetown University will be doing that. |
| Olson | Just briefly, this begins our designated question and answer period, during which you may ask questions and engage in dialogue. Please be sure to phrase your comments in the form of a question. In the interest of time we ask each person be concise and ask only one question. Thank you. |
| Youmans | You may line up at the microphone if you have a question. First come, first served. Please make them succinct. We have about 10 minutes for questions, then we have an important announcement to make before you get up and leave. So please remember: ask in the form of a question, no rhetorical questions. Okay, so I think we're ready for the first question. Please introduce yourself before you ask your question. |
| Rabbi Nachum Shifrin | I don't use the microphone on the Sabbath. |
| Youmans | Okay. |
| Shifrin | What is comparison. I can't use the microphone on the Sabbath. |
| Sue Blackwell | We can hear you. |
| Youmans | Yes. |
| Shifrin | What is the comparison of Jews, of demographic problems of Jews of New York have to do with the demographic problems of Israel because the Jews of America want nothing better than to be good Jews. Whereas the Palestinians and Israel want nothing better than to turn Israel into Palestine. I don't understand your [banging, inaudible]. |
| Blackwell | I have to say I don't really understand the question. So there's mutual incomprehension here. I was drawing an analogy. |
| Shifrin | Let me put it another way. The Jews of this country want nothing better to do than to assimilate and be good Americans. The Palestinians that I know and I'm Israeli, also live on the West Bank, by the way and I use that Trans-Israel Highway all the time. It's a great road, you should try it. |
| Blackwell | I'm sure it is, for those who can use it |
| Shifrin | It's a beautiful road. |
| Youmans | Okay, thank you. You've made your question, let her respond please. |
| Shifrin | No, no. The Palestinians in Israel have identified themselves openly and blatantly with terrorism. So what is the |
| Blackwell | That's not true. |
| Off screen | That's racist, that's racist |

| | |
|---|---|
| Shifrin | What is the comparison between Jews in New York and Palestinians? I don't get … |
| Youmans | Okay, thank you for your question. |
| Blackwell | You've made the point that Jewish people living in New York simply want to get on with their lives and live as peaceful citizens of the country of which they are citizens. And I put it to you that that's all Arab citizens of Israel want to do as well. And yet. |
| Shifrin | You're a liar, you're a stinking liar. |
| Blackwell | And yet… |
| Olson | Your opportunity to ask your question has been completed. |
| Shifrin | That's a crock |
| Blackwell | I'm trying |
| Olson | Your opportunity to ask your question has now ended. |
| Shifrin | She's a liar |
| Olson | We'll be moving on to the next question |
| Shifrin | She is a liar. |
| Off screen | Escort him out. |
| Olson | I will now ask our staff to escort this gentleman from the room. |
| Shifrin | 70% of Palestinians support Hamas. |
| Blackwell | I'll answer my question if you stop shouting at me |
| Shifrin | You're a liar. You're a fraud. |
| Youmans | Let's move onto the second question, please |
| Fayyad | Yes, my name is Fayyad [unintelligible]. I work at the University of Wisconsin on the divestment campaign. My question is for Professor Blackwell. I wanted to ask in general about you. If you feel that the atmosphere is more conducive to more forms of boycott more, we, I mean, the events from the Church of England were fairly surprising so maybe there is hope for more activity, more boycott coming out of |

| | |
|---|---|
| | Europe in general. You mentioned the boycott of Israeli products, but also what Israel claims as their product, but also things such as cultural events, from, you know, sports, Eurovision, some contests, things like that. Thank you. |
| Blackwell | While I can't answer in great detail. |
| | **[BREAK IN TAPE AT 19:00.28]** |
| Man | Thank you for a really great panel. Um, the uh. |
| Youmans | I'm sorry, could you introduce yourself. |
| Yousef | I'm sorry, my name is Yousef. I have a question regarding the very real, practical and theoretical problems that arise within any sort of campaign. Namely I would be interested to hear how each of you would propose dealing with the problem of how, whether we want a more nuanced approach to a BDS campaign. For example, do we want to engage with sympathetic elements in Israeli society or not. And these are very real important questions that shouldn't scuttle the movement and should be addressed in an intelligent manner and they were very interesting talks and I'd be interested to get each of your takes on whether that should be the case or not. |
| Maniaci | My name is Bill Maniaci. I have one question for you and it's a policy question. Uh, I'd like to know your position on suicide bombing. If you would renounce suicide bombing and the murder of innocent Israeli women and children, as a viable, uh, venue for you to accomplish your goals. And given that that is terrorism, and no one can deny blowing himself up on a bus and killing innocents is not terrorism. |
| Youmans | Okay, I think you've made your question clear. |
| Maniaci | I would like you to answer either affirmative or negative whether you do support terrorism or not. Thank you. |
| Youmans | Can you introduce yourself; can you introduce yourself please? You forgot to introduce yourself. |
| Maniaci | (Off the microphone) I did. |
| Youmans | Oh okay, sorry about that. Thank you.<br>Taking the questions, I guess, in the order. So, Noura, you can start. Answer whichever question you feel applies to you. |
| Noura Erakat | (coughing). If I can talk. |

**Disk 2: 19:02.28**

| | |
|---|---|
| Erakat | [Inaudible]. I think as long as we have points of unity and understanding, if we have stated goals that we can all work towards in a tactic that we all agree upon that it works better and to our favor to make allies, like Phillip was discussing with sympathizers, with Israelis themselves, who do like, Elan [unintelligible] professor at University of Haifa has urged people. He's a university professor and he said boycott me, boycott me so that so that I can come. And that's kind of the point is that to do what Sue saying in terms of letting, showing Israel for what it is as a pariah state. We have demonstrate that with boycotting and sanctioning the prevalence of Israeli academia and sports events and products as well. |
| Phillip Farah | Let me quickly address the issue of tactical alliances. Um, and, I think it's essential that we work with Jewish and Israeli progressives. In the struggle of the Presbyterians, in that whole issue, many of the Presbyterians, actually the Protestant churches, the liberal Protestant churches have much better relations with the Jewish community than the conservative, right wing Christians who frankly tend to be racist towards anybody else. So because the liberal churches have good relations with the synagogues with their neighboring synagogues. [*Shouting over speaker: The gay churches*]. The pro-Israel hawks have tried to use that to, um against the [*Shouting over speaker: That's who the churches are. The gay churches.*] divestment movement. So it is extremely important. And they accuse the Presbyterians of being anti-Jewish when actually the Presbyterian divestment resolution very clearly and very poignantly targets the Israeli occupation of companies that profit from the occupation of Palestine. They're not even meant against Israel as a whole. It's extremely, extremely important to work together with progressive Jews and Israelis to kind of inoculate yourself against the charge of being anti-semitic. |
| Blackwell | I'd like to respond to two of the questions if I may. I'm sorry, can you hear me? I'd like to respond to two of the questions. One on the academic boycott first. Yes the parallel to South Africa is interesting because at the time of the South African apartheid, my union AUT did have a boycott of South Africa, and it was a very hard, complete boycott of not only South African institutions, but of all South African individual academics. You know we would not referee papers, anything. Now the boycott we've called for of Israel at the moment is much softer than that. It is only an institutional boycott. It is not aimed at individuals. So what we're calling for at the moment is saying that we will not go to conferences in Israel, we will not send papers to journals that are based in Israel, that sort of thing. It's at the |

| | |
|---|---|
| | institutional level. So actually what we're asking for is what is a several steps less than what we applied in the South African situation, so it shouldn't be such a big deal and yet for many people it is.<br><br>I'd like to address the question on suicide bombing. I hope we won't get this question repeated twenty different ways because that, that can happen sometimes at meetings. I'm speaking for myself when I say this, I'm not speaking on behalf of any organization, okay. My personal view and if other people want to give their own personal views, that's up to them.<br><br>Um, I have gone on the record about this many, many times. And I unreservedly condemn all acts of terrorism, not all violence because I'm not a pacifist, I believe in self-defense. I unreservedly condemn all acts of terrorism by which I mean acts or threats of violence, against unarmed civilians for political ends. And that applies [applause]. That applies to suicide bombs in pizza parlors in Israel. It also applies to F-16s dropped, uh, uh, firing on civilians in Gaza. So I condemn [applause] I condemn equally and unreservedly the terrorism of, of groups like Hamas and Islamic Jihad when they target innocent civilians. I also unreservedly condemn the state terrorism of Tony Blair, Ariel Sharon and George Bush, all of whom [applause]. Each of whom has more blood on his two hands alone than the whole of Hamas and Islamic Jihad together. [Applause] |
| Youmans | Thank you. We only have time for one more round of three questions. |
| Maniaci | You didn't answer my question. |
| Youmans | Thank you |
| Maniaci | I asked for a policy statement from you. |
| Youmans | Would you . . . |
| Maniaci | You haven't answered my question. |
| Youmans | Thank you, but you are disrupting. Please, we can talk about this afterwards. |
| Olson | You have had an opportunity to ask your question. Your opportunity has ended. |
| Youmans | Please remind, uh, please introduce yourself before you ask a question. Three more questions. |
| Maniaci | You didn't answer my question. |
| Youmans | Please go ahead with the question. |
| Woman | My name is Noelle. I'm with Dores for Palestine from Vanderbilt University. I'm just wondering how the divestment movement can, er, deals with companies like, uh Intel for example which, while very invested in Israel, also are setting up IT centers in Gaza. |
| Maniaci | Are you for or against . . . |
| Youmans | I'm sorry sir, please don't interrupt. You've already asked your |

| | |
|---|---|
| | question. Thank you. |
| Maniaci | But you didn't answer my question. |
| Youmans | She did, she addressed your question. |
| Maniaci | No, I asked for your policy statement and she gave a personal |
| Youmans | There is no policy, I don't know, . . . |
| Olson | Sir, you do not have an opportunity to speak any longer. I would like to ask our staff to escort this gentleman from the room. He is creating a significant disruption. Thank you. [applause] |
| Youmans | Please move on with the next question sir. |
| Maniaci | Freedom of speech is [inaudible] supporting terrorism. That's what a disturbance is [more, inaudible] |
| Matthew Finberg | This guy is trouble. This guy is trouble. He's a troublemaker. |
| Youmans | Please, please. Your dissent's been noted. Please ask, answer the next question. |
| Maniaci | [unintelligible] Why, am I being arrested? |
| Weiss | My name is Rabbi Weiss . . . |
| Maniaci | Am I being arrested? |
| Weiss | . . . and I'm with Naturei Karta. This fellow is blocking me and I can't speak to you. |
| Finberg | I'm sorry, I'm being rude. |
| Youmans | This, this isn't the West Bank [laughter]. Please, go ahead. [applause] |
| Weiss | I'm Rabbi Weiss and I'm with Naturei Karta National. I can't speak on the microphone because it's our Sabbath. Uh, we just |
| **19:09.10** | **[Maniaci being removed by Eddy and Salley]** |
| Off screen | Hey. |
| Robert Turk | Hey, hey, hey. |
| Youmans | Please continue the question. |
| Rabbi Dovid Weiss | I wanted to note a few items. |
| Finberg | Take it easy, take it easy. |
| Unknown | Leave him alone. |
| Weiss | We have a very broad organization. We have people like Rabbi [unintelligible] Chief Rabbi [unintelligible] of New York and he set up a organization called [unintelligible]uh, for the funding of crusade. And that is the funding that people should have nothing to do with the Israeli government. Not taking money from them, not supporting them in any way. It's hundreds of institutions and umbrella institutions where they get, um, that they should be supportive of charities throughout. I just wanted the people should know |
| Youmans | Please ask the questions sir. |

| | |
|---|---|
| Weiss | Yeah, okay. The question is you mentioned about different organizations, progressive Judaism I wonder if you knew, I'm pretty sure you do know… |

**Disk 2: 19:10.08**