# EXHIBIT 48

Depicted below: 1. Matthew Finberg;  2. Suspect #1;  3. Suspect #2;  4. Mr. Maniaci's Hand holding papers;  5. Robert Turk;  6. James Nutting.





3