# EXHIBIT 49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI<br><br>      Plaintiff,<br><br>v.<br><br>GEORGETOWN UNIVERSITY, et al.<br><br>      Defendants. | Civil Action No. 06-01625 (CKK) |

## DECLARATION OF ERIK M. SMULSON

I, Erik M. Smulson, hereby declare as follows:

1.  I am the Chief of Staff to the President of Georgetown University ("Georgetown").

2.  On February 18, 2006, I held the position of the Assistant Vice President for Communications at Georgetown.

3.  On February 17–19, 2006, the Palestine Solidarity Movement Conference (the "Conference") was held on Georgetown's campus.

4.  One of the Conference events was a seminar entitled "The Status of the Divestment Movement" ("Divestment Seminar"). The Divestment Seminar took place in Gaston Hall, which is an auditorium located on the third floor of Healy Hall, on February 18, 2006.

5.  I was seated in Gaston Hall during much of the Divestment Seminar. Shortly after the audience questions began, I left the auditorium at the request of a member of the audience who indicated that he wished to speak with me outside the room.

6.  As we were talking in the hallway immediately outside Gaston Hall, the double doors of the auditorium opened. I observed two Department of Public Safety officers

come through the open doors. They were supporting a third man under his shoulders. That man, who I later learned was William Maniaci, who was loudly protesting and dragging his feet.

7. After the officers carried him a few feet past the doorway, they gently placed Mr. Maniaci on the floor of the hallway. I observed no other physical contact between the officers and Mr. Maniaci in the hallway.

8. I understand that Mr. Maniaci has alleged that he was kneed and struck by the Department of Public Safety Officers who carried him out of Gaston Hall. I observed no such activity by those officers.

9. I understand that Mr. Maniaci has alleged that a Georgetown employee pounced upon him in the hallway outside Gaston Hall. I observed no such encounter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on this 11th day of January, 2008.

_____
Erik M. Smulson