# EXHIBIT 50

May 3, 2007        Keith Bailey        Maniaci v. Georgetown
Washington, D.C.

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   WILLIAM MANIACI,            )
 5          Plaintiff,           )
 6          vs.                  ) Case No.
 7   GEORGETOWN UNIVERSITY, et al.) 06-CV-1625 (CKK)
 8          Defendants.          )
 9              -    -    -    -    -
10          VIDEOTAPED DEPOSITION OF KEITH BAILEY
11                    Washington, D.C.
12                    Thursday, May 3, 2007
13   The deposition of KEITH BAILEY was convened on
14   Thursday, May 3, 2007, commencing at 10:06
15   a.m., at the offices of Williams & Connolly LLP,
16   725 Twelfth Street, N.W, Washington, D.C.,
17   before Karen K. Brynteson, Registered Merit
18   Reporter, Certified Realtime Reporter, and
19   Notary Public.
20
21              -    -    -    -    -
22
```

CONDENSED

Case 1:06-cv-01625-LFO    Document 39-54    Filed 01/14/2008    Page 3 of 6

May 3, 2007                    Keith Bailey              Maniaci v. Georgetown
                            Washington, D.C.

Page 146

```
 1  saying, no, he didn't want to leave?
 2      A.  No, I don't.
 3      Q.  Okay.  Did you hear the security
 4  guards tell Mr. Maniaci that he was under
 5  arrest?
 6      A.  No, I didn't hear that, no.
 7      Q.  Did the security guards then lift
 8  Mr. Maniaci up under his arms?
 9      A.  Yes.
10      Q.  And they lifted him out of the chair?
11      A.  Yes.
12      Q.  Did you see them punch or kick him?
13      A.  No, I didn't see that.
14      Q.  When this happened --
15      A.  But they were drag -- one thing I do
16  remember was that they were -- he is not exactly
17  a lightweight, he weighs a lot, so what they --
18  he was kind of heavy, so they had to kind of
19  like drag him out or something.
20      Q.  Okay.  Well, we will walk through
21  exactly how they got out, but just at the time
22  when they came to Mr. Maniaci at the seat and
```

Page 147

```
 1  lifted him up, you were next -- you were in the
 2  seat next to him, right?
 3      A.  Yes, I was.
 4      Q.  And Mr. Faybyshenko was in the next
 5  seat over?
 6      A.  Yeah, he was to the left of me,
 7  Maniaci was to the right of me, yes.
 8      Q.  Okay.  Do you remember any other JDL
 9  members being nearby at that point?
10      A.  No, I do not.
11      Q.  Do you remember, were there other
12  people sitting in the rows in front of and
13  behind you?
14      A.  Yes.
15      Q.  Okay.  Do you remember, were there
16  other people standing in the aisle near you?
17      A.  Other people standing --
18      Q.  Near the microphone or in the aisle?
19      A.  No, I don't remember that, because I
20  wasn't looking for that.
21      Q.  Okay.  So you said that the security
22  officers lifted Mr. Maniaci up under his arms,
```

Page 148

```
 1  and did Mr. Maniaci then walk of his own accord?
 2      A.  Oh, no.
 3      Q.  Okay.  So did the security officers
 4  have to carry Mr. Maniaci?
 5      A.  Basically, yes.
 6      Q.  And is Mr. Maniaci -- how big of a guy
 7  is Mr. Maniaci?
 8      A.  Probably 250 pounds, somewhere like
 9  that.
10      Q.  So a decent size guy.
11      A.  Well, he is -- he is kind of big.  He
12  is shorter than I am, but he is, he is kind of
13  -- he has got the, I guess, the different thing,
14  like the heart failure things like that.  So it
15  kind of -- it changes the chemistry of his body
16  where he just weighs a lot.
17      Q.  Okay.  So you said about 250 pounds.
18      A.  Something like that.
19      Q.  So did the security officers then have
20  to sort of drag Mr. Maniaci?
21      A.  Yes.
22      Q.  Was Mr. Maniaci trying to walk?
```

Page 149

```
 1      A.  No.  I think what it was, it caught
 2  him by surprise.  He was just -- I mean, he
 3  didn't really want to get up.  I mean, he was --
 4  he had crutches -- I mean, a cane.  He was
 5  walking with a cane.  So he wasn't really able
 6  to get around that fast, but they kind of, you
 7  know, they kind of dragged him -- lifted him and
 8  dragged him at the same time, I would say.
 9      Q.  And so when they were lifting him,
10  they were holding him up underneath his arms,
11  right?
12      A.  Pretty much, yes.
13      Q.  Okay.  And did they then move
14  Mr. Maniaci down the aisle towards the stage?
15      A.  Yes.
16      Q.  Okay.  When they were moving him down
17  the aisle towards the stage, did you see them
18  punch or kick him?
19      A.  I didn't see that.
20      Q.  Okay.  When they were moving him down
21  the aisle towards the stage, did you see
22  Mr. Maniaci's head hit any objects?
```

Case 1:06-cv-01625-LFO   Document 39-54   Filed 01/14/2008   Page 4 of 6

May 3, 2007        Keith Bailey        Maniaci v. Georgetown
                   Washington, D.C.

Page 150

1   A.  I didn't see that either.
2   Q.  Okay.
3   A.  But I was in a position that I wasn't
4   -- it was -- it definitely made it impossible
5   for me to see everything.
6   Q.  Okay.  So tell me about your vantage
7   point.  You remained seated in your chair?
8   A.  Yes, I did.  I stood up.  I did stand
9   up, about a couple seconds later, and I
10  retrieved -- I think he dropped some papers or
11  his cane was obviously he didn't have it.  I
12  think I took his cane out, something like that.
13      Everything happened so fast that, you
14  know, you do what you have to do.  But that's --
15  I retrieved his cane, I think.  I know his
16  papers or something I picked up, and took it
17  out.
18  Q.  Okay.  Did the security officers then
19  carry Mr. Maniaci towards the door of the
20  auditorium?
21  A.  Yes.
22  Q.  Okay.  Did they then go out the door

Page 151

1   of the auditorium?
2   A.  Yes, they did.
3   Q.  As they were carrying him down the
4   aisle and towards the door of the auditorium,
5   could you see them?
6   A.  When they were going --
7   Q.  As they carried Mr. Maniaci down the
8   aisle and across the front of the stage, could
9   you see them from where you were sitting?
10  A.  Oh, sure.
11  Q.  Okay.  And during that time, did you
12  see them hit or kick him?
13  A.  No, I didn't see that.
14  Q.  Okay.  Did you see them as they
15  carried Mr. Maniaci out the door of the
16  auditorium?
17  A.  As they carried -- did I see them as
18  they carried him out?
19  Q.  As they went through the door?
20  A.  Oh, yeah.
21  Q.  And somebody opened the door for them
22  as they went through?

Page 152

1   A.  That I don't know.  I do not know.
2   Q.  Okay.  And once they carried
3   Mr. Maniaci through the doors, did the doors
4   close behind them?
5   A.  As far as I know, but I don't know
6   that either.  I was just too busy, I was kind of
7   in shock.
8   Q.  Okay.  During the time that the
9   security officers carried Mr. Maniaci out of the
10  auditorium, do you remember Mr. Finberg being
11  there?
12  A.  Well, I remember when -- because about
13  a minute or so later, I went out the door
14  myself.
15  Q.  Right.  And we will get to the outside
16  the doors, but I want to just sort of finish
17  what you saw in the auditorium.  Do you remember
18  seeing Mr. Finberg in the auditorium while
19  Mr. Maniaci was carried out?
20  A.  No, but that doesn't mean -- that
21  doesn't mean he was or he wasn't there, though.
22  Q.  Do you remember seeing Mr. Turk in the

Page 153

1   auditorium while Mr. Maniaci was carried out?
2   A.  No.
3   Q.  Do you remember seeing Mr. Nutting in
4   the auditorium while Mr. Maniaci was carried
5   out?
6   A.  No.
7   Q.  Okay.
8   A.  All this is because I wasn't looking
9   for it.  You know, I wasn't looking for people.
10  Q.  Right.  Do you remember Mr. Maniaci
11  saying anything as he was being carried out of
12  the auditorium?
13  A.  No, I don't.
14  Q.  You said that at some point after
15  Mr. Maniaci was carried out of the auditorium,
16  you stood up and left the auditorium.  Is that
17  right?
18  A.  Yes.  I was pretty upset about what
19  had happened.
20  Q.  And so tell me, you stood up from your
21  seat and do you remember how you walked out of
22  the auditorium?

May 3, 2007    Keith Bailey    Maniaci v. Georgetown
Washington, D.C.

Page 210

1    A.  Tour buses.  No, I don't remember that
2    at all.
3    Q.  Okay.  Do you remember on Sunday that
4    there were some elderly protesters coming to
5    Georgetown?
6    A.  Oh, yeah, yeah.  I remember that very
7    well.
8    Q.  Okay.  And --
9    A.  The Georgetown ghetto.  I will never
10   forget that.
11   Q.  Do you remember being at the hotel
12   with Mr. Maniaci and there being some concern
13   that the buses that these protesters were riding
14   in were lost?
15   A.  Yes, yes, I do remember that.
16   Q.  Okay.  And do you remember going
17   outside with Mr. Maniaci to try and flag down
18   the buses?
19   A.  Um-hum.
20   Q.  Okay.  Do you remember walking with
21   Mr. Maniaci from the hotel towards a traffic
22   circle to try and flag down the buses?

Page 211

1    A.  Yes.
2    Q.  Do you remember that as you were
3    walking to the traffic circle to try and find
4    these buses, Mr. Maniaci passed out?
5    A.  Yeah.
6    Q.  Did you see Mr. Maniaci pass out?
7    A.  Yes, I did.  I was there.
8    Q.  Did you actually see him fall?
9    A.  Oh, yes.
10   Q.  Okay.  Did he fall on to the sidewalk?
11   A.  No, he fell out in the street, fell
12   right out -- see, what happened was there was a
13   curb and the road was at that time was under
14   construction, so they were -- so basically, I
15   don't know, it was like a real sharp downhill
16   thing.  I don't know how to put it.
17       Anyway, it was like walking down the
18   steps or something, but two steps, and, yeah, he
19   miscalculated and I guess fell or something.
20   Q.  So did you see how Mr. Maniaci
21   actually fell or did you just see him once he
22   was on the ground?

Page 212

1    A.  Well, I saw him fall.  What happened
2    was he stepped, and then all of a sudden he
3    tumbles and then, you know, that was it.
4    Q.  So let me see if I understand.
5    Mr. Maniaci was walking on the sidewalk and he
6    stepped sort of off the curb and he then fell on
7    to the street?
8    A.  Yeah, but he could see where he was.
9    He had his cane, he had his cane.  He could
10   actually see that, but the thing is all of a
11   sudden he -- you know, it was like a blackout or
12   something.
13   Q.  Okay.  And then he fell?
14   A.  Um-hum.
15   Q.  And he fell into the street?
16   A.  Yeah.
17   Q.  So what he hit was the asphalt of the
18   street?
19   A.  Yeah.  But he did it such a way, he
20   tumbled.  There was no way, you know, I didn't
21   see any way he could have, you know -- I mean,
22   he had this big bruise.

Page 213

1    Q.  Okay.  I just want to understand sort
2    of exactly what happened.
3    A.  That's okay.  That's all right.
4    Q.  So when Mr. Maniaci hit the ground,
5    was he lying on the sidewalk or on the street?
6    A.  No, he was on the street.
7    Q.  Okay.  And was he unconscious when he
8    was on the ground?
9    A.  It is hard to say.  It kind of
10   reminded me of having a short seizure or
11   something like that, I don't know.  See, I am
12   not an expert, medical expert, so I don't know
13   exactly what went through his body or anything
14   like that.  All I know is what it looked like to
15   me, but what it looked like to me and what
16   reality is, two different things.
17   Q.  Of course.  So what I would like you
18   to do is just describe what you saw.  You know,
19   obviously I don't want you to try and give a
20   medical opinion?
21   A.  No.  It was like a blackout for him.
22   Q.  Okay.

54 (Pages 210 to 213)

BRYNTESON REPORTING, INC.
(703) 768-8122    www.bryntesonreporting.com    Fax:  (703) 768-8921

Case 1:06-cv-01625-LFO  Document 39-54  Filed 01/14/2008  Page 6 of 6

May 3, 2007    Keith Bailey    Maniaci v. Georgetown
Washington, D.C.

Page 214

1  A. It was like -- because it didn't -- to
2  me, it didn't make any sense to, you know, to
3  have a cane and you -- I mean, it is not like
4  you are walking, it is not like a difficult
5  thing, but his condition, it was like, I don't
6  know.
7  Q. Did you see Mr. Maniaci's eyes flutter
8  or roll back or anything like that?
9  A. No, I didn't see that.
10 Q. Okay. When Mr. Maniaci fell, is it
11 possible that he hit his head on the ground?
12 A. Anything is possible.
13 Q. Did you see his head hit the ground?
14 A. No, I didn't see that.
15 Q. When Mr. Maniaci was on the ground,
16 was he on the --
17 A. See, what he did was he kind of like,
18 like fell on his side like, you know, fell. And
19 but that's all I remember seeing.
20 Q. When Mr. Maniaci was lying on the
21 ground, was he lying on his back, his side, or
22 his stomach?

Page 215

1  A. That's a tricky one. I think he was
2  kind of like, like he was in a fetal position.
3  I am not sure, though.
4  Q. Okay.
5  A. Because it is -- I don't know. It is
6  just everything happened so fast.
7  Q. So did you go over to Mr. Maniaci?
8  A. I was right next to him.
9  Q. Okay. And did you help him up?
10 A. Yeah, to the best I could. I mean, I
11 was the only one that was there.
12 Q. And so did you lift him up with his
13 arms?
14 A. Yeah, I -- it was just trying to, just
15 pulling him up, back up.
16 Q. Okay.
17 A. And he had his cane to help him out as
18 well, so that was a good thing.
19 Q. Do you remember Mr. Maniaci slurring
20 his words at that point?
21 A. No, I don't remember that, but I mean,
22 it is possible.

Page 216

1  Q. Do you remember Mr. Maniaci being
2  confused at that point?
3  A. I don't remember anything to that
4  point but, like I said, again, that doesn't --
5  it is not -- it wouldn't surprise me if he was.
6  I mean, he like blacked out.
7  Q. Do you remember Mr. Maniaci saying he
8  was dizzy, either before or after he fell?
9  A. No, I don't remember that, but...
10 Q. Once you helped Mr. Maniaci up, did he
11 say he was okay?
12 A. No.
13 Q. What did he say?
14 A. I don't remember, but he was not okay.
15 He was like, you know, he was kind of, you know,
16 in a little bit of -- I imagine he was in a
17 little bit of pain. That's just my opinion, but
18 he wasn't okay. I mean, he was still -- he was
19 staggering.
20 Q. Did he seem disoriented?
21 A. It is hard to say. I don't know.
22 Q. Okay. Did he ask to see a doctor to

Page 217

1  go to the hospital?
2  A. Not at that point.
3  Q. Did you offer to take him to the
4  doctor or the hospital?
5  A. Not that I remember.
6  Q. Okay. So did you then walk back to
7  the hotel?
8  A. Yeah, we were right like about 100
9  feet from it.
10 Q. Okay. So did you ever actually flag
11 the buses or --
12 A. Yeah, we eventually got them. I mean,
13 we finally did get the buses.
14 Q. So did Mr. Maniaci go with you to flag
15 the buses?
16 A. I don't think so, no.
17 Q. Did he go back into the hotel?
18 A. No, he came with me, but he was like,
19 you know, just -- but obviously he couldn't, he
20 couldn't do it after a certain point, he
21 couldn't do it. He was like, he was totally --
22 I mean, I don't know. His ability, it really

55 (Pages 214 to 217)