# EXHIBIT 51

Below Photograph:
William Maniaci Seated.   William Maniaci; Keith Bailey; Matthew Finberg; Jim Nutting; Campus Officer approaching Mr. Maniaci





DEPOSITION EXHIBIT
16 G
PENGAD 800-631-6989

3