# EXHIBIT 52

Case 1:06-cv-01625-LFO    Document 39-56    Filed 01/14/2008    Page 1 of 5

# Progress Note

Printed On May 17, 2007

```
        Comment: last psa Dec 2005
Personal Health Journal:
   Veteran accepted a Personal Health Journal.
CURRENT TOBACCO USER:
        Patient is a current tobacco user or has used tobacco in the past 12
             months.  "Stop Smoking" handout given. Patient educated
             regarding the risks of tobacco use.  Patient strongly encouraged
             to quit using tobacco (if he/she currently uses tobacco); or, if
             patient has quit tobacco use was strongly encouraged to continue
             NOT to use tobacco.
        Level of Understanding: Good
        Comment: pack a day
PAIN ASSESSMENT NEEDED (P=/>0):
   Describe the interventions used for pain control and their
        effectiveness: pain med,  massage chair, back rubs


CHF EDUCATION:
   Patient has CHF and was counseled the about the following and was
        given a copy.
        ==================================================================
        ======== Weight Monitoring - If symptoms worsen, such as swelling
        of your ankles or legs, trouble breathing, cough or shortness of
        breath when you lie down, dizziness or chest pain, CALL YOUR
        PRIMARY CARE PROVIDER.

        - Weigh yourself every day at the same time (morning is best) and
        write it down. Use the same scale every day and wear the same
        amount of clothing. If you have a weight gain of more than 2
        pounds a day for 3 days in a row or 5 pounds in a week CALL YOUR
        PRIMARY CARE PROVIDER.

        Medications Take your medications as directed. Call your Primary
        Care Team if you have any questions about your medications,
        including possible side effects.

        Diet Instructions Reduce salt intake to help prevent fluid
        retention. Do not add salt to food at the table. Use salt-free
        seasonings, herbs and spices instead.  Limit salt in cooking,
        avoid salty foods like potato chips, TV dinners, pickles, canned
        soups, tomato juice and cured or processed foods.
HTN Lifestyle Education:
   The patient was counseled on the importance of regular exercise and/or
        physical activity in the control of blood pressure.
   The patient was instructed to try to exercise at least 30 minutes 3
        times per week if possible and that any increase in physical
        activity may be useful in controlling BP.
   The patient has a limited ability to exercise but was encouraged to
        increase physical activity as much as possible since any
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

MANIACI, WILLIAM
545 PARK ROSE CIR
RNO, NEVADA  89502-7752
487447025

VISTA Electronic Medical Documentation

Printed at SIERRA NEVADA HCS

VA000440

# Progress Note

Printed On May 17, 2007

```
           increase in activity may be beneficial in improving BP control.
     The patient was counseled on the importance of diet and weight control
           in the control of blood pressure.
     The contribution of dietary sodium to elevated blood pressure was
           reviewed.  The patient was counseled to limit sodium intake to
           no more than 2.4g of sodium or 6g of sodium chloride.
     The patient was counseled to reduce intake of dietary saturated fats
           and cholesterol, and that a diet rich in fresh fruits and
           vegetables and low in dietary saturated fats and cholesterol is
           also beneficial in lowering blood pressure.
  MOVE! Screening- Overweight/Obesity:

     Most recent weight: 221.4 lb [100.6 kg] (06/21/2006 08:56)
     Most recent height: 66 in [167.6 cm] (06/21/2006 08:56) Calculated
     BMI: 35.8

/es/ DEBRA L SEMLAR-ROBERTS
LPN
Signed: 06/21/2006 09:01
```

---

```
   LOCAL TITLE: CALL CENTER NOTE
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: JUN 19, 2006@12:11     ENTRY DATE: JUN 19, 2006@12:12:45
      AUTHOR: FERRANTE,STACIE L      EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

Call Type: MED REFILL.
Facility Appointed PCP: WALL,CHRISTOPHER P (RED)

Protocol(s) used: <Not identified>.

Caller Response: *OTHER.
MANIACI,WILLIAM is assigned to Caller Area RENO.
Patient Phone Number: 775-463-2929
Contact Phone Number: SAME.

ADDITIONAL COMMENTS/INFORMATION:
Comments: Please refill morphine for mail out.
Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99371).
Starting at: 6/19/2006 @ 12:11:00 PM
Ending at: 6/19/2006 @ 12:11:58 PM
Length: 0 minutes.
Author: FERRANTE,STACIE L
Conversation with MANIACI,WILLIAM has a chief complaint of: <not
identified>.

Identified problem: OTHER UNSPECIFIED COUNSELING.
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

MANIACI, WILLIAM
545 PARK ROSE CIR
RNO, NEVADA  89502-7752
487447025

Printed at SIERRA NEVADA HCS

**VA000441**

# Progress Note

Printed On May 17, 2007

```
Receipt Acknowledged By:
12/27/2005 15:15        /es/ CHRISTOPHER P WALL
                             MD
```

```
   LOCAL TITLE: CALL CENTER NOTE
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: DEC 19, 2005@12:25:54   ENTRY DATE: DEC 19, 2005@12:33:18
      AUTHOR: ACTON,KATHERINE M    EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

Call Type: PRESCRIPTION QUESTION.
Facility Appointed PCP: WALL,CHRISTOPHER P (RED)

Protocol(s) used: <Not identified>.

Caller Response: *OTHER.
MANIACI,WILLIAM is assigned to Caller Area RENO.
Patient Phone Number: (702)463-2929
<No Contact Phone Number Entered>.

ADDITIONAL COMMENTS/INFORMATION:
Comments: PT OWANTED TO KNOW WHERE HIS MORPHINE IS AT????PER PT
Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99371).
Starting at: 12/19/2005 @ 12:25:54 PM
Ending at: 12/19/2005 @ 12:33:14 PM
Length: 1 minutes.
Author: ACTON,KATHERINE M
Conversation with MANIACI,WILLIAM has a chief complaint of: <not
identified>.

Identified problem: OTHER UNSPECIFIED COUNSELING.

/es/ KATHERINE M ACTON
PSA
Signed: 12/19/2005 12:33
```

```
   LOCAL TITLE: ORTHOPEDIC NOTE
STANDARD TITLE: ORTHOPEDIC SURGERY NOTE
DATE OF NOTE: DEC 16, 2005@09:30    ENTRY DATE: DEC 20, 2005@11:12:37
      AUTHOR: FORD,WILLIAM R      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED


PATIENT NAME:  MINACCI,WILLIAM

This 64-year-old gentleman returns to clinic today with
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MANIACI, WILLIAM<br>545 PARK ROSE CIR<br>RENO, NEVADA  89502-7752<br>487447025 | Printed at SIERRA NEVADA HCS   VA000454 |

# Progress Note

Printed On May 17, 2007

```
recent x-rays of his left thumb at the carpometacarpal joint
showing degenerative joint disease.  Patient also had x-rays
of his pelvis where again he has mild degenerative joint
disease of the left hip with continued severe pain in the
left hip.  Patient, therefore, is going to be advised to
have an MRI of the left hip to rule out avascular necrosis
or some other cause of this severe pain.

Patient's right ankle shows an old healed lateral malleolar
fracture with a lateral fibular plate in place.  Patient has
had this hardware for some 15 years and, therefore, is not
desirous of having it removed.  The MRI of the hip will be
completed, and the patient will return after that study.

D:  12/16/05
T:  12/19/05
JOB NUMBER:  71139
JBK/PSI

/es/ WILLIAM R FORD
STAFF ORTHOPEDIST
Signed: 12/28/2005 16:20
```

---

```
   LOCAL TITLE: PC-MD NOTE
STANDARD TITLE: PRIMARY CARE PHYSICIAN E & M NOTE
DATE OF NOTE: DEC 15, 2005@15:16     ENTRY DATE: DEC 15, 2005@15:16:26
      AUTHOR: WALL,CHRISTOPHER P     EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

   *** PC-MD NOTE Has ADDENDA ***

  CURRENT TOBACCO USER:
     Patient declines smoking cessation referral.
MANIACI,WILLIAM is a 64 Y.O. MALE.
-----------------------------------------------------------------------
WT219 lb [99.5 kg] (12/15/2005 14:43)
BP97/54 (12/15/2005 14:43)
PULSE71 (12/15/2005 14:43)
TEMP98.1 F [36.7 C] (08/31/2005 09:17)
-----------------------------------------------------------------------
Computer is the source for the following medication list:

ASPIRIN 25MG/DIPYRIDAMOLE 200MG SA CAP
   TAKE 1 CAPSULE BY MOUTH TWICE A DAY - SWALLOW WHOLE, DO NOT CRUSH OR
   CHEW
ATORVASTATIN 80MG TABLET
   TAKE ONE TABLET BY MOUTH EVERY DAY FOR HIGH CHOLESTEROL - AVOID TAKING
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MANIACI, WILLIAM<br>545 PARK ROSE CIR<br>RENO, NEVADA  89502-7752<br>487447025 | Printed at SIERRA NEVADA HCS |

VA000455