# EXHIBIT 53A

Georgetown Photos - Group 1

Photos taken by Carrie Divorah, Gaston Hall, Georgetown University, on Saturday, February 18, 2006-03-06 and provided to William D. Maniaci.

Below, L to R: Jim Nutting, William Maniaci, Lt. Mike Smith, Keith Bailey (Same in all four photographs).



**Note: These photographs were taken after I was assisted from the floor, outside of Gaston Hall. I am without my black Fedora which absorbed much of the shock when my head was Struck and subsequently fell from my head.**



DEPOSITION EXHIBIT
17 A
Maniaci