# EXHIBIT 53B

DEPOSITION EXHIBIT 17 B Maniaci



