# EXHIBIT 53C





James Nutting　　　　　　　　William Maniaci　　　　Mike Smith