# EXHIBIT 55

Case 1:06-cv-01625-LFO   Document 39-61   Filed 01/14/2008   Page 2 of 6

July 6, 2007                    Sam Delisi                Maniaci v. Georgetown
                              Washington, D.C.

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3      - - - - - - - - - - - - - - - - -X

 4      WILLIAM MANIACI,                 :

 5                       Plaintiff,      :

 6      v.                               :    Case No.

 7      GEORGETOWN UNIVERSITY, et al.,   :    06-cv-1625 (CKK)

 8                       Defendants.     :

 9      - - - - - - - - - - - - - - - - -X

10            VIDEOTAPED DEPOSITION OF SAM DELISI

11                      Washington, D.C.

12                      Friday, July 6, 2007

13

14            The videotaped deposition of SAM DELISI,

15    was convened on Friday, July 6, 2007, commencing at

16    9:10 a.m., at the offices of Williams & Connolly, 725

17    12th Street, Northwest, Washington, D.C., before

18    Cynthia R. Simmons, Registered Merit Reporter,

19    Certified Realtime Reporter, and Notary Public.

20

21

22
```

CONDENSED

BRYNTESON REPORTING, INC.
(703) 768-8122        www.bryntesonreporting.com        Fax: (703) 768-8921

Case 1:06-cv-01625-LFO    Document 39-61    Filed 01/14/2008    Page 3 of 6

July 6, 2007                    Sam Delisi              Maniaci v. Georgetown
                              Washington, D.C.

Page 34

1  intelligence unit was going to be there on campus
2  that day?
3      A  I don't, no, I don't think so because I
4  think, I think most, most of this time -- I didn't
5  know what, I didn't know what the meeting, the
6  get-together was about, so I had no idea why he would
7  be there. I didn't know, you know, when he came up
8  or whether anyone would have asked for intelligence,
9  no, because then I would have questioned a little
10 more who was -- why would we need intelligence here,
11 what's going on that they might need intelligence
12 here?
13         I would have thought, is this an FBI
14 meeting, is this some other kind of meeting, what's
15 going on? So I don't, I don't recall that.
16     Q  Okay. Do you know whether he got a copy
17 of any DPS security plans or reports that day?
18     A  I don't know, no.
19     Q  Did he, did he ask you what you were doing
20 there?
21     A  No, I don't think so, no.
22     Q  You said, at some point, you would go

Page 35

1  outside and take a smoking break. Other than that,
2  did you pretty much just stay in the, in the room
3  where the detail was staging?
4      A  Most of the time, we stayed there, but we
5  did -- I did walk -- Portia Swinson walked me around
6  to a few different buildings, showed me around.
7      Q  And how were you dressed that day?
8      A  Uniform, police, D.C. police uniform.
9      Q  So is that the blue uniform, or were you
10 wearing some type of tactical uniform?
11     A  I think I was wearing the blue slacks with
12 the light blue shirt, not the tactical, regular,
13 regular street uniform that everybody wears.
14     Q  And was the rest of your unit dressed that
15 way?
16     A  Yes.
17     Q  Okay. Were you monitoring radio
18 communications of the Georgetown DPS?
19     A  They gave me a radio, but I think, I think
20 my radio might have been on just a channel where they
21 would call me, you know what I mean? I mean, I was
22 not -- I don't, I don't know how busy their radio is

Page 36

1  to know whether, you know, that was their regular
2  radio they used to talk to each other, but I don't
3  think I was in contact with their dispatcher like
4  system.
5      Q  Do you recall, at some point in time, you
6  were called to the entrance of the ICC building?
7      A  Yeah, that was -- yes.
8      Q  Okay. Prior to that, had you heard about
9  any disturbances on campus related to the conference,
10 prior to that?
11     A  No.
12     Q  Did you hear about anything occurring in
13 Gaston Hall?
14     A  No. The name sounds familiar, I guess
15 maybe because I hear that on the radio now, but I
16 don't remember that, no.
17     Q  So the first time that day that you were
18 called to do anything was when you were called to go
19 to the ICC building?
20     A  Well, there's a little more to it than
21 that. When Portia Swinson was showing me around, we
22 were just taking a walk, she was showing me around

Page 37

1  the campus, and she -- we walked into the ICC
2  building, and then we went downstairs, and there's
3  some kind of like classroom like things downstairs,
4  and she was just showing me some of the building.
5          And at that point, I think they called her
6  on her radio and said, we have something going on at
7  the ICC building up at the front door, to bring me,
8  and we happened to be in the ICC building. We
9  weren't even -- we wouldn't normally have even been
10 in that building, and then we just came right
11 upstairs to the, to the front door.
12     Q  Do you know who it was that called Portia
13 Swinson?
14     A  No.
15     Q  What did they say was going on at the
16 front of the ICC building?
17     A  To bring, to bring the police, bring the
18 police officers to the, to that location.
19     Q  They didn't give any more information than
20 that?
21     A  That's all they would have, that's all
22 they would have said, I think.

Case 1:06-cv-01625-LFO   Document 39-61   Filed 01/14/2008   Page 4 of 6

July 6, 2007                    Sam Delisi              Maniaci v. Georgetown
                              Washington, D.C.

**Page 38**

1   Q   Did you call anybody else in your detail
2   to respond?
3   A   I did, yeah, since they, since they said
4   there was some kind of commotion, I think I got on my
5   phone and called over to one of the guys over there,
6   and I said, hey, come over to the front door, a
7   couple -- bring a couple of guys over to the front
8   door.
9   Q   And since you were already in the ICC
10  building, I take it that it didn't take long for you
11  to get to the entrance?
12  A   No, not even a minute.
13  Q   And when you got there, what, what was
14  going on?
15  A   There was an older white male sitting in a
16  chair, and he had another guy with him, and he was --
17  they wanted him escorted off the property.
18  Q   Did some -- when you arrived, did someone
19  give you a briefing about what was going on?
20  A   Yeah. I mean, after I, after I sat there
21  for a second, they were, they were talking that they
22  wanted him escorted off the property, and then I

**Page 39**

1   stepped in and go, okay, well, let's, let's go, they
2   want you off the property, so you've got to go. They
3   said -- the -- whoever told me said he was removed
4   from the, I guess, auditorium or whatever you want to
5   call it, and they wanted him escorted off the, off
6   the grounds.
7   Q   Let me show you what's previously been
8   marked as deposition Exhibit 17-A, B and C, just a
9   series of photographs, and let me ask you if you
10  recognize the man in the middle of each of those
11  photographs.
12       MR. FAY:  Can I borrow one of yours for a
13  moment?  Thank you.
14       THE WITNESS:  I see Mike Smith.  He was
15  not in uniform, okay.
16  BY MR. JONES:
17  Q   And Mike Smith is the person with the blue
18  jacket?
19  A   Yeah, he is.  That's the lieutenant there,
20  yeah.
21  Q   The person in the middle with the black
22  coat, do you recognize that gentleman?

**Page 40**

1   A   It was like a year-and-a-half ago, but I
2   assume that's -- it looks like the guy who was
3   sitting in the chair.
4   Q   Okay.  Was the, was the gentleman who was
5   sitting in the chair, was he saying anything?
6   A   He wanted to catch his breath, I just
7   want, you know, he was like, I need to catch my
8   breath, and that, that kind of thing.
9   Q   Was he actually inside the ICC building at
10  that point in time, or where was he?
11  A   I think there was a door and another door,
12  and he was in-between those doors, but if not, he was
13  just inside the, the glass door.
14  Q   Were there any DPS officers there?
15  A   Yes.
16  Q   About how many?
17  A   How -- probably three or four.
18  Q   Do you know any of the DPS officers by
19  name?
20  A   Oh, no, not at all.
21  Q   So you don't recall who any of those
22  individuals were?

**Page 41**

1   A   No.
2   Q   Was the gentleman who was the head of DPS,
3   the African American gentleman, was he there?
4   A   I think he was.  I don't remember if he
5   was there before I got there or if he showed up
6   afterwards.  What was his name again?
7   Q   Darrell Harrison?
8   A   Yeah, Darrell Harrison, right.  Okay.
9   Q   Other than Mr. Harrison and Portia
10  Swinson, do you recall any other Georgetown
11  administrators who were there?
12  A   I don't know any other Georgetown
13  administrators, so I wouldn't know if they were there
14  or not.
15  Q   Okay.  Were there any other people who
16  seemed like they were Georgetown administrators,
17  whether you knew their names or not?
18  A   I didn't really pay attention to it.  I
19  was more concerned with -- I was talking to
20  Mr. Maniaci.
21  Q   Okay.  Mr. Maniaci?
22  A   Maniaci, right.

11 (Pages 38 to 41)

Case 1:06-cv-01625-LFO   Document 39-61   Filed 01/14/2008   Page 5 of 6

July 6, 2007          Sam Delisi           Maniaci v. Georgetown
                    Washington, D.C.

Page 42

1  Q  At some point in time, did you find out
2  what his name was?
3  A  Yes.
4  Q  Okay. You said there was another guy with
5  him. Can you describe that person?
6  A  I think he was taller than him, white
7  male. I talked to him a little bit, but I don't, I
8  mean, wearing a suit, I guess, I don't remember much
9  more than that about anything.
10 Q  Do you remember what you talked with him
11 about?
12 A  Just when we were walking out, Mr. Maniaci
13 was, you know, he kept stopping, and then that guy
14 would say something like he was sick, he was ill or
15 something like that, and I'm going, okay, well, you
16 know, we're going to get him an ambulance, if he
17 needs one, that kind of thing. And he was kind of
18 like saying, take care of him, or take it easy, or
19 let him walk slow, that kind of thing.
20 Q  Now, when, at some point in time, you were
21 told by someone from Georgetown that they wanted
22 Mr. Maniaci escorted off the campus?

Page 43

1  A  Yes.
2  Q  Do you know who it was that told you that?
3  A  No.
4  Q  Might it have been Mr. Harrison?
5  A  Probably, it probably was Mr. Harrison, it
6  was either him or Portia Swinson, but probably was
7  Mr. Harrison.
8  Q  And you said that someone told you that he
9  had been removed from an auditorium?
10 A  Yes.
11 Q  Did they tell you anything about the
12 circumstances of why he was removed from the
13 auditorium?
14 A  Somebody said he stood up and was being
15 disorderly inside, they -- and a couple of the
16 uniformed DPS guys brought him out.
17 Q  Do you know why he was at the entrance of
18 the ICC building at that point in time?
19 A  I assume the auditorium was just inside
20 that, and that's where they walked him to.
21 Q  Did he say anything about wanting to go
22 inside the ICC building?

Page 44

1  A  No. I mean, not that I -- I thought we
2  were already inside the ICC building, is that right?
3  Q  Oh, I thought you said that you saw him in
4  the area in-between the two doors, two sets of doors?
5  A  Yeah, I thought that was the inside
6  court --
7  Q  Okay.
8  A  -- inside part of the ICC building, just
9  inside the door, there was an auditorium, I guess,
10 that was in there, that he was removed from, if I'm,
11 if I'm correct, I mean, I could be a little turned
12 around.
13 Q  Let me ask you, do you recall whether
14 there were some tables set up inside the ICC
15 building, where people were handing out materials,
16 papers, tee-shirts?
17 A  It's hard to remember now because I have
18 been to that location before, and there has been
19 people outside and inside, with tables, setting up.
20 So, I mean, I remember seeing that, it might have
21 been that day, it was a year-and-a-half ago, I'm not
22 positive, but there might have been.

Page 45

1  Q  Do you remember Mr. Maniaci saying
2  anything about wanting to go to a table that he had
3  inside the ICC building?
4  A  I don't, I don't remember that happening
5  while I was there.
6  Q  Do you remember Mr. Maniaci requesting to
7  use the bathroom inside the ICC building?
8  A  I don't know, I don't think he did while I
9  was there.
10 Q  Did anybody tell you that he had just used
11 the bathroom inside the ICC building?
12 A  No.
13 Q  At that point in time, Mr. Maniaci was not
14 under arrest?
15 A  No.
16 Q  He wasn't handcuffed?
17 A  No.
18 Q  Did you see any injuries on Mr. Maniaci?
19 A  No.
20 Q  And you asked him to leave the campus?
21 A  I asked him to walk to 37th Street, I
22 guess, 37th and Prospect there. He was, he was like

Case 1:06-cv-01625-LFO   Document 39-61   Filed 01/14/2008   Page 6 of 6

July 6, 2007　　　　　　　Sam Delisi　　　　　Maniaci v. Georgetown
　　　　　　　　　　　　Washington, D.C.

**Page 46**

1　heavy breathing, like he was straining, so I told him
2　I'd call him an ambulance, and we'd -- I'd have the
3　ambulance meet him right there.
4　　　Q   When you asked him to leave the campus, I
5　mean, did he agree right away, or did he resist some?
6　　　A   No, he was agitated, didn't want to leave
7　and mostly used the -- he was tired, you know, just
8　couldn't walk right now, couldn't get his breath, to
9　slow us down from actually leaving.
10　　Q   Was he walking with a cane?
11　　A   Yeah, he did have a cane.
12　　Q   Was anyone else, was anyone assisting him
13　in walking?
14　　A   Yes, there was the -- I might have, I
15　might have held his arm for a minute, and there was
16　that, that other, the other gentleman I was talking
17　about, a little taller, like his friend, I think he
18　was, I think he held his arm.
19　　Q   Did Mr. Maniaci ever complain of any
20　injuries?
21　　A   No, I think he was, he was -- he acted
22　like he was -- not beaten up or anything like that,

**Page 47**

1　more like an exhausted like, maybe, you know, can't
2　catch my breath.  But, I mean, I mean, that's not an
3　injury necessarily, but it's a -- he was acting like
4　he wasn't in good health.
5　　　Q   You say he was acting like he wasn't in
6　good health.  I mean, did you have some doubts about
7　that?
8　　　A   Well, when I got him to 37th Street, now,
9　he didn't need an ambulance anymore, and we had a
10　nice little conversation.  So, you know, we cancelled
11　the ambulance at that time.  I think, I think I
12　called for an ambulance and then cancelled an
13　ambulance, but I'm not positive.
14　　Q   You called for an ambulance while you were
15　still on campus and then by --
16　　A   To meet us at the corner of 37th and
17　Prospect.
18　　Q   And then by the time you got there, you
19　cancelled it?
20　　A   Yes.
21　　Q   Did Mr. Maniaci say, at that point in
22　time, he didn't need an ambulance any more?

**Page 48**

1　　　A   We talked a little bit, that's when he
2　identified himself that he used to be a Chicago
3　police officer, showed me his badge.  We talked a
4　little bit about the Chicago Police Department.  At
5　that point, we determined, you know, he did not need
6　an ambulance, and him and his friend walked off to
7　their car.
8　　　Q   Do you remember him smoking a cigarette at
9　any point in time?
10　　A   I don't remember, no.  He might have.  I
11　think, I kind of -- now that you just said that, I
12　kind of think me and him sat there and smoked a
13　cigarette and talked.  I'm not positive, but I think
14　that's what happened.
15　　Q   Did he tell you that he was, that he was
16　in the military previously?
17　　A   I don't remember the military.  I remember
18　he told me he was, I think, the Chicago Police
19　Department.
20　　Q   Did he mention anything about a Nevada
21　Police Department?
22　　A   It could have been Nevada.  He showed me a

**Page 49**

1　badge from somewhere.  I was, I was talking to him,
2　and I was more trying to get him to -- okay, see, I'm
3　going to go back to my doughnuts kind of thing.
4　　　Q   Did his attitude change once he was off
5　the Georgetown campus?
6　　　A   With me, it did, yes.
7　　　Q   And how so?
8　　　A   I mean, then he just -- it was friendlier
9　and more -- he wasn't, he wasn't mean to me at any
10　time.  I was, I was a nice guy when I was talking to
11　him.  I wasn't being stern with him at any time, just
12　kind of a, come on, man, we've got to go, let's get
13　out of here, I'll talk to you more when we get over
14　there.  And once he got off campus, then he, then
15　he -- that's when he showed me his badge from the,
16　from the police department.
17　　Q   About how long did it take you to walk
18　from the ICC building with him to the exit of the
19　campus?
20　　A   Probably five minutes.
21　　Q   Would you estimate that distance is like a
22　hundred yards -- a couple hundred yards or so?