# EXHIBIT 56A

