# EXHIBIT 56B

