# EXHIBIT 58

| EMERGENCY CARE & TREATMENT – WALTER REED AMC | LOG NUMBER: 060219-00064 |
|---|---|
| Arrival Date/Time: 19 Feb 2006@2020<br>Trans to Hospital: PRIVATELY OWNED VEHICLE<br>History Obtained From: PATIENT | 3rd Party Payer: NO<br>Time Seen: 20:45<br>Category: URGENT |
| Addr: 4545 PARK ROSE   RENO,   NV   89502<br>Chief Complaint: LBP/RT ANKLE SWELLING | Phone: 775 742 0407<br>Sex: MALE   Age: 64 |

### VITAL SIGNS
Time 1945
BP-SY 133
BP-DI 91
Pulse 75
Resp 24
Temp 98.6
WSAT/sad 100%

### Medications
- HCTZ
- morphine
- [illegible]

### Tetanus:
### Allergies:
NO ALLERGIES DOCUMENTED

⊕ Sulfa

### Orders / Inits / Time
- CT [illegible] head
- CBC, [illegible]
- Ankle 3 view x-ray
- Right Ankle Posterior [illegible]
- Crutches
- D/C

### ASSESSMENT/DIAGNOSIS
Concussion +

### DISPOSITION
☒ Home  ☐ Full Duty
☐ Quarters
☐ 24hrs  ☐ 48hrs  ☐ 72hrs

Modified Duty Until:
Day: ___ Mon: ___ Yr: ___

Referred to: primary care Doctor
☐ Emergency  ☐ Today
☐ 72 hours  ☐ Routine

Admitted to:
Others:

Condition Upon Release:
☒ Improved  ☐ Unchanged
☐ Deteriorated
Release Time: [signature]

Instructions to Patient:
Naprosyn 500 mg BID
Procet 325/5 1-2 tabs every 6 hrs as needed for pain
Concussion info + ankle sprain info — crutches as needed

---

64 y/o male "kicked + dragged" [illegible] several injuries. Swollen Rt ankle — diff to put pressure on. Pt also complains of some low back pain. Sn also noted smoke chip in eye — [illegible]. Pt had episode of dizziness + [illegible]. No LOC

PE/ kn. nups
HEENT - [illegible] chip R upt eye
PERLA, EOM intact
[illegible]

Resp: diffuse rhonchi, breath sounds present
Abd: soft, NT, ND, ⊕ BS
Ext: SLR Steging, [illegible] intact
Swlg ab R ankle tender to palpation
L lwr [illegible] intact
Neuro: CN II-XII intact, [illegible] sensation id

Imp/Plan:
- 64 y/o male w/ R ankle pain + episode of lightheadedness s/p trauma
- CT scan of head
- Labs pending
- Ankle x-ray
- Pt [illegible] w/ Coumadin
- R ankle sprain

### MED Hx
- CHF
- COPD
- Stroke 3 mo ago
- CVA [illegible] ago

### Sx Hx
- cervical spine
  (3-4 yrs ago)

[boxed lab values:]
CBC 8.9 [illegible] .05 / .05
17.2 /101/ 15
37 / 07 / 1.2 <1.02
ANC pros 13
AS/AT 35/50
Tbili 1.3
ALP 12.7 / 9.2

[boxed:]
top - CT [illegible]
CT Hd OK
R ankle x-ray
Dismiss - OPD

New: CN II-XII intact, [illegible], Tr strgth, sensation id

64 y/o M s/p physical assault at [illegible]. Confirmed symptoms with yesterday, c/o headache and Rt ankle pain. No LOC. Has bruise Rt ankle [illegible], no point deep [illegible] NAD. LCTA ⊕ CN II-XII intact. Speech clear. Rt lateral ankle edema and TTP.
— ACE wrap done

M 000074