IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI, ) | |
| ) | |
| Plaintiff, ) | Docket No. 06 CV 01625 |
| ) | |
| v. ) | Judge Kollar-Kotelly |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | Next Scheduled Event: |
| ) | February 4, 2008, |
| Defendants. ) | Deadline for Opposition |
| ) | to Dispositive Motions |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion for Summary Judgment and supporting papers, Plaintiff's opposition thereto, and Defendants' reply, and for good cause shown, it is hereby ORDERED this ____ day of _____, that Defendants' motion is GRANTED in its entirety.

Judgment is hereby entered in favor of Defendants Georgetown University, Todd Olson, David Morrell, Darryl Harrison, Roy Eddy and Larry Salley on Counts I, II, III and IV of the Second Amended Complaint.

Plaintiff's Second Amended Complaint is DISMISSED in its entirety as to all Defendants.

SO ORDERED this ____ day of _____, 2008.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

COPIES TO:

    Thomas Fortune Fay, Esq.
    601 Pennsylvania Avenue, N.W.
    #900 - South Building
    Washington, D.C. 20004

    John J. Buckley, Jr., Esq.
    Williams & Connelly, LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005

    Jane E. Genster, Esq.
    Georgetown University
    37th & O Streets, N.W.
    Washington, D.C. 20057