IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| v. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | Next Scheduled Event: |
| | ) | February 4, 2008, |
| Defendants. | ) | Deadline for Opposition |
| | ) | to Dispositive Motions |

## NOTICE OF ERRATA

Defendants' respectfully resubmit their Notices of Filing regarding exhibits 43 – 45 to Defendants' Motion for Summary Judgment because the signature lines on the certificates of service for the previously filed Notices of Filing were inadvertently left blank.

                                                        Respectfully submitted,

January 14, 2008                           /s/ John J. Buckley, Jr.
                                                  John J. Buckley, Jr., D.C. Bar No. 925081
                                                  Malachi Jones, D.C. Bar No. 455555
                                                  Richa S. Dasgupta, D.C. Bar No. 500509

                                                  WILLIAMS & CONNOLLY LLP
                                                  725 Twelfth Street, N.W.
                                                  Washington, D.C. 20005
                                                  jbuckley@wc.com
                                                  (202) 434-5051
                                                  (202) 434-5058 (fax)

                                                  *Of Counsel:*
                                                  Jane E. Genster D.C. Bar No. 939850
                                                  Vice President and General Counsel
                                                  Georgetown University
                                                  37th & O Streets, N.W.
                                                  Washington, D.C. 20057
                                                  (202) 687-6500
                                                  (202) 687-6527 (fax)

                                                  *Attorneys for Defendants Georgetown University,*
                                                  *David F. Morrell, Darryl K. Harrison, Todd Olsen,*
                                                  *Roy Eddy and Larry Salley*

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

>Thomas Fortune Fay, Esq.
>601 Pennsylvania Avenue, NW
>#900 – South Building
>Washington, D.C. 20004


           /s/ John J. Buckley, Jr.
           John J. Buckley, Jr.