IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| v. | ) | Judge Kollar-Kotelly |
| GEORGETOWN UNIVERSITY, et al. | ) | <u>Next Scheduled Event</u>: February 4, 2008, |
| Defendants. | ) | Deadline for Opposition to Dispositive Motions |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 43 to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing. This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

|  |  |
|---|---|
|  | Respectfully submitted, |
| January 14, 2008 | _____/s/ John J. Buckley, Jr._____ .<br>John J. Buckley, Jr., D.C. Bar No. 925081<br>Malachi Jones, D.C. Bar No. 455555<br>Richa S. Dasgupta, D.C. Bar No. 500509<br><br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>jbuckley@wc.com<br>(202) 434-5051<br>(202) 434-5058 (fax)<br><br>*Of Counsel:*<br>Jane E. Genster D.C. Bar No. 939850<br>Vice President and General Counsel<br>Georgetown University<br>37th & O Streets, N.W.<br>Washington, D.C. 20057<br>(202) 687-6500<br>(202) 687-6527 (fax)<br><br>*Attorneys for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Todd Olsen, Roy Eddy and Larry Salley* |

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

> Thomas Fortune Fay, Esq.
> 601 Pennsylvania Avenue, NW
> #900 – South Building
> Washington, D.C. 20004

                                                  /s/ John J. Buckley, Jr.
                                                  John J. Buckley, Jr.