IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| v. | ) | Judge Kollar-Kotelly |
| GEORGETOWN UNIVERSITY, et al. | ) | <u>Next Scheduled Event</u>: |
| Defendants. | ) | February 4, 2008, Deadline for Opposition to Dispositive Motions |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 44A to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing. This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

                        Respectfully submitted,

January 14, 2008                  /s/ John J. Buckley, Jr.
                                          John J. Buckley, Jr., D.C. Bar No. 925081
                                          Malachi Jones, D.C. Bar No. 455555
                                          Richa S. Dasgupta, D.C. Bar No. 500509

                                          WILLIAMS & CONNOLLY LLP
                                          725 Twelfth Street, N.W.
                                          Washington, D.C. 20005
                                          jbuckley@wc.com
                                          (202) 434-5051
                                          (202) 434-5058 (fax)

                                          *Of Counsel:*
                                          Jane E. Genster D.C. Bar No. 939850
                                          Vice President and General Counsel
                                          Georgetown University
                                          37th & O Streets, N.W.
                                          Washington, D.C. 20057
                                          (202) 687-6500
                                          (202) 687-6527 (fax)

                                          *Attorneys for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Todd Olsen, Roy Eddy and Larry Salley*

## CERTIFICATE OF SERVICE

  I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

    Thomas Fortune Fay, Esq.
    601 Pennsylvania Avenue, NW
    #900 – South Building
    Washington, D.C. 20004


           /s/ John J. Buckley, Jr.          .
           John J. Buckley, Jr.