IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| v. | ) | Judge Kollar-Kotelly |
| GEORGETOWN UNIVERSITY, et al. | ) | <u>Next Scheduled Event</u>: February 4, 2008, |
| Defendants. | ) | Deadline for Opposition to Dispositive Motions |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 44B to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing. This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

|  |  |
|---|---|
|  | Respectfully submitted, |
| January 14, 2008 | _____/s/ John J. Buckley, Jr._____ . <br> John J. Buckley, Jr., D.C. Bar No. 925081 <br> Malachi Jones, D.C. Bar No. 455555 <br> Richa S. Dasgupta, D.C. Bar No. 500509 <br><br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street, N.W. <br> Washington, D.C. 20005 <br> jbuckley@wc.com <br> (202) 434-5051 <br> (202) 434-5058 (fax) <br><br> *Of Counsel:* <br> Jane E. Genster D.C. Bar No. 939850 <br> Vice President and General Counsel <br> Georgetown University <br> 37th & O Streets, N.W. <br> Washington, D.C. 20057 <br> (202) 687-6500 <br> (202) 687-6527 (fax) <br><br> *Attorneys for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Todd Olsen, Roy Eddy and Larry Salley* |

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

>Thomas Fortune Fay, Esq.
>601 Pennsylvania Avenue, NW
>#900 – South Building
>Washington, D.C. 20004

          /s/ John J. Buckley, Jr.    .
          John J. Buckley, Jr.