IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| v. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | Next Scheduled Event: |
| | ) | February 4, 2008, |
| Defendants. | ) | Deadline for Opposition |
| | ) | to Dispositive Motions |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 44C to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing.  This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

Respectfully submitted,


      /s/ John J. Buckley, Jr.      .

January 14, 2008                John J. Buckley, Jr., D.C. Bar No. 925081
Malachi Jones, D.C. Bar No. 455555
Richa S. Dasgupta, D.C. Bar No. 500509

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jbuckley@wc.com
(202) 434-5051
(202) 434-5058 (fax)

*Of Counsel:*
Jane E. Genster D.C. Bar No. 939850
Vice President and General Counsel
Georgetown University
37th & O Streets, N.W.
Washington, D.C. 20057
(202) 687-6500
(202) 687-6527 (fax)

*Attorneys for Defendants Georgetown University,*
*David F. Morrell, Darryl K. Harrison, Todd Olsen,*
*Roy Eddy and Larry Salley*

2

3

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

> Thomas Fortune Fay, Esq.
> 601 Pennsylvania Avenue, NW
> #900 – South Building
> Washington, D.C. 20004

_____/s/ John J. Buckley, Jr._____.
John J. Buckley, Jr.
