IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| v. | ) | Judge Kollar-Kotelly |
| GEORGETOWN UNIVERSITY, et al. | ) | <u>Next Scheduled Event</u>: |
| Defendants. | ) | February 4, 2008, Deadline for Opposition to Dispositive Motions |

**<u>NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Exhibit 45 to Defendants' Motion for Summary Judgment, is a video recording and therefore is not in a format that readily permits electronic filing. This exhibit will be filed with the Clerk's office in hard-copy format pursuant to Local Rule 5.4(e)(1)(B).

I hereby certify that on the same day of this Notice, I will file and serve the item described above in hard-copy format.

                              Respectfully submitted,

January 14, 2008                /s/ John J. Buckley, Jr.
                              John J. Buckley, Jr., D.C. Bar No. 925081
                              Malachi Jones, D.C. Bar No. 455555
                              Richa S. Dasgupta, D.C. Bar No. 500509

                              WILLIAMS & CONNOLLY LLP
                              725 Twelfth Street, N.W.
                              Washington, D.C. 20005
                              jbuckley@wc.com
                              (202) 434-5051
                              (202) 434-5058 (fax)

                              *Of Counsel:*
                              Jane E. Genster D.C. Bar No. 939850
                              Vice President and General Counsel
                              Georgetown University
                              37th & O Streets, N.W.
                              Washington, D.C. 20057
                              (202) 687-6500
                              (202) 687-6527 (fax)

                              *Attorneys for Defendants Georgetown University,*
                              *David F. Morrell, Darryl K. Harrison, Todd Olsen,*
                              *Roy Eddy and Larry Salley*

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

        Thomas Fortune Fay, Esq.
        601 Pennsylvania Avenue, NW
        #900 – South Building
        Washington, D.C. 20004

                /s/ John J. Buckley, Jr.    .
                John J. Buckley, Jr.