IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MANIACI, ) | |
| ) | |
| Plaintiff, ) | Docket No. 06 CV 01625 |
| ) | |
| vs. ) | Judge Kollar-Kotelly |
| ) | |
| GEORGETOWN UNIVERSITY, et al. ) | **Next Scheduled Event:** |
| ) | **February 4, 2008** |
| Defendants. ) | Deadline for Opposition to |
| ) | Dispositive Motions |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Richa Shyam Dasgupta as counsel in this case for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Todd Olson, Roy Eddy and Larry Salley

|  |  |
|---|---|
| January 14, 2008 | Respectfully submitted,<br><br>___/s/ Richa S. Dasgupta_____<br>WILLIAMS & CONNOLLY LLP<br>Richa S. Dasgupta, D.C. Bar No. 500509<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>cshanahan@wc.com<br>(202) 434-5000<br>(202) 434-5058 (fax)<br><br>*Attorneys for Defendants Georgetown University, David F. Morrell, Darryl K. Harrison, Todd Olson, Roy Eddy and Larry Salley* |

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed with the Court on the 14th day of January, 2008, and that service was made via ECF and by First Class Mail to:

            Thomas Fortune Fay, Esq.
            601 Pennsylvania Avenue, NW
            #900 – South Building
            Washington, D.C. 20004

                        ___/s/ Richa S. Dasgupta_____
                            Richa S. Dasgupta