UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI,

    Plaintiffs,

    v.

                                   Civil Action No.: 1:06cv01625

GEORGETOWN UNIVERSITY, et al.,                     (CKK/JMF)

    Defendants.

## CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF'S REPLY/OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Plaintiff, William Maniaci, by and through undersigned counsel, Thomas Fortune Fay, hereby moves this Court to grant an extension of time for Plaintiff's deadline to Reply/Opposition to Defendant's Motion for Summary Judgment from February 4, 2008 to February 11, 2008 and to extend time for the Defendants' Reply/Opposition from February 19, 2008 to February 26, 2008.  As reasons therefore the defendant represent as follows:

    1.    A trial date has not been set.

    2.    Defendants' Motion for Summary Judgment is fifty six pages.

    3.    The Defendant's consent to this Motion to Extend Time.

    4.    The Defendant is not prejudiced by the granting of this Motion.

    5.    Federal Rule of Civil Procedure 6(b) provides that the Court for cause shown may at any time in its discretion order the period enlarged if a request therefore is made before the expiration of the period originally prescribed or extended by a previous order.

    6.    This motion is filed prior to the expiration of the prescribed period and is for good cause shown.

WHEREFORE, for the reasons stated herein, plaintiff requests an extension of time.

Dated: January 23, 2008

                Respectfully submitted,

                *Thomas Fortune Fay*
                Thomas Fortune Fay
                Attorney for Plaintiff
                700 Fifth Street, NW #200
                Washington, DC 20001
                202-589-1300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Discovery and for Other Relief, the supporting memorandum, and proposed order, was sent by first class mail, postage prepaid, this 23rd day of January, 2008, to:

    John J. Buckley, Jr.
    Malachi B. Jones
    Richa Shyam Dasgupta
    Williams & Connelly, LLP
    725 Twelfth Street, NW
    Washington, DC 20005

                *Thomas Fortune Fay*
                Thomas Fortune Fay
                Attorney for Plaintiff
                700 Fifth Street, NW #200
                Washington, DC 20001