## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**WILLIAM MANIACI,**

     **Plaintiffs,**

     **v.**
                                       **Civil Action No.:**

    **1:06cv01625**
**GEORGETOWN UNIVERSITY, et al.,**
**(CKK/JMF)**

     **Defendants.**

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT MOTION TO EXTEND DEADLINES FOR REPLIES TO MOTION FOR SUMMARY JUDGMENT

In support of its Consent Motion to Extend Discovery, this defendant cites and relies upon the following authorities:

1.    Federal Rules of Civil Procedure 6(b).

2.    The United States District Court for the District of Columbia Local Civil Rule 16.1(a).

2.    The inherent powers of this Court.

3.    The reasons stated in the Plaintiff's Motion to Extend Discovery and for Other Relief.

4.    The record herein.

                             Respectfully submitted,

                             *Thomas Fortune Fay*
                             Thomas Fortune Fay
                             Attorney for Plaintiff
                             700 Fifth Street, NW #200

Washington, DC 20001
202-589-1300
Fax 202-589-1721

### **<u>Local Civil Rule 7(m)</u>**
### **<u>CERTIFICATION</u>**

Counsel for Plaintiff herewith certifies pursuant to Local Civil Rule 7(m) that inquiry was

made of the Counsel for Defendant and that said Counsel did consent to this Motion.


*<u>Thomas Fortune Fay</u>*
Thomas Fortune Fay