UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM MANIACI,**

    **Plaintiffs,**

    **v.**

                                              **Civil Action No.:**
   **1:06cv01625**
**GEORGETOWN UNIVERSITY, et al.,**
**(CKK/JMF)**

    **Defendants.**

## ORDER

Upon consideration of the Plaintiff's, William Maniaci, Motion to Extend Time for the Plaintiff's Reply/Opposition to the Defendant's Motion for Summary Judgment and Defendant's Reply/Opposition, it is hereby,

**ORDERED**: that the Motion to Extend Discovery is **GRANTED**; and it is,

**FURTHER ORDERED:** that the Reply to Summary Judgment shall be completed according to the schedule below.

| **FILING** | **DUE DATE** |
|---|---|
| **PLAINTIFF'S REPLY/OPPOSITON TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** | **February 11, 2008** |
| **DEFENDANT'S REPLY TO PLAINTIFF'S REPLY/OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** | **February 26, 2008** |

    **SO ORDERED** this _____ day of _____, 2008.

_____

**The Honorable Judge Kollar-Kotelly**
**United States District Court Judge**


**Copies to:**

John J. Buckley, Jr.
Malachi B. Jones
Richa Shyam Dasgupta
Williams & Connelly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Thomas Fortune Fay
Attorney for Plaintiff
700 Fifth Street, NW #200
Washington, DC 20001