UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**WILLIAM MANIACI,**

    **Plaintiffs,**

    v.

                                            Civil Action No.: 1:06cv01625

**GEORGETOWN UNIVERSITY, et al.,**                 (CKK/JMF)

    **Defendants.**


**<u>PLAINTIFF'S REPLY TO DEFENDANT'S STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE
REGARDING THE MOTION OF DEFENDANT FOR SUMMARY JUDGMENT</u>**


1. Admit.
2. Admit.
3. Admit.
4. Deny.
5. Deny.
6. Deny.
7. Admit.
8. Deny.
9. Deny.
10. Admit.
11. Admit.
12. Admit.
13. Admit.
14. Admit.
15. Admit.
16. Plaintiff has no such knowledge. (Plaintiffs first view of Declaration) Deny.
17. Admit.
18. Admit.
19. Admit.
20. Deny.
21. Deny.
22. Admit.
23. Admit.
24. Deny.
25. Deny.
26. Deny.

27. Admit.
28. Plaintiff has no knowledge as to this fact. Deny.
29. Deny.
30. Deny.
31. Deny.
32. Deny.
33. Deny.
34. Admit.
35. Admit.
36. Deny.
37. Deny.
38. Admit.
39. Deny.
40. Admit.
41. Deny.
42. Deny.
43. Deny.
44. Deny.
45. Deny.
46. Deny.
47. Deny.
48. Deny.
49. Admit.
50. Deny.
51. Deny.
52. Deny.
53. Deny.
54. Deny.
55. Deny.
56. Deny.
57. Deny.
58. Deny.
59. Deny.
60. Deny.
61. Deny.
62. Admit.
63. Admit.
64. Deny.
65. Deny.
66. Deny.
67. Deny.
68. Deny.
69. Deny.
70. Deny.
71. Deny.
72. Admit.

73. Deny.
74. Admit.
75. Deny.
76. Admit.
77. Admit.
78. Admit.
79. Admit.
80. Plaintiff has no knowledge of this fact. Deny.
81. Deny.
82. Deny.
83. Deny.
84. Deny.
85. Admit.
86. Deny.
87. Admit.
88. Deny.
89. Deny.
90. Deny.
91. Deny.
92. Deny.
93. Deny.
94. Admit.
95. Admit.
96. Admit.
97. Deny.
98. Deny.
99. Deny.
100. Deny.
101. Deny.
102. Deny.
103. Admit.
104. Admit.
105. Deny.
106. Deny.
107. Admit.
108. Deny.
109. Deny.
110. Deny.
111. Deny.
112. Deny.
113. Deny.
114. Deny.
115. Deny.
116. Admit.
117. Deny.
118. Admit.

119. Deny.
120. Deny.
121. Deny.
122. Deny.
123. Deny.
124. Deny.
125. Deny.
126. Deny.
127. Deny.
128. Deny.
129. Deny.
130. Deny.
131. Deny.
132. Deny.
133. Deny.
134. Deny.  a. Deny.  b. Deny  c. Deny.  d. Deny.  e. Deny.  f. Deny.  g. Deny.  h. Deny.  i. Deny.
135. Deny.
136. Deny.
137. Deny.
138. Deny.
139. Deny.
140. Deny.
141. Deny.
142. Deny.
143. Deny.
144. Deny.
145. Deny.
146. Deny.
147. Deny.
148. Deny.
149. Deny.
150. Deny.
151. Admit.
152. Deny.
153. Deny.
154. Deny.
155. Deny.
156. Deny.
157. Deny.
158. Deny.
159. Admit.
160. Deny.
161. Deny.
162. Deny.
163. Admit.

164. Deny.
165. Deny.
166. Deny.
167. Admit.
168. Deny.
169. Deny.
170. Deny.
171. Deny.
172. Deny.
173. Deny.
174. Admit.
175. Deny.
176. Deny.  1. Deny  2. Deny
177. Deny.  1. Deny 2. Deny
178. Deny.
179. Deny.
180. Deny.
181. Deny.
182. Deny.
183. Deny.
184. Deny.
185. Deny.
186. Deny.
187. Deny.
188. Deny.
189. Deny.
190. Deny.
191. Deny.
192. Deny.
193. Deny.
194. Deny.
195. Deny.
196. Deny.
197. Deny.
198. Deny.
199. Deny.
200. Deny.
201. Deny.
202. Deny.
203. Deny.
204. Deny.
205. Deny.
206. Deny.
207. Deny.
208. Deny.
209. Deny.

  210. Deny.
  211. Deny.
  212. Deny.
  213. Deny.
  214. Deny.
  215. Deny.
  216. Deny.

February 11, 2008

                Respectfully Submitted,

                _Thomas Fortune Fay_
                Thomas Fortune Fay
                Thomas Fortune Fay, P.C.
                700 Fifth Street, NW #200
                Washington, DC 20001
                202-589-1300
                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2008, I served a copy of the foregoing by first class U.S. Mail to:

  John J. Buckley, Jr.
  Malachi Jones
  Richa Dasgupta
  WILLIAMS & CONNOLLY LLP
  725 Twelfth Street, NW
  Washington, DC 20005
  *Counsel for Defendants*

                _Thomas Fortune Fay_
                Thomas Fortune Fay