## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

    Plaintiff

v.                                             Case No. 1:06CV01625
                                               Judge Kollar-Kotelly

GEORGETOWN UNIVERSITY, et al.,

    Defendants

### ORDER

The Court having considered the Defendants' Motion For Summary Judgment, and the Memorandum Of Plaintiff In Opposition, it is, by the Court this _____ day of _____, 2008

**ORDERED,** that the Defendants' Motion For Summary Judgment be and it is hereby denied.

                                                      _____
                                                      **COLLEEN KOLLAR-KOTELLY**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

                              **John J. Buckley, Jr., Esq.**
                              **Malachi B. Jones, Esq.**
                              **Colleen F. Shanahan, Esq.**
                              **Williams & Connelly, LLP**
                              **725 Twelfth Street, NW**
                              **Washington, DC 20005**

                              **Thomas Fortune Fay, Esq.**
                              **601 Pennsylvania Avenue,NW**
                              **#900 - South Building**
                              **Washington, D.C. 20004**