UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM MANIACI,**

    **Plaintiffs,**

    v.                           Civil Action No.: 1:06cv01625

**GEORGETOWN UNIVERSITY, et al.,**       (CKK/JMF)

    **Defendants.**

**PLAINTIFF'S REPLY TO DEFENDANT'S STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE
REGARDING THE MOTION OF DEFENDANT FOR SUMMARY JUDGMENT**

1. Admit.
2. Admit.
3. Admit.
4. Deny.
5. Deny.
6. Deny.
7. Admit.
8. Deny.
9. Deny.
10. Admit.
11. Admit.
12. Admit.
13. Admit.
14. Admit.
15. Admit.
16. Plaintiff has no such knowledge. (Plaintiffs first view of Declaration) Deny.
17. Admit.
18. Admit.
19. Admit.
20. Deny.
21. Deny.
22. Admit.
23. Admit.
24. Deny.
25. Deny.
26. Deny.

27. Admit.
28. Plaintiff has no knowledge as to this fact. Deny.
29. Deny.
30. Deny.
31. Deny.
32. Deny.
33. Deny.
34. Admit.
35. Admit.
36. Deny.
37. Deny.
38. Admit.
39. Deny.
40. Admit.
41. Deny.
42. Deny.
43. Deny.
44. Deny.
45. Deny.
46. Deny.
47. Deny.
48. Deny.
49. Admit.
50. Deny.
51. Deny.
52. Deny.
53. Deny.
54. Deny.
55. Deny.
56. Deny.
57. Deny.
58. Deny.
59. Deny.
60. Deny.
61. Deny.
62. Admit.
63. Admit.
64. Deny.
65. Deny.
66. Deny.
67. Deny.
68. Deny.
69. Deny.
70. Deny.
71. Deny.
72. Admit.

73. Deny.
74. Admit.
75. Deny.
76. Admit.
77. Admit.
78. Admit.
79. Admit.
80. Plaintiff has no knowledge of this fact. Deny.
81. Deny.
82. Deny.
83. Deny.
84. Deny.
85. Admit.
86. Deny.
87. Admit.
88. Deny.
89. Deny.
90. Deny.
91. Deny.
92. Deny.
93. Deny.
94. Admit.
95. Admit.
96. Admit.
97. Deny.
98. Deny.
99. Deny.
100. Deny.
101. Deny.
102. Deny.
103. Admit.
104. Admit.
105. Deny.
106. Deny.
107. Admit.
108. Deny.
109. Deny.
110. Deny.
111. Deny.
112. Deny.
113. Deny.
114. Deny.
115. Deny.
116. Admit.
117. Deny.
118. Admit.

119. Deny.
120. Deny.
121. Deny.
122. Deny.
123. Deny.
124. Deny.
125. Deny.
126. Deny.
127. Deny.
128. Deny.
129. Deny.
130. Deny.
131. Deny.
132. Deny.
133. Deny.
134. Deny.  a. Deny.  b. Deny   c. Deny.   d. Deny.   e. Deny.   f. Deny.   g. Deny.   h. Deny.  i. Deny.
135. Deny.
136. Deny.
137. Deny.
138. Deny.
139. Deny.
140. Deny.
141. Deny.
142. Deny.
143. Deny.
144. Deny.
145. Deny.
146. Deny.
147. Deny.
148. Deny.
149. Deny.
150. Deny.
151. Admit.
152. Deny.
153. Deny.
154. Deny.
155. Deny.
156. Deny.
157. Deny.
158. Deny.
159. Admit.
160. Deny.
161. Deny.
162. Deny.
163. Admit.

164. Deny.
165. Deny.
166. Deny.
167. Admit.
168. Deny.
169. Deny.
170. Deny.
171. Deny.
172. Deny.
173. Deny.
174. Admit.
175. Deny.
176. Deny.  1. Deny  2. Deny
177. Deny.  1. Deny 2. Deny
178. Deny.
179. Deny.
180. Deny.
181. Deny.
182. Deny.
183. Deny.
184. Deny.
185. Deny.
186. Deny.
187. Deny.
188. Deny.
189. Deny.
190. Deny.
191. Deny.
192. Deny.
193. Deny.
194. Deny.
195. Deny.
196. Deny.
197. Deny.
198. Deny.
199. Deny.
200. Deny.
201. Deny.
202. Deny.
203. Deny.
204. Deny.
205. Deny.
206. Deny.
207. Deny.
208. Deny.
209. Deny.

      210.    Deny.
      211.    Deny.
      212.    Deny.
      213.    Deny.
      214.    Deny.
      215.    Deny.
      216.    Deny.

February 11, 2008

                                  Respectfully Submitted,

                                   _*Thomas Fortune Fay*_
                                   Thomas Fortune Fay
                                   Thomas Fortune Fay, P.C.
                                   700 Fifth Street, NW #200
                                   Washington, DC 20001
                                   202-589-1300
                                   Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2008, I served a copy of the foregoing by first class U.S. Mail to:

      John J. Buckley, Jr.
      Malachi Jones
      Richa Dasgupta
      WILLIAMS & CONNOLLY LLP
      725 Twelfth Street, NW
      Washington, DC 20005
      *Counsel for Defendants*

                                   _*Thomas Fortune Fay*_
                                   Thomas Fortune Fay