UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM MANIACI,**

    **Plaintiffs,**

    v.

**GEORGETOWN UNIVERSITY, et al.,**

    **Defendants.**

Civil Action No.: 1:06cv01625
(CKK/JMF)

## PLAINTIFF, WILLIAM MANIACI, LIST OF EXHIBITS

1. thehoya.com article "DeGioia Defends Palestine Conference"
2. E-mail between Morrell and Harrison
3. JDL Guidelines for the conference
4. Report by unknown- MPD escort Maniaci
5. Report by Officer Salley
6. Report by Officer Eddy
7. Georgetown Procedures for Respnding to Disruptions (protocol)
8. Georgetown's Question and Answer Period Statements by Moderator (protocol)
9. Georgetown's Speech & Expression Policy
10. "Operation Gideon"
11. "Open to Public"
12. Maniaci Medical Record
13. Pictures of Maniaci's injuries
14. Maniaci Deposition
15. Dr. Gillern Deposition
16. Darryl Harrison Deposition, pages 6-8 and 43-47
17. DVD #1
18. DVD #2
19. DVD #3
20. Morrell Deposition, pages 6, 12-14, 17, 25-27, 32-33
21. Olson Deposition, pages 6, 22, 23, 39, 40, 42, and 43
22. Robert Turk Deposition, pages 148-149 and 180-190
23. Georgetown Press Release of PSM

February 11, 2008

                                                                                               Respectfully Submitted,

                                                                      _*Thomas Fortune Fay*_
                                                                      Thomas Fortune Fay
                                                                      Thomas Fortune Fay, P.C.
                                                                     700 Fifth Street, NW #200
                                                                      Washington, DC 20001
                                                                      202-589-1300
                                                                      Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2008, I served a copy of the foregoing by first class U.S. Mail to:

    John J. Buckley, Jr.
    Malachi Jones
    Richa Dasgupta
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    *Counsel for Defendants*

                                                                      _*Thomas Fortune Fay*_
                                                                     Thomas Fortune Fay