# GUIDELINES

All participants with the Jewish Defense League: No one is to violate any law or regulation that would likely result in an arrest. No one is to initiate any violence against anyone, but you will defend yourselves if attacked. It is however, your "legal" obligation to withdraw to a safe location to put an end to violent confrontations.

We are at Georgetown to make a point. That point will be made simply by showing yourselves, and acting only within the rule of law. Everyone will comply with lawful orders given by law enforcement. If civil disobedience is deemed necessary and appropriate, it will be, in all instances, passive and non-violent – you will not resist arrest. Each individual participating in this event on behalf of the Jewish Defense League is responsible for his or her own actions and whatever consequences occur as a result thereof.

If you arrested, give only your identifying information. Refuse to answer any other questions and ask for an attorney and a phone call. You will be given a number to call in the event you have been arrested and need bail. Remember, say nothing to police other than providing your name, a photo I.D., and address. If contacted by the media, refer all questions to Bill Maniaci and/or, Bob Turk who will be on site and are your operational leaders.

PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

EXHIBIT # 3