SEP-15-2006  02:08        GU UNIVERSITY COUNSEL                    2026876527    P.65



**GEORGETOWN UNIVERSITY**   Date: March 13, 2006

To:        Darryl K. Harrison, Director

From:      Officer Larry Salley

Subject:   Statement re Incident at Gaston Hall During the Palestine Solidarity Movement Conference

On Saturday, February 18, 2006 I, Officer Salley was assigned to provide security at Gaston Hall where a conference was to take place. I was posted outside of Gaston Hall. I was informed by Officer Eddy that if there were any individuals who were being disruptive, we would get the word to come inside and remove that person from the hall. While waiting for the conference to begin Officer Eddy approached me and stated that he had received a transmission to keep close observation on a white male, bald head, wearing a long black coat. Approximately 20 minutes had past when Ofc. Eddy motioned for me to follow him inside Gaston Hall. I notice an individual shouting at the panel onstage. When I approach the gentlemen, the individual in the long black coat along with another person tried to block my way. After physically pushing through the people blocking the way, the disruptive individual had gone back to his seat. Ofc. Eddy then posted me to the right corner of Gaston Hall. At this time another individual became disruptive and the order was given to remove him from the hall. The gentleman was sitting down and was refusing to get up. After several warnings from Ofc. Eddy he still refused to leave. At that point Ofc. Eddy motioned to me to secure the individual under his left arm and we both raised him from his seat. We then proceeded to remove the individual from the hall where we placed him on the floor in the lobby. I then went back inside Gaston Hall and post myself between the entrance doors. Another person had started to become disruptive and when I approached him, the gentleman left the hall with-out incident. Once again I went back inside Gaston Hall and post myself at the entrance doors until the conference was over.

*Ofc. Larry Salley #522*
*03-13-2006*

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

EXHIBIT # 5

GTN001722