Procedures for Responding to Disruptions of
Public Meetings

In the event that persons present at a recognized and scheduled public event disrupt the normal activities of the meeting or event by displaying signs or creating noise or verbal confrontation that prevent the meeting from normal continuation, the following procedures will take place:

- Persons who display a sign or written message that obstructs the vision or view of others in attendance will be asked to stand at the rear of the audience or move to the side of the room.

- Persons who create a disturbance by making noise, introducing noise making implements or shouting or other loud verbal disruption will be asked to desist.

In either event, these steps will be followed:

1) A member of the organization sponsoring the event or a staff members of the facility that is hosting the event will quietly approach the individual and ask them to take a position with the sign as outlined above.

   "We respect your right to express your opinions, but we ask that you hold your sign in a place where you do not obstruct the view of other guests. Please move to _____ "

   For verbal disruption the person will be asked to desist and be told that the University respects the right of dissent but also the right of free speech.

   "We respect your right to express your opinions, but we ask that you stop disrupting the meeting. The speaker also has a right to express his/her opinions."

2) If the individual continues to display the sign so as to obstruct vision or continues to make noise that is disruptive, a member of the Student Affairs Intervention Team or an employee of a peer security organization will again ask the person to desist. They will also tell the individual that if they do not desist they will be asked to leave the meeting and be subject to applicable prosecution and/or university discipline.

   "Once again, I am asking you to (a) move your sign to _____ or (b) stop disrupting the meeting. If you refuse to comply with this request, you will be asked to leave the meeting and you may be arrested or subject to discipline under university rules."

CONFIDENTIAL MATERIALS SUBJECT TO PROTECTIVE ORDER

PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

GTN000273

EXHIBIT # __7__

3) If the behavior continues after the second notice, a member of the Student Affairs Intervention Team or a member of a peer security organization will direct the person to leave the meeting and escort them to an exit.

**"I am now asking you to leave the meeting. Please come with me."**

Should they fail to comply with this request, University Police will be summoned to take enforcement action.

These procedures should be clearly articulated to the speaker and sponsor of a meeting before the event to ensure a clear understanding of actions to be taken and to avoid other expectations.

10/10/03

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER