**STATEMENT TO BE READ BY MODERATOR AT START OF EVENT OR Q&A PERIOD:**

Thank you for coming to this session. After the speaker makes his/her presentation, there will be a designated question and answer period, during which you may ask questions and engage in dialogue. Please be sure to phrase your comments in the form of a question. In the interest of time, we ask that each person be concise and ask only one question.

**FIRST WARNING TO A DISRUPTIVE AUDIENCE MEMBER:**

May we ask you please to be quiet out of respect for the speaker and the rest of the audience? Georgetown University recognizes the right of dissent, but we also recognize the right of speakers to be heard. You have the right to express your opinion during the Question and Answer portion of the event. Under the guidelines of the Georgetown University Free Speech and Expression Policy, we must ask you now to stop disturbing the presentation and allow our speaker to continue.

**SECOND WARNING:**

For a second time we must ask you to recognize the right of our speaker to be heard. This constitutes a second warning. If you are not immediately quiet, we will ask that you be escorted from the event, and you will be unable to return to the conference.

**IF THE DISTURBANCE CONTINUES OR RESUMES:**

You have not responded to our requests to recognize the speaker's rights and are therefore in violation of Georgetown's Speech and Expression Policy. You will now be escorted from the event.

CONFIDENTIAL MATERIALS SUBJECT TO PROTECTIVE ORDER

PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

GTN000054

EXHIBIT # 8