Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 1 of 11

March 29, 2007 — William Maniaci — Maniaci vs. Georgetown
Washington, D.C.

**Page 2**

```
 1         APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFF:
 4     THOMAS FORTUNE FAY, ESQ.
 5     CARAGH FAY, ESQ.
 6     Law Offices of Thomas Fortune Fay, P.A.
 7     700 Fifth Street, N.W., #200
 8     Washington, D.C. 20001
 9     (202) 589-1300
10
11  ON BEHALF OF THE DEFENDANTS:
12     JOHN J. BUCKLEY, JR., ESQ.
13     MALACHI B. JONES, JR. ESQ.
14     COLLEEN F. SHANAHAN, ESQ.
15     Williams & Connolly
16     725 12th Street, N.W.
17     Washington, D.C. 20005
18
19  ALSO PRESENT:
20     Chris Bossard, Video Operator
21
22
```

**Page 3**

```
 1         CONTENTS
 2
 3  WILLIAM MANIACI              EXAMINATION
 4     BY MR. BUCKLEY .................. 6
 5     BY MR. FAY ...................... 383
 6
 7           EXHIBITS
 8  MANIACI EXHIBIT NO:              PAGE NO:
 9   1  ..................................  77
10   2  ..................................  77
11   3  ..................................  80
12   4  ..................................  80
13   5  .................................. 108
14   6  .................................. 127
15   7  .................................. 149
16   8  .................................. 161
17   9  .................................. 190
18  10  .................................. 193
19  11  .................................. 202
20  12  .................................. 212
21  13  .................................. 214
22  14  .................................. 220
```

**Page 4**

```
 1           EXHIBITS
 2          (Continued)
 3  MANIACI EXHIBIT NO:              PAGE NO:
 4  15  .................................. 235
 5  16  .................................. 271
 6  17  .................................. 290
 7  18  .................................. 296
 8  19  .................................. 313
 9  20  .................................. 318
10  21  .................................. 327
11  22  .................................. 333
12  23  .................................. 342
13  24  .................................. 349
14  25  .................................. 353
15  26  .................................. 355
16  27  .................................. 356
17  28  .................................. 360
18  29  .................................. 361
19  30  .................................. 364
20  31  .................................. 373
21  32  .................................. 381
22
```

**Page 5**

```
 1         PROCEEDINGS
 2         - - - - -
 3        THE VIDEO OPERATOR:  This begins the
 4  videotaped deposition of William --
 5        THE WITNESS:  Maniaci.
 6        THE VIDEO OPERATOR:  -- Maniaci being
 7  taken in the case entitled William Maniaci
 8  versus Georgetown University, et al.  The case
 9  is filed in the United States District Court for
10  the District of Columbia.
11        It's being held today in the law
12  offices of Williams & Connolly LLP, 725 12th
13  Street, Northwest, Washington, D.C.  Today is
14  March 29, 2007.  The time is currently 9:40.
15        The court reporter is Vicky
16  Stallsworth.  Videographer Chris Bossard.  Both
17  here representing Brynteson Reporting.
18        I will now ask counsel to please
19  identify themselves for the record.
20        MR. BUCKLEY:  I'm John Buckley with
21  Malachi Jones and Colleen Shanahan on behalf of
22  the defendants.
```

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 2 of 11

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 6

```
 1         MR. FAY:  Thomas Fortune Fay
 2   representing Mr. Maniaci.  And Caragh Fay will
 3   be here in just a little bit as one of his other
 4   attorneys.
 5         THE VIDEO OPERATOR:  The court
 6   reporter will now swear in the witness.
 7   Whereupon,
 8              WILLIAM MANIACI
 9   was called as a witness, and, having first been
10   duly sworn, was examined and testified as
11   follows:
12              EXAMINATION
13   BY MR. BUCKLEY:
14      Q   Okay.  Would you please state your
15   name.
16      A   William Maniaci.
17      Q   Where do you reside?
18      A   I reside at 4545 Park Rose Circle in
19   Reno, Nevada.
20      Q   Do you have a business address?
21      A   No, sir.  I'm retired.
22      Q   What is your date of birth?
```

Page 7

```
 1      A   October 3rd, 1941.
 2      Q   Could you please summarize your
 3   educational background.
 4      A   I attended the university after
 5   graduating high school in Kirkwood, Missouri, at
 6   16.  I attended -- I was a freshman at the
 7   University of Missouri at 16.  I attended the
 8   University of Missouri for 2 years.  Then I
 9   dropped out of college.  I worked for a while
10   and ended up joining the Army at the age of
11   around 18.  And spent 14 years in the military.
12         I subsequently attended the -- while I
13   was in the military, I attended the University
14   of Louisville.  And I also attended classes at
15   the University of Hawaii.
16         And I went to Truckee Meadows
17   Community College for 2 years as well.  It's in
18   Reno.
19      Q   Did your studies focus on any
20   particular subject at any of those institutions?
21      A   Journalism and criminal justice.
22      Q   Where did you study criminal justice?
```

Page 8

```
 1      A   At the University of Louisville, the
 2   University of Hawaii.  At the University of --
 3   actually, it's part of the University of Nevada
 4   system, Truckee Meadows Community College.
 5      Q   You indicated that you served 14 years
 6   in the US military.
 7      A   That's correct.
 8      Q   Can you tell us precisely what those
 9   years were.
10      A   I entered in 1961.  And I left -- I
11   left the military in 1976.
12      Q   Was all that service in the United
13   States Army?
14      A   Yes.
15      Q   Okay.  Turning now to the period after
16   you ended your service in the United States
17   military, could you summarize your employment
18   history.
19      A   When I left the military, I went to
20   work for the Department of Defense.  And my
21   travels took me to Kuwajleen in the Marshall
22   Islands, back to Hawaii where I worked with the
```

Page 9

```
 1   Department of Defense police.
 2         I went, also, to the island of Kauai
 3   and was deputy chief of security for all the
 4   naval installations on the island of Kauai.
 5         I worked for a period of time on the
 6   big island in Kona for the State of Hawaii at
 7   the airport, airport police.  And then I went
 8   to -- I was -- I went to Midway, where I spent
 9   about a year, Midway Island.  And left the DoD
10   and secured a position as a broadcaster, talk
11   show, actually, on KGU Radio in Honolulu where
12   we had a talk show every afternoon for 3 years.
13   We were affiliated with the ABC Network.
14         That radio station was sold.  And that
15   entailed a change of format.  And I was invited
16   to work for a gentleman by the name of Bobby
17   Singer in Phoenix, Arizona.
18         I worked there as the editor -- he was
19   getting his newspaper off the ground.  So I
20   helped edit -- edit that and stayed there for
21   about 6 months.  And I got an offer to -- as the
22   general manager of a radio station in Brunswick,
```

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 3 of 11

March 29, 2007              William Maniaci            Maniaci vs. Georgetown
                           Washington, D.C.

Page 10

1  Maryland, WTRI. And I was there for about a
2  year. 1986, I think that was.
3       And then I went from Brunswick,
4  Maryland, to Reno, Nevada, where I had an offer
5  as a -- and I did have a -- a talk show on
6  radio -- a radio station, KOH. I was there for
7  about a year. And I met the chief of police
8  from Yerington, Nevada. And I was -- I had
9  missed law enforcement. And I was -- he invited
10 me to go to work for him. And I went to work as
11 an officer on the Yerington Police Department.
12 And I retired as a Sergeant from that department
13 in 1999.
14      And then I went back to Truckee
15 Meadows Community College for about a year and a
16 half. And I studied communications and
17 computers.
18    Q   Okay. For how many years were you
19 employed as a police officer with the Yerington
20 Police Department?
21    A   11 years.
22    Q   11 years. Prior to joining the

Page 11

1  Yerington Police Department, had you ever had
2  the power of arrest?
3     A   Yes.
4     Q   In what connection?
5     A   When I was in the military,
6  practically my entire career was involved -- I
7  was involved in the military police and
8  investigation -- as an investigator in the US
9  Army.
10    Q   Now, again, after you left the
11 Yerington Police Department, what did you do?
12    A   I went to school.
13    Q   Uh-huh.
14    A   And then --
15    Q   But what course of study did you
16 receive?
17    A   Computer science.
18    Q   And then, following that, what did you
19 do?
20    A   I worked for one year for America West
21 Airlines as a customer service representative.
22 And I left their employ and have been retired

Page 12

1  since -- for the last 3 or 4 years, I guess.
2     Q   Do you hold any licenses?
3     A   I'm sorry, what --
4     Q   Do you hold any licenses?
5     A   What type of license?
6     Q   Any type of license. Are you
7  licensed, for example, by the federal government
8  in any respect?
9     A   Yes. I'm licensed by the federal
10 government to carry a concealed weapon in all 50
11 states and the District of Columbia.
12    Q   Are you carrying a concealed weapon
13 today?
14    A   Absolutely. It's like the American
15 Express card.
16    Q   Okay. What weapon do you have with
17 you?
18    A   I have a .45.
19    Q   You have a 45-millimeter gun?
20    A   .45 caliber.
21    Q   Okay. Do you carry a weapon at all
22 times?

Page 13

1     A   Yes.
2     Q   And for how long have you carried a
3  weapon?
4     A   All my life. My adult life. From the
5  military into civilian law enforcement. And
6  I've continued to carry.
7     Q   Now, what do you use the federal
8  license for? You said you're federally licensed
9  as an arms dealer?
10    A   Yes. I have a federal firearms
11 license. And it's more of a hobby than anything
12 else. I do -- I am licensed to sell firearms.
13 I do that, if you're interested. And that way I
14 can -- I can pursue my hobby. I collect World
15 War II firearms.
16    Q   Do you have a collection of them? I
17 mean you have --
18    A   Yes. Yes, I do.
19    Q   Is it an extensive collection?
20    A   Not extensive.
21    Q   What does it include?
22    A   A Russian -- Russian -- World War II

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 4 of 11

March 29, 2007              William Maniaci           Maniaci vs. Georgetown
                            Washington, D.C.

Page 14

1  Russian rifles. German -- German Mauser rifles.
2      MR. FAY: M-O-U-S-E-R, I think it is.
3      THE WITNESS: And some pistols and
4  some western pistols. And it's been an
5  enjoyable hobby for me because I enjoy trading,
6  going to gun shows and whatnot.
7  BY MR. BUCKLEY:
8      Q   So you sell guns as well, firearms?
9      A   Yes, I do.
10     Q   Is that a business you run?
11     A   No. It -- well, I'm licensed to sell
12 firearms. And if someone, for example, buys a
13 firearm on the Internet or buys a firearm here,
14 it has to be shipped. And it would have to be
15 shipped to a licensed dealer for delivery.
16         So I do accept shipments from other
17 dealers for customers in my area. Then they
18 come to me. I transfer the firearm and charge a
19 small fee.
20     Q   What is your area?
21     A   Reno. Around Reno. Reno, Nevada.
22     Q   And, say, over the last year or two,

Page 15

1  how many firearms have you sold by that means?
2      A   I think I've had a total of around 40
3  transactions total.
4      Q   Uh-huh. Is that in the last year?
5      A   That's total. You know, total. In
6  the last -- I -- I just got my license about a
7  year ago.
8      Q   Oh, I see.
9      A   So --
10     Q   So that would be in the last year.
11     A   It's within the last year, yeah.
12     Q   Okay.
13     A   And I've made no -- there's been no
14 profit. In fact, I've lost -- lost money.
15     Q   Okay. Why do you carry a firearm?
16     A   I've had my life threatened and I've
17 put a lot of people in jail.
18     Q   Uh-huh. Any other reason?
19     A   No. Personal protection is all.
20     Q   Okay. When you were on the Georgetown
21 University campus --
22     A   No.

Page 16

1      Q   Let me ask the question.
2      A   Sorry.
3      MR. FAY: Wait until the question gets
4  out.
5      THE WITNESS: I'm sorry. I apologize.
6  BY MR. BUCKLEY:
7      Q   The way this works is I have to finish
8  the question.
9      A   I understand.
10     Q   So just wait a minute until you're
11 sure I'm finished and then go ahead and answer.
12 Okay.
13     A   Okay.
14     Q   So when you were on the Georgetown
15 University campus on February 18th and
16 February 19th, 2006, were you carrying a firearm
17 at that time?
18     A   No, sir, I was not.
19     Q   Did you bring a firearm with you to
20 the District of Columbia --
21     A   Yes.
22     Q   -- on that visit?

Page 17

1      A   Yes, I believe --
2      Q   Again, you have to wait until I finish
3  asking.
4      MR. FAY: Yeah, wait --
5      THE WITNESS: I thought -- I thought
6  you were finished. I'm sorry.
7      MR. FAY: See, otherwise, you get --
8  the question and the answer mold together and it
9  can be very confusing.
10     THE WITNESS: I apologize.
11 BY MR. BUCKLEY:
12     Q   So I'll try to ask the questions a
13 little faster to beat you to the answer.
14         So my question, again, is: In
15 February, 2006, when you came to the District of
16 Columbia to attend the conference at Georgetown
17 University, did you bring a firearm with you?
18     A   I brought a firearm with me to the
19 District of Columbia. But I had no intention of
20 taking it onto the Georgetown campus.
21     Q   Where did you leave it when you were
22 over on the Georgetown campus?

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 5 of 11

March 29, 2007          William Maniaci          Maniaci vs. Georgetown
                        Washington, D.C.

Page 18

1  A  With security in my hotel.
2  Q  Okay. When you go to the airport with
3  your weapon, how do you clear security?
4  A  There's a standard procedure. A
5  firearm that you transport must be locked in a
6  lockbox, secured in your suitcase. And it has
7  to be declared when you check in.
8     And the firearm is examined to make
9  sure it's not loaded. The box is relocked. And
10 it goes -- it goes through normal baggage.
11 Q  Uh-huh. Do you have any other
12 licenses, federal or state, at this time?
13 A  No.
14 Q  Okay.
15    MR. FAY: You mean even like a
16 driver's license?
17    MR. BUCKLEY: Well, I realize that, as
18 you're pointing out, my -- my question would
19 have included that.
20 BY MR. BUCKLEY:
21 Q  So, yes, do you have a driver's
22 license?

Page 19

1  A  Yes, sir, I do.
2  Q  Any other licenses that you may have?
3  A  No. Not that I can think of.
4  Q  Okay. Have you taken any medications
5  in the last 24 hours?
6  A  Yes.
7  Q  What medications do you -- have you
8  taken?
9  A  I take medication for my blood
10 pressure. I take medication for my -- my heart.
11 I take diuretics, which I just took a few
12 minutes ago. And I take medication -- an
13 antistroke medication. I take an
14 anticonvulsant. And some dietary supplements,
15 calcium and vitamins.
16 Q  Have you taken all those medicines
17 within the last 24 hours?
18 A  Uh-huh.
19 Q  Okay. Can you give me the names of
20 the medications you've taken?
21    MR. FAY: Bill, say yes or no instead
22 of -- I realize today it's being videotaped.

Page 20

1  But on the transcript, it makes it difficult --
2     THE WITNESS: Yes.
3     MR. FAY: -- for the court reporter.
4  So.
5     THE WITNESS: I don't know the names
6  of all the medications. But I would be happy to
7  try to furnish you a list of -- of everything.
8  BY MR. BUCKLEY:
9  Q  Okay. Can you do your best, since
10 we're here, to tell me the names that you do
11 recall.
12 A  I'd be happy to show them to you.
13 Q  Okay. Do you have them with you?
14 A  I have some of them with me, yeah.
15 Q  Okay. That's fine.
16 A  I've taken my morning meds. And I
17 take medications four times a day.
18 Q  Uh-huh.
19 A  The noon medications are -- this is a
20 blood pressure med here. This is a
21 multivitamin. This is for my prostate. This is
22 potassium. And this is calcium.

Page 21

1  Q  Okay. Are those the medications that
2  you take daily?
3  A  Daily, yes.
4  Q  Okay. Were you taking those same
5  medications in February 2006?
6  A  Yes. I believe so.
7  Q  Do you recall any additional
8  medications that you were taking at that time?
9  A  No.
10 Q  Why do you take those medications?
11 What are they for? What medical conditions are
12 they for?
13 A  I have COPD.
14 Q  What is COPD?
15 A  It's chronic obstructive pulmonary
16 disease with emphysema.
17 Q  How long have you had that?
18 A  For several years now.
19 Q  And what are the symptoms of that?
20 A  I am very short of breath. I can't
21 walk long distances without resting. I have
22 difficulty climbing stairs.

Case 1:06-cv-01625-LFO  Document 45-22  Filed 02/12/2008  Page 6 of 11

March 29, 2007          William Maniaci          Maniaci vs. Georgetown
                        Washington, D.C.

Page 22

```
 1        I have congestive heart failure.
 2    Q   What are the symptoms of that?
 3    A   Shortness of breath.  And I retain
 4  fluid if I don't take diuretics.
 5    Q   Okay.  Are there any other medical
 6  conditions for what you're taking those
 7  medicines?
 8    A   I -- let's see.  I have -- I've had --
 9  I take an antistroke medication.
10    Q   Have you had strokes in the past?
11    A   I've had -- not a stroke, but I've had
12  what they call a TIA.
13    Q   What is a TIA?
14    A   Like a mini stroke without --
15  resulting in no permanent disability.
16    Q   Okay.  What does -- what does TIA
17  stand for?
18    A   I -- I have no idea.  That's the
19  acronym that the doctors gave it.
20    Q   When did you last have a TIA?
21    A   Probably 6 or 8 months ago.  Last
22  summer.
```

Page 23

```
 1    Q   Last summer.  What were the symptoms
 2  when you experienced the TIA?
 3    A   Stuttering.  The inability to express
 4  myself properly.  And numbness and tingling in
 5  my arms.
 6    Q   Uh-huh.  Did you experience any
 7  vertigo?
 8    A   No.
 9    Q   Or dizziness?
10    A   No.
11    Q   Okay.  Before that time, when did you
12  last previously experience a TIA, a mini stroke?
13    A   That was the first one.
14    Q   The first one was last summer?
15    A   Yes, uh-huh.
16    Q   The summer of 2006?
17    A   This past year, yes.
18    Q   Okay.  And is there some way you can
19  date it a little more precisely as to what month
20  you had this TIA, mini stroke?
21    A   I wish I could give you an exact date,
22  but I -- I can't.
```

Page 24

```
 1    Q   Do you recall where you were?
 2    A   I was in Reno.
 3    Q   Okay.
 4    A   And I spent, I believe, five days in
 5  the Veterans hospital there in Reno, Nevada.
 6    Q   What is the treatment for that, for
 7  TIA?
 8    A   I just received rest and monitored --
 9  and they monitored my condition.  And I had a
10  CAT scan.  And I was discharged with a
11  medication that I take twice a day now to
12  prevent further episodes.
13    Q   Were you advised of the result of the
14  CAT scan?
15    A   Yes.
16    Q   What were you told?
17    A   I was told that there was no -- no
18  evidence of any damage as a result.  But there
19  was -- there was evidence what they call a TIA
20  which they told me was a mini stroke.  But I
21  have no residual damage.
22    Q   Have you been advised that you will
```

Page 25

```
 1  experience any memory impairment because of
 2  having had a TIA or mini stroke?
 3    A   No, sir.
 4    Q   Have you been advised that you've had
 5  any ongoing impairment because of the mini
 6  stroke?
 7    A   No, sir.
 8    Q   Okay.  Prior to -- again, prior to
 9  last summer, the summer of 2006, have you ever
10  had a TIA or mini stroke before?
11    A   Not to my knowledge.
12    Q   That was the first one you've ever
13  had?
14    A   Yes, sir.
15    Q   Okay.  What medication do you take for
16  the mini stroke?
17    A   I don't know the name of the
18  medication.
19    Q   Is it one of the pills that --
20    A   Yes.
21    Q   -- that you showed us?
22    A   Yes, it is.
```

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 7 of 11

March 29, 2007                William Maniaci            Maniaci vs. Georgetown
                              Washington, D.C.

Page 26

1  Q  Could you just look at the pill today
2  and, perhaps, again, and just tell us which one
3  it is.
4  A  Yeah. I'll be glad to. It's this --
5  this capsule right here which I take twice a
6  day, once in the morning and once in the
7  evening.
8  Q  Does it have a name? Do you see a
9  name?
10 A  On the medication?
11 Q  Yes.
12 A  No. It just says 01A on here.
13 Q  Okay. So is it correct, then, that
14 you were not taking that medication in February
15 19 -- excuse me, February 2006 --
16 A  Yes.
17 Q  -- when you --
18 A  Yes, sir.
19 Q  You say "yes, sir." You mean you were
20 not taking that medication in February 2006?
21 A  That's correct.
22 Q  Okay. But you started that medication

Page 27

1  over the summer of 2006.
2  A  Yes.
3  Q  Okay. When you were experiencing the
4  symptoms and signs of the mini stroke, did you
5  know what was happening? Did you have any
6  understanding of what the underlying problem
7  was?
8  A  Not immediately. I did not. As a
9  matter of fact, one of my friends, I was talking
10 to him on the telephone. And he asked me if
11 something was wrong because apparently I was
12 slurring my words and stuttering, which I don't
13 usually do, at least not as bad as I was at that
14 time. And he suggested that I get medical
15 attention. And I talked to my wife. And then
16 she recognized that something was wrong and she
17 took me to the hospital.
18 Q  Did you have any difficulty recalling
19 people's names or the correct word for objects?
20 A  Yes. Yes. I was addressing one of my
21 friends by someone else's name.
22 Q  Oh, really. Who was that?

Page 28

1  A  I was talking to Bob Turk on the
2  telephone and I was calling him Jimbo, which is
3  another friend of mine. And he said, wait a
4  minute, something is wrong here.
5  Q  Who is Jimbo?
6  A  A friend of mine.
7  Q  Okay. So did Mr. Turk advise you to
8  seek medical attention?
9  A  I believe so.
10 Q  Okay. Have you ever had pneumonia?
11 A  Yes.
12 Q  When?
13 A  I had a bout probably 2 months ago.
14 I'm not sure that it was pneumonia. But I ended
15 up in the hospital for a day. And probably
16 2 years ago, I had a bout with pneumonia.
17 Q  Were you hospitalized at that time as
18 well?
19 A  I think I was, yeah.
20 Q  And did the doctors advise you as to
21 what the underlying cause of the pneumonia was?
22 A  No.

Page 29

1  Q  Did they suggest it was related to
2  your emphysema in any way?
3  A  No. I don't believe so.
4  Q  Are you a smoker?
5  A  Yes.
6  Q  How many cigarettes or packs of
7  cigarettes do you smoke a day?
8  A  Less than one.
9  Q  Less than a pack?
10 A  Yes.
11 Q  And how long have you had a smoking
12 habit at that level; that is, a half a pack a
13 day?
14 A  I smoked on and off since I was 16
15 years old.
16 Q  Okay. And undoubtedly your physicians
17 have advised you that, particularly considering
18 you have emphysema, you shouldn't smoke.
19 A  Yes.
20 Q  And you've been told that more than
21 once, I would imagine.
22 A  That's right.

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 8 of 11

March 29, 2007  William Maniaci  Maniaci vs. Georgetown
Washington, D.C.

Page 30

1  Q  And you decided not to comply with
2  their medical advice?
3  A  They've left -- left it up to me
4  actually.
5  Q  Well, it's always up to the patient.
6  A  That's right.
7  Q  And why did you decide not to follow
8  their advice to stop smoking?
9  A  I enjoy smoking.
10  Q  Uh-huh. Okay. Did --
11    MR. FAY: If this were a tobacco case,
12  I would say he was addicted by the negligence of
13  one of your clients, Mr. Buckley.
14    MR. BUCKLEY: That can be your next
15  case. I don't think we have any tobacco
16  clients. But I'll check and advise you.
17  BY MR. BUCKLEY:
18  Q  Have you ever experienced asthma?
19  A  Yes.
20  Q  How long have you been an asthmatic?
21  A  I was asthmatic in I think around --
22  before I was -- before I left the military.

Page 31

1  Probably in 1975. 1976. I started experiencing
2  chronic bronchitis and asthma.
3  Q  When was the last time you had some
4  physical problem because of asthma?
5  A  Every time I climb the stairs -- a
6  stairway, I have to pause. I haven't had any
7  asthma attacks for years.
8  Q  Do you take any medication --
9  A  Yes, I do. I take Singulair, which is
10  a oral medication.
11  Q  How often do you take that?
12  A  Every day.
13  Q  Is that one of the pills that you
14  showed us before?
15  A  It's -- yes, it is.
16  Q  Okay. Have you ever had any surgery?
17  A  Yes, I have.
18  Q  What surgery have you had?
19  A  I had a broken tibia and fibula. I
20  had --
21  Q  When did you have that?
22  A  That was in -- excuse me while I think

Page 32

1  here. Nineteen -- probably 1987 or '88.
2  Q  How did that happen?
3  A  I was arresting a drunk and got him
4  down and put my -- my right leg on the ground.
5  And I was on top of him. And my right leg was
6  between his -- his two legs. And he scissored
7  on me and just snapped my leg like a toothpick.
8  Q  What surgery did you have to have
9  because of that?
10  A  I had surgery on my right -- right
11  leg, right knee, right ankle.
12  Q  How many fractures did you have, just
13  the fracture of --
14  A  Two. The tibia and fibula were
15  broken.
16  Q  Okay. And the surgery was to reset
17  them?
18  A  That's correct.
19  Q  And how long were you disabled because
20  of that?
21  A  Not very long. I was in a cast. And
22  I went back to work in a cast. So maybe a week.

Page 33

1  Q  Okay. Have you had any other surgery?
2  A  I had an operation on my right
3  shoulder --
4  Q  When was that?
5  A  -- for the rotator cuff.
6  Q  Okay.
7  A  That was early '90s.
8  Q  How did that happen?
9  A  I was, again, in the process of
10  holding somebody who was cuffed with this hand
11  and put -- and trying to put him in the car.
12  And he tried to run. And I held on to the car
13  and held on to the cuffs, so he kind of jerked
14  my shoulder out. But he didn't go anywhere.
15  And I ended up a couple of weeks later with an
16  operation on my right shoulder for the rotator
17  cuff.
18    I had a gallbladder operation. And --
19  Q  What year was that?
20  A  Within the last 10 years. I can't
21  remember the exact date.
22  Q  Okay.

Case 1:06-cv-01625-LFO    Document 45-22    Filed 02/12/2008    Page 9 of 11

March 29, 2007          William Maniaci          Maniaci vs. Georgetown
                        Washington, D.C.

Page 34

```
 1    A   I had both lenses in my eyes replaced.
 2    Q   Cataract surgery?
 3    A   Yes. The laser surgery. And I had a
 4  bullet removed from my right leg.
 5    Q   When was that?
 6    A   Let's see. It was 1968.
 7    Q   Uh-huh.
 8    A   And I had --
 9    Q   Who shot you?
10    A   Some North Vietnamese soldier, I
11  assume. And I had surgery -- kind of
12  embarrassing. I had anal surgery because I was
13  hit there with a ricocheting bullet or shrapnel.
14        And I don't recall any other
15  surgeries. I think -- oh, yes. There was one
16  other. I have surgery on my neck to reduce
17  pressure on my spinal cord. And that was a
18  result of an injury that I suffered in 1977, I
19  think.
20    Q   How did that come about?
21    A   We were assaulting a house in Hawaii,
22  known drug dealer. The guy -- it was in the
```

Page 35

```
 1  middle of the night. No moon. It was very
 2  dark. And this fellow had dug a ditch in the
 3  back of his house 6 feet deep and 3 feet wide.
 4  And I went into it head first and fractured my
 5  cervical spine in doing that.
 6    Q   Okay. And that resulted in the
 7  surgery you just described?
 8    A   That's right.
 9    Q   All right. Have we covered all the
10  surgeries?
11    A   Yes, I think so.
12    Q   I noticed you brought two canes with
13  you today.
14    A   Uh-huh.
15    Q   Do you normally use two canes?
16    A   I normally walk with a walking stick
17  or a cane. And I brought the other one because
18  it was the one that I was using when I was in
19  Georgetown. And it shows -- it depicts that the
20  cane had been bent during the altercation that
21  we had.
22    Q   So you brought that cane with you
```

Page 36

```
 1  today?
 2    A   Yes, I did.
 3    Q   Okay. Normally you just use one cane
 4  or walking stick?
 5    A   That's correct.
 6    Q   And in which hand do you hold it?
 7    A   My left hand.
 8    Q   Why is that?
 9        MR. FAY: Again, let -- let
10  Mr. Buckley finish the question --
11        THE WITNESS: I'm sorry.
12        MR. FAY: -- then start the answer.
13  Otherwise you get a jumble here, okay.
14  BY MR. BUCKLEY:
15    Q   In which hand do you hold the cane,
16  your left hand?
17    A   Yes.
18    Q   And why do you hold it in your left
19  hand?
20    A   I'm right-handed. And it's just
21  convenient for me. It seemed natural to hold it
22  in my left hand.
```

Page 37

```
 1    Q   How long have you used a cane?
 2    A   Probably since around 19 -- after I
 3  retired from the police department, I started to
 4  get arthritis in my hips. And it just -- it's
 5  easier for me to walk when I have that support.
 6  So probably in -- since 2000.
 7    Q   Is that because of the arthritis in
 8  your hips?
 9    A   Yes, sir.
10    Q   Is it also because of any of the other
11  conditions that you described, any of the
12  injuries that you sustained over the years?
13    A   No. I can walk without the cane. But
14  it steadies me. And I rest frequently because
15  the -- it's painful to walk any great distance.
16  And the doctors recommended that I -- that I
17  walk with a cane or walking stick.
18    Q   In the last 5 years, have you ever
19  fallen?
20    A   Yes.
21    Q   How many times?
22    A   Twice.
```

10 (Pages 34 to 37)

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 10 of 11

March 29, 2007            William Maniaci            Maniaci vs. Georgetown
                          Washington, D.C.

Page 38

```
 1   Q   When was the first time?
 2   A   The first time was at -- here in
 3   Washington, D.C. And it was near -- nearby the
 4   hotel where we had be staying. And I just
 5   blacked out and found myself on the ground and
 6   picked myself up. And that was the first time
 7   that it happened.
 8       The other fall that I had was because
 9   I was clumsy and I tripped in a parking lot.
10   And that resulted in no injury.
11   Q   Have you ever felt that you were going
12   to fall or nearly fell at any other time in the
13   last five years?
14   A   Not that I can recall.
15   Q   Have you had any episodes of dizziness
16   in the last 5 years?
17   A   Yes.
18   Q   How many episodes of dizziness have
19   you had?
20   A   It's hard for me -- hard for me to
21   say. Sometimes when I -- I think because the
22   blood pressure medication and things that I
```

Page 39

```
 1   take, if I bend over and I stand up rapidly,
 2   sometimes, I feel a little lightheaded.
 3   Q   Uh-huh.
 4   A   The doctors say that's perfectly
 5   normal.
 6   Q   Uh-huh. Do you ever see flashes of
 7   light or -- when that happens to you, when you
 8   get up?
 9   A   No, sir.
10   Q   Okay. Have we covered all of your
11   medical conditions, illnesses and problems?
12   A   Not quite. I'm subject to migraine
13   headaches. I've had migraines ever since I was
14   in Vietnam. And I was taking a medication for
15   the migraines as well. But the migraines, as
16   I've gotten older, seem to have subsided quite a
17   bit. I don't -- I don't experience them very
18   often anymore.
19   Q   Have you suffered any hearing loss?
20   A   Yes.
21   Q   How did that happen?
22   A   Explosions. Close proximity to
```

Page 40

```
 1   explosions while I was in the military. And I
 2   have tinnitus in both ears.
 3   Q   Do you use hearing aids?
 4   A   I have hearing aids but I don't -- I
 5   don't wear them. I don't think -- you know, as
 6   long as I'm conversing with someone, if you see
 7   me looking at your mouth, that supplements my --
 8   my hearing loss. And I -- I can understand
 9   pretty easily that way.
10   Q   Are there occasions when you use the
11   hearing aids?
12   A   Sometimes. Not very often. When I
13   watch television, I use a head set.
14   Q   Okay. How long have you had the
15   hearing aids?
16   A   Five or 6 years.
17   Q   Is that because some doctor prescribed
18   them?
19   A   Right. I had -- I had a hearing test.
20   And I was found that I had a hearing loss in
21   both ears. And tinnitus. It's a high-pitched
22   squeal that just never goes away.
```

Page 41

```
 1   Q   Were you told the extent of your
 2   hearing loss?
 3   A   I don't know in percentage wise. It's
 4   high frequency.
 5   Q   I was going to ask that question.
 6   High frequency hearing loss?
 7   A   (Nodding head.)
 8   Q   Okay. How is your hearing today? Can
 9   you hear me?
10   A   Yes, sir, I can.
11   Q   Do any of the medications that you
12   take or that you have taken in the last 24 hours
13   impair in any way your ability to listen and
14   understand questions?
15   A   No, sir.
16   Q   Do any of those medications impair
17   your ability to respond to the questions?
18   A   No.
19   Q   Do any of those medications, to your
20   knowledge, impair your memory ability in any
21   way?
22   A   No.
```

11 (Pages 38 to 41)

Case 1:06-cv-01625-LFO   Document 45-22   Filed 02/12/2008   Page 11 of 11

March 29, 2007 William Maniaci Maniaci vs. Georgetown
Washington, D.C.

Page 42

1  Q  How is your memory?
2  A  For someone who's 66 years old or
3  almost, I think it's pretty -- it's pretty good.
4  Q  Okay. Do you consume alcohol?
5  A  Once in a while.
6  Q  How frequently is that?
7  A  Usually every Saturday morning I have
8  a small glass of wine after services.
9  Q  Okay.
10  A  It's called Kiddush.
11  Q  Uh-huh. Is that something you do
12  every Saturday?
13  A  Every Saturday, yes.
14  Q  At what time -- what time does that
15  happen? Do you have a routine?
16  A  Well, the Rabbi usually finishes
17  services about 1 o'clock. And then we have
18  Kiddush. It's between 1:00 and 1:30 every --
19  every Saturday afternoon. It's about that much
20  wine in a small cup.
21  Q  Uh-huh. Other than that wine, do you
22  consume any other alcohol?

Page 43

1  A  On occasion, I'll have a Bloody Mary.
2  And I'll have maybe a beer with a pizza or a
3  hamburger.
4     I've had a 12-pack of Miller in my
5  refrigerator for the last 5 or 6 months without
6  drinking one. So....
7  Q  I would advise you to throw it away.
8     Okay. When did you travel to the
9  District for your deposition here today?
10  MR. FAY: Before you ask, there was
11  one condition that wasn't responsive to any of
12  your questions. But Bill has a disability from
13  the service because --
14  MR. BUCKLEY: Okay.
15  MR. FAY: -- of Agent Orange from
16  Vietnam. I don't know if you wanted to ask him
17  any questions. But I didn't want to be accused
18  of concealing anything.
19  BY MR. BUCKLEY:
20  Q  Are you receiving any disability
21  payments?
22  A  Yes.

Page 44

1  Q  From whom?
2  A  I'm 100 percent disabled veteran.
3  Q  And how long have you been receiving
4  those disability payments?
5  A  Since 1999.
6  Q  And what is the nature of the
7  disability?
8  A  My COPD. It's the -- a direct
9  relationship between my exposure to Agent Orange
10  and my emphysema and obstructive pulmonary
11  disease.
12  Q  Do you receive any pensions?
13  A  I receive a pension from the State of
14  Nevada for the service that I put in there. I'm
15  retired law enforcement.
16  Q  Do you receive any pension from the
17  United States --
18  A  No.
19  Q  -- military?
20  A  Social Security I receive, too.
21  Q  Okay. I'm sorry. Do you receive a
22  pension, as such, through the United States

Page 45

1  military?
2  A  Not as such. It comes to me through
3  the Veterans Administration.
4  Q  Is it in the form of a disability
5  payment? Is that what it is?
6  A  Yes.
7  Q  Do you have any sources of income
8  other than the disability payments and the
9  pension?
10  A  No. None other than if I sell a
11  firearm, I usually make 10 percent. That might
12  be $50 here or there.
13  Q  Okay. So when did you come to the
14  District of Columbia for your deposition here
15  today?
16  A  I arrived on Tuesday evening.
17  Q  Did you come alone?
18  A  Yes.
19  Q  Okay. What have you done to prepare
20  for your deposition here today?
21  A  Discussed it with -- with my attorney.
22  Q  Have you discussed it with anybody

12 (Pages 42 to 45)