Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 1 of 12

March 29, 2007                William Maniaci              Maniaci vs. Georgetown
                              Washington, D.C.

Page 238

1   session began?
2       A   I recall an announcement that the
3   session was going to begin. And the -- the
4   speakers were introduced. And we were -- we
5   were told that each person would give their
6   own -- their presentation. And then at the end
7   of the presentation, the audience would have an
8   opportunity to ask questions and dialogue with
9   the presenters.
10      Q   Do you recall Todd Olson, who is the
11  vice president for student affairs at
12  Georgetown, speaking to the audience before the
13  session began?
14      A   There was a male in a suit that was
15  obviously an administrator. And I've seen Todd
16  Olson's picture a few times. But there's other
17  people there. I'm not sure that I'd --
18      Q   It was a person --
19      A   I would probably recognize him to see
20  him, but...
21      Q   Okay. It was a person in a suit who
22  was an administrator.

Page 239

1       A   Yeah.
2       Q   And did he explain that, during the
3   question and answer session, each person in the
4   audience who wanted to ask a question would be
5   limited to one question?
6       A   Not at that particular time he didn't.
7   I think the instructions were given after --
8   what was said before they gave their
9   presentation was that the audience -- the
10  attendees would be allowed the -- afforded the
11  opportunity to ask questions of the panel and to
12  dialogue with the panel.
13          And then afterwards, they said we've
14  set up a microphone and a podium in the aisle.
15  And would you please, those wanting to ask
16  questions, would you please line up behind the
17  podium. And I wanted to ask a question, so I
18  left my seat, walked back to -- I think I was
19  the third or fourth in line. Third in line, I
20  think, behind the podium.
21      Q   Okay. Let me just focus on now what
22  was said at the start of the session. And then

Page 240

1   we'll get to the question and answer session in
2   a minute.
3           At the start of the session, did
4   Mr. Olson say that each person would be limited
5   to one question?
6       A   I believe so, yeah.
7       Q   And did he say that whatever the
8   person in the audience said had to be in the
9   form of a question?
10      A   I don't recall that. He may have. He
11  may not.
12      Q   Now, do you recall another person, a
13  Mr. Youmans, who was a moderator on the panel?
14      A   He was one of the panelists, wasn't
15  he?
16      Q   Okay. Do you recall Mr. Youmans
17  saying as well that members of the audience were
18  not allowed to ask rhetorical questions?
19      A   I don't recall that statement.
20      Q   Okay. Then do you recall that each of
21  the presenters spoke?
22      A   Yes.

Page 241

1       Q   And then do you recall after they
2   spoke that Mr. Olson again addressed the
3   audience and explained that there would be a
4   question and answer session, and that every
5   person in the audience who asked a question
6   would be limited to one question? Do you recall
7   that?
8       A   They -- I recall that they changed the
9   procedure. Initially, I think that they were
10  going to let the person go to the podium, ask
11  his question, receive an answer while he was
12  standing there so he could dialogue.
13          But I think that there was more people
14  than they expected that wanted to ask questions.
15  So that's when they said, okay, we're going to
16  limit you to one question apiece. Ask your
17  question. Have a seat. And the panel will
18  address your questions in the order in which
19  they were asked.
20      Q   Okay. Do you recall at this time,
21  that is, after the presenters had spoken, that
22  Mr. Olson again said that you must phrase your

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 2 of 12

March 29, 2007          William Maniaci          Maniaci vs. Georgetown
                        Washington, D.C.

Page 242

1  statement in the form of a question?
2      A    I don't recall him saying that.
3      Q    Do you recall him saying that --
4      A    A question is a question.
5      Q    Do you recall him saying that the
6  statement had to be in the form of a question?
7      A    No. I don't.
8      Q    Okay. Do you recall him saying that
9  members of the audience would each ask a single
10 question in groups of three? So there would be
11 three questions --
12     A    Right. He said three people, and then
13 sit down, and your questions would be addressed
14 in the order that they were received.
15     Q    Okay. So in due course, you got on
16 line to go to the microphone, correct, to ask
17 your question?
18     A    Yes.
19     Q    And then you say there were two or
20 three people before you. And then it came to
21 your turn.
22     A    That's right.

Page 243

1      Q    What did you say when you got to the
2  mic to ask your question?
3      A    I gave my name. I'm Bill Maniaci.
4  And I'm with the Jewish Defense League. And my
5  question is. And I asked my question.
6      Q    What was your question?
7      A    I don't remember the exact wording of
8  the question. But it had to do with whether or
9  not they -- they condoned the use of suicide
10 bombers killing innocent women and children to
11 accomplish their goals.
12          MR. BUCKLEY: Okay. We have to take a
13 break to change the tape.
14          MR. FAY: Okay.
15          THE VIDEO OPERATOR: This ends
16 videotape number 2. We're going off the record
17 at 2:45.
18          (Recess.)
19          THE VIDEO OPERATOR: This begins
20 videotape number 3. We're back on the record at
21 2:51.
22 BY MR. BUCKLEY:

Page 244

1      Q    Okay. Did you ask the panelists to
2  comment on whether they supported terrorism or
3  not?
4      A    No. I asked the panelists to comment
5  on whether they supported the use of suicide
6  bombers to accomplish their goals.
7      Q    But you say you never asked them to
8  indicate whether they supported terrorism or
9  not?
10     A    I asked them do you or do you not
11 support the use of suicide bombers that kill
12 innocent Israeli women and children to
13 accomplish their goals.
14     Q    Did you also ask them whether they
15 supported terrorism or not?
16     A    I asked them the question that I just
17 related to you.
18     Q    And nothing else?
19     A    Nothing else.
20     Q    Before you asked your question -- I
21 think you indicated that initially the panel was
22 taking single questions and then responding to

Page 245

1  single questions. And they changed the format
2  to move to basically group questions, where
3  three people would ask a single question at a
4  time; is that right?
5      A    I thought that was for expediency.
6      Q    Okay. Going a little bit earlier,
7  then, when the panel was entertaining single
8  questions, did Rabbi Shifren ask a question?
9      A    Yes, he did.
10     Q    Do you recall what question he asked?
11     A    I couldn't hear him. He didn't use
12 the microphone. And he was down in front.
13     Q    Was that for religious reasons?
14     A    Yes.
15     Q    And do you recall him being advised
16 later when he was trying to respond to the panel
17 after an answer to his question, that he was
18 advised that he was limited to a single
19 question?
20     A    I don't -- I don't know what the
21 exchange was between Rabbi Shifren and anyone on
22 the panel. I have no idea.

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 3 of 12

March 29, 2007     William Maniaci     Maniaci vs. Georgetown
Washington, D.C.

Page 246

```
 1    Q   Did --
 2    A   I do know that he was chased up the
 3  aisle by security.  And that's all I know.
 4    Q   Did Mr. Olson advise Rabbi Shifren
 5  that the opportunity for him to ask his question
 6  had ended?
 7    A   I said I didn't know what exchange may
 8  have taken place between Rabbi Shifren and
 9  anyone on the stage.
10    Q   Okay.  Do you recall Mr. Olson, again,
11  the Georgetown administrator, indicating to
12  Rabbi Shifren that he was creating a
13  disturbance?
14    A   What part of I didn't hear anything
15  that went on don't you understand, sir?
16    Q   Are you addressing that to me?
17    A   Yes, sir.
18    Q   Okay.  Did you hear Mr. Olson advising
19  Rabbi Shifren that he would have to leave the
20  room or be escorted from the room?
21    A   I've answered that question.
22        MR. FAY:  I think he's already
```

Page 247

```
 1  answered it.
 2        MR. BUCKLEY:  It's a different
 3  question.
 4        THE WITNESS:  It's the same question.
 5        MR. FAY:  No.  You asked -- you began
 6  with an all-encompassing question.  He said he
 7  didn't hear what was going on because they
 8  weren't using the microphone.  And then you
 9  kept --
10  BY MR. BUCKLEY:
11    Q   I'm talking about after -- Mr. Olson
12  from the stage.  Did Mr. Olson ask that Rabbi
13  Shifren be escorted from the room?
14    A   I don't know.
15    Q   Okay.  Let's go back to then, when you
16  asked your question.  Then did the panel answer
17  a series of questions before it got to your
18  question?
19    A   Yes.
20    Q   Okay.  And then did one of the
21  panelists address your question?
22    A   Yes.
```

Page 248

```
 1    Q   Which panelist was that?
 2    A   It wasn't -- it was the female.  I
 3  would know her name if you give it to me.  It's
 4  not Erakat.  It's the other one.
 5    Q   Sue Blackwell?
 6    A   Sue Blackwell.
 7    Q   And did you understand who Sue
 8  Blackwell was?
 9    A   Yes.  She was the -- I was -- my
10  question was the third question that was
11  answered.  And she addressed the question by
12  saying that the United -- that Israel had been
13  bombing Palestinian childrens with F-16s or
14  something, and that President Bush is
15  responsible for the war and all the evils in the
16  world, along with Israel.  She didn't address my
17  question.
18    Q   Did Ms. Blackwell say, quote, I
19  unreservedly condemn all acts of terrorism,
20  unquote?
21    A   I believe she did.
22    Q   Did Ms. Blackwell state, quote, I
```

Page 249

```
 1  unreservedly condemn all acts of terrorism by
 2  which I mean acts or threats of violence against
 3  unarmed civilians for political ends, unquote?
 4    A   I don't know if she did or not.  I
 5  don't remember that.
 6    Q   Did she further state, quote, and that
 7  applies to suicide bombs in pizza parlors in
 8  Israel, unquote?
 9    A   I don't remember her saying that.
10    Q   Are you denying she said that?
11    A   No.  I'm saying I didn't hear her say
12  that.  I don't know what else I can tell you.
13    Q   Are you contending that Ms. Blackwell
14  in her answer did not state that she
15  unreservedly condemned all acts of terrorism,
16  including suicide bombers in Israel?
17    A   I'm saying she didn't answer the
18  question as I phrased it.  I'm saying that she
19  spun the question.  I'm saying that she brought
20  President Bush into the question.  I'm saying
21  that she brought F-16s from the Israeli Air
22  Force into the question, which had nothing to do
```

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 4 of 12

March 29, 2007     William Maniaci     Maniaci vs. Georgetown
Washington, D.C.

Page 250

```
 1  with the question.  My question could have been
 2  answered with a simple yes or no.
 3     Q   Did Ms. Blackwell condemn suicide
 4  bombing in Israel?
 5     A   I don't believe she did.
 6     Q   Did she unreservedly condemn all acts
 7  of terrorism?
 8     A   I don't know.  Did she?
 9     Q   I'm asking you.  You were there.
10     A   I didn't hear her.
11     Q   You didn't hear her?
12     A   I didn't hear her.  If she said that,
13  I didn't hear her.
14     Q   Were you wearing your hearing aids
15  that day?
16     A   No, I was not.  And there was a lot of
17  background noise.  And I was trying to
18  concentrate on what was being said.
19     Q   Wasn't she speaking into a microphone?
20     A   I suppose she was.
21     Q   Wasn't she using the voice
22  amplification system?
```

Page 251

```
 1         MR. FAY:  Wait a minute.
 2         THE WITNESS:  I don't know if she was
 3  or not.  Was she?  You tell me.  I don't know.
 4  I was in the audience.
 5         MR. FAY:  This is just arguing with
 6  the witness.
 7         MR. BUCKLEY:  No.  You're interrupting
 8  his answer.
 9         THE WITNESS:  No.  You're harassing
10  me, sir.
11         MR. FAY:  Come on.
12         MR. BUCKLEY:  I'm not.
13         THE WITNESS:  Yes, you are.
14         MR. FAY:  Come on.  This is arguing
15  with the witness.  He already said he didn't
16  hear something.
17         MR. BUCKLEY:  I'm asking --
18         MR. FAY:  Then you said, well, was she
19  using a microphone.
20         MR. BUCKLEY:  I'm asking his ability
21  to observe and understand what was happening.
22  That's all.
```

Page 252

```
 1         THE WITNESS:  I answered your
 2  question.  And you continue to ask the same
 3  question over and over.  I gave you a response.
 4         MR. FAY:  Let me handle the
 5  objections.
 6         MR. BUCKLEY:  These are all different
 7  questions.
 8  BY MR. BUCKLEY:
 9     Q   After Ms. Blackwell responded, did
10  Mr. Youmans state that we only have time for one
11  more round of three questions?
12     A   I don't know.  After she responded --
13     Q   Yes?
14     A   I raised my hand and I said excuse me,
15  but you haven't answered my question.
16     Q   Where were you positioned at that
17  time?
18     A   In my seat.
19     Q   So you were not using the microphone.
20     A   No.  I was sitting in my seat as I
21  depicted right here on this diagram.
22     Q   And did you shout out:  You didn't
```

Page 253

```
 1  answer my question?
 2     A   I said excuse -- I raised my hand.
 3  And I said:  Excuse me, you haven't answered my
 4  question.
 5     Q   How many times did you say that?
 6     A   A couple of times.
 7     Q   Uh-huh.  Did Mr. Youmans advise you
 8  that you were disrupting?
 9     A   Not to my recollection, he did not.
10     Q   Did he advise you that, quote, we can
11  talk about this afterwards, unquote?
12     A   I don't recall him saying that.  I do
13  remember that I -- and I said, excuse me, you
14  haven't answered my question.  And I was going
15  to say something about the promise of dialogue.
16  But I never got to get that far.
17     Q   Did Mr. Olson then advise you, quote,
18  you have had an opportunity to ask her a
19  question.  Your opportunity has ended, unquote?
20     A   I don't know if he did or not.  I was
21  raising my hand and looking at the -- at the
22  lady that was supposed to respond to my
```

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 5 of 12

March 29, 2007  William Maniaci  Maniaci vs. Georgetown
Washington, D.C.

Page 254

1  question.
2  Q  Did Mr. Youmans then again call for
3  others to ask more questions?
4  A  He -- I believe -- I believe they
5  tried to proceed without answering the question.
6  Q  What did you do?
7  A  I raised my hand and said excuse me,
8  please, you didn't answer my question.  The
9  purpose was to answer the question.
10  Q  How certain are you that you used the
11  phrase, quote, excuse me, please, unquote?
12  A  I'm certain that I said excuse me.
13  I'm certain that I raised my hand and I said
14  excuse me, please answer my question.
15  Q  Were you shouting this from your seat?
16  A  No.  I wasn't shouting.  The volume
17  was sufficient for them to hear me on the stage.
18  We were only five rows from the stage.  I was
19  not shouting.
20  Q  Did Mr. Youmans then direct the person
21  who was at the mic to ask her question, to go
22  ahead and ask her question?

Page 255

1  A  I don't know.
2  Q  Do you recall --
3  A  What I recall --
4  Q  What --
5  A  -- what I recall -- what I recall is
6  that the gentleman who was on the university
7  staff pointing at me and saying remove that man.
8  Q  I'm going through the sequence of
9  events.  Do you then recall that a woman whose
10  name was Noelle, who was associated or a student
11  at Vanderbilt University, asked a question?
12  A  No.  I don't recall that.
13  Q  Okay.  Do you recall you speaking --
14  you again speaking after the young woman had
15  asked her question?
16  A  I told you I raised my hand, I
17  believe, a couple of times.  I prefaced it with
18  excuse me, please answer -- or you haven't
19  answered my question.  That's what I said.
20      And the next thing I recall is the
21  gentleman pointing at me on the stage and saying
22  remove that man.  That's what I remember.

Page 256

1  Q  Do you recall another man behind the
2  young woman who was ready to ask his question,
3  who was wearing a large hat with fur around it?
4  A  They were behind me.  I don't know who
5  was back there.  I was seated in front.  And the
6  podium was to the rear of where I was seated.  I
7  don't know what was behind me.
8  Q  Are you familiar with a Rabbi Weis who
9  was there?
10  A  No.  I'm not familiar with Rabbi Weis.
11  Q  Uh-huh.  Do you recall again being
12  advised by Mr. Youmans, please don't interrupt,
13  quote-unquote?
14  A  I'll stand on what I just told you.
15  Q  Okay.  Do you recall again being told
16  by Mr. Youmans, quote, you've already asked your
17  questions, thank you, unquote?  Do you recall
18  that?
19  A  No.
20  Q  Do you recall again your saying,
21  quote, but you didn't answer my question,
22  unquote?  Do you recall that?

Page 257

1  A  I recall saying that you didn't answer
2  my question, yes.
3  Q  Okay.  Do you recall Mr. Youmans
4  responding, quote, she did, she answered your
5  question, unquote?
6  A  No.  I don't remember that.
7  Q  Do you recall Mr. Olson saying to you,
8  quote, sir, you do not have an opportunity to
9  speak any longer.  I would like to ask our staff
10  to escort this gentleman from the room.  He's
11  creating a significant disruption, unquote?
12  A  That isn't what was said.  He said
13  remove that man.
14  Q  He said:  Remove that man?
15  A  Yeah.
16  Q  Did he say anything else other than,
17  remove that man?
18  A  Not that I recall.  He pointed to me
19  and he said words -- he said remove that man --
20      MR. FAY:  Is this from Youmans or
21  Olson?  I think --
22      THE WITNESS:  -- or words to that

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 6 of 12

March 29, 2007  William Maniaci  Maniaci vs. Georgetown
Washington, D.C.

Page 258

1  effect. Olson.
2      MR. BUCKLEY: Don't interrupt.
3      THE WITNESS: Olson I think it was.
4      MR. BUCKLEY: I'm going to call the
5  judge if you keep it up.
6      MR. FAY: Well, fine. Call the judge.
7  You mixed up Youmans and Olson. Okay?
8      MR. BUCKLEY: No, I haven't.
9      MR. FAY: Make it clear to him who
10 you're asking about.
11     THE WITNESS: You're trying to confuse
12 me, sir.
13 BY MR. BUCKLEY:
14  Q  I'm not.
15  A  Yes, you are.
16  Q  Did Mr. Olson tell you, quote, sir,
17 you do not have an opportunity to speak any
18 longer. I would like to ask our staff to escort
19 this gentleman from the room. He is creating a
20 significant disruption, unquote?
21  A  That's not what he said.
22  Q  What did he say?

Page 259

1   A  He pointed at me and said remove that
2  man, or words to that effect.
3   Q  Do you recall Mr. Youmans saying,
4  quote, at that point, quote, please move on with
5  the next question, sir?
6   A  I don't recall Mr. Youmans saying
7  anything.
8   Q  After Mr. Olson spoke, what do you
9  recall happening?
10  A  I recall a very muscular police
11 officer, in fact there were two of them, one
12 that was tall, one that was short and muscular
13 with a bald head, leaning over and putting his
14 hand on my arm. And I recall telling him that I
15 haven't done anything wrong. And that's about
16 as far as it got before I flew out of my seat.
17  Q  Do you recall the public safety
18 officer asking you to arise from your seat and
19 leave?
20  A  No.
21  Q  Did you refuse to leave?
22  A  No. I said I haven't done anything

Page 260

1  wrong. That's all I got out of my mouth.
2   Q  Did you in fact refuse to stand up and
3  leave the room?
4   A  No. I didn't refuse to stand up and
5  leave the room. I said I haven't done anything
6  wrong. I had my cane here and I had -- my cane
7  on the floor and I had a notebook balanced here
8  on my cane so I could take notes, which is what
9  I was trying to do.
10     And then I was grabbed. And I said I
11 haven't done anything wrong. And then I was --
12 progressed from there.
13  Q  Isn't it a fact that Mr. Olson asked
14 that you be escorted from the room?
15  A  I don't know. He didn't say escort to
16 me.
17  Q  Didn't you understand that you were
18 being asked to leave the room?
19  A  I -- no. I hadn't done anything
20 wrong.
21  Q  That's not responsive to my question.
22 My question is didn't you understand that you

Page 261

1  were being asked to leave?
2   A  No. I wasn't being asked to leave.
3   Q  Okay. When the officers came, didn't
4  they tell you to stand up?
5   A  No. He put his hand on my arm and I
6  told you what -- what I said, I haven't done
7  anything wrong.
8   Q  Did he ask you to stand up?
9   A  Not to my recollection.
10  Q  Did you understand that you were being
11 escorted out?
12  A  No.
13  Q  Did you cooperate with their effort to
14 have you arise from the chair and leave the
15 room?
16  A  I didn't have an opportunity to
17 cooperate.
18  Q  Did you engage in passive resistance?
19  A  No, I did not.
20  Q  Did you go limp?
21  A  No, I did not. I had the wind knocked
22 out of me. Somebody kneed me in the rib cage.

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 7 of 12

March 29, 2007   William Maniaci   Maniaci vs. Georgetown
Washington, D.C.

Page 262

1  Q  Where were you when this allegedly
2  happened?
3  A  Where was I?
4  Q  Yes.
5  A  I don't know. Somewhere between
6  the -- the seat and the aisle, in the grips and
7  clutches of those two officers. And someone
8  kneed me in the ribs, knocked all of my wind
9  out. I dropped my papers. I managed to hold on
10 to my cane.
11     And all I remember is bumping into
12 elbows and shoes. I remember seeing shoes on
13 the floor and the rug going by and bumping into
14 chairs and hitting the concrete pavement
15 outside. That's what I remember.
16 Q  Did you drop your papers when you were
17 still seated in the chair?
18 A  I don't know exactly when the papers
19 were dropped. I managed to hold on to the cane.
20 Q  Did the two officers lift you up out
21 of the chair?
22 A  They got me out of the chair by using

Page 263

1  brute force. And what they grabbed, I don't
2  know. They grabbed me. They knocked the wind
3  out of me. And I couldn't resist.
4  Q  Did they grab you by your arms and
5  lift you up out of the chair?
6  A  I don't know. They grabbed me
7  somewhere.
8  Q  Was Mr. Turk there?
9  A  I didn't see where Mr. Turk was.
10 Q  Did you see Mr. Turk at all during
11 this time?
12 A  I saw Mr. Turk help me up when I was
13 on the floor outside the auditorium.
14 Q  Did you see him when you were still in
15 the auditorium after Mr. Olson had asked that
16 you be escorted from the room?
17 A  No, I didn't see Mr. Turk.
18 Q  Did you see Mr. Finberg at that time,
19 that is after Mr. Olson had asked you to be
20 escorted from the room?
21 A  No, I didn't. All I saw --
22 Q  Did you see Mr. Nutting there in the

Page 264

1  aisleway --
2  A  All I saw were shoes, the floor, and
3  furniture. I didn't see anybody.
4  Q  Are you claiming that one of the
5  Georgetown public safety officers kneed you in
6  the groin or the ribs?
7  A  In the rib cage, yes, I am. How else
8  could I have been struck in the rib cage and had
9  all the wind knocked out of me? I was gasping
10 for breath.
11 Q  Did you see one of the officers, in
12 fact, give you a knee to your --
13 A  No. I felt a blow to my right rib
14 cage.
15 Q  Why do you say this blow was delivered
16 by one of the officers?
17 A  Because the officer was right next to
18 me. How else could I get hit in the rib cage?
19 Q  Can you describe --
20 A  There was no one else there that could
21 do it.
22 Q  Can you describe the person who

Page 265

1  allegedly kneed you in the ribs?
2  A  No. I can't.
3  Q  Okay.
4  A  I can tell you it was one of the two
5  officers that were assaulting me.
6  Q  What happened after you were taken up
7  out of your seat, lifted up out of your seat?
8  A  I was dragged. I wasn't just lifted
9  up. I was lifted up and I was hit in the rib
10 cage. I lost my breath.
11 Q  Were you thrown onto the aisle floor?
12    MR. FAY: Wait, wait. You asked him a
13 question. Let him finish the answer.
14 BY MR. BUCKLEY:
15 Q  Let's take it a step at a time or in
16 sequence.
17 A  Okay. Sure.
18 Q  Let's not get --
19 A  Sure. What would you like me to tell
20 you?
21 Q  Let's start with you were in your
22 chair and then you say the officers lifted you

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 8 of 12

March 29, 2007   William Maniaci   Maniaci vs. Georgetown
Washington, D.C.

Page 266

1  up out of the chair.
2      A   All I remember, and for the last time,
3  all I remember is being grabbed. And there was
4  a swift progression of events after being
5  grabbed. I was jerked from my chair. I was
6  struck in the right side. I lost my wind. And
7  I was concentrating on trying to breathe because
8  I had the wind knocked out of me. I was gasping
9  for breath.
10         And I was being dragged on the floor,
11 banged into chairs and people's shoes. And I
12 ended up on the concrete floor outside. And the
13 time span of this, I don't know, it must have
14 been four, five, six seconds. I don't know how
15 long it took.
16     Q   Did you cooperate with the officers in
17 their attempt to get --
18     A   I didn't have a chance to cooperate.
19 I didn't resist.
20     Q   Let me finish the question. Did you
21 cooperate with the officers in their attempt to
22 remove you from the auditorium?

Page 267

1      A   I didn't know they were going to
2  attempt to remove me from the auditorium.
3      Q   Didn't you in fact go limp and force
4  them to carry you out?
5          MR. FAY: He's answered that three
6  times.
7          THE WITNESS: I answered that
8  question.
9          MR. FAY: Go ahead and answer that
10 again.
11         THE WITNESS: I didn't go limp. I had
12 the wind knocked out of me from a blow to my
13 right rib cage. I had no wind.
14 BY MR. BUCKLEY:
15     Q   Do you contend you were thrown onto
16 the aisle floor?
17     A   Yes.
18     Q   Do you contend --
19     A   And picked up. I was picked up -- I
20 was thrown down, picked up and carried.
21     Q   Okay. Do you contend that as you were
22 being carried out of the room, your head and

Page 268

1  limbs were bumping into objects?
2      A   Yeah.
3      Q   What objects were they bumping into?
4      A   Shoes. I remember shoes. I remember
5  the edge -- the edges of chairs, I think. I
6  remember blows. I was trying to get my breath
7  back.
8      Q   Blows where? As you were being
9  carried out?
10     A   I remember bumps and -- it was a
11 traumatic time.
12     Q   Uh-huh.
13     A   I don't remember a whole lot except
14 the initiation of the assault and then being
15 deposited on the concrete floor outside the
16 auditorium.
17     Q   Uh-huh. Do you claim that you were
18 thrown head first through the doors?
19     A   I don't know if I was or not.
20     Q   Have you ever claimed that you were
21 thrown through the doors?
22     A   I was thrown through the doors onto

Page 269

1  the concrete floor.
2      Q   Were the doors open?
3      A   I don't remember.
4      Q   Are you claiming that you hit your
5  head on the doors?
6      A   I don't know.
7      Q   Are you claiming that you were thrown
8  onto the floor --
9      A   Yes.
10     Q   -- outside?
11     A   I was thrown onto the floor.
12     Q   You were not placed there --
13     A   I wasn't placed gently on the floor,
14 no, sir, I was not. And I was pounced upon
15 after I was placed on the floor.
16     Q   Pounced upon by whom?
17     A   I don't know. It was somebody on my
18 back.
19     Q   On your back? Well, were you
20 placed --
21     A   I was thrown on the -- I was thrown on
22 the floor face first. I hit my head on the

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 9 of 12

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 270

1  floor. I don't remember where my hands were,
2  where my knees were or where anything else was.
3  But I know there was a weight on my back.
4     Q   Okay. Did you get up from the floor?
5     A   I tried. And I had difficulty
6  standing.
7     Q   Did someone help you?
8     A   Yeah. Robert Turk helped me stand up.
9  And then I was -- there was a table there that I
10 sat on or leaned against.
11    Q   Did you notice other people in the
12 foyer who were familiar to you?
13    A   No.
14    Q   Or did you see --
15    A   Not immediately. There was a lot of
16 people around. And there were flash bulbs.
17 There were pictures being taken. I didn't care
18 who was around me then.
19    Q   How many times did you hit your head
20 from the point in time you were lifted up out of
21 the chair to the point you wound up in the
22 hallway or foyer?

Page 271

1     A   I don't have a clue. I have no idea.
2     Q   Let's look at some photographs.
3     (Maniaci Exhibit Number 16 was marked
4  for identification.)
5     MR. BUCKLEY: Let's mark these, we'll
6  do these A, B, C, D, et cetera.
7  BY MR. BUCKLEY:
8     Q   Your counsel produced photographs that
9  were taken by a woman whose name is -- is it
10 Carrie Devorah?
11    MR. FAY: Devorah, I think it is.
12    MR. BUCKLEY: Devorah?
13    MR. FAY: I think it's D-E-V-O-R-A-H.
14 BY MR. BUCKLEY:
15    Q   Okay. Do you know who she is?
16    A   Yes, I do.
17    Q   How do you know her?
18    A   I met her outside of -- and, again, I
19 can't remember the name of the deli -- in
20 Washington, D.C. the day of -- the day before
21 this event, the day we were to have a press
22 conference at Georgetown.

Page 272

1     Q   Uh-huh. How did you meet her?
2     A   She was walking up the street, and we
3  were going to our car. And I was with
4  Mr. Finberg and a couple of other individuals.
5  And somehow we started -- we started talking.
6  She asked if we were Chabad or something. We
7  said no. And we found out that she was a
8  journalist. And we -- through conversation, we
9  told her that we were on our way to Georgetown
10 University for a press conference.
11    Q   Uh-huh. And what did she say?
12    A   She says, oh, that's wonderful. I'm a
13 journalist.
14    Q   Did she say she was a photographer?
15    A   Uh-huh. A photojournalist.
16    Q   Did she say she was going to go and
17 take pictures?
18    A   Yeah.
19    Q   Of what happened?
20    A   Excuse me?
21    Q   She said she was going to go and take
22 pictures of what happened at Georgetown?

Page 273

1     A   There hadn't anything happened at
2  Georgetown.
3     Q   No. That she told you beforehand she
4  was going to go to the conference the next day
5  with her camera and take pictures?
6     A   It was our understanding that she was
7  going to be covering the conference, along with
8  some other reporters, yes.
9     Q   Was she covering it on behalf of some
10 media entity?
11    A   I think she's a freelance
12 photojournalist. That's how she makes a living.
13    Q   Had she previously planned to go to
14 the conference?
15    A   You have to ask her. I don't know.
16    Q   How long did this conversation take?
17    A   Very brief. It was on the street. We
18 were getting into our car and we told her where
19 we were going.
20    Q   Is it the same deli that you met with
21 Mike Smith?
22    A   That's right.

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 10 of 12

March 29, 2007  William Maniaci  Maniaci vs. Georgetown
Washington, D.C.

Page 274

1  Q  Where is this deli?
2  A  I think it's a well kept secret. I
3  don't know. It's -- I -- I don't remember the
4  name of the deli.
5      MR. FAY: Is it a kosher deli?
6      THE WITNESS: It's a kosher deli.
7  It's the only kosher delicatessen in the
8  District of Columbia. It's on a corner. And I
9  ate a lot of meals there. But I don't remember
10 the name of the deli, I'm sorry.
11     MR. FAY: It's Eli's at 19th and N, I
12 believe.
13 BY MR. BUCKLEY:
14 Q  Okay. I'll go see if I can make some
15 friends there, too.
16     Here, Exhibit 16. We have marked
17 these -- can I give this set, too? I hope the
18 ordering is the same. Let's take them one at a
19 time.
20     These are all photographs that I
21 believe were taken by that person. Again, how
22 do you pronounce her last name?

Page 275

1      MR. FAY: Devorah, I believe.
2  BY MR. BUCKLEY:
3  Q  Okay. Ms. Devorah. By the way, did
4  you talk to her after Saturday? After you left
5  campus on Saturday, did you again talk to
6  Ms. Devorah?
7  A  She was there on Sunday.
8  Q  So you saw her again on Sunday?
9  A  Yeah.
10 Q  Did she go to the restaurant with you
11 on that night, Sunday or Monday night?
12 A  She might have.
13 Q  Did she indicate that she was
14 sympathetic to JDL and its objectives?
15 A  No. She was asking questions about
16 us. But she didn't -- she didn't indicate that
17 she was supportive or not supportive.
18 Q  Did -- was she -- but she thought you
19 were a popular religious group. I understand
20 you said -- you made some comment, are you
21 something. I didn't know the term.
22 A  Chabad, I think she said. That's an

Page 276

1  orthodox Jewish group, yeah.
2  Q  Did she indicate that she was Jewish?
3  A  Yeah. She said she was Jewish.
4  Q  All right. Okay. Let's take 16A.
5  Just show -- would you show that for the --
6  great. 16A. Can you tell us what this depicts.
7  A  Myself standing at the microphone that
8  was set up in the auditorium.
9  Q  Now, there's a commentary on top of
10 each of these -- or at least most of these
11 photographs. Apparently you're the author of
12 the commentary; that is to say, the photographs
13 below show me standing at the microphone asking
14 my question of the panel.
15 A  Right.
16 Q  So you wrote that?
17 A  Yes.
18 Q  Did you obtain these photographs from
19 Ms. Devorah?
20 A  I think I got them off her Web site.
21 Q  Okay. Let's go to 16B. I think this
22 just shows the same thing, doesn't it?

Page 277

1  A  Yes, sir.
2  Q  All right. Let's go to 16C. Why
3  don't you show 16C for the video camera so we
4  identify what it is.
5      Great. Okay. And here you're
6  identifying one person as number 3. You say,
7  BMA, officer who assaulted me. What does BMA
8  stand for?
9  A  It's common police jargon for black
10 male adult.
11 Q  Okay.
12 A  WMA is white male adult.
13 Q  Uh-huh. Do you know when this
14 photograph was taken in terms of the sequence of
15 events that we have been discussing?
16 A  Probably before I was assaulted.
17 Q  Okay. And let's turn to 16D.
18 A  D? 16D?
19 Q  Yeah. Does that depict the person
20 whom you believe is Mr. Olson?
21 A  I did when I wrote this.
22 Q  Okay. Now, you quote him as saying,

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 11 of 12

March 29, 2007     William Maniaci     Maniaci vs. Georgetown
Washington, D.C.

Page 278

```
 1  quote, remove that man, unquote.  How do you
 2  know this is the moment when he addressed you
 3  and said whatever he said?
 4      A   I don't think -- I didn't say that
 5  that's the moment.  I said it's the man who
 6  pointed his finger at me and said remove that
 7  man.
 8      Q   You don't know when this was actually
 9  taken?
10      A   I don't know when this was taken in
11  relationship to the incident.
12      Q   All right.  Let's look at the next
13  one.  Just show that again for a moment to the
14  camera.  16E, I believe?
15      A   Okay.
16      Q   And can you tell us where in the
17  sequence of events this photograph was taken?
18      A   It appears to be at the -- where the
19  aisle meets the aisle in front of the stage.
20      Q   Uh-huh.  Can you tell us when this was
21  taken.
22      A   It was taken as I was being assaulted.
```

Page 279

```
 1      Q   Does this show any Georgetown public
 2  safety officers?
 3      A   Yes, it does.
 4      Q   Where?
 5      A   It shows the gentleman on the
 6  left-hand side with the bald head.
 7      Q   Uh-huh.  Who is shown next to you?  I
 8  guess he's wearing sunglasses.  Who is that?
 9      A   I don't see anyone wearing sunglasses.
10      Q   Dark glasses.  Wearing glasses.
11      A   Are we looking at the same picture?
12          MR. FAY:  Here is what I have as the
13  next one down.
14          THE WITNESS:  16E was --
15          MR. FAY:  Wait a minute.  Hold that up
16  so we can see it.
17          MR. BUCKLEY:  Let me see what 16E is.
18  Okay.  I think these were -- somehow got out of
19  order here.
20          MR. FAY:  Oh, okay.  This is 16E.
21  Okay.
22          MR. BUCKLEY:  I'm sorry.  Can I see
```

Page 280

```
 1  that?  I think these got somewhat out of order.
 2  Okay.  Yeah.  These are out of order.
 3          THE WITNESS:  The next one is F, and
 4  then G and H.
 5          MR. BUCKLEY:  I have -- did I mix them
 6  up?
 7          MS. SHANAHAN:  I don't know.
 8          MR. FAY:  We -- why don't you hold up
 9  so we can see and make sure that we're all
10  looking at the same.
11          MR. BUCKLEY:  I think that that
12  unfortunately -- I think I have them here in my
13  hand in the sequence --
14          THE WITNESS:  The first one, 16A was
15  the one of me.  And then 16B was the single
16  shot.
17          MS. SHANAHAN:  Do you want to take a
18  quick break and I can straighten them out?
19          THE WITNESS:  And C is this one that
20  you were asking me about.  The people that were
21  standing at the rear of the room.
22          MR. BUCKLEY:  Where is this one?
```

Page 281

```
 1          MR. FAY:  Make sure we're okay on
 2  that.
 3          MR. BUCKLEY:  Let's take a little
 4  time-out here.  We won't take a break.  We'll
 5  just stay in place for a minute.
 6          MR. FAY:  You want to go off the
 7  record, right?
 8          MR. BUCKLEY:  No.  This will just take
 9  a second.
10          MR. FAY:  Okay.
11          MR. BUCKLEY:  It seems that just one
12  photograph may be --
13          MS. CARAGH FAY:  Your D is this,
14  right?
15          THE WITNESS:  This is D.
16          MS. CARAGH FAY:  Yeah.
17          MR. FAY:  Okay.  What's this?
18          (Discussion off the stenographic
19  record.)
20  BY MR. BUCKLEY:
21      Q   Okay.  Let's go back.  We discussed A,
22  B and C.  All right.  And I want to skip after
```

Case 1:06-cv-01625-LFO   Document 45-27   Filed 02/12/2008   Page 12 of 12

March 29, 2007    William Maniaci    Maniaci vs. Georgetown
Washington, D.C.

Page 282

```
 1   C.  I want to skip to G.  Okay.  I'm sorry.
 2   Skip over D.  Let's skip to G.
 3       A    G?
 4       Q    G.
 5       A    Okay.  I see G.
 6       Q    Now, in G -- hold it up, again, I'm
 7   sorry, to the camera.
 8       A    Is this the one?
 9       Q    In G, you're still seated, correct?
10       A    Yes.
11       Q    Do you know who the person is who's
12   standing up in front of the mic with the beard
13   and the furry hat?
14       A    No.  I don't know him.
15       Q    Do you know if he was asking a
16   question at the time this was taken?
17       A    No, I don't.
18       Q    And --
19       A    He may or may not have been.  The mic
20   is behind him.
21       Q    Now, look to your left as you were
22   sitting.  Who is -- is that Mr. Bailey?
```

Page 283

```
 1       A    Yes.
 2       Q    Is he wearing sunglasses?  Or does
 3   he --
 4       A    I don't know.  He may have been.
 5       Q    It looks like he's wearing sunglasses.
 6       A    It looks like he's wearing sunglasses.
 7       Q    And you're still seated now -- I see
 8   one officer, who is the black male you
 9   identified before.  I see him.  Can you tell me
10   where he's standing in relationship to you?
11       A    Behind me.
12       Q    Behind you?  Is there an -- how about
13   this gentleman over here?
14       A    Where?
15       Q    Right there.
16       A    This one here?
17       Q    Yes.
18       A    Yeah.  It seems like that's one of the
19   officers.
20       Q    Okay.
21       A    But I can't be sure.
22       Q    So is -- Mr. Finberg and Mr. Nutting
```

Page 284

```
 1   are depicted here near you, correct?
 2       A    No.  It's kind of an illusion.
 3   Because they were down a few aisles.  They were
 4   closer to the camera so they appear closer to
 5   me, but they weren't really that close to me.
 6       Q    Okay.  All right.  Let's go, then,
 7   to -- now, when the officers came to you, what
 8   did they say to you?
 9       A    They didn't say anything.  The -- I
10   told you this before.
11       Q    Yeah.  They didn't say anything?
12       A    The officer put his hand on me.  I
13   said I haven't done anything wrong.  I don't
14   know how many times I have to repeat that.
15       Q    He didn't respond?
16       A    I don't -- if he did, I don't
17   remember.
18       Q    Okay.
19       A    I remember being jerked and assaulted
20   after that.
21       Q    Okay.  Look at E, 16E.  And just show
22   it again to the camera.
```

Page 285

```
 1       A    This is the one you're referring to?
 2       Q    Yes.  Can you tell us what's happening
 3   there?
 4       A    It looks like that someone has got
 5   ahold of me.  That black hat is the fedora that
 6   I was wearing.
 7       Q    Yeah.
 8       A    And I can see an officer to my front,
 9   one to my rear.  And I see Mr. Finberg and
10   Mr. Turk looking on.
11       Q    Okay.  Does it show you being hit?
12       A    I don't know.  Does it?  I can't tell.
13   There's -- I could have been hit.  I could have
14   been -- a lot of things could have been
15   happening to me then.
16       Q    Okay.  Look at 16F.  Show it to the
17   camera and then look at it.
18       A    Okay.
19       Q    Can you tell me what's happening here?
20       A    There's some gentlemen standing there
21   facing the -- it appears the doorway.
22       Q    Can you tell where you are in this
```