Case 1:06-cv-01625-LFO    Document 45-28    Filed 02/12/2008    Page 1 of 12

March 29, 2007 — William Maniaci — Maniaci vs. Georgetown
Washington, D.C.

Page 286

```
 1  picture?
 2    A   I don't appear to be in that picture.
 3        MR. FAY:  Hold on just a minute.
 4  These can't possibly be in correct numerical
 5  sequence, if 16G is Mr. Maniaci still sitting,
 6  unless these guys picked him up, carried him out
 7  and then carried him back and plunked him in a
 8  chair.  And I don't know that that's anybody's
 9  story.
10        MR. BUCKLEY:  I'm trying to find out.
11  I didn't take these pictures.
12        MR. FAY:  Okay.
13        MR. BUCKLEY:  You produced them.  I'm
14  trying to find out what they mean.
15        MR. FAY:  I'm just pointing that out.
16  I'm not --
17  BY MR. BUCKLEY:
18    Q   Okay.  Look at 16H.
19    A   Okay.
20    Q   I'm sorry.  Do you see yourself in
21  16F?
22    A   16 what?
```

Page 287

```
 1    Q   F again, 16F.  You don't see yourself
 2  there at all?
 3    A   No.  I don't see myself.
 4    Q   Okay.  Look at 16H then.  Do you see
 5  yourself in 16H?
 6    A   I don't know.  There's some papers, it
 7  looks like papers there.  Item numbered 4?
 8    Q   It could be your papers?
 9    A   It could be my hand holding papers.  I
10  don't know.
11    Q   Okay.  Look at 16I.  Can you tell us
12  what's happening there?
13    A   Yeah.  These two guys have got ahold
14  of me there.
15    Q   Are you being hit, as shown in that
16  picture?
17    A   I don't know.  I don't know.
18    Q   Look at 16J.  Can you tell me what is
19  happening there?
20    A   Well, there's -- it could be me
21  holding some papers or something.  But I
22  don't -- I can't tell in the photo.  All I see
```

Page 288

```
 1  is --
 2    Q   All right.  Look at 16K.  Tell me what
 3  that is.
 4    A   I can't tell.  The photo is blurry.
 5    Q   Okay.
 6    A   I see the two officers there.
 7    Q   Uh-huh.  How about 16L?  Can you tell
 8  me what that depicts?
 9    A   It looks like two officers carrying
10  me -- if that's me, carrying me head first
11  through the doors.
12    Q   Okay.  Do you recall the officers ever
13  saying anything to you?
14    A   No.  I don't remember them saying
15  anything to me.
16    Q   Okay.  And what happened after you
17  wound up on the floor in the hallway, and you
18  got up, were the officers still there?
19    A   No.
20    Q   Did any --
21    A   I didn't see the officers there at
22  all.
```

Page 289

```
 1    Q   Okay.  Who did you speak to at that
 2  point in time?
 3    A   Bob Turk.
 4    Q   Anybody else?
 5    A   I think it could have been, Matt could
 6  have been there.
 7    Q   Matt Finberg?
 8    A   Uh-huh.
 9    Q   Anybody else?
10    A   I don't know.  I was pretty unsteady.
11  And Bob helped me up, helped me to my feet.
12        Somebody came over and talked to us.
13  A university representative.  And I don't
14  remember what was said.  But I know that we said
15  we were leaving.  And we went -- took the
16  elevator downstairs and went out the front door.
17  I was helped by Bob Turk.
18    Q   So somebody from the university spoke
19  to you but you don't recall who it was.
20    A   It was a university suit.  One of the
21  people that was the administrators that was --
22    Q   It wasn't Mr. Olson, though?
```

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 2 of 12

March 29, 2007 — William Maniaci, Washington, D.C. — Maniaci vs. Georgetown

**Page 290**

1  A  I don't know.
2  Q  Okay. You don't recall what he said?
3  A  I don't recall his exact words. I do
4  know that we had told him that -- that we were
5  going downstairs, or we could take the
6  elevator -- I remember going downstairs on the
7  elevator and Bob Turk helping me downstairs.
8      We went out in front. And we paused
9  outside and -- where I could catch my breath.
10 It was just Bob Turk and myself. Nobody else.
11 And then we decided that we would walk to the
12 other building where we had tables rented,
13 because I wanted to get something to eat, and I
14 was feeling uneasy. And I wanted to be able to
15 sit down and rest and go to the bathroom as
16 well.
17    Q  Okay. Well, before we get there, look
18 at Exhibit 17.
19      (Maniaci Exhibit Number 17 was marked
20 for identification.)
21      THE WITNESS: Okay. Yeah.
22 BY MR. BUCKLEY:

**Page 291**

1   Q  How many photographs are there there?
2  Are there three?
3   A  One, two, three.
4   Q  Okay. Now, let's look at A. When was
5  this taken, to the best of your knowledge?
6   A  I guess it was taken -- I've got my
7  attendee badge on.
8   Q  Uh-huh.
9   A  And I think I was being escorted
10 downstairs. This must have been by the
11 elevator.
12  Q  Uh-huh. I see it shows Lieutenant
13 Mike Smith present.
14  A  I see him right there.
15  Q  Do you know whether he was in Gaston
16 Hall at the time of the incident?
17  A  I don't -- not to my knowledge. I
18 don't know.
19  Q  Did he ever speak to any of the
20 university public safety officers?
21  A  Not to my knowledge.
22  Q  He didn't intervene in any way?

**Page 292**

1   A  No.
2   Q  And Mr. Nutting, had he been inside --
3  obviously he had been inside the hall at the
4  time of the incident, correct?
5   A  I think we saw his picture inside the
6  hall.
7   Q  Right. Correct. 17B, this is just
8  basically the same people; is that correct?
9   A  Yeah.
10  Q  And 17C is just you and Mr. Nutting
11 and Mike Smith again, correct?
12     MR. FAY: 17B is the two on one page?
13     MR. BUCKLEY: Yeah. That's right.
14 BY MR. BUCKLEY:
15  Q  17C is just you and Mr. Nutting,
16 correct?
17  A  I think it's all the same picture.
18  Q  Okay. Now, you had before --
19  A  It appears to be the same photograph,
20 only enlarged.
21  Q  Now, you had before a black fedora and
22 winter top coat, correct?

**Page 293**

1   A  I'm wearing a top coat there.
2   Q  Yeah. Okay.
3   A  And I had a black fedora. And it's
4  probably in my hand.
5   Q  Okay. Where's your cane?
6   A  In my other hand.
7   Q  And where are your papers?
8   A  I don't know where the papers were.
9   Q  Okay.
10  A  They were picked up by somebody.
11 By -- Keith Bailey picked up my papers.
12  Q  So you went downstairs in front of the
13 Healy building, correct?
14  A  Uh-huh.
15  Q  And you decided to go to the
16 Intercultural Center?
17  A  Yes.
18  Q  Where JDL had a booth.
19  A  No. We didn't have a booth. We had
20 two tables.
21  Q  Two tables?
22  A  And some chairs. And there was a food

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 3 of 12

March 29, 2007     William Maniaci     Maniaci vs. Georgetown
Washington, D.C.

Page 294

```
 1   concession there.  And there was a little lounge
 2   where they had couches and chairs where you
 3   could sit down and relax.  And that's what I
 4   needed to do at that time.
 5       Q   And so you walked -- and what's the
 6   distance -- what is the distance between the
 7   front of the Healy building and the ICC
 8   building?
 9       A   Probably 150, 175 yards.
10       Q   And you walked with Mr. Turk from one
11   location to the other?
12       A   Yes, I did.  We walked slowly.  And he
13   supported me.  And it was -- I know it was cold.
14   The wind was blowing.  It was raining.  It was
15   kind of nasty out there.
16       Q   Were you approached by Mr. Harrison of
17   Georgetown's public safety department at that
18   time?
19       A   Darryl Harrison?
20       Q   Yes.
21       A   Not that I recall.
22       Q   Did you not walk with him from the
```

Page 295

```
 1   Healy building to the ICC building?
 2       A   No.  I walked with Bob Turk.
 3       Q   And where was Mr. Finberg at this
 4   time?
 5       A   I don't know.
 6       Q   Where was Mr. Nutting at this time?
 7       A   I don't know.
 8       Q   Where was Lieutenant Smith at this
 9   time?
10       A   I don't know.
11       Q   Where was Mr. Bailey at this time?
12       A   I don't know.
13       Q   Where was Mr. Haas?
14       A   I don't know where anyone was other
15   than myself and --
16       Q   Just the two of you?
17       A   The two of us.
18       Q   Okay.
19       A   I assume Mr. Haas was in the ICC
20   building at our tables.
21       Q   At the two tables?
22       A   Yeah.
```

Page 296

```
 1       Q   So you walked down to the ICC
 2   building.  And what happened there?
 3       A   I went in through the -- into the
 4   foyer.  It's a double -- it's encased in glass.
 5       Q   Okay.
 6       A   It's -- and I got in to the first part
 7   of the foyer.  And I was pushed up against the
 8   wall or the glass wall on the left side as
 9   you're going in, by the same officer that had
10   accosted me in the other building.
11       Q   Well, there are two officers who were
12   involved in escorting you --
13       A   This was the bald-headed officer.
14       Q   The bald-headed officer?
15       A   Yes.
16           (Maniaci Exhibit Number 18 was marked
17   for identification.)
18   BY MR. BUCKLEY:
19       Q   Okay.  Let me show you what's been
20   marked as Deposition Exhibit 18, which is simply
21   a sketch of the ICC building.
22           And would you, using your red pen,
```

Page 297

```
 1   just indicate where you were, if you can
 2   recognize where the double doors are.
 3       A   I'm trying to -- where's the entrance
 4   on this sketch?
 5       Q   Right here.  Right here.
 6       A   This is the entrance?
 7       Q   Yes.
 8       A   I don't think so.  Or if it is, it's
 9   not as I remember it.
10       Q   Okay.
11       A   Because I think it was larger and
12   around to the left side.  There was -- in this
13   area, there was couches -- there was a
14   relaxation area in here.  We had couches and
15   chairs.
16       Q   Okay.
17       A   It wasn't like it's depicted here.
18       Q   Let's not use that then if you don't
19   recognize it, if you don't think it accurately
20   depicts the --
21       A   No, it --
22       Q   -- the scene.
```

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 4 of 12

March 29, 2007  William Maniaci  Maniaci vs. Georgetown
Washington, D.C.

Page 298

1   A   It's not the same as I remember.
2   Q   Then just in your own words describe
3 what happened. You went into the foyer. Is
4 that when you first had another discussion with
5 the Georgetown public safety officers?
6   A   I went into the foyer. And I wanted
7 to go in and go to the restroom. And I wanted
8 to get something to drink --
9   Q   Right.
10  A   -- and to sit down. And I was
11 contacted directly by one of the public safety
12 officers. The same fellow I had described with
13 the bald head, who just pushed me up against the
14 glass wall. And there were other officers
15 coming in my periphery. But I was concentrating
16 on this gentleman.
17       And I asked him -- remember asking
18 him, am I under arrest? And he said no.
19       And then I told him, well, if I'm not
20 under arrest, I'm going to the bathroom. He
21 says you're not going anywhere. And they
22 persisted in holding me against my will without

Page 299

1 arresting me for quite some time. And it wasn't
2 just 2 or 3 minutes or 5 minutes. It went into
3 15 or 20 minutes before they would even let me
4 go to the bathroom. And then they only did when
5 I told them I was taking diuretics and I wasn't
6 bashful about getting his leg wet.
7       And he believed me. And then he --
8 they relented and they let me go to the
9 bathroom, escorted. And they didn't even let me
10 use the restroom in private. They threw the
11 door open so all could see while I was standing
12 there and relieving myself. And that was very
13 embarrassing.
14  Q   Was there anyone else in the restroom
15 when you were there?
16  A   There was only one stall. But the
17 door is right -- if you hold the door open,
18 people from outside can see into the restroom.
19  Q   Did you notice anybody outside looking
20 in?
21  A   I was looking straight ahead at the
22 urinal. I don't know if there was anybody

Page 300

1 behind me or not, but I know that the doors were
2 wide open. And they refused to let me have any
3 privacy.
4   Q   Was there a urinal or was there a
5 toilet? What was there? Both?
6   A   I think there was a urinal on the
7 wall, I think. It could have been a toilet. I
8 don't remember. It was a bathroom. It was a
9 single stall bathroom type.
10  Q   Before the time you went to use the
11 restroom, had you been asked to leave the
12 campus?
13  A   No. No. I had not been asked to
14 leave the campus.
15  Q   Before you went to the bathroom had
16 you spoken to Mr. Harrison, Darryl Harrison of
17 the public safety department?
18  A   I don't know if he -- if I did he
19 hadn't identified himself.
20  Q   Did you see Mr. Olson there at the
21 ICC?
22  A   I saw the same -- a couple of the same

Page 301

1 people in suits that I had seen in the
2 auditorium.
3   Q   Now, do you know who David Morrell is?
4   A   Morrell and Olson, I would recognize
5 both of them. But I get them confused as to
6 who -- which one is Morrell and which one is
7 Olson.
8   Q   Did you ever speak to Mr. Morrell?
9   A   I may have. I don't know.
10  Q   If the person in the photograph that
11 we looked at earlier is Mr. Olson, that is the
12 person who is on the stage, if that's Mr. Olson,
13 and the other person is Mr. Morrell, do you ever
14 recall speaking to Mr. Morrell?
15  A   I may have. I don't recall.
16  Q   Do you recall speaking to him at the
17 ICC?
18  A   No, I don't remember.
19  Q   So after you came back from using the
20 bathroom, what happened next?
21  A   Then I was brought back into the
22 foyer. And Matt Finberg was there. And I think

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 5 of 12

March 29, 2007 — William Maniaci — Washington, D.C. — Maniaci vs. Georgetown

Page 302

1  Morrell and -- both of them may have been there.
2  And Mr. Finberg asked one of them to see the
3  university provost. And they said, no, you
4  can't see the university provost. And I think
5  that they said we want Mr. Maniaci to leave.
6       And I -- they brought in a -- an
7  officer from the Metropolitan Police Department.
8  And -- who was -- I think his name was -- his
9  name was DeLisi. He's a sergeant. And he said
10 that I'm here to escort you off of the campus.
11 And we moved outside, right outside the door.
12      And at that time, Mr. Finberg was
13 there, along with Rabbi Shifren. And they were
14 sharing a room in the hotel, which is right
15 there, adjacent -- it was the university hotel
16 that they had a room.
17      And Matt and the Rabbi asked me why
18 don't you come up to our room. You can have
19 some kosher food and you can rest. I said that
20 sounds really good. And then it was either
21 Morrell or the other gentleman that said you're
22 not going anywhere. You're not going there.

Page 303

1  They refused to let me go to his room.
2       And so then it was -- I really wasn't
3  feeling well. And Bob Turk -- excuse me. Bob
4  Turk asked me if -- or asked the officer if he
5  would -- he says, I believe that Mr. Maniaci is
6  feeling ill and needs some medical attention.
7  Would you call him an ambulance. They said he
8  can have all the medical attention he wants
9  after he's removed -- after he gets off campus.
10   Q   This is what Sergeant DeLisi said?
11   A   Yeah. So then Bob Turk walked me the
12 150 yards or so from that location to the front
13 pedestrian gate. And our car was parked just
14 down the street a little bit. And they walked
15 me down to the car. And I sat in the car. And
16 he -- Bailey brought me something to drink and
17 something to eat. And I sat there for a couple
18 of hours. And then we went back to the hotel.
19   Q   The Wyndham Hotel on M and 14th?
20   A   Yeah.
21   Q   What did you do after that?
22   A   Excuse me. My neck is hurting really

Page 304

1  bad.
2    Q   Sure.
3    A   I don't remember. I probably laid
4  down.
5    Q   What did you do that evening?
6    A   I -- we were going to go out to
7  dinner. And I was still not feeling well. And
8  we were -- I remember we were in the lobby of
9  the Wyndham Hotel with some of our friends. And
10 apparently I was calling my friends by the wrong
11 first name or something. I was calling Jimbo
12 Bob and Bob Jimbo. And they said you better
13 go -- go to the doctor and see a doctor. And I
14 said, okay. And then Bob Turk drove me to the
15 hospital.
16   Q   Are you describing something that
17 happened on Saturday?
18   A   No. Sunday.
19   Q   Sunday.
20   A   Sunday night. Yeah.
21   Q   Okay.
22   A   Which night were you referring to?

Page 305

1    Q   I was referring to what happened
2  Saturday.
3    A   Saturday night, I don't recall what we
4  ate.
5    Q   Do you recall where you ate?
6    A   No. Someplace in Georgetown on the
7  way back.
8    Q   Did everybody get together, that is
9  Mr. Finberg and Mr. Bailey and so forth?
10   A   I know that I was with Bob Turk. And
11 probably Finberg was along. I don't remember
12 who else was there. Maybe -- probably
13 Mr. Nutting. And I remember we had -- we
14 stopped in a place and had -- I had hamburger
15 and a beer.
16   Q   Okay. And then you went back to your
17 hotel and went to bed?
18   A   That's right.
19   Q   And the next morning, what happened
20 the next morning, Sunday morning?
21   A   Sunday morning, I got up and showered.
22 And we -- we were expecting two busloads of

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 6 of 12

March 29, 2007 — William Maniaci — Maniaci vs. Georgetown
Washington, D.C.

Page 306

1 elderly people coming in to demonstrate at
2 Georgetown. And the buses were to meet with us
3 at our hotel on the street, and then they would
4 follow us out to Georgetown University, since
5 the bus drivers weren't familiar with the area.
6     And the buses -- buses were late. And
7 I think Bob probably got a phone call or called
8 someone and found out that the buses were
9 driving around in circles in the general area of
10 where we were, but they couldn't find the
11 Wyndham Hotel, which is just off on the little
12 side street.
13     And so Mr. Bailey and I said, okay,
14 we'll walk up, half a block up to the street to
15 the corner, and if we see the buses then we can
16 wave the bus and direct the bus into the -- into
17 the side street so they can get to the hotel.
18     And while I was there waiting for the
19 bus, I fell down. And I just -- one minute I
20 was standing upright, the next minute I was flat
21 on my nose and I don't know why.
22   Q   What time of day was this?

Page 307

1   A   It was midmorning. 11 o'clock, maybe.
2 Ten, 11 o'clock. I'm not sure.
3   Q   You had had breakfast?
4   A   Yes. Uh-huh.
5   Q   Had you taken your medications?
6   A   Oh, of course. Of course. And I
7 picked myself up. And Keith ran over and said
8 what happened. I said, no, I'm okay. I just
9 dusted myself off then and waited for the bus.
10 And then in fact, I think -- I think I walked
11 back to the hotel and sat down.
12   Q   When you were walking, waiting for the
13 buses, you said you went out to a place where
14 there was a traffic circle?
15   A   There was a roundabout there.
16   Q   A roundabout, and a statue of somebody
17 on a horse?
18   A   Yeah. Yeah. And we were on the side
19 of the road there and looking for the bus to
20 come around the roundabout.
21   Q   And you were kind of standing there.
22 Did you have your cane with you?

Page 308

1   A   Yes.
2   Q   And were you carrying anything?
3   A   No. No. I don't think so.
4   Q   And did you feel dizzy?
5   A   No. I didn't.
6   Q   Did you --
7   A   If I felt dizzy, I would have sat
8 down.
9   Q   You didn't feel dizzy. You just
10 blacked out?
11   A   Yes. I found myself on the pavement.
12 And I wasn't aware of falling or anything. I
13 don't know what happened.
14   Q   Do you -- were you on the sidewalk or
15 did you fall into the street? Did you fall onto
16 anything?
17   A   There was some gravel on the roadway.
18 Because I remember my knee was skinned up a
19 little bit. But I didn't fall onto any objects
20 or anything.
21   Q   Did you twist your foot when you fell?
22   A   No. I might -- my ankle had already

Page 309

1 been twisted. I was limping on it. It was
2 swollen. But my ankle didn't give way.
3   Q   Did you -- by the way, before the
4 conference at Georgetown, didn't you walk with a
5 limp at that time?
6   A   I always walk with a cane. I don't
7 know if it's a pronounced limp or not. But I
8 always walk -- if my hips are hurting, I might
9 look like I'm limping.
10   Q   Okay. So you have this like blackout
11 basically.
12   A   Yeah.
13   Q   You fall down.
14   A   It was just like that. I don't think
15 I was on the ground long. I think I just fell
16 and got right back up. I don't know.
17   Q   You don't know how long you were out?
18   A   No. I don't think I was out. I think
19 it was just down and back up.
20   Q   And who was there to help you again,
21 Mr. Turk?
22   A   No. Mr. Turk wasn't there. It was

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 7 of 12

March 29, 2007 — William Maniaci, Washington, D.C. — Maniaci vs. Georgetown

**Page 310**

1  Mr. Bailey.
2  Q  Mr. Bailey. Had he walked with you
3  from the hotel?
4  A  Both of us walked out with the
5  intention of looking for the buses, to wave the
6  bus back into the hotel.
7  Q  So what did you do next?
8  A  I went back to the hotel and sat down.
9  Q  And then what?
10 A  Then the buses showed up. And I rode
11 one of the buses out so I could show the driver
12 the route to take. And I think Mr. -- somebody
13 drove the car.
14 Q  You didn't drive the car.
15 A  I don't remember -- I don't think I
16 drove the car. I think I rode in the bus, now
17 that I think about it. And I know when we got
18 out there, the car was parked in pretty much the
19 same spot that we parked the day before. And I
20 had no intention of going back onto the
21 Georgetown campus. So I sat in the car.
22 Q  Did you have an Israeli flag?

**Page 311**

1  A  Yes, I did.
2  Q  And did you take it out to the main
3  gate of the university?
4  A  Yeah, I did. I did.
5  Q  Did you stay on the sidewalk?
6  A  I did.
7  Q  Were you told that was Georgetown
8  property and you weren't --
9  A  Yes, I was.
10 Q  And you were to move?
11 A  He said that the sidewalk belonged to
12 him, the officer. And he said this is my
13 sidewalk. I said okay. Then I stepped down off
14 the sidewalk into the street. And I said I
15 don't believe I'm still in your jurisdiction.
16 Q  Had you recognized that officer from
17 the prior day?
18 A  He looked familiar, but he wasn't one
19 of the ones that I had dealt with. There was
20 one -- one officer there that was a pretty nice
21 guy when I first got there. He was -- we
22 started shooting the breeze. And I said I guess

**Page 312**

1  I'm going to hang out here today. He said okay,
2  that's fine. But then there was a sergeant that
3  came up, and the sergeant was the guy that got
4  nasty.
5  Q  Were you interviewed by the media?
6  A  No.
7  Q  I'm talking about Sunday when you were
8  in front of the main gate of the university.
9  A  People took some pictures of me. But
10 I don't know that I -- I don't think I was
11 interviewed by anyone.
12 Q  Do you recall someone with a tape
13 recorder, perhaps a video camera?
14 A  Could have been.
15 Q  Do you recall that at all?
16 A  I recall people with cameras and a lot
17 of things happening. I don't -- wait a minute.
18 Yeah. I think somebody did. There was a kid --
19 there was a kid, a young fellow that had a tape
20 recorder and a microphone. I don't remember who
21 he said he was for or with or anything.
22 Q  What do you recall saying?

**Page 313**

1  A  I don't remember.
2      (Maniaci Exhibit Number 19 was marked
3  for identification.)
4  BY MR. BUCKLEY:
5  Q  Okay. Let me show you what's been
6  marked as Exhibits -- let's show you 19A first.
7  Can you tell me what you believe that depicts?
8  A  That's me. And there's somebody there
9  talking to me. I don't have a clue as to who it
10 is.
11 Q  Do you think it's a person who's
12 recording your voice?
13 A  It looks like he has a microphone in
14 his hand.
15 Q  Uh-huh. Let me show you 19B. Again,
16 is that in front of the main gate of the
17 university on Sunday, February 19th?
18 A  That's right. That's right.
19 Q  Is that Mr. Finberg there?
20 A  Where? On the left side?
21 Q  Yes.
22 A  The tall guy with the beard and the

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 8 of 12

March 29, 2007 — William Maniaci — Maniaci vs. Georgetown
Washington, D.C.

**Page 314**

1  ponytail. Yes, that's Mr. Finberg.
2  Q  Who is the man with the backpack?
3  A  I don't know.
4  Q  Okay. I believe Exhibit 19C is more
5  or less the same thing, is it not?
6  A  Yes, sir.
7  Q  And Exhibit 19D as well?
8  A  It appears to be.
9  Q  Okay. Look at 19E. Are there any new
10 persons there who we have not seen in the prior
11 photographs?
12 A  Keith Bailey is there on the left-hand
13 side.
14 Q  Okay.
15 A  Next to him is one of those
16 80-year-old Holocaust survivors that had been in
17 attendance. And he was talking to me. I talked
18 to several of these old guys and they were kind
19 of upset because the university wouldn't let
20 them go to the bathroom.
21 Q  How long were you there in front of
22 the main gate of the university?

**Page 315**

1  A  I -- the car was really close. So I
2  walked up there. I stayed there for 20 minutes,
3  half an hour. And I would go back to the car
4  and sit down for a while. Then I got back up
5  and walked back up to the main gate.
6  Q  With the flag and with your cane?
7  A  Yeah.
8  Q  And how long did that go on?
9  A  Not that long. Probably -- I don't
10 know. An hour or two.
11 Q  And that would be between what time of
12 day? Between --
13 A  Afternoon. It was in the afternoon.
14 Q  Like noon, 2:00?
15 A  No. It was afternoon. It was later
16 afternoon. You can -- if my sense of direction
17 is correct, this would be late afternoon because
18 you can see the length of the shadows. And the
19 sun would be setting in that direction. So this
20 was -- it was still wintertime. And it was
21 getting late in the afternoon. Maybe 2 or
22 three o'clock may be.

**Page 316**

1  Q  Two or three o'clock. Okay. What did
2  you do after that?
3  A  I went back to the hotel, I think.
4  Q  And then after you went back to the
5  hotel, what happened next?
6  A  Then that was what I was describing to
7  you earlier when I got confused on the days. It
8  was -- we had gone down to the lobby of the
9  hotel. And we -- to meet, you know, my other
10 associates. And we were going to get something
11 to eat. And that's when it was suggested to me
12 that I should go to a doctor. And that's what
13 we did.
14 Q  Okay. Now that we're on the right
15 day, what happened as I understand it is that
16 you were calling --
17 A  As I recall --
18 Q  -- Mr. Turk Jimbo?
19 A  -- they said I was calling Mr. Turk
20 Jim, and I was calling Jim Bob. And I was
21 stuttering and maybe slurring my words a little.
22 So they thought it would be a good idea if I was

**Page 317**

1  looked at. And I said okay. I reluctantly said
2  okay. I didn't want to go to a doctor.
3  Q  So you went to Walter Reed?
4  A  Yes.
5  Q  Had you ever been there before?
6  A  No.
7  Q  What time did you go?
8  A  Bob drove me to Walter Reed. We had a
9  little trouble finding it because neither one of
10 us knew exactly where it was. We looked on the
11 map. I don't know how long it took us to get
12 there. Maybe an hour.
13 Q  What time did you leave the hotel for
14 Walter Reed?
15 A  I don't remember what time it was. We
16 hadn't gone to dinner, I think. I don't think
17 we had eaten yet.
18 Q  Uh-huh.
19 A  We just went straight out to Walter
20 Reed. By the time we got out there -- maybe we
21 got out there to Walter Reed at 9 or 10 o'clock.
22 Q  Okay. Let me show you a document your

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 9 of 12

March 29, 2007 — William Maniaci, Washington, D.C. — Maniaci vs. Georgetown

Page 318

1  counsel produced that apparently is the
2  emergency care and treatment form from Walter
3  Reed.
4      MR. BUCKLEY:  Are we up to Exhibit 20?
5  Okay.
6      (Maniaci Exhibit Number 20 was marked
7  for identification.)
8  BY MR. BUCKLEY:
9      Q  This is Exhibit 20.  This has been
10 Bates stamped M 74 through M 82.  You'll note in
11 the top of the first page there's an entry for
12 time seen.  And it's military time, 2045.
13     A  Where are you looking?
14     Q  The right-hand corner.
15     A  It says 2020 here.  Arrival time at
16 2020.
17     Q  Okay.  What time would that be?
18     A  20 minutes past 8:00.
19     Q  Okay.  And when were you seen?
20     A  Almost immediately, I thought.
21     Q  Yeah.
22     A  They put me in a room almost right

Page 319

1  away.
2      Q  Okay.  Have you seen this document
3  before?
4      A  Yeah.  I've seen this copy before.
5      Q  Okay.
6      A  I can't read it.  But I've seen it.
7      Q  Looking right here at the center of
8  it, in a box that says 61-year-old male, do you
9  see that?
10     A  Can you point to it?
11     Q  Right here.  61-year-old male?
12     A  Here?
13     Q  Yeah.
14     A  Okay.  Yes.  64-year-old male.
15     Q  64.  Sorry, I took a few years off
16 your age.  I'm sure you won't complain.
17     A  No.  No.  Not at all.
18     Q  Look over to the right-hand box.  It
19 says MDHX.  Do you see that, medical history?
20     A  I see M -- yeah, it looks like MDHX.
21     Q  Looking down, there's a reference to
22 your, is it CD -- CDPD or is that the --

Page 320

1      A  It says CHF.
2      Q  That's congestive heart failure,
3  right?
4      A  That's right.  COPD.
5      Q  COPD.  And stroke TIA 2 months ago?
6      A  Okay.
7      Q  Does that refresh your recollection
8  that you had --
9      A  I think -- yeah, it does.
10     Q  -- an earlier stroke?
11     A  It does.  I had trouble with the time
12 frame, putting it in proper perspective.
13     Q  So that would have been in
14 approximately December 2005?
15     A  This is what?  This is --
16     Q  February 2006.
17     A  February.  December.  It could have
18 been.
19     Q  Now do you recall that TIA episode?
20     A  Yeah.
21     Q  Do you recall what happened at the
22 time?  What happened?

Page 321

1      A  I recall being taken to the hospital
2  by my wife and being told that I had a TIA.
3      Q  What symptoms do you recall
4  experiencing?
5      A  The same thing.  Slurring of words.
6  And disorientation.  And numbness.  I think it
7  was -- what else did she say?  I was bumping --
8  I would bump into walls or something when I was
9  trying to navigate around the house.  Anyway,
10 she took me to the hospital right away.
11     Q  Okay.  So what medications did the
12 doctor give you at Walter Reed?
13     A  I think they gave me something while I
14 was there orally.
15     Q  Yeah.
16     A  And then they gave me a prescription,
17 pain pills to take as needed.
18     Q  Okay.  And then you were referred to
19 your primary care doctor for follow-up?
20     A  Yeah.
21     Q  Did you seek further medical care?
22     A  No, I didn't.  I just waited until my

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 10 of 12

March 29, 2007 — William Maniaci — Maniaci vs. Georgetown
Washington, D.C.

**Page 322**

1  regular appointment because I had no further
2  symptomology. So -- I felt okay.
3     Q   Going back to the prior day, again, to
4  Saturday when Sergeant DeLisi escorted you off
5  the campus. You went up to the main gate.
6     A   Uh-huh.
7     Q   Was there a cruiser, a Georgetown
8  University department of security cruiser, squad
9  car if you will --
10    A   Parked.
11    Q   -- parked there at the main gate?
12    A   On the sidewalk.
13    Q   Yeah.
14    A   Both days, just like it's depicted
15 right here, there's one parked there.
16    Q   On Saturday, did you sit on the hood
17 of the car and have a cigarette?
18    A   No, I didn't.
19    Q   No?
20    A   No. I didn't sit on the hood of the
21 car.
22    Q   Did you have a cigarette at the main

**Page 323**

1  gate?
2     A   I probably had a cigarette.
3     Q   How many cigarettes in a pack? Is it
4  about 24? Has it changed?
5     A   Twenty.
6     Q   Twenty. Okay. It's been a while
7  since I had a cigarette.
8     A   Do you miss it?
9     Q   Huh?
10    A   Do you miss it?
11    Q   Not really. No.
12        Twenty. So you have about 10 a day.
13 So --
14    A   It depends.
15    Q   It depends. Stress, you might have
16 more, right?
17    A   I don't know. Whenever I feel like
18 I'd like to have a cigarette, I have one.
19    Q   Okay.
20    A   I don't have to ask permission from
21 anybody.
22    Q   It's still America.

**Page 324**

1        They gave you a CAT scan at Walter
2  Reed?
3     A   Yes.
4     Q   And you were told it was negative?
5     A   I was told that there were -- that --
6     Q   Does it say a CT scan of the head, and
7  you were told it was negative?
8     A   All I know is the doctor told me that
9  I had a mild concussion, and that's what I was
10 being treated for.
11    Q   The doctor reported there was no loss
12 of consciousness.
13    A   I didn't lose consciousness while I
14 was at Walter Reed.
15    Q   No. Prior to that. Never mind.
16 Strike that.
17        You didn't seek any medical assistance
18 on Saturday, correct? February 18th?
19    A   No. After I -- after we left the
20 campus, I went to the -- went to the car and sat
21 down. And I think it was Keith brought me
22 something to drink and something to eat. And

**Page 325**

1  they checked on me periodically. And I stayed
2  there until the group left, and I went back to
3  the hotel with the group.
4     Q   You didn't feel you needed any medical
5  assistance at that time?
6     A   No. Not at that time.
7     Q   Then Sunday that changed when you
8  started to slur your speech and stutter?
9     A   It changed when my friends suggested
10 that I go to Walter Reed for an examination, or
11 to a hospital.
12    Q   After you collapsed or whatever
13 happened at the roundabout, did you lose
14 consciousness now, when you fell?
15    A   One minute I'm like talking to you.
16 The next minute I'm on the ground. It was that
17 fast. And then I -- what am I doing here? And
18 I got up and brushed myself off and that was it.
19    Q   Is it hard for you to say whether or
20 not you lost consciousness?
21    A   If it was, it was momentarily. I must
22 have lost consciousness and balance and

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 11 of 12

March 29, 2007          William Maniaci          Maniaci vs. Georgetown
                        Washington, D.C.

Page 326

```
 1  everything, because I just found myself on the
 2  street.
 3      Q   But at that time you weren't slurring
 4  your speech immediately afterward?
 5      A   Not to my knowledge.
 6      Q   Not until that evening did that
 7  happen.
 8          Do you recall where you were when
 9  people said, hey, you're using the wrong names
10  again and you're --
11      A   In the lobby in the hotel.
12      Q   In the lobby. What were you doing
13  there, just conversing?
14      A   Just hanging out. Waiting for
15  everybody to show up so we can go have something
16  to eat together.
17      Q   Okay. Does the JDL send out a
18  newsletter? Or did it at the time, in
19  February --
20      A   No.
21      Q   -- 2000? Did you have a Web site at
22  the time?
```

Page 327

```
 1      A   Yeah.
 2      Q   Did you post things on the Web site?
 3      A   We have a webmaster, Jim Nutting. And
 4  Jim posts things on the Web site.
 5          (Maniaci Exhibit Number 21 was marked
 6  for identification.)
 7  BY MR. BUCKLEY:
 8      Q   Let me show you what's been marked as
 9  Exhibit 21. It's a document that's Bates
10  stamped GTN 496 through 498. It appears to be
11  an article written by Matthew Finberg of JDL.
12          The first page, it says, quote, PSM
13  conference a flop thanks to the Jewish Defense
14  League. Georgetown University exposed for
15  antisemitism on campus, end quote.
16          In your view, was the PSM conference a
17  flop?
18      A   I can't say. I wasn't allowed to
19  attend.
20      Q   Okay. Just directing your attention
21  to the opening paragraph of Mr. Finberg's
22  article. He says, quote: I and my JDL brothers
```

Page 328

```
 1  and sisters, along with approximately 100
 2  general supporters, Holocaust survivors, Russian
 3  Refuseniks attended this conference in order to
 4  protest, disrupt, and educate the attendees to
 5  distinguish between lies and truth about Jewish
 6  activity and the land of Israel and the history
 7  of Jews in the Middle East since 1880, end
 8  quote.
 9          Is that a correct statement?
10      A   You mean is that what Mr. Finberg
11  wrote?
12      Q   No. Do you agree with his description
13  of the purpose of the JDL brothers and sisters
14  attending the conference?
15      A   No. Not necessarily. That's
16  Mr. Finberg's opinion, not mine. He doesn't
17  speak for me.
18      Q   Well, what part of it, if any, do you
19  disagree with?
20      A   I didn't go to -- I didn't go to
21  Georgetown University to disrupt. I went to
22  Georgetown University to protest. And I went to
```

Page 329

```
 1  Georgetown University to learn. I told you
 2  before I wanted to hear what they had to say.
 3      Q   Well, you did disrupt and interrupt,
 4  didn't you?
 5      A   No. I didn't disrupt anything.
 6      Q   Did you interrupt others?
 7      A   No. I did not.
 8      Q   Did you interrupt the sequence of
 9  questioning?
10      A   No. I was interrupted.
11      Q   Didn't you interrupt the way the
12  panelists wanted to run the session? They
13  wanted more questions but --
14      A   No. They changed the rules because it
15  was me asking the question.
16      Q   Hadn't they told the same thing to
17  Rabbi Shifren earlier?
18      A   I didn't hear anything Rabbi Shifren
19  said or was told.
20      Q   Hadn't they said to everybody you're
21  limited to one question; that's it?
22      A   Excuse me?
```

Case 1:06-cv-01625-LFO   Document 45-28   Filed 02/12/2008   Page 12 of 12

March 29, 2007         William Maniaci         Maniaci vs. Georgetown
                       Washington, D.C.

Page 330

1  Q  Hadn't they told everybody you're
2  limited to one question, and that's it?
3  A  I think so.
4  Q  And you persisted?
5  A  No. I didn't ask another question. I
6  made a statement that she hadn't answered my
7  question. I think we went over this before,
8  have we not?
9  Q  Look at the second paragraph of
10 Mr. Finberg's article. He says, quote, we were
11 successful in interfering with several of their
12 seminars, and got the cameras off the speakers
13 and on us many times, end quote.
14    Is that correct?
15 A  If that's what Mr. Finberg did, that's
16 what he did.
17 Q  Well, weren't you successful in
18 interfering with the seminar you attended?
19 A  No. I didn't attend any seminars.
20 Q  Didn't you -- did you -- strike the
21 seminars. Rather than quibble over what a
22 seminar is. Didn't you interfere with the panel

Page 331

1  discussion?
2  A  We've been over this before, sir. And
3  I said I had not interfered with any
4  discussions.
5  Q  Do you know what Mr. Finberg was
6  referring to when he says --
7     MR. FAY: Where are you reading from
8  on panel discussion?
9     MR. BUCKLEY: I wasn't reading from
10 the document.
11    MR. FAY: Oh.
12    MR. BUCKLEY: I said let's not get
13 caught up on the terminology.
14    MR. FAY: Okay.
15 BY MR. BUCKLEY:
16 Q  Do you know what Mr. Finberg was
17 referring to when he said, quote, we were
18 successful in interfering with several of their
19 seminars, end quote?
20 A  No. I was off campus. I had no idea
21 what they did on campus.
22 Q  Turn to page 2 of the document. I

Page 332

1  just want to ask you about a group that's
2  referred to. Looking at the first whole
3  paragraph, about three quarters of the way down,
4  refers to the Nuturei Karta.
5     Are you familiar with that group?
6  A  Yes.
7  Q  What is that group?
8  A  They are a -- they claim to be an
9  ultrareligious Jewish organization. They are
10 way, way out in left field. As far as we're
11 concerned, they don't represent any Jewish
12 organizations. They don't speak for any
13 mainstream Jewish organizations. The Nuturei
14 Karta interpret the Torah as meaning that the
15 third temple will drop out of the sky on top of
16 the temple mountain. Until that time, the Jews
17 don't belong in Israel.
18 Q  So they agree with the Palestinians in
19 that regard?
20 A  They agree with anybody that's
21 contrary to Israel -- that's against Israel. We
22 really don't have anything to do with those

Page 333

1  people. They were the, quote-unquote, advisor
2  on Jewish affairs to Yasser Arafat. They
3  attended the Holocaust Denial Conference in Iran
4  and agree with that. And I think that should
5  speak for itself.
6  Q  Okay. This document -- have you seen
7  this document before today?
8  A  This document?
9  Q  Yes.
10 A  No, I haven't seen this before.
11 Q  Do you know how this document was
12 distributed? Do you know whether the, say, for
13 example, the JDL distributed it?
14 A  I don't have a clue. It could have
15 been on their Web site. It could have been
16 anywhere. I don't know.
17 Q  Let me show you what I'm now going to
18 mark as Exhibit Number 22.
19    (Maniaci Exhibit Number 22 was marked
20 for identification.)
21 BY MR. BUCKLEY:
22 Q  Again, this is a document that