Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 1 of 10

June 28, 2007                Dr. Suzanne Gillern           Maniaci v. Georgetown
                             Washington, D.C.

Page 42

1   Q   But are you able to read what the
2   attending physician wrote?
3   A   I'm able to read some of it. It says --
4   Q   Well, before you start reading it, do you
5   recall who the attending was?
6   A   I don't, actually.
7   Q   Is there a signature there? Are you able
8   to read that?
9   A   There is a signature there, and I,
10  unfortunately, can't read it or remember -- recollect
11  who it was.
12  Q   Okay. If you could just read that
13  paragraph as best able?
14  A   Sure. It says, "64 year old male, status
15  post physical assault at PLO conference at Georgetown
16  University yesterday, complains of head pain and
17  right ankle pain, no LOC."
18      MR. FAY:  Loss of consciousness, is that
19  what that means?
20      THE WITNESS:  Yes, sir, yes, no loss of
21  consciousness. I can't really read that next line.
22  So going down, it says, "no pain," with something,

Page 43

1   I'm sorry, I can't read that, and then I wrote -- it
2   says, "NAD," which is the no apparent distress.
3   BY MR. JONES:
4   Q   Okay.
5   A   Don't know what that next little thing is,
6   and then it says, "CN 2 through 12," which is cranial
7   nerves 2 through 12, "intact, speech clear. Right
8   ankle edema," and they wrote, "TTP," so they wrote
9   tenderness to palpation.
10  Q   Okay. For the right ankle?
11  A   Yes.
12  Q   Okay. And then underneath there, there's
13  something written. Is that your handwriting?
14  A   Yeah, that's part of my instructions to
15  the patient.
16  Q   Oh, okay. And would the, would the
17  attending physician have examined Mr. Maniaci?
18  A   Yes.
19  Q   Okay. And then the attending physician
20  would have written this brief description?
21  A   Yes.
22  Q   And who usually spends more time with the

Page 44

1   patient, you or the attending?
2   A   It depends. I mean, I can't -- I mean, I
3   guess maybe the intern because we see -- we usually
4   go back and see the patient with the attending as
5   well, but.
6   Q   Okay. And in this instance with
7   Mr. Maniaci, who do you think spent more time with
8   Mr. Maniaci?
9   A   I can't definitely say.
10  Q   Okay.
11  A   I mean, they write that note, and it's
12  just kind of saying that they agree with my note, and
13  this is just their kind of little blurb.
14  Q   Okay. And is there some part on here
15  where you write what the plan of treatment is?
16  A   Yes. Just kind of to the left of that, I
17  have, "IMP/plan," which is my impression and plan,
18  and I wrote, "64 year old male with right ankle pain
19  and episode of lightheadedness status post trauma,"
20  so my plan at that time was to do a CT noncon of the
21  head, labs were pending and ankle x-ray pending, and
22  then after that, I have another dash that says,

Page 45

1   "patient likely with concussion and right ankle" --
2   "right ankle sprain." Sorry.
3   Q   Okay. So you concluded that the patient
4   likely has a concussion?
5   A   Yes.
6   Q   And what is the basis of that?
7   A   Just based on his -- we didn't see
8   anything specific on a CT scan, but based on his
9   history, it could be consistent with a concussion.
10  Q   Based on what he told you?
11  A   Correct.
12  Q   Okay. But there was nothing physical that
13  you observed that would indicate that he had a
14  concussion?
15  A   No. And kind of, at least as far as I
16  know, nothing specific, normally, it indicates
17  concussion, there's no specific test for a
18  concussion, it's just kind of based on history and --
19  yeah.
20  Q   Okay. And what were your instructions to
21  the patient?
22  A   So we gave the patient some Naprosyn,

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 2 of 10

June 28, 2007         Dr. Suzanne Gillern         Maniaci v. Georgetown
                      Washington, D.C.

Page 46

1  which is a pain medication, as well as some Percocet,
2  and gave them -- gave him, sorry, information on
3  concussion and ankle sprain and also gave him
4  crutches and an Ace wrap for his ankle.
5      Q   And in the section, where it says, "vital
6  signs"?
7      A   Yes.
8      Q   There's also some writing there
9  underneath, where it indicates that there's going to
10 be an x-ray on his ankle.  What is that writing?
11     A   It says, "right ankle, posterior"
12 something, it might be like his type of splint or
13 something like that, I'm not really sure.  Actually,
14 I don't think that's my writing, but -- I'm not, I
15 don't know.
16     Q   Okay.
17     A   But it seems to me, it's some type of --
18 we sometimes give people with sprains splints or Ace
19 wraps or -- just to help immobilize it a little bit.
20     Q   Okay.  And does it indicate -- what does
21 "DC" indicate?
22     A   That's discharge, so once we are finished,

Page 47

1  it's an indication to the nurse that the patient can
2  go home.
3      Q   Okay.  And is that what the ultimate
4  conclusion was for Mr. Maniaci, that he could be
5  discharged?
6      A   Yes.
7      Q   Okay.  Is there some indication on here on
8  when he was discharged?
9      A   I don't think so.
10     Q   Okay.  When -- would the patient be
11 discharged after he's given instructions?
12     A   Yes.
13     Q   Okay.  And the pages attached to this
14 front page, are these the discharge instructions?
15     A   Yes.
16     Q   And at the bottom of that, does it have,
17 at the bottom left-hand corner, does it have a date
18 and time?
19     A   Yes.
20     Q   And what is the date and time?
21     A   2/19/06, 23:59.
22     Q   So does that indicate that these

Page 48

1  instructions were printed out just prior to midnight?
2      A   Yes.
3      Q   And shortly after that, you would have
4  given them to the patient?
5      A   I would assume, yeah.
6      Q   And the discharge instructions, I'm on the
7  second page of this document, the first discharge
8  instructions are for concussion syndrome?
9      A   Yes.
10     Q   Okay.  And then at the bottom, it
11 indicates, "Return promptly or contact your doctor if
12 you have any of the following occur."
13     A   Yes.
14     Q   And it indicates several symptoms.  Are
15 these all symptoms of a concussion injury?
16     A   Well, those are symptoms that, you know,
17 you're -- something is not right up in the brain, and
18 you do want to seek medical care to be further
19 evaluated.
20     Q   Okay.  And are these -- well, let me ask
21 you, repeated vomiting, was there any history of that
22 from Mr. Maniaci?

Page 49

1      A   No.
2      Q   What about severe or worsening headache?
3      A   Not when he presented, no.
4      Q   Severe or worsening dizziness when he
5  presented?
6      A   Just his report of having dizziness and
7  collapse, but nothing that he was experiencing at the
8  time.
9      Q   Unusual drowsiness or unable to awaken as
10 usual, did you observe that when he presented?
11     A   Not per my note.  I don't remember.
12     Q   Confusion or change in behavior or speech,
13 did you notice that when he presented?
14     A   Not per my note.
15     Q   Unequal pupils, did you notice that when
16 he presented?
17     A   No.
18     Q   Convulsion or seizure, did you notice that
19 when he presented?
20     A   No.
21     Q   Increasing scalp or face swelling, did you
22 notice that when he presented?

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 3 of 10

June 28, 2007                Dr. Suzanne Gillern           Maniaci v. Georgetown
                             Washington, D.C.

Page 50

1   A  Not per my note.
2   Q  Redness, warmth, or pus from the swollen
3   area, did you notice that when he presented?
4   A  No, at least not per my physical.
5   Q  Okay. And then there's also -- going
6   ahead, I guess, three pages, there's discharge
7   instructions for contusion.
8   A  Uh-huh.
9   Q  And then going forward a couple more
10  pages, are these prescriptions for the medications?
11  A  Yes.
12  Q  And it indicates, in the top left-hand
13  corner, the provider, and that's your name listed
14  there?
15  A  Yes.
16  Q  Okay. Did the patient -- or did
17  Mr. Maniaci mention that he was thrown through a
18  door?
19  A  I don't remember. I just can go off of
20  what I have written here, so I don't remember.
21  Q  Okay. That's fair enough. Did he mention
22  being thrown to the ground?

Page 51

1   A  I don't know.
2   Q  Okay. Do you think if he had mentioned
3   that he had been thrown head first through a door,
4   that's something you would have written down?
5   A  I mean, I think, maybe, unless -- I'm not
6   sure. I mean, we try and keep it, you know,
7   succinct, but I think, if it was significant enough,
8   I would have written it, but I'm not sure.
9   Q  Now, Mr. Maniaci's report of an episode of
10  dizziness and collapse, let me ask you, could that
11  have been caused by having a TIA or a mini-stroke?
12  A  Sometimes -- it's not one of the likely
13  symptoms, but sometimes, you do get dizziness, and
14  you could have a loss of consciousness.
15      MR. FAY:  I would object in the sense
16  that, obviously, it could be any number of causes. I
17  think whether the doctor has an opinion it was caused
18  by such a thing is something different, but.
19      MR. JONES:  Well, she's not giving an
20  expert opinion, this is just from her treatment, so
21  I'm just asking her about her treatment.
22      MR. FAY:  Well, yeah, but that's not

Page 52

1   asking about the treatment. If you ask whether
2   something could be caused by, you know, it's totally
3   speculative.
4       MR. JONES:  Well, she's not speculating,
5   but your objection is noted.
6       MR. FAY:  What do you mean, "she's not
7   speculating"?
8   BY MR. JONES:
9   Q  You indicated here --
10      MR. FAY:  Your question was could it be,
11  it's not a question of -- that's obvious speculation.
12      MR. JONES:  No, it's not, but I'm just
13  going to move forward.
14      MR. FAY:  If you think not, fine. Go
15  ahead.
16  BY MR. JONES:
17  Q  Under medications, one of the medications
18  you noted he was on was morphine?
19  A  Yes.
20  Q  Okay. Can morphine cause dizziness in
21  patients?
22  A  Yes, it can cause lightheadedness.

Page 53

1   Q  What about Vicodin, can that cause
2   lightheadedness?
3   A  Yes.
4   Q  Trazodone, can that cause
5   light-headedness?
6   A  It's a -- I think it's used for sleep, so
7   I have to assume it could cause lightheadedness, but
8   I'm not 100 percent sure.
9   Q  If someone has congestive heart failure,
10  can that cause light-headedness or dizziness?
11  A  Yes.
12  Q  Now, anywhere on this emergency room
13  record, did you note that Mr. Maniaci had suffered
14  any bruising?
15  A  Not on my exam at all.
16  Q  Do you recall whether he mentioned, you
17  know, pain anywhere else, other than his right ankle?
18  A  I can't recall, so I could just go off of
19  what I wrote down.
20  Q  Do you recall observing any bruising on
21  Mr. Maniaci's body?
22  A  I don't remember seeing the patient, so I

Case 1:06-cv-01625-LFO  Document 45-31  Filed 02/12/2008  Page 4 of 10

June 28, 2007      Dr. Suzanne Gillern      Maniaci v. Georgetown
                   Washington, D.C.

Page 54
1  didn't write it in my physical, so I can't say I did.
2     Q  If there was some bruising, would you have
3  recorded that?
4     A  I mean, usually, we note if they have
5  bruises anywhere.
6     Q  Let me show you a series of photographs
7  which have been previously marked as Exhibit 23-A
8  through H. And we'll just look at these --
9        MR. FAY: Those aren't very clear.
10 BY MR. JONES:
11    Q  -- one at a time.
12       MR. FAY: Those aren't very clear. Here's
13 some clearer ones.
14       MR. JONES: Okay. Well, why don't we mark
15 those --
16       MR. FAY: Why don't we mark those -- just
17 mark them in order, starting with the one on top.
18       MR. JONES: Well, I was just going to show
19 her the ones of the injuries. Can we mark these as
20 81 --
21       MR. FAY: You might as well mark all of
22 them now because I want to ask some questions in this

Page 55
1  order. Just mark that one on top and then the
2  others.
3        (Deposition Exhibit Numbers 81-A to 81-G
4  were marked for identification.)
5  BY MR. JONES:
6     Q  Okay. Dr. Gillern, I'm handing you a
7  series of photographs marked as Exhibit 81-A through
8  81-G, and we'll just look at these one at a time,
9  starting with Exhibit 81-A. Do you recall observing
10 any bruising like this to Mr. Maniaci's -- well,
11 let's -- first of all, let me ask you, do you see any
12 bruising in this picture on the knee?
13    A  Yes.
14    Q  Okay. And did you observe any injury like
15 this to Mr. Maniaci during the time that you treated
16 him?
17    A  I don't remember seeing Mr. Maniaci, so I
18 can't really say. All I could go off of is I didn't
19 mark seeing any bruises on my note, but that's -- I
20 don't -- so I can't say. I don't remember seeing
21 him, so --
22    Q  Okay.

Page 56
1     A  Sorry.
2     Q  And do you recall whether he complained of
3  any injuries to his knee?
4     A  I don't remember.
5     Q  If we could go to the next one, and is
6  that 81-B?
7     A  Yes.
8     Q  And did you notice any bruising to
9  Mr. Maniaci's torso during the time that you treated
10 him?
11    A  I didn't document it, so I can't say -- I
12 don't remember seeing any, but I can only go off of
13 what I documented, so that's all.
14    Q  And in this picture, 81-B, do you see a
15 bruise to this person's, I guess, right torso?
16    A  Yes.
17    Q  Or how would you describe this part of the
18 body where that bruise is?
19    A  Yeah, it's like the flank, upper flank
20 side of the chest.
21    Q  And if you observed an injury like that,
22 would you have written it down in the record?

Page 57
1     A  I mean usually, I can't say 100 percent I
2  would, you know, I would think I would have, but I
3  don't know.
4     Q  Okay. And do you recall Mr. Maniaci
5  complaining of any pain or injury to his right flank?
6     A  I don't recall.
7     Q  If he was complaining of that, would you
8  have noted that in your record?
9     A  Usually, I write where they're complaining
10 of pain.
11    Q  If you go to the next picture, 81-C.
12    A  Yes.
13    Q  In this -- well, do you see some type of
14 mark on this person's arm?
15    A  Yes.
16    Q  Okay. And does that look like a bruise
17 or --
18    A  Yes.
19    Q  Okay. And did you notice any bruising to
20 Mr. Maniaci's right arm, where this bruise is, during
21 the time you treated him?
22    A  I guess I don't remember seeing him, so I

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 5 of 10

June 28, 2007        Dr. Suzanne Gillern        Maniaci v. Georgetown
                     Washington, D.C.

Page 58

1  didn't write it down, I don't know.
2      Q  The same answers with the other pictures?
3      A  Yes, sorry.
4      Q  Okay. And if you had noticed bruising
5  like this, you might have recorded it?
6      A  I might have, yes.
7      Q  And is the next picture the same picture?
8      A  Yeah.
9      Q  Okay. So, and now, we're to 81-G, is that
10 right?
11     A  Yeah.
12     Q  Okay. And do you see a mark to this
13 person's knee?
14     A  Yes.
15     Q  And would you describe this as a bruise or
16 a contusion?
17     A  It looks more like an abrasion, almost, to
18 me.
19     Q  Okay. And did you notice any abrasion
20 like this to Mr. Maniaci's knee?
21     A  I did not note it in my exam, and I don't
22 remember.

Page 59

1      Q  Did he complain of any abrasion or pain in
2  his knee?
3      A  Not per what I wrote down.
4      Q  Okay. Go to the next picture. I guess
5  this is just a picture of someone with an ankle wrap.
6  Is this the type of ankle wrap that Mr. Maniaci would
7  have given?
8      A  Yes.
9      Q  I don't have any questions about that
10 other picture. Let me also show you what's been
11 marked as Exhibit 23-G. Do you see any injuries to
12 this person's hand?
13     A  It looks like there may be a little mark
14 here on his -- below his knuckle.
15     Q  Okay. And did you notice any injuries to
16 Mr. Maniaci's knuckles when you treated him?
17     A  Not per what I wrote down, so I don't
18 remember.
19     Q  Okay. These injuries that we just looked
20 at in these pictures, could these have happened if
21 someone fell down?
22     A  Yeah, I guess.

Page 60

1      MR. FAY: Is that an opinion within a
2  reasonable degree of certainty you're asking her
3  about?
4      MR. JONES: No, it's not.
5      MR. FAY: Anything could happen. That's
6  total speculation. Go on.
7  BY MR. JONES:
8      Q  The bruise under Mr. -- or the bruise on
9  Mr. Maniaci's -- well, if we could go back to the
10 photograph that shows the bruise on the right flank,
11 that's 81-B, could that have happened from someone
12 grabbing Mr. Maniaci on that point of his body?
13     A  I imagine it could.
14     Q  Going back to Exhibit 20, was
15 Mr. Maniaci's discharge with a referral to see
16 anyone?
17     A  It just says, "refer to primary care
18 doctor," which means we told him, if he has any
19 further difficulties, other than the emergency, you
20 know, to see his primary care doctor.
21     Q  Was he required to follow up with anyone?
22     A  We didn't give him any specific timeline.

Page 61

1  It have just more of so he had a point of reference
2  to go to.
3      MR. JONES: I pass the witness. I don't
4  have any further questions.
5      MR. FAY: Okay.
6      EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7  BY MR. FAY:
8      Q  Couple of things, with -- down about the
9  fourth page?
10     MR. JONES: Of what exhibit?
11     MR. FAY: Of the records, of course.
12 BY MR. FAY:
13     Q  I'm holding them up that you can see,
14 that's been marked as, what's the exhibit number on
15 the records? That should be on the front?
16     A  20?
17     Q  Good. Okay. On the fourth page of
18 Exhibit 20, which is the record, is it correct, up at
19 the top, it reads, "contusion, soft tissue"?
20     A  Yes.
21     Q  You have, "A contusion," which is a
22 bruise, "with swelling and some bleeding under the

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 6 of 10

June 28, 2007          Dr. Suzanne Gillern          Maniaci v. Georgetown
                        Washington, D.C.

Page 62

1  skin. There are no broken bones. This injury takes
2  a few days to a few weeks to heal."
3          Under what circumstances would the
4  hospital give a discharge instruction with regard to
5  contusion, meaning a bruise with swelling, if there
6  was no bruise with swelling?
7      A   If there was a bruise.
8      Q   Okay. So can we, can we assume,
9  therefore, that although not noted in the written
10 records, that somebody observed a bruise on
11 Mr. Maniaci for this discharge instruction to have
12 been given?
13     A   Yes. And, I mean -- well, it also could
14 have been given, I mean, for his ankle too, but
15 you're right, it could be given for anyone with a
16 contusion, so.
17     Q   Okay. Did -- going up to the top of the
18 page, I take it, in the part -- the front, the first
19 page, I'm sorry.
20     A   Uh-huh.
21     Q   In the part, the second little box down,
22 "third-party payer: No, time seen, 20:45," and then,

Page 63

1  "category, urgent," would that, along with this
2  other -- you've indicated the other information here
3  had been done in by the triage nurse?
4      A   Yes.
5      Q   Would that have been put in by the triage
6  nurse?
7      A   Yes.
8      Q   Okay. I take it this is -- she stands by
9  a thing with a computer and types it in as the person
10 is talking? Is that --
11     A   Yeah, well, yeah, basically.
12     Q   Or do they, do they write it down by hand,
13 and then later -- because you wrote on this --
14     A   We get this, yeah, you're right, so I
15 don't know exactly how it works, to be quite honest,
16 but I imagine, yes, they would type it in.
17     Q   Okay. Going down a little bit further,
18 where it has medications, HCTZ is
19 hydrochlorothiazide?
20     A   Yes.
21     Q   And that's a medication for high blood
22 pressure, is that correct?

Page 64

1      A   Yes, or -- yeah, it's a diuretic.
2      Q   Yeah. In other words, it lowers -- it
3  wouldn't only be high blood pressure. I guess it
4  could also be congestive heart failure.
5      A   Exactly.
6      Q   Okay. And I take it all of these that you
7  list here, hydrochlorothiazide, morphine -- what's
8  the third one?
9      A   I don't know, actually. I can't read it.
10     Q   Okay. I take it these were all
11 prescription medications?
12     A   I don't know. I only know that we ask the
13 patient, when I go see him, I asked him what
14 medications, those are the ones I wrote down.
15     Q   Okay.
16     A   It doesn't have to be prescriptions.
17 We -- I mean, sometimes, people will tell us their
18 vitamins and stuff like that, so.
19     Q   Okay. And you don't know what --
20     A   No, I don't.
21     Q   Did you write that, or did somebody else?
22     A   No, I wrote that, or at least it looks

Page 65

1  like still my handwriting. I don't know whether I
2  wrote that.
3      Q   Looks like it could be LANT?
4      A   Yeah.
5      Q   Is that an abbreviation for something?
6      A   That's what I was trying to figure out.
7  I'm not sure.
8      Q   Okay.
9      A   Unless I just got cut off or --
10     Q   Now, you worked in the emergency room for
11 four months, did you say?
12     A   Four weeks.
13     Q   Four weeks, okay. Other than that, did
14 you work, not only in this ER, but in any emergency
15 room for any period of time as a doctor? Now, I
16 don't mean before you ever went to medical school.
17     A   I mean, we interact with the emergency
18 room as a general surgery intern/resident, but, I
19 mean, as my primary place of working, no, we do the
20 four-week rotation.
21     Q   Okay. I take it, from what you indicated,
22 that you're in a six-year residency, which will

17 (Pages 62 to 65)

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 7 of 10

June 28, 2007          Dr. Suzanne Gillern          Maniaci v. Georgetown
                        Washington, D.C.

Page 66

1  result in you being board eligible, as they say, you
2  can take the examination for board certification in
3  general surgery?
4      A  Correct.
5      Q  And any other thoracic surgery or --
6      A  No, that would require a fellowship, more
7  training after that.
8      Q  Okay. When -- other than the regular
9  medical school education, did you have any particular
10 training in any soft tissue injury, treatment, or
11 diagnosis or whatever?
12     A  No.
13     Q  On nondebilitating bruises, I mean,
14 somebody who doesn't come in, they've been in an
15 automobile accident, with everything black and blue,
16 and they can't walk, is there normally any treatment
17 given to those, other than rest call, if you get an
18 infection or something, in other words, instructions?
19     A  Sometimes, depending on if it's swollen or
20 where it is, you might recommend just an ice pack or
21 something, but, I mean, nothing too specific.
22     Q  Okay. Do you know why the category

Page 67

1  "urgent" was put in by the triage people?
2      A  There is four categories. There is
3  emergent, urgent, delayed, and expectant. It's what
4  we use in the military, I think they use it
5  everywhere, and so urgent is the second category. It
6  means that they don't need to be seen immediately,
7  but they should be seen at some point, whereas
8  delayed is something that, you know, can wait a
9  couple days before being seen. It's just the
10 military system of doing things.
11     Q  Over on vital signs, I take it these are
12 the ones actually taken in the emergency room?
13     A  Correct.
14     Q  Were they taken by you or by the nurse
15 probably?
16     A  Not by me, the nurse does them.
17     Q  Okay. And I -- the second, the lower one,
18 diastolic, that is?
19     A  Diastolic, yes.
20     Q  Diastolic. 91 is slightly above normal?
21     A  Yes.
22     Q  And 133 is slightly above normal?

Page 68

1      A  But -- it's relative -- it's basically
2  normal, I mean --
3      Q  Were somebody who has suffered some kind
4  of injury, would it be normal that their blood
5  pressure would be slightly elevated?
6      A  I mean, it's normal for someone to just
7  come into a well doctor visit and then to see a white
8  coat and get high blood pressure.
9      Q  This is before you got out a needle and
10 syringe?
11     A  Yes, exactly, so it's kind of -- 133 is
12 not too concerning.
13     Q  The blood pressure always goes up after
14 the needle and syringe?
15     A  Yeah, and sometimes, just us walking in
16 the room, it goes up.
17     Q  Okay. I take it, for you to order a CT
18 scan of the head, you concluded that there was a
19 situation that required further action to check out
20 to make sure there wasn't intercranial bleeding?
21     A  Well, based on the patient's history, any
22 time someone comes in with any history of dizziness

Page 69

1  or collapse then -- and also with an associated
2  report of being kicked and dragged, then it would be
3  to rule out any bad things.
4      Q  Okay. Now, let me hand you the picture
5  that's 81-G and -- well, before I ask you a question
6  about that, does reading through the record and
7  listening to all of our questions today in any way
8  refresh your recollection of Mr. Maniaci?
9      A  I can't say I remember him specifically,
10 no.
11     Q  I noticed that you treated him within an
12 hour after he came in. That's pretty good, a lot
13 better than most civilian emergency rooms, to be
14 blunt about it. How busy -- was this a Sunday, was
15 it, or a Saturday, do you know?
16     A  I don't remember what day of the week.
17     Q  Okay. How busy does the emergency room up
18 at Walter Reed get?
19     A  It just kind of depends.
20     Q  Okay. If there's something that's
21 absolutely critical, like an automobile accident in
22 front of the hospital, sometimes, civilians are even

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 8 of 10

June 28, 2007          Dr. Suzanne Gillern          Maniaci v. Georgetown
                       Washington, D.C.

Page 70

1  carted in there, aren't they?
2      A  If it's like right, yeah, right there.
3      Q  Okay.
4      A  But rarely do we get other kind of
5  civilian trauma.
6      Q  Okay.  Now, the -- does looking at -- let
7  me identify Mr. Maniaci as the gentleman here wearing
8  the skull cap, I call it.  Does that in any way
9  refresh your recollection as to Mr. Maniaci?  Does he
10 look familiar at all?
11     A  He does not look familiar to me at all.
12     Q  I take it, in a normal night in the
13 emergency room, you probably see 20 or 30 people at
14 least?
15     A  Yeah, it just kind of depends.
16     Q  Okay.  And the amount of time you actually
17 see him would be -- what, maybe 20 minutes or
18 something like that, half an hour or something like
19 this?
20     A  It just depends.
21     Q  Okay.  In your time in the emergency room,
22 how many times did you have people come in with

Page 71

1  bruises, contusions?
2      A  I guess lots, I mean --
3      Q  Okay.  Many every night?
4      A  Yeah, I mean, I don't know if that was for
5  a specific complaint, but, there are a lot -- yeah,
6  I've seen bruises before, I don't know exactly how
7  many times.
8      Q  Okay.  And you took a history on these,
9  each one of these things that came in, is that
10 correct?
11     A  Each one of?
12     Q  Each one of the cases that came in, where
13 people had contusions.
14     A  Well, the people that I see, I get their
15 history on.
16     Q  Yeah, yeah.  And let me ask you a
17 question.  In any -- let me see if I can find my
18 place here.  Okay.
19         Reading from page 30 of the deposition of
20 Mr. Morell, and I ask him my question, "Did you ever
21 see Mr. Maniaci off his feet?  By, 'off his feet,' I
22 mean down on the floor, knocked --

Page 72

1      "ANSWER:  Yes, I did.
2      "QUESTION:  -- to his knees or anything,
3  and where was that?
4      "ANSWER:  That was out in the vestibule,
5  outside of Gaston Hall itself.  The officers placed
6  him on the floor outside the hall.
7      "QUESTION:  Okay.  When you say, 'placed
8  him,' you mean he was forced down on to the floor?
9      "ANSWER:  No.  It was clear he was not
10 interested in standing, so they placed him on the
11 floor, gently deposited him on the floor."
12         Would "gently" depositing somebody on the
13 floor result in bruises, contusions of the type that
14 are depicted on these photographs?
15     MR. JONES:  Object to the form.
16 BY MR. FAY:
17     Q  In your experience out of the people you
18 saw coming into the emergency room.
19     MR. JONES:  Objection.
20 BY MR. FAY:
21     Q  You can go ahead and answer.
22     MR. JONES:  I mean, are you asking her for

Page 73

1  an opinion or --
2      MR. FAY:  Is this -- well --
3      MR. JONES:  -- to a reasonable degree of
4  medical certainty?
5      MR. FAY:  I'm asking her for a comparison
6  between the pictures here depicting contusion, it's
7  been established there must have been a contusion,
8  they gave him a discharge for it, and the other
9  people they treated, that she treated, the histories.
10 BY MR. FAY:
11     Q  Is there anyone that came in indicating
12 that they suffered contusions on -- such as those, by
13 simply gently being placed on the floor?
14     A  To be quite honest, we don't get -- I
15 mean, what we get is just people's stories, so I have
16 no idea, when I see a contusion, exactly what force
17 was used to cause a contusion, so I can't -- I don't
18 know how to answer that.  Sorry.  I mean, I don't --
19 yes, I'd imagine that any -- some people bruise easy,
20 some people don't bruise easy.
21         There's a whole spectrum, like the same
22 thing that I do to you, that I do to me, we could

19 (Pages 70 to 73)

Case 1:06-cv-01625-LFO   Document 45-31   Filed 02/12/2008   Page 9 of 10

June 28, 2007                Dr. Suzanne Gillern         Maniaci v. Georgetown
                             Washington, D.C.

Page 74

1  get, you know, even if we hit each other with the
2  same force, it's just -- the bruises differ, so I
3  can't really say, and I don't know, I mean, I don't
4  think there's any way to compare, but I'm not sure.
5      Q  Were there any factors with Mr. Maniaci,
6  indicated in your records there, that would indicate
7  that he would have any condition that would make him
8  more likely to bruise than a person without that
9  condition?
10     A  He -- under the medications, I wrote down
11 he's not on any blood thinners, and his coags are all
12 normal, but from my experience, it's still variable.
13 I mean, some people, it's just --
14     Q  Sure.
15     A  So I don't know.  But nothing, to answer
16 your question, nothing that he has makes him at a
17 higher risk of being a big bruiser, that I could see.
18     Q  Okay.  There's a word in the records here.
19 I was trying to find it here.  Edema?
20     A  Yes.
21     Q  E-d-e-m-a?
22     A  Swelling.

Page 75

1      Q  Edema's swelling?
2      A  Correct.
3      Q  Okay.  Is edema normally a result of some
4  type of trauma?
5      A  Well, yeah.  I mean, any -- yes.
6      Q  Okay.
7      A  Actually, it could be caused by a number
8  of different things.  I mean, you could get an edema,
9  you know, you get a bug bite, you get swelling after
10 that, so if you want to call that a kind of trauma,
11 like there's a whole range of trauma.
12     Q  Something -- yeah.
13     A  Something that happens to that area and it
14 causes swelling.
15     Q  Okay.
16     A  However -- sorry.
17     Q  No, go ahead.
18     A  I mean, with -- you do get edema with --
19     Q  Surgical operations, like that?
20     A  You do, but you also -- heart failure
21 causes -- people get lower extremity edema too, so
22 there's a lot of different -- actually, change that.

Page 76

1  There's a lot of things that can cause edema.  If you
2  have vascular congestion, you can get edema.
3      Q  On the physical examination, did you, did
4  your physical examination indicate any symptoms of
5  heart failure at that point?  I'm not saying that,
6  necessarily, heart failure would be diagnosed by the
7  physical examination.
8      A  Right.
9      Q  The kind that you would do for an injury
10 like this, but --
11     A  The only thing is he had diffused bronchi
12 in his lungs.  Sometimes, if you have fluid in your
13 lungs, that could cause -- but I can't say -- that's
14 not specific, so -- nothing --
15     Q  Okay.
16     A  Other than that, that's the only
17 abnormality that would possibly indicate.
18     Q  Okay.  You did -- you heard lung sounds
19 that would have been consistent with the pulmonary
20 condition that he had?
21     A  Like I said, bronchi are just kind of
22 coarse sounding -- it's hard to describe.  They're

Page 77

1  just a type of breath sounds that can be caused by --
2  it's a nonspecific finding, but it can be consistent
3  with the COPD, or it can be consistent with having
4  fluid there, so.
5      Q  Okay.  Well, I'm -- in somebody diagnosed
6  with this condition, you would expect to see fluid,
7  wouldn't you?  Or not see, but hear the sounds.
8      A  It could.  I mean, just people have
9  exacerbations, so sometimes, you don't, and
10 sometimes, you do.  It just depends on if they're
11 fluid overloaded or not.
12     Q  Okay.  Now, on your -- where it has
13 instructions to the patient, I take it these two are
14 prescriptions here --
15     A  Yes.
16     Q  -- that were written.  Naprosyn?
17     A  Yes.
18     Q  Can you describe Naprosyn?  What it's
19 prescribed for?
20     A  It's basically like a -- I think it's an
21 NSAID.  It's just kind of like an ibuprofen type of
22 drug, you know, for inflammation, pain.

Case 1:06-cv-01625-LFO    Document 45-31    Filed 02/12/2008    Page 10 of 10

June 28, 2007    Dr. Suzanne Gillern    Maniaci v. Georgetown
Washington, D.C.

Page 78

1  Q  Reduces swelling and reduces pain?
2  A  Pain, yes.
3  Q  Okay. What about -- is the next one down
4  Percocet?
5  A  Yes.
6  Q  And what is that prescribed for?
7  A  That's a pain medication. It's a
8  combination of Tylenol and OxyContin.
9  Q  Okay. And you observed swelling in the
10 right ankle?
11 A  That's what I wrote, yes.
12 Q  Okay. And presumably, somebody saw
13 contusions?
14 A  Correct.
15    MR. FAY: Okay. I don't have anything
16 else. Thank you.
17    EXAMINATION BY COUNSEL FOR THE DEFENDANTS
18 BY MR. JONES:
19 Q  I just have a few follow-up questions.
20 Dr. Gillern, if we could look at the instructions to
21 the patient on Exhibit 20, the bottom line there, can
22 you read that again?

Page 79

1  A  Concussion info and ankle sprain --
2  sprained ankle or ankle sprain.
3  Q  Article?
4  A  Yeah, given.
5  Q  Okay. And that means that you gave these
6  documents that are behind this record to Mr. Maniaci
7  regarding a concussion?
8  A  Yes.
9  Q  And then the record that Mr. Fay pointed
10 to, contusion, soft tissue, is that what you mean --
11 or is that what you referred to as the ankle sprain
12 article?
13 A  It could have been, yes.
14 Q  If I came to the Walter Reed emergency
15 room and I was complaining of an episode of dizziness
16 and collapse, would you order that I have a CT scan?
17 A  Of your head? Probably. I mean, it
18 just -- probably.
19    MR. JONES: I don't have any other
20 questions.
21    EXAMINATION BY COUNSEL FOR THE PLAINTIFF
22 BY MR. FAY:

Page 80

1  Q  Okay. To the right of concussion and --
2  looks like ankle something?
3  A  Sprained, yeah.
4  Q  Is the next one, "crutches as needed"?
5  A  Yes.
6  Q  Okay. What is the next thing over --
7  A  Ace wrap.
8  Q  Oh, Ace wrap?
9  A  Ace wrap to ankle, yeah.
10 Q  Okay.
11 A  Sorry.
12    MR. FAY: Okay.
13    MR. JONES: Thank you very much, Doctor.
14    MR. FAY: Well, thank you.
15    THE VIDEOGRAPHER: This ends videotape
16 number one. We're going off the record at 10:25.
17    (Signature having been waived, the
18 videotaped deposition of DR. SUZANNE GILLERN, was
19 concluded at 10:25 a.m.)
20
21
22

Page 81

1  DISTRICT OF COLUMBIA, to wit:
2    I, Cynthia R. Simmons, the officer before whom the
3  foregoing deposition was taken, do hereby certify
4  that the within-named witness personally appeared
5  before me at the time and place herein set out, and
6  after having been duly sworn by me, according to law,
7  was examined by counsel
8    I further certify that the examination was
9  recorded stenographically by me and this transcript
10 is a true record of the proceedings.
11   I further certify that I am not of counsel to any
12 of the parties, nor an employee of counsel, nor
13 related to any of the parties, not in any way
14 interested in the outcome of this action.
15   As witness my hand and notarial seal this 8th day
16 of July 2007.
17   _____
18   CYNTHIA R. SIMMONS
19   Notary Public
20
21
22 MY COMMISSION EXPIRES: 9/30/2008

21 (Pages 78 to 81)