Deposition of Todd Olson

Plaintiff's Opposition to Summary Judgment

EXHIBIT #21

1   work during my master's degree.  I worked at my first
2   professional position at the University of Denver
3   beginning in 1986.  I worked at that institution for
4   16 years at nine different job titles, all in the
5   student affairs area.  I'm not sure if you want all of
6   that detail.
7         But then in 2002, moved to Georgetown
8   University.  The first year here was in the role of
9   associate vice president for student affairs.  After
10  that, I was asked to move into the role of vice
11  president of student affairs beginning in 2003.
12      Q   Perhaps you should describe what vice
13  president for student affairs, what that term means.
14  In our more liberal society, I'm sure there are a lot
15  of jokes made about student affairs, but what is --
16  what is entailed?
17      A   Student affairs at Georgetown, as at most
18  other universities, is a rather broad area that
19  encompasses a lot of student life, student activities
20  and services for students in their life outside the
21  classroom.
22        So at Georgetown, it involves management

```
1     A     I was.
2     Q     Okay.  And in your capacity, I take it, as
3  an official of the university?
4     A     In my capacity as an administrator, uh-huh.
5     Q     Was -- would that be a normal occurrence,
6  for you to be present at something like this where
7  there was an activity where there's going to be
8  discussion of some issues?  I'm sure you weren't
9  present at every softball game or something.
10    A     Right.
11    Q     Things like of this sort.
12    A     Yeah.  I'm frequently present at events of
13 this sort.
14    Q     Now, let me -- let me hand you what has --
15 what was marked George Taylor Exhibit Number 3 and I
16 marked also as Todd Olson Exhibit Number 3, which is,
17 I believe, a photograph.
18    A     Uh-huh.
19    Q     It's not the clearest photograph --
20    A     Uh-huh.
21    Q     -- but looking at you and looking at the
22 photograph, I would -- my guesstimate would be that
```

1  you were the person standing up speaking; is that
2  correct?
3     A    I was the person -- yeah, I had the
4  microphone.  I was on stage at that point.
5     Q    Okay.  When -- did -- were you acting when
6  you are speaking there as the moderator of this or
7  were you simply giving a welcome to Georgetown or what
8  was your capacity then?
9     A    In this session, I was serving as the
10 moderator for purposes of managing our speech and
11 expression policy.
12    Q    Okay.  There are, I think, three -- three
13 or four students -- three, I think -- seated there at
14 the table.
15    A    Uh-huh.
16    Q    Do you know those students --
17    A    These are not --
18    Q    -- or are they students?
19    A    -- students.  They were -- they were
20 invited --
21    Q    Ah, okay.
22    A    -- speakers for the conference.

1  I can't -- I can't get them to play on the thing, so
2  we'll talk about that when this thing's over.
3            BY MR. FAY:
4      Q    After Mr. Maniaci went back to his seat and
5  then you said that the person started answering and
6  he -- he said something else but you don't recall the
7  words, how -- how long did he speak during this --
8  Mr. Maniaci speak during this period when you say you
9  don't recall what he said?
10     A    I would -- again, don't have specific
11 memory.  I would say it went on for -- for -- between
12 one-and-a-half and two minutes, roughly.  But again, I
13 have no formal way of timing that.
14     Q    Okay.  Did you observe Mr. Maniaci at any
15 time act in any way that was unlawful?
16     A    No, I did not.
17     Q    Did you observe him at any time act in a
18 manner that endangered anybody?
19     A    Not that I remember, no.
20     Q    Did Mr. Maniaci at any point, to the best
21 of your recollection, threaten anybody?
22     A    No.

```
 1    Q    And you've indicated there wasn't any
 2 other -- there isn't any definition of disruption or
 3 obstruction in any of the standard operating
 4 procedures or general policy statements of Georgetown;
 5 is that correct?
 6    A    That's correct.
 7    Q    Was there any request to you by the person
 8 who was on the panel speaking or anyone else who was
 9 on that panel to have Mr. Maniaci removed?
10    A    No.
11    Q    And you were acting in your capacity as an
12 official of Georgetown at the point where you ordered
13 the Georgetown security to remove him?
14    A    Yes.
15    Q    When they went to remove him, what do you
16 remember seeing?
17    A    I remember that there were two officers who
18 approached him.  I could not hear -- as I was some
19 distance away, I could not hear exactly what they
20 said, but they spoke to him for a moment.
21         After that, I was -- was looking around the
22 auditorium.  I just saw that there was -- it seemed to
```

1  which to make that kind of judgment. I mean, I don't
2  know.
3      Q    Okay. After this was over, did you have
4  conversations at any time with any of -- anyone else,
5  whether they were a participant of the thing,
6  officially university, whatever, about what happened
7  with Mr. Maniaci?
8      MR. JONES: I'm going to object to the
9  extent that that question calls for privileged
10 communications with counsel.
11     But other than discussions that you've had
12 with attorneys, you can answer that question.
13     BY MR. FAY:
14     Q    Yeah. I'm excluding speaking to the people
15 here at Williams & Connolly.
16     A    After the session, I spoke with Mr. Morrell
17 outside of Gaston Hall, and we just spoke with one
18 another about the fact that we had made -- as we made
19 a decision to remove Mr. Maniaci, that we would, you
20 know, let him know that he was not welcome to attend
21 other sessions at this conference.
22     Q    Okay. Did you -- when you say you would

```
 1   let him know, did you then speak to him or did -- to
 2   the best of your knowledge, did Mr. Morrell speak to
 3   him?
 4        A    To the best of my knowledge, Mr. Morrell
 5   spoke with him.
 6        Q    Okay.  After -- when Mr. Morrell spoke to
 7   him, did Mr. Morrell say anything to you about any
 8   injuries he observed on Mr. Maniaci?
 9        A    No.
10        Q    Did he indicate in any way that Mr. Maniaci
11   said anything to him when he spoke to Mr. Maniaci?
12        A    No.
13        Q    I take it you've not at any time had any
14   further conversation with Mr. Maniaci?
15        A    That's correct.
16             Let me clarify that.  I did have -- at the
17   InterCultural Center that day, later that day, I did
18   have a brief conversation with Mr. Maniaci.  But after
19   that, I did not have a further conversation.
20        Q    Okay.  Could you tell me what took place in
21   that conversation, what he said, what you said?
22        A    I just remember that he wanted to come back
```