**Deposition of Robert Turk**

**Plaintiff's Opposition to Summary Judgment**

**EXHIBIT #22**

148

1   A.   No.  It was between the seats.

2   Q.   Okay.

3   A.   Like half out, half...

4   Q.   What happened then?

5   A.   I seen that bald-headed guy kick him in
6  chest and I said, What, are you fucking stupid?

7   Q.   And that's while Mr. Maniaci was on his
8  back on the ground?

9   A.   Yes.

10   Q.   He kicked him in the chest?

11   A.   Yeah.  Or the side of the chest.  I seen a
12  black boot haul off and kick him, and I was
13  furious.

14   Q.   And you yelled what you just said?

15   A.   Exactly.  Verbatim.

16   Q.   And did the officer respond to you in any
17  way?

18   A.   No.  They didn't care.

19   Q.   Did Mr. Maniaci scream or anything?

20   A.   Yeah, he was hurt.  And I believe that the
21  kick blew the area out of him, whatever it was.
22  But I seen the boot connect, all right.  Again, I

149

1  was down and, you know -- this guy is 62, he had
2  multiple heart conditions, and I was worried about
3  Bill's life.
4     Q.   You said the bald-headed officer kicked
5  Mr. Maniaci in the chest, what happened next?
6     A.   Not in the chest.  I guess in the side of
7  the ribs.
8     Q.   The torso?
9     A.   Wherever, but it was on the upper part.
10 And you know, I seen the black boot connect.  And I
11 looked up, it was that bald guy, and that's when I
12 said what I said.
13    Q.   And then what happened?
14    A.   Then they just ripped him out and they
15 dragged him.  They kind of like flipped him over to
16 drag him out and then I fell behind, even though I
17 was following.  You know, there was a lot of
18 commotion there.
19    Q.   How were they carrying him?
20    A.   They were dragging him.
21    Q.   And it was the two officers?
22    A.   Yeah.

180

1    A.    No.

2    Q.    About how far would you estimate it was
3 from the building where Gaston Hall was to the
4 front gate?

5    A.    I don't know.  Maybe about 100 yards, maybe
6 about a little bit more.

7    Q.    And you thought that distance was farther
8 than walking to the ICC building?

9    A.    Yeah.  Because remember, I told you I was
10 going back and forth between buildings and I was
11 constantly doing that walk.

12   Q.    Okay.

13   A.    It was my idea to take him to the ICC
14 building.

15   Q.    What did Mr. Maniaci have to say?

16   A.    He wasn't saying anything.  I thought he
17 needed a place to lay down.

18   Q.    Who else was walking with you and
19 Mr. Maniaci, to the ICC building?

20   A.    I think Jim --

21   Q.    Jim Nutting?

22   A.    -- but I'm not sure.  I guess all of us, at

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

181

1  one point, walked over there. But I think Jim was
2  the person walking with me. I think. I'm not
3  sure.
4      Q.    What about Mr. Finberg?
5      A.    Yeah, I believe he was there. But you
6  know, I'm trying to think who was on the other side
7  of Mr. Maniaci. We were holding him up. We were
8  helping him walk.
9      Q.    What about Mr. Bailey?
10     A.    I'm not sure.
11     Q.    Were any Georgetown administrators with you
12 at that point in time?
13     A.    I'm not sure.
14     Q.    Had anyone told Mr. Maniaci that he had to
15 leave the campus at that point time?
16     A.    Absolutely not, to my knowledge.
17     Q.    Okay. And what happened when you got over
18 to the ICC building?
19     A.    They trapped him in the hallway. There was
20 an outer door and then there was an inner door.
21 There was two sets of doors and a space in between.
22     Q.    So some type of entrance way into the

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

182

1  building?

2  A.  Well, there was a regular entrance way.

3  Q.  Yeah.

4  A.  Sort of like a supermarket, where you stop

5  the heat from either going out or coming in when

6  you're heating or area conditioning the building,

7  so you have two sets of doors.

8  Q.  What would you call that area in between

9  there?

10  A.  Just a hallway, but it was closed off.

11  Q.  Would you call it a foyer?

12  A.  No.  It's not a foyer, no.

13  Q.  Okay.  And what happened in the hallway

14  between the entrances?

15  A.  First of all, they boxed him in.

16  Q.  Who?

17  A.  There was an officer, I think it was the

18  black bald guy and Smulson.  And I'm not sure if

19  Olson was there, I get the two of them mixed up,

20  all right.  And there was a female officer or

21  administrator.  And Matt Finberg was there.

22  Q.  And you say the black bald officer, was

183

```
 1   that the same officer who removed Mr. Maniaci from
 2   Gaston Hall?
 3        A.   I believe so.  I'm not 100 percent sure.
 4        Q.   You said a female administrator or officer,
 5   was she black?
 6        A.   Yeah, I believe so.  She was in the -- how
 7   do I describe it, the second hallway.  Actually
 8   inside the building, not in the hallway.
 9        Q.   Was Mr. Morrell there?
10        A.   You know, I didn't see him.
11        Q.   Was anybody there who identified themselves
12   as the head of DPS?
13        A.   I know the Olson or Smulson, whatever, was
14   there.  I didn't hear anybody identify themselves
15   as anything?
16        Q.   Do you remember that there was a black male
17   administrator who was there?
18        A.   No.
19        Q.   You said they -- who again, I'm sorry if
20   I'm repeating, who again, exactly, was it that
21   boxed Mr. Maniaci in?
22        A.   There was that guard and I think it was
```

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

184

1  Olson or -- they sort of pushed him into a corner
2  where he couldn't get in or out.
3     Q.   When you say pushed, did they physically
4  put their hands on him?
5     A.   Oh, yeah.  Not their hands, but he gave a
6  body blow.
7     Q.   A body blow?
8     A.   Yeah.
9     Q.   What's that?
10    A.   Like when you're using your chest to
11 enforce, you know -- you're pushing somebody with
12 your chest, a body blow, without using your hands.
13    Q.   And this was the black bald officer?
14    A.   I believe so.
15    Q.   And did he knock Mr. Maniaci over?
16    A.   No.  He pushed him against the wall.  There
17 was not much space there.
18    Q.   And once Mr. Maniaci was against the wall,
19 was someone holding him?
20    A.   I was there, Matt was there, and all I
21 remember is him saying he had to go to the men's
22 room.

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

185

1   Q.   Mr. Maniaci said that?

2   A.   Yeah.

3   Q.   Did the DPS officer say anything?

4   A.   To my knowledge, no.

5   Q.   So he just bumped Mr. Maniaci and didn't
6   say anything?

7   A.   No. He boxed him into the corner.

8   Q.   And did he say anything?

9   A.   No, not that I -- it was just like he was
10  being a bully. He was just being silent. Like a
11  schoolyard bully, yeah.

12  Q.   Wasn't that strange, that you would push
13  somebody and not say anything?

14  A.   It wasn't a -- it was a body blow. No, it
15  didn't seem strange. Not at all. They were
16  preventing him from going either way there.

17  Q.   Did any of the administrators who was there
18  say anything to Mr. Maniaci?

19  A.   No, but -- I'm not sure about that, but
20  what I am sure about is Matt Finberg said to one of
21  these guys, and I don't remember who it is, Is
22  Mr. Maniaci under arrest? And they said no. And

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

186

1  he said, Well, we're going to leave. And the guy
2  says, You can't leave. And I said, You're holding
3  us hostage? And Mr. Finberg -- Matt said, I want
4  to speak to the provost on school. And they said,
5  You're not speaking to anybody. They were really
6  getting pushy and obnoxious and mean.
7      Q.  Okay. Was Mr. Maniaci told that he had to
8  leave the campus at that point in time?
9      A.  No. They wouldn't let him go. It was
10 like, you know, can I go this way? No. Can I go
11 this way? No. And then the question, Is
12 Mr. Maniaci under arrest? And they said no. So
13 immediately Matt says, I'm his attorney, I want to
14 speak to the provost.
15     Q.  Did you say -- let me start over.
16         Did Mr. Maniaci say where he wanted to go?
17     A.  We were taking him off campus. We said we
18 were going to take him off campus. First he was
19 saying he had to go to the men's room and they
20 wouldn't let him go. They had him boxed in.
21     Q.  Well --
22     A.  The man was going to pee in his pants.

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

187

1   Q.   I thought you walked over to the ICC
2   building for a couch?
3   A.   Yeah, but we were in the hallway when they
4   trapped us and the couches were inside the second
5   set of doors.
6   Q.   And did Mr. Maniaci still want to go inside
7   the ICC building at point in time?
8   A.   Well, yeah, he wanted to pee.
9   Q.   And he was eventually allowed to go in to
10  the ICC building, correct?
11  A.   He was escorted into the building, and they
12  embarrassed him and held the door open while he was
13  peeing.
14  Q.   Did you go in with him?
15  A.   I was standing by the door.
16  Q.   What door?
17  A.   Oh, where he was urinating.
18  Q.   So he was allowed in the building, you went
19  in with him?
20  A.   Yeah.  They were letting me free rein.
21  Q.   So you could have gone into the building
22  any time you wanted?

188

1    A.    I guess so.

2    Q.    Mr. Finberg could have gone into the
3 building any time he wanted?

4    A.    I don't think so.

5    Q.    Why not?

6    A.    Just the way they were treating him.

7    Q.    But you could have gone in?

8    A.    Yeah, I would assume.  I didn't address it.

9    Q.    Did Mr. Finberg go in the building when
10 Mr. Maniaci went to use the bathroom?

11   A.    I don't know.

12   Q.    Let me show you what's been marked as
13 Exhibit 18, which is part of a diagram.  And let me
14 ask you, if you look in this area where these
15 double doors are, can you orient yourself as to how
16 the entrance of the ICC building was, from this
17 diagram?

18   A.    No.  But I could orient myself to these
19 double doors (indicating).  That's the ones I was
20 talking about.

21   Q.    And do you see a bathroom around the corner
22 from those doors?

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007

189

1    A.   No.

2    Q.   Okay.  Well, where was the bathroom
3  located?

4    A.   As soon as you walk in to the left hand
5  side, this (indicating) area was full of couches.

6    Q.   Okay.  So the bathroom was to the left,
7  once you walked in?

8    A.   Yeah.

9    Q.   Okay.  And what happened when Mr. Maniaci
10 went into the bathroom?

11   A.   The guy held the door open.

12   Q.   Who held the door open?

13   A.   One of the officers, and I don't believe it
14 was the bald guy.

15   Q.   Did he say why he was holding the door
16 open?

17   A.   No.

18   Q.   Did he hold the door open so that you could
19 see inside the bathroom?

20   A.   I would believe so.  I mean, there were no
21 escape windows out there so why would you hold the
22 door open?

1   Q.   So could you see inside the bathroom?
2   A.   Yeah.
3   Q.   And you saw Mr. Maniaci in there?
4   A.   Yeah.
5   Q.   So you were standing right by the door?
6   A.   Right by the door.  Actually, I was pacing
7   back and forth.
8   Q.   Okay.  And after Mr. Maniaci used the
9   bathroom, what happened?
10  A.   They escorted him back into the hallway.
11  Q.   So did Mr. Maniaci say that he needed some
12  medical assistance, at that point in time?
13  A.   He said he wanted to leave the campus.
14  Q.   Did he say that he wanted someone to call
15  an ambulance?
16  A.   When we were walking outside, when the
17  Metro police came, he said, I need medical
18  assistance.  And the officer, whatever his name is,
19  said -- and I was standing right there, that, You
20  can get all the medical assistance you want when
21  you're off campus.  You know, I thought this guy
22  was a real moron.