UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM MANIACI,**

    **Plaintiffs,**

    **v.**

                                                             Civil Action No.: 1:06cv01625

**GEORGETOWN UNIVERSITY, et al.,**                        **(CKK/JMF)**

    **Defendants.**

## PLAINTIFF, WILLIAM MANIACI, LIST OF EXHIBITS

1. thehoya.com article "DeGioia Defends Palestine Conference"
2. E-mail between Morrell and Harrison
3. JDL Guidelines for the conference
4. Report by unknown- MPD escort Maniaci
5. Report by Officer Salley
6. Report by Officer Eddy
7. Georgetown Procedures for Respnding to Disruptions (protocol)
8. Georgetown's Question and Answer Period Statements by Moderator (protocol)
9. Georgetown's Speech & Expression Policy
10. "Operation Gideon"
11. "Open to Public"
12. Maniaci Medical Record
13. Pictures of Maniaci's injuries
14. Maniaci Deposition
15. Dr. Gillern Deposition
16. Darryl Harrison Deposition, pages 6-8 and 43-47
17. DVD #1
18. DVD #2
19. DVD #3
20. Morrell Deposition, pages 6, 12-14, 17, 25-27, 32-33
21. Olson Deposition, pages 6, 22, 23, 39, 40, 42, and 43
22. Robert Turk Deposition, pages 148-149 and 180-190
23. Georgetown Press Release of PSM
24. Deposition of Finberg- page 76, 77
25. Deposition of Smith- pg 45

March 4, 2008

                                              Respectfully Submitted,

                                              *Thomas Fortune Fay*
                                              Thomas Fortune Fay
                                              Thomas Fortune Fay, P.C.
                                              700 Fifth Street, NW #200
                                              Washington, DC 20001
                                              202-589-1300
                                              Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2008, I served a copy of the foregoing by first class U.S. Mail to:

    John J. Buckley, Jr.
    Malachi Jones
    Richa Dasgupta
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    *Counsel for Defendants*

                                              *Thomas Fortune Fay*
                                              Thomas Fortune Fay