Re: [Fwd: FW: PSM Conference FAQ]

*Mary Hackman*
*OSAC — SY*

**Subject:** Re: [Fwd: FW: PSM Conference FAQ]
**From:** "Darryl K. Harrison" <dh2@georgetown.edu>
**Date:** Wed, 04 Jan 2006 12:15:17 -0500
**To:** "David F. Morrell" <dfm24@georgetown.edu>

Dave,

I have contacted my FBI counterpart, Special Agent Steve Diaczyszyn, Washington Field Office Joint Terrorism Task Force. He will serve as our primary point of contact. An additional agent will also be assigned. They are going to conduct a complete threat assessment as well as coordinate with MPD. I am also in the process of contacting SOD. They are the primary point for MPD with events like this. Steve did request as much information that we presently have. I indicated to him that at best it would probably be spotty. He indicated that when the assessment is complete and coordination with MPD, they will be meeting with us sooner than latter. So I think at this time we are in pretty good shape with initial external coordination. I think we need to push for a meeting as soon as possible with the student sponsors so that we can get as firm a footing internally as we can.

Darryl

David F. Morrell wrote:

> Darryl,
>
>     There is very little info out there, or even decided on, relative to the actual Conference by the GU student group. The only info available is when (Feb 17-19) and where (GU campus). There is no schedule or list of speakers. Having said this, we need to meet with MPD and FBI as soon as possible, next week at the latest, to get whatever info they have on either group and just to make sure we aren't being snowed by either the students, Duke Univ., or anyone else. If this can be done with a telephone conference call with the two agencies, that is OK.
>
>     At Duke, the Conference Agenda was not made official until the last minute, and changed right up to the event itself. So there will be a lot of "guessing."
>
> Dave
>
> Darryl K. Harrison wrote:
>
>> Dave,
>>
>> Good, I agree that we need to be careful in what we say so as not to take a position one way or the other. I will initiate a meeting with MPD as well as FBI. We need as much firm information that is available on the conference ( agenda, locations and times, attendees, speakers, et. ) to facilitate the meeting. Welcome back, Happy New Year.
>>
>> Darryl
>>
>> David F. Morrell wrote:
>>
>>> Darryl,
>>>
>>>     FYI.   I am editing Q#3.

**CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER**

PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

GTN000846

EXHIBIT # 2

1 of 3

1/4/2006 12:42 PM