

# GEORGETOWN UNIVERSITY

Date: September 8, 2006

To: Lieutenant Josiah Eaves
Second District

From: Portia Y. Swinson, Assistant Director
Department of Public Safety

Subject: Events Surrounding Palestine Liberation Conference

Saturday, February 18, 2006 I worked from 0500 hours until 2100 hours during the Palestine Solidarity Conference held at the University. Part of my duties was to serve as a liaison with a small detail of members from the Metropolitan Police Department. At approximately 1300 hours, a request was made to have Sergeant Sam Delisi, the official in charge of the detail, respond to assist with escorting an individual from campus. Upon arrival at the Intercultural Center (ICC), Sergeant Delisi spoke quietly with the elderly gentleman and advised him that he would have to leave campus. The gentleman willingly complied and he walked slowly (with the assistance of a cane) from ICC to the main gate of the campus. Upon arrival at the gate, the gentleman leaned against one of the Department's scout cars, lit a cigarette, smiled often and spoke in low tones with the Sergeant for a few minutes (approximately ten to twenty). At no time were any voices raised and the conversation between the gentleman and the sergeant remained cordial at all times. At no time did I hear the gentleman complain nor ask to have any type of report filed by members of the Department of Public Safety or the Metropolitan Police Department.

cc: Director Darryl K. Harrison

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

EXHIBIT # 4

GTN000402