SEP-15-2006 02:09   GU UNIVERSITY COUNSEL                    2026876527    P.66



**GEORGETOWN UNIVERSITY**

Date: March 07, 2006

To: Darryl K. Harrison;
    Director; Public Safety

From: Roy Eddy
    Investigator; Public Safety

Subject: Statement regarding Palestine Solidarity
    Movement Conference

On Saturday, February 28, 2006 Georgetown University hosted the Palestine Solidarity Movement Conference (PSM). The Department of Public Safety provided security for the conference. Briefing was held at approximately 08:00 in Gervase Hall where assignments were issued. I along with Officer Sally was assigned Gaston Hall. During the briefing it was passed that there were planned demonstrations and protest. Information was pass that during the event at Gaston Hall there would be a point were questions would be entertained by the sitting panel and protester were mixed into the audience and would be allowed to address the panel as well, however, if an attendee became disruptive a university official would make the determination as to weather that individual would be removed from the hall and upon that determination Public Safety would be informed.

Officer Sally and myself posted outside of Gaston Hall at approximately 09:00, the conference was to begin at approximately 09:30. Because of logistical incidents the beginning of the conference ran late and begin at approximately 10:00. At approximately 09:50 I was approached by Associate Vice President for Student Affairs Jeanne Lord, who informed me of th procedure that would be followed for those disrupting the conference. Vice President Lord stated that Vice President for Student Affairs Todd Olson would be positioned on stage and would give an individual who was being disruptive a warning and if that individual did not co-operate she would come outside of Gaston Hall and retrieve Public Safety (DPS), identify the individual in question and request for him to be removed from the hall.

While posted outside of Gaston Hall I received a radio transmission from Sergeant Walton, who was manning the magnetometers on the first floor of the Healy Building, which served as the check point for those attending the conference. The transmission identified an individual; white male, approximately 5'10, balding, wearing a long black coat. I was informed to keep a close observation on this individual. This person entered the lobby of Gaston Hall and attempted to access the rear of the hall via the west hall. I intercepted the individual and informed him that the area was restricted. He wandered in the lobby for a short time looking up and down as if "casing the area for variable spots" and then entered the hall.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER
PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

GTN001723

EXHIBIT # 6

Approximately 15 minutes after the person of interest entered Gaston Hall Associate Vice President Lord emerged from the hall and motioned for me to enter. I directed Officer Sally to accompany me. Upon entering the hall I observed a tall thin individual standing at the microphone shouting at the panel on stage. While at the same time Vice President Todd Olson was instructing him to have a seat. Ms. Lord stated that the gentlemen was being disruptive and had to be removed.

As Officer Sally and myself approached the disruptive individual the person identified earlier, white male, balding and black coat, positioned himself between the disruptive individual and myself. I requested to gentlemen to move several times and after physically pushing by the balding white male did the disruptive individual return to his seat. After seeing the individual had returned to his seat and calmed down I instructed Officer Sally to post at the northeast rear of Gaston Hall, I posted center rear. The individual that had impeded our path to the disruptive individual had taken a seat next to the disruptive person. At that point Vice President; University Safety David Morrell walked over to the white baling male leaned over and spoke to the individual. After speaking to the individual he came and stood next to me on my right and stated, "I informed him that if he interferers with the campus police again he will be remove." I thanked him for his assistance and then informed my supervisors that there were disruptive individuals in the hall and that was requesting back-up.

No less than three minutes later an individual sitting approximately midway of the hall begin to shout at the panel. Vice president Todd Olson gave several warnings and concluded by saying, "Sir, I'm now going to ask the university officers to escort you from the hall." I looked to Associate Vice President Lord, who gave a slight head nod. I walk down the center row of the hall, with Officer Sally approximately five paces behind me. When I reached the seat of the gentlemen, I lean over and in a professional tone stated, "Sir, I afraid your going to have to come with me." The gentlemen look at me and stated, "I'm not going anywhere." by this time Officer Sally had reached the seat and was positioned behind the gentleman. I then stated, "Sir, as a university official I'm going to have to ask you to come with me." The gentlemen once again looked at me and stated, "I'm not getting up out of this seat." At that point I placed my hands under his right arm pit and I motioned for Officer Sally to secured him under his left arm pit. We both raised the gentleman from the seat. He then begin to struggle, however, he was held secured until we reached the lobby of Gaston Hall.

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER

GTN001724

While attending to the individual just removed from the hall, I was once again notified by Associate Vice President Lord that yet another individual had become disruptive. I entered to the hall to learned that the person in question was the thin gentlemen that we were first summoned for, only now he was yelling from his seat. I walked to the seated gentleman and stated, "Sir, I'm afraid I'm going to have to ask you to leave." The gentlemen stated, "Fine" and left with-out incident. As he was being escorted from the hall Sergeant Walton and Associate Director Britt arrived on the scene. The individual was escorted from the Healy Building where his information was obtain by Associate Director Morris Britt.

Because DPS was addressing the ejection of the second individual, the tall thin man, contact was briefly loss with the first gentleman, however, after addressing the matter of the thin man eviction. The first individual was observed walking across "red square" accompanied by the balding white male with the black coat. When they reached the front of the Intercultural Center (ICC) he was informed that he would not be allowed entry into the building until a univeristy official ok his entry. The gentlemen stated that he had a table set up in ICC and that he was going to enter. Attempting to gain access to the Intercultural Building. The individual was identified and met by Public Safety Director Darrly Harrison, Vice President Todd Olson and Associate Director Morris Britt. Todd Olson informed him that because of his prior action in Gaston Hall he would not be allowed to attend any further functions related to the conference. He was also informed that he had to leave the campus at that time. The individual became unruly and refused to leave. It was at that point that Metropolitan police (MPD) was requested to escort the individual from campus. The individual only allowed himself to be escorted from campus only after being told by MPD that any further disturbance would result in his arrest. At that point the individual walked off campus under his own power.

Roy Eddy, Investigator;
Public Safety

CONFIDENTIAL MATERIALS
SUBJECT TO PROTECTIVE ORDER    GTN001725    TOTAL P.68