<u>5th PSM Conference</u>                                                                February 17-19, 2006

## Spokespeople

**Nadeem Muaddi**
*PSM Spokesperson*
(484) 431-7432

    Nadeem Muaddi holds an MA in Political Science (International Relations) from Temple University, and is co-founder of his university's chapter of Students for Justice in Palestine.

**Bayann Hamid**
*Georgetown University Students for Justice in Palestine Spokesperson*
(202) 460 – 8865

    Bayann Hamid is a third year student of International Affairs at Georgetown University, a student activist, and president of her university's PSM conference host group: Students for Justice in Palestine.

## Media Policy

- The PSM conference is open to the general public. Georgetown University and PSM have agreed that no one will be turned away due to his/her political beliefs. We are required to allow even those who actively oppose our goals and principles into the conference. Media are expected to take note of this and NOT attribute the speech of conference attendees to the organizing committee of the PSM. Mr. Muaddi and Ms. Hamid are always available if any clarifications are necessary.

- Registered media may only attend events and workshops designated for media coverage. For a list, see the enclosed Media Schedule.

- All media must comply with Georgetown University's Free Speech and Expression Policy.

- Media may bring audio recording devices into the Intercultural Center (ICC) building, but no video cameras are permitted in the building. Video recording devices are permitted in Gaston Hall only.

- Four separate Palestine Solidarity Movement Conference Workshops (please refer to the Conference Schedule), which are being held on the 1st floor of the Bunn Intercultural Center (ICC), will be open to all registered media. In order to respect the nature and purpose of the workshops, we ask that NO video or audio recording devices, including photographic equipment or other electronic devices of any sort, be brought into these designated workshops. The two speakers' panels, which are being held in Gaston Hall, will be open to registered meia who will be allowed to use audio and video recoding devices, including photographic equipment.

*Georgetown University, Washington DC*

PLAINTIFF'S OPPOSITION TO
SUMMARY JUDGMENT

2/16

M 000111

EXHIBIT # 11