Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 1 of 12

March 29, 2007 — William Maniaci, Washington, D.C. — Maniaci vs. Georgetown

**Page 94**

1  A  I was told he had been murdered.
2  Q  Were there also suggestions that he
3  had committed suicide?
4  A  There were. But the Irv Rubin that I
5  knew personally, the impression that I had of
6  Mr. Rubin that he was a religious Jew and that
7  he would not commit suicide or take his own
8  life. That would be a sin in our religion.
9  Q  And did his wife tell you who she
10  believed had murdered him?
11  A  She was a conspiracy theorist. I had
12  no idea who the perpetrators might have been.
13  He had a lot of enemies, both -- mostly Muslim
14  and white supremacists. I have no idea what
15  transpired. Apparently there was no videotape
16  running when this incident occurred. They tried
17  to say that he slashed his own throat with a
18  razor and jumped over the tier, a second or
19  third story tier and hit the concrete floor
20  below.
21      The Irv Rubin that I knew would not
22  have done something like that.

**Page 95**

1      And subsequently I talked to his wife
2  when he was in the hospital in Los Angeles. And
3  she said that, quote, she says, I looked under
4  my husband's bandages, and there were no -- no
5  cuts on his throat.
6      So I don't know. There was no autopsy
7  done because of his religion. And....
8  Q  Did the coroner list the cause of
9  death as suicide?
10  A  I don't know. I haven't seen a death
11  certificate. And I don't know if there is still
12  an investigation on that incident.
13  Q  Now, did you become acting chairman of
14  JDL at the time that Mr. Rubin was arrested in
15  December 2001?
16  A  Yes.
17  Q  And, again, you held that position
18  until Mr. Finberg succeeded you sometime in
19  2004 --
20  A  Yes.
21  Q  -- as chairman?
22  A  Yes.

**Page 96**

1  Q  But when you were the acting chairman
2  of the JDL, what did you understand the JDL's
3  mission was?
4  A  To -- to confront bigotry and
5  Antisemitism. To keep track of the people that
6  were the major -- major perpetrators, the major
7  dangers to the Jewish community, to support --
8  to support Israel and Israel defense forces to
9  support our community, community service.
10     We were a service organization, not a
11  violent organization.
12     We were -- would be confrontational,
13  if necessary, as far as -- and by that I mean we
14  had demonstrated against different things.
15     For example, Randy Weaver, if you're
16  familiar -- do you know who Randy Weaver is?
17  Q  No.
18  A  Randy Weaver was one of the people
19  that was involved in a shoot out with the --
20  with the FBI in Idaho and had a reputation of
21  supporting the Aryan Nations. And he was
22  supposed to have been a guest speaker at a gun

**Page 97**

1  show in Reno, Nevada.
2      In my capacity, as chairman, I
3  contacted the Hilton Hotel in Reno and advised
4  them who this person was that was going to be a
5  featured speaker. And they canceled his
6  appearance. That's the type of thing that we
7  did.
8  Q  So why did you, again, eventually
9  resign from the JDL?
10  A  Because of the -- the stigma left
11  behind by Mr. Rubin. And the accusations made
12  against him and Mr. Krugel were 180 degrees away
13  from anything that I wanted to be associated
14  with. And the same held true with the rest of
15  our membership, at least the board of directors.
16     We had active duty police officers,
17  attorneys. We're not the type of people that
18  want to be associated with anything that could
19  be considered terrorism.
20  Q  Are you aware that an FBI report in
21  2000 and 2001 on terrorism described the JDL as,
22  quote, a violent extremist Jewish organization,

Case 1:06-cv-01625-LFO    Document 47-28    Filed 03/04/2008    Page 2 of 12

March 29, 2007                William Maniaci                Maniaci vs. Georgetown
                              Washington, D.C.

Page 98

1  unquote?
2         MR. FAY: Could you identify the
3  report?
4  BY MR. BUCKLEY:
5     Q  I'm just asking the question. Are you
6  aware --
7     A  Yes.
8     Q  -- of this report?
9     A  Yes, I was. It was written by one --
10 one agent. It was not -- not the opinion of or
11 the policy of the Federal Bureau of
12 Investigation.
13    Q  Was it a report issued by the FBI?
14    A  It was issued -- it was written by
15 a -- an agent. And it's a matter of record.
16    Q  It's a public report?
17    A  Yes.
18    Q  You've read the report?
19    A  Not the entire report. I think I've
20 read the paragraph that you mentioned.
21    Q  Okay. Were you aware that the
22 Southern Poverty Leadership Conference lists the

Page 99

1  JDL as a hate group?
2     A  Yes.
3     Q  And are you aware that the others on
4  that list prepared by the leadership conference
5  include, for example, the KKK and --
6     A  Yes. I know who's on the list. But
7  it's not accurate. We're not a hate group.
8     Q  Mr. Finberg, he's a member of the JDL,
9  or was?
10    A  Yes.
11    Q  Is he still a member of the JDL?
12    A  No.
13    Q  Mr. Nutting, is he a member of the
14 JDL?
15    A  No.
16    Q  Was he at any time?
17    A  Yes.
18    Q  What positions did he hold within the
19 JDL?
20    A  He was the -- the chairman of the Los
21 -- the San Diego chapter. And subsequently he
22 was the western regional director.

Page 100

1     Q  What area does that encompass?
2     A  Eleven western states.
3     Q  How long did he hold that position?
4     A  He's currently holding that position
5  and probably been involved as the western
6  director for a couple years, I guess.
7     Q  Is he still with the JDL?
8     A  No.
9     Q  I thought you said he's currently
10 holding that position.
11    A  Well, he holds that position in B'nai
12 Elim.
13    Q  Okay. I want to get to that. Let's
14 just stick, for now, with JDL.
15       So he was the western regional
16 director. Referring, again, to --
17    A  Yes.
18    Q  -- Mr. Nutting.
19    A  Yes.
20    Q  Mr. Finberg, did he hold any positions
21 in addition to being, for a while, the chairman
22 of JDL?

Page 101

1     A  He was our corporate counsel.
2     Q  Was he ever your personal counsel?
3     A  He was my personal advisor during a
4  short period of time.
5     Q  You mean your personal legal advisor?
6     A  Yes.
7     Q  Did you ever pay him any money for his
8  services?
9     A  No. It was pro bono.
10    Q  I just -- I don't want to know the
11 details. Just describe the nature of the
12 services he provided to you as your counsel.
13       MR. FAY: Well, I would object to
14 that. That goes -- it's not my attorney/client
15 privilege.
16       MR. BUCKLEY: Just the subject matter.
17 I don't want to know any communications.
18       MR. FAY: Well, I don't --
19 BY MR. BUCKLEY:
20    Q  Were they with respect to strictly
21 personal matters? Or did they relate to the
22 business of the JDL?

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 3 of 12

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 102

1  A  They were, at the time, related
2  directly to the incident at Georgetown
3  University.
4  Q  Okay. Mike Smith, do you know who he
5  is?
6  A  Yes, I do.
7  Q  Is he a member of the JDL?
8  A  No.
9  Q  Does he have any connection with the
10 JDL?
11 A  No.
12 Q  How do you know him?
13 A  He is a member of B'nai Elim.
14 Q  Okay. I'll get back to him in a
15 minute in connection with that relationship.
16    Mr. Turk, what was his position within
17 the JDL?
18 A  He was chairman of JDL Connecticut.
19 And then he was -- became eastern regional
20 director.
21 Q  And Mr. Bailey, was he a member of the
22 JDL?

Page 103

1  A  No.
2  Q  As of February 18th, 2006, is it
3  correct that you were then the deputy chairman
4  of the JDL?
5  A  I was either deputy chairman or
6  chairman. I don't know what the situation was
7  at that time.
8  Q  At the same time, you were also chief
9  of security and intelligence for the JDL?
10 A  Yeah.
11 Q  And at that time, again referring to
12 February 18th, 2006, Mr. Finberg was the
13 corporate counsel for JDL?
14 A  Yes.
15 Q  And Mr. Nutting was the western
16 regional director of JDL?
17 A  Yes.
18 Q  And Mr. Turk was the eastern regional
19 director of JDL?
20 A  Yes.
21 Q  Okay. When was the B'nai Elim --
22 A  Elim.

Page 104

1  Q  Is that how it's pronounced?
2  A  B'nai Elim.
3  Q  B'nai?
4  A  Elim.
5  Q  B'nai Elim?
6  A  Yes.
7  Q  When was that organization formed?
8  A  It was formed when we decided to
9  disassociate ourselves from the Jewish Defense
10 League.
11 Q  And when was that?
12 A  That was -- it was decided at -- not
13 this conference, but the year before.
14    Can I -- can I digress for a second?
15 Q  Go ahead. I think it would be
16 helpful.
17 A  Okay. We -- we decided, the group
18 of -- the board of directors, the people -- some
19 of the people that you've named but not all,
20 that we didn't want to be associated with the
21 Jewish Defense League because of the reputation
22 that they had developed. And it was something

Page 105

1  that, even though we tried very diligently to
2  overcome could not be overcome.
3     There was a lawsuit filed by us
4  against Shelley Rubin over the -- over the name
5  of the JDL. And that was prosecuted by
6  Mr. Rubin -- I mean, by Mr. Finberg and, quite
7  frankly, was mishandled. And as a result, we
8  withdrew the lawsuit and we left the Jewish
9  Defense League and formed a new organization
10 named B'nai Elim.
11    The current -- the JDL is currently
12 still -- still alive under the stewardship of
13 Shelley Rubin and Irv Rubin's son, Ari, to the
14 best of my knowledge. But I've had no
15 communication with them at all.
16 Q  Did B'nai Elim exist in February 2006?
17 Had it been formed by that time?
18 A  I don't know what the exact dates
19 were. When we left -- when the lawsuit was
20 withdrawn against Shelley Rubin, then we decided
21 to form a new organization. And it was formed,
22 I believe, by Mr. Finberg and incorporated in --

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 4 of 12

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 106

1  in Denver. But I'm not -- I'm not -- I don't
2  have the details. I'm not -- it wasn't my
3  position to know the details.
4    Q  Who would -- who would know when B'nai
5  Elim was formed?
6    A  Mr. -- the exact dates would be known
7  by Mr. Finberg. He would -- he did the legal
8  work for it.
9    Q  To the best of your recollection, when
10 you were at Georgetown in February of 2006 --
11   A  It was still JDL.
12   Q  All right. It was still JDL.
13   A  Yes.
14   Q  And B'nai Elim had not yet been
15 formed.
16   A  That's right.
17   Q  So you were there under the auspices
18 or for the JDL.
19   A  We were there as the Jewish Defense
20 League; that's right.
21   Q  Okay. Okay. Now, let me -- ask you
22 about this lawsuit that you said that you filed

Page 107

1  against Mrs. Rubin and that was mishandled.
2  What did you mean when you said it was
3  mishandled?
4    A  The court dates -- some of the dates
5  were not met. I think some of the deadlines
6  were not met. And as a result, I don't know
7  what the legal procedures were. I was not in
8  Denver. And Mr. Finberg was out of the country,
9  I believe in Israel. And he left the -- he left
10 the filings or whatever had -- deadlines had to
11 be met up to his associates in his law firm.
12 And something -- things were missed. And it
13 was -- came to a point where it would have been
14 impossible for us to proceed. And so it was
15 withdrawn.
16   Q  Did Mrs. Rubin ever sue you --
17   A  No.
18   Q  -- over this matter?
19   A  No. She did not. They threatened a
20 lawsuit, but it was never filed.
21       MR. FAY: Wait until the question is
22 finished before you answer, Bill.

Page 108

1       (Maniaci Exhibit No. 5 was marked for
2  identification.)
3  BY MR. BUCKLEY:
4    Q  Let me show you what's been marked as
5  Exhibit 5. You'll see it's a document called
6  Complaint for Unfair Competition, Trademark
7  Dilution, Trademark Infringement, Invasion of
8  Privacy, Declaratory Relief and Related Causes
9  of Action. It's filed in the United States
10 District Court for the Central District of
11 California.
12       It lists the Jewish Defense League
13 Inc., a New York corporation, along with Shelley
14 Rubin, Ari Rubin, Kelman Rubin, and Shelley
15 Rubin as plaintiffs. And it lists as defendants
16 Mr. Finberg, yourself, and others. Do you see
17 that?
18   A  Yes.
19   Q  Were you aware of this lawsuit?
20   A  I was told that if we did not drop
21 our -- this was -- this came to me from our
22 attorney. That if we did not agree to drop our

Page 109

1  lawsuit, then Ms. Rubin had planned on suing
2  each one of us as an individual. And it was
3  coercion because none of us could afford to
4  defend this kind of a lawsuit. So we dropped
5  our lawsuit. This was withdrawn, and that was
6  the end of the matter.
7    Q  Do you see on the first page there's a
8  stamp indicated this is actually docketed on
9  March 2006. So it was actually filed.
10   A  I wasn't aware of that.
11   Q  Were you served with the complaint and
12 summons?
13   A  I may have been. I don't remember.
14   Q  And how was this lawsuit resolved?
15 Exhibit Number 5, how was that resolved?
16   A  It was withdrawn, as far as I know.
17   Q  All right.
18   A  It was a condition of us dropping our
19 lawsuit. And Mr. Finberg said, unless we
20 dropped out suit against them, that they would
21 proceed against us.
22   Q  Okay.

Case 1:06-cv-01625-LFO    Document 47-28    Filed 03/04/2008    Page 5 of 12

March 29, 2007        William Maniaci        Maniaci vs. Georgetown
                      Washington, D.C.

Page 110

1  A  So this was to coerce us into dropping
2  the suit, which worked. Because like I said, we
3  couldn't afford to defend individually.
4  Q  Okay. Let me ask you now a few
5  questions about B'nai Elim. Does this purpose
6  differ at all from the purpose of the JDL?
7  A  Yes.
8  Q  How?
9  A  We're a nonviolent organization.
10 We're a Jewish service organization, educational
11 and religious organization.
12 Q  And how does that differ from the JDL?
13 A  Irv Rubin was a street activist. He
14 was a get-in-your-face kind of person. Times
15 change. We can accomplish more by writing
16 letters today, by taking to newspapers, by
17 blogging, by using the electronic media.
18    The confrontational days are pretty
19 much over. However, there are -- you know, we
20 will protest. And we would have -- B'nai Elim
21 would certainly have protested at Georgetown
22 University under those circumstances.

Page 111

1  Q  Is Mr. Finberg a member of B'nai Elim?
2  A  No. Not anymore.
3  Q  Why not?
4  A  He withdrew. He's moving to Israel.
5  He's getting his practice together. He plans on
6  making Aliyah, which is becoming an Israeli
7  citizen and establishing a residence in Israel.
8  And he's in the process of doing that.
9  Q  Is he still your friend?
10 A  Yeah.
11 Q  When is he going to move to Israel?
12 A  I'm not sure. Sometime this year, I
13 think.
14 Q  Well, why did he resign from B'nai
15 Elim before moving to Israel?
16 A  He had been recently married and he
17 has a law practice to take care of. We differed
18 in ideals somewhat.
19 Q  Can you explain those differences.
20 A  He was -- religious differences.
21 Differences in interpretation of Jewish law.
22 Q  Did that relate -- do those

Page 112

1  differences relate in any way to the mission and
2  activities of B'nai Elim?
3  A  Yes.
4  Q  How is that? What impact --
5  A  Mr. Finberg is what we call a Baal
6  Teshuvah, which is person that is becoming more
7  religious. And his belief was that, no matter
8  what happens, we wouldn't take any actions on
9  Shabbat, which is Saturday, Jewish sabbath.
10    Our Rabbi disagrees. Rabbi Shifrin
11 disagrees. A lot of Rabbis that we know
12 disagree with that viewpoint. But it's held by
13 some. It's merely an interpretation of Jewish
14 law.
15 Q  Did Mr. Finberg actually belong to
16 B'nai Elim for a period of time --
17 A  Yes.
18 Q  -- before he resigned?
19 A  Yes.
20 Q  Okay. Is Mr. Nutting a member of
21 B'nai Elim?
22 A  Yes. And could I excuse myself again?

Page 113

1  Q  Sure.
2  A  I need to go to the restroom.
3     THE VIDEO OPERATOR: This ends
4  videotape number 1 we're going off the record at
5  11:30.
6     (Recess.)
7     THE VIDEO OPERATOR: This begins
8  videotape number 2. We're back on the record at
9  11:37.
10 BY MR. BUCKLEY:
11 Q  We were discussing B'nai Elim. Is
12 Mr. Nutting a member of B'nai Elim?
13 A  Yes, sir.
14 Q  And is he the western regional
15 director?
16 A  Yes, sir.
17 Q  And is Mr. Turk a member of B'nai
18 Elim?
19 A  Yes, sir.
20 Q  He's the eastern regional director?
21 A  No. He's currently the chairman of
22 B'nai Elim.

29 (Pages 110 to 113)

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 6 of 12

March 29, 2007 — William Maniaci, Washington, D.C. — Maniaci vs. Georgetown

**Page 114**

1  Q  Okay. Who have been the chairman of
2  the B'nai Elim since its inception?
3  A  Excuse me.
4  Q  Who have the chairmen been of B'nai
5  Elim been since its inception?
6  A  Since its inception, it's been
7  Mr. Finberg and Mr. Turk.
8  Q  And your position as also been just as
9  chief of security?
10 A  Intel. Intelligence.
11 Q  Intelligence. Okay. Is Mr. Bailey a
12 member of B'nai Elim?
13 A  No.
14 Q  Is Mr. Smith a member of B'nai Elim?
15 A  Yes.
16 Q  He is?
17 A  Yes, sir.
18 Q  And does he have a title?
19 A  No.
20 Q  I think you told me before that
21 Mr. Smith was not a member of JDL.
22 A  He wasn't.

**Page 115**

1  Q  Okay. How did you get to know
2  Mr. Smith?
3  A  I was introduced to him. But I don't
4  recall exactly how we met. I think I met him in
5  a kosher deli here in D.C. I can't remember the
6  name of it.
7  Q  What year?
8  A  It was when we came up here to
9  Georgetown. For the demonstration at
10 Georgetown.
11 Q  You met him here at that time in a
12 kosher deli in D.C.
13 A  Yes, yes.
14 Q  Did you meet him before you went to
15 the Georgetown campus on Saturday,
16 February 18th?
17 A  Yes. Yes, I did.
18 Q  So how many days were you here before
19 the conference?
20 A  I was here 3 or 4 days before the
21 conference. I don't recall it specifically.
22 Two or 3 days maybe.

**Page 116**

1  Q  So in that period 2 or 3 days before
2  the conference, you met him and befriended him?
3  A  I don't recall the specifics of how we
4  met right now. I really don't. We -- we met.
5  And subsequently found that we had things in
6  common and we were friends. There's not that
7  many Jewish cops around, you know.
8  Q  Okay. What things did you have in
9  common with him?
10 A  Being Jewish --
11 Q  A Jewish cop?
12 A  And being police officers. Yeah.
13 Q  All right. How about Mr. Bailey? How
14 did you meet him?
15 A  I met Mr. Bailey years ago. He
16 contacted the Jewish Defense League and -- but
17 he never became a member. He never filled out
18 an application. He never paid any dues.
19     And he was kind of a groupie, but a
20 nice kid. By kid, he's in his 50s.
21 Q  That's a kid?
22 A  Yeah.

**Page 117**

1  MR. FAY:  To us.
2  THE WITNESS:  And he -- he was the son
3  of a Holocaust survivor. He's a volunteer guide
4  at the Holocaust Memorial Museum here. And he
5  had very strong feelings about Antisemitism.
6      The first time Mr. Bailey joined with
7  us in anything is when -- do you recall several
8  years back, I don't know the year, but it's when
9  the Nazis were supposed to have a march on
10 Washington, D.C. And it turned out that they
11 never showed up, but there was a million dollars
12 in overtime expended by the police department.
13 And they wanted to sue the Nazis for that, your
14 chief of police did.
15     Anyway, we were here for that. That
16 was the first time that I had had any
17 physical -- you know, met Mr. Bailey in person.
18 And he seemed like a nice kid, a nice guy. And
19 he just kind of wanted to tag along and we had
20 no objections to that.
21 BY MR. BUCKLEY:
22 Q  So not a member but a supporter of

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 7 of 12

March 29, 2007 — William Maniaci — Maniaci vs. Georgetown
Washington, D.C.

**Page 118**

1  JDL.
2  A  Right.
3  Q  But Mr. Smith not a member but, at the
4  time, a supporter of your activities of JDL?
5  A  Yes. Mr. Smith is a member of B'nai
6  Elim now but he wasn't a member of Jewish
7  Defense League.
8  Q  All right. Lee Kaplan, did you know
9  him?
10  A  I do.
11  Q  Was he a member of JDL?
12  A  No.
13  Q  Was he a member of B'nai Elim?
14  A  No.
15  Q  What is his connection with you?
16  A  I met him -- I met him here in
17  Washington, D.C. as a result of what happened in
18  Georgetown. He was covering that incident. And
19  I just met him. And we became friends.
20  Q  Did you meet him that morning,
21  February 18th? Or before then?
22  A  I don't remember when my first

**Page 119**

1  physical contact was with Mr. Kaplan. But we,
2  again, had things in common. Similar
3  philosophies. Strong, strong emotional ties to
4  the state of Israel. And strong feelings about
5  terrorism being perpetrated against innocent
6  women and children. And terrorists being
7  recruited on our college campuses. And
8  propaganda being disseminated on our college
9  campuses about Israel and the United States,
10  which just wasn't true.
11      And we felt that -- strongly that that
12  needed to be addressed.
13  Q  But he's not a member of B'nai Elim?
14  A  No. He's not.
15  Q  Okay. Did the JDL charge membership
16  dues?
17  A  Yeah. Sort of. They -- it was
18  technically $36 a year. But the dues were
19  seldom collected. And mostly when someone just
20  joined, they would pay their $36 and that would
21  be it.
22  Q  How was the organization funded?

**Page 120**

1  A  Out of our own pockets.
2  Q  Did you personally contribute funds
3  beyond membership dues to JDL?
4  A  Every -- every event that I went to, I
5  paid for my own transportation and my own
6  lodging and my own meals, my own rent-a-cars, as
7  did everyone that participated. Because the JDL
8  had no money. It was all out-of-pocket.
9  Q  Was there a controller of JDL?
10  A  No.
11  Q  Did JDL have a credit card?
12  A  Eventually when -- when Mr. Finberg
13  took over, he opened a bank account in Colorado.
14  And he was the -- as I said, he was the
15  chairman. And Mr. Ian Sigel was the treasurer.
16  And Ian is in Chicago. He's a businessman in
17  Chicago.
18  Q  Did he come to Georgetown for the
19  conference?
20  A  Ian, no, he wasn't here.
21  Q  Okay. So there was a bank account.
22  But was there a credit card?

**Page 121**

1  A  No. There was no credit cards. There
2  was a debit card, I think. But no credit card.
3  Q  The credit card -- the debit card was
4  tied to the bank account that Mr. Finberg had
5  set up after he became chairman?
6  A  Yeah. I think so. Yeah. Wait a
7  minute. There was a -- when I was chairman, I
8  had a credit card in the name of the Jewish
9  Defense League.
10  Q  You did?
11  A  I did. I did. An American Express
12  card, I had.
13  Q  And how were the invoices paid?
14  A  Out-of-pocket.
15  Q  Who paid them?
16  A  I did.
17  Q  But you must have been able to use the
18  dues of the JDL in order to --
19  A  The dues --
20  Q  -- to pay the credit card. You said
21  that the credit card reflected --
22  A  The dues were nonexistent. There

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 8 of 12

March 29, 2007 — William Maniaci, Washington, D.C. — Maniaci vs. Georgetown

### Page 122

1. wasn't -- I didn't see any dues. Maybe once in
2. a great while, if I got an application in from
3. someone, there would be $36 in it. And that
4. would go for -- for computer paper and ink or
5. something.
6.   Q   Who paid the AmEx bills?
7.   A   I did.
8.   Q   All the AmEx bills out of your own
9. funds?
10.   A   That's right.
11.   Q   If you were paying them out of your
12. own funds, why did you have a JDL credit card?
13.   A   Because I was the chairman of JDL.
14. And I didn't want to mingle -- mingle -- I just
15. did it. There was no real reason.
16.   Q   You say you didn't want to mingle but
17. you're saying there were no JDL funds.
18.   A   There weren't. There were no JDL
19. funds. But I didn't want to have my expenses
20. that were related to the Jewish Defense League
21. on a personal credit card. I did it on the JDL
22. credit card but I still paid the bill.

### Page 123

1.   Q   All right. When you came to
2. Washington in February 2006 for the conference
3. at Georgetown University, did you use the JDL
4. AmEx card --
5.   A   No.
6.   Q   -- for your -- let me finish asking
7. the question.
8.   A   Okay.
9.   Q   Did you use the JDL AmEx card for your
10. hotel expenses or your rental car or any other
11. expenses, including meals, while you were here?
12.   A   I did not. However, there was a debit
13. card from our bank account that Mr. Finberg had
14. opened. And I believe Mr. Turk was using that.
15.   Q   Well, how did you pay for your hotel
16. bill when you were here in February 2006?
17.   A   The B'nai Elim -- or not B'nai Elim,
18. but the -- there were funds available from a
19. donation, as I recall, that -- that was paid for
20. out of JDL funds. That was paid for out of JDL
21. funds that were a result of a large donation, a
22. single donation.

### Page 124

1.   Q   Who made the donation?
2.   A   I don't recall the lady's name. It
3. went to the Jewish Defense League. It was
4. deposited in Colorado. And I don't recall her
5. name. I wrote her a letter of thank you. But I
6. don't recall the lady's name.
7.   Q   Was the donation made for the specific
8. purpose of funding the JDL activities at the
9. Georgetown conference?
10.   A   No. It was just a -- it was a check
11. made out to the Jewish Defense League.
12.   Q   And when was that donation made?
13.   A   I don't know. I don't remember the
14. date.
15.   Q   What was the amount?
16.   A   $15,000.
17.   Q   And so you drew down on those funds in
18. order to defray your expenses in connection with
19. the Georgetown conference?
20.   A   Yes.
21.   Q   And that included your hotel room when
22. you were here?

### Page 125

1.   A   Yes.
2.   Q   And your meals? And your
3. transportation?
4.   A   For the most part.
5.   Q   You rented a car when you were here,
6. correct?
7.   A   There was a car rented. I don't
8. remember if I rented it or if somebody else
9. rented it.
10.   Q   Well, you drove it, didn't you?
11.   A   I think so.
12.   Q   Do you recall driving it?
13.   A   Yeah, I do. I do recall driving the
14. car.
15.   Q   Where did you drive it?
16.   A   I drove it from -- from our hotel to
17. Georgetown University.
18.   Q   Where was the car picked up?
19.   A   I don't remember. The airport, I
20. suppose.
21.   Q   Do you recall what rental agency?
22.   A   No.

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 9 of 12

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 126

1  Q   And how about your airfare? Again,
2  that was paid for by the JDL?
3  A   Uh-huh.
4  Q   Do you recall if that was put on the
5  debit card or AmEx card of the JDL?
6  A   It was not put on the AmEx card. It
7  was -- to the best of my knowledge, it was all
8  debit.
9  Q   From a bank account that was the JDL's
10 bank account --
11 A   That's right.
12 Q   -- that Mr. -- I forget his name.
13 A   Finberg.
14 Q   No, no. Someone maintained. A person
15 in Chicago.
16 A   Mr. Finberg maintained the account in
17 Colorado. But our treasurer -- the official
18 treasurer was Ian Sigel.
19 Q   Okay.
20 A   And, back then, the treasurer was Rich
21 Miller, too. Let me -- I got the names
22 confused. Ian Sigel is our treasurer --

Page 127

1  treasurer now. At the time that we went to
2  Georgetown, Richard Miller was the treasurer.
3  And he lives in Boulder, Colorado. I think it's
4  Boulder. Close to Denver.
5  Q   Okay.
6      MR. BUCKLEY: We're up to Exhibit 6.
7      (Maniaci Exhibit No. 6A, 6B and 6C was
8  marked for identification.)
9  BY MR. BUCKLEY:
10 Q   Again, I'm going to show you three
11 copies of photographs that I've marked as
12 Exhibit 6 A, B and C. I believe these were
13 photographs that were taken off of the B'nai
14 Elim Web site. I'm just going to hand you
15 what's now been marked -- let me make sure I
16 have the right sequence here. This is -- this
17 is A. Okay.
18     Looking at what's been marked as
19 Exhibit A, can you identify the persons in the
20 photograph. Beginning -- starting at the left
21 and moving to the right.
22 A   From left to right, this is Mike

Page 128

1  Smith. On the left. In the center, that's
2  George Haas. George is a dentist up in
3  Connecticut. And that's me on the right.
4  Q   Okay. When was the photograph taken?
5  A   It may have been taken when we were
6  here for Georgetown.
7  Q   Why do you say that?
8  A   Well --
9  Q   Why do you think it may have been?
10 A   It could have been. We were
11 together -- it could have been -- in fact, it
12 probably was. Because George Haas is there and
13 George was with us. So this could have been in
14 the kosher restaurant. Or it looks like a
15 restaurant where we might have had dinner or
16 something.
17 Q   This is not Mr. Smith's house?
18 A   No.
19 Q   Okay. Was Mr. Haas, he was at the
20 Georgetown conference?
21 A   Yes.
22 Q   Was he in Gaston Hall at the time of

Page 129

1  the incident?
2  A   No. He was at our table that we had
3  rented in the cultural center. We had two
4  tables, as a matter of fact.
5  Q   Okay. Look at Exhibit 6 B and again,
6  beginning at the left-hand side, would you just
7  identify the persons shown in that photograph?
8  A   Myself. Beginning with myself.
9  Followed by Jim Nutting.
10     MR. FAY: This is left as he faces the
11 photograph.
12     MR. BUCKLEY: That's correct.
13     MR. FAY: Yeah.
14     THE WITNESS: That's Dr. Paul Williams
15 in the center.
16 BY MR. BUCKLEY:
17 Q   Who is Dr. Paul Williams?
18 A   He's an evangelist minister who is our
19 friend. The next person with the white hair,
20 I -- I'm not familiar with him, with his name.
21     Following that, in the dark glasses,
22 is Bob Turk. And then on the end, I believe

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 10 of 12

March 29, 2007  William Maniaci  Maniaci vs. Georgetown
Washington, D.C.

Page 130

1  that's Mr. Haas, George Haas.
2  Q  When was this photograph taken?
3  A  This was taken when we attended the
4  intelligence symposium here in Washington, D.C.
5  And I don't recall the date.
6  Q  Do you recall the year?
7  A  Last year.
8  Q  Mr. Haas, he was a member of JDL?
9  A  Yes.
10 Q  And is now a member of --
11 A  B'nai Elim.
12 Q  -- B'nai Elim?
13 A  Yes, sir. That's right.
14 Q  But this was not taken at around the
15 time of the Georgetown conference?
16 A  No, it was not.
17 Q  Okay. Look at what's been marked as
18 Exhibit 6 C.
19 A  Uh-huh.
20 Q  Let's go with the top row first,
21 beginning at the left, your left. Who is the
22 first person who's shown there?

Page 131

1  A  The man standing up and smiling?
2  Q  Yes. That's correct.
3  A  He was a student. I don't recall what
4  his name is.
5  Q  Okay. And next to him, who is that?
6  A  Next to him in the Hawaiian shirt.
7  Q  Yes.
8  A  Is Jim Nutting.
9  Q  Okay.
10 A  Then going down on the left is Mike
11 Smith, myself and Robert Turk. And that was at
12 a restaurant that we all ate at. It was an
13 Italian restaurant. And I can't tell you
14 exactly where it was.
15 Q  When was this in relation to the
16 Georgetown conference?
17 A  It was, I think, after the conference.
18 I'm not sure. I don't remember. It may have
19 been. It may have been during the conference.
20    I think Weinstein kind of rings a
21 bell, this boy. He was a -- a law student, I
22 believe.

Page 132

1  Q  Uh-huh. And what school?
2  A  I don't -- here in Washington. We met
3  him on campus at Georgetown University.
4  Q  So --
5  A  And he kind of -- he hung around with
6  us and showed us around. He said I'll take you
7  to a restaurant. And that's how we got here.
8  Q  Do you remember his first name?
9  A  Wait a minute. Seth.
10 Q  Seth Weinstein.
11 A  I think so, yeah.
12 Q  Do you recall what year he was in law
13 school?
14 A  I don't remember. I really didn't
15 have that much of a conversation with Seth. He
16 talked to Bob Turk more than he did to me and
17 to -- and to -- let's see Turk and Jimbo.
18 Q  Jimbo is --
19 A  Jim -- Jim Nutting. Jim Nutting.
20 That's his nickname is Jimbo.
21 Q  Okay. So Mr. Turk probably met
22 Mr. Weinstein on Saturday, February 18th, at the

Page 133

1  Georgetown conference.
2  A  I believe so, yes.
3  Q  So this would have been taken after?
4  A  Yeah.
5  Q  Can you tell me whether it was
6  Saturday or Sunday?
7  A  It wasn't Saturday. It may have been
8  Sunday or Monday.
9  Q  Why are you certain it wasn't
10 Saturday?
11 A  Saturday was the day of the event.
12 Q  Well, I mean the evening. You could
13 have gone to dinner that evening.
14 A  No. I don't believe so. I don't -- I
15 think I would have remembered. But I --
16 Q  Okay. Well, how many days were you in
17 town after the conference?
18 A  A couple of days afterwards, at least.
19 Q  So the conference was over on Sunday
20 the 19th.
21 A  And Monday. We probably went home
22 Tuesday.

Case 1:06-cv-01625-LFO  Document 47-28  Filed 03/04/2008  Page 11 of 12

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 134

1  Q  So this would have been either Sunday
2  or --
3  A  Or Monday.
4  Q  -- Monday night?
5  A  Yeah.
6  Q  It's the night of the 19th or the
7  night of the 20th?
8  A  Could have been.
9  Q  Do you recall the restaurant?
10 A  No. It was a real small Italian
11 restaurant.
12 Q  In D.C.?
13 A  And it was not in D.C. proper, but it
14 maybe was close to the University. It was an
15 area where there's a bunch of -- the college
16 kids like to go there, they said. And it was
17 kind a strip with restaurants on both sides of
18 the street, different restaurants, Thai
19 restaurants, Chinese. You get just about
20 anything we wanted. So we ended up eating
21 spaghetti.
22 Q  Okay. When is the first time you

Page 135

1  heard of the Palestine Solidarity Movement?
2  A  I had not been familiar with the
3  Palestinian Solidarity Movement until we heard
4  about the planned conference at Georgetown
5  University as a result of the $20 million
6  donation from the Saudi Prince.
7  Q  Were you aware of any conferences that
8  the Palestine Solidarity Movement had held at
9  other universities, before the Georgetown event?
10 A  I think there was one at Duke.
11 Q  Were you aware of the conference at
12 Duke at the time it was being held?
13 A  No, I was not.
14 Q  Did you attend it?
15 A  No.
16 Q  Did any members of the JDL attend it,
17 to your knowledge?
18 A  Not to my knowledge.
19 Q  Was there any reason why you didn't
20 attend it --
21 A  We didn't know about it. It's just
22 something that I didn't know about.

Page 136

1  Q  Okay. Now wait until I finish the
2  question.
3  A  I thought you had finished.
4  Q  I almost did.
5     Okay. Were you aware of a conference
6  that was held at Berkley by the Palestine
7  Solidarity Movement?
8  A  Subsequent to the Georgetown one?
9  Q  Yes -- no. At any time, before or
10 after?
11 A  I think so. I think they've had --
12 they go by different names. Under the Muslim
13 Students Association, they have different --
14 they can be the Palestinian Liberation
15 Organization today. Tomorrow, they can be
16 something else. But --
17 Q  Did you attend any conference at
18 Berkley?
19 A  No. I did not.
20 Q  Okay. Were you aware of any
21 conference that the Palestine Solidarity
22 Movement held at Rutgers?

Page 137

1  A  I don't recall anything at Rutgers.
2  Not to my knowledge.
3  Q  Were you aware of such a conference
4  held at Ohio State?
5  A  I believe there's been conferences.
6  We had no funds to -- to attend those
7  conferences.
8  Q  Were you aware of such a conference
9  held at Michigan?
10 A  No.
11 Q  So what made the Georgetown conference
12 different such that JDL attended it, whereas it
13 hadn't attended and did not later attend these
14 other conferences?
15 A  Because we believed that the
16 Palestinian Solidarity Conference held at
17 Georgetown was significant due to the
18 contribution of $20 million from Saudi Arabia to
19 Georgetown University. And we felt that the
20 University allowed this to happen as a direct
21 result of that contribution.
22    And we also felt that because of the

Case 1:06-cv-01625-LFO   Document 47-28   Filed 03/04/2008   Page 12 of 12

March 29, 2007 | William Maniaci | Maniaci vs. Georgetown
Washington, D.C.

Page 138

1  significance of Georgetown University and its
2  prominence in the country, that this would be
3  the right time to confront the lies being told
4  about Israel.
5      Q   Was there a meeting at which you, that
6  is, you being members of JDL, discussed whether
7  to attend the conference, that you should attend
8  and what you should do at the conference?
9      A   We're all from different parts of the
10 country.  And our communication was done by --
11 mostly by telephone.
12     Q   Do you recall a face-to-face meeting
13 with anyone where you planned the activities
14 relating to the Georgetown conference?
15     A   I'm sure we did, after we arrived
16 here.  Everybody met prior to the -- to the
17 Georgetown conference.
18          There was planning done over the
19 telephone.  There was a lot of work done on the
20 East Coast, where they were inviting --
21 elderlies used to come down from different
22 cities, Boston or Baltimore.  Bob -- Bob Turk

Page 139

1  and Mr. Faybyshenko handled the busing
2  arrangement.  But there were two bus loads of
3  elderly people that came down to Georgetown to
4  protest.
5          There was prior planning.
6  Mr. Faybyshenko and Mr. Turk were the ones that
7  did the -- made the arrangements.
8      Q   Who is Mr. Faybyshenko?
9      A   Gennadiy Faybyshenko.  He's a member.
10 He was a member of JDL.  He's a member of B'nai
11 Elim.  And he's the New York operations
12 director.
13     Q   And --
14     A   And he was the director for Russian
15 affairs as well.  Because there's a lot of
16 Russian immigrants here.  And he's -- he's a
17 native Russian and speaks the language fluently.
18     Q   What did he arrange for?
19     A   There was -- arrange for two bus loads
20 of elderly people that were actually Russian
21 immigrants, some of them Holocaust survivors,
22 that came down to protest the event on

Page 140

1  Georgetown University on the second day.
2      Q   Did JDL pay for their expenses?
3      A   Yes.  They paid for the buses, bus
4  transportation.
5      Q   How about the lodging and meals?
6      A   There was no lodging.  They returned
7  the same day.
8      Q   They came down on a Saturday and went
9  back the same day?
10     A   They came down Sunday morning and rode
11 the bus back.
12     Q   Oh, they were just there on Sunday?
13     A   Just on Sunday, yes.
14     Q   Okay.  Were there any other people who
15 were bused in for Saturday?
16     A   No.  Not to my knowledge.
17     Q   And Mr. Turk and, again, Mr. -- I have
18 to get my mouth around that name.
19     A   Faybyshenko.
20     Q   Faybyshenko were responsible for the
21 busing arrangements for people to come down on
22 Sunday?

Page 141

1      A   Yes.
2      Q   Is that right?
3      A   That's correct.
4      Q   Okay.  Who from the JDL attended the
5  Georgetown conference?
6      A   There was myself and Mr. Finberg and
7  Mr. Nutting and Mr. Haas.
8      Q   Anybody else?
9      A   I don't think so.  No, I believe
10 that's -- I believe that's pretty much it.
11     Q   So -- and then Mr. Smith and
12 Mr. Bailey, who were not JDL members, they were
13 persons whom you met with once you came to
14 Washington --
15     A   Right.
16     Q   -- and then they went over to the
17 Georgetown campus on -- on Saturday, correct?
18     A   Not entirely.  Mr. -- Mr. Bailey came
19 with us.  And Mr. Smith didn't come with us.  He
20 was there.  But he wasn't part of our activity.
21 He was there because he wanted to be there.
22 And -- but he didn't participate in any