# Georgetown

Search | Site Index | Site Map | Directory | About

Home | Prospective Students | Current Students | Alumni and Alumnae | Family and Friends | Faculty and Staff
About Georgetown | Learning and Teaching | Research and Scholarship | Campus and Community | Services and Administration

University News

## Palestine Solidarity Movement Conference
### 5th Annual Conference Hosted by Georgetown University Students for Justice in Palestine

On February 17-19, 2006, the Georgetown student organization Students for Justice in Palestine will host the fifth national Palestine Solidarity Movement (PSM) conference on the campus of Georgetown University. Students for Justice in Palestine, as a student group with access to benefits, has the right to host the conference and its speakers under Georgetown's free speech and expression policy. This site was created by the University's Office of Communications to respond to inquiries and provide other relevant information about the upcoming conference and related activities.


Georgetown University students engaging in dialogue outside the classroom.

Recent university statements or news related to the conference itself or other related activities.

- Georgetown Statement on SJP Conference
- President John J. DeGioia's Statement on Divestment from Israel

- Keep Speech Free at GU *The Hoya*, January 27, 2006
- Critics Step Up Protests, but PSM Still Coming to Campus *The Hoya*, January 27, 2006
- Georgetown president: No to divestment *Washington Jewish Week*, January 25, 2006

**Frequently Asked Questions**

- Conference details
  - What is the conference on Palestine solidarity that is scheduled at Georgetown?
  - Who is sponsoring the conference?
  - What is the stated purpose of the conference?
  - Has the conference been held on other university campuses?
  - Who will the conference be open to?

- Georgetown and the conference
  - What is Georgetown's general position about [the conference at] Georgetown University?
  - [Does Georgetown] endorse the views of the [speake]rs?
  - [What does the uni]versity consider [regarding Isra]el?
  - [Georgetow]n's criteria regarding

Georgetown University is committed to standards promoting speech and expression that foster the maximum exchange of ideas and opinions. All members of the Georgetown University academic community, including students, faculty and administrators, enjoy the right to freedom of speech and expression. This freedom includes the right to express points of view on the widest range of public and private concerns and to engage in the robust expression of ideas. The ability to invite speakers or host events does not imply university endorsement of the speakers or their views.

- Georgetown's Speech and Expression Policy
- Principles of Speech and Expression at Georgetown
- Speech and Expression at Georgetown University

**Advancing Interreligious Dialogue And Understanding**

Georgetown University seeks a deeper understanding of the world's religious communities and their role in global affairs, leveraging its Catholic and Jesuit identity, international signature and role as the leading research university in the U.S. capital. Through a combination of research, teaching and outreach activities, Georgetown advances interreligious understanding in many ways.

**Intellectual Diversity and Inclusion**

Georgetown is committed to investigating the intellectual tensions that face our world. View courses that explore the Middle East region, cultures and conflicts.

A variety of Georgetown centers, departments and organizations contribute to scholarship and research in examining current affairs.



PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

EXHIBIT # 23

- scheduling of events in university buildings?
  - What are Georgetown's criteria for registering student organizations?
  - What is Georgetown doing to ensure open dialogue and a diverse exchange of views on campus?
  - Has the University screened the speakers invited to participate in this conference?
  - Is it true Georgetown University refused to host the America's Truth Forum conference last year?

- Security and logistics
  - What will you do to ensure the safety of students and others in connection with the conference?
  - Will the conference take place as scheduled, given the potentially controversial topics?
  - Is the sponsor of the conference, the Palestinian Solidarity Movement, a known terrorist group?
  - Will the conference be open to media?

- Campus Ministry
- Program for Jewish Civilization
- Center for Contemporary Arab Studies
- Institute for International Law and Politics
- Mortara Center for International Studies
- Prince Alwaleed Bin Talal Center for Muslim-Christian Understanding
- Center for Social Justice, Research, Teaching & Service

**University Headlines**

» President Bush Joins GU MLK Celebration
» 2006 Prayer for Peace to be held at Georgetown
» Georgetown Statement on SJP Conference

More university news.

Law Center campus   Medical Center campus                    Search   Site Index   Site Map   Directions   About