May 2, 2007          Michael A. Smith          Maniaci v. Georgetown
                     Washington, D.C.

Page 42

1 allegations of excessive force, were they ever
2 substantiated?
3     A.  One way, use of pepper spray in an
4 arrest situation, in an actively resisting
5 person, yes, that was sustained, and that was an
6 official reprimand.
7     Q.  Okay.  And your discipline was just a
8 reprimand?
9     A.  Yes.
10    Q.  Okay.  No time off or anything like
11 that?
12    A.  No.
13    Q.  Okay.  Have you ever been sued for
14 charges of excessive force?
15    A.  Yes.
16    Q.  Was that the same pepper spray
17 incident?
18    A.  No.
19    Q.  How many times?
20    A.  The pepper spray incident actually the
21 person was charged with disorderly conduct and
22 prosecuted.

Page 43

1     Q.  They were convicted?
2     A.  I don't know if they were convicted.
3 I think they just paid the fine.
4     Q.  Okay.  How many times have you been
5 sued for excessive force?
6     A.  Maybe six times.
7     Q.  And what was -- did any of those
8 lawsuits go to trial?
9     A.  Two went to trial.
10    Q.  Okay.  And what were the verdicts?
11    A.  One was found not guilty and the other
12 one was rule 13.
13    Q.  Okay.  And when you say found not
14 guilty, you were found not guilty?
15    A.  Yes.
16    Q.  And --
17    A.  And that was in reference to -- it
18 wasn't so much an excessive force, it was
19 related to a wrongful death in a police pursuit.
20    Q.  Okay.  And the other one, you said,
21 was a rule 13, meaning it was dismissed?
22    A.  Yes.

Page 44

1     Q.  The other four cases, how were they
2 disposed of?
3     A.  One was disposed of out of court by
4 just an out of court settlement, and the rest
5 were just dismissed before they got to court.
6     Q.  Okay.  The case that was settled, what
7 were the allegations against you in that case?
8     A.  The allegations was I had ran over a
9 protester at a picket line with a police car.
10 And even then it wasn't clear if they were --
11 they were suing for the accident or intentional
12 infliction of their -- or deprivation of their
13 civil rights, but it was a 1983 lawsuit, so it
14 would have been a civil rights violation.
15    Q.  Okay.  That case was in federal court?
16    A.  Yes.
17    Q.  And did you say that you were accused
18 of running over a protester with a cart,
19 c-a-r-t?
20    A.  With a police car.
21    Q.  A car, an automobile?
22    A.  Yes.

Page 45

1     Q.  What injuries did the victim suffer?
2     A.  None.
3     Q.  It is your position that you didn't
4 hit the person or run over them?
5     A.  He threw himself on the hood, sir.
6     Q.  Okay.  You know the plaintiff in this
7 case, Mr. William Maniaci?
8     A.  Yes, I do.
9     Q.  How long have you known him?
10    A.  I only met him either the day of or
11 the day before this incident.
12    Q.  Okay.  And this incident meaning --
13 this was in February of 2006?
14    A.  Yes.
15    Q.  At the Palestinian Solidarity Movement
16 Conference that took place at Georgetown
17 University?
18    A.  Yes.
19    Q.  Okay.  Had you ever spoken with him
20 prior to meeting him?
21    A.  No.
22    Q.  Had you ever corresponded with him by

12 (Pages 42 to 45)