VIDEOTAPED DEPOSITION OF MATTHEW S. FINBERG, ESQUIRE
CONDUCTED ON WEDNESDAY, MAY 9, 2007

76

| | | |
|---|---|---|
| 1 | involvement was in editing what he wrote to make it less | 11:38:45 |
| 2 | inflammatory and, to the extent I could, more | 11:38:50 |
| 3 | technically correct. | 11:38:55 |
| 4 | Q. Okay. | 11:38:58 |
| 5 | A. I guess if I saw this one, I missed | 11:38:58 |
| 6 | physiological, but no, there was no -- I think he | 11:39:00 |
| 7 | just -- I don't know how -- he just knew -- he just had | 11:39:05 |
| 8 | a sense that this is how it would work out.  I don't | 11:39:08 |
| 9 | know why.  I was not involved in any discussions with | 11:39:12 |
| 10 | Mr. Maniaci or anybody else with the Jewish Defense | 11:39:16 |
| 11 | League that this was going to happen. | 11:39:19 |
| 12 | Q. If you go to the last page and the last point, | 11:39:23 |
| 13 | it indicates that "Our mission is to cause Georgetown | 11:39:25 |
| 14 | University to allow supporters of Israel to speak and to | 11:39:28 |
| 15 | be heard or suffer the ramifications and the | 11:39:32 |
| 16 | consequences of their refusal or inability to fairly | 11:39:34 |
| 17 | enforce their policies and support the First Amendment | 11:39:39 |
| 18 | rights of all."  Did Mr. Maniaci ever discuss this | 11:39:43 |
| 19 | mission with you? | 11:39:47 |
| 20 | A. Not specifically, no. | 11:39:55 |
| 21 | Q. Did he ever discuss with you what the | 11:40:00 |
| 22 | ramifications and the consequences would be that | 11:40:01 |

VIDEOTAPED DEPOSITION OF MATTHEW S. FINBERG, ESQUIRE
CONDUCTED ON WEDNESDAY, MAY 9, 2007

77

| | | |
|---|---|---|
| 1 | Georgetown University would suffer? | 11:40:05 |
| 2 | A.  No, not specifically.  Just that what my | 11:40:30 |
| 3 | understanding was, was that we were going to make this a | 11:40:35 |
| 4 | big stink if we weren't given equal time or an equal | 11:40:40 |
| 5 | opportunity to participate with other attendees who were | 11:40:43 |
| 6 | not limited to students.  This was open to the entire | 11:40:47 |
| 7 | world. | 11:40:51 |
| 8 | Q.  Did "big stink" -- did that include the | 11:40:53 |
| 9 | possibility of a lawsuit against Georgetown? | 11:40:56 |
| 10 | A.  Never discussed it, no.  Never discussed it | 11:40:58 |
| 11 | with me. | 11:41:01 |
| 12 | Q.  You never discussed the possibility of a | 11:41:01 |
| 13 | lawsuit against Georgetown prior to the conference with | 11:41:03 |
| 14 | Mr. Maniaci? | 11:41:05 |
| 15 | A.  No, no. | 11:41:07 |
| 16 | Q.  Do you know if Mr. Maniaci discussed that | 11:41:09 |
| 17 | possibility with any other JDL members? | 11:41:12 |
| 18 | A.  I don't know.  No, I don't know.  I didn't | 11:41:15 |
| 19 | communicate with him that much on this. | 11:41:18 |
| 20 | Q.  You used the word or the phrase "big stink." | 11:41:25 |
| 21 | What did you mean by that? | 11:41:28 |
| 22 | A.  I was hoping that we would get real media | 11:41:29 |