# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

      Plaintiff

    v.                                                          Case No. 1:06CV01625
                                                                               Judge Kollar-Kotelly

GEORGETOWN UNIVERSITY, et al.,

      Defendants

### NOTICE TO COURT OF EXHIBIT #19

      May the Court take note that Plaintiff's Exhibit #19 is a DVD which can not be filed on ECF System. The Plaintiff has provided a physical copy of the DVD, labeled Exhibit #19, to the Court and opposing counsel.


**Date: 3/4/2008**

                                              Respectfully submitted,

                                              **THOMAS FORTUNE FAY, P.A.**

                                              *Thomas Fortune Fay*
                                              **THOMAS FORTUNE FAY (U.B.#23929)**
                                              **601 Pennsylvania Avenue, NW**
                                              **#900 - South Building**
                                              **Washington, D.C. 20004**
                                              **(202) 589-1300**
                                              **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2008, a copy of the above Notice was served through the Court's ECF system electronically upon:

>John J. Buckley, Jr.
>Malachi B. Jones
>Colleen F. Shanahan
>Williams & Connelly, LLP
>725 Twelfth Street, NW
>Washington, DC 20005

>*Thomas Fortune Fay*_____
>**Thomas Fortune Fay**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

      Plaintiff

      v.                                              Case No. 1:06CV01625

                                                               Judge Kollar-Kotelly

GEORGETOWN UNIVERSITY, et al.,

      Defendants

## MEOMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff states in support of his Motion as follows:

(1) That the Motion For Leave To File Amended Complaint is submitted with the time provided in this Court's Order of November 21, 2006, to wit, prior to March 1, 2007.

(2) That in the absence of filing of an Amended Complaint a separate action will be filed on behalf of the Plaintiff which would be joined with this action in accordance with Local Civil Rule 40.5.

(3) Filing of an Amended Complaint is in the interest of judicial economy.

Plaintiff submits that the Motion should be granted.

**Date: 1/25/2007**                              Respectfully submitted,

                                                    **THOMAS FORTUNE FAY, P.A.**

                                                    *Thomas Fortune Fay*
                                                    **THOMAS FORTUNE FAY (U.B.#23929)**
                                                    **601 Pennsylvania Avenue, NW**
                                                    **#900 - South Building**
                                                    **Washington, D.C.  20004**
                                                    **(202) 589-1300**
                                                    **Attorney for Plaintiff**