IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM MANIACI | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 06 CV 01625 |
| | ) | |
| v. | ) | Judge Kollar-Kotelly |
| | ) | |
| GEORGETOWN UNIVERSITY, et al. | ) | **Oral Argument Requested** |
| | ) | |
| Defendants. | ) | |

## INDEX OF SUPPLEMENTAL EXHIBITS

Transcript of September 28, 2007 Status Hearing ........................................................................ 60

Letter from Malachi B. Jones to Thomas F. Fay (Oct. 24, 2007) ................................................. 61

Stipulation (Oct. 24, 2007) ............................................................................................................ 62

Defendants' Responses to Plaintiff's First Set of Interrogatories (Mar. 19, 2007) ...................... 63

Notice of Deposition of Larry Salley ............................................................................................ 64

Defendants' Responses to Plaintiff's First Set of Requests for Production of Documents
(Mar. 19, 2007) .............................................................................................................................. 65

Finberg Emails (Jan. 30, 2006) ..................................................................................................... 66

Letter from Colleen F. Shanahan to Thomas F. Fay (Mar. 30, 2007) .......................................... 67

Letter from Colleen F. Shanahan to Thomas F. Fay (May 8, 2007) ............................................. 68

Certified Video Transcript of Quest Video – Def. Ex. 44A ....................................................... 69A

Certified Video Transcript of SJP Video – Def. Ex. 45 .............................................................. 69B

Deposition of Robert Turk (additional excerpts) .......................................................................... 70

Deposition of Jim Nutting (additional excerpts) ........................................................................... 71

Deposition of Lee Kaplan (additional excerpts) ........................................................................... 72

Deposition of Daniel Porterfield (additional excerpts) ................................................................. 73

Deposition of Matthew Finberg (additional excerpts) .................................................................. 74