# EXHIBIT 61

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

MALACHI B. JONES
(202) 434-5286
mbjones@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 24, 2007

**VIA ELECTRONIC MAIL & FACSIMILE**

Thomas Fortune Fay, Esq.
Law Offices of Thomas Fortune Fay
700 Fifth Street, NW. Suite 200
Washington, DC 20001
(202) 589-1721 (Fax)

      Re:   *Maniaci v. Georgetown University et al.*, No. 06 CV 01625

Dear Tom:

      As we discussed yesterday, I am forwarding a draft stipulation for extension of time for Larry Salley to answer. We are seeking additional time to communicate with Salley about whether we will represent him. You stated that you would agree to the filing of such a stipulation. Please review and let me know if you have any comments. If you concur, I will file it today.

      Do not hesitate to call if you have any questions.

                             Sincerely,

                             Malachi B. Jones, Esq.

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                    3460
CONNECTION TEL                      95891721
CONNECTION ID
ST. TIME                    10/24 10:21
USAGE T                     00'46
PGS. SENT                   2
RESULT                      OK
```

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D.C. 20005-5901

(202) 434-5000

MALACHI B. JONES
(202) 434-5286
mbjones@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

# TELECOPY

| TO: | Thomas Fortune Fay, Esq. |
|---|---|
| COMPANY OR FIRM: | The Law Offices of Thomas Fortune Fay |
| TELECOPY NUMBER: | (202) 589-1721 |
| FROM: | Malachi Jones, Esq. |
| TELEPHONE: | (202) 434-5286 |
| DATE: | October 24, 2007 |
| NUMBER OF PAGES: | 2, INCLUDING THIS PAGE |
| CLIENT CODE: | 17008.0724 |