# EXHIBIT 64

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI

    Plaintiff,

v.                                          Case No. 1:06CV01625
                                            Judge Kollar-Kotelly
GEORGETOWN UNIVERSITY, et al.,

    Defendants.

### NOTICE OF DEPOSITION

Notice is herewith given that the deposition of the person whose name is set forth below will be taken at the office of Thomas Fortune Fay, P.A. at 700 Fifth Street, Washington, DC 20001 at the time indicated. The deposition will be taken in accordance with all applicable rules of court and will be for discovery, for use at trial or for any other use permitted by the rules of this Court. The deponent will bring to the deposition those items indicated on the attached list. The deposition will be recorded stenographically, by audio or videotape or by any other means permitted by the rules of this Court.

**Deponent**                                **Time**

**Larry Salley**                            **7/11/2007 2:00 P.M.**

2

Date: June 28, 2007

                                        Respectfully submitted,

                                        *Thomas Fortune Fay*
                                        THOMAS FORTUNE FAY (U.B.#23929)
                                        601 Pennsylvania Avenue, NW
                                        #900 – South Building
                                        Washington, DC  20004
                                        (202) 589-1300
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Notice of Deposition was sent electronically and by e-mail to: Colleen F. Shanahan, Esq. and Malachi Jones, Esq., Williams & Connolly, 725 Twelfth Street, NW, Washington, DC 20005-5901, this 28th day of June, 2007.

                                        *Thomas Fortune Fay*
                                        THOMAS FORTUNE FAY (#23929)

cc:
MISTY KLAPPER AND ASSOCIATES
7900 Andrus Road
Suite 11
Alexandria, Virginia 22306

Mark Guenther
7529 Mc Whorter Place
Annandale, VA 22003

## DOCUMENTS REQUESTED

    Any documents, films, video tapes or discs or still photographs taken of the event described in the Complaint filed by the Plaintiff.