# EXHIBIT 66

**Jones, Malachi**

**From:** Matthew S. Finberg [matt@finberglaw.com]

**S** Friday, May 25, 2007 3:51 PM

**To:** Jones, Malachi

**Subject:** FW: Georgetown

# Matthew S. Finberg

**The Finberg Law Firm, P.C**
**1871 Folsom Street**
**Boulder, CO  80302**
**Phone: 303.442.1276**
**Fax: 303.442.1294**
**www.finberglaw.com**

**TAX ADVICE DISCLAIMER:** Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.  This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. **The information is intended only** for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**From:** Matthew S. Finberg [mailto:matt@finberglaw.com]
**Sent:** Monday, January 30, 2006 1:18 PM
**To:** 'Caren Philips'
**Subject:** RE: Georgetown

Hi Caren,

I'd love to see what you have.  There is a war brewing out there against us.  It starts with the academics giving legitimacy to racists. I need to check with the author of the email announcement to find the date.  It's in February.  Yasher koach.  Kol tuv, m

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO  80302
Phone: 303.442.1276
Fax:  303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**From:** Caren Philips [mailto:carenphilips@hotmail.com]
**Sent:** Monday, January 30, 2006 12:17 PM
**To:** matt@finberglaw.com

FIN 000096

5/28/2007

**Subject:** RE: Georgetown

Hi M....,

When is this? It doesn't say. This is very courageous and I hope there will be police protection.

I just attended a 2 day conference here in Israel on the attempted academic boycott against Israel. I have some good websites to check out for great factual info on Israel, if you're interested.

Caren

---

From: *"Matthew S. Finberg " <matt@finberglaw.com>*
To: *"Matthew S. Finberg " <matt@finberglaw.com>*
Date: *Mon, 30 Jan 2006 10:26:54 -0700*

# Annual ISM Hate Israel Conference at Georgetown University

## CALL TO ACTION!!!!

The Jewish people are under attack at Georgetown University in Washington, D.C. The International Solidarity Movement is a propaganda arm of the PLO that is invading every college campus in America to spread anti-Semitism and hate for the state of I....) They are composed of American communists and anarchists who ally with the PLO Muslims and Arabs to try and persuade A.... icans to reject Jews and a Jewish state in our world society. They use a college campus to appear intellectual when their goal is that of the Nazis.

This year they are holding their national conference at Georgetown University. This is the fifth year in a row they have held one at a college campus. Such conferences are "strategy and training" sessions where every Jew hater, every radical communist, every Muslim anti-Semite can join together and plot how to promote divestment and boycotts against the state of Israel, how to fund their activities on other campuses, and how to promote the end of the Jewish state.

The organizers use evasive language to endorse terrorism like "legitimate resistance." They bemoan "Jewish control" of America. They train activists to go to the West Bank and Gaza and act as human shields for Arab terrorists. They also accuse Russian Jews in Israel of stealing Arab lands and birthrights. They excuse terrorism. They work with terrorist groups like Hamas, Islamic Jihad and the PFLP. And they train people how to infiltrate Jewish organizations in America to try to persuade young Jews that "Zionists" are not the same as legitimate Jews. They teach all this in seminars during the 3 day conference.

## They have one goal: the dismantling of Israel.

**We are seeking volunteers who we will bus to this conference at Georgetown. The college says nobody can be denied admittance. Our goal is to get 500 Jews inside. One of the speakers will tell people Israel has "Jew- only" hotels, or that Arab-Israelis cannot vote, or that Zionism is not true Judaism. One Jew speaking out against such lies is at a disadvantage, but 500 of them will counter the lies and tell the truth for all the world to hear through the media. In the past, Jews stood outside in the cold during such conferences. This year we intend to go in and actively refute what they do by speaking up and being heard.**

**P....se join us by volunteering and helping Israel and countering these people who would gladly turn America into another Russia for Jews.**

**If you cannot join us at the protest, Please make a donation to help us defray the cost of busing the protesters to the event**

FIN 000097

5/28/2007

- **Contact:**
- **Robert Turk**
- **Email: bob@maalathageula.org**
  **Phone: (860) 379-2912**
  **Cell: (860) 480-9456**

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO  80302
Phone: 303.442.1276
Fax:  303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

Get    )rd's eye view of your home with Windows Live Local

FIN 000098

5/28/2007

**Jones, Malachi**

| | |
|---|---|
| **From:** | Matthew S. Finberg [matt@finberglaw.com] |
| **Se** | Friday, May 25, 2007 3:52 PM |
| **To:** | Jones, Malachi |
| **Subject:** | FW: ISM at Georgetown |

# Matthew S. Finberg

**The Finberg Law Firm, P.C**
**1871 Folsom Street**
**Boulder, CO 80302**
**Phone: 303.442.1276**
**Fax: 303.442.1294**
**www.finberglaw.com**

**TAX ADVICE DISCLAIMER:** Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.  This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. **The information is intended only** for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**Fron...** Matthew S. Finberg [mailto:matt@finberglaw.com]
**Sent:** Monday, January 30, 2006 1:22 PM
**To:** 'Shaul Amir'
**Subject:** ISM at Georgetown

Outstanding Shaul.  I've heard Cliff's name, but we've never met.  High profile positive events are even more effective, in my opinion, than the dirty work of shutting down the liars and hate mongers.  The sponsors of this event just keep coming back at us year after year.  I have notified Mr. Turk that he forgot to put in the date and will inform people accordingly.  We will have people inside exercise our right to speak out against lies and incitement of Jew hatred.  Kol tuv, m

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO 80302
Phone: 303.442.1276
Fax:  303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**From:** Shaul Amir [mailto:samir@ajfcolorado.org]
**Sent:** Monday, January 30, 2006 12:22 PM
**To:** Matthew S. Finberg

FIN 000099

5/28/2007

**Subject:** RE:

*Dear Matthew,*
*As you can see, occasionally we agree on some topics and this is one of them.*
*I sp    o my Friend Cliff May in DC ( I am not sure if you know him), he is the Director of a think tank group about*
*Isra   nd the Middle East.*
*They are planning to hold a high profile panel discussion a day before the ISM conference, talking about the Hamas*
*Victory and where it is taking the Palestinians.*
*BTW, the e-mail did not have a date of the conference.*
*I hope that Turk will be able to get 500 people to protest from the inside.*
*Thanks for keeping me in the loop.*
*Best wishes,*
*Shaul*

Shaul Amir
Director Israel National and Overseas Center
Allied Jewish Federation of Colorado
300 S. Dahlia Street
Denver, CO 80246
Direct- 303-316-6449
Cell - 303-908-6161
Fax - 303-322-8328

)

-----Original Message-----
**From:** Matthew S. Finberg [mailto:matt@finberglaw.com]
**Sent:** Monday, January 30, 2006 10:27 AM
**To:** Matthew S. Finberg
**Subject:**

# Annual ISM Hate Israel Conference at Georgetown University

FIN 000100

## CALL TO ACTION!!!!

The Jewish people are under attack at Georgetown University in Washington, D.C. The International Solidarity Movement is a propaganda arm of the PLO that is invading every college campus in America to spread anti-Semitism and hate for the state of srae' They are composed of American communists and anarchists who ally with the PLO Muslims and Arabs to try and persuade \m      hs to reject Jews and a Jewish state in our world society. They use a college campus to appear intellectual when their goal s tha  of the Nazis.

This year they are holding their national conference at Georgetown University. This is the fifth year in a row they have held one at a college campus. Such conferences are "strategy and training" sessions where every Jew hater, every radical communist, every Muslim anti-Semite can join together and plot how to promote divestment and boycotts against the state of Israel, how to fund their

5/28/2007

activities on other campuses, and how to promote the end of the Jewish state.

The organizers use evasive language to endorse terrorism like "legitimate resistance." They bemoan "Jewish control" of America. They train activists to go to the West Bank and Gaza and act as human shields for Arab terrorists. They also accuse Russian Jews in Israel of stealing Arab lands and birthrights. They excuse terrorism. They work with terrorist groups like Hamas, Islamic Jihad and the PFLP. And they train people how to infiltrate Jewish organizations in America to try to persuade young Jews that "Zionists" are not '     ame as legitimate Jews. They teach all this in seminars during the 3 day conference.

# They have one goal: the dismantling of Israel.

**We are seeking volunteers who we will bus to this conference at Georgetown. The college says nobody can be denied admittance. Our goal is to get 500 Jews inside. One of the speakers will tell people Israel has "Jew- only" hotels, or that Arab-Israelis cannot vote, or that Zionism is not true Judaism. One Jew speaking out against such lies is at a disadvantage, but 500 of them will counter the lies and tell the truth for all the world to hear through the media. In the past, Jews stood outside in the cold during such conferences. This year we intend to go in and actively refute what they do by speaking up and being heard.**
**Please join us by volunteering and helping Israel and countering these people who would gladly turn America into another Russia for Jews.**
**If you cannot join us at the protest, Please make a donation to help us defray the cost of busing the protesters to the event**
- **Contact:**
- **Robert Turk**
- **Email: bob@maalathageula.org**
- **Phone: (860) 379-2912**
  **Cell: (860) 480-9456**

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO  80302
Phone: 303.442.1276
Fax:  303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

5/28/2007

**Jones, Malachi**

---

**From:**  Matthew S. Finberg [matt@finberglaw.com]

**Sent:**  Friday, May 25, 2007 3:53 PM

**To:**  Jones, Malachi

**Subject:** FW: Event at Georgetown

# Matthew S. Finberg

**The Finberg Law Firm, P.C**
**1871 Folsom Street**
**Boulder, CO  80302**
**Phone: 303.442.1276**
**Fax: 303.442.1294**
**www.finberglaw.com**

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.  This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. **The information is intended only** for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

---

**From:** Matthew S. Finberg [mailto:matt@finberglaw.com]

**Sent:** Monday, January 30, 2006 2:10 PM

**To:** 'Don Sable'

**Subject:** RE: Event at Georgetown

February 17-19.  I apologize for the omission.  The action on this is fabulous, so people who want to join the effort should directly contact Bob Turk.  Thanks, m


Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO  80302
Phone: 303.442.1276
Fax:  303.442.1294
www.finberglaw.com


This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

---

**From:** Don Sable [mailto:abledonsable@aol.com]

**Sent:** Monday, January 30, 2006 2:01 PM

**To:** Matthew S. Finberg

**Subject:** Event at Georgetown

FIN 000102

5/28/2007

When is this event taking place ?

----- Original Message -----
**From:** Matthew S. Finberg
**To:** Matthew S. Finberg
Sr    Monday, January 30, 2006 12:26 PM

# Annual ISM Hate Israel Conference at Georgetown University

## CALL TO ACTION!!!!

The Jewish people are under attack at Georgetown University in Washington, D.C. The International Solidarity Movement is a propaganda arm of the PLO that is invading every college campus in America to spread anti-Semitism and hate for the state of Israel. They are composed of American communists and anarchists who ally with the PLO Muslims and Arabs to try and persuade Americans to reject Jews and a Jewish state in our world society. They use a college campus to appear intellectual when their goal is that of the Nazis.

This year they are holding their national conference at Georgetown University. This is the fifth year in a row they have held one at a college campus. Such conferences are "strategy and training" sessions where every Jew hater, every radical communist, every Muslim anti-Semite can join together and plot how to promote divestment and boycotts against the state of Israel, how to fund their activities on other campuses, and how to promote the end of the Jewish state.
The organizers use evasive language to endorse terrorism like "legitimate resistance." They bemoan "Jewish control" of America. They train activists to go to the West Bank and Gaza and act as human shields for Arab terrorists. They also accuse Russian Jews in Israel of stealing Arab lands and birthrights. They excuse terrorism. They work with terrorist groups like Hamas, Islamic Jihad and the PFLP. And they train people how to infiltrate Jewish organizations in America to try to persuade young Jews that "Zionists" are not the same as legitimate Jews. They teach all this in seminars during the 3 day conference.

## They have one goal: the dismantling of Israel.

**We are seeking volunteers who we will bus to this conference at Georgetown. The college says nobody can be denied admittance. Our goal is to get 500 Jews inside. One of the speakers will tell people Israel has "Jew- only" hotels, or that Arab-Israelis cannot vote, or that Zionism is not true Judaism. One Jew speaking out against such lies is at a disadvantage, but 500 of them will counter the lies and tell the truth for all the world to hear through the media. In the past, Jews stood outside in the cold during such conferences. This year we intend to go in and actively refute what they do by speaking up and being heard.**
**Please join us by volunteering and helping Israel and countering these people who would gladly turn America into another Russia for Jews.**
**If you cannot join us at the protest, Please make a donation to help us defray the cost of busing the protesters to the event**

- **Contact:**
- **Robert Turk**
- **Email: bob@maalathageula.org**
- **Phone: (860) 379-2912**
- **Cell: (860) 480-9456**

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street

FIN 000103

5/28/2007

Boulder, CO 80302
Phone: 303.442.1276
Fax: 303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

)

FIN 000104

5/28/2007

**Jones, Malachi**

| | |
|---|---|
| **From:** | Matthew S. Finberg [matt@finberglaw.com] |
| **S(** | Friday, May 25, 2007 3:55 PM |
| **To:** | Jones, Malachi |
| **Subject:** | FW: |

# Matthew S. Finberg

**The Finberg Law Firm, P.C**
**1871 Folsom Street**
**Boulder, CO 80302**
**Phone: 303.442.1276**
**Fax: 303.442.1294**
**www.finberglaw.com**

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein. This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. **The information is intended only** for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**From:** Matthew S. Finberg [mailto:matt@finberglaw.com]
**Sent:** Monday, January 30, 2006 3:55 PM
**To:** 'Janet Lehr'
**Subject:** RE:

Hi Janet. The dates are February 17-19. Bob Turk is one of the coordinators of this event and would undoubtedly love to have you on board. I hope to attend so that they get a good idea of what a strong proud Jew sounds and looks like. Please give Bob a call and see how you two can work together. Thanks so much for getting back to me. Yasher koach, m

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO 80302
Phone: 303.442.1276
Fax: 303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**From:** Janet Lehr [mailto:janetlehr@mindspring.com]
**Sent:** Monday, January 30, 2006 3:46 PM
**To:** 'Matthew S. Finberg '
**Subject:** RE:

FIN 000118

5/28/2007

Matthew – I scanned this quickly but see no dates. I attended the Duke abuse, monitored both the OSU and RUTGERS events. They usually announce late so that they can not be easily derailed. Georgetown is fertile ground for them, unfortunately. Please get me the dates – There is a great deal of work to be done. Do you know when they announced this conference?

Jane

Janet Lehr
Vered Gallery                www.veredart.com
                            janetlehr@veredart.com
68 Park Place               631 324 3303 / 212 288 6234 / c.516 353 6450
East Hampton NY 11937

NY Office:
891 Park Avenue
New York NY 10021

From: Matthew S. Finberg [mailto:matt@finberglaw.com]
Sent: Monday, January 30, 2006 12:27 PM
To: Matthew S. Finberg
Subject:

# Annual ISM Hate Israel Conference at Georgetown University

## CALL TO ACTION!!!!

The Jewish people are under attack at Georgetown University in Washington, D.C. The International Solidarity Movement is a propaganda arm of the PLO that is invading every college campus in America to spread anti-Semitism and hate for the state of Israel. They are composed of American communists and anarchists who ally with the PLO Muslims and Arabs to try and persuade Americans to reject Jews and a Jewish state in our world society. They use a college campus to appear intellectual when their goal is that of the Nazis.

This year they are holding their national conference at Georgetown University. This is the fifth year in a row they have held one at a college campus. Such conferences are "strategy and training" sessions where every Jew hater, every radical communist, every Muslim anti-Semite can join together and plot how to promote divestment and boycotts against the state of Israel, how to fund their activities on other campuses, and how to promote the end of the Jewish state.

The organizers use evasive language to endorse terrorism like "legitimate resistance." They bemoan "Jewish control" of America. They train activists to go to the West Bank and Gaza and act as human shields for Arab terrorists. They also accuse Russian Jews in Israel of stealing Arab lands and birthrights. They excuse terrorism. They work with terrorist groups like Hamas, Islamic Jihad and the PFLP. And they train people how to infiltrate Jewish organizations in America to try to persuade young Jews that "Zionists" are not the same as legitimate Jews. They teach all this in seminars during the 3 day conference.

## They have one goal: the dismantling of Israel.

We are seeking volunteers who we will bus to this conference at Georgetown. The college says nobody can be denied admittance. Our goal is to get 500 Jews inside. One of the speakers will tell people Israel has "Jew- only" hotels, or that Arab-Israelis cannot vote, or that Zionism is not true Judaism. One Jew speaking out against such lies is at a disadvantage, but 500 of them will counter the lies and tell the truth for all the world to hear through the media. In the past, Jews stood outside in the cold during such conferences. This year we intend to go in and actively refute what they do by speaking up and being heard.

Please join us by volunteering and helping Israel and countering these people who would gladly turn America into another Russia for Jews.

If you cannot join us at the protest, Please make a donation to help us defray the cost of busing the protesters to the event

FIN 000119

5/28/2007

- **Contact:**
- **Robert Turk**
- **Email: bob@maalathageula.org**
- **Phone: (860) 379-2912**
- **Cell: (860) 480-9456**

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO 80302
Phone: 303.442.1276
Fax: 303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

)

FIN 000120

5/28/2007

## Jones, Malachi

| | |
|---|---|
| **From:** | Matthew S. Finberg [matt@finberglaw.com] |
| **S** | Friday, May 25, 2007 3:55 PM |
| **To:** | Jones, Malachi |
| **Subject:** | FW: |

# Matthew S. Finberg

**The Finberg Law Firm, P.C**
**1871 Folsom Street**
**Boulder, CO 80302**
**Phone: 303.442.1276**
**Fax: 303.442.1294**
**www.finberglaw.com**

**TAX ADVICE DISCLAIMER:** Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.  This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. **The information is intended only** for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**Fro**... Matthew S. Finberg [mailto:matt@finberglaw.com]
**Sent:** Monday, January 30, 2006 3:58 PM
**To:** 'Marlene Young'
**Subject:** RE:

Outstanding Marlene!  We were hoping that our supporters from Baltimore would come down.  The dates are February 17-19. Bob Turk, one of the organizers should be in touch with you (or you should contact him) to help with details including coordination for Metro DC.  Kol tuv, m

Matthew S. Finberg

The Finberg Law Firm, P.C.
1871 Folsom Street
Boulder, CO 80302
Phone: 303.442.1276
Fax:  303.442.1294
www.finberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

**From:** Marlene Young [mailto:marleneyoung1@yahoo.com]
**Sent:** Monday, January 30, 2006 3:52 PM
**To:** Matthew S. Finberg
**Subject:** Re:

FIN 000121

5/28/2007

What day is this? I will go- I live in Baltimore!

----- Original Message -----
**From:** Matthew S. Finberg
Tc   tthew S. Finberg
Su   Monday, January 30, 2006 12:26 PM

# Annual ISM Hate Israel Conference at Georgetown University

## CALL TO ACTION!!!!

The Jewish people are under attack at Georgetown University in Washington, D.C. The International Solidarity Movement is a propaganda arm of the PLO that is invading every college campus in America to spread anti-Semitism and hate for the state of Israel. They are composed of American communists and anarchists who ally with the PLO Muslims and Arabs to try and persuade Americans to reject Jews and a Jewish state in our world society. They use a college campus to appear intellectual when their goal is that of the Nazis.

This year they are holding their national conference at Georgetown University. This is the fifth year in a row they have held one at a college campus. Such conferences are "strategy and training" sessions where every Jew hater, every radical communist, every Muslim anti-Semite can join together and plot how to promote divestment and boycotts against the state of Israel, how to fund their activities on other campuses, and how to promote the end of the Jewish state.

The organizers use evasive language to endorse terrorism like "legitimate resistance." They bemoan "Jewish control" of America. They train activists to go to the West Bank and Gaza and act as human shields for Arab terrorists. They also accuse Russian Jews in Israel of stealing Arab lands and birthrights. They excuse terrorism. They work with terrorist groups like Hamas, Islamic Jihad and the PFLP. And they train people how to infiltrate Jewish organizations in America to try to persuade young Jews that "Zionists" are not the same as legitimate Jews. They teach all this in seminars during the 3 day conference.

## They have one goal: the dismantling of Israel.

**We are seeking volunteers who we will bus to this conference at Georgetown. The college says nobody can be denied admittance. Our goal is to get 500 Jews inside. One of the speakers will tell people Israel has "Jew- only" hotels, or that Arab-Israelis cannot vote, or that Zionism is not true Judaism. One Jew speaking out against such lies is at a disadvantage, but 500 of them will counter the lies and tell the truth for all the world to hear through the media. In the past, Jews stood outside in the cold during such conferences. This year we intend to go in and actively refute what they do by speaking up and being heard.**

**Please join us by volunteering and helping Israel and countering these people who would gladly turn America into another Russia for Jews.**

**If you cannot join us at the protest, Please make a donation to help us defray the cost of busing the protesters to the event**

- **Contact:**
- **Robert Turk**
- **Email: bob@maalathageula.org**
- **Phone: (860) 379-2912**
- **Cell: (860) 480-9456**

Matthew S. Finberg

The Finberg Law Firm, P.C.

FIN 000122

5/28/2007

1871 Folsom Street
Boulder, CO 80302
Phone: 303.442.1276
Fax: 303.442.1294
www.___nberglaw.com

This transmission (and/or the documents attached) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege and the Electronic Communication Privacy Act, U.S.C. Section 2510-2521. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. While precautions are taken against computer viruses, it is your responsibility to scan for their presence and we accept no liability or responsibility therefore. If you have received this transmission in error, please notify us immediately by telephone at 303-442-1276.

)

FIN 000123

5/28/2007