# EXHIBIT 67

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

COLLEEN F. SHANAHAN
(202) 434-5355
cshanahan@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 30, 2007

Thomas Fortune Fay, Esq.
Law Offices of Thomas Fortune Fay
601 Pennsylvania Avenue, N.W.
#900 - South Building
Washington, DC  20004

> **Re:  William Maniaci v. Georgetown University et al.,
> Docket No. 06 CV 1625**

Dear Mr. Fay:

Enclosed is an additional production in response to Plaintiff's First Request for Document Production. These documents are paper documents numbered GTN 003172 to GTN 003734.

In addition, I have also enclosed redacted versions of several documents that were initially produced to you in unredacted form. An index of these documents is included for your convenience. Please either return the original, unredacted documents to us or confirm in writing that they have been destroyed.

Finally, there was a question regarding our response to Plaintiff's Document Request Number Five. The initial set of videos, on discs labeled CD G 0002-0006 and produced by Defendants on January 8, 2007, were taken by Katherine Pisch. The still photographs, on the disc labeled CD G 0001 and also produced on January 8, 2007, were taken by Charles Nailen of Georgetown University. The second set of videos, on discs labeled CD G 0007-0008 and produced by Defendants on March 20, 2007, were obtained from Quest Productions.

Sincerely,

Colleen F. Shanahan

Enclosure