# EXHIBIT 69A

QUEST VIDEO TRANSCRIPTION


(DEFENDANTS' EXHIBIT 44A)

d4afa434-e646-4e78-bdc0-bfa4cdb346ac

Page 2

1      MODERATOR:  We're going to open it up
2  to questions -- we're going to open it up to
3  questions and answers.  First, we do have to
4  remind you what the question-and-answer policy
5  is.  Mr. Olson of Georgetown University will be
6  doing that.
7      MR. OLSON:  Just briefly, this begins
8  our designated question-and-answer period,
9  during which you may ask questions and engage in
10 dialogue.  Please be sure to phrase your
11 comments in the form of a question.  In the
12 interest of time, we ask each person to be
13 concise and ask only one question.  Thank you.
14     MODERATOR:  It is up to you to line up
15 at the microphone if you have a question.  First
16 come, first served.  Please make them succinct.
17 We have about ten minutes for questions.  And
18 then we have an important announcement to make
19 before you get up and leave.
20      So please remember to ask it in the
21 form of a question.  No rhetorical questions.
22 Okay?  So I think we're ready for the first

Page 3

1  question.  Please introduce yourself before you
2  ask the question.
3      RABBI SHIFRIN:  My name is Rabbi
4  Shifrin.  I don't use the microphone on the
5  Sabbath.
6      MODERATOR:  Okay.
7      RABBI SHIFRIN:  Why -- what is the
8  comparison --
9      UNIDENTIFIED MALE SPEAKER:  We can't
10 use the microphone on the Sabbath.
11     MS. BLACKWELL:  We can hear you.  Ask
12 your question.
13     MODERATOR:  Yes.
14     RABBI SHIFRIN:  What does the
15 comparison of Jews, of demographic problems of
16 Jews in New York have to do with the demographic
17 problems from Israel, because the Jews in
18 America want nothing better than to be good
19 Jews; whereas the Palestinians in Israel want
20 nothing to do -- want nothing better than to
21 turn Israel into Palestine.  I don't understand
22 your phrasure.

Page 4

1      MS. BLACKWELL:  I have to say I don't
2  really understand the question, so there is
3  mutual incomprehension here.  I was drawing an
4  analogy.
5      RABBI SHIFRIN:  Let me put it one more
6  time.  The Jews in this country want nothing
7  better to do than assimilate and be good
8  Americans.  The Palestinians that I know and
9  Israeli -- I also live in the west bank, by the
10 way, and I use that Trans-Israel Highway all the
11 time.  It is a great road.  You should try it.
12     MS. BLACKWELL:  I'm sure it is --
13     RABBI SHIFRIN:  It's a wonderful road.
14     MS. BLACKWELL:  -- for those who can
15 use it.
16     RABBI SHIFRIN:  Yes, it is a beautiful
17 road.
18     MODERATOR:  Okay, thank you.  You have
19 made your question.  Let her respond, please.
20     RABBI SHIFRIN:  No, no, the Jews --
21 the Palestinians in Israel have identified
22 themselves openly and blatantly with terrorism,

Page 5

1  so what is the --
2      MS. BLACKWELL:  That's not true.
3      RABBI SHIFRIN:  What is the comparison
4  between --
5      UNIDENTIFIED MALE SPEAKER:  That's
6  racist.  That's racist.
7      RABBI SHIFRIN:  What is the comparison
8  between Jews in New York and Palestinians?  I
9  don't get the --
10     MODERATOR:  Okay.  Thank you for your
11 question.
12     MS. BLACKWELL:  You have made the
13 point that Jewish people living in New York
14 simply want to get on with their lives and live
15 as peaceful citizens of the country of which
16 they are citizens.  And I put it to you that
17 that is all that Arab citizens of Israel want to
18 do as well.  And yet --
19     RABBI SHIFRIN:  You're a liar.  You're
20 a stinking liar.
21     MS. BLACKWELL:  And yet there --
22     MR. OLSON:  Your opportunity to ask

Page 6

```
 1  your question has been completed.
 2       RABBI SHIFRIN:  That's a fraud.
 3       MS. BLACKWELL:  I'm trying --
 4       MR. OLSON:  Your opportunity to ask
 5  your question has now ended.  We will move on to
 6  the next question.
 7       RABBI SHIFRIN:  She's a liar.  She is
 8  a liar.
 9       UNIDENTIFIED MALE VOICE:  Escort him
10  out.
11       MR. OLSON:  We will ask our staff to
12  escort this gentleman from the room.
13       RABBI SHIFRIN:  70 percent of
14  Palestinians support the Hamas.  70 percent of
15  Palestinians support Hamas.  You are a liar and
16  you are a fraud.
17       MODERATOR:  Let's move on with the
18  second question, please.  Mr. Fayyad.
19       MR. FAYYAD:  Yes.  My name is Fayyad
20  Sbaihat.  I work at the University of Wisconsin
21  on the divestment campaign.
22       My question is for Professor
```

Page 7

```
 1  Blackwell.  I wanted to ask in general about
 2  you, if you feel that the atmosphere is more
 3  conducive to more forms of boycott, more -- we,
 4  I mean, the events from the Church of England
 5  were fairly surprising, so maybe there is hope
 6  for more activity, more boycott coming out of
 7  Europe in general.
 8       You know, you mentioned the boycott in
 9  Israeli products, but also -- what Israel claims
10  as their product -- but also things such as
11  cultural events from, you know, sports,
12  Eurovision, some contests, and things like that.
13  Thank you.
14       (Applause.)
15       MS. BLACKWELL:  While I can't answer
16  in any detail of all those but --
17       (Skip in tape)
18       SPEAKER YOUSEF:  Thank you for a
19  really great panel.  Um, the --
20       MODERATOR:  I'm sorry, could you
21  introduce yourself?
22       SPEAKER YOUSEF:  Sure, I'm sorry, my
```

Page 8

```
 1  name is Yousef.  I have a question regarding the
 2  very real, practical, and theoretical problems
 3  that arise within any sort of campaign.
 4       Namely, I would be interested to hear
 5  how each of you would propose dealing with the
 6  problem of how -- whether we want a more nuanced
 7  approach to a BDS campaign.  For example, do we
 8  want to engage with sympathetic elements in
 9  Israeli society or not?  And these are very real
10  important questions that shouldn't skuttle the
11  movement but should be addressed in an
12  intelligent manner.  And I just -- they were
13  very interesting talks, and I'd be interested to
14  get each of your takes on whether that should be
15  the case or not.
16       MR. MANIACI:  My name is Bill Maniaci.
17  I have one question for you, and it's a policy
18  question.
19       I'd like to know your position on
20  suicide bombing, if you would renounce suicide
21  bombing and the murder of innocent Israeli women
22  and children as a viable, uh, venue for you to
```

Page 9

```
 1  accomplish your goals.
 2       And given that that is terrorism, and
 3  no one can deny blowing himself up on a bus and
 4  killing innocents is not terrorism --
 5       MODERATOR:  Okay.  I think you have
 6  made your question clear.
 7       MR. MANIACI:  -- I would like you to
 8  answer either affirmative or negative whether
 9  you do support terrorism or not.  Thank you.
10       MODERATOR:  Can you introduce
11  yourself?  Can you introduce yourself, please?
12  You forgot to introduce yourself.
13       MR. MANIACI:  I did.
14       UNIDENTIFIED FEMALE SPEAKER:  He did.
15       MODERATOR:  Okay.  Sorry about that.
16  Thank you.
17       Let's take the questions, I guess, in
18  the order.  So, Naura, you can start.  Answer
19  whichever question you feel applies to you.
20       (Skip in tape.)
21       MS. ERAKAT:  (Inaudible)... those
22  campaigns.  I think that as long as we have
```

Page 10

points of unity and understanding, if we have stated goals that we can all work towards and a tactic that we all agree upon, that it works better and to our favor to make allies, like Phillip was discussing, with sympathizers, with Israelis themselves, who do like Elan (unintelligible), the professor at University of Haifa has urged people. He is a university professor and he said: Boycott me, boycott me so that I can come. And that's kind of the point, is that to do what Sue was saying in terms of letting -- showing Israel for what it is as, a pariah state, we have to demonstrate that with boycotting and sanctioning the prevalence of Israeli academia and sports events and products as well.

MR. FARAH: Let me quickly address the issue of tactical alliances. And I think it's essential that we work with Jewish and Israeli progressives. In the struggle of the Presbyterians, in that whole issue, many of the Presbyterians -- actually, the Protestant

Page 11

churches, the liberal Protestant churches have much better relations with the Jewish community than the conservative right-wing Christians who frankly tend to be racist towards anybody else.

So because the liberal churches have good relations with the synagogues, with their neighboring synagogues --

UNIDENTIFIED MALE VOICE: The gay churches, the progressive gay churches.

MR. FARAH: The pro-Israel Hawks have tried to use that to, against --

UNIDENTIFIED MALE SPEAKER: That's who the churches are, the gay churches.

MR. FARAH: -- the divestment movements. So it is extremely important -- and they accuse the Presbyterians of being anti-Jewish, when actually the Presbyterian divestment resolution very clearly and very poignantly targets the Israeli occupation of companies that profit from the occupation of Palestine.

They're not even meant against Israel

Page 12

as a whole. It's extremely, extremely important to work together with progressive Jews and Israelis to kind of inoculate yourself against the charge of being anti-semitic. That's the best way.

(Applause)

MS. BLACKWELL: I'd like to respond to two of the questions, if I may. I'm sorry, can you hear me?

I'd like to respond to two of the questions. One on the academic boycott first. Yes, the parallel to South Africa is interesting because at the time of South African apartheid, my union, AUT, did have a boycott of South Africa. And it was a very hard, complete boycott of not only South African institutions, but of all South African individual academics. You know, we would not referee papers, anything.

Now, the boycott that we have called for of Israel at the moment is much softer than that because it is only an institutional boycott. It is not aimed at individuals. So

Page 13

what we're calling for at the moment is saying that we will not go to conferences in Israel, we will not send papers to journals that are based in Israel, that sort of thing. It's at the institutional level.

So actually what we're asking for is what is several steps less than what we applied in the South African situation, so it shouldn't be such a big deal and yet for many people it is.

I'd like to address the question on suicide bombing. I hope we won't get this question repeated 20 different ways because that kind of happens sometimes at meetings. And I'm speaking for myself when I say this. I'm not speaking on behalf of any organization. Okay? But my personal view. And if other people want to give their own personal views, that's up to them.

Um, I have gone on the record about this many, many times and I unreservedly condemn all acts of terrorism. Not all violence,

```
                                                    Page 14
 1  because I'm not a pacifist, I believe in
 2  self-defense.  I unreservedly condemn all acts
 3  of terrorism, by which I mean acts or threats of
 4  violence against unarmed civilians for political
 5  ends.  And that applies --
 6       (Applause.)
 7       MS. BLACKWELL:  That applies to
 8  suicide bombs of pizza parlors in Israel.  It
 9  also applies to F-16's dropped, uh, uh, firing
10  on civilians in Gaza.  So I condemn --
11       (Applause.)
12       MS. BLACKWELL:  I condemn equally and
13  unreservedly the terrorism of, of groups like
14  Hamas and Islamic Jihad when they target
15  innocent civilians.
16       I also unreservedly condemn the
17  state's terrorism of Tony Blair, Ariel Sharon,
18  and George Bush, all of whom --
19       (Applause.)
20       MS. BLACKWELL:  -- each of whom has
21  more blood on his two hands alone than the whole
22  of Hamas and Islamic Jihad together.

                                                    Page 15
 1       (Applause.)
 2       MODERATOR:  Thank you.  We have time
 3  for one more round of three questions.
 4       MR. MANIACI:  You didn't answer my
 5  question.
 6       MODERATOR:  Thank you.
 7       MR. MANIACI:  I asked for a policy
 8  statement from you and you haven't answered my
 9  question.
10       MODERATOR:  Thank you for your
11  disrupting.  Please, we can talk about this
12  afterwards.
13       MR. OLSON:  You have had an
14  opportunity to ask your question.  Your
15  opportunity has ended.
16       MODERATOR:  Please remind -- please
17  introduce yourself before you ask a question.
18  Three more questions.
19       MR. MANIACI:  You didn't answer my
20  question.
21       MODERATOR:  Please go ahead with the
22  question.

                                                    Page 16
 1       UNIDENTIFIED FEMALE SPEAKER:  My name
 2  is Noelle.  I'm with Dores for Palestine from
 3  Vanderbilt University.  I am just wondering how
 4  the divestment movement can -- deals with
 5  companies like Intel, for example, which, while
 6  very invested in Israel, also are setting up IT
 7  centers in Gaza.
 8       MR. MANIACI:  Are you for or against
 9  --
10       MODERATOR:  I'm sorry, sir, please
11  don't interrupt.  You already asked your
12  question.  Thank you.
13       MR. MANIACI:  But you didn't answer my
14  question.
15       MODERATOR:  She did.  She addressed
16  your question.
17       MR. MANIACI:  No.  I asked for your
18  policy statement and she gave a --
19       MODERATOR:  There is no policy.  I
20  don't --
21       MR. OLSON:  Sir, you don't have an
22  opportunity to speak any longer.  I would like

                                                    Page 17
 1  to ask our staff to escort this gentleman from
 2  the room.  He is creating a significant
 3  disruption.  Thank you.
 4       (Applause.)
 5       MODERATOR:  Please move on with the
 6  next question, sir.
 7       MR. MANIACI:  Freedom of speech is for
 8  the terrorist, not for the Jews.  All right?
 9       MODERATOR:  Please, please.
10       UNIDENTIFIED MALE SPEAKER:  This guy
11  is a troublemaker.  This guy is a problem.  He
12  is the troublemaker. (Pointing)
13       MODERATOR:  Your dissent has been
14  noted.  Please answer -- ask the next question.
15       UNIDENTIFIED MALE VOICE:  Am I being
16  arrested?
17       RABBI WEISS:  My name is Rabbi
18  Weiss --
19       UNIDENTIFIED MALE VOICE:  Am I being
20  arrested?
21       RABBI WEISS:  -- and I am from the
22  Naturei Karta.  This fellow is blocking the mic,
```

Page 18

1  so I can't speak to you.
2      UNIDENTIFIED MALE SPEAKER:  I'm sorry,
3  If I'm being arrested --
4      MODERATOR:  This isn't the West Bank.
5  Please go ahead.
6      (Applause.)
7      RABBI WEISS:  I'm Rabbi Weiss from the
8  Naturei Karta National.  I can't speak on the
9  microphone because it is our Sabbath.  We just
10 --
11     MR. MANIACI:  Hey.
12     UNIDENTIFIED MALE SPEAKER:  Hey, hey,
13 hey, hey.
14     MODERATOR:  Please continue with the
15 question.
16     RABBI WEISS:  I wanted to note a few
17 items.
18     UNIDENTIFIED MALE VOICE:  Take it
19 easy.  Take it easy.  Calm down.
20     UNIDENTIFIED MALE VOICE:  Leave him
21 alone.
22     RABBI WEISS:  We have a very broad

Page 19

1  organization.  We have people led by
2  (unintelligible) in New York and he set up an
3  organization called Kari Motsolo (phonetic) for
4  the funding of the crusade.  And that is the
5  funding that people should have nothing to do
6  with the Israeli government, not taking money
7  from them, not supporting them in any way.
8      It's hundreds of institutions and
9  umbrella institutions where they are getting --
10 that they should be supportive of charities
11 throughout.  I just wanted that the people
12 should know -- there is a very large Orthodox
13 community --
14     MODERATOR:  Please ask your question,
15 sir.
16     RABBI WEISS:  Okay.  The question is
17 you mentioned about different organizations, you
18 have got progressive Judaism.  I want, if you
19 knew, and I am pretty sure you do know, that
20 there is a very large -- the Orthodox community
21 that realizes that we are forbidden according to
22 Jewish law to have a stake (unintelligible) --

Page 20

1      MODERATOR:  Please, ask your question.
2      RABBI WEISS:  Okay.  I said we support
3  the Palestinian people to the right of the whole
4  Holy Land.  We want to be good and loyal
5  citizens to the Palestinian, the indigenous
6  people of the Holy Land.
7      MODERATOR:  Good.  Thank you for
8  sharing.  You have to ask a question.  That's
9  the rules.
10     RABBI WEISS:  We realize there are
11 Orthodox people who are not using any Israeli
12 products in New York and throughout the world.
13     (Applause.)
14     MODERATOR:  Sir, thank you very much.
15 Please, ask a question, please.  Please.  We
16 have a disruption here in the front.  We have a
17 disruption here in the front.  Thank you.
18     UNIDENTIFIED MALE SPEAKER:  I am Sam
19 (unintelliglble) from agency CSF.  My question
20 is, one, is there (unintelligible) a movement
21 for divestment within the Greek Orthodox or
22 Orthodox church and, two, I was wondering if you

Page 21

1  could explain more about the need for the call
2  for an academic boycott coming out of Palestine
3  and a -- I believe there was a recent
4  investigation of the (unintelligible).
5      MODERATOR:  Okay.  We will work our
6  way back down.  We will have an important
7  announcement before you leave.
8      UNIDENTIFIED FEMALE SPEAKER:  I just
9  want to commend this group for being extremely
10 patient and wonderful for dealing with two
11 disrupters who were trying to take over the
12 entire conference.  And I want to commend
13 you-all for dealing with it so patiently.
14     (Applause.)
15     UNIDENTIFIED FEMALE SPEAKER:  So the
16 other comment I wanted to make, and I am sure
17 nobody could ever answer this question on
18 suicide bombings ever, but I also wanted to
19 comment as a Palestinian, this question is
20 especially exacerbating to me because it is as
21 if our history of resistance and dispossession
22 began with the first suicide bombing and not

Page 22

1  with the first explosion (unintelligible.)
2  (Applause)
3  UNIDENTIFIED MALE SPEAKER: Ma'am, if
4  you feel, if you try (unintelligible).  No, it
5  began with five arab armies in '48 when you tried
6  to wipe out -- you are a liar and a fraud.  You
7  are a complete liar.  No, it began when you
8  tried to wipe Israel out in 1948.  That's when
9  the resistance started.  Admit it.
10  MODERATOR: I will see you in the back
11  of the room.  Just be quiet this once.
12  UNIDENTIFIED MALE SPEAKER: Just admit
13  the truth, you lying sack of slime.  Admit the
14  truth.  Admit it that you hate the Jews.  It's
15  okay.  I don't mind that you hate the Jews.
16  UNIDENTIFIED MALE VOICE: Sir --
17  MODERATOR: Thank you.
18  UNIDENTIFIED MALE VOICE: Come with
19  you?
20  UNIDENTIFIED MALE VOICE: Please.
21  ********
22  (End of transcription.)

Page 23

1  CERTIFICATE OF THE REPORTER
2  I certify that the foregoing is a correct
3  transcription of the recorded
4  videotape/audiotape proceedings provided in
5  digital format.
6
7
8           Karen Brynteson, RMR, CRR
9
10
11
12
13
14
15
16
17
18
19
20
21
22