# EXHIBIT 69B

Page 1

SJP VIDEO TRANSCRIPTION

(DEFENDANTS' EXHIBIT 45)

24285a96-bc6e-4043-a709-42c7bd7819cd

```
                                                    Page 2
 1         MODERATOR.  ... during which you may
 2   ask questions and engage in dialogue.  Please be
 3   sure to phrase your comments in the form of a
 4   question.  In the interest of time, we ask that
 5   each person be concise and ask only one
 6   question.  Thank you.
 7         UNIDENTIFIED MALE SPEAKER:  Okay.  At
 8   this time we would like to ask all -- ask that
 9   all pagers cell phones, and Blackberries be
10   turned off out of respect for the session
11   organizers and its participants.
12         As for our conference and meeting
13   guidelines, this workshop has been designated as
14   open to registered media.  However, recording
15   devices are prohibited from being used by all.
16   Exception is applicable.  We would like to make
17   you aware that the workshop leader has decided
18   to audiotape the workshop session for
19   documentary and recordkeeping purposes.  Thank
20   you.
21      (End of transcription.)
22
```

```
                                                    Page 3
 1         CERTIFICATE OF THE REPORTER
 2      I certify that the foregoing is a correct
 3   transcription of the recorded
 4   videotape/audiotape proceedings provided in
 5   digital format.
 6
 7
 8
                 Karen Brynteson, RMR, CRR
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```