# EXHIBIT 70

```
 1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2
 3                                          ORIGINAL
 4
 5   - - - - - - - - - - - - - - - -x
     WILLIAM MANIACI,                :
 6        Plaintiff,                 :
                                     : Case No.
 7                                 . : 1:06CV01625
     vs.                             :
 8                                   :
                                     :
 9   GEORGETOWN UNIVERSITY,          :
     ET AL,                          :
10        Defendants.
     - - - - - - - - - - - - - - - -x
11
12
13
14   Videotaped Deposition of ROBERT TURK, taken pursuant to
15   the Connecticut Practice Book, before Corinne T.
16   Thomas, LSR, Licensed Shorthand Reporter #00439,
17   and Notary Public within and for the State of
18   Connecticut, held at the offices of
19   151 New Park Avenue, Hartford, Connecticut, on
20   April 16, 2007, at 10:04 a.m.
21
22
```


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

Page 9

1 experience?
2  A. No.
3  Q. Okay. Let me ask you, do you know William
4 Maniaci?
5  A. Yes, I do.
6  Q. Okay. How long have you known him?
7  A. To the best of my recollection, three to
8 four years. Maybe a little longer, maybe a little
9 less, but around that area.
10  Q. Okay. How did you meet him?
11  A. He was part of the JDL and I was asking a
12 bunch of questions, and he responded to my
13 questions.
14  Q. Were you a member of the JDL at the time?
15  A. No, I wasn't.
16  Q. Okay. Were your first communications with
17 him by e-mail or by the Internet?
18  A. No, phone -- phone conversations.
19  Q. When's the first time you met him?
20  A. In Reno, about three years ago.
21  Q. Okay.
22  A. In November.

Page 10

1  Q. Okay. And was that for the occasions of
2 some conference?
3  A. Yes, it was.
4  Q. Was that a Maccabee conference?
5  A. Yes.
6  Q. How often do you see Mr. Maniaci, more than
7 once a year or --
8  A. I don't know. Some years maybe two or
9 three times, some years just one time.
10  Q. Okay. And how often do you communicate
11 with him?
12  A. Every day.
13  Q. Every day. How, by phone or by e-mail?
14  A. By phone.
15  Q. You call him every single day?
16  A. Every single day.
17  Q. Would it be fair to say you and Mr. Maniaci
18 are friends?
19  A. Best friends.
20  Q. Best friends?
21  A. Yes.
22  Q. Okay.

Page 11

1  A. I consider him a very, very close friend,
2 confident.
3  Q. Do you also communicate by Internet every
4 day, or not as much?
5  A. No, not as much. I mean, a few e-mails
6 across my screen but nothing pertaining to our
7 friendship. Maybe it's just he's posting an
8 article he wants me to take a look at.
9  Q. Okay. And you said you speak with him
10 every day by phone, is that you call each other
11 once a day or more than once a day, usually?
12  A. It depends. It depends on the day.
13  Q. And when you talk with Mr. Maniaci, what do
14 you usually talk about, just what's happened to
15 each of you that day?
16  A. No, basically what's happening in the
17 world, what's happening in the state of Israel.
18 Anti-Semitic incidents in the United States and
19 worldwide.
20  Q. Okay. Let me ask you, have you ever been
21 to Israel?
22  A. No.

Page 12

1  Q. Are you a member of a synagogue?
2  A. Yes. Northwest Chabad. Northwest -- wait,
3 Northwest Litchfield Chabad.
4  Q. Okay. And how long have you attended that
5 synagogue?
6  A. Many years.
7  Q. Many years.
8    How many years have you lived in
9 Connecticut?
10  A. Thirty, maybe -- yeah. Maybe 28, 30,
11 somewhere around there.
12  Q. Okay. A long time?
13  A. Yes.
14  Q. Has Mr. Maniaci ever discussed the fact
15 that he was a police officer?
16  A. Yes, I knew that.
17  Q. You knew that?
18  A. Yes.
19  Q. Has he ever discussed whether he was
20 involved in a shooting death of a suspect while he
21 was a police officer?
22  A. No.

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 16, 2007
Case 1:06-cv-01625-LFO   Document 48-16   Filed 03/18/2008   Page 4 of 5

37 (Pages 145 to 148)

145

1  Q. Was there anybody sitting next to him,
2  closer to the aisle?
3  A. No, unless they got up and ran away. I
4  don't know.
5  Q. And did you hear or see the Georgetown
6  officers speak to Mr. Maniaci before they grabbed
7  him?
8  A. Absolutely not.
9  Q. What about once they grabbed him, did they
10 say anything?
11 A. No. They ripped him out of his seat and he
12 went down.
13 Q. Was Mr. Maniaci saying anything?
14 A. You know, I -- I don't know, but I was
15 screaming.
16 Q. And you say they ripped him out of his seat
17 and he went down, you mean he fell on the ground,
18 or what happened?
19 A. You know, I don't know if they pushed him
20 down or he fell on the ground, but he was down when
21 I got to that area. When I got exactly to where it
22 was happening, he was down on the ground and they

146

1  were dragging him. And I'm saying, The man's cane
2  is caught, leave him alone. And I followed up
3  with, He's an old man, what are you doing?
4  Q. And where was his cane caught?
5  A. The chairs were bolted to the floor, okay,
6  and I would assume it got hooked on one of the
7  chairs, you know. I don't know. But I don't know
8  why he didn't let it go. I don't know why they
9  didn't let him go. All I know is that -- you know,
10 what I seen and he was on the floor and...
11 Q. And when you say he was on the floor, was
12 he on his knees or on his stomach?
13 A. Oh, no. He was on the floor.
14 Q. On his stomach?
15 A. No, on his back.
16 Q. Laying on his back?
17 A. Yeah. They were flipping him around like a
18 pancake.
19 Q. Did you see Mr. Finberg anywhere near
20 there?
21 A. No. I was concentrating on yelling at
22 these two guys.

147

1  Q. You said you were yelling at them?
2  A. Yeah. Let him go or, you know, they were
3  hurting the guy. I mean, what else do you do? I
4  mean, if I would have hit him, then I would have
5  been in trouble, or interfered.
6  Q. Do you recall Mr. Nutting being anywhere
7  near there?
8  A. Listen, you know, I'm being honest. It was
9  the middle of a fight and I'm concentrating on the
10 guy on the floor and my eyes are down on the floor
11 and I'm yelling, right. And so there could have
12 been a million people around me, I didn't know.
13 Q. I'm just asking you questions.
14 A. And I'm just giving an honest answer.
15 Q. Okay. So your focus was on Mr. Maniaci and
16 the officers?
17 A. You got it.
18 Q. How close did you get to Mr. Maniaci?
19 A. I was right there.
20 Q. When he was laying on his back?
21 A. Yeah.
22 Q. In the aisle?

148

1  A. No. It was between the seats.
2  Q. Okay.
3  A. Like half out, half...
4  Q. What happened then?
5  A. I seen that bald-headed guy kick him in
6  chest and I said, What, are you fucking stupid?
7  Q. And that's while Mr. Maniaci was on his
8  back on the ground?
9  A. Yes.
10 Q. He kicked him in the chest?
11 A. Yeah. Or the side of the chest. I seen a
12 black boot haul off and kick him, and I was
13 furious.
14 Q. And you yelled what you just said?
15 A. Exactly. Verbatim.
16 Q. And did the officer respond to you in any
17 way?
18 A. No. They didn't care.
19 Q. Did Mr. Maniaci scream or anything?
20 A. Yeah, he was hurt. And I believe that the
21 kick blew the area out of him, whatever it was.
22 But I seen the boot connect, all right. Again, I

VIDEOTAPED DEPOSITION OF ROBERT TURK
CONDUCTED ON MONDAY, APRIL 06, 2008
Case 1:06-cv-01625-LFO Document 48-16 Filed 03/18/2008 Page 5 of 5

38 (Pages 149 to 152)

**Page 149**

1 was down and, you know -- this guy is 62, he had
2 multiple heart conditions, and I was worried about
3 Bill's life.
4    Q. You said the bald-headed officer kicked
5 Mr. Maniaci in the chest, what happened next?
6    A. Not in the chest. I guess in the side of
7 the ribs.
8    Q. The torso?
9    A. Wherever, but it was on the upper part.
10 And you know, I seen the black boot connect. And I
11 looked up, it was that bald guy, and that's when I
12 said what I said.
13    Q. And then what happened?
14    A. Then they just ripped him out and they
15 dragged him. They kind of like flipped him over to
16 drag him out and then I fell behind, even though I
17 was following. You know, there was a lot of
18 commotion there.
19    Q. How were they carrying him?
20    A. They were dragging him.
21    Q. And it was the two officers?
22    A. Yeah.

**Page 150**

1    Q. And how were they holding Mr. Maniaci?
2    A. I guess under the arm.
3    Q. Each one had him under his arm?
4    A. Yeah.
5    Q. And his feet were dragging?
6    A. Yeah. In fact, at first, his knees were
7 dragging when they first got him out.
8    Q. Did they -- other than that kick, did you
9 see them give him any other blows or kicks?
10    A. You know, I didn't see any blows, but I,
11 you know, I know the way you treat people and he
12 was not treated well. He was roughed up. I guess
13 that's what you would could it.
14    Q. Okay. As Mr. Maniaci was being dragged
15 down the aisle, did you see his head hitting any
16 chairs or any objects?
17    A. You know, there was one guy, a red guy --
18 not a red guy, but a guy wearing a red shirt, and
19 he opened the left-hand side door, right. And I
20 sort of lost focus and -- but when I followed him
21 out, right, obviously, they had used his head or
22 hit his head against the door. And he was laying

**Page 151**

1 on the floor in the outer part of the auditorium,
2 and I went and I picked him up.
3    Q. Did you see Mr. Maniaci's head actually hit
4 the door?
5    A. No.
6    Q. Why do you say they used his head to open
7 the door?
8    A. Because he got a concussion and others saw
9 that.
10    Q. But you said that there was that person
11 wearing red?
12    A. Yeah. Holding open the right-hand door --
13 the left-hand door.
14    Q. Okay. So Mr. Maniaci's head hit the other
15 door?
16    A. Yeah. And they didn't -- they chucked him
17 out, because I went right over. Do you understand?
18 They didn't put him down nicely outside, they
19 chucked him.
20    Q. Okay. Did they throw him down?
21    A. They just -- how did I say it? Chucking is
22 the best word. You know, they're dragging and you

**Page 152**

1 got forward motion and you chuck the guy down.
2    Q. Okay. The whole time, was Mr. Maniaci
3 saying anything?
4    A. I was doing the yelling.
5    Q. You were yelling at the officers?
6    A. Yeah.
7    Q. What were you yelling?
8    A. Let him go, you're hurting the man.
9    Q. And you would agree that you've got a
10 pretty loud voice?
11    A. You got it.
12    Q. You've never had a problem with people
13 hearing you when you talk?
14    A. Nope.
15    Q. Do you recall if Mr. Maniaci had some
16 papers in his hand?
17    A. I don't recall. I really don't recall.
18    Q. Do you recall what happened with his cane?
19    A. Yeah. Well, when I went out to pick him
20 up, someone handed me his cane. I was bent, so...
21    Q. Now, other than that one kick from that
22 officer, as they were carrying --