# EXHIBIT 72

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---oOo---

WILLIAM MANIACI,            )
                            )
            Plaintiff,      )
                            )
vs.                         )   No. 1:06-CV001625
                            )
                            )
GEORGETOWN UNIVERSITY, DAVID )   ORIGINAL
MORRELL, DARRYL K. HARRISON, )
ERIC SMULSON, TODD OLSON and )
GEORGE W. TAYLOR,           )
                            )
            Defendants.

Videotaped Deposition of

LEE KAPLAN

[CONFIDENTIAL SECTIONS, PAGES 7, 93, 182-184, 206-208

BOUND SEPARATELY.]

_____

Monday, April 9, 2007

Reported by:

GEORGE SCHUMER, CSR 3326



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

Case 1:06-cv-01625-LFO    Document 48-18    Filed 03/18/2008    Page 3 of 6
VIDEOTAPED DEPOSITION
CONDUCTED ON MONDAY, APRIL 9, 2007

42 (Pages 165 to 168)

165

MR. JONES: Q. At some point in time, the Saturday of the PSM conference, did you interview Mr. Maniaci about what happened?
A. About the beating?
Q. Yes.
A. I don't remember doing a full-fledged interview, like you sit down and take notes, and all the other stuff. I remember speaking to him about it, and asking him about it.
He mentioned to me that he had gone to Walter Reed Hospital, and that they had found that he had a concussion.
And I believe all that is in my article about the conference -- what he told me.
Q. By the time you spoke with him, he had already been to the hospital?
A. Yes, as I recall -- unless I'm mistaken -- because as I said, it is a year and a half, because sometimes the memory fades -- but he had gone to the hospital that day, you know. And I was inside all day long at the conference.
And then Sunday I wasn't there. Sunday I went to the intelligence summit across town.
Q. So it is your understanding he went into the hospital that Saturday?

166

A. Yes, I believe. As I recall now, he said he had fainted or collapsed or something like that, and he was taken to the hospital. And I remember him saying that he had gone to Walter Reed because he was a veteran, and that the Army doctors had said that he had a concussion or something like that.
Q. Would you expect that someone who had received the severity of the type of beating that you witnessed would need to go to the hospital?
A. From what I saw, yes. It didn't surprise me when he told me that.
Just even if you just took it on face value, his head opening those two big heavy wooden doors --
Q. That's enough for someone to need to go to the hospital?
A. I would think so --
MR. FAY: I object. He's not a medical expert.
THE WITNESS: I'm not a medical expert, but it wouldn't surprise me.
MR. JONES: Q. What did you do after the conference on Saturday? Did you go back to the Windham hotel?
A. What did I do Saturday night? You know, I don't remember for sure, because, as I mentioned,

167

Tawfik Hamid was also there on Friday night. And I don't remember -- did I get together and talk with Keith Davies that night? I don't remember. Let me think for a second.
What did I do Saturday night? I may have just watched TV in the room. I don't remember what the heck I did.
Q. Well, at some point in time that day, you think you saw Mr. Maniaci?
A. I saw him, or -- either I saw him or I talked to him on the phone, and he explained to me what happened at Walter Reed Hospital. Now if I saw him in person, or he talked to me on the phone about it, I don't really remember exactly.
Q. How long did you speak with him?
A. Not very long. Because, you know, he was only one part of the whole thing there that I was writing about. I had to write about all the seminars I had seen, and all the other stuff.
Q. When you were talking with him, was he stuttering, or slurring his words?
A. I didn't notice.
Q. Did you notice anything about him that would lead you to believe that he had an inability to comprehend what was going on?

168

A. Again, I don't remember if it was necessarily on the phone or in person that I briefly talked to him. So I couldn't tell you if he was like that or not.
Q. Did he tell you what had happened inside of Gaston Hall, while you had been speaking with Mr. Smulson?
A. Yes, he did. He told me that he had asked "What is your position on terrorism?" He said he had asked the question at the microphone, and then he had sat down. And I think he said it was Sue Blackwell who had answered him, and had not answered the question.
And then he said he raised his hand, and he said, "Excuse me; you still haven't answered the question: Do you or do you not support terrorism?"
And I think he said -- see, I don't know if I'm embellishing; I don't want to embellish something from a faulty memory.
I think he said he asked it a third time, because she wouldn't answer him. They tried to move on to another topic, I think, and he asked the question a third time. And Olson, he said, came over and said "Remove him." And he said the guards came over and grabbed him, and threw him to the floor. And

169
1  one of them kneed him in his body, knocking the wind
2  out of him or something.
3       And I asked him; I said, "Why did they pull
4  you out of your chair and throw you to the ground?
5  Were you resisting?" And he said "no."
6       And then, in the course of conversation I
7  said: "Well, you know, all I know is I saw you go
8  head first through those wooden doors, opening them
9  with your head."
10      Q. What did he say about that?
11      A. He said he couldn't remember exactly what had
12  happened to him. He said his head hit the pavement;
13  the cement floor, also. And he told me about going to
14  Walter Reed and all the other stuff.
15      Q. Did he say when he went to Walter Reed?
16      A. Well, as I said, he mentioned that they had
17  thrown him off -- he said that they had like put him
18  against the wall, and that they wouldn't let him move
19  or something, and he wanted to use the bathroom, and
20  they wouldn't let him use the bathroom. And then I
21  think he said they let him use the bathroom, but they
22  watched him pee.
23      Q. Where was this taking place? Did he say?
24      A. I'm assuming Gaston Hall, because I wasn't
25  there.

170
1       And, you know, that they held him; they
2  wouldn't let him leave. And then I think they said
3  they made him leave the campus. And then he said he
4  fainted on the sidewalk, or something, off campus;
5  something to that effect -- and went to Walter Reed.
6       Q. Do you know who took him to Walter Reed?
7       A. I don't.
8       Q. And what injuries did he say that he was
9  treated for at Walter Reed?
10      A. He said that they said he had a concussion.
11  And I said, you know, "If you've got any pictures or
12  anything; any information I might be able to use in my
13  article, please send them to me." And you've got the
14  photographs here; you can make copies of them. These
15  were the photographs he sent me. He showed me his
16  injuries here.
17      MR. JONES: Why don't we mark these as an
18  exhibit? Actually, we're on Exhibit 43. Could you
19  mark these 43-A, B, C, D and so on?
20      THE WITNESS: We did use --
21      MR. JONES: Hold on. I want to use the actual
22  marked exhibit. Unless you are going to give me those
23  photographs.
24      (Document referred to herein marked
25      for identification Exhibit 43, A through G)

171
1       MR. JONES: Q. Mr. Kaplan, I'm going to hand
2  you what has been marked as Exhibit 43-A, B, C, D, E,
3  F, and G -- which are copies of various photographs
4  which you have provided to us in response to the
5  subpoena that you received. Correct?
6       A. Yes.
7       Q. And how did you come into possession of these
8  photographs?
9       A. They were mailed to me.
10      Q. Who mailed them to you?
11      A. I think Mr. Maniaci.
12      Q. Why did Mr. Maniaci send you those
13  photographs?
14      A. I asked him if he had a photograph I could use
15  in my article, regarding when I was talking about his
16  being beaten.
17      Actually, if you look at the divestment
18  conference article, he must have sent me another
19  picture, which was the one I chose to use, because I
20  think it is a different picture than the one on here
21  (indicating), in this stack.
22      MR. JONES: Why don't we go ahead and just
23  mark this, too. 44.
24      (Document referred to herein marked
25      for identification Exhibit 44)

172
1       THE WITNESS: My memory fades a little bit,
2  but I think I told him I couldn't use these, and he
3  sent me another one by e-mail or something.
4       MR. JONES: Q. You have just been handed what
5  has been marked as Exhibit 44. Do you recognize this
6  as an article that you wrote, about the PSM
7  conference?
8       A. Yes.
9       Q. It is dated March 17. Is that the date that
10  it was published in Front Page magazine?
11      A. Yes, it sounds right. Here is the picture
12  here (indicating).
13      Q. What page?
14      A. Page 10 of 10.
15      Q. At the bottom right-hand corner it has a label
16  "GTN 2527." Do you see that on the bottom right-hand
17  corner?
18      A. Yes.
19      Q. And this page has two photographs, neither of
20  which is in Exhibit 43, which we just looked at.
21  Correct?
22      A. Yes, this refreshes my memory here. It is a
23  photo I had to give courtesy to photojournalist Carrie
24  Divorah. I don't know if these pictures were from
25  Carrie Divorah.

**173**

1  I said to him "I can't really use these
2  pictures, because No. 1, these don't show me who they
3  are. Do you have a picture showing it is you?"
4      And he sent me this one that I used, but he
5  said I had to give photo credit to Carrie Divorah, so
6  I did.
7      Q. Where are these two pictures that you used in
8  this article?
9      A. I think he sent them to me by electronic mail;
10  by e-mail. And I just cut-and-pasted them into the
11  article.
12      Q. And you said that you found out who Carrie
13  Divorah was after the conference?
14      A. Yes.
15      Q. And was the meeting that you had with Carrie
16  Divorah and Mr. Maniaci: Did that take place in
17  Mr. Fay's office?
18      A. No, I never was in Mr. Fay's office. In fact,
19  I remember speaking to Carrie Divorah in a car
20  briefly, and I remember being annoyed, because I had
21  asked her -- you know, the same picture that I have in
22  the article here -- I had asked her if I could have
23  the pictures from the article.
24      And she said she gave them to my colleague in
25  Jerusalem, and she was kind of like, "No, no, I won't

**174**

1  give them to you." And it was annoying to me. And in
2  fact, I kind of berated her a little bit about it.
3      Q. Was Mr. Maniaci also in the car at that point?
4      A. Yes.
5      Q. Where were you going?
6      A. I don't remember. We were either coming or
7  going -- or something. I don't remember if that's
8  when I interviewed him, or it was just a brief thing.
9      Q. Was there some point in time after the
10  conference that you were just hanging out with
11  Mr. Maniaci?
12      A. Hanging out? No, I wasn't hanging out with
13  him. In fact -- like I said, it is a year and a half.
14  As I recall, when Ms. Divorah wouldn't share the
15  pictures with me, I called her a nasty name. So I
16  think they went out to dinner with her and they
17  excluded me, or something like that, as I recall.
18      I got kind of annoyed. It is hard to explain.
19  When you deal with immature people...
20      Q. So you weren't allowed to hang out with
21  Mr. Maniaci?
22      A. I wasn't allowed to hang out with him. They
23  didn't want to hang out with me; they hung out with
24  Carrie Divorah. I was not invited to dinner. I was
25  informed that I had been nasty to her, and she didn't

**175**

1  want to have me there.
2      Q. But she went to dinner with Mr. Maniaci?
3      A. I believe so, yes.
4      Q. Did you ever go to Eli's Deli? Is that right?
5  In Washington, D.C.
6      A. I remember we ate at -- ate lunch probably on
7  Saturday. Or it could have been Friday; could have
8  been the day before.
9      MR. FAY: Couldn't have been Saturday at
10  Eli's.
11      THE WITNESS: I remember there was a small
12  cafe or something like that, where we sat at a table
13  and had lunch, or something like that.
14      MR. JONES: Q. When you say "we," who is
15  "we"?
16      A. Me; Maniaci was there; I think Finberg was
17  there. Might have been Friday, the day before, or
18  something like that -- just very briefly.
19      Q. Was Carrie Divorah there?
20      A. She might have been. I don't remember; I
21  really don't remember. It is like if you asked me a
22  year from now did I have lunch with him (indicating
23  Mr. Fay) at the Speedster or whatever, I think I
24  couldn't tell you.
25      Q. I understand.

**176**

1  Do you recall if Lt. Michael Smith was there?
2      A. I don't think he was. I only recall meeting
3  him -- I don't recall talking to him very much.
4      I only recall talking to him in the context of
5  him telling me that there had been a busload of
6  holocaust survivors; very elderly people in their
7  80's, who he said the security guards would not allow
8  them to use the bathroom. And I remember thinking:
9  "Oh, maybe I'll put that in the article." And
10  ultimately I don't think it ended up in the article; I
11  think I cut it out. It is possible it is in there; I
12  don't even remember.
13      Q. How many times did you interview Mr. Maniaci
14  after the conference?
15      A. After the conference?
16      Q. Yes.
17      A. An actual interview? You mean like where you
18  ask pointed questions?
19      Q. Well, what I mean by "interview" is that you
20  asked him some questions about what happened at the
21  conference, for purposes of --
22      A. What I'm trying to say, for example, is like
23  with the pictures I talked to him; I remember I called
24  him and I said "I can't use these pictures." I might
25  have e-mailed them, too. It is hard for me to

Case 1:06-cv-01625-LFO   Document 48-18   Filed 03/18/2008   Page 6 of 6
VIDEOTAPED DEPOSITION OF LEE KAPLAN
CONDUCTED ON MONDAY, APRIL 9, 2007

45 (Pages 177 to 180)

177

1  remember when I e-mail or call somebody.
2      I said, "I can't use these pictures because I
3  don't have your face, and nobody knows that this is
4  you." The picture is only useful in the article.
5      Do you understand it is like if I write an
6  article about you getting beaten, and I've just got a
7  picture of some guy's chest, who knows it is really
8  you? So I told him I had to have a picture showing
9  his face, and that's when I got the picture.
10     So if you want to consider that an interview,
11 I don't know.
12     Q. I don't think most people would consider that
13 an interview.
14     A. Then I didn't have any more interviews with
15 him.
16     Q. Did you take notes during the one interview
17 that you did have?
18     A. I probably did. Most of it was recorded, as I
19 said.
20     Q. Your interview with Mr. Maniaci was recorded?
21     A. I'm not sure if it is on here or not. Like I
22 said, this is eight hours long. I didn't listen to
23 the whole thing. It might be.
24     Q. Where else could it be?
25     A. I mean this (indicating) was the entire day at

178

1  Georgetown. You will hear the toilet flushing when I
2  go into the bathroom here. The thing was just
3  running.
4      I don't remember. Like I said, it has been a
5  year and a half.
6      Q. Did you record anything on Sunday or Monday?
7      A. No, Sunday I was with the intelligence summit;
8  I wasn't there.
9      Q. What about Monday?
10     A. Monday I wasn't there. Monday I probably
11 would have been flying back -- back to the Bay Area.
12     Q. Now just to be clear; I couldn't recall your
13 answer about the taking notes.
14     Did you take notes of your interview with
15 Mr. Maniaci?
16     A. Probably did. But I don't have them anymore.
17     Q. Did you destroy those notes, or what happened?
18     A. When I got the subpoena to come here, I was
19 looking for my notes on the conference, and I don't
20 always keep my notes. I mean once the article is
21 finished, and it is all put to bed -- my notes are
22 pretty difficult, even for me, to read. So sometimes
23 I just throw them out. But I couldn't find them.
24     You know, in the article where I have the
25 picture of him, I don't think -- well, I don't think I

179

1  spent that much time on it. It wasn't like my top
2  priority at this thing.
3      Q. So on Sunday, do you recall seeing Mr. Maniaci
4  at all -- at the hotel; anywhere?
5      A. I remember talking to him on Sunday; I don't
6  remember where I saw him, or if I saw him in person.
7  I just remember I talked to him there in Washington,
8  before I left.
9      Q. Is this the same one interview that we have
10 been talking about? Or was this another occasion that
11 you talked to him?
12     A. Well, when you say "interview," interviewing
13 him about the JDL being there, or interviewing him
14 about the beating?
15     Q. Interviewing him about what happened to him at
16 the PSM conference.
17     A. I might have just talked to him about that
18 even when I got back to the Bay Area, by phone.
19 Because, you know, when I'm covering a conference like
20 this, there's a million little details. I even found
21 a terrorist there, this Ali Omar. I was busy trying
22 to research and track him down.
23     There had been a terrorist attack, by the way,
24 at a hitchhiking post in Israel, in the West Bank, and
25 Fatah took credit for that terrorist attack -- which

180

1  they normally don't do. And this guy, Ali Omar, who I
2  have a picture of in the article, is a Fatah security
3  guy, which means he's part of the Al-Aqsa Martyrs
4  Brigade, which is a terrorist organization according
5  to the State Department.
6      So I had things like that on my mind, too, to
7  get the research out. The beating of Maniaci at the
8  time was not a major part of the story for me in the
9  article.
10     Q. Do you have Exhibit 44, your March 17 article?
11     A. No, I don't.
12     MR. FAY: Here you go (indicating). Mine has
13 like 27 pages all together; right? Ten and then
14 seven.
15     THE WITNESS: There is Part 1 and Part 2.
16 Usually Front Page runs an article about 500 to 800
17 words. And this article, as you can see, is 17 pages
18 long.
19     MR. JONES: Q. If you could go to the second
20 page? In the second full paragraph it starts out:
21 "My methods of going under cover and taking notes and
22 photographs with hidden equipment were unorthodox."
23 Do you see that?
24     A. Yes.
25     Q. And the next paragraph it says: "Believe it