# EXHIBIT 73

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x

WILLIAM MANIACI,                  :

      Plaintiff,             :

   v.                           : CASE NO. 1:06CV01625

GEORGETOWN UNIVERSITY,            :

et al.,                           :

      Defendants.            :

- - - - - - - - - - - - - - - x

                        Washington, D.C.

                        Thursday, July 12, 2007

VIDEOTAPED DEPOSITION OF:

                 DANIEL PORTERFIELD

called for examination by counsel for the Plaintiff, pursuant to notice, taken at the law offices of Williams and Connolly, LLP, 725 12th Street, N.W., Washington, D.C., commencing at 10:23 a.m., before Maureen S. Bennie, a Notary Public in and for the District of Columbia, and Bradford Roe, the videographer, when were present on behalf of the respective parties:

Page 34

1  not to host the conference.
2      Q   Okay. Georgetown had no part of -- in other
3  words, Georgetown University had no input into that
4  decision?
5      A   I definitely had no input into it, and I'm not
6  aware of anybody else who did. So, no, I don't think
7  anyone did.
8      Q   Okay. One of the questions that -- one of the
9  areas I wanted to ask about was the monetary contributions
10 to Georgetown University by Prince Alwaleed,
11 A-L-W-A-L-E-E-D, bin Talal, T-A-L-A-L, bin Abdulaziz,
12 A-B-D-U-L-A-Z-I-Z, Alsaud, A-L-S-A-U-D. I think they
13 usually refer to him as Prince Alwaleed.
14      Are you familiar with the contribution that he
15 made to Georgetown University?
16     A   Yes.
17     Q   Now, this was several years -- a couple of years
18 after he made a contribution to New York City that was
19 returned, a contribution to the fund to help victims of
20 the 9/11 terrorist attack; is that correct?
21     A   What is the question?
22     Q   There was a donation, let's say, attempted by

Page 35

1  him. I'm not sure whether money actually went across and
2  was returned or whether he said he was donating the money
3  and the city said no, don't.
4      A   Yeah, I remember reading about that.
5      Q   Okay. And that was rejected on the basis that
6  his support for martyrs by contributing to the support of
7  their families was not consistent with the City of New
8  York taking any money to help American victims of
9  international terrorism.
10     Was that rejection of that donation by New York
11 City considered at all by Georgetown University in
12 accepting Prince Alwaleed's donation?
13     MR. JONES: Objection, foundation. I don't
14 think there is any evidence of why the donation was
15 rejected, as you stated.
16     You can answer if you can.
17     THE WITNESS: Broadly speaking, whenever someone
18 makes a substantial gift or begins to open negotiations
19 about the possibility of making a substantial gift to the
20 University, we have, you know, prospect research that's
21 normal -- every university has -- and that's likely to be
22 the kind of information, his past giving record, that was

Page 36

1  something that was looked at by our development office.
2      And I would, you know, not have any more to add
3  about that, because I'm not a part of that process. But,
4  you know, we do look at who the donors are as part of the
5  process of evaluating whether or not the gift they are
6  proposing or that we are soliciting, you know, makes
7  sense.
8      BY MR. FAY:
9      Q   Okay. My knowledge of this is primarily from
10 news sources, but it was indicated in those news sources
11 that in return for this, that Georgetown made some changes
12 in the programs offered and offered some new courses in
13 Arab culture and literature and Islamic culture.
14     Do you know what agreement was made with regard
15 to that donation by the Prince?
16     A   The characterization of your question is --
17 makes the question a little bit unusual to answer, the way
18 you are asking it. But let me say that what happened was
19 that Prince Alwaleed wanted to make a donation to our
20 Center for Muslim Christian Understanding, which is a
21 nationally-known center that conducts research on, you
22 know, a wide range of questions related to Muslim

Page 37

1  Christian communication and collaboration issues,
2  political affairs, et cetera. The head of that center is
3  Dr. John Esposito, who is an internationally-known
4  researcher and scholar.
5      Prince Alwaleed made a donation to that center
6  in support of the work of that center, and the donation
7  that he gave us is -- allows us, at our discretion, to
8  hire faculty, to offer courses, offer seminars. We, of
9  course, have full control of the gift, and I understand a
10 portion of the gift, a good portion of it, we will use for
11 the endowment of faculty positions.
12     Q   Okay.
13     A   That's, of course, consistent with many of the
14 kinds of other fundraising relationships that we have,
15 where donors invest in an academic center and their
16 investment is often materialized in the form of academic
17 programs and of endowed faculty positions.
18     Q   Was there any input from Prince Alwaleed with
19 regard to the Palestinian Solidarity Movement conference?
20     A   None that I'm aware of. They are two completely
21 separate projects.
22     Q   You indicated that Georgetown had rejected some