# EXHIBIT 74

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Docket No. 06CV01625

WILLIAM MANIACI,

Plaintiff,

v.

GEORGETOWN UNIVERSITY, et al.,

Defendants.

---

VIDEOTAPE DEPOSITION OF:   MATTHEW S. FINBERG, ESQ.

May 9, 2007

---

PURSUANT TO NOTICE, the videotaped deposition of MATTHEW S. FINBERG, ESQ. was taken on behalf of the Defendants at 921 Walnut Street, Suite 200, Boulder, Colorado 80302, on May 9, 2007, at 10:12 a.m., before Tiffany D. Goulding, Registered Professional Reporter and Notary Public within Colorado.

**ORIGINAL**


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

**61**

1  Q. Well, after finding out about Irv Rubin and
2  Mr. Krugel and contacting the FBI and being told to be
3  very careful, why did you stay involved with the JDL?
4     A. I thought I could turn it around. I really
5  did. I still think I could have if I had been
6  surrounded by the right people.
7     Q. Do you know if Mr. Maniaci ever had any
8  contacts with Irv Rubin through the JDL?
9     A. I assume that he did because he told me that
10 Irv appointed him temporary chairman or interim chairman
11 when Irv was incarcerated.
12    Q. Now, at some point in time, there was a
13 lawsuit about the JDL name and trademark?
14    A. Yes.
15    Q. And that was a lawsuit brought by Shelley
16 Rubin against you and Mr. Maniaci and various others?
17    A. Actually, I initiated the lawsuit because she
18 wouldn't leave us alone. She kept shutting down our Web
19 sites, claiming that she inherited the non -- New York
20 nonprofit corporation known as the Jewish Defense League
21 from her husband when he died. I don't know if you do
22 any corporate law. That's an absurdity. And

**62**

1  nevertheless, in the real world, she was making us
2  miserable. And the only way I could think of to stop
3  her was to sue her.
4     Q. And where did you sue her? What --
5     A. Denver District Court.
6        MR. FAY: U.S. District Court in Denver, you
7  mean?
8        THE DEPONENT: Yeah, yeah. U.S. District
9  Court in Denver.
10    Q. (BY MR. JONES) Let me show you what's been
11 previously marked as Exhibit 5 and ask you, do you
12 recognize this complaint?
13    A. Yes. That was after the Denver court had
14 denied jurisdiction. I had a litigator in my office at
15 the time who was handling the lawsuit. And we lost on
16 jurisdiction, and at that point we were dead meat.
17    Q. So then Shelley Rubin sued you and other
18 individuals, including Mr. Maniaci?
19    A. Uh-huh. Yes.
20    Q. And how was this lawsuit resolved?
21    A. I negotiated a settlement with Shelley's
22 attorney, much to the anger -- well, disappointment, I

**63**

1  should say, of my board. I was the attorney at the
2  time. I was not the chairman, but I was given -- in
3  counseling them, I was given the authority to ultimately
4  negotiate the settlement. I told them that in order to
5  win this case, which we will win, because you do -- a
6  widow does not inherit a nonprofit corporation from a
7  former chairman. It's a non-stock, nonprofit
8  corporation. It's going to cost us about $50,000 just
9  to get started, and what do we have in the bank?
10 $5,000, maybe 500. We can't win this case, so let's
11 resolve it as best we can so that we can move forward
12 and do what we do best and let her do what she does
13 best. And this is why I don't have my 501c3 anymore.
14 They have it. I said, I have a 501c3 organization, it
15 was formed for the purpose of improving the identity and
16 understanding of Jews and for strengthening the
17 connection between Jews in the United States and Jews in
18 Israel. What we're trying to do with the JDL, imposing
19 my will on them, okay, same purposes, let her take the
20 name JDL, the slogans, the symbols, everything, and I
21 will form a new organization out of this 501c3 that I
22 happen to have in my back pocket and I'll give it to

**64**

1  you. They said, Well, that's pretty good, and so I did.
2     Q. And that was how --
3     A. B'nai Elim came, right. B'nai Elim took the
4  mission -- I shouldn't say it took the mission. It
5  became the vehicle by which the mission of the
6  then-existing board of directors was to move forward.
7     Q. And once B'nai Elim was formed, the key
8  members were members who were formerly with the JDL,
9  which included Mr. Maniaci?
10    A. Yes.
11    Q. Mr. Nutting?
12    A. Yes.
13    Q. Mr. Turk?
14    A. Yes.
15    Q. Mr. Sigel?
16    A. Yes.
17    Q. Okay. Now, other than the leadership meeting
18 that would take place in Reno, were there other meetings
19 that the JDL would have, or once B'nai Elim was formed
20 that organization would have?
21    A. None of which I am aware.
22    Q. Did you attend the America's Truth Forum