CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM MANIACI )
)
)
)
        Plaintiff )
v. )   Civil Case Number 06-1625(LFO)
)
)   Category L
GEORGETOWN UNIVERSITY )
)
        Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 13, 2008 from Judge Colleen Kollar-Kotelly to Judge Louis F. Oberdorfer by direction of the Calendar Committee.

(Case Reassigned by Consent)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc: Judge Oberdorfer & Courtroom Deputy
Judge Kollar-Kotelly & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk